IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICIA VAN METER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CAPITOL POLICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:18-CV-00476 (KBJ) |

**PLAINTIFF'S MOTION TO MODIFY SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND DEADLINE FOR COMPLETING EXPERT WITNESS DEPOSITIONS**

Plaintiff, Mauricia Van Meter, by and through her undersigned counsel, hereby moves this Court for an order modifying the current scheduling order. This motion is necessary because:

1) On Friday, January 12, 2024, Defendant filed a second errata and amended Statement of Undisputed Facts, to which approximately 300 pages of additional documents were attached.

2) On Saturday, January 13, 2024, Plaintiff asked Defendant to explain the additional pages of attachments, but Defendant has not responded as of this submission.

3) Plaintiff requires additional time to assess the errata and assess the new attachments to Defendant's motion for summary judgment.

4) Rather than moving to strike the amended records, Plaintiff is simply asking for more time in order to prepare and file her response.

5) In light of the revised summary judgment schedule, the Plaintiff seeks additional time in the schedule in order to for Plaintiff to provide a supplemental economic expert report, based on information used by Defendants' expert to which Plaintiff did not have access, and to complete depositions of expert witnesses.

1

Wherefore, Plaintiff respectfully requests that the following schedule be adopted:

- Deadline for Plaintiff to file Opposition to Summary Judgment: January 30, 2024;

- Deadline for Defendant to File Reply: February 13, 2024

- Deadline to complete expert witness depositions and any supplemental reports: March 15, 2024.

Wherefore, Plaintiff respectfully submits that she has demonstrated good cause for revising the Scheduling Order in this case. Plaintiff sought Defendant's position on this motion on January 13, 2024 and again on January 16, 2024 but has not received a response.

Respectfully Submitted,
ALDERMAN, DEVORSETZ & HORA, PLLC

Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
lalderman@adhlawfirm.com
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICIA VAN METER,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE,<br><br>            Defendant. | Case No. 1:18-CV-00476 (KBJ) |

**PROPOSED ORDER**

It is hereby ordered that, for good cause shown in Plaintiff's motion, the scheduling order in this case is hereby modified as follows:

The following schedule is adopted:

- Deadline for Plaintiff to file Opposition to Summary Judgment: January 30, 2024;

- Deadline for Defendant to File Reply: February 13, 2024

- Deadline to complete expert witness depositions and any supplemental reports: March 15, 2024.

So Ordered, this day, _____, 2024, by  _____
                                                                                                               District Court Judge Jia Cobb