| Time | Monday 8/7/17 | Tuesday 8/8/17 | Wednesday 8/9/17 | Thursday 8/10/17 |
|---|---|---|---|---|
| | **USCP Explosive Detection Training** **4 -10 Hour Days Week 1** **EDD/PBIED 17-03 Aug 7-Nov 9, 2017** | | | |
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call Introduction, Rules & Regulations By Sgt & Lt | Roll Call | Roll Call | Roll Call |
| | Explosive Detection Course Overview LP PP | Principles of Conditioning | Imprinting *Toby Reno* | Obedience *Billy-Mal* |
| 0600 | History of USCP Canine Unit PP | | | Search Patterns and Techniques LP & PP |
| | Hazard Associated with being a Canine Handler PP | | | |
| 0700 | Daily Care and Maintenance with Tour LP & PP Demonstration and Practical Exercise (PE) Grooming & Kennel Safety | Medical Ft Belvoir Vet Staff | Medical Ft Belvoir Vet Staff | |
| 0800 | | | | Search Techniques *Cooper Billy Mal Toby* |
| 0900 | | | | |
| | Canine Body Language and Handler Protection | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Inspection, Issue and Maintenance Training Equipment | Obedience LP & PP with PE *Queen* | Obedience | Search Techniques |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Daily Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

Lesson Plan – LP     Power Point – PP

Schedule subject to change due to Training Objectives and Site Availability

1

Van Meter Production 000017

### USCP Explosive Detection Training Week 2

| Time | Monday 8/14/17 | Tuesday 8/15/17 | Wednesday 8/16/17 | Thursday 8/17/17 |
|---|---|---|---|---|
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call | Roll Call | Roll Call | Roll Call |
| 0600 | Canine Olfactory System  LP & PP | Agility LP & PP | Search Techniques | Introduction to Explosive LP  PP |
| 0700 | Search Techniques | Toby Billy (LAB) Cooper | | |
| 0800 | | | | Search Techniques |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Search Techniques | Search Techniques | Search Techniques | Search Techniques |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Weekly Training | Review Daily Training | Review Daily Training | Review Daily Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

**Lesson Plan – LP**      **Power Point – PP**

Schedule subject to change due to Training Objectives and Site Availability

2

Van Meter Production 000018

| Time | Monday 8/21/17 | Tuesday 8/22/17 | Wednesday 8/23/17 | Thursday 8/24/17 |
|---|---|---|---|---|
| | **USCP Explosive Detection Training Week 3** | | | |
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call | Roll Call | Roll Call | Roll Call |
| | Search Techniques | Search Techniques | Search Techniques | **Daily Care and Maintenance, and Kennel Sanitation Test** |
| 0600 | | | | |
| 0700 | | | | |
| 0800 | | | | Search Techniques |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Search Techniques | Search Techniques | Search Techniques | Search Techniques |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Weekly Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

**Lesson Plan – LP**          **Power Point – PP**

Schedule subject to change due to Training Objectives and Site Availability

3

Van Meter Production 000019

| Time | Monday 8/28/17 | Tuesday 8/29/17 | Wednesday 8/30/17 | Thursday 8/31/17 |
|---|---|---|---|---|
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call | Roll Call | Roll Call | Roll Call |
| 0600 | **Canine Medical Test** | Investigative Application LP PP | Search Techniques | Search Techniques 1,2,4,5,6 12,14,19,20 |
| 0700 | | | | 21,22,23, |
| 0800 | | Search Techniques | | 24,25,27 Diseases Parasites |
| 0900 | Search Techniques | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Search Techniques | Search Techniques | Search Techniques | Search Techniques |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

**USCP Explosive Detection Training Week 4**

Lesson Plan – LP          Power Point - PP

Schedule subject to change due to Training Objectives and Site Availability

4

Van Meter Production 000020

## USCP Explosive Detection Training Week 5
## Course Split EDD and PBIED
### (PBIED Handlers days off will change to Sat/Sun/Mon)

| Time | Monday 9/4/17 | Tuesday 9/5/17 | Wednesday 9/6/17 | Thursday 9/7/17 |
|---|---|---|---|---|
| 0500 | LABOR DAY | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | | Roll Call | Roll Call | Roll Call |
| 0600 | NO TRAINING  FEDERAL HOLIDAY | Search Techniques | IED Awareness (Pending Confirmation) | Search Pattern and Techniques and Investigative Application Test |
| 0700 | | | | |
| 0800 | | | | Search Techniques |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | | Lunch | Lunch | Lunch |
| 1200 | | Search Techniques | PBIED Canine Detection Course (PP) | |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

Lesson Plan – LP          Power Point - PP

Schedule subject to change due to Training Objectives and Site Availability

5

Van Meter Production 000021

| Time | Monday 9/11/17 | Tuesday | Wednesday | Thursday 10/12/17 |
|---|---|---|---|---|
| | **Explosive Detection Training Weeks 6 thru 10** | | | |
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call | Roll Call | Roll Call | Roll Call |
| 0600 | Search Techniques | Search Techniques | Search Techniques | Search Techniques |
| 0700 | | | | |
| 0800 | | | | |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Search Techniques | Search Techniques | Search Techniques | Search Techniques |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

**Lesson Plan – LP**           **Power Point – PP**

Schedule subject to change due to Training Objectives and Site Availability

6

Van Meter Production 000022

| Time | Monday 10/16/17 | Tuesday 10/17/17 | Wednesday 10/18/17 | Thursday 10/19/17 |
|---|---|---|---|---|
| **Explosive Detection Training Week 11** |
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call | Roll Call | Roll Call | Roll Call |
| 0600 | Search Techniques | **USCP Canine SOP Discussion and Review** | Search Techniques | Search Techniques |
| 0700 | | **VBIED Screening Powerpoint** PE | | |
| 0800 | | **VBIED Screening PE** Environment/ Scenarios | | |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Search Techniques | **SIO Information** | Search Techniques | Search Techniques |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

Lesson Plan – LP          Power Point - PP

7

Van Meter Production 000023

Schedule subject to change due to Training Objectives and Site Availability

| | Explosive Detection Training Week 12 (Pre-Test) | | | |
|---|---|---|---|---|
| Time | Monday 10/23/17 | Tuesday 10/24/17 | Wednesday 10/25/17 | Thursday 10/26/17 |
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call | Roll Call | Roll Call | Roll Call |
| 0600 | Review SWGDOG Testing Requirements | **USCP Canine SOP Test** Mass Transit | Rooms | |
| | | | | Review Pre-test Results |
| 0700 | | | | Environment |
| 0800 | ORSC Testing | | | |
| 0900 | | | | |
| 1000 | | | Seating | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | | **SIO Refresher** | Seating | |
| 1300 | | | | |
| 1400 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

Lesson Plan – LP        Power Point - PP

Van Meter Production 000024

Schedule subject to change due to Training Objectives and Site Availability

| | **Explosive Detection Training Week 13** | | | |
|---|---|---|---|---|
| Time | Monday 10/30/17 | Tuesday 10/31/17 | Wednesday 11/1/17 | Thursday 11/2/17 |
| 0530 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0600 | Roll Call | Roll Call | Roll Call | Roll Call |
| 0700 | Search Techniques | Search Techniques | Search Techniques | **ORSC Testing** |
| 0800 | | | | |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | Lunch | Lunch | Lunch | Lunch |
| 1200 | Search Techniques | Search Techniques | Search Techniques | **Open Area** |
| 1300 | | | | |
| 1315 | Feeding | Feeding | Feeding | Feeding |
| 1330 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1400 | Dismiss | Dismiss | Dismiss | Dismiss |

Lesson Plan – LP       Power Point - PP

Schedule subject to change due to Training Objectives and Site Availability

Van Meter Production 000025

| Time | Monday 11/6/17 | Tuesday 11/7/17 | Wednesday 11/8/17 | Thursday 11/9/17 |
|---|---|---|---|---|
| | **Explosive Detection Training Week 14** <br> **End of Cycle Test (EOCT)** | | | |
| 0500 | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check | Feeding Grooming & Daily Wellness Check |
| 0530 | Roll Call Environmental Testing | Roll Call Environmental Testing | Roll Call Environmental Testing | Roll Call |
| 0600 | **Vehicles** | **Mass Transit Testing** | Remedial Testing | Administrative Course close-out and Course Critique |
| 0700 | **Rooms** | | | |
| 0800 | | **Luggage** | | |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | | Lunch | Lunch | Lunch |
| 1200 | | **Legal Brief** <br> **(Pending Confirmation)** | Remedial Testing | Graduation |
| 1300 | | | | |
| 1415 | Feeding | Feeding | Feeding | Feeding |
| 1430 | Review Daily Training | Review Daily Training | Review Daily Training | Review Weekly Training |
| 1500 | Dismiss | Dismiss | Dismiss | Dismiss |

Lesson Plan – LP          Power Point - PP

Schedule subject to change due to Training Objectives and Site Availability

Van Meter Production 000026