| | |
|---|---|
| From: | Phelps, Tony E. |
| Sent: | Tuesday, August 22, 2017 7:57 AM |
| To: | Cromwell, Stewart K. |
| Cc: | Erickson, John M. |
| Subject: | New Canines Assignments to Handlers |

Lt.,

This morning I meet with the training staff to go over which handlers would be assigned to EDD and PBIED. The decision was pretty easy. See Below

**EDD**
K-9 Pope – Zborai
K-9 Billy (Mal) – Dantinne
K-9 Jayden – VanMeter (Missy)
K-9 Billy (Lab) – Riley *Mike's foot work when working the K-9's is very stiff. PBIED handlers need to be fluid and smooth which Mike isn't. When meeting with him he understood how we came to the decision we did.*

**PBIED**
K-9 Reno – Schmid
K-9 Cooper – Meikrantz *Of the four new handlers, Rob is having an easier time with the mechanics of working a K-9 which makes it seem easier to him compare to the other three.*
K-9 Toby – Unassigned
K-9 Rocket – Unassigned

Also regarding our conversation about Missy performance she was informed of our concerns with her. She was placed on notice that her performance (mechanics of working a K-9) needs to improve. If she hinders the K-9 from progressing with training and/or her performance doesn't improve within the next few weeks a recommendation will be put forward to remove her from training. She acknowledged and understood my concerns.

*Sergeant Tony E. Phelps*
*United States Capitol Police*
*Canine Unit Training Section*
*(202) 224-5959 – Office*
*(202) 369-8368 – Cellphone*



1
Van Meter v. USCP                    USCP004116