**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<u>Van Meter v. United States Capitol Police</u>,
Civ. A. No. 18-0476 (D.D.C. 2018)

KEY TO CANINE HANDLERS

| | |
|---|---|
| Handler 1 | Dmitrius Dantinne |
| Handler 2 | Robert Meikrantz |
| Handler 3 | Michael Riley |
| Handler 4 | Jay Schmid |
| Handler 5 | Garrett Zborai |
| Handler 6 | Male – Class 2016-02 |