1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3      --------------------------------X

4      MAURICIA VAN METER,                :

5                    Plaintiff,            :

6           v.                           :Case No.

7      UNITED STATES CAPITOL POLICE,     :1:18-cv-00476-KBJ

8                    Defendant.           :

9      --------------------------------X

10                      Deposition of

11                 CHARLES KENNY HILL

12                       held at

13        ALDERMAN, DEVORSETZ & HORA, PLLC

14            1025 Connecticut Avenue

15               Washington, DC 20036

16          Monday, December 12th, 2022

17                10:00 a.m. (EST)

18

19

20     Job No.: 472174

21     Pages 1 - 392

22     Reported by: Stefanie Towns, CCR

1              Deposition of CHARLES KENNY HILL, held at

2    Alderman, Devorsetz & Hora, Washington, D.C.:

3

4

5

6

7

8

9

10

11

12

13              Pursuant to agreement, before Stefanie

14   Towns, Notary Public in and for the District of

15   Columbia.

16

17

18

19

20

21

22

1               A P P E A R A N C E S

2

3           ON BEHALF OF PLAINTIFF:

4           LESLIE D. ALDERMAN, III, ESQUIRE

5           ALDERMAN, DEVORSETZ & HORA, PLLC

6           1025 Connecticut Avenue

7           Suite 615

8           Washington, D.C. 20036

9           202.969.8220

10          lalderman@adhlawfirm.com

11

12          ON BEHALF OF DEFENDANT:

13          KELLY M. SCINDIAN, ESQUIRE

14          UNITED STATES CAPITOL POLICE

15          EMPLOYMENT LAW DIVISION

16          119 D Street, NE

17          Washington, D.C. 20510

18          202.593.3619

19          kelly.scindian@uscp.gov

20    Also Present:

21    Aaron M. Wilensky, Esq.

22    Sheila A. Berry, Paralegal

```
 1              C O N T E N T S

 2   EXAMINATION OF CHARLES KENNY HILL         PAGE

 3       By Mr. Alderman                    6, 390

 4       By Ms. Scindian                      384

 5

 6              E X H I B I T S

 7         (Attached to the Transcript.)

 8                                           PAGE

 9   1          USCP 31-32                     26

10   2          USCP 989-1005                  35

11   3          USCP 3025-3026                 42

12   4          USCP 3052                      45

13   5          USCP 12-17                    150

14   6          USCP 1800-1805                185

15   7          USCP 456-457                  213

16   8          USCP 452-453                  218

17   9          USCP 41-42                    266

18   10         USCP 2983-2984                274

19   11         USCP 6-7                      278

20   12         USCP 469                      283

21   13         USCP 838-839                  359

22   14         USCP 78-79                    363
```

1        E X H I B I T S

2    (Attached to the Transcript.)

3                                          PAGE
        USCP 832-833                       365
        USCP 90-91                         377
        USCP 966-973                       381
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   Thereupon,

21                    DMITRIUS DANTINNE,

22    called as a witness, and having been first duly

1      sworn, was examined and testified as follows:

2           EXAMINATION BY COUNSEL FOR PLAINTIFF

3    BY MR. ALDERMAN:

4    Q.   Good morning, Mr. Hill.

5    A.   Good morning.

6    Q.   My name is Les Alderman.  I represent

7         Mauricia Van Meter in a lawsuit that she's

8         brought against the Capitol Police.  Thank

9         for coming today and appearing as a witness.

10            For the record, can you give us your

11        full name and your home address?

12   A.   Charles Kenneth Hill, Jr.  Address is 39367

13        Harper Place Mechanicsville, Maryland.

14   Q.   And who is your current employer?

15   A.   United States Capitol Police.

16   Q.   Okay.  Have you had your deposition taken

17        before?

18   A.   No, sir.

19   Q.   Okay.  Just going to go through some ground

20        rules.

21   A.   Mm-hmm.

22   Q.   Most important, I think, is make sure you

1           understand my question.

2     A.    Okay.

3     Q.    If there's any ambiguity, if it's confusing

4           at all, you'll let me know --

5     A.    Okay.

6     Q.    -- and I'll repeat it, I'll rephrase it, I'll

7           come from a different angle.  I'll work hard

8           to make sure you understand what I'm asking.

9     A.    Okay.

10    Q.    But you have to tell me there's a problem.

11    A.    Right.  Got you.

12    Q.    If you answer my question, then the record

13          that Stefanie is transcribing today, will

14          make it appear as if you understood what I

15          was asking.

16    A.    I got you.

17    Q.    Rule number two, this one's for Stefanie,

18          it's important that we try not to talk over

19          each other.  So even if you know exactly what

20          question I'm going to ask, let me finish it

21          so that it can be typed down --

22    A.    Okay.

1    Q.    -- easily then I'll let you answer in the

2          same way.

3                If you need any breaks today, it's going

4          to be a long day, it's going to be a long day

5          --

6    A.    I got it.

7    Q.    -- so take breaks.  Just ask.  If I'm in the

8          middle of a line of questioning, I may ask

9          you to hold on for a minute.  If I've asked

10         you a question I definitely need an answer

11         before we take a break --

12   A.    Okay.

13   Q.    -- but otherwise be comfortable.

14               Ms. Scindian may object from time to

15         time.  If she does, pause in your answer and

16         let her finish her objection.  And then if

17         you can answer the question, go ahead and

18         answer the question.  If she tells you not to

19         answer a question, then stop.

20   A.    Okay.

21   Q.    Okay?  You understand that you're under oath

22         --

1    A.    Yes.

2    Q.    -- so everything that you say is sworn.

3    A.    Right.

4    Q.    But that doesn't mean that you won't remember

5          something midway through the deposition and

6          want to go back to something that you said

7          earlier, and that's perfectly fine, just let

8          me know that you'd like to go back to

9          something that you testified about earlier.

10   A.    Okay.

11   Q.    Add the information you want to add, but that

12         way I get to ask you any questions that may

13         arise.

14   A.    I got you.

15   Q.    Also, you know, there's different kinds of

16         information, right, you can get information

17         firsthand, secondhand, thirdhand and on and

18         on.  It's important for me to know if you're

19         testifying based on your firsthand knowledge

20         --

21   A.    Right.

22   Q.    -- of events, or if it's something you heard

1       from someone else, or it's something that

2       you're taking a good guess at --

3  A.   Right.

4  Q.   -- all right?  So if you're not telling me

5       something based on your firsthand experience,

6       then make sure you tell me where it comes

7       from.

8  A.   Okay.

9  Q.   Make sense?

10 A.   Yes, sir.

11 Q.   Okay.  Can you tell me what you did to

12      prepare for the deposition today?

13 A.   I reviewed some training records and looked

14      at some videos.

15 Q.   Okay.  And when did you do that?

16 A.   Last time was this morning looking over some

17      records.

18 Q.   Do you know which records you looked at?

19 A.   Not specifically.  Just was glancing through

20      a couple different records from the class.

21 Q.   And were these -- the records that you were

22      reviewing, were they the EOD training forms?

1    A.    Yeah, the training records from the class.

2    Q.    Okay.  Did you review any notes?

3    A.    No.

4    Q.    Did you take notes during the training class?

5    A.    Yes.

6    Q.    Okay.  And have all those notes been provided

7          to counsel for Capitol Police?

8    A.    Yes.

9    Q.    Do you remember what videos you watched to

10         prepare for your deposition?

11   A.    I didn't watch any videos this morning.  Only

12         thing morning was the training sheets.

13   Q.    Okay.  Since class closed back in November of

14         2017, have you reviewed training videos from

15         that class?

16   A.    Yes.

17   Q.    And when did you do so?

18   A.    It's been various different times --

19   Q.    Okay.

20   A.    -- that I can't -- it's been various since

21         the class up until now there's been occasions

22         where we watched the videos.

1    Q.   And did you do that because you were asked to
2         do so by counsel --
3              MS. SCINDIAN:   Objection.
4    Q.   -- or did you do that on your own?
5    A.   Well, both.
6    Q.   Okay.  So I don't want to know about what
7         counsel asked you.  But when you went to look
8         at videos on your own, on your own --
9    A.   Right.
10   Q.   -- initiative, why did you do so?
11   A.   Just to look at the videos.
12   Q.   Okay.  And whose videos were you looking at?
13   A.   Just different ones.
14   Q.   Okay.  Do you remember any of the handlers
15        that you were looking at in the videos?
16   A.   I think some was Missy.  One was Garrett
17        Zborai.  We were working the one for one
18        exercises on the field teaching the dog outs.
19   Q.   Okay.  You're talking about one for one
20        exercises in your field, can you tell me what
21        that is?
22   A.   It's when you do a one for one ball exchange

1    with the dog to teach the dog the outs.  Once

2    he gives a one ball, he immediately gets the

3    other ball.

4  Q.  Okay.

5  A.  So sometimes when you're explanation this to

6    people, they don't understand so if you can

7    provide a video, visually they can look at it

8    and say, okay, this makes sense to me.

9  Q.  And that's why you were watching videos from

10    the 2017 class?

11  A.  Yes, sir.

12  Q.  Okay.  And so you showed videos of Zborai and

13    the --

14  A.  Not with Missy.  With Missy I was just

15    looking at her records, her videos.

16  Q.  Why?

17  A.  Just to look at them.  Sometimes you go back

18    and think of something and you go back and

19    maybe it will help somebody else, maybe it

20    won't.

21  Q.  Did you show her videos to any subsequent

22    classes?

1    A.    No.

2    Q.    Okay.  And for the record, when you refer to

3          Missy, and it's perfectly fine to refer to

4          her as Missy, you're talking about Officer

5          Mauricia Van Meter, the plaintiff in this

6          case?

7    A.    Yes, sir.

8    Q.    Anything else that you talked to anybody else

9          about their depositions?

10   A.    No.

11   Q.    Okay.  And other than counsel, have you

12         talked anybody about what you were going to

13         do or say in your deposition today?

14   A.    No.

15   Q.    When was the last time you spoke with

16         Sergeant Tony Phelps?

17   A.    Spoke to him?

18   Q.    Communicated with him.  Thanks.

19   A.    It's been -- I don't know.  It's been

20         probably a couple of years.

21   Q.    Are you friends with Phelps?

22   A.    We were acquaintances when he worked here,

1        yes.

2    Q.  When you guys worked together, did you

3        socialize together outside of work?

4    A.  No.

5    Q.  Ever been to his house?

6    A.  Yes, to pick up a kennel once.  He returned

7        the dog but other than that, no.

8    Q.  Okay.  Never went out to restaurants, bars,

9        events?

10   A.  Nope.

11   Q.  Okay.  Have you discussed why Van Meter was

12       removed from the 2017 training class with

13       Phelps?

14   A.  No.

15   Q.  Okay.  Have you discussed her removal from

16       that training class with any of the other

17       trainers since the event occurred?

18   A.  Can you be more specific, please?

19   Q.  Yeah.  Have you and any other trainers

20       communicated about Van Meter's removal from

21       the 2017 class?

22   A.  Yeah, after the class was over.  Yes, sir.

1    Q.   Okay.  And who did you speak to?

2    A.   Just Timmy Cullen and the trainers, everyone

3         that was involved in the class.

4    Q.   So that would be Jeff Core?

5    A.   Correct.

6    Q.   AJ Turner?

7    A.   Correct.

8    Q.   Anyone else?  Melvin Smalls?

9    A.   Melvin, yes.

10   Q.   Did you speak to Melvin about it, as well?

11   A.   Mm-hmm.

12   Q.   Can you think of any other trainers that were

13        involved in that 2017 class?

14   A.   I think we -- during one of the

15        conversations, I think Sergeant Cobb might

16        have been involved in the conversation.

17   Q.   What do you remember talking about in any of

18        those conversations with the trainers?

19   A.   The big discussion was, what could we have

20        done differently?  If there was anything that

21        we could have done, what could we have done

22        differently?

1    Q.   And were there any suggestions about what

2         could have been done differently?

3    A.   No.

4    Q.   Why were you having that conversation?

5    A.   Because to me I felt like a failure.  When a

6         student doesn't make a class, you as an

7         instructor you feel like you let them down.

8    Q.   How many times -- actually.  Yeah, let me ask

9         that question and then we'll go back in

10        history.  How many students have been removed

11        from a class or failed, you know, dropped out

12        or failed out of a class when you've been a

13        trainer at Capitol Police?

14   A.   Just two since I was there.

15   Q.   Okay.  Who was the other?

16   A.   John Rokowski.

17   Q.   And do you remember what year that was?

18   A.   2000 -- I don't know '8, 2009, something.  I

19        don't remember.  2007, 2008, something like

20        that.

21   Q.   Okay.  You got a spelling for Rokowski?

22   A.   I don't know.

1    Q.    All right.  2007 or '8?

2    A.    Something like that.  I don't remember

3          specifically the year.

4    Q.    What was your involvement in his separation

5          from the class?

6    A.    I was just an assistant instructor at the

7          time.

8    Q.    And as an assistant instructor, what was your

9          involvement in his separation from the class?

10   A.    I would -- I was just there just to take

11         notes and set up training exercises.

12   Q.    So you didn't have any decision making --

13   A.    No.  No, sir.

14   Q.    -- in the process of his separation in the

15         class?

16   A.    No, sir.

17   Q.    Did he drop out or was he removed?

18   A.    He was removed.

19   Q.    Okay.  And do you remember who the head of

20         training was or who -- yeah, who was the

21         supervisor over the training?

22   A.    Charlie Abernathy.

1    Q.   And who was the head trainer?

2    A.   That was Jimmy Webb.

3    Q.   Okay.  Okay.  Let's go back in time.

4    A.   Okay.

5    Q.   When did you start with Capitol Police?

6    A.   1998, March.

7    Q.   All right.  And what was your law enforcement

8         experience before that?

9    A.   None.

10   Q.   Okay.  When you started, were you a private

11        or --

12   A.   Yeah.

13   Q.   What was your first position when you came?

14   A.   Just as a private.

15   Q.   Okay.

16   A.   Officer in training.

17   Q.   Okay.  At what point in time did you move

18        over to K9?

19   A.   2001.

20   Q.   And did you go through the 14 week course?

21   A.   Yes, sir.

22   Q.   Similar 14 week class?

1    A.    Yes, sir.

2            MS. SCINDIAN:  Just give him a chance to

3          finish his questions.

4            THE WITNESS:  Sorry.

5            MR. ALDERMAN:  That's okay.

6    Q.    Did you go through the course at Capitol

7          Police for certification?

8    A.    Yes.

9    Q.    Okay.  And who were your trainers?

10   A.    Jimmy Webb, TJ Williams, and Mike Mulkahy.

11         And Timmy was there also.  Timmy Cullen.

12   Q.    As a trainer or as a student?

13   A.    No, he was there as like an assistant

14         trainer, he was there.

15   Q.    Okay.

16   A.    And I think it was longer than the 14 weeks

17         when I went through.

18   Q.    And when you went through, let's see, did

19         they split the two disciplines into static

20         and PBIED?

21   A.    No, they didn't have PBIED back then.  It was

22         just static.

1   Q.   Okay.  And you were a K9 officer?

2   A.   Yes, sir.

3   Q.   For how long?

4   A.   Up until -- well, until I left the department

5        in 2016.  Or 2014, sorry.

6   Q.   You retired in 2014?

7   A.   No, I transferred over to DHS, Department of

8        Homeland Security, under FPS.

9   Q.   Okay.  And what was you doing at that time?

10  A.   When I went to FPS?

11  Q.   Yes.

12  A.   A K9 training specialist, providing training

13       for all the operations, deployment teams that

14       they had.

15  Q.   What's FPS?

16  A.   Federal Protective Service.

17  Q.   Okay.  And what kind of K9's -- I guess, what

18       discipline was that?

19  A.   Same thing, explosive detection.

20  Q.   Okay.  Now, so before 2014, you started in K9

21       in 2001?

22  A.   Yes, sir.

1   Q.   And then you were a K9 handler, K9 tech?

2   A.   Yes, sir.

3   Q.   Before 2014, were you ever part of the K9

4        training division --

5   A.   Yes, sir.

6   Q.   -- at Capitol Police?

7   A.   Yes, sir.

8   Q.   When did you start that?

9   A.   January 2007.

10  Q.   And was that your primary duty as a trainer

11       then?

12  A.   No, it was a still a lateral -- a lateral

13       assignment.  You're still a handler but

14       started to backfill as a trainer.

15  Q.   So then in that 2007 period, you would have

16       been an assistant trainer?

17  A.   Yes, sir.

18  Q.   Okay.  And how long did that arrangement

19       last?

20  A.   I held that position until I left in 2014.

21  Q.   Okay.  So still as an assistant trainer?

22  A.   Well, it's a trainer.  The -- if you look at

1       the dockets, the way the department lists it,

2       the assistant trainer is a completely

3       different position --

4  Q.   Oh, okay.

5  A.   -- which was represented by Melvin Smalls.

6  Q.   Okay.  All right.  So then in 2007 were you

7       an assistant trainer or trainer?

8  A.   Trainer.

9  Q.   Okay.  Were you the lead trainer?

10 A.   No.

11 Q.   -- at any time between 2007 and 2014?

12 A.   Oh, yes, sir.

13 Q.   Okay.  When did you start being the lead

14      trainer?

15 A.   So the way the process works is during their

16      apprenticeship program is you go down and

17      help out with retraining, which is the teams

18      that are operation deployed.  From there you

19      have to assist with the class, you know,

20      which means you're doing all the paperwork,

21      you're setting up at all the venues, you're

22      there to assist.  And then the third process

1    is you have to lead a class.  So it takes --

2    it takes some time to become a trainer.

3 Q.  And at that point in time you're a certified

4    trainer by the USPCA?

5 A.  Well, the trained -- the teams that you

6    train, have to participate in the

7    certification offered by the USPCA, judged by

8    the USPCA.  If three of the teams that you

9    trained, passed their certification, then you

10   get your detection certification.

11 Q.  Okay.  And do you have the detection

12   certification certificate?

13 A.  Yes.

14 Q.  And when did you get it?

15 A.  I think like 2008, end of 2008, something

16   like that.

17 Q.  Okay.  Slow down a little bit.  Let me finish

18   my question.  I know you have all the

19   answers.

20 A.  Okay.

21 Q.  So you became a certified trainer some time

22   around 2008.  After that point in time, did

1        you become -- did you ever -- after that

2        point in time, when did you first act as lead

3        trainer at Capitol Police?

4    A.  It was after that.  After the 2008, sometime.

5    Q.  Were you always lead trainer or would you

6        alternate with somebody else?

7    A.  We would alternate.

8    Q.  Okay.  You and who?

9    A.  It would depend.  It would vary between the

10       trainers that were there.

11   Q.  Okay.  And let's break it down and tell me if

12       this has changed over the years.  What's the

13       distinction in duties between the lead

14       trainer and just a trainer for a particular

15       class?

16   A.  Once you have your certification, there's no

17       distinction.  You assume the same roles.

18   Q.  Okay.  I'm just going to -- I'm showing you

19       exhibit -- it's not an exhibit.  It's just a

20       document.  This is USCP 31 and 32.  I'm not

21       going to make it an exhibit yet but can you

22       tell me what this form is?

1    A.    It's a training form.

2    Q.    Okay.  This one in particular is from

3          August 14th, 2017 --

4              MR. ALDERMAN:  You know what, let's go

5          ahead and make it an exhibit.

6          (Exhibit 1 was marked for identification and

7          is attached to the transcript.)

8    Q.    Okay.  Mr. Hill you've been given Exhibit 1.

9          This one goes -- it's got what we call Bates

10         numbers on the bottom right.  This one goes

11         from USCP 000031 to 32.  From here on out, I

12         won't refer to the zeros.  I'll just say USCP

13         31 or 32?

14   A.    Okay.

15   Q.    Okay?

16   A.    Mm-hmm.

17   Q.    This one is from August 14th, 2017.  It's a

18         two-page document.  You'll see at the top

19         right corner, it says handler 3?

20   A.    Yes, sir.

21   Q.    And handler 3 in this particular class was

22         Mike Riley.

1   A.   Okay.

2   Q.   The names of the handlers have been redacted

3        by Capitol Police before we got the

4        documents.  And that code will always be --

5        handler 3 will always be Mike Riley.

6   A.   Okay.

7   Q.   So.  In this particular class of 2017, if you

8        take a look at the second page where the

9        instructor's signature is -- there's a line

10       for instructor's signature.  And the names

11       Sergeant Phelps T. and Hill, C are prefilled

12       in that form or at least typed in that form.

13       Do you see that?

14  A.   Yes, sir.

15  Q.   Is there a difference between you and Phelps

16       or are you guys both instructors for this

17       class on this form?

18  A.   On this form, yes, sir.

19  Q.   Okay.  Does that mean that you -- you have --

20       you're peers, you're peer instructors?

21  A.   Yeah.

22  Q.   Okay.  Now, Phelps is also the supervisor,

1          however, right?

2     A.   Correct.

3     Q.   Okay.  So what does it mean that he's the

4          supervisor and yet he's an instructor, in

5          terms of the authority that he has for the

6          class?

7     A.   Well, when you're running the class there's

8          no difference between the two people that are

9          leading the class.  Yeah, he owns the

10         supervisor position outside of the class

11         itself but there's no influence on that, when

12         it comes to teaching the class.

13    Q.   Okay.  So was Phelps your first line

14         supervisor?

15    A.   Yes.

16    Q.   In 2017?

17    A.   Yes, sir.

18    Q.   Okay.  Did he give you your performance --

19         did he issue performance reviews?

20    A.   Yes, sir.

21    Q.   Okay.  And did those performance reviews

22         dictate bonuses or anything that you got, any

1         additional pay that you got?

2    A.   No, sir.

3    Q.   Okay.  No performance awards at Capitol

4         Police?

5    A.   No.

6    Q.   That's too bad.  Let's see, did he have any

7         control over whether you got, within grade

8         promotions, like step increases or anything

9         like that?

10   A.   No, sir.

11   Q.   Okay.  Could he fire you or recommend your

12        termination?

13   A.   He could.

14   Q.   Okay.  Did he decide who would be a lead

15        trainer for a class and who would be -- who

16        would not be?  You know, did he decide that

17        alternation between head trainers?

18   A.   It was discussed, yes.

19   Q.   Okay.  And whose decision was that?

20   A.   Well, ultimately it's his decision.

21   Q.   Okay.  And then in terms of his supervisory

22        control over the class, would he set

1          schedules, I guess?

2     A.   Can you be more specific?

3     Q.   Would he approve leave for the handlers?

4     A.   Yes.

5     Q.   So the personnel type -- he had the personnel

6          supervisory authority for the class?

7     A.   Correct.

8     Q.   Okay.  If there was going to be any

9          disciplinary action for one of the handlers

10         during class, whose responsibility would that

11         be?

12    A.   Sergeant Phelps.

13    Q.   Okay.  So there's a distinction in terms of

14         his authority.  He's got the authority as a

15         supervisor that doesn't really impact

16         day-to-day training?

17    A.   Correct.

18    Q.   And then he's got the authority as one of the

19         instructors in the class?

20    A.   Correct.

21    Q.   And when it comes to you and him for that

22         particular class, you guys were co-equal?

1   A.   Correct.

2   Q.   You guys were peer instructors?

3   A.   Yes, sir.

4   Q.   So then let's talk about the practice for

5        that year.  Who would complete these forms on

6        a regular basis?

7   A.   It would depend.

8   Q.   All right.  Depend on what?

9   A.   On who had the time available to do them.  If

10       I was doing something with the rest of the

11       class, i.e. kennel assignments, then Sergeant

12       Phelps would do the sheets.  But if we got

13       back early enough and as has the class

14       progressed, I would traditionally do the

15       sheets while he was doing other things.  It

16       would depend on the time available when we

17       got back.

18  Q.   Okay.  And is there any indication on the

19       form that tells us who draft it, you know,

20       who's responsible for the language?

21  A.   Typically depending who the first name in the

22       box --

1   Q.   Okay.

2   A.   -- is the person that drafts it typically is

3        the way we do that.  But it's not always the

4        case.

5   Q.   Okay.  But if you were doing the form, you

6        would put your name first?

7   A.   Typically, yes.

8   Q.   Okay.  And likewise, Phelps?

9   A.   But it's not standard practice.  It's just,

10       you know, something that we typically do

11       sometimes but not all the time.

12  Q.   Okay.  Now, at the end of the day or at some

13       point in time during the day, you give the

14       form to the student, correct?  And I say

15       student, and I guess --

16  A.   Student handler.

17  Q.   Student handler, okay.  Was it the practice

18       to give these EOD Canine Training Forms to

19       the student handlers everyday?

20  A.   At times, yes.

21  Q.   What does that mean at times?

22  A.   Because there were times where you didn't

1    have the opportunity to complete the sheets

2    in the afternoon because you got back too

3    late.

4  Q.  Okay.

5  A.  So then you would come in the next morning to

6    do the sheets and then give them to the

7    students.

8  Q.  Okay.  And then you would ask the student to

9    sign it, right?  You would ask the student to

10   sign the document to show that they had

11   received it, right?

12       MS. SCINDIAN:  Objection.  Lack of

13   foundation.

14  Q.  Take a look at the second page.  There's a

15   line for handler's signature?

16  A.  Yes, sir.

17  Q.  So you didn't answer my question.  Did you

18   then ask the students to sign the document.

19  A.  They're asked to review it and then sign it,

20   yes.

21  Q.  Okay.  And were they ever told that by

22   signing it, that they agreed with everything

1          that was on that document?

2     A.   I don't remember specifically that was the

3          verbiage that was used.

4     Q.   Okay.

5     A.   But there was discussion that by you signing

6          it, yes, you acknowledge what happened that

7          day is on the sheet.

8     Q.   For this 2017 class?

9     A.   Mm-hmm.

10    Q.   Is that a yes?

11    A.   Yes.

12    Q.   That was a rule that I forgot to say.  If

13         you're going to respond in the affirmative or

14         in the negative --

15    A.   Mm-hmm.

16    Q.   -- it's always best to say yes or no.

17    A.   I got you.  Yup.

18    Q.   Okay, you know, something -- something that

19         makes --

20              MS. SCINDIAN:  Verbal.

21    Q.   -- clear sense.  Clear verbal sense.  Do you

22         specifically remember a point in time or any

1       point in time in which you or Phelps or any

2       of the instructors told this 2017 class in

3       which Van Meter was a part, that by signing

4       it, they were acknowledging that what was

5       written on the form occurred that day?

6   A.  I don't remember, again, that specific

7       verbiage.  The form was discussed on a Power

8       Point we talk about these are your daily, in

9       a sense, your training records.  You get

10      them, you review them, and then you sign

11      them.

12  Q.  Okay.  All right.

13      (Exhibit 2 was marked for identification and

14      is attached to the transcript.)

15  Q.  Okay.  Mr. Hill, I've given you now what's

16      been marked Hill Exhibit 2.  This one goes

17      from USCP 989 all the way to 1005 and it's a

18      PowerPoint.  It looks like a PowerPoint

19      presentation that was produced to us in

20      discovery.  The top, the first slide on the

21      first page says, USCP Canine Explosive

22      Detection Course overview, I believe?

1    A.   Yes.

2    Q.   Do you recognize the document?

3    A.   Yes, sir.

4    Q.   Is this the PowerPoint that you were just

5         referring to?

6    A.   Yes, sir.

7    Q.   Okay.  So if you take a look at Page 993,

8         that's where it describes these training

9         forms, correct, 993, 994?

10   A.   Yes, sir.

11   Q.   Okay.  You can put that aside, please.

12        Directing your attention back to Exhibit 1,

13        though?

14   A.   Mm-hmm.

15   Q.   -- there's a stamp at the top of the right

16        corner.  This one says entered August 16th,

17        2017.  Do you know what that stamp signifies?

18   A.   Yes, sir.

19   Q.   Can you tell me?

20   A.   It was when Melvin Smalls entered into the

21        database on the computer system.

22   Q.   And what's the database track?

1    A.    It's so that they can track the training

2          hours for the team.

3    Q.    And do you know what information is tracked

4          in that database?

5    A.    I don't know all of it but it tracks the

6          explosives that are used and accounts for the

7          hours.

8    Q.    Okay.  So that would keep track of the

9          explosives that the team was exposed to or

10         are trained on and then the hours?

11   A.    Yes, sir.

12   Q.    Does it keep track of how many hours each

13         team is trained on with respect to each

14         explosive?  So like, let's say, there was an

15         explosive called purple, would it say, this

16         team has 20 hours on purple?

17   A.    No, sir.

18   Q.    Okay.  So it just refers to training days?

19   A.    No, sir.

20   Q.    Hours in the --

21   A.    It counts for the number of hits you've had

22         on exposures to that particular training.  So

1          let's say, I'm using explosive purple, so if

2          you get two hits on it for that particular

3          day, if it's documented on the sheet, that

4          would be placing -- that sheet is two hits on

5          explosive purple today, on this particular

6          day.

7     Q.   Okay.

8     A.   And then we still count or capture the

9          training hours --

10    Q.   Okay.

11    A.   -- for that same particular day.  But it

12         gives us a way of being able to go back and

13         research and look at what explosives a dog's

14         being trained on; how many hits, especially

15         if they're starting to have a deficiency or

16         an issue with the -- the particular odor that

17         they're working with.

18    Q.   And so then this database also tracks a dog?

19    A.   Correct.

20    Q.   Dog and handler?

21    A.   Correct.

22    Q.   Well --

1   A.   Well, yes and no.

2   Q.   Pray tell?

3   A.   Because before the dogs are assigned, it's

4        just the dog.

5   Q.   Okay.

6   A.   And then once the dogs are assigned now it's

7        the team under the handler's name.  So when

8        you go to research it, I look up, you know,

9        Technician Van Meter or Van Meter and it'll

10       come up and populate, okay, this is the dog

11       that she had, this is all of the information.

12       But prior to the assignment of the dog to the

13       handler, then it's just tracking the dog.

14  Q.   You have to look up Jayden?

15  A.   Correct.  Yes, sir.

16  Q.   Okay.  Any other information that database

17       tracks?  So explosives, hits, training days,

18       training hours?

19  A.   I don't remember everything.  It's a quite

20       lengthy document.  And Melvin was the one who

21       designed and what went into it so --

22  Q.   Okay.  Is it used to track training that

1      occurs after the certification class?

2   A.   Yes, sir.

3   Q.   Okay.  So that it tracks the handler's

4        training throughout the handler's career in

5        K9?

6   A.   Correct.  Yes, sir.

7   Q.   Now, are you familiar with how Sergeant

8        Phelps completed these training forms in the

9        2017 class?

10  A.   More specifically?

11  Q.   His practices.  Like did he regularly use the

12       check box for -- let's see, yeah.  You see on

13       the first page where there's A and B, A is

14       for handler and B is for dogs about midway

15       down the page?

16  A.   Yes, sir.

17  Q.   Do you know if Phelps regularly used those

18       check boxes?

19           MS. SCINDIAN:  Objection.  Vague and

20       ambiguous.

21  A.   I don't know.

22  Q.   So tell me then, if it was Sergeant Phelps

1       completing the form or filling out that form

2       first, he would fill it out and you would

3       review it, correct?

4   A.  Yes, sir.

5   Q.  And then you would sign it?

6   A.  Yes, sir.

7   Q.  Were there times where respect you made

8       changes to the form?

9   A.  If there was any updates, you know, they were

10      updated, maybe put them took it back and made

11      the adjustments to it.  Or depending on the

12      time we just go through it and make the

13      adjustments on it, depending on what the

14      adjustments need to be made on it.

15  Q.  So there were time when you would like cross

16      something out and then put your initials?

17  A.  Or we would say this is -- especially if I

18      was watching the exercise, he would watch a

19      separate exercise, we weren't together.

20  Q.  Right.

21  A.  Then maybe he didn't take the information

22      from my notes and, no, this is what I meant

1      to say.  And then he would go back and change

2      it.

3  Q.  And you refer to your notes --

4  A.  Yes, sir.

5  Q.  -- what notes did you keep during that

6      training year?

7  A.  The same as the ones that were turned in.

8  Q.  But can you tell me, was there a form that

9      you used?  Did you use, you know, legal pads?

10 A.  I used legal pads.  I used whatever I had to

11     record the notes on.

12 Q.  Okay.

13 A.  Sticky notes, whatever.

14     (Exhibit 3 was marked for identification and

15     is attached to the transcript.)

16 Q.  Mr. Hill, you've been given Hill Exhibit 3.

17     It's USCP 3025 to 26.  And this one looks

18     like some notes, written on a writing pad?

19 A.  Yes, sir.

20 Q.  Do you see your handwriting anywhere on this

21     document?

22 A.  Yes, sir.

1    Q.    And can you tell me which is your

2          handwriting?

3    A.    The date, the line across the top.  My

4          handwriting is not the dog teams that are on

5          the top left, the -- the explosives that were

6          used are my handwriting.

7    Q.    Jump down to the -- there's a row for Missy

8          and Jayden?

9    A.    Yes, sir.

10   Q.    So it looks to me like there's two different

11         handwriting, someone that writes in like all

12         caps?

13   A.    Yup.

14   Q.    So I see --

15   A.    That's what you're referring to right here?

16   Q.    Yes, sir.

17   A.    Yup.

18   Q.    I see, sit issues and then tennis ball in box

19         with aid.  All those are written in all caps.

20         And do you know whose handwriting that is?

21   A.    I don't -- I don't know specifically because

22         you have different people taking notes.

1   Q.   Okay.  Does that look like your handwriting?

2   A.   No, sir, it's not my handwriting.

3   Q.   Okay.  Now, there's some handwriting on the

4        left of that in parentheses and it says,

5        handler unable to get sit at proper time.

6        Does that look like your handwriting?

7   A.   No, sir.

8   Q.   Do you know whose handwriting that is in the

9        parentheses?

10  A.   Not for 100% sure, no.

11  Q.   Whose do you think it is?

12  A.   Jeff Core's.  But I mean, him and AJ write

13       similar so I don't know.

14  Q.   Okay.  So you think -- it sounds like you may

15       have sort of drafted the framework for this

16       document but then someone else filled in the

17       detailed notes?

18  A.   Yes, sir.

19  Q.   You wrote in the titles of the columns at the

20       top but then someone else kept track of what

21       actually occurred during the training?

22  A.   Yes, sir.

1   Q.   Okay.

2       (Exhibit 4 was marked for identification and

3       is attached to the transcript.)

4   Q.   All right.  Mr. Hill, you've now been given

5       Exhibit 4.

6   A.   Okay.

7   Q.   This one goes -- is just a single page, USCP

8       3052.  And this one at the top it's called,

9       an explosive detection dog training aid

10      placement form.  And do you see your

11      handwriting anywhere on this form?

12  A.   Yes, sir.

13  Q.   And can you point where you see your

14      handwriting?

15  A.   Typically the -- for the 9 -- so 0945 for the

16      time for Zborai.  And then the score ratings

17      1 through 4 for Van Meter and Jayden.  And

18      then, of course, my notes are in the box

19      under Jayden.  And then you had the next one

20      for Billy and Riley are my handwriting, too.

21  Q.   Okay.  You can put that aside for now and

22      we'll look at it later.  All right.  So you

1       would -- if Phelps was the one who was

2       completing the form on the first, you know,

3       go around, if he was the one that was typing

4       the information in, you would look at it

5       before you signed it, right?

6  A.   Yes, sir.

7  Q.   And so based on your experience of reviewing

8       the forms that Phelps completed and referring

9       to Exhibit 1, if it helps, do you know if it

10      was Phelps' practice to use the check boxes

11      in that -- in those two fields for A handler,

12      and B, dog?

13         MS. SCINDIAN:  Objection.  Asked and

14      answered.

15  A.   I don't know if he consistently used them.

16  Q.   Okay.  When you completed the forms, did you

17      consistently use those check boxes?

18  A.   I tried to.

19  Q.   Okay.

20  A.   If it wasn't checking the box, then it would

21      be notes or some kind of comments.

22  Q.   Okay.  Would you do both, check the box and

1       then also give comments?

2   A.  If there needed to be an explanation yes,

3       sir.

4   Q.  Okay.  I want to ask about the box labeled

5       for handler?

6   A.  Yes, sir.

7   Q.  Am I correct that that is a list of -- each

8       check box represents a common mistake or

9       error that handlers make during training?

10  A.  Yes, sir.

11  Q.  Okay.  Are they the most common mistakes?

12  A.  From what we see, yeah.

13  Q.  Okay.  So you have a list of the most common

14      mistakes, and then you can easily check those

15      off as you fill out the form?

16  A.  Yes, sir, to save time.

17  Q.  Okay.  Can you tell me what goes into -- so

18      just -- I want to get an idea of when these

19      boxes are used --

20  A.  Okay.

21  Q.  -- that's my goal here.  The box for, didn't

22      prepare dog for search.  What goes into

1        preparing the dog for a search?

2   A.   It depends on the type of search that you're

3        doing.  If you didn't exercise the dog, if

4        you didn't properly put the paw boots on the

5        dog, didn't properly put a harness on the

6        dog.  It's making sure the dog is properly

7        prepared for the deployment or utilization.

8   Q.   So if the dog is supposed to have a choke

9        collar or a prong collar, it's making sure

10       that the choke or prong collar is on the dog?

11  A.   Yes.  Slip collar, yes, sir.

12  Q.   Okay.  What's a slip collar?

13  A.   It's another name for a choke chain but it's

14       referred to as slip collar.

15  Q.   That's what we should call it, slip.

16  A.   Okay.

17  Q.   When you say exercise the dog, does that mean

18       to let the dog walk around and relieve

19       itself?

20  A.   Mm-hmm.  Yes, sir.

21  Q.   Okay.  To empty the dog?

22  A.   Empty, yes, sir.

1   Q.   Okay.  All right.  Inconsistent search

2        pattern, can you tell me what are you seeing,

3        in general, when you mark inconsistent search

4        pattern?  What does that mean?

5   A.   Inconsistent search pattern means the

6        majority of the search was acceptable.

7        However, when you got near where the target

8        aid was placed, you didn't present something

9        or you missed something.

10  Q.   So it's not like you didn't present something

11       that didn't matter to the search?

12  A.   Correct.

13  Q.   It's when you can see that the dog may be

14       interested in something, but you are failing

15       to make presentations that help the dog get

16       the hit?

17  A.   Not necessarily.

18  Q.   All right.  How is that wrong?

19  A.   Because the inconsistent pattern deals with

20       the handler directing the dog to search

21       certain things.  The second part of your

22       question, though, the behavior change that

1          you're supposed to be paying attention to
2          that you failed to read.
3     Q.   Okay.
4     A.   So when we check this box of inconsistent
5          search pattern, that means that the handler
6          didn't direct the dog to do a consistent
7          pattern around the room.  Which means, they
8          did.  They came and they targeted certain,
9          however, where the aid was at, for some
10         reason they didn't target that area.  So it's
11         not completely lost where they came in, and
12         clueless.  They did direct the dog but for
13         some reason they didn't finish the search.
14         It was incomplete.  It was inconsistent.
15    Q.   Can you tell me what a clear as you go search
16         means?
17    A.   A clear as you go search means when you enter
18         into an environment, wherever you're entering
19         is your safe zone, if you will, and you
20         search the area and then you start to clear
21         it away.
22    Q.   And in order to do a clear as you go search,

1      does that mean that you have to do -- in

2      order to clear away, does that mean that

3      you're doing a detailed search on every item

4      capable of, you know, hiding an explosive

5      device?

6   A.   You start that way, yes.  But not necessarily

7      you end.

8   Q.   Tell me about that.

9   A.   Because if the dog shows a change of behavior

10      that he's targed or has encountered the

11      target odor, then at that point you have to

12      allow the dog to work to reduce the conflict

13      between the dog and the odor.

14  Q.   Okay.

15  A.   And at that point I'm not worried about the

16      pattern, it's watching the dog and paying

17      attention to the dog.

18  Q.   Okay.  But you start -- you start as clear as

19      you go, so that you know -- as soon as you

20      check that thing, you don't have to check it

21      again, right?

22  A.   Right.

1    Q.   It's behind you?

2    A.   For the most part, yes.

3    Q.   Yeah.  Are there exceptions that you can

4         think of?

5    A.   I don't what you mean.

6    Q.   You said for the most part, so I'm just

7         trying to figure out what you --

8    A.   Well, depending on how the dog is when you

9         first start and, again, the air current and

10        the environment itself may play a role into

11        that.  You know, you go in there with the

12        best intentions, like, this is where I'm

13        going to start.  Again, the dog chose it,

14        there's your change of behavior.  You have to

15        respond and let the dog work.

16   Q.   Okay.  So even before you start clearing, the

17        dog made a beeline for whatever this thing

18        is, right?

19   A.   Yes, sir.

20   Q.   Okay.  And at that point in time you're

21        supposed to let the dog explore that?

22   A.   Yes, sir.

1    Q.    Okay.  And if the dog doesn't give a final

2          response, then you come back and you get back

3          on your pattern?

4    A.    Not necessarily.

5    Q.    Oh, tell me about that.

6    A.    Because if -- if -- again, it goes back to

7          reading and interpreting the dog's body

8          language.  If I allow them to break pattern,

9          pull me to a certain area, then traditionally

10         I start working, loses the odor and now I

11         work back to where he originally encountered

12         the odor.

13   Q.    Okay.

14   A.    Because then I'm clearing everything as I'm

15         going backwards.  As opposed to the opposite

16         direction.

17   Q.    But get on a pattern?

18   A.    Correct.  Yes, sir.

19   Q.    Okay.  Did not praise K9 properly, when do we

20         use that check box?

21   A.    Is if the -- the reinforcer or the praise

22         from the handler is lacking, when there's no

1       praise observed.  Good boy is not acceptable

2       praise.

3   Q.  So what is acceptable praise?

4   A.  Depends on the dog.

5   Q.  Is there no dog for which good boy is an

6       acceptable praise?

7   A.  We have a mal that bites you if you get too

8       excited with him, yes.  So, again, it's based

9       on -- it goes back to reading the dog.

10  Q.  Okay.

11  A.  And you have to be able to interpret the

12      dog's body language to praise, to deploy the

13      dogs, to work the dogs, you're basic

14      interactions, it's understanding the dog.

15  Q.  Okay.  And so praising the K9 properly --

16  A.  Mm-hmm.

17  Q.  -- is tied to that specific dog --

18  A.  Yes, sir --

19  Q.  -- his personality?

20  A.  Yes, sir.

21  Q.  And so would that mal bite you if you get too

22      excited?  Good boy might be enough praise?

1   A.   Would be acceptable for the dog yes, sir.

2        But a dog that requires high level

3        excitement, and you just do a good boy and

4        looks at you like, yeah, that's not enough

5        for me --

6   Q.   Yeah.

7   A.   -- where the dog tries to go to somebody else

8        who will provide that excitement --

9   Q.   Yeah.

10  A.   -- it's telling us the handler is not giving

11       the dog what they need.

12  Q.   Okay.  Now, if you catch that in training,

13       that you see the handler's not giving the dog

14       what the dog needs, whether it's praise or

15       whether it's, you know, firm control or, you

16       know, whatever that is, do you --

17  A.   Firm control?  I don't know what that means.

18  Q.   Well, let's say that -- well, as a lay person

19       who's had a couple of dogs and see people

20       with dogs and has been watching dog videos,

21       it would appear to me that there are some

22       times where there is sort of a control

1        struggle between a dog and a handler, where

2        the dog maybe a little stubborn and may not

3        want to take orders from a particular

4        handler.  Is that something that you

5        encounter?

6  A.   I wouldn't say stubborn.

7  Q.   Okay.  How would you -- and I'm using,

8        obviously, my layperson's terminology.  How

9        would you describe that?

10  A.   Yeah, I wouldn't say the dog is stubborn.  I

11        would say the dog is being challenged or he's

12        not trained properly because he's still

13        learning.

14  Q.   Okay.

15  A.   But, you know, but I wouldn't say they were

16        being stubborn.

17  Q.   Do the handlers establish sort of a dominance

18        over the dog?

19  A.   No, that's so outdated.  No.

20  Q.   Do the dogs look at the handler as a pack

21        leader?

22  A.   No, sir.

1    Q.    What is the dynamic?

2    A.    They look for leadership and guidance, is

3          what they look for.

4    Q.    Okay.  And if they're not getting that

5          leadership and guidance from a particular --

6          and I'm trying to figure out these dynamics

7          that can occur, right?  You can have a

8          handler that just isn't as excitable enough

9          for the needs of the dog.

10   A.    Correct.

11   Q.    Or you can have a handler that doesn't show

12         the leadership that the dog needs to be

13         effective.  I'm sure there's other dynamics

14         like this, right?

15   A.    No, it's pretty simple.

16   Q.    Okay.  So if you're seeing that there's not a

17         good fit between the -- in the dynamics

18         between dog and handler in training, do you

19         have the opportunity to switch -- switch

20         things up, switch dogs around?

21             MS. SCINDIAN:  Objection.  Calls for

22         speculation.

1    A.   It depends.  Not really.

2    Q.   It depends on whether there's reserve dogs,

3         right?

4    A.   Yes, sir.

5    Q.   Okay.  And if there was a reserve that would

6         be a better fit, right?

7              MS. SCINDIAN:  Objection.  Calls for

8         speculation.

9    A.   Again, depends if there's a dog available or

10        not.

11   Q.   Have you ever done that before, switch a

12        handler dog pairing during training?

13   A.   After the first two weeks?

14   Q.   Yes, sir.

15   A.   Once they're assigned?

16   Q.   Yes, sir.

17   A.   Unless there's a medical issue or a safety

18        issue involved with it, no.

19   Q.   Okay.  So after the -- after the first two

20        weeks with the exception of medical or safety

21        issues --

22   A.   Switching a dog from an existing dog to

1          another dog that's in the class?

2    Q.    Yes, sir.

3    A.    Yeah, not after the first two weeks.  And,

4          like I said, unless it's a safety issue or

5          the existing dog that they're working is

6          medical and you have to retire the dog,

7          that's completely different but, no.

8    Q.    What's an example of a safety issue?

9    A.    The dog would be -- the handler can't

10         physically control the dog.  The dog can get

11         away from the handler.  Or the personality

12         there's a conflict, to where the dog showing

13         aggression to a person based on the way that

14         they're handling the dog.

15   Q.    And have you had that happen?

16   A.    Yes.

17   Q.    Okay.  And how many times have you had to

18         switch dogs out for that reason, after the

19         assignment is made?

20   A.    After the assignment is made?

21   Q.    Yes, sir.

22   A.    I think -- I think only once.

1    Q.   Okay.  And when was that made?

2    A.   And that was -- I think actually when I was

3         an assistant trainer way back when I think

4         2007 and 2008, there was an issue with the

5         aggression.

6    Q.   Okay.  Are you aware of other instances where

7         maybe you weren't --

8    A.   Not that I am aware of.

9    Q.   Okay.  Okay.  Let's see, oh, when it comes to

10        did not praise K9 properly, if instead of

11        praising the dog, the handler gave the dog

12        like a leash check or something that caused

13        discomfort, would you mark that under, did

14        not praise K9 properly, or would that go

15        under a different category?

16            MS. SCINDIAN:  Objection.  Calls for

17        speculation.

18   A.   No, I wouldn't mark that box for that.

19   Q.   Okay.  Which would you use for that?

20   A.   I wouldn't.  I would make a notation in it.

21   Q.   Okay.  It would be something you would

22        notate?

1   A.   Correct.  Or depending on this situation,

2        sometimes you just make a comment.  You need

3        to stop rewarding or praising -- or

4        correcting and rewarding at the same time,

5        and it's not captured on the training sheet.

6   Q.   Okay.  That leads to a great question, what

7        information would you capture on these

8        training sheets, your practice?

9   A.   The biggest issues that we saw for the day,

10       because you can't capture every little time

11       you make a comment on a student.

12  Q.   So would you capture the significant events

13       of the day?

14  A.   And the repeated events --

15  Q.   Okay.

16  A.   -- the issues.

17  Q.   Okay.  Things that cause you -- would you

18       capture things that caused you concern?

19  A.   Absolutely.

20  Q.   If you thought that a handler was doing

21       things that would hinder the dog's progress,

22       is that the kind of thing that you would

1           capture?

2    A.     More specifically what you mean hinder the

3           progress.

4    Q.     If the handler confused the dog, didn't give

5           the dog good timing during the imprinting

6           process, those kind of things.

7                 MS. SCINDIAN:  Objection.  Vague and

8           ambiguous.  Calls for speculation.

9    A.     Not always.

10   Q.     And why wouldn't you mark those down?

11   A.     Because you're running so many exercises

12          throughout the day.  Sometimes it may only

13          take one or two comments and then they don't

14          do it anymore, and you're not seeing it

15          repeatedly.  So it's like, okay, you fixed

16          that issue and let's keep to moving on.

17   Q.     So you don't ding the handler and just for

18          the first time something happens?

19   A.     No, sir.

20                MS. SCINDIAN:  Objection.  Calls for

21          speculation.

22   Q.     But if it's something that the handler is not

1      addressing, then it would show up on the

2      form?

3  A.  If we are not seeing adjustments in the

4      behavior, yes.

5  Q.  Okay.  Poor pre-search motivation, could you

6      tell me what that means?

7  A.  Sometime the dog that are a lethargic or a

8      little slow, you have to motivate them to get

9      them fired.  We refer to it as fired them,

10     get them excited about going to work.

11 Q.  Okay.  The next one in that column is misread

12     or misread K9 response?

13 A.  Mm-hmm.

14 Q.  Can you tell me about that?

15 A.  The dog gives you a final indication or

16     trainer response and you don't pay attention

17     to it because you're looking away.

18 Q.  What about they don't pay attention to it

19     because you don't recognize it?  So you used

20     the example that you were looking away --

21 A.  Mm-hmm.

22 Q.  -- would it also be that you just didn't --

1       you didn't recognize your dog's final

2       response?

3   A.  Correct, because you're not familiar with or

4       you're having a struggle interpreting the

5       dog's body language.

6   Q.  Okay.  So that would be -- that would all be

7       included in this misread K9 response?

8   A.  Mm-hmm.

9   Q.  Is that a yes?

10          MS. SCINDIAN:  Yes?

11  A.  Yes.  Sorry.

12  Q.  Now, do I have it right, and please correct

13      me if I don't, that there are like a few

14      different phases of dog body language, right?

15      Just bear with me for a second.  I'm going

16      butcher this and then you correct me, okay?

17      When you have a dog on task, when you're

18      searching, there's search behavior that's

19      different from wandering around goofing off

20      behavior, right?

21  A.  Search -- search behavior?

22  Q.  Where you can tell your dog is actually

1       searching.  May not have found anything that

2       it's interested in yet, but it's on task,

3       it's doing what you're --

4    A. It's referred to as working behavior.

5    Q. Working behavior, perfect.  Working

6       behavioral is different from wandering

7       behavior?

8    A. Absolutely.

9    Q. Okay.  And it's also different than play

10      behavior, right?

11   A. Yes.

12   Q. Okay.  So you have working behavior and then

13      you have, what, a learning behavior?  The dog

14      is -- so now the dog is working but it picks

15      up a trained odor.

16   A. Mm-hmm.

17   Q. What do we call that first encounter with a

18      trained odor?

19   A. Absolute threshold.

20   Q. Okay.  And is there a change of behavior when

21      the dog encounters that absolute threshold?

22   A. Yes, sir.

1    Q.    What do we call that change of behavior?

2    A.    That's the first sign that the dog is

3          offering a noticeable readable change of

4          behavior.

5    Q.    Do we call it alerting behavior?

6    A.    Yes, sir.

7    Q.    Okay.  All right.  So we have working

8          behavior and then that progresses to alerting

9          behavior?

10   A.    Correct, yeah.

11   Q.    And then what's the next -- I guess what's

12         the next gradient up from an alerting

13         behavior?

14   A.    I don't know.

15   Q.    So as the dog gets closer to source, you're

16         seeing additional change of behavior, right,

17         or --

18   A.    Well, it's, --

19   Q.    -- more profound change of behavior?

20   A.    Not necessarily.  Depends -- it's still

21         alerting behavior until he offers a final

22         indication.

1   Q.   You have to be taught to do the final

2        indication, right?

3   A.   Yes.  That's what the training response is.

4   Q.   Okay.  And that training response is

5        typically a sit, correct?

6   A.   Depends.

7   Q.   What else can it be?

8   A.   A down.

9   Q.   A lay down?

10  A.   Yes.

11  Q.   Okay.  So sit or lay down?

12  A.   Yes, sir.

13  Q.   Like, for example, Pope would lay down?

14  A.   Yes, sir.

15  Q.   Right?  The dog assigned to Zborai?

16  A.   Yes.

17  Q.   He was a lay downer.  And that final response

18       has to be taught to the dog?

19  A.   Yes, sir.

20  Q.   Okay.  But that's what we call a final

21       response.  So final response is not just

22       sniffing and wagging your tail exuberantly,

1          it's also the sit or the lay down?

2    A.    Correct.  Yes, sir.

3    Q.    Okay.  And as a dog -- do I have it right

4          that as the dog kind of between the first

5          alert when it gets to the absolute threshold

6          to the point where, what is it, the maximum u

7          threshold, where the dog gets over --

8    A.    Actually, it's two.  When the dog

9          initially -- initially shows a behavior

10         change it's an absolute threshold.  And then,

11         of course, goes to the final indication, and

12         then he's trained to do it.

13   Q.    Okay.  And do you expect to see a gradient in

14         that change of behavior between that initial

15         reaction and the source?

16   A.    Typically you do.  Depends on the environment

17         and what the dog is doing.  And you may

18         encounter a couple absolute thresholds.

19   Q.    Okay.

20   A.    And what that means is when the dog first

21         encounters the odor, the initial change of

22         behavior offered is the absolute threshold.

1    If the dog works, let's say, in a fan, if you

2    will, he works to the opposite side and then

3    all of a sudden, he loses the odor, you go

4    from more intensely searching to all of a

5    sudden, I lose it, that's your other mark for

6    absolute threshold.  Now he's lost the odor

7    and now he has to work himself back into it.

8    This is that noticeable, readable change of

9    behavior.

10  Q.  And then that point at which even if you

11   added more material, the dog can't tell the

12   difference between -- the dog can't process

13   any more then it has, right?

14       MS. SCINDIAN:  Objection.  Vague and

15   ambiguous.

16  A.  I don't understand.

17  Q.  The dog gets -- the dogs senses get overload,

18   right?  Whereas, even if you had a -- let's

19   say the dog is at the maximum that it could

20   possibly process of this scent, if you added

21   more, it's not going to do anything, because

22   the dog is at its maximum?

1          MS. SCINDIAN:  Objection.  Vague and

2      ambiguous.  And calls for speculation.

3   Q.  You understand what I'm talking about?

4   A.  No.

5   Q.  Seems like it's the -- the extent of that

6      threshold that starts with the absolute

7      threshold and then it goes to what?

8   A.  Well, you -- you're trying to define two

9      different things.  You got olfactory adaption

10     where the dogs have to adapt to the

11     environment that's in the area.  And then you

12     have the saturation point where the

13     environment is saturated with the odor.

14  Q.  That's and I think I'm thinking what I was

15     thinking of is that saturation point.

16  A.  Okay.

17  Q.  All right.  When the dog gets to that

18     saturation point --

19  A.  Mm-hmm.

20  Q.  -- is that essentially what you're trying to

21     wait for before you teach the dog to sit or

22     to give a final response?

1           MS. SCINDIAN:  Objection.  Vague and

2       ambiguous.

3    A.  No, it's pairing the odor directly with the

4       ball and the dog, initially for teaching the

5       dog.

6    Q.  Okay.  I guess what I'm trying to -- are

7       there not instances where the dog will give a

8       final response, it may not be exactly at

9       source but very close?

10   A.  Yes, sir.

11   Q.  And is that because the dog is at its

12       saturation point?

13           MS. SCINDIAN:  Objection.  Calls for

14       speculation.

15   A.  Not necessarily.

16   Q.  Okay.  Can you tell me, can you explain that?

17   A.  If there is a physical barrier preventing the

18       dog from accessing the source and cannot get

19       to it so, therefore, he's going as far as he

20       can go, or if there's no physical barrier,

21       let's just say, I put it in the ceiling, he

22       can't physically get to the source.

1    Q.    Yeah.

2    A.    So he's going to offer you a sit off source.

3    Q.    And it will be at maximum -- you want it to

4          be where the dog is getting the maximum?

5    A.    It's getting to source, yes, sir.

6    Q.    Okay.  How do you teach the handlers to know

7          when they're at -- when the dog is at source?

8    A.    Well, initially through imprinting they

9          always know where the boxes are at, where the

10         target odor is.

11   Q.    Okay.

12   A.    And because dogs are general -- or for a

13         generalization.  They may be obedient to odor

14         but they don't do well with generalization.

15         So when you go to new environments, the new

16         environments, you're still telling the

17         handlers where the target odor is located at.

18   Q.    When you're not telling the handler where the

19         odor is at, how do you teach the handler to

20         recognize when the dog is on source?

21   A.    Early on in training if the dog, let's say,

22         sits off source, you'll tell the handler,

```
1         you'll either give him a couple of

2         instructions to, can you stay on your

3         pattern, keep moving, you're not there yet.

4         Or if you know where it's at and the dog

5         gives you two sits, right, here's your

6         source, give him the source pay.  Because

7         you're always trying to establish and build

8         that you -- the dog always has to get to

9         source.

10   Q.   All right.  Are you then teaching the -- are

11        you teaching the dog to wait until it's at

12        it's -- that saturation point before it gives

13        it's final response?

14             MS. SCINDIAN:  Objection.  Vague and

15        ambiguous.

16   A.   It -- it depends.  You always -- the dog is

17        always taught that he has to get to source.

18   Q.   Okay.  How does the dog know it's at source?

19   A.   He goes to the largest concentration of odor.

20   Q.   Okay.  So you're trying to get the dog to sit

21        where it encounters the dog's concentration

22        to odor?
```

1    A.    Initially, yes.

2          MR. ALDERMAN:  Okay.  Let's take a short

3          break.

4          (A recess was taken)

5    Q.    Mr. Hill, just going down this list.  Back on

6          Exhibit 1, USCP 31, going down these check

7          boxes in the section for noted A, handler the

8          next one down is poor leash control.  Can you

9          tell me what when that box would be checked

10         or used?

11   A.    When the handler -- when there's too much

12         slack in the leash, too much tension in the

13         leash where it's interfering with the dog.

14   Q.    Okay.  If there's too much pressure on the

15         leash that can cue the dog to give a final

16         response, right?  A sit?

17   A.    Cue the dog, sir?

18   Q.    Key the dog or cue the dog?

19   A.    Condition the sit would be -- would be too

20         much leash pressure, yes, sir.

21   Q.    Okay.  And so that can lead to, it's an NPR,

22         what's that a non productive response?

1    A.   Yes, sir.

2    Q.   Is that right, it's non productive?

3    A.   Yes, sir.

4    Q.   Okay.  And so when you -- when the handler

5         accidentally conditions a sit, is that an NPR

6         or is that -- what do you call it?

7    A.   In that situation, no, it's not an NPR.

8    Q.   What is it?

9    A.   It's nothing.  Unless the handler calls it.

10        If the handler creates a false indication,

11        NPR false, non productive response, but if

12        they don't call it, then it's no big deal.

13   Q.   What if they call it?

14   A.   Then it's a false sit issue created or

15        influenced by the handler.  It was induced by

16        the handler because of the poor leash work,

17        now we have an issue.

18   Q.   Okay.

19   A.   Goes back to you can't read the dog.

20   Q.   Yeah.  Or you're not handling the leash well,

21        right?

22   A.   Yes.  But if you can read the dog, you would

1    identify the behavior prior to the sit

2    response, and then you'd be like, okay, yeah

3    he's --

4  Q.  You recognize that you did it?

5  A.  Yes, sir.

6  Q.  Or didn't do it?

7  A.  You didn't do it.

8  Q.  Okay.  Now, would you consider that a handler

9    error if the -- if the handler conditions the

10   sit accidentally, causes the dog to NPR, and

11   then the handler concludes that the dog is on

12   source and calls it, is that a handler error?

13      MS. SCINDIAN:  Objection.  Vague and

14   ambiguous.

15 A.  Be more specific for that question, please.

16 Q.  If the handler does something --

17 A.  Yes, sir.

18 Q.  -- that cues or keys the dog to sit where the

19   dog is not on source, and then the handler

20   seeing the dog giving a sit response, calls

21   source --

22 A.  Yes, sir.

1    Q.    -- is that a handler error?

2          MS. SCINDIAN:  Objection.  Vague and

3          ambiguous.

4    A.    It's a combination of errors that the handler

5          is making, yes.

6    Q.    Okay.  Would you note it as a handler error

7          on the table that we see on the second page

8          of the training form?

9    A.    I would list it as poor leash control and the

10         box is checked.

11   Q.    Would you also list it as a handler error on

12         the table on the second page?

13   A.    At times you could.

14   Q.    Okay.  Was it your practice to do so?

15   A.    I don't understand.

16   Q.    You said at times you could, so at what times

17         would you?  You in particular.

18   A.    If, again, if I see consistently there's an

19         error with it -- there's a combination of

20         errors that led to this, then I would list it

21         as a handler error.

22   Q.    Okay.

1   A.   But if it was influenced more from the poor

2        leash work, that is when I would check the

3        box for poor leash work?

4   Q.   And then if it was a situation of poor leash

5        work, would you then give the handler

6        additional exercises to help him or her

7        improve the leash work?

8             MS. SCINDIAN:  Objection.  Vague and

9        ambiguous.

10  A.   What do you mean additional exercises?

11  Q.   Additional time, attention, exercise,

12       guidance, help?

13  A.   Yes, sir.

14  Q.   Okay.  All right.  The next box is misread

15       K9's initial reaction to odor.  Can you

16       explain what that means?

17  A.   That's when the dog encounters that or shows,

18       to that absolute threshold.  The first

19       behavior change the dog makes, displays, then

20       you can read.

21  Q.   The working versus the alerting behavior?

22  A.   Yes, sir.

1   Q.   Okay.  And it's -- if you see that the dog --

2        if you are working the dog, the dog is

3        working, the dog alerts and attempts to break

4        pattern to go in the area of the source, and

5        the handler doesn't recognize that, and keeps

6        the dog on pattern, is that misreading K9's

7        initial reaction to odor?

8   A.   Yes, sir.

9   Q.   Okay.  Are there other common scenarios that

10       you would consider misreading K9's initial

11       reaction to odor that you can think of?

12  A.   Well, the handlers focus more on the next

13       presentation and not paying attention to the

14       dog.

15  Q.   Okay.  Yeah, if the -- if the handlers just

16       not paying attention to the dog, if he's not

17       looking at the dog and, you know, I've seen

18       enough videos that this is one of your

19       things, right, this is one your pet peeves,

20       is when the handlers don't look at dogs?

21  A.   Pet peeves?

22  Q.   One of the things that you focus on, making

1    sure that the handlers are paying attention

2    to the dogs at all times.

3  A.  Yes, sir.  Because it increases their risk of

4    them missing something because they're not

5    paying attention to the dog.  So not a pet

6    peeve to where I take personal issue because

7    they're not paying attention to the dog and

8    they're going to miss something.

9  Q.  And that will either miss a dangerous

10    explosive if it happens, you know, after

11    training is over, or it will hinder the dog's

12    progression through training, right?  Because

13    the dog needs immediate feedback when it gets

14    -- when it makes these changes of behavior,

15    right?

16  A.  Yes, sir.

17  Q.  Okay.  Lacks enthusiasm, can you tell me what

18    that means?  It's the next box.

19  A.  Yes, sir.  It's when the handler is bored.

20  Q.  Okay.  So does it mean, it's when the handler

21    is bored when rewarding or like during the

22    search just kind of like a --

1    A.    That's during the search.

2    Q.    During the search.  The next one is, keyed

3          response.  And can you tell us what that

4          means?

5    A.    It's when you know where the aid's at and you

6          impede the dog into going into a sit.

7    Q.    Is it a good thing or a bad thing?

8    A.    Depends on what you're doing.

9    Q.    Okay.  How is it a bad thing?

10   A.    It's a bad thing, and let's just say, that

11         the target odors is in my coffee cup.  You

12         know where it's at, it's a known location.

13         If I walk up, present this, and just stand

14         there and look at the dog, the dog's gonna

15         sit.  Did he sit because he was on target

16         odor or did he sit because I keyed him into

17         sitting.

18   Q.    Okay.

19   A.    And I want the dog to sit because he's on

20         target odor, not because my positioning or my

21         influence on him.  So at that point you keyed

22         the response in the dog and that's not what

1          I'm looking for.

2    Q.   And as we discussed earlier, handler can also

3         key an NPR --

4    A.   Yes, sir.

5    Q.   -- right?  And, again, I think one the

6         examples you used was just by standing there,

7         if you just stand there, the dog thinks that

8         you want it to do something, right?

9              MS. SCINDIAN:  Objection.  Calls for

10        speculation.

11   A.   Not just standing there creates an NPR.

12   Q.   Okay.  So just sitting and standing in the

13        middle of the room staring at a dog, can that

14        create an NPR?

15   A.   Yes, sir.

16   Q.   Okay.  And that would be a keyed -- that

17        would be a keyed response, right?

18   A.   Again, with the NPR is, am I calling it?  Am

19        I looking for verification that, yeah, I'm

20        going to call the odor is here.  Again, if

21        the dog just sits and I don't call anything

22        then, you know, I'm not looking to you to

1       say, there's a target over here.

2   Q.  Now, --

3   A.  Because you're always making -- make the dog

4       sit.  To eat you make him sit and do

5       different things.  So I'm not saying that

6       there's a target odor that the dog was

7       indicated by.

8   Q.  So the way that doesn't hinder, is you don't

9       call it and you don't reward it, right, the

10      NPR's?

11          MS. SCINDIAN:  Objection.  Vague and

12      ambiguous.

13  A.  Correct.  You don't reinforce.

14  Q.  Okay.  But if you start to reinforce the

15      NPR's then that could have a bad effect on

16      the dog's progression through training,

17      right?

18  A.  Yes, sir.

19  Q.  Because it -- what does it do to the dog?

20  A.  Well, you start to question the reliability

21      of the dog.

22  Q.  Because the dog doesn't know when it's

1       supposed to sit or not sit, right, or give

2       final response?

3   A.  Correct.

4   Q.  Okay.  Next one is, did not direct, I think,

5       detailed search.  And can you tell me when

6       that box would be used?

7   A.  If the handler just comes in the room and

8       wanders around the room and leaves.

9   Q.  Okay.  Are there other circumstances when

10      that would be used?

11  A.  The other one if you misread or

12      misinterpreted the dog's change of behavior,

13      the dog showed you a change, but then you

14      don't direct the dog to search a particular

15      area because it's interest.

16  Q.  Okay.  So if the dog shows an alert behavior

17      but you don't direct the dog to do a thorough

18      search of the area, that would be -- did not

19      direct detailed search?

20  A.  Yes, sir.

21  Q.  Okay.  Let's see, the last one is fail to

22      condition K9 at the proper time.  Can you

1      tell me what that means?

2  A.  That's if you noticed the learned behavior of

3      the dog's working back and forth, bracketing,

4      or high, low whatever he's doing, and you're

5      just standing there waiting for him to do

6      everything.  And you don't step in to

7      condition the dog when he needs to be

8      conditioned.

9  Q.  So is that something that typically would

10     happen during the imprinting phase?

11         MS. SCINDIAN:  Objection.  Lacks

12     foundation.

13 A.  Not necessarily.

14 Q.  Because at the -- I mean beyond the

15     imprinting phase or beyond the first weeks of

16     training, the dogs are taught to sit

17     independently, right, when they're on source?

18         MS. SCINDIAN:  Objection.

19 Q.  Sorry, to give the final response when on

20     source.

21 A.  You confused me.  Can you ask the question

22     again?

1    Q.    Yeah.  I think I confused myself.  Okay.  So

2          I'm asking about when you would use the box,

3          failed to condition K-9 at the proper time.

4          You were indicating that it's when you see

5          the dog is bracketing the source or going

6          either laterally or longitudinally, I guess,

7          going up and down or left to right, and the

8          handler just sits there instead of, what?

9          What should the handler be doing?

10   A.    Based on the interpretation of the dog if

11         he's working back and forth, like you said

12         bracketing the change of behavior then you

13         ask the dog to sit.

14   Q.    Okay.  So bracketing -- bracketing behavior

15         is enough to condition the final response?

16   A.    The intensity of the bracketing behavior.  It

17         may be enough to odor and that's you

18         interpreting the dog's behavior of change

19         based on the environment you're at, what the

20         dog's actually doing.

21   Q.    And you said the handler is supposed to have

22         conditioned the sit, right?

1    A.    Yes, sir.

2    Q.    But isn't there a point in time where the dog

3          is expected to sit on it's own when it has

4          identified the source?

5    A.    It depends.

6    Q.    On what?

7    A.    If he can get the source or not.

8    Q.    Okay.  So if the dog can't get to source,

9          then the dog should be sitting on it's own?

10         If the dog is bracketing and there's some

11         physical impairment or some physical barrier

12         to get him to source, then it should be the

13         handler that caused the sit, is that what

14         you're saying?

15             MS. SCINDIAN:  Objection.  Compound.

16         Mischaracterizes the testimony.

17   A.    Typically, yes.

18   Q.    Okay.  Now, under the comments section is

19         there's a comment section below those check

20         boxes that I was just referring to on the

21         first page of these EOD Canine Training

22         Forms.  And do you know who it would be, back

1          in 2017, who would write in the information

2          for the comment section?  Is that whoever is

3          completing the form?

4    A.    Yes, sir.

5    Q.    Okay.  All right.  Now, on the second page of

6          this training form there is a table at the

7          top, and can you tell us, generally speaking,

8          what's this table used to record?

9    A.    When you're doing environmental placements.

10   Q.    Okay.  So this tells you what the explosive

11         was that you used, that's in the first column

12         on the left, right?

13   A.    Yes, sir.

14   Q.    The amount of that explosive that you used,

15         that's the second column, correct?

16   A.    Yes, sir.

17   Q.    The location of the hide, that's where you

18         would describe the exact location where the

19         hide is placed?

20   A.    Yes, sir.

21   Q.    All right.  And then you have three narrow

22         columns L, M and H.  Does that indicate a low

1          hide, a medium level hide, and a high hide?

2     A.   Yes, sir.

3     Q.   Okay.  That's talking about where laterally

4          the hide is placed?  Is that lateral or

5          longitude?  That's lateral, right?

6     A.   Yes.

7     Q.   And then the last column is for score, and

8          can you tell me what that column is used for?

9     A.   The performance evaluation scores, which you

10         put down whether the hide was found, whether

11         it was a dog miss, a handler miss, or a known

12         location.

13    Q.   Okay.  Now are those scores tracked anywhere?

14    A.   I don't understand scores.

15    Q.   Well, you -- there's a column that says,

16         score?

17    A.   Right.

18    Q.   So whatever goes into that score column, is

19         that tracked somewhere on that --

20    A.   On that database that we talked about

21         earlier.

22    Q.   Okay.  All right.  So just below this table

1        there's a -- looks like a key, right?  You

2        have find-F; handler miss-HM; dog miss-DM and

3        then known location-KL.  Those initials, are

4        they short for whatever score you're supposed

5        to put in?

6    A.  Yes, sir.

7    Q.  So if we see an F in the score column, that

8        means a find, right?

9    A.  It means the target odor was located, yes,

10        sir.

11   Q.  And F stands for find?

12   A.  Yes, sir.

13   Q.  Right?  HM, stands for handler miss.

14   A.  Yes, sir.

15   Q.  Okay.  So in order to get an F for find, what

16        has to happen?

17   A.  The target odor has to be located.

18   Q.  Does the handler team have to find that hide,

19        locate the hide without assistance from the

20        trainer --

21        MS. SCINDIAN:  Objection.  Vague and

22        ambiguous.

1   Q.    -- to get an F?

2   A.    Typically.

3   Q.    Okay.  Handler miss, HM, what does that

4         denote in the score scale?

5   A.    That the handler's performance did something

6         that created the aid to be undetected.

7   Q.    The handler did something that resulted in

8         the aid going undetected?

9   A.    Yes, sir.

10  Q.    Okay.  And so that could be the handler

11        failing to search the area where the hide is

12        located, if it's within the search

13        parameters?

14  A.    Yes, sir.

15  Q.    That could be the handler failing to --

16        failing to observe the dog's change of

17        behavior, correct?

18  A.    The interpretation, yes, sir.

19  Q.    Okay.  It could be the handler pulling the

20        dog off, off the source and continuing a

21        search?

22  A.    Yes, sir.

1   Q.   Can you think of some other common scenarios?

2   A.   That it would be considered as a handler

3        miss?

4   Q.   Yes, sir.

5   A.   No, not really.

6   Q.   How about when the handler calls an NPR, in

7        other words, declares that the dog is on

8        source when it's really NPR, would that be a

9        handler miss?

10  A.   No, because that's recorded as whether the

11       target odor was located or not.  It's a

12       handler error because the handler

13       misinterpreted the dog's change of behavior

14       or misread the dog; but the target odor

15       wasn't located when the exercise was over, so

16       that's a handler miss.

17  Q.   I see.  So if they mistakenly declared an NPR

18       a hit, but then they continued in the search

19       and they found the hide --

20  A.   Right.

21  Q.   -- it's the finding of the hide that's being

22       scored, right?

1    A.   But then you would also document the NPR,

2         handler induced NPR, or false indication of

3         the handler error during the search.

4    Q.   Okay.  Where would you indicate that?

5    A.   Down in the comment section.

6    Q.   In the comment section.  Okay.  And then dog

7         miss, what does that mean?

8    A.   That's when the handler has done everything

9         they're trained to do and the dog walks the

10        target odor.

11   Q.   And is that always the dog's fault?  Sorry.

12        Is that the dog's fault, the dog miss?

13   A.   Is it the dog's fault?  Can you clarify that?

14   Q.   If the handler has done everything that the

15        handler can do and the dog walks the odor,

16        does that mean that the dog made a mistake?

17   A.   Means there's a deficiency somewhere whether

18        it's the odor recognition, you know, that we

19        need to go back and reshape the behavior for

20        the dog.

21   Q.   Okay.

22   A.   But it's listed as the handler -- nothing

1       they can do, there's nothing else the handler

2       can do and the dog walks the training aid.

3   Q.  So the dog miss is not a negative reflection

4       on the handler?

5   A.  No, sir.

6   Q.  Okay.  Is it also the case, though, that

7       there are times where you -- when the

8       training staff positions the hide in such a

9       way that the odor can't get out and the dog

10      just can't pick up the odor?

11          MS. SCINDIAN:  Objection.  Calls for

12      speculation.

13  A.  It happens.

14  Q.  Okay.  And would that be listed as a dog

15      miss?  If you realized that the way that

16      it -- it was just the way the hide was

17      placed.

18          MS. SCINDIAN:  Calls for speculation.

19      Objection.

20  A.  Not necessarily.

21  Q.  Okay.  Would that be the kind of situation

22      where you make an adjustment to the hide,

1      maybe mid exercise to make sure the dog gets

2      a positive outcome?

3  A.  Yes, sir.

4        MS. SCINDIAN:  Objection.  Calls for

5      speculation.

6  Q.  Okay.  And then how would that be denoted in

7      the score?  Would that be a trainer assist or

8      would that be a known location?

9  A.  It would depend.

10 Q.  On what?

11 A.  On when the location of the target odor was

12     moved and whether the handler was made aware

13     that the target odor was moved.

14 Q.  Okay.  And if a handler was aware that the

15     target was moved, how would you denote it in

16     the score sheet?

17       MS. SCINDIAN:  Objection.  Calls for

18     speculation.

19 A.  Known location.

20 Q.  And if the handler was not aware that you

21     moved it, then you wouldn't make any

22     indication at all, right?

1   A.   Yeah, it --

2        MS. SCINDIAN:   Objection.   Calls for

3   speculation.

4   A.   It would be a find.

5   Q.   Okay.

6   A.   If they found or if it was a handler miss or

7   a dog miss.

8   Q.   Okay.   What is TA?   I see TA on some of these

9   forms?

10  A.   Trainer assist.

11  Q.   When is that used?

12  A.   If the handler's done everything he can do,

13  if the dog's get to the location but they

14  can't get to source, the trainer will step in

15  to assist.   It's a subjective reference to

16  how much input you're giving the dog.   It

17  doesn't go against the handler.   There's

18  nothing else they could have done.   They

19  don't know where it's at.   They're reading

20  and reacting to what the dog's telling them.

21  The trainer steps in and just assists them to

22  get the dog closer to source so that it's

1          successful to the team.

2     Q.   It's not a negative?

3     A.   No, sir.

4     Q.   Okay.  Sorry, let me make sure I get the

5          question out right.  There's no negative

6          indication on the handler if you see the TA,

7          right?

8     A.   Typically, no.

9     Q.   Okay.  All right.  So we filled out the form,

10         if you're the one that's filling it out, you

11         sign it, right, and then you pass it to your

12         co-instructor, which for this particular year

13         was Sergeant Phelps, right?

14    A.   Yes, sir.

15    Q.   And then Sergeant Phelps would either make

16         changes to it, or accept it, and sign it.

17    A.   Yes, sir.

18    Q.   Okay.  Now, if Sergeant Phelps made changes

19         to it, where we would we see those changes?

20    A.   You wouldn't.  He would make the changes and

21         then print out a new sheet before the

22         students even saw the sheet.

1    Q.    And he would do that on the computer or a

2          typewriter?

3    A.    No, the computer.

4    Q.    And are the drafts of these reports saved?

5    A.    No, sir.

6    Q.    Okay.  So that he would just overwrite the

7          original version of the draft, print it out,

8          sign it?

9    A.    Yes, sir.

10   Q.    Okay.  Do you know if there had been

11         occasions when he -- in the 2017 class when

12         Phelps made change to a report that you

13         drafted?

14   A.    I don't recall.

15   Q.    Okay.  Now, do you know what the -- so then

16         there's a section underneath that first

17         signature block.  And this one is for

18         supervisor's comments.  And then there's

19         another signature block for the supervisor's

20         signature.  Now, for this 2017 class Sergeant

21         Phelps was the supervisor, right?

22   A.    Yes, sir.

1   Q.   Because he's the sergeant --

2   A.   Yes, sir.

3   Q.   -- over K9 training?

4   A.   Yes, sir.

5   Q.   Who would sign that day?  Would that be Cliff

6        Deutsch?

7   A.   Cliff Deutsch.

8   Q.   So it wouldn't be the -- there is a -- there

9        is a sergeant over K9 today, correct?

10           MS. SCINDIAN:  Objection.  Lacks

11       foundation.

12  Q.   Sorry.  There's a sergeant in K9 training

13       today, isn't there?

14           MS. SCINDIAN:  Objection.  Lacks

15       foundation.

16  A.   No.

17  Q.   Okay.  Dan Noel is not the sergeant over at

18       K9 training anymore?

19  A.   No, sir.

20  Q.   Okay.  So today this would be Cliff Deutsch

21       signing?

22  A.   Yes, sir.

1   Q.   Doesn't have to be -- doesn't have to be a

2       sergeant as a supervisor, right?

3   A.   No.  Whoever is the supervisor, that's who

4       can sign it.

5   Q.   Okay.  And do you know what -- what kind of

6       comments would go on the supervisor's

7       comments that wouldn't be included in the

8       instructor's comments?

9   A.   If there's any concerns that the supervisor

10      has, he would document them.

11   Q.  Okay.  When you and Phelps were completing

12      these form for the 2017 class, would Phelps

13      also include his own comments as an

14      instructor in the comments section above the

15      instructor's signature?

16   A.  The comments would be specifically about the

17      target or the training exercises that were

18      ran, yes.

19   Q.  I'm just trying to figure out if Phelps,

20      whenever he made comments, would he always

21      put them down in the supervisor's comment

22      box?

1    A.    I don't know.

2    Q.    Okay.  Well, you've seen training forms where

3          Phelps' comments were up in the instructor's

4          comments box, right?

5    A.    Yeah.  And the comments that are in this box

6          deals specifically with that particular

7          exercise or exercises that they're running.

8    Q.    And when you're referring to this box, you

9          mean the top --

10   A.    Yes, sir.

11   Q.    -- comments box on the second page of EOD

12         form?

13   A.    Yes, sir.

14   Q.    Okay.  And if Phelps -- if he had a comment

15         that pertained to the specific training

16         exercise it would go in the instructor's

17         comments box, right?

18   A.    Yes, sir.

19   Q.    Okay.  If he had a -- if he had a comment

20         about, you know, failing somebody out or some

21         kind of management issue, that would go in

22         the supervisor's comments?

1    A.    Yes.

2    Q.    All right.  Put away Exhibit 1.  You're aware

3          that Officer Van Meter was removed from the

4          2017 training class, right?

5    A.    Yeah.  Yes, sir.

6    Q.    And can you tell me what your involvement was

7          in that decision?

8    A.    More specific?

9    Q.    What role did you play in removing Van Meter

10         from the training class?

11   A.    I don't understand what you mean by what

12         role.

13   Q.    Did you recommend removal?

14   A.    Yes.

15   Q.    Who did you recommend it to?

16   A.    Well, it was a discussion between the

17         trainers and then we all agreed based on the

18         performance deficiencies that were being

19         observed, that she should be removed from the

20         program.

21   Q.    Okay.  So it wasn't -- it wasn't like your

22         idea --

1    A.   No, sir.

2    Q.   -- to remove her?

3    A.   No, sir.

4    Q.   Who initiated that discussion?

5    A.   Well, we all had concerns with her

6         performance and collectively we discussed.

7         Ultimately, it was Sergeant Phelps who

8         removed her from the program.

9    Q.   You said, we all had concerns with her

10        performance?

11   A.   Yes, sir.

12   Q.   And at what point in time did this discussion

13        occur?

14   A.   There were several discussions after like

15        week three or four, where we started having

16        concerns with what we were seeing.

17   Q.   So there was several discussions and these

18        discussions began around week three or four?

19   A.   Something like that, yeah.

20   Q.   How many times would you say that you had

21        these discussions among the training staff?

22   A.   Amongst all the training staff?

1   Q.   Yeah.  Well, you and any other trainer about

2        Van Meter.

3   A.   Probably like every other day, to be honest

4        with you.

5   Q.   Consistently over the course of the training

6        class?

7            MS. SCINDIAN:  Objection.  Vague

8        ambiguous.

9   Q.   Every other day consistently throughout the

10       training class?

11           MS. SCINDIAN:  Same objection.

12  A.   When we were working with her, yes.

13  Q.   Did you ever make notations other than in the

14       training forms about your concerns regarding

15       Van Meter?

16  A.   More specifically?

17  Q.   Did you ever keep any notes?

18  A.   Yeah, my notes that you guys have.  All my

19       notes were turned in.

20  Q.   Did you ever e-mail anyone explaining your

21       concerns about Van Meter?

22  A.   No.

1   Q.   Text message, any other kind of written

2        communication?

3   A.   No, sir.

4   Q.   Okay.  You said the training staff was

5        discussing Van Meter's progress or alleged

6        lack thereof, who is included in that

7        training staff?

8   A.   All the trainers at the time.

9   Q.   Okay.

10  A.   And, again, it was various depending on who

11       was available when we were having these

12       discussions.  But it was typically Tony

13       Phelps, myself, Timmy Cullen, Jeff Core and

14       AJ Turner.

15  Q.   Phelps, Cullen, you, Turner and Core?

16  A.   Yes, sir.

17  Q.   Now, at some point in time the class divided

18       into two groups, right, a static group and a

19       PBIED group?

20  A.   For this particular class, yes.  There was

21       two disciplines and they split at week five,

22       yes, sir.

1    Q.    And Turner and Core then led the PBIED group,

2          right?

3    A.    Yes, sir.

4    Q.    Okay.  And so were they regularly working

5          with Van Meter?

6    A.    No, sir.

7    Q.    Okay.  Were they regularly seeing Van Meter's

8          performance?

9    A.    Occasionally they are seeing what she was

10         doing.

11   Q.    Under what circumstances would they see what

12         she was doing?

13   A.    Like when we were back at the training center

14         running luggage, or things that they were in

15         the same area as where the exercises were.

16   Q.    So there were times even after that split

17         between static and PBIED, that all of the

18         handlers would train together, correct?

19   A.    There was a couple -- couple of exercises,

20         yeah.

21   Q.    Luggage exercise would be one, right?

22   A.    Luggage, yes.

1    Q.   And there were also some scattered searches

2         in the parking lot?

3    A.   Yes.

4    Q.   The K9 facility, right?

5    A.   Yes, sir.

6    Q.   And why would both teams be doing the same

7         exercises on those occasions?

8    A.   Exposure for the PBIED teams because it

9         wasn't within their discipline but it was an

10        exposure exercise for them.  We had it set up

11        for the static teams.

12   Q.   The scattered search that was conducted in

13        the parking lot, was that to mimic the scene

14        after an explosion?

15   A.   Or after mass shooting, yes, sir.

16   Q.   Okay.  And under those circumstances you

17        would need all of the handler teams, whether

18        they're PBIED or static to be able to

19        respond, right?

20   A.   Not typically, no.  It would be the static

21        teams.

22   Q.   So why have the PBIED folks engage in that

1           training at all?

2    A.     Exposure.

3    Q.     Why was that exposure important for the PBIED

4           teams if they would never be called onto do

5           it?

6    A.     Because whatever you expose the dogs to do,

7           you increase the versatility of the dogs.

8    Q.     Okay.  So let's see after the split between

9           static and PBIED, you said that was week

10          five?

11   A.     Yes, sir.

12   Q.     Okay.  You, Cullen, and Phelps were the

13          primary instructors for the static side?

14   A.     Well, Timmy bounced between static and PBIED

15          whenever trainer weren't available.

16   Q.     So you and Phelps were the primary

17          instructors on the static side with Cullen

18          coming every once in a while?

19   A.     Yes, sir.

20   Q.     All right.  Do you know if there was a period

21          of time when Phelps asked Cullen to stick

22          with the static side because of a complaint

1          that Van Meter had made?

2    A.   No, I'm not aware of that.

3    Q.   Did you ever witness Sergeant Phelps act in a

4         belittling manner towards Officer Van Meter?

5              MS. SCINDIAN:  Objection.  Vague and

6         ambiguous.

7    A.   More specifically?

8    Q.   Anything you would consider belittling?

9    A.   Nothing that I would consider belittling, no

10        sir.

11   Q.   Do you know if Officer Van Meter ever

12        complained about Phelps behaving in a

13        belittling manner towards her?

14             MS. SCINDIAN:  Objection.  Vague and

15        ambiguous.

16   A.   At the -- at the end she was concerned.

17   Q.   At what point in time in training?

18   A.   That was like the last week and a half she

19        was there she mentioned to me about anything.

20   Q.   Would that have been while Van Meter and

21        Zborai were the only static students left in

22        the discipline?

1    A.   Yes, sir.

2    Q.   Zborai had to go through that training

3         certification class just like any other

4         handler?

5    A.   Yes, sir.

6    Q.   He was a veteran K9 technician?

7    A.   Correct.

8    Q.   Correct?

9    A.   Yes.  Experienced handler, yes, sir.

10   Q.   Yeah.  But he still had to pass every test

11        according to the -- according to the rules,

12        right?

13   A.   I don't remember if he had to pass every test

14        or not.  The reason why he had to go through

15        the entire class is because of his green dog

16        wasn't exposed to a lot of things.  So we

17        don't -- if we have an experienced handler

18        that is getting a dog that's already

19        certified, they don't go through the 14 or 16

20        week course.

21   Q.   Okay.

22   A.   I think there's two exams that they have to

1      take for when they come back to an

2      experienced program.  The reason why he had

3      to go through the whole course, it was

4      because of a brand new green dog and the dog

5      wasn't exposed.  In other words, that dog

6      wasn't imprinted to target odors.

7   Q.  If Zborai wasn't performing up to the

8      standards set for the class, the standards

9      that the other students had to achieve, could

10      he have been removed from the class?

11  A.  Yes, sir.

12          MS. SCINDIAN:  Objection.  Calls for

13      speculation.  Lack of foundation.

14  Q.  Getting back to this concern that Van Meter

15      expressed about how she was being treated,

16      you said it was maybe in the last week and a

17      half of her training, how do you -- were you

18      there when she expressed that concern?

19  A.  She mentioned something to me about it.

20  Q.  Okay.  And what did she say to you?

21  A.  And then it was just, that she didn't like

22      the way she was being talked to.

1    Q.   Did she say who she didn't like?

2    A.   Phelps.

3    Q.   Okay.  Who else was present?  Was it just the

4         two of you?

5    A.   Just her and I.

6    Q.   Okay.  And did she give you any specifics?

7    A.   No, sir.

8    Q.   And what did you do with that information?

9    A.   I didn't do anything with it.

10   Q.   Did you talk to Phelps or discuss that with

11        Phelps?

12   A.   No, sir.

13   Q.   Did you talk to anybody else in the chain of

14        command?

15   A.   No, sir.

16   Q.   Did you talk to any of the other trainers

17        about that?

18   A.   Yeah, discussed it with Timmy.

19   Q.   And what was his response?

20   A.   I don't remember, sir.

21   Q.   Okay.  So earlier when I asked you what your

22        role was and I asked you if you recommended

1      Van Meter's removal were you the one that

2      said, I think we should remove her?  Like did

3      you -- did you put the question on the table

4      for everybody else to --

5  A.   No.

6  Q.   -- respond to?

7  A.   No.

8  Q.   Okay.  Who did that?

9  A.   I think it was -- I don't know if it was Tony

10     or Timmy based on what they were seeing in

11     her.

12  Q.  Either Phelps or Cullen?

13  A.  Cullen, correct.

14  Q.  Okay.  So the idea or the ultimate question

15      whether you should remove her or not, bubbled

16      up from either Phelps or Cullen?

17  A.  Yes, sir.

18  Q.  Okay.  And when was the first time you

19      remember there being a discussion about

20      removing her?

21  A.  About removing her?

22  Q.  Yeah.

1    A.    Probably like week six or seven.  But about

2          the concerns that we were having in her

3          performance, it was like week three or four.

4    Q.    Okay.  So weeks six or seven when there's

5          this discussion about actually removing her,

6          was that the only time there was a discussion

7          about removing Van Meter among the training

8          staff that you're aware of?

9    A.    Of course, as the class went on, we started

10         having more conversation about having her

11         removed.

12   Q.    More conversations more frequently?

13   A.    Yes, sir.

14   Q.    Okay.  And so in this first one, week six or

15         seven, do you remember who said what?

16   A.    I don't remember.

17   Q.    Do you remember what the specific concerns

18         were?

19   A.    Her inconsistencies and the struggling to be

20         able to read the dog.

21   Q.    Okay.  Is that one of the same thing,

22         inconsistent ability to read the dog or were

1           there other inconsistencies?

2    A.    Other inconsistencies.

3    Q.    Okay.  What other inconsistencies.

4    A.    Inconsistencies to come in to do the room

5          searches.

6    Q.    What was the inconsistency?

7    A.    Sometimes she'd come in and do a good search,

8          sometimes she didn't.

9    Q.    What aspects of the searches were you

10         concerned about when it came to Van Meter?

11   A.    The completeness or the thoroughness of the

12         search itself.

13   Q.    So actually searching the entire area

14         thoroughly?

15   A.    Yes, sir.

16   Q.    Okay.  Okay.  And then you said reading the

17         dog's change of behavior, right?

18   A.    Yes, sir.

19   Q.    Okay.

20   A.    Well, the interpretation of the dog's

21         behavior, change when they encounter the

22         target odor, yes.

1    Q.    And what was it specifically that she was

2          having trouble with during this week six or

3          seven period, when it comes to reading or

4          interpreting the change of behavior?

5    A.    She was still inconsistent.  She was

6          struggling to be able to determine whether

7          the dog was actually a working behavior or

8          the dog was actually learning to the presence

9          of a target odor.

10   Q.    And at that time, week six or seven, was she

11         the only one having that struggle?

12   A.    That was -- at that time the severity that

13         she was having, yes.

14   Q.    Who else was having issue interpreting COD?

15   A.    Mike was having some issues also Riley, but

16         he was, you know, more consistent with being

17         able to interpret it more so than she was.

18   Q.    What other aspects of training, if any, did

19         Riley struggle with?

20   A.    Just like with every new handler, new dog

21         handler going through the program, leash work

22         and, you know interpretation of the dog's

1          body language, and assessment of areas,

2          things like that.  It's pretty typical.

3     Q.   And the first few weeks of training, I assume

4          that the training staff expects everybody to

5          have struggles in the mechanics of working

6          with an explosive dog?

7     A.   Yes, sir.  Absolutely.

8     Q.   It's not unusual?

9     A.   No, it's not, not unusual.

10    Q.   And you wouldn't necessarily criticize a

11         handler for just having those, for struggling

12         to learn in that beginning phase, right?

13              MS. SCINDIAN:  Objection.  Lacks

14         foundation.  Calls for speculation.

15    A.   Well, women you would bring it to their

16         attention so they can improve on it.  So you

17         would remind them, that you are struggling

18         with this, you need to improve this because

19         it's a weakness or a deficiency.

20    Q.   Okay.  And so you wouldn't necessarily

21         threaten and we're going to throw you out if

22         you don't get better?  This is the period

1      where you're teaching and you're getting each

2      handler to get to the level that you expect,

3      right?

4          MS. SCINDIAN:  Objection.  Vague and

5      ambiguous and calls for speculation.  Lacks

6      foundation.

7  A.  Yes, sir.

8  Q.  Okay.  And how long would you say that period

9      lasts in training?

10 A.  Every handler is different.

11 Q.  So for some handlers, little bit more leeway

12     as long as you see that they're trying?

13 A.  Some handlers pick it up in week one and

14     there's no issue with it.  Some handlers

15     struggle with it and all of a sudden week

16     four or five you start to see, you know,

17     improvement.  But you're always looking for

18     that progression in the team, that they're

19     improving with their leash work being able to

20     interpret the dog.  So, yeah, there's an

21     acceptable level of progression that you're

22     looking for as the team goes through

1      training.

2   Q.   And at what point in time in training -- you

3        said there's an acceptable -- there's -- no

4        two handlers are alike, right?  No two teams

5        are alike?

6   A.   Yes.

7   Q.   But at some point in time in the training no

8        matter who it is, there comes a point in time

9        when you can't give that flexibility any

10       more, right?  You have expectations.  People

11       aren't meeting your expectations and then you

12       start to -- you start to talk about removal,

13       right?

14            MS. SCINDIAN:  Objection.  Calls for

15       speculation.

16  A.   When the handler starts to struggle with

17       being able to do or apply the basic

18       foundation of obedience or the fundamentals

19       of the detection mechanics, you start to

20       question whether they should be there.

21  Q.   And typically at what point in time would

22       start to have those thoughts and discussions?

1   A.   Based on what the team's doing, around week

2        six or seven.

3   Q.   Okay.  So other than the typical struggles

4        that most handlers have and issues with

5        recognizing change of behavior, can you

6        remember any other aspects of training that

7        Mike Riley struggled with?

8   A.   Not really.

9   Q.   What about pace and fluency?

10  A.   Again, it falls under this category, all of

11       the handlers have the same issues, they're

12       too slow or they're too fast.  They can't

13       read the dog.  The leash work, they get

14       fumbled up, they forget where they're at so

15       it's one of those things that typically all

16       the handlers have the same issues.  But,

17       again, in week four and five, you're starting

18       to see them become more fluent.  They've

19       adjusted their pace based on what their dog

20       is doing.  You know, whether they need to

21       slow down to interpret the dog's behavior

22       change or they need to speed up.  You start

1      to see the progression with the way, their

2      ability to manipulate the leash so that it's

3      no longer a hindrance for the dog.  And as

4      training progresses you start to see that

5      they're learning from what they've been

6      taught.

7  Q.  So week four or five is when you tend to see

8      that?

9  A.  Week five or six.  If we're not seeing that

10      at week five or six and there's no

11      progression, then you start to question --

12  Q.  Okay.

13  A.  -- they're having a difficult time, what else

14      can we do to fix the problem?

15  Q.  And one of the things that you can do to fix

16      the problem is give additional training,

17      right?

18         MS. SCINDIAN:  Objection.  Vague and

19      ambiguous.

20  A.  Yes.

21  Q.  And do you remember anyone giving any

22      additional training to Officer Van Meter?

1          MS. SCINDIAN:  Objection.  Vague and

2     ambiguous.

3    A.   Yes.

4    Q.   And can you tell me about that?  What do you

5     remember?

6    A.   Everyday.  Every -- after the majority of the

7     exercises, we would talk to her.  You would

8     explain things to her.  You would have her

9     watch the following teams to learn from, hey,

10     look at the dog.  Watch the dog.  Watch what

11     the dog is doing.  There were numerous days

12     that we spent extra time doing stuff with her

13     to try to help her to understand what we were

14     looking for.

15   Q.   Were there days when she got additional hours

16     of training?

17   A.   No, sir.

18   Q.   Did anyone get additional hours of training?

19   A.   Not that I'm aware of, no.

20   Q.   So were there occasions where you told

21     Officer Van Meter to watch other handlers go

22     through exercises?

1    A.    Yes, sir.

2    Q.    And on those occasions, did she point out

3          things that the handlers were doing that she

4          thought may be, incorrect?

5    A.    The point of those exercises was for her to

6          start to understand as to how to encounter,

7          how to work the dog.  Because a lot of times

8          you learn more from watching someone work a

9          dog, than you do from actually working the

10         dog.

11   Q.    And on those occasions when she was told to

12         watch other handlers, would she ask about

13         things she thought were mistakes that the

14         other handlers were making?

15   A.    I think there was a couple of times she did

16         and we would say, no, that's wrong.  That's

17         why that handler is not doing this.

18   Q.    Say it again?

19   A.    So if she mentioned that the handler is doing

20         this wrong, you're absolutely correct.  Why

21         do you think he just missed it.  Because he

22         did that wrong.

1  Q.  Okay.

2  A.  You know, so you would bring that to her

3      attention, the way she was holding the leash

4      or the way that he was holding the leash, or

5      the way that he tried to get the dog to

6      search certain things, so that she could

7      learn from it.  Missy if you're working

8      Jayden, don't do this.  Look at the leash.

9      Look at how he's manipulating the leash.  Or

10     he didn't even search.  He didn't check any

11     of that.  But it was one of those things

12     where you're trying to teach her so when she

13     comes into the room, it's not a rush.  So she

14     had the opportunity to sit back and watch the

15     other teams.

16  Q.  Okay.  Now, did you ever in response to her

17      bringing up, like asking about something, is

18      that a mistake?  Did he do that right?  Did

19      you ever tell her, don't worry about what the

20      other teams are doing, focus on yourself?

21  A.  No.

22  Q.  Did you ever hear Phelps say that?

1    A.    No, not while I was there.

2    Q.    During all of your discussions with the

3          training staff about removing Van Meter, did

4          any of the training staff ever raise the idea

5          that anyone else should be removed?

6    A.    No, sir.

7    Q.    How about Dantinne, did you have any

8          discussions with struggles that Dantinne was

9          having with the other training staff?

10   A.    Not necessarily Dantinne.  The issues we had

11         with Dantinne was the dog.  And when you have

12         a dog that's not performing or

13         underperforming, it makes it more difficult

14         for the handler, as opposed to a dog that's

15         willing to search, and enthusiastic, and is

16         adjusting well to the training program.

17   Q.    Did you ever have any concerns that something

18         that Dantinne was doing or failing to do in

19         the early part of his training was hindering

20         the dog's progression?

21   A.    No, sir.

22   Q.    That was Billy the Mal, correct?

1    A.    Billing the Mal.

2    Q.    Never had any concerns that Dantinne was

3          doing something that hindered the dog's

4          progression?

5    A.    No, sir.

6    Q.    How about with Mike Riley and his initial dog

7          Billy the Lab, did you ever have concerns

8          that Riley was doing something, or failing to

9          do something --

10   A.    No, sir.

11   Q.    -- and that was hindering the dog's

12         progression?

13   A.    No, sir.

14   Q.    Jay Schmid was another student in the class,

15         right?

16   A.    Yes, sir.

17   Q.    Now, he had gone through the training the

18         previous session?

19   A.    Yes, sir.

20   Q.    Why was he in the training in the 2017

21         session?

22   A.    Because his dog was retired for medical.  He

1      had a dog named Drake.

2   Q.  Okay.  And had Schmid gone through the whole

3       certification process in that prior term?

4   A.  Yes, sir.

5   Q.  Had he passed the certification tests?

6   A.  Yes, sir.

7   Q.  So the ORD, the odor recognition test?

8   A.  ORT.

9   Q.  And the environmental test?

10  A.  For PBIED yes, sir.

11  Q.  So was he then going through a second time

12      because -- only because the dog was green?

13  A.  Yes, sir.  Just like Zborai.  Yes, sir.

14  Q.  Okay.

15  A.  And he was a previous PBIED handler like

16      Drake was.  So that's why he went back to

17      PBIED.

18  Q.  Yeah.  How long had Schmid been operational,

19      do you know?

20  A.  I don't know.  He was -- when I was at FPS

21      when I left for that brief period, that's

22      when he would do training.  I don't know when

1      he was initially.

2   Q.  Do you know how long he had been deployed

3       before Drake was retired?

4   A.  I don't know, sir.

5   Q.  Okay.  At the end of every course segment or

6       topic, there was a test, right, a written

7       test that the handlers had to take?

8   A.  Yes, sir.

9   Q.  And there were like five or six tests?

10  A.  Something like that.

11  Q.  Something like that.  Okay.  Who graded those

12      tests for the static handlers?

13  A.  Well, most of the academic testing were done

14      prior to the split, so it was either whoever

15      was either myself, or Phelps, or Jeff Core.

16  Q.  Okay.  Would you all three grade?  Like would

17      you divide the things up?

18  A.  Well, there's an answer key.  You give them

19      the answer key and go by the answer key and

20      test scores, so whoever was grading the

21      tests, were grading the tests for that

22      exercise.

1   Q.   But using an answer key?

2   A.   Yes, sir.

3   Q.   Okay.  Where are those answer keys?

4   A.   Excuse me?

5   Q.   Where are the answer keys kept?

6   A.   In the instructor notebook.

7   Q.   Have the answer keys changed over the years

8        since 2017?

9   A.   Training has evolved, yeah, they've changed.

10  Q.   Do you know if the 2017 answer key is still

11       around?

12  A.   I don't know, sir.  I couldn't tell you.

13  Q.   Who's the keeper of the answer keys?

14  A.   It's in the book.  I don't know where -- we

15       don't have like a key but it's on the jazz

16       drive on the computer program.

17  Q.   It's on the Jazz drive?

18  A.   Yeah.

19  Q.   It's a shared file?

20  A.   Just with the trainers.

21  Q.   Okay.  Now, for those -- I mentioned a couple

22       of tests, the ORT and the environmental, can

1       you tell me what those two tests are?

2   A.  Well, the odor recognition tests are for the

3       dog, where you put out 10 target odors and

4       the dog has to alert to the 10 target odors.

5   Q.  Do the static dogs have to take that test?

6   A.  Yes, sir.

7   Q.  Do the PBIED dogs have to take that test?

8   A.  Yes, sir.

9   Q.  So both disciplines take the ORT?

10  A.  Correct.

11  Q.  Okay.  And then you got the environmental?

12  A.  Yes, sir.

13  Q.  And what's that?

14  A.  For the static dogs it's 6 deployment areas

15      similar to what they would deploy in the

16      actual environment.

17  Q.  And for the PBIED?

18  A.  It's -- I think it's 5 environmental areas

19      specifically for PBIED.

20  Q.  And who would oversee those tests?  So let's

21      start with ORT who oversaw the ORT?

22  A.  The supervisor.  And I don't -- I don't

1      remember if -- because traditionally we'll

2      have somebody from an outside agency come in

3      to validate the test, if you will, somebody's

4      that's not affiliated with the class at all.

5  Q.  Okay.  And if someone was there -- if an

6      outside person was there, would that person

7      be listed on the test forms?

8  A.  Correct.  Yes.  They were there evaluating,

9      yes, sir.

10 Q.  Okay.  And if they're no outside evaluators,

11     then we wouldn't see?

12 A.  Correct.

13 Q.  Okay.  And when you say the ORT was overseen

14     by the supervisor in 2017 was that Tony

15     Phelps?

16 A.  Yes, sir.

17 Q.  Okay.

18 A.  Unless there was someone that was there that

19     was evaluating the ORT.

20 Q.  Unless a third party?

21 A.  Yes, sir.

22 Q.  Okay.  And how about on the environmental

1          test, who oversaw that test?

2    A.    Same thing.

3    Q.    Okay.

4    A.    And I can't remember if there was an outside

5          third party that was evaluating.

6    Q.    Okay.  Real quick on the -- you guys would

7          review videos regularly --

8    A.    Yes, sir.

9    Q.    -- right?  Were the videos taken every day?

10         Videos of training exercises in the 2017

11         training class?

12   A.    No.

13   Q.    Okay.  And why would some days be videoed and

14         other days not?

15   A.    Sometimes the batteries were dead, sometimes

16         we were using the video camera for something

17         else, sometimes we would forget to videotape.

18   Q.    Okay.  If videos were taken of a given

19         training day, would you review those videos

20         with the students?

21   A.    It depends.  Sometimes you did, sometimes you

22         didn't.  And everything was based on the

1       time.  If there was a valuable teaching or

2       learning point that was associated with the

3       video, then absolutely we would show it.

4    Q. And would you make an effort to show -- to

5       give each student an opportunity to see their

6       own exercises?

7    A. At times.  And, again, it depends on the

8       value of what was in the videos itself.

9    Q. Did you notice spending more time showing Van

10      Meter videos during that particular class

11      than other students?

12   A. No.  We're not selective like that where we

13      try to pinpoint one person.

14   Q. Did any students tell you that they would

15      like to see more of their videos?

16   A. Not that I recall.

17   Q. When you would show, let's say, you were

18      going to show videos of more than one person

19      on a given day, right, there were a couple,

20      two or three, that you wanted to show --

21   A. Mm-hmm.

22   Q. -- how would you decide what order they would

1    be played?

2    A.    Whatever video came up first.  They were not

3          selective.

4    Q.    How does that mean, whichever one came up

5          first?  How would one video come up first

6          before another?

7    A.    Whatever video we shot the first for the day,

8          we wanted to make sure the students got to

9          see them.

10   Q.    How would you know which video you shot for

11         the day?

12   A.    You remember the exercise and say there is a

13         valuable teaching point for this video, we

14         want to show it to you guys.

15   Q.    You remember the order of every single video?

16         That's what I mean.  You said we would show

17         whichever one came up first.

18   A.    Yeah, because you would go off the training

19         sheet, you look at the training sheet, you

20         see the exercise we ran today and we want to

21         make sure that, hey, we want to show the

22         videos with buses.  That's the first exercise

1  we ran and pull up the videos.

2  Q.  Find the videos with the buses.  All right.

3      So it wasn't -- it didn't matter who went

4      first that day, it wouldn't be -- that

5      wouldn't dictate which video --

6  A.  No, sir.

7  Q.  -- you watched?

8  A.  No, sir.

9  Q.  It would be -- you would have an exercise

10     that you wanted to hit first because it was

11     the most important for the trainers?

12 A.  Right.

13 Q.  And so you would then find a sample video?

14     Or if there was a particular handler whose

15     performance you wanted to highlight, either

16     for good reasons or bad reasons, you would go

17     to that person's video and show it?

18 A.  Well, the videos that I recorded that

19     particular day --

20 Q.  Yes.

21 A.  -- yes, we would show the videos.

22 Q.  Okay.  Do you remember getting into

1      discussions with Van meter during that video

2      review process?

3           MS. SCINDIAN:  Objection.  Vague and

4      ambiguous.

5   A.  Can you clarify the question?

6   Q.  Do you remember Van Meter when her videos

7      were shown or when other people's videos were

8      shown, saying things like, you know, I was

9      criticized for doing that exact same thing

10      and the boys are, you know, told that they're

11      correct?

12   A.  No, sir.

13   Q.  Do you remember her ever saying that she was

14      receiving inconsistent instructions, like she

15      was told to do one thing on day one, and a

16      contrary thing on a subsequent day?

17   A.  That's a probability.

18   Q.  It's a probability that you remember her

19      saying something like that?

20   A.  They all say it.

21   Q.  Do you remember Van Meter specifically

22      raising that concern?

1    A.    I don't remember her specifically saying it.

2          MS. SCINDIAN:  Sorry, let him get the

3    question out.

4    Q.    Do you remember Van Meter specifically

5    raising a concern about being given

6    inconsistent instructions by the training

7    staff?

8    A.    Yes, sir.

9    Q.    Okay.  On what points?

10   A.    More specifically?  I don't understand what

11   points.

12   Q.    You say you remember her doing so --

13   A.    Mm-hmm.

14   Q.    -- what do you remember her -- what are the

15   details?

16   A.    I don't remember the exercise.  And it's a

17   common statement or comment that all the

18   trainers -- all the handlers, the student

19   handlers make when they go through class.

20   well, I ran this exercise and this person

21   told me what to do.  Well, the context of the

22   exercise is different for every exercise you

1    run.  So you're going to get information

2    that's going to be different.  Because I

3    can't tell you.  I need you to come in and

4    follow your pattern in this room and then

5    we'll see what happens.  You come in the room

6    and the dog does something completely

7    different, well, you can't follow the

8    pattern.  So you give the direction or the

9    guidance based on what happens on that

10   individual exercise.  And you're always

11   hearing, it was conflicting information.

12   Yeah, it applied yesterday.  Today is a

13   different day.  Yesterday you did buses,

14   today you're doing cars.  Yesterday you did

15   rooms, today you're doing seating.  So what

16   you do in seating, may be different from what

17   you do in buses, or rooms, or whatever.  So

18   well, you're constantly hearing, well, they

19   told me to do this yesterday.  They told me

20        to make a presentation.  If the dog's already

21        targeted it, why do you need to present it?

22        And the handler's, well, that's conflicting

1      information.  No, it's not.  If the dog's

2      targeting a T.V. why do I want you to

3      present.  And the day before guess what, you

4      didn't present the T.V.  So today you make it

5      a point, I want to present the T.V. even

6      after the dog already targets it.  Now you

7      conflicting -- now you have conflicting

8      information to the dog.  And that's why it's

9      so different every exercise that you run.

10  Q.  But when Van Meter specifically raised a

11      concern about receiving inconsistent

12      instructions, did you take the time to

13      explain?

14  A.  Yes, sir.

15  Q.  So you would explain how it's actually not

16      inconsistent?

17  A.  Yes, sir.

18  Q.  Because you want to teach her, right?

19  A.  And we explained it in the class in front of

20      everybody, too, because we know it's going to

21      happen.  It happens in every single class.

22  Q.  Okay.  In terms of the order of exercises in

1      a given day, you've got, you know, let's say

2      when the static, after the split static to

3      PBIED, actually you have four students,

4      right, you had Zborai, Riley Dantinne and Van

5      Meter.  Correct?

6  A.  Yes, sir.

7  Q.  How would it be determined who would do an

8      exercise first?

9  A.  They would do it.

10  Q.  They would decide amongst themselves?

11  A.  Yes.

12  Q.  So a volunteer basis?

13  A.  A volunteer basis.

14  Q.  Okay.

15  A.  The only thing I give guidance for is you

16      cannot continue to run behind the same person

17      because the dog will start to track the

18      previous dog.  And the dog will start looking

19      for that dog.

20  Q.  The scent marks?

21  A.  Yes, sir.

22  Q.  Okay.  And did you notice if Van Meter

1        frequently volunteered to go first?

2   A.   I don't really pay attention that, to be

3        honest with you.

4   Q.   Okay.  After the teams are split up, so after

5        the dogs were assigned and people were

6        assigned to either static or PBIED, would the

7        handlers be able to -- normally be able to

8        watch the other handlers proceed through the

9        exercises before them?

10  A.   Not necessarily.

11  Q.   And why not?

12  A.   If we're running an unknown location, we

13       don't want handlers in there to see where

14       it's at, so they wouldn't have the

15       opportunity.

16           MR. ALDERMAN:  Okay.  So this would be a

17       pretty good point to take a break.

18           MS. SCINDIAN:  You want to take a lunch

19       now?

20           MR. ALDERMAN:  Yes.

21       (A recess was taken)

22  Q.   Mr. Hill, it's about quarter after one.  You

1      remember you're still under oath.  All the

2      same rules apply?

3  A.  Yes, sir.

4  Q.  I want to ask you, this first time you

5      remember having a discussion about removing

6      Van Meter, you said, I think you said it was

7      around week six or seven of class?

8  A.  Yes, sir.

9  Q.  Do you remember if at that point in time both

10     Dantinne and Riley were still on the static

11     side?

12 A.  I think they were.

13 Q.  Okay.

14 A.  Not 100% sure but I think -- I think maybe

15     Mike Riley was but not Dantinne.  I would

16     have to go back and look at the training

17     sheets as to when.

18 Q.  Well, class started on August 7th, 2017 --

19 A.  Yes, sir.

20 Q.  -- do you remember that?

21 A.  Yes, sir.

22 Q.  And so was there a particular exercise or a

1   particular training day or location that you

2   remember on that first day that you discussed

3   removing Van Meter?

4   A.   On that week -- week five or six?  I don't

5        think it was a particular event or training

6        exercise, it was just the continuing issues

7        that we were seeing her struggle with the

8        search pattern.  And, again, the first

9        wasn't, we want to drop you from the program.

10       It was, what do we do to fix her?

11  Q.   Okay.

12  A.   Because we build up to just how can we better

13       explain or, you really get her to understand

14       as to what her deficiencies are and how she

15       can improve on them.

16  Q.   Okay.  So first, let me ask, do you remember

17       a training day or a training exercise that

18       might help us specify exactly when this

19       discussion happened?

20  A.   No, I would have to look at the training

21       sheets.  I don't remember.  Because there's

22       so many training venues that we do, so I

1        can't we're at Blue Crabs and this is what

2        happened, or we're at a bus lot and this is

3        what happened.  I can't specifically say

4        that.

5   Q.   Do you think that the training records would

6        reflect that there was a discussion about

7        removing Van Meter?

8   A.   I think it was documented in, you know, one

9        or a couple of the training records that

10       there was a meeting with the staff, I think

11       it was.

12  Q.   To talk about removing her?

13  A.   No.

14  Q.   Or whether to remove her?

15  A.   No, not on the training sheet.  I think Tony

16       put something on the bottom of one of his

17       training sheets in reference to a meeting

18       with her.  And it was prior to that that we

19       met with the training staff and then Tony met

20       with her after that.

21  Q.   You think Tony Phelps made a notation in the

22       supervisor's comment on one of the training

1      forms?

2   A.  About the concerns that we were having,

3       correct.

4   Q.  Okay.  But you think that the meeting among

5       the training staff about concerns over Van

6       Meter and her possible removal or sharing

7       ideas about how to possibly fix what was

8       going on, you think that occurred before

9       whatever training record --

10  A.  Correct.

11  Q.  -- where the notation exists?

12  A.  Yes.

13  Q.  How many days before?

14  A.  I just don't remember, sir.

15  Q.  A week?

16  A.  I would say.

17  Q.  Or longer?

18  A.  I would say probably less than a week.

19  Q.  Okay.  Do you remember a day when Officer Van

20      Meter said that she was thinking about

21      quitting training?

22  A.  Yes, sir.

1    Q.    Is that the day that you are thinking of?

2    A.    No, that was later on.  That was right before

3          she was dropped from the program.  Actually I

4          think that was the week before she was

5          removed from the program.

6    Q.    Okay.  Well, whatever day it is you think it

7          was around week six or seven, right?

8    A.    That we had the discussion about we need to

9          -- right.

10   Q.    Okay.  And who do you remember being part of

11         that discussion?

12   A.    I think it was all the training staff.

13   Q.    Can you tell me who you remember being there?

14   A.    Jeff Core.  AJ Turner, Timmy Cullen, Tony

15         Phelps.

16   Q.    I guess what was the conclusion of that

17         discussion?

18   A.    I think the initial response was to have

19         someone else reevaluate her, which was Melvin

20         Smalls and AJ Turner, just to see if there

21         was something they could see that she was

22         doing or that we could do to correct the

1          deficiency that we were seeing in her.

2    Q.   And then did that happen, Smalls and Turner

3          --

4    A.   Yes.

5    Q.   -- they accompanied the training class?

6    A.   Yes.  And they were just observers watching

7          what she was doing and the guidance that we

8          were giving her.  And that was at the

9          direction of Tony Phelps to go out there and

10         just watch to get a new set of eyes, maybe

11         other recommendations that they could make.

12   Q.   And did they make any other recommendations?

13   A.   No, not what was already made.

14   Q.   What recommendations, even if they had

15         already been made, what recommendations did

16         Smalls and/or Turner have?

17   A.   I don't remember what specifically they

18         mentioned to her.  Because they talked to

19         Sergeant Phelps.

20   Q.   Did they give any feedback to you or in your

21         hearing, did you hear any feedback that

22         Smalls or Turner gave about Van Meter's

1      performance?

2   A.   Yeah.

3   Q.   What do you remember?

4   A.   Just that she was inconsistent and that she

5        was having a difficult time being able to

6        decipher when the dog was alerting versus

7        when he was working.

8   Q.   Inconsistent with what?

9   A.   Search patterns.

10  Q.   And what specifically does that mean?

11  A.   What do you mean?

12  Q.   What does it mean to be inconsistent with

13       search patterns?  What do they say about

14       that?

15  A.   Where she would go in the room and wander all

16       over the room.  And she would go in and

17       detail certain parts of the room but not the

18       whole room.

19  Q.   Sometimes she would wander, sometimes she

20       wouldn't perform a detailed search, is that

21       what you're saying?

22  A.   Yes, sir.

1    Q.    Okay.  Did they also say sometimes she did a

2          good job?

3    A.    Yes, sir.

4    Q.    Did they give you any notes?

5    A.    No, sir.

6    Q.    Do you know if they took any notes?

7    A.    Not aware, sir.

8    Q.    So in terms of when it came to discussions

9          you had with about what could be done

10         differently in order to help Van Meter

11         succeed in the class around week six or

12         seven, the idea was to have Turner and Smalls

13         accompany and see if they had any ideas?

14   A.    Yes, sir.

15   Q.    Any other possible fixes or possible things

16         that could help Van Meter that were

17         discussed?

18   A.    Yeah, just what we were doing, videotaping,

19         showing her the videotapes.  Actually talking

20         to her, coaching her as she was doing the

21         search.

22   Q.    Okay.  Are you familiar with the

1      recommendation to terminate Officer Van

2      Meter, the written document?

3  A.  I had seen it afterwards, yes, sir.

4  Q.  Did you participate in drafting it?

5  A.  No.

6  Q.  Did you approve it or provide -- let's say,

7      did you approve it?

8  A.  I didn't see it until after it had already

9      been forwarded.

10 Q.  Okay.  Do you know if you provided any

11     information that went into that document?

12 A.  I don't -- I don't know.

13 Q.  Okay.

14     (Exhibit 5 was marked for identification and

15     is attached to the transcript.)

16 Q.  All right.  Mr. Hill, you've been given a

17     document that's marked Exhibit 5.  This one

18     goes from USCP 12 to 17, I believe.  And

19     you'll see the first page is an official

20     correspondence endorsement sheet dated

21     October 2017, and then the remaining pages

22     are a memorandum discussing and recommending

1        Officer Van Meter's removal from the training

2        program?

3   A.   Yes, sir.

4   Q.   Do you have all that?

5   A.   Yes, sir.

6   Q.   Okay.  So, again, looking at the document,

7        did you see the document before it was

8        issued?

9   A.   What do you mean?

10  Q.   Before it was -- well, did you draft the

11       document?

12  A.   No, sir.

13  Q.   Okay.  Did you draft any part of the

14       document?

15  A.   No, sir.

16  Q.   Did Sergeant Phelps ask you for any

17       information that he could put into a

18       document?

19  A.   Not that I can recall.  No, sir.

20  Q.   The document is dated October 16th, 2017 did

21       Officer Phelps get your feedback, to your

22       knowledge, before he wrote this memo?

1   A.   Yes, sir.

2   Q.   And what do you remember about that?

3   A.   Just asking the feedback in reference to how

4        her performance was.

5   Q.   Did he ask you if you thought she should be

6        removed?

7   A.   Yes.

8   Q.   And what was your answer?

9   A.   Yes.

10  Q.   Okay.  And why did you think she should be

11       removed?

12  A.   Because of the concerns with the reliability

13       of the team.  She continued to struggle with

14       being able to read the dog.

15  Q.   Okay.  Reliability of the team, what does

16       that mean?

17  A.   Means that she was inconsistent going in and

18       locating the target odors.  She also

19       struggled to adapting to new environments.

20  Q.   So when you say you had concerns over

21       reliability of the team, that was because she

22       wasn't consistently finding the odors?

1    A.   Yes, sir.

2    Q.   You also said she had a hard time adapting to

3         new environments?

4    A.   Yes, sir.

5    Q.   What's a specific example of that that you

6         can give?

7    A.   Some of the exercises we ran would be unknown

8         to the handler, the student handler, the

9         environment, the rooms, how they're laid out.

10        And when she would be placed in situations

11        where she would go into a room she didn't

12        know how the rooms were laid out, she was

13        more apt to be confused as to how the room is

14        searched.

15   Q.   Could you remember a particular room or a

16        search day?

17   A.   I think one was at Laurel Park up in Laurel,

18        Maryland where we went in and they had never

19        been in a certain section of the building and

20        when she went in there, she had a difficult

21        time applying what she had learned to the

22        search.

1    Q.    What's Laurel Park is that the baseball

2          stadium or a --

3    A.    Racetrack.

4    Q.    Is that one where she missed a hide because

5          she didn't understand the search area, right?

6    A.    I don't know -- I don't know which one you're

7          talking about.

8    Q.    Any other reasons why you concurred with

9          terminating Van Meter from the program?

10   A.    No, that's about it.

11   Q.    You said she was inconsistent in finding the

12         hides, right?

13   A.    Yes.

14   Q.    That was what gave you a concern over her

15         reliability, one of the things that gave you

16         concern over her reliability, and what were

17         the factors that were leading to her not

18         finding the hides?

19   A.    Because the errors that she was making when

20         she was doing the search.

21   Q.    What errors?

22   A.    Inconsistent search patterns, inability to

1      adapt to new environments.

2   Q.   Anything else?

3   A.   Just like other things we mentioned, you

4        know, struggling to be able to read the dog

5        and --

6   Q.   Struggling to read the dog and determining

7        whether it was alerting behavior and then

8        final find behavior?

9   A.   Yeah, different between the working behavior

10       and the learning behavior and the final

11       indication.

12  Q.   So was she rewarding on NPR's, that kind of

13       thing?

14  A.   No, because we wouldn't allow that.

15  Q.   You wouldn't allow her to reward on an NPR?

16  A.   No.

17  Q.   Why not?

18  A.   Because then you're reinforcing a behavior

19       that you don't want, which takes longer to

20       extinguish out of the dog later on.

21  Q.   So you would stop her before she --

22  A.   Absolutely.

1    Q.    If you saw that she was going to reward on an

2          NPR, you would stop her beforehand?

3    A.    Correct.

4    Q.    And did you stop other handlers, as well?

5    A.    Yes.

6    Q.    Now, if you saw her -- if you saw the dog

7          alerting to odor and she didn't recognize it

8          in this time period, you know, it's beyond

9          the halfway mark --

10   A.    Right.

11   Q.    -- of the training class, would you identify

12         to her that the dog is alerting and to allow

13         the dog to search?

14         MS. SCINDIAN:  Objection.  Calls for

15         speculation.

16   A.    No.

17   Q.    Okay.  And did you do that with any other

18         handlers?

19         MS. SCINDIAN:  Objection.  Calls for

20         speculation.

21   A.    If it was run unknown, we weren't going to

22         tell the handlers to terminate the exercise,

1          and we didn't say anything to them.

2     Q.   Okay.  And was there a point in time at which

3          essentially all of the hides were unknown or

4          run as unknown?

5     A.   Yes.

6     Q.   At what point in time was that?

7     A.   It's based on the team and the dog.

8     Q.   So it could be an unknown for some team and

9          known for other teams?

10    A.   Yes, sir.

11    Q.   Was there a point in time where all teams

12         were given unknowns?

13    A.   Yes, sir.

14    Q.   And what point in time was that?

15    A.   It depends because it was done in imprinting.

16         Before the dogs move out of the imprinting

17         phase, you start to run unknown boxes where

18         you don't tell the handlers where it's at.

19         If the dog has progressed to that level, I

20         don't need to tell them.  There were exercise

21         that we ran that were unknown.

22    Q.   Was there a point in time when internally, so

1      it's 14 week training for static, right?

2   A.  Well, I don't know that.  I think it's 14 or

3      16 weeks but, yes.

4   Q.  But this one was 14 weeks apparently.

5   A.  I think so right.

6   Q.  Okay.  So was there a particular week at

7      which point in time after that all hides were

8      run as unknown?

9   A.  No.

10  Q.  Okay.  Why not?

11  A.  Depends on the exercise that you're running.

12  Q.  You're still running new exercises?

13  A.  Based on the environment for the dog, yes,

14      sir.

15  Q.  Okay.  If a handler -- if you saw a handler

16      basically complete a search but they hadn't

17      searched part of the search area, would you

18      point out to them that they hadn't searched

19      the whole thing --

20  A.  Yeah.

21          MS. SCINDIAN:  Objection.

22  Q.  -- in the middle of the exercise?

1          MS. SCINDIAN:  Objection.  Calls for

2     speculation.

3  A.   Depends.

4  Q.   Depends on what?

5  A.   What I'm looking for in the training

6     exercise.  If I want the handler to terminate

7     the exercise before me saying anything to

8     them which means you're telling me that

9     there's nothing in this room --

10 Q.   Okay.

11 A.   -- I've given you every opportunity to search

12     it the way you were trained, and I'm waiting

13     for you to communicate to me that you're

14     done, and then once you tell me you're done,

15     okay, this is the issue that we have in the

16     search.

17 Q.   Okay.  At what point in time in the training

18     do you start running those kinds of

19     exercises?

20 A.   Typically at week five or six, but not every

21     exercise we ran was ran that way.  It was

22     based on where we were at, how the dogs were

1            doing, and everything else.

2       Q.   Okay.  That was a way of judging how

3            confident the handler team was, right?

4       A.   Yes, sir.

5       Q.   Okay.  Getting back to the reason or one of

6            the reasons why I showed you Exhibit 5 so,

7            again, this is the termination, USCP 16.

8       A.   Okay.

9       Q.   And, yeah, if you take a look at Paragraph V

10           as in victory you'll see it reads quote, on

11           October 4th 5th, trainers Turner and Smalls

12           assisted Trainer hill and Sergeant Phelps by

13           being neutral observers of Officer Van

14           Meter's performance.

15      A.   Yes, sir.

16      Q.   Is that a reference to what you were

17           discussing earlier?

18      A.   Yes, sir.

19      Q.   So does that help us to determine when you

20           had this initial conversation where you were

21           expressing concerns about whether Van Meter

22           would be removed or whether there were things

1          that you could do to fix?

2    A.    Well, the initial conversation was prior to

3          this but, yes.

4    Q.    So what conversation happened around this

5          October 4th or 5th?

6    A.    Well, the 4th or 5th is when we decided that

7          if she doesn't change, we need to remove her

8          from the program.

9    Q.    Okay.  So around the 4th or 5th is when you

10         actually have a discussion where you talk

11         about that potential of removing her?

12   A.    Yes, sir.

13   Q.    And was that the first time that potential

14         for removing Van Meter was discussed?

15         MS. SCINDIAN:  Objection.

16   Q.    To your knowledge?

17         MS. SCINDIAN:  Asked and answered.

18   A.    To my knowledge, yes.

19   Q.    Okay.  Did you ever talk to Lieutenant

20         Cromwell about Van Meter's removal?

21   A.    Not that I recall, no.

22   Q.    He ever ask you your opinion or whether she

1      should be removed or not?

2  A.  I don't remember the conversation.

3  Q.  Did you ever meet with anyone who was

4      investigating Officer Van Meter's removal,

5      besides counsel?

6          MS. SCINDIAN:  Objection.  Vague and

7      ambiguous.

8  A.  You mean more specific?

9  Q.  Francine Benkoe in particular?

10 A.  Yes.

11 Q.  Okay.  And when did you meet with her?

12 A.  I think it was after the class was over.

13 Q.  And what do you remember from that meeting or

14     those meetings?

15 A.  I don't remember the particulars, just asking

16     questions about how Van Meter was treated

17     while she was in class.

18 Q.  Do you know who else you talked to?

19 A.  No, sir.

20 Q.  Did you show her any records, Benkoe?

21 A.  I didn't, no, sir.

22 Q.  Did you show her any videos?

1    A.    No, sir.

2    Q.    Okay.  So if Turner and Smalls were asked to

3          assist on October 4th and 5th, do you think

4          that your discussion about potentially

5          removing Van Meter occurred on October 4th?

6    A.    Some time around that date, yes, sir.

7    Q.    Okay.

8    A.    And not to assist, to be neutral evaluators

9          to watch her and evaluate.  Not to get

10         involved, just to sit back and watch.

11   Q.    Were you there when they were giving there

12         instructions of what was wanted of them?

13   A.    No, sir.

14   Q.    Okay.  Do you know who told --

15   A.    I don't.

16   Q.    Okay.

17   A.    No.

18   Q.    You weren't there?

19   A.    No.

20   Q.    Okay.  Did you meet with Turner and Smalls

21         after the 4th and 5th?

22   A.    More specifically?

1    Q.    Were you present for any kind of feedback

2          session with Turner and Smalls after they

3          performed this evaluation?

4    A.    Yes, sir.

5    Q.    Okay.  Who else was there?

6    A.    I think Tony and Timmy Cullen.

7    Q.    And do you remember any positive things that

8          Turner and Smalls said about Van Meter?

9    A.    There were times where she did okay.  But the

10         biggest concern was her inconsistency with

11         her search pattern and how she struggled to

12         be able to interpret the dog's body language.

13   Q.    Okay.  After this -- so after this discussion

14         that occurred around October 4th or so, do

15         you remember any other discussions in which

16         the possibility of removing Van Meter was

17         discussed?

18   A.    More specifically?

19   Q.    You're asking me?

20   A.    Mm-hmm.

21   Q.    I'm not sure how to be more specific.  Do you

22         remember any other discussions --

1   A.   There was discussions every afternoon.  Was

2        there improvements today?  What did you guys

3        do?  Is there any change?  Is she getting any

4        better?  What can we do?  Those were daily

5        occurrences when it came to -- especially

6        when the decision was made after AJ and

7        Melvin went out to watch her.

8   Q.   And during those daily discussions about

9        whether there was improvement, were there

10       days when the answer was, yes, there is

11       improvement, she's doing well?

12  A.   There was a couple of days.  Where one

13       scenario may have been a good scenario, the

14       other two or three there was concerns.

15  Q.   Now, at that point time it was just her and

16       Zborai in the program, right?

17  A.   I'd have to go back and see when Riley was

18       removed.

19  Q.   Was Van Meter being compared to Zborai?  Was

20       her performance being matched up to Zborai

21       and were the differences discussed?

22  A.   No, sir.

1   Q.   Was there any discussion about Zborai's

2       performance during that period being

3       unacceptable?

4   A.   There were some issues that we were working

5       on with him, yes, sir.

6   Q.   What were the issues?

7   A.   Just minor little issues that we were seeing

8       with the team.

9   Q.   Which were those minor little issues?

10   A.   That they referred to some of the searches he

11       was relying solely on the dog to detect and

12       search certain things.

13   Q.   He was relying too much on the dog?

14   A.   Mm-hmm.

15   Q.   Anything else?

16   A.   That's pretty much it.

17   Q.   How about his inability to determine false

18       final responses from accurate final

19       responses, did you guys discuss that?

20   A.   Whose inability?

21   Q.   Zborai being fooled by the dog?

22   A.   Being fooled by the dog?

1    Q.    Yeah.

2    A.    No.

3    Q.    Okay.  So that wasn't a problem, that you

4          remember?

5    A.    Again, certain NPR's or false sits, you're

6          not going to count every single one as, oh,

7          it's detrimental.  We need to shut the dog

8          down.  No.  There's times where they do

9          occur, okay?  Was it influenced by the

10         handler or was it a novelty odor that

11         conditioned the sit?  And if it's a novelty

12         odor, the dog may have had the same behavior

13         change that would if he's on a target odor.

14         And that's when the trainer steps in to say,

15         it's not there.  Keep moving.  Or do your

16         extinction drills to prevent the dog from

17         giving us any future NPR's that the dog is

18         not being reinforced for that behavior.

19   Q.    Okay.  Were there times where Zborai when he

20         was failing to distinguish between false sits

21         or NPR's?

22   A.    I don't believe so.

1    Q.    Okay.  You mentioned that there were

2          discussions about Riley's performance, right?

3    A.    Yes, sir.

4    Q.    And so people were expressing concerns about

5          his performance, is that accurate?

6    A.    Well, there was discussions about all the

7          handlers concerns, because they were all in

8          the same boat in reference to being new

9          handlers, and, again, looking at the level of

10         issues that they were having.

11   Q.    But was there particular concerns about

12         Riley?

13   A.    In reference to leash handling, yes.

14   Q.    Okay.  How about failing to -- to read his

15         dog's body language?

16   A.    Early on in the training, yes.

17   Q.    When did that resolve?

18   A.    And, again, with his dog because the dog was

19         struggling with the program itself, which is

20         completely different from a dog that is not

21         struggling with the program.  I would say

22         like week four, where he started to be able

1           to do a better job in interpreting the dog's

2           behavior in change.

3    Q.    So if they -- if the dogs were assigned on

4           August 22nd, class started on August 7th,

5           dog's are assigned on August 22nd, and so

6           you're saying by early September he was -- he

7           was doing a good job?

8    A.    He was more consistent in being able to

9           determine the dog's behavior change.

10   Q.    Okay.  And do you remember having any

11          discussion after that point in time where

12          people were talking specifically about

13          concerns over Riley?

14   A.    No.

15   Q.    More so than just the, you know, regular

16          background, you know, everybody has?

17   A.    Not specifically, no, sir.

18   Q.    Okay.  Do you know if Riley was ever

19          threatened with removal or told that he would

20          be removed if he didn't improve a particular

21          aspect of his performance?

22   A.    Specifically Riley?

1   Q.   Yeah.

2   A.   I'm not aware.  I know the class was.

3   Q.   Okay.  What led to that?

4   A.   I was not there for that training exercise so

5        I don't know.

6   Q.   Okay.  What were you told about that?

7   A.   That they were having issues and -- that all

8        the teams were having issues that particular

9        training day.

10  Q.   Was that right after Labor Day?

11  A.   I don't -- I think so.  Because I was off

12       that day or something.

13  Q.   Did Phelps ever tell you that he had pulled

14       Riley aside and specifically told him he

15       needed to improve his performance?

16  A.   Not specifically, no.

17  Q.   You aware that that happened, that the

18       trainers pulled Riley aside and told him he

19       needed to improve?

20  A.   Not that I'm aware of, sir.

21  Q.   Let's see, are you aware of anyone aside from

22       Officer Van Meter that Phelps, you know,

1            threatened to remove?

2                 MS. SCINDIAN:  Objection.  Vague and

3            ambiguous.  Lack of foundation.

4    A.   No.

5    Q.   Were you involved with Michelle Gonzalez's

6            training?

7    A.   No, sir.

8    Q.   Were you aware that people were threatening

9            to remove her from class?

10                MS. SCINDIAN:  Objection.  Vague

11           ambiguous.

12   A.   I wouldn't hear it.

13                MS. SCINDIAN:  Calls for speculation.

14           Lack of foundation.

15   Q.   Go ahead.

16   A.   I wasn't here.  I wasn't with the department

17           at that point.

18   Q.   You weren't with the department when Michelle

19           Gonzalez was getting trained?

20   A.   No, sir.

21   Q.   Where were you at that time?

22   A.   I was with DHS.

1   Q.   Okay.  Has any other handler complained about

2        Phelps treatment to you?  You said Van Meter

3        came to you with concerns about how she was

4        being treated?

5   A.   Correct.

6   Q.   Anyone else besides Van Meter?

7   A.   Come to me?

8   Q.   Yes, sir.

9   A.   No, sir.

10  Q.   And why did you talk to Cullen about it?

11  A.   Him and I were just standing there having a

12       conversation.

13  Q.   And what did you say?

14  A.   That Missy doesn't like the way Tony is

15       talking to her.

16  Q.   And what was Cullen's response?

17  A.   That Tony talks the same way to everybody.

18  Q.   And did you agree with that?

19  A.   I do.

20  Q.   And do you think Tony Phelps was -- how would

21       you describe his approach or behavior?

22  A.   He was direct and he was the same way with

1          every student he was involved with.  Even

2          experienced handlers he was the same way.

3          Didn't matter if you were in class or just

4          there for retraining.

5     Q.   Did you ever hear him ridicule Van Meter?

6     A.   More specifically?

7     Q.   Make fun of, tease?

8     A.   No.

9     Q.   Okay.  Did you ever hear him say something

10         like, oh, I know you don't like it when I

11         talk like that, so let me see if I can

12         rephrase it?

13    A.   No, I don't remember hearing that.

14    Q.   Okay.  What would you have done if you had

15         heard something like?

16             MS. SCINDIAN:  Objection.  Calls for

17         speculation.

18    A.   We would have discussed it.

19    Q.   You would have talked to Phelps about it?

20    A.   Yes.

21    Q.   You would have voiced your concern about it?

22             MS. SCINDIAN:  Objection.  Calls for

1        speculation.

2    Q.   Okay.  Okay.  I want to focus your attention

3         on the dog assignments process for that

4         particular class.

5    A.   Okay.

6    Q.   All right, what do you remember about how

7         dogs were assigned for that class?

8    A.   What do you mean?

9    Q.   I mean how did -- how were dogs assigned for

10        that class?

11   A.   So typically the first two weeks you have the

12        opportunity to work every dog in the class.

13        Just so that that we can see the temperament,

14        the personality, how the handler engaged with

15        the dog, how the dog engages with the

16        handler.  At the end of two weeks the student

17        handlers submit a wish list as to what dog

18        they requested to be assigned.  If for this

19        class since we had a split class of PBIED and

20        EOD, it was designated as to what dogs would

21        be PBIED and what dogs would be EOD.

22   Q.   How is that designated?

1    A.    For this class?

2    Q.    Yeah.

3    A.    Dogs were specifically purchased for PBIED.

4    Q.    How was it communicated to the students that

5          some dogs are PBIED, some dogs were static?

6    A.    They were specifically told which dogs were

7          going to be PBIED dogs and what dogs were

8          going to being static dogs.

9    Q.    When were they told that?

10   A.    From day one.

11   Q.    Okay.  And which dogs were PBIED and which

12         dogs were static from day one?

13   A.    From day they were purchased Cooper, Reno and

14         Toby.

15   Q.    Cooper, Reno, Toby were designated PBIED?

16   A.    Yes, sir.

17   Q.    And were the other dogs then designated for

18         static or could they have gone into either

19         discipline?

20   A.    They could have went into either discipline

21         but they were designated for static.  Well,

22         with the exception of Rocket because of the

1       issues we were having with him as we were

2       watching him in training and he was

3       transitioned into PBIED.

4    Q.  And why?

5    A.  Because he didn't accept presentations.  He

6       didn't like people getting in his way.  He

7       wanted to be more independent.

8    Q.  And at what point in time was it decided that

9       he was going to be PBIED and not static?

10   A.  When we decided to split the class.

11   Q.  Before the dog assignments were made?

12   A.  No, week five when we decided to split them.

13   Q.  Okay.  Who did he ultimately work with,

14      Rocket?

15   A.  Who?

16   Q.  Who did Rocket ultimately work with?

17   A.  At the end?

18   Q.  Yes.

19   A.  Once he was assigned?

20   Q.  Yeah.

21   A.  Dantinne.

22   Q.  Okay.  All right.  So what would happen if he

1      tried to make a presentation to Rocket?

2   A.  He would shutdown.  He would ignore you.

3   Q.  Would he lose interest in the search

4      altogether?

5   A.  Yeah.  But if you gave him the freedom to

6      work on his own independently, he would

7      excel.

8   Q.  Were there concerns about -- before the dog

9      assignments were actually made or confirmed,

10      were there concerns about Jayden progressing

11      or being able to finish that class?

12  A.  No, sir.

13  Q.  Was there ever a time when Jayden's name was

14      written on a whiteboard with a question mark?

15  A.  Yup.

16  Q.  And what was that about?

17  A.  It's to determine whether we are going to

18      make him PBIED or not, because he had the

19      potential to do both.

20  Q.  And what about Jayden made you think that he

21      had the potential to be PBIED or static?

22  A.  Because of the independent search drive in

1       the dog.

2   Q.  Was static versus PBIED for the handlers was

3       one discipline more challenging than the

4       other?

5   A.  No, they both had their own challenges.

6   Q.  Equally challenging?

7   A.  Yes.

8   Q.  So there's not one that's considered the top

9       guns or anything like that?

10  A.  No.

11          MS. SCINDIAN:  Objection.  Vague and

12      ambiguous.

13  Q.  How about for the dogs, though, are PBIED

14      dogs considered, you know, better or

15      different than the static dogs?

16  A.  No, sir.

17  Q.  Okay.  Okay.  So first couple of weeks

18      everybody is allowed to work with any dog

19      they want, right?

20  A.  Yes, sir.

21  Q.  And that's to give the handlers and dogs

22      exposure to each other, see who works and who

1        doesn't work?

2   A.   Yes, sir.

3   Q.   Right?  Okay.  And then -- and then the

4        handlers were asked at about the beginning of

5        the third week to pick which dog they wanted

6        to work with and which discipline they wanted

7        to work in, right?

8   A.   They completed a worksheet.

9   Q.   We call it a wish list.  We've been calling

10       it a wish list.

11  A.   Yes, sir.

12  Q.   Okay.  Now, was there a certain number of

13       PBIED officers that needed to be placed or

14       filled?

15  A.   Not that I recall -- no on the three

16       because -- the three dogs the department had

17       purchased were PBIED.

18  Q.   Could those dogs not have been used as

19       static?

20  A.   No.

21  Q.   Why not?

22  A.   Because the department paid more money for

1       those dogs and they were designate for PBIED.

2   Q.  Did someone say, these dogs can only be

3       PBIED, someone above you in the chain of

4       command?

5   A.  Yes, sir.

6   Q.  Who?

7   A.  When we went down to select the dogs, those

8       dogs were specifically purchased for PBIED.

9   Q.  But could you have changed your mind and

10      said, hey, actually I think that's a good

11      static dog?

12  A.  I mean they can do whatever we want.  We had

13      control over that.

14  Q.  Who?  And when you say we who is that?

15  A.  Well, I would receive the information from

16      Phelps.

17  Q.  Okay.  So minimum of three PBIED was your

18      understanding?  And that's just what Phelps

19      told you?

20  A.  Yes, sir.

21  Q.  Okay.  Before the dog assignments were made,

22      was Van Meter told that there were dogs that

1        she could not work with?

2   A.   Yes, sir.

3   Q.   And who was that?

4   A.   Pope.

5   Q.   And why not?

6   A.   Because she physically couldn't control the

7        dog.  He was a German Shepard or I say a

8        Dutch Shepard and the dog was just too strong

9        for her.  And this was after a couple of days

10       of watching her work the dog on the

11       imprinting boxes and she couldn't control the

12       dog and because it's a safety issue.

13  Q.   Any other dogs that were made off limits to

14       her?

15  A.   That was the only one I was aware of.

16  Q.   Okay.  Were the dogs -- before the assignment

17       date, were dogs sort of earmarked or reserved

18       for any particular handlers?

19       MS. SCINDIAN:  Objection.  Vague and

20       ambiguous.

21  A.   Not specifically, no.

22  Q.   What do you mean by that?  Was there some

1       informal, you know, idea what dog is going to

2       go to who?

3   A.  So traditionally handlers that are returning

4       back for secondary dogs, experienced handler,

5       typically have -- if the match fits, the

6       personality fits, they get preference to what

7       dog they want.

8   Q.  So who got preference in that class?

9   A.  It would be Garrett Zborai who got Pope.  And

10      Jay Schmid got Reno.

11  Q.  Okay.  There was no chance that -- Zborai was

12      a static handler, right?

13  A.  Yes, sir.

14  Q.  So did he also have the option of staying in

15      static or moving to PBIED?

16  A.  Not that I'm aware of, no.

17  Q.  Okay.  Okay.  Do you know why all of the male

18      students got their first pick of dogs?

19          MS. SCINDIAN:  Objection.  Lacks

20      foundation.

21  A.  I have no idea.

22  Q.  All right.  Well, you've explained why Zborai

1          and Schmid got the dogs that they wanted.

2          They had a preference -- Zborai had a

3          preference with Pope and that was a good fit,

4          right?

5   A.    Yes, sir.

6   Q.    Okay.  And Schmid had a preference for Reno

7          and the trainers thought that was a good fit?

8   A.    Yes, sir.

9   Q.    So there was no need to second guess either

10         one of those choices?

11  A.    Correct.

12  Q.    All right.  So for Riley do you remember that

13         he wanted to be PBIED?

14  A.    I don't -- I don't remember him putting out

15         for PBIED.  I think on the list -- I don't

16         remember.  I would have to look at the sheet.

17  Q.    Okay.  Tell me this, so for everyone, not

18         Zborai and not Schmid --

19  A.    Mm-hmm.

20  Q.    -- but all the other handlers submitted two

21         different wish list forms.  Do you know why

22         that happened?

1    A.    I don't know, sir.  I don't remember.

2    Q.    Were you present in the room when the dog

3          assignments were communicated to the

4          handlers?

5    A.    Yes, sir.

6    Q.    And when Van Meter was paired up with Jayden,

7          do you remember what was told to her when she

8          was told?

9    A.    More specifically, sir?

10   Q.    Do you remember if there was any explanation

11         about why she was being assigned Jane?

12   A.    Explanation, sir?

13   Q.    Yeah.

14   A.    Other than we thought that was the bet fit

15         dog for her.

16   Q.    All right.  And did anyone tell her that she

17         was getting Jayden because they both had

18         problems?

19   A.    No, sir.

20         (Exhibit 6 was marked for identification and

21         is attached to the transcript.)

22   Q.    Mr. Hill, you've been given Exhibit 6.  This

1      one goes from USCP 1800 to 1805 and you'll

2      notice, the first two pages, if you look at

3      top right corner, the first two pages are for

4      handler 2, that's Robert Meikrantz.

5  A.  Meikrantz.

6  Q.  The second two pages so 1802 and 1803, are

7      for handler 1, which is Dantinne, and 1804

8      and 1805, the last two pages, are for handler

9      3, and that's Mike Riley.  So if you would,

10     question number one, do you know why each one

11     of these handlers has submitted two different

12     forms?

13 A.  I can assume but other than that, I can't --

14     I --

15 Q.  I'll take your assumption but thank you for

16     the caveat.  So why do you assume this is the

17     case?

18 A.  Because the initial form is filled out

19     incomplete.  They didn't designate whether

20     they were going to be PBIED or static.  For

21     the first one, for handler number 2 the first

22     one is not filled out whether they've

1        indicated whether they want to do static or

2        PBIED and the second sheet they've indicated

3        that they --

4    Q.  That's just a guess, right?

5    A.  Correct, sir.  I can't be for certain.

6    Q.  Okay.  Take a look at the third -- sorry, the

7        last page.  Now, what was your role when it

8        comes to assigning the dogs?  Like did you

9        review the wish lists and then help to make a

10       decision as to which discipline that the

11       handler would go into and which dog the

12       handler received?

13   A.  Yes, sir.

14   Q.  Okay.  So was that a consensus decision among

15       the trainers?

16   A.  Yes, sir.

17   Q.  And let me ask a better question.  Was

18       deciding which discipline the handler went

19       into a consensus decision among the trainers?

20   A.  Yes.

21   Q.  Was deciding which dog the handler would

22       receive or be assigned to, also a consensus

1      decision among the trainers?

2  A.  Within the discipline the dog was assigned to

3      yes.

4  Q.  And so directing your attention to -- well,

5      let me just make sure I understand.  What

6      you're saying is -- well, can you tell me

7      what you meant by within the discipline yes?

8  A.  So if we had Toby, who was slotted for PBIED,

9      we're not going to assign that to a static

10      handler, because that dog was designated to

11      PBIED.  So within the discipline the dog was

12      actually assigned, you know, Reno, Toby and

13      Cooper, they were specifically initially

14      assigned for PBIED, those dogs had to go to

15      PBIED.

16  Q.  Right.  But it was still a consensus decision

17      among the trainers who would get what dog?

18  A.  Yes, sir.

19  Q.  Okay.  There wasn't one person -- was there

20      one person that says, I think this should

21      happen and then everybody else said yes?

22      Like did Phelps lead that discussion?

1   A.   No, it was pretty mutual.

2   Q.   Okay.  So take a look at Page 1805.

3   A.   Yes, sir.

4   Q.   Which is handler 3's wish list, handler 3

5        being Mike Riley and he writes sort of in the

6        middle of the page, at the end of the day I

7        prefer PBIED but understand the staffs'

8        expertise may dictate otherwise.  I point

9        that out to you because I had asked you

10       earlier if you remember that Riley had a

11       preference for PBIED.  Does this refresh your

12       recollection?

13  A.   Yes, sir.

14  Q.   Okay.  And do you now remember that Riley had

15       a preference for PBIED?

16  A.   Mm-hmm --

17            MS. SCINDIAN:  Say yes.

18            THE WITNESS:  Oh, sorry, yes.

19            MR. ALDERMAN:  Thanks, kelly.

20  Q.   And why wasn't he initially assigned to

21       PBIED?

22  A.   Because of -- he was extremely slow, physical

1      movement.  He wasn't really a fast person.

2      And when it comes to PBIED, you have to be

3      agile, you have to be able to move, and adapt

4      to what the dog's doing.

5  Q.   The fact that he was slow, does that -- does

6      that effect your decision as to what dog or

7      what kind of dog he would be good with?

8  A.   Not necessarily.

9  Q.   Okay.  So even a slow handler could be

10     successfully paired in your mind with a dog

11     who moved fast?  That's what I mean.  Like

12     that's what I'm trying to get at.

13 A.   You have to achieve a balance.  The handler

14     has pick up the pace a little bit and you

15     bring the dog down so that there's equal

16     balance.  You know, because they have to

17     compliment each other.  If I've got a really,

18     really slow handler it's not advantageous to

19     put them with a dog that's extremely fast.

20     But there's times when you do.  It's all

21     based on the dog and the personality between

22     the dog and the handler.

1   Q.   Okay.  So taking a look at that 1805 for

2        Riley, you'll see that -- so the decision was

3        that Riley was going to go into static,

4        right?  That was the decision that the

5        training staff made?

6   A.   Yes, sir.

7   Q.   Okay.  He was too slow to go to PBIED?

8   A.   Based on what we were seeing, yes.

9   Q.   Okay.  And then if you take a look at 1804,

10       you'll see his top choice on that form under

11       the static dogs was Billy the Lab and that's

12       who he was initially assigned to, right?

13  A.   Yes.

14  Q.   Why was he assigned Billy the Lab?

15  A.   Because his motivation, the handlers, the

16       enthusiasm and motivation was higher than the

17       dog's was, so -- and that's what was going to

18       take to bring the dog up because of the

19       issues that we were seeing with the dog.

20  Q.   What issues were you seeing with this dog as

21       of August 22nd, which was the day that the

22       dog assignments were made?

1    A.    He was slow.  Starting to lose interest, so

2          you need somebody that was going to keep his

3          focus and keep his attention doing the

4          exercise.  And Mike was pretty animated when

5          it came to working with the dog.

6    Q.    You sure Billy the Lab was slow or you were

7          noticing that Billy the Lab was slow before

8          August 22nd, are you confident in that

9          testimony?

10   A.    I would have to watch the videos for that

11         one.  But I noticed as the training went on,

12         those were the issues that we started to see

13         with Billy the Lab.

14   Q.    Billy the Lab started to lose interest at

15         some point in time?

16   A.    Right.

17   Q.    You don't know if you noticed that before the

18         dog assignments?

19   A.    No, I'd have to go back.

20             MS. SCINDIAN:  Objection.

21         Mischaracterizes the testimony.

22   Q.    You don't know, you'd have to go back and

1      look at the video?

2   A.  Right.

3   Q.  Van Meter was paired with Jayden, do you know

4       why she was paired with Jayden?

5   A.  Because Missy's lack of motivation and by

6       giving her Jayden, Jayden was a high energy

7       dog, which is easier to work, so it would

8       take -- require less effort from Missy to

9       keep the dog on task or keep it focused

10      because the intrinsic value of the dog seeked

11      in the exercises and that's why we chose

12      them.

13  Q.  You said she lacked enthusiasm?

14  A.  Mm-hmm.

15          MS. SCINDIAN:  You have to say yes or

16      no?

17          THE WITNESS:  Oh, yes.  Sorry, yes.

18  Q.  And what makes you say that, that she lacked

19      enthusiasm?

20  A.  Just the way that she interacted with the

21      dogs while we were doing those two weeks'

22      assessment on the team.  She wasn't super

1            excited.  Even during the learning process,

2            she wasn't over the top.  She wasn't over

3            animated.

4      Q.    Do you remember Jayden before August 22nd

5            having some issues in the imprinting?

6      A.    Yeah, during that shaping phase.

7      Q.    What were his problems that Jayden had?

8      A.    I think it was a couple of times he became

9            disinterested and it's triggered from unsure

10           of the exercise as to what we're asking the

11           dog to do.

12     Q.    I'm sorry, can you repeat that?

13     A.    It's triggered because the dog it's new -- a

14           new exercise for the dog, so he's unsure as

15           to what you're asking him to do.  So some of

16           the dogs would be initially uninterested.

17     Q.    Do you remember that he had -- there were

18           difficulties in him to sit?

19     A.    Yes, sir.

20     Q.    And what can you tell me about that?

21     A.    The behavior wasn't properly shaped.

22     Q.    By who -- who didn't properly shape the

1        behavior?

2   A.   Whatever handlers were working with the dog,

3        you start to shape the behaviors to sit if

4        you want the sit behavior.

5   Q.   Okay.  So whoever had been working Jayden and

6        the combination of people working Jayden

7        prior to the time the dogs were actually

8        assigned, hadn't shaped that behavior

9        correctly?

10  A.   Yes, sir, it was still a learning process for

11       the dog.

12  Q.   Okay.  Do you remember that you would have to

13       physically place Jayden in the sit?

14  A.   Yes, sir.

15  Q.   And you'd have to -- I don't want to say

16       wrestle with the dog but you'd have to pull

17       up on the leash while -- while like pinching

18       the back of his spine?

19  A.   Pinching?  I don't --

20  Q.   Yeah, actually, yes.  Taking your -- your

21       hand in a C shape and applying pressure to

22       the back of his spine in a pinch like manner?

1   A.   To push pressure down on his hind end, is

2        that what you're referring to?

3   Q.   I mean causing discomfort to the dog by using

4        pressure from your fingers and thumb on his

5        spine?

6   A.   Not that I'm aware of.  Applying pressure,

7        yes, which is an additional way to teach the

8        dog to sit back then.

9   Q.   Applying pressure that would cause pain?

10  A.   No.  It's pressure.

11  Q.   So you're not aware that you actually had to

12       apply pain to Jayden to get him to sit before

13       he was assigned?

14  A.   No, you apply pressure, the dog escapes the

15       pressure by going into a sit position.  It's

16       what was traditionally taught how the dogs to

17       sit.

18  Q.   So it wasn't something that you had to do to

19       make Jayden experience pain or discomfort, it

20       was just avoiding pressure?

21  A.   Yes, sir.

22  Q.   There was also something with the tennis

1       ball, Jayden would only show interest in

2       searching if the tennis ball was present

3       along with the odor, remember that?

4  A.   That's common in a lot of dogs.

5  Q.   What other dogs had that issues in this

6       training class?

7  A.   Well, initially all of them are imprinted on

8       the tennis ball and the target odor.  And

9       then you still would start to wean the tennis

10      ball away from the target odor and just let

11      the dog do it.

12 Q.   But Jayden it took longer to wean Jayden from

13      the tennis ball, right?

14 A.   Yeah, like a day or two longer than the other

15      dogs.

16 Q.   You sure about that?

17 A.   Yeah, I think on the 23rd, I think he was --

18      the day after they were issued, he was no

19      longer on a tennis ball for target odor,

20      which is typical during the imprinting phase.

21 Q.   What about with the other dogs, at what point

22      in time did they no longer need the tennis

1          ball?

2    A.    It's different times.

3    Q.    So it took Jayden until after he was assigned

4          to Van Meter to no longer need the tennis

5          ball?

6    A.    Correct.

7    Q.    On the day he was assigned, Jayden still

8          needed the tennis ball?

9    A.    Yeah.

10   Q.    Do you know any other dog that needed the

11         tennis ball on the day that they were

12         assigned?

13   A.    I don't remember all the dogs.

14   Q.    Anyone -- anything come to mind?

15   A.    No, sir.

16   Q.    Let's see, Meikrantz was assigned to Cooper,

17         does sound right?

18   A.    Yes, sir.

19   Q.    Why was Meikrantz assigned to Cooper?

20   A.    Are you going off the sheet?

21   Q.    Pardon?

22   A.    Are you looking at this sheet or no?

1    Q.    Actually I was going off memory.  If you need

2          the sheet, that's fine.

3    A.    No.  The personality of the dog and the

4          handler.

5    Q.    Why was Meikrantz picked for PBIED?

6    A.    He chose it.  His energy level.  He's in good

7          shape.  He moves around a lot.  There was no

8          concern with him working the dog in those

9          type of environments.  PBIED you're on your

10         feet and you're moving all day long.

11   Q.    Was Cooper one of the dogs that was assigned

12         to PBIED from the start?

13   A.    Yes, sir.

14   Q.    Take a look at 1801 which is the second page

15         --

16   A.    Okay.

17   Q.    -- in Exhibit 6?

18   A.    Mm-hmm.

19   Q.    You'll see that this is so, again, this is

20         handler 2, so this is from Meikrantz.

21   A.    Yes, sir.

22   Q.    And on this form he has indicated that he is

1      not interested in working PBIED.  That he

2      want to work static.

3   A.   Yes, sir.

4   Q.   And that the dog he's got listed first is

5      Cooper?

6   A.   Mm-hmm.

7   Q.   Does that help refresh your recollection as

8      to why the folks had to submit two different

9      wish lists?

10  A.   Yeah, because I think they filled them out

11     incorrectly.

12  Q.   They were not told that some dogs were

13     designated as PBIED, right?

14       MS. SCINDIAN:  Objection.

15     Mischaracterizes the testimony.

16  A.   No, they were told.

17  Q.   Were they told on the day that they made the

18     dog selections?

19  A.   Yeah, the day before that they made the dog

20     selections.

21  Q.   So when Meikrantz filled out this form saying

22     that he wanted to be static and work with

1      Cooper, he should have known that that was

2      impossible?

3          MS. SCINDIAN:  Objection.  Calls for

4      speculation.

5   Q.  Right?

6   A.  I would assume, yes, sir.

7   Q.  Okay.  And so then 1800 is the form for

8      Meikrantz, it's the first page on Exhibit 6,

9      he doesn't have -- on this version of the

10      form, he hasn't indicated a preference in

11      terms of the discipline.  But he's got Cooper

12      picked as his number one dog for PBIED and he

13      was assigned to Cooper for PBIED, right?

14  A.  Yes, sir.

15  Q.  Do you know why he was -- if he had indicated

16      that he wanted to be static, do you know why

17      he was ultimately assigned PBIED?

18  A.  I don't know, sir.

19  Q.  Was it that he -- did he basically want to be

20      with Cooper and he took any assignment that

21      would allow him to be with Cooper?

22          MS. SCINDIAN:  Objection.  Calls for

1      speculation.

2   Q.   To your knowledge?

3   A.   I don't know, sir.

4   Q.   Okay.  Put that aside.  If it helps, you can

5        take a look at 1802 and 1803, which are the

6        forms submitted by handler 1, which is

7        Dmitrius Dantinne.  You see in both of these

8        forms he's indicated that he could work

9        either assignment.  He's also listed Reno as

10       his number one dog for PBIED and Billy the

11       Mal as his number one dog for static.  Do you

12       know -- he was ultimately -- he was initially

13       assigned to a static the side, right?

14  A.   Yes, sir.

15  Q.   Do you know why?

16  A.   I think because of the dog, Billy the Mal.

17  Q.   What do you mean by that?

18  A.   Because Reno was already taken, Cooper was

19       going to Meikrantz and based on Dantinne's

20       personality and Billy the Mal, because the

21       way Billy the Mal was, we felt that was a

22       better fit for Dantinne.

1    Q.   Dantinne had indicated a preference for Billy

2         the Mal throughout the first couple of weeks

3         of training, correct?

4    A.   Right.

5    Q.   So was that -- did you assign Dantinne to

6         static in order to allow him to be assigned

7         to the dog that he indicated that he wanted?

8    A.   Yes, sir.

9              MS. SCINDIAN:  Objection.

10        Mischaracterizes the testimony.

11   Q.   So you knew on the PBIED side, you knew that

12        Reno was going to Schmid, you thought Cooper

13        was going to go to Meikrantz, is that right?

14   A.   Yes, sir.

15   Q.   And then Rocket you didn't think would be a

16        good fit for Dantinne?

17   A.   Not at that -- well, not for Dantinne but for

18        the static side.

19   Q.   Okay.  Did you think that Rocket wouldn't be

20        a good fit for Dantinne?

21   A.   No.

22   Q.   Did you ever have that --

1    A.    No.

2    Q.    -- thought process?

3    A.    No, sir.

4    Q.    Rocket was ultimately assigned to Dantinne,

5          right?

6    A.    After Billy the Mal failed out.

7    Q.    Yeah.

8    A.    Yes, sir.

9    Q.    Okay.  Remember there was -- there was a mid

10         term review or a mid course review that was

11         conducted?

12   A.    Yes, sir.

13   Q.    And each of the handlers were given like a

14         mid course review, right?

15   A.    Yes, sir.

16   Q.    With a paper that listed their strengths and

17         weaknesses?

18   A.    Yes, sir.

19   Q.    Do you know who filled out the review?

20   A.    I did.

21   Q.    That was you?

22   A.    Yes, sir.

1   Q.   Did you work with anyone on that?  In other

2        words, --

3   A.   What do you mean?

4            MS. SCINDIAN:  Objection.  Vague and

5        ambiguous.

6   Q.   Did anyone else collaborate with you on those

7        mid course reviews?

8   A.   Yeah, all the trainers did.

9   Q.   Okay.  Did you sit down and like complete

10       them together?

11  A.   Yes, sir.

12  Q.   Okay.  And so that was an opportunity where

13       everybody could say what they thought

14       weaknesses and strengths were?

15  A.   Yes, sir.

16  Q.   You were the one holding the pen though,

17       right?

18  A.   Yes.

19  Q.   So if you didn't agree with someone's

20       suggestion for a strength or weakness, did

21       you still write it down?

22  A.   And comments -- anything that was said was

1        written down, so we could discuss it.

2    Q.  Okay.

3    A.  Because it was something that they

4        independently observed and team so we could

5        bring it up to the handler's attention so we

6        could discuss it.

7    Q.  Okay.

8    A.  It wasn't whether you agreed on anything or

9        not.  It was, hey, what did you see wrong

10       with the team?  What do they need to work on?

11       What do they need to work on?  Let's write it

12       down so we can comment on it and we can

13       discuss it when we come into the room.

14   Q.  And who participated in that process?

15   A.  Timmy Cullen, myself, all the trainers.

16   Q.  Okay.  Now, at that point in time, the mid

17       course review came out on September 11th,

18       2017.  Does that sound familiar?

19   A.  Yes, sir.

20   Q.  At that point in time the disciplines had

21       split --

22   A.  Yes, sir.

1   Q.   -- into PBIED and static --

2   A.   Yes, sir.

3   Q.   -- and so were you responsible -- did you

4       write the mid course reviews for all of the

5       handlers or just the static handlers?

6   A.   Just the static ones from what I remember.

7   Q.   Okay.  Do you know if there was a mid course

8       review for the PBIED handlers?

9   A.   Once they split, I don't know.

10   Q.   Okay.  And was Phelps involved in that mid

11       course review collaboration?

12   A.   For the static teams?

13   Q.   Yes.

14   A.   Yes, sir.

15   Q.   When you said everybody was together --

16   A.   Well, the class, Timmy, Tony, and myself.

17   Q.   And what I mean is when you filled out the

18       mid course review sheet, was Phelps there

19       giving his feedback or input?

20   A.   Yes, sir.

21   Q.   Okay.  So that would have been you, Cullen,

22       and Phelps?

1    A.    Yes, sir.

2    Q.    All right.  And what was that mid course

3          review designed to do?  What was the goal of

4          giving that review?

5    A.    To provide feedback to the students so they

6          knew exactly where they stood in relation to

7          the class.

8    Q.    Okay.

9    A.    To give them the opportunity to address or

10         work on any deficiencies that they might have

11         up to that point and make sure that they

12         understood exactly what was expected of them

13         as they continued through the course.

14   Q.    Okay.  Were you giving people nitpick

15         feedback on minor issues?

16               MS. SCINDIAN:  Objection.

17   Q.    Or were you focused on significant issues

18         that could hinder their progress through

19         training?

20               MS. SCINDIAN:  Objection.  Vague and

21         ambiguous.

22   A.    Both.

1   Q.   Okay.  In the forms that you gave to the

2        handlers, where you wrote the things down,

3        strengths and weaknesses, were you focusing

4        on the significant strengths and weaknesses?

5   A.   Both.

6            MS. SCINDIAN:  Objection.  Vague and

7        ambiguous.

8   Q.   You focused on both insignificant and

9        significant strengths and weaknesses?

10  A.   Yes, sir.

11  Q.   Billy the Lab was assigned to Mike Riley,

12       right?

13  A.   Yes, sir.

14  Q.   And Billy the Lab had to be removed from the

15       training class, correct?

16  A.   Yes, sir.

17  Q.   Why -- and Mike Riley was then transferred to

18       PBIED after that?

19  A.   Yes, sir.

20  Q.   Okay.  Why was he assigned -- why was Riley

21       transferred to PBIED instead of having

22       whatever dog assigned to static with Riley?

1    A.    Because remember Rocket was the one that

2          didn't accept presentations from the

3          handlers.  So less input from the handlers,

4          the dog succeeded.  And Rocket -- Rocket was

5          the one that had issues with taking the

6          presentations, so that's why he went to

7          PBIED.  So when Mike's dog dropped out of the

8          program -- I'm sorry, I'm thinking Dantinne

9          sorry.

10   Q.    That's okay.

11   A.    So Toby was his next pick.  So Toby was

12         already slotted to PBIED so that's where Mike

13         had to go.

14   Q.    Toby was slotted for PBIED?

15   A.    Yes, sir.

16   Q.    He was one of the dogs initially purchased as

17         a PBIED dog?

18   A.    Correct.

19   Q.    But, again, management could have made a

20         decision to switch Toby over to static is

21         what you said earlier?

22             MS. SCINDIAN:  Objection.  Calls for

1           speculation.

2    Q.    Right?

3    A.    Yeah, they could have.

4    Q.    Was there any discussion about doing that?

5    A.    No, sir.

6    Q.    That you're aware of.

7    A.    Not that I'm aware of nothing.

8    Q.    And was there any discussion about

9          transferring Riley over to PBIED because he

10         was not performing well in the static?

11   A.    No, sir.

12   Q.    No one said anything like that?  Maybe this

13         would be good for Mike because he's not doing

14         so hot over here?

15   A.    The decision, that was based on the dog's

16         performance not based on the handler's

17         performance.

18   Q.    Were you there when Riley was told that he

19         was going to get switched over to PBIED?

20   A.    I may have been.  Maybe not in the room with

21         him, I don't know.

22   Q.    You remember Phelps saying to Riley, hey,

1      look, you're doing everything right.

2      Unfortunately it's the dog and we're in the

3      process of removing the dog?

4           MS. SCINDIAN:  Objection.  Lack of

5      foundation.

6  A.  I don't remember.

7  Q.  Now, Dantinne, Dantinne's dog also was

8      removed from the static program, right?

9  A.  Yeah, Billy the Mal.

10 Q.  The Mal.  And Dantinne was ultimately given

11     Rocket, correct?

12 A.  Yes, sir.

13 Q.  Now, was there any discussion with respect to

14     assigning Dantinne to PBIED because he had

15     shown performance deficiencies on the static

16     side?

17 A.  No, sir.

18 Q.  No concerns about Dantinne's performance at

19     the time that he was transferred over to

20     PBIED?

21 A.  No, sir.

22 Q.  Do you remember Riley making any additional

1          requests, other than that first request that

2          he put in his wish list form, did he ask at

3          any other time to be transferred to PBIED?

4     A.   Not that I'm aware.

5     Q.   Now, do you remember Billy the Lab was being

6          considered to switch over to PBIED?

7     A.   Billy the Lab?

8     Q.   Yeah.

9     A.   Yeah, there was one exercise we wanted to see

10         if he would do well at the end and he didn't.

11    Q.   So he was only allowed to do that one day,

12         check out one day in PBIED?

13    A.   Yes, sir.

14    Q.   Who worked with him that day?

15    A.   I think Schmid worked with him actually.

16    Q.   Were you there --

17    A.   Yes, sir.

18    Q.   -- for that?  What exercise was that?  Do you

19         remember?

20    A.   I think one was a roller bag and then one was

21         a handbag on New Jersey Avenue or something.

22    Q.   So you testing him out one day, didn't work,

1          and then -- and then the dog was retired?

2    A.    Yes, sir.

3    Q.    Okay.

4    A.    Well, removed from the program.

5    Q.    Yeah.  Did you ever have any discussions

6          about Riley with Cromwell?

7    A.    No.

8    Q.    Do you know if Phelps told Cromwell that he

9          had concerns over Riley's ability to pass

10         certification?

11             MS. SCINDIAN:  Objection.  Calls for

12         speculation.

13   A.    Not aware of a conversation like that.

14   Q.    Either a conversation or any kind of

15         communication?

16   A.    Not that I'm aware of sir, no.

17         (Exhibit 7 was marked for identification and

18         is attached to the transcript.)

19   Q.    Okay.  Mr. Hill, you've been given Exhibit 7.

20         This one goes from 456 to 457.  And you'll

21         see it says September 29th, 2017 dated form

22         that's on the top left, do you see that?

1    A.    Yes, sir.

2    Q.    And this one, the form is titled PBIED canine

3          training form.  And it's for handler 4, and

4          handler 4 is Jay Schmid.

5    A.    Yes, sir.

6    Q.    Okay.  And does this indicate the date that

7          Billy the Lab is working with Jay Schmid?

8    A.    Mm-hmm.

9    Q.    And you're saying it's only one day?

10   A.    Yes, from what I remember they only did one

11         day -- one-day exercise with the dog.

12   Q.    Okay.  So that the narrative on the training

13         summary, I'm looking at about three lines

14         from the bottom over towards the right-hand

15         side, it starts, K9 Billy's enthusiasm is not

16         very high but it is only the first day and he

17         may not understand the exercise yet.

18         Recommend trying this for the next five days

19         to see if any improvement will occur.  K9 is

20         assigned to blank and he's on his day off,

21         blank worked Billy today.  Okay, let's figure

22         out who the blanks are.  Who was on his day

```
1        off?

2   A.   I would say probably Mike Riley.

3   Q.   Now, why was he on a day off?  Wasn't days

4        off were to be avoided if possible during

5        training, correct?

6   A.   Correct.

7   Q.   Why was Riley on a day off?

8   A.   Because static guys work Monday through

9        Thursday and PBIED guys work Tuesday through

10       Friday.  So they work four ten hour days.

11  Q.   Okay.  So this would have been a Monday or

12       Friday then?

13  A.   It would have been a Friday.  So this would

14       -- PBIEDs worked Tuesday through Friday so it

15       would have been a PBIED day.

16  Q.   So this would have been a Friday which would

17       be why Riley wasn't working his dog on this

18       day?

19  A.   Correct.

20  Q.   All right.  And instead the second blank is

21       for Jay Schmid, right?  Jay Schmid worked K9

22       Billy today?
```

1    A.    I would assume so, yes.

2    Q.    Now, did the recommendation was to try Billy

3          out for five days, and do you know if that

4          happened?

5    A.    I don't know.  I would have to look at

6          trainer records.

7    Q.    Okay.

8    A.    Because again we were split.  I was doing

9          static stuff and they were doing the PBIED

10         stuff.

11   Q.    Now, you said that you were present when --

12   A.    Yeah.

13   Q.    -- Billy the Lab did his training on PBIED?

14   A.    For this exercise, yes.

15   Q.    Okay.  But your name isn't here anywhere is

16         it?

17   A.    I wasn't running the exercise.  I was just

18         there as an observer.

19   Q.    Okay.  Is this mark, September 29th if that

20         is the first day that Billy the Lab had been

21         moved to PBIED, does that also indicate that

22         that would be the first, but for the day off,

1          that would have been Riley's first day

2          working PBIED?

3     A.   I would assume so, yes.  Well, it's his day

4          off, so it would be that following week.

5     Q.   So he would start the early October?

6     A.   Correct.

7     Q.   This is September 29th.

8     A.   Yes, sir.

9     Q.   Okay.  Do you know why Riley was still

10         working static on October 2nd, still training

11         in the static?

12    A.   Because I think they wanted an independent

13         evaluation of the dog without the handler.

14         Because Dantinne -- not Dantinne.  Riley had

15         not been trained on PBIED, so wasn't sure

16         what they were expecting him to do, because

17         he had been static all the time.  And it's a

18         different way you deploy the dogs.  So now

19         they're letting someone else work the dog

20         that's familiar with the process and how to

21         deploy the dog to prevent any confusion on

22         street.  Because it's different working

1        around people versus you just working in a

2        room and there's no people in the room.

3   Q.   So the decision was then made to keep Riley

4        at static --

5   A.   To see how Billy was going to do, see if he

6        could be transitioned to PBIED, yes.

7   Q.   Well, then on October 2nd, do you know what

8        dog Riley was working?

9   A.   I don't know.  I would have to look at the

10       training sheet.

11       (Exhibit 8 was marked for identification and

12       is attached to the transcript.)

13  Q.   Mr. Hill, I've given you what's marked as

14       Hill Number 8.  This one is a two page

15       document from 452 to 453.  And you see that

16       this is an October 2nd, 2017 EOD Canine

17       Training Form --

18  A.   Yes, sir.

19  Q.   -- for handler 3, which is Mike Riley.  And

20       it indicates that he's working Billy.

21  A.   Yes, sir.

22  Q.   Can you explain why Riley was working Billy

1      in static on October 2nd if -- if Billy the

2      Lab had been transferred to PBIED on

3      September 29th?

4   A.  He wasn't transferred to PBIED on

5      September 29th.  He was evaluated in PBIED to

6      see how he was going to do.  And the dog

7      didn't do well in the PBIED exercise.

8   Q.  So he wasn't given that five day tryout that

9      was referenced in the form?

10  A.  Correct.

11  Q.  Okay.

12  A.  Based on his performance on that exercise for

13      that -- on the 29th, there was no change of

14      behavior to the premise of the target odor so

15      let's not waste -- it's not worth the time to

16      do it.

17  Q.  And so then Riley then worked Billy the Lab

18      on October 2nd for what purpose?

19  A.  To try him again, see how he's going to work.

20  Q.  Was Riley told that he didn't have to worry

21      about his performance that day, that he

22      could, you know, mess up, and screw around

1          that day?

2     A.   Not that I am aware of, no.

3     Q.   He was still held to expectations --

4     A.   Yes.

5     Q.   -- for the static program that day?

6     A.   Yes, sir.

7     Q.   Okay.  What do you remember then after that?

8          So, okay, Billy the Lab gets tried out on

9          September 29th on PBIED, doesn't go well, so

10         back the next week he's back to static

11         working with Riley.  Was there some plan in

12         the works at that point in time on October

13         2nd, 2017 to transfer Riley over to PBIED?

14    A.   Well, I think the goal was to see how the dog

15         was going to perform.  And as you notice,

16         when you look at the sheet, the dog had two

17         dog misses on the luggage exercise, which

18         means he was still not showing a behavior of

19         change to the odor itself, even though he had

20         been imprinted on the odors.  So I think that

21         was the exercise that kind of solidified the

22         decision as to, we really need to consider

1           removing the dog from the program and then

2           moving Mike over to the PBIED side of the

3           house, because at that point there was no

4           other static dogs available for Mike to work,

5           because Toby was being working as a PBIED dog

6           as a backup dog so --

7    Q.     And do you remember a specific discussion

8           about whether it was better to move Riley to

9           PBIED or Toby to static?

10   A.     We didn't have the option because Toby was

11          purchased as a PBIED dog.

12   Q.     Do you remember a discussion about whether it

13          would be better to have Riley work PBIED or

14          Toby work static?

15   A.     I don't remember a discussion.

16   Q.     Okay.  Were you aware that Officer Van Meter

17          suffered from anxiety?

18   A.     Not until after she was removed from the

19          program.

20   Q.     And how did you learn that?

21   A.     I think somebody was talking about having a

22          discussion, not firsthand knowledge it was

1          just somebody was talking about it.

2     Q.   Who was talking about it?

3     A.   I think some of the handlers that said that

4          she had some anxiety issues or something.  I

5          didn't ask questions.  I wasn't directly

6          involved in the conversation.

7     Q.   Did you ever have any discussion with Phelps

8          about Van Meter's health or mental health?

9     A.   No, sir.  I didn't see anything that I needed

10         to have a discussion about it.

11    Q.   Did Phelps ever tell you that Van Meter had

12         shared with him that she suffered from

13         anxiety?

14    A.   Not until after the class when she was done,

15         after she was removed from the program.

16    Q.   And what did Phelps say?

17    A.   He just said that she had had some anxiety

18         issues and didn't elaborate.

19    Q.   At what point in time was that that he told

20         you that?

21    A.   It was after she was removed from the

22         program.

1    Q.    The idea to have Smalls and turner observe

2          Van Meter in training on October 4th and 5th,

3          do you know whose idea that was?

4    A.    It's something that we've done in the past

5          when we have handlers that are struggling

6          with issues is to have someone that's not

7          directly involved in the class to come out

8          and evaluate.  Make sure there's not

9          something that we're missing.  I think the

10         ultimate decision was Sergeant Phelps.

11   Q.    Do you know if Sergeant Phelps was asked to

12         do that by anyone in his chain of command?

13   A.    Not that I'm aware of, sir.

14   Q.    Okay.  To your knowledge was Phelps ever

15         counseled by Cromwell or anyone else in the

16         chain of command about how he dealt with Van

17         Meter?

18   A.    Not that I'm aware of, sir.

19              MS. SCINDIAN:  Objection to form.

20   Q.    Were you ever -- did Phelps ever tell you

21         about an e-mail or communication that he had

22         with Cromwell where Cromwell was asking

1        questions or --

2  A.    No, sir.

3  Q.    Okay.  Do you know why Phelps was removed

4        from the K9 training side of things?

5  A.    No, sir.

6  Q.    Did Phelps ever tell you why he thought he

7        was removed?

8  A.    Because of Missy.

9  Q.    What did he say specifically about that?

10 A.    Because she was removed from the program so

11       they felt they needed to remove him.

12 Q.    Did someone else tell him that?

13 A.    That's what he think.  That's the only

14       comment he made to me.

15 Q.    When did he make that comment to you?

16 A.    Right before he left and right before he

17       transferred out.

18 Q.    So while he was still in K9?  Okay.  Do you

19       remember Van Meter specifically asking for

20       assistance or additional help during

21       training?

22 A.    Yes, sir.

1    Q.    And how many times do you think that

2          happened?

3    A.    It happened quite a few times.

4    Q.    Okay.  And each time she asked, did she

5          receive additional assistance?

6    A.    Yeah, her and I would work together and do

7          different things.  I would pull her aside and

8          we would do whatever she wanted us to work

9          on, whether it was how to assess a room, we

10         would walk into blank rooms and, tell me how

11         you do the search?  You know, aside from

12         other exercises that everybody else was

13         doing, her and I would step to the side, how

14         did you do the search?  How would you search

15         these vehicles?

16   Q.    Did you that with anyone else in the class?

17   A.    No.

18   Q.    Were you ever present when Van Meter asked

19         Phelps for additional assistance?

20   A.    I think there was once where she mentioned

21         through general conversation that, you know,

22         she was looking for more assistance.

1    Q.    And what did Phelps say?

2    A.    Kenny gave her more assistance so that's what

3          we did.

4    Q.    Okay.  Are you aware of an instance in which

5          Phelps responded to Van Meter, that other

6          than taking the leash from her and making the

7          decisions for her, there was nothing he could

8          do to help?

9          MS. SCINDIAN:  Objection.  Lack of

10         foundation.

11   A.    No.

12   Q.    Or anything similar -- whether that's

13         verbatim or not, anything similar to that?

14         MS. SCINDIAN:  Same objection.

15   A.    No.

16   Q.    Do you remember that Jayden would paw, and

17         bite at bags on occasion?

18   A.    Yes, sir.

19   Q.    And he would do that on the source bags,

20         right?

21         MS. SCINDIAN:  Objection.  Lack of

22         foundation.

1   A.   Not always.

2   Q.   But sometimes he would do it on source bags,

3        correct?

4   A.   Yes, sir.

5   Q.   And so is that an unwanted -- it's a change

6        of behavior, right, but it's an unwanted

7        change of behavior?

8   A.   Correct.  It's undesirable change of

9        behavior.

10  Q.   Okay.  So that could tell you, you know, the

11       explosive device is here, or that the odor,

12       the trained odor, is here, but it's not the

13       reaction that you want the dog to have,

14       correct?

15  A.   It's not a reinforceable behavior, correct.

16  Q.   Okay.  And so is it the case that each time

17       you see the dog do that, you make sure that

18       extinction exercises are done to make sure

19       that the dog?

20  A.   Extinction?

21  Q.   Yeah.  So it's just a term that I'm using

22       that I have seen in the documents.

1    A.   Okay.

2    Q.   Drills are done to teach the dog not to do

3         that, right?

4    A.   To shape the appropriate behavior, yes.

5    Q.   So any time you see the dog, you know, if you

6         see a dog that's pawing and biting at bags,

7         as an indication of odor, then you do drills

8         with that dog to stop the dog from doing it,

9         right?

10   A.   Correct.

11   Q.   And one of things you do is you make sure

12        that the handler doesn't reward the dog for

13        pawing or biting at source, right?

14        MS. SCINDIAN:  Objection.  Vague and

15        ambiguous.

16   A.   Correct.

17   Q.   Okay.  Because if you allow the trainer --

18        the handler, sorry, if you allow the handler

19        to reward the dog for pawing and biting, then

20        the dog will continue to paw and bite, right?

21        MS. SCINDIAN:  Objection.  Vague and

22        ambiguous.

1    A.    At times.

2    Q.    Allowing the handler to reward the dog for

3          pawing and biting, reinforces that behavior,

4          right?

5    A.    Creates --

6                MS. SCINDIAN:  Objection.  Vague and

7          ambiguous.

8    A.    Yes.

9    Q.    Okay.  Distracter bags, did you guys use

10         distracter bags during training?

11   A.    Yes, sir.

12   Q.    Okay.  In Missy's class?

13   A.    Yes, sir.

14   Q.    What would you use for the distracter?

15   A.    It depends.

16   Q.    What items in Missy's training class did you

17         use for the distracters?

18   A.    Bags full of tennis balls, bags full of

19         kongs, food, treats.

20   Q.    Okay.  When you use the distracter bag --

21         because all of the dogs were initially

22         trained on tennis balls, correct?  Wasn't

1      that the initial toy or the initial reward

2      for -- for all or most of the dogs in the

3      class?

4   A.  No, not -- the tennis ball's paired with the

5      target odor to create that bridge, so, yes.

6   Q.  Okay.

7   A.  The ball is placed within the target odor the

8      dog initially trained to the target odor,

9      that's where the ball is because it trained

10     the ball from the target odor.

11  Q.  Okay.  And then they get to play with the

12     ball a little bit, right?

13  A.  Correct.

14  Q.  Okay.  So each one of those dogs would have

15     encountered tennis balls as a reward in the

16     course of training, right?

17  A.  Yes, sir.

18  Q.  Correct?  Okay.  Only some of the dogs would

19     have encountered a kong or another toy,

20     right?

21  A.  Correct.

22  Q.  Okay.  So, for example, Pope's dog his reward

1          was kongs, do you remember that?

2                    MS. SCINDIAN:  Pope's dog?

3      A.  Garrett's dog, Zborai?

4      Q.  Pope's reward was a kong --

5      A.  Correct.

6      Q.  Right?

7      A.  Yes.

8      Q.  Jayden's reward was always a tennis ball,

9          right?

10     A.  Yes.

11     Q.  Billy the Mal's reward was a pull toy?

12     A.  Tug toy.

13     Q.  Tug toy.  But each one of those dogs had at

14         some point in time in training used a tennis

15         ball as a reward, as you said, in the

16         imprinting phase?

17     A.  Yeah.  Yeah.

18     Q.  Okay.  So a distracter would be a good -- a

19         tennis ball would be a good distracter for

20         all those dogs?

21     A.  Yes.

22     Q.  Were the handlers told when tennis ball

1 distracter bags were deployed?

2 A. At times, yes.

3 Q. Why?

4 A. Why what?

5 Q. Why would they be told that a distracter bag

6 was being deployed?

7 A. So the dog didn't give a false indication the

8 could do the extinction drills. Sometimes we

9 didn't tell them, is because we want to have

10 the dog to respond to the tennis balls. And

11 if you tell the handler that there's tennis

12 balls here, sometimes the handlers will cue

13 the dog inappropriately because they will

14 stand on their post as proposed to allowing

15 the dog to eliminate on his own and walk away

16 from it.

17 Q. So why would you tell the handler -- before

18 the dog arrives at the bag --

19 A. Mm-hmm.

20 Q. -- why would you tell the handler that a bag

21 is a distracter bag, and give the handler the

22 identity of the distracter bag?

1   A.   In the anticipation that the dog may give us

2        a false indication.

3   Q.   But isn't that why you use the distracter bag

4        to try essentially trick the dog into giving

5        you a false indication?

6   A.   Yes.

7   Q.   And so you're anticipating a false response

8        for every dog, right?

9   A.   Yeah, as soon as we start doing those

10       exercises, you can anticipate the majority of

11       the dogs giving us a false indication.

12  Q.   Okay.  And so when you start at the beginning

13       of using the distracter bags, do you -- is

14       the practice to tell the handlers that

15       there's a distracter bag out there.

16  A.   At times there is.

17  Q.   What are the times that it is and what are

18       the times that it isn't the practice?

19  A.   So when the dog becomes proofed off of it or

20       extinct that behavior, then you start putting

21       the tennis ball with distracter bags out

22       unaware to the handler.

1    Q.    And at what point in time is that typically

2          in training?

3    A.    It's based on the dog.

4    Q.    Do you remember when Jayden was proofed on

5          tennis balls?

6    A.    I -- it's through those -- when they

7          transition weeks four, five -- or weeks,

8          three, four, five we start putting out the

9          distracter bags out more often.

10   Q.    Okay.  And so then towards the later part of

11         class weeks seven, eight and nine you would

12         not be telling the handlers, there's a

13         distracter bag out there, correct?

14   A.    Correct.

15   Q.    Do you know if anyone had to approve Van

16         Meters removal before it was communicated to

17         her, like someone above Phelps?

18   A.    I don't know, sir.  I assume.

19             MR. ALDERMAN:  Okay.  Let's take a quick

20         break.

21         (A recess was taken)

22   Q.    Do you remember any other handlers from Van

```
 1          Meter's class receiving additional training

 2          after that class had finished?

 3               MS. SCINDIAN:  Objection.  Vague and

 4          ambiguous.

 5    Q.    And I don't mean like the regular training

 6          that all certified handlers have to go

 7          through, whatever schedule that is monthly or

 8          weekly, I mean additional training that other

 9          handlers did not have to go through?

10    A.    Not that I'm aware of, sir, no.

11    Q.    You aware of Dantinne and Riley both having

12          to go through some kind of additional

13          training with their dogs?

14               MS. SCINDIAN:  Objection.  Vague and

15          ambiguous.

16    A.    No.  Immediately following class?

17    Q.    Within -- within a year of closure of the

18          class, you know, with the end of class?

19    A.    Just them two?

20    Q.    I can't say that.  All I can ask is, are you

21          aware of additional training, either Dantinne

22          or Riley or both, not together, but had to go
```

1      through?

2          MS. SCINDIAN:  Objection.  Vague and

3      ambiguous.

4   A.  There was other training offered that all the

5      PBIED teams went through that they were part

6      of.

7   Q.  That's not what I'm talking about.  Was there

8      an obedience class that all of the PBIED

9      teams had to go through?

10  A.  That was all the PBIED teams, correct.

11  Q.  And when was that class?

12  A.  That was more of an on site thing.  It wasn't

13     an actual class, per se.

14  Q.  Tell me what you mean by that.

15  A.  It wasn't a structured lecture classroom

16     class.  It was the -- I believe Jeff Core had

17     done it with AJ Turner.  But it was all the

18     PBIED teams and not just with Dantinne or

19     Riley.

20  Q.  It was with all the PBIED teams combined

21     together?

22  A.  No, it was when they were working.  They

1        would get a couple of teams together because

2        we work different days and different hours.

3    Q.   Okay.  And they would give individualized

4        training to either one team or multiple

5        teams?

6    A.   Multiple teams.

7    Q.   And what kind of training was that?

8    A.   You would have to ask Jeff Core.  I don't

9        know.

10   Q.   Okay.  Thinking about the pawing and biting

11       with Jayden, do you remember doing drills

12       with Van Meter to shape the behavior to get

13       Jayden to stop pawing and biting?

14   A.   To discourage the pawing and biting, yes.

15   Q.   And what drills did you do or what exercises

16       did you do?

17   A.   Just worked on the ball coming out faster and

18       just marking the behavior with the dog

19       alerting to the box itself and not the ball

20       with Jayden.

21   Q.   So that's -- you're talking about during the

22       imprinting process?

1    A.    And on the bags the same thing.  That if the

2          she -- the dog did start to ball you -- you

3          extinct, no, you're not getting paid for

4          that.  Take it back to condition the sit, and

5          then pay the dog.

6    Q.    And do you remember days when you -- you

7          would then repeat that exercise, right?  You

8          wouldn't just do it one time?  You would do

9          it a few times, right, to make sure that the

10         dog has learned the lesson?

11   A.    Right.

12   Q.    And you remember specifically doing that with

13         Van Meter?

14   A.    We did it different times, not just on bags.

15   Q.    But you specifically remember doing the

16         exercises --

17   A.    Working with teams that had the pawing and

18         the biting issues.

19   Q.    Do you specifically remember working with Van

20         Meter on pawing and biting issues after the

21         imprinting phase was over?

22             MS. SCINDIAN:  Objection.  Vague and

1      ambiguous.

2  A.   There was comments made, yes, when she

3      would -- the dog would paw at the bags.  Did

4      we specifically bring her aside to

5      specifically work with those, no.

6  Q.   Do you remember modifications being made when

7      Zborai did his environmental test at the end?

8  A.   Zborai?

9  Q.   Yeah.

10  A.   Not that I remember, no.

11  Q.   Do you remember him missing the hide on the

12      first occasion and then having it rerun for

13      him?

14  A.   No, I don't remember that.

15  Q.   First video of the day.  Okay going to pull

16      up a video marked, you see this USCP 003333?

17  A.   Yes, sir.

18  Q.   Okay.  It's 18 minutes but I think we're

19      going to skip around.  All right.  This video

20      from the environmental certification test for

21      Zborai and Pope.  I'm going to press.

22          MS. SCINDIAN:  Is that information

1        anywhere or are you just telling us?

2              MR. ALDERMAN:  I'm identifying it for

3        the record.

4              MS. SCINDIAN:  Do you have a date or

5        something like that?  I just don't know you

6        based on you saying it that it's an

7        environmental test.

8              MR. ALDERMAN:  Yeah, hold on.

9   Q.    So according to the information provided to

10        us by Capitol Police, this is a video dated

11        November 1st, 2017.  Okay?

12  A.    Okay.

13  Q.    I'm going to run a couple of seconds of it

14        and ask you if you can recognize the setup,

15        who's in it --

16  A.    Okay.

17  Q.    -- and what's going on.

18  A.    Okay.

19  Q.    Okay.  So I'm going to play about 20 seconds

20        of it, and then pause it, and then ask you

21        some questions.

22        (Discussion held off the record.)

1   Q.   Pausing at about 25 seconds.  Could you tell

2        us who's on the screen.

3   A.   Garrett Zborai.

4   Q.   And who is the dog?

5   A.   K9 Pope.

6   Q.   And do you recall where this is?

7   A.   The visitor's locker room at Fedex Field.

8   Q.   Okay.  And do you remember that's where the

9        environmental test took place?

10  A.   I believe so, yes.

11  Q.   Okay.  Playing from the 25 seconds.

12       (Discussion held off the record.)

13  Q.   Pausing it at one minute twenty-five seconds.

14  A.   Mm-hmm.

15  Q.   Garrett Zborai has told his dog to stay.

16       What does that signify?

17  A.   Indicating that he's calling the location

18       that the dog just gave a trained response.

19  Q.   Okay.  And someone's says, nope.  Was that

20       you?

21  A.   It was me or Tony but, yeah.

22  Q.   I'm just going to -- well, I'm going to put

1    it back a couple of seconds and then I'm

2    going to ask you again.

3  A.  Mm-hmm.

4  Q.  Starting at one minute sixteen seconds.

5    (Discussion held off the record.)

6  A.  That's me.

7  Q.  Okay.  Now, are you allowed to tell the --

8    during this certification test, the

9    environmental certification test, are you

10    allowed to give that assistance to the

11    handler?

12  A.  Yes.

13    MS. SCINDIAN:  Objection.  Vague and

14    ambiguous.

15  A.  Yes, because you can't reward on a negative.

16  Q.  Okay.  Was that a mistake on Zborai's part?

17  A.  No.

18  Q.  Why not?

19  A.  Because the dog independently searched the

20    scene, went on the scene, and then sat on his

21    own without influence from the handler.

22  Q.  Was it a mistake on the dog's part?

1   A.   Yes.

2   Q.   Okay.  How many mistakes cold the dog make

3        and still pass the test?

4   A.   Two.

5   Q.   Two, okay.  Two mistakes over the course of

6        what?

7   A.   For this exercise.

8   Q.   Okay.

9   A.   For the room searches.

10  Q.   And then what would happen if the dog made

11       two errors?

12  A.   He would fail the certification and have to

13       go through refresher training and then

14       recertification.

15  Q.   Okay.  Okay.  So playing from one minute

16       twenty-eight seconds.

17       (Discussion held off the record.)

18  Q.   Pausing at about two minutes.

19  A.   Mm-hmm.

20  Q.   On that -- in the stretch that we just saw,

21       it's right around the one minute and

22       fifty-five seconds looks like Pope sat --

1    A.    Mm-hmm.

2    Q.    -- right?  And then Zborai waited him out,

3          correct?

4    A.    Mm-hmm.

5                MS. SCINDIAN:  You have to say yes or

6          no.

7    Q.    Is that a yes?

8    A.    Sorry.  Well, yes.

9    Q.    Okay.  So was that an NPR on the dog's part?

10   A.    No, handler didn't call it.

11   Q.    It's only an NPR if the handler calls it?

12   A.    Correct.

13   Q.    Okay.  Otherwise it's just sitting and you

14         move on?

15   A.    Correct.  You go to where the dog sits, if I

16         don't call it, I'm not saying that the dog

17         alerted to the target odor.

18   Q.    Okay.  So in the daily records, if we see an

19         NPR, that means it's a -- the dog sat and the

20         handler called it?

21   A.    Correct.

22   Q.    Okay.  I am going to fast forward now to

1        about eight minutes.

2        (Discussion held off the record.)

3    Q.   All right.  So on the screen it says eight

4        minutes, five seconds.

5    A.   Mm-hmm.

6    Q.   You recognize this, it's still part of the

7        same search, correct?

8    A.   Correct.

9    Q.   Okay.  And so, there's one dog mistake so

10        far, right?

11    A.   Yes.

12    Q.   Assuming that that there's been no dog

13        mistakes that skipped over?

14    A.   Right.

15    Q.   Could you recognize where -- where this is?

16        It looks like a locker room.

17    A.   Yeah, it's the same area.

18    Q.   Okay.  Playing at eight minutes and five

19        seconds.  So this is -- sorry, it's the same

20        area, so meaning it's the visitor's locker

21        room.

22    A.   Yes.

1    Q.    Okay.  Now, I want to ask you before we play

2          the video, you said something, you can't

3          reward on -- you called -- you let Zborai

4          know not to reward Pope at one minute and

5          eighteen seconds.  And I asked you why you

6          did that.  And you said, because you can't

7          reward on a negative?

8    A.    On a negative.

9    Q.    Okay.  Is that just for this test or is

10         that -- does that go for the whole training

11         class?

12   A.    Goes for the whole training class.

13   Q.    Okay.  So if you saw someone that was about

14         to reward on a negative, you would stop them?

15   A.    Yeah.

16   Q.    Otherwise --

17   A.    Time permitting.

18   Q.    If you can?

19   A.    If you can.  Sometimes he has the quick

20         draws, and they throw the ball out before you

21         can even say no and it's like, yeah, there's

22         nothing there.

1   Q.   Okay.  And if it's past the imprinting phase

2        when you're not use balls necessarily, you're

3        using -- the handler is triggering the sit?

4   A.   I don't understand what you mean.

5   Q.   Well, after the first few weeks of class

6        there were instances when the handler would

7        think the dog is on odor, right, think that

8        there's a change of behavior and then the

9        handler would say sit, right?

10  A.   Yes.

11  Q.   Would you try to stop the handler before they

12       said sit?

13  A.   Yes.

14  Q.   If you could?

15  A.   If you could.  If time permitted.

16  Q.   You saw it, it was about to happen, you would

17       interject.  But then you would definitely let

18       them know before they got the ball out and

19       rewarded it, if possible?

20  A.   If possible, yes.

21  Q.   Okay.  Now, I'm replaying at eight minutes

22       and five seconds, on USCP 3333.

1           (Discussion held off the record.)

2   Q.    Okay.  Now, at about nine minutes into the

3          video, was that you instructing Garrett not

4          to go back to the last two rooms?

5   A.    Mm-hmm.

6               MS. SCINDIAN:  Yes.

7   A.    Yes.

8   Q.    Okay.  And why were you telling him not to go

9          back to the back two rooms?

10  A.    Because that's where we have our storage aids

11         and all of our training aids stored so we

12         don't want the dog going back there to

13         encounter the aids, because once he does, you

14         try to keep him from going back there.  So

15         it's out of play, all of our stuff is stored

16         back there, the explosives and everything so

17         we try to keep him out of the area.

18  Q.    And as you're telling Zborai not to go back

19         there, what is he doing?

20  A.    He's going back there.

21  Q.    He doesn't even slow down, does he?

22              MS. SCINDIAN:  Objection.

1   Q.   Is that a no?

2            MS. SCINDIAN:  Objection.  Lack of

3        foundation.

4   A.   He continues moving, yes.

5   Q.   Okay.  So he does not heed your instructions,

6        correct?

7   A.   No.

8   Q.   And then what happens?  What are we seeing

9        now with the dog looking like it's going into

10       a room on the left?

11  A.   Well, he's probably going to do the search.

12  Q.   And that's where -- that's where the

13       materials are kept?

14  A.   In the back part of the office, yes.

15  Q.   Okay.  Okay.  Playing again from one minute

16       and two seconds.

17       (Discussion held off the record.)

18  Q.   Now, at about nine minute, twenty-five

19       seconds -- I paused it at nine minutes

20       twenty-five, just for the record, at nine

21       minutes and twenty-five seconds Pope makes a

22       move to try to go back there to the room,

1           right?

2    A.    Yes.

3    Q.    And was that you telling him, telling Zborai

4          to let Pope go back there?

5    A.    Yes.

6    Q.    And the idea was so that Pope wouldn't get

7          frustrated, right?

8    A.    To reduce the conflict between the odor and

9          the dog, yes.

10   Q.    Okay.  So that -- because Pope was on an

11         odor, right, when he went back into that room

12         that you told Zborai not to go to, Pope was

13         on odor, right?

14   A.    Assuming so, yes.  Based on his behavior,

15         yes.

16   Q.    Okay.  And when the dog's doing what it's

17         supposed to do, the dog should get a reward,

18         right?

19   A.    Should, yes.

20   Q.    Okay.  But Pope doesn't go back, does he?

21   A.    Nope.

22   Q.    Zborai doesn't go back, does he?

1  A.   Right.  Zborai doesn't go back.

2  Q.   Okay.  So beginning again at nine minutes

3       thirty-four seconds.

4       (Discussion held off the record.)

5  Q.   Okay.  I paused it at about 1010, and maybe

6       some time around nine minutes and fifty

7       seconds you told Zborai, again, to go back

8       there, right?

9  A.   I think something like, if he wants to go

10      back, let him go back there again.

11 Q.   Okay.  So was Pope making another move to go

12      back?

13 A.   He was looking back there.  He wasn't

14      pulling.  He was looking back to where the

15      room was at.

16 Q.   Okay.  And, again, Zborai doesn't do what you

17      suggested, correct?

18 A.   Yeah, he stays on working the dog.

19 Q.   Okay.  Your instruction to Zborai to let him

20      go back there, make sure the dog -- you said

21      reduce the frustration between dog and the --

22 A.   Conflict.

1    Q.    Conflict.  And also would it be to resolve

2          any distraction the dog might have, the dog

3          is still thinking about that room back there

4          --

5    A.    The odor in the back room.

6    Q.    -- right?  So the dog could be distracted

7          after that?

8    A.    Mm-hmm.

9    Q.    Yes?

10   A.    Yes.

11   Q.    And your instruction to Zborai was to try and

12         eliminate that distraction correct?

13   A.    Yes.

14   Q.    And Zborai did not heed your instruction, did

15         he?

16   A.    Nope, he kept working the dog.

17   Q.    Okay.  Fast forward again to about 16, okay.

18         playing again at fifteen minutes, fifteen

19         seconds.

20         (Discussion held off the record.)

21   Q.    Okay.  And the video concludes at eighteen

22         minutes and thirty seconds.

1    A.    Mm-hmm.

2    Q.    Do you remember where the hide was?

3    A.    I don't remember, sir.

4    Q.    Okay.  Do you remember -- so that last

5          segment that I showed you, Pope and Zborai

6          are searching the bathroom, correct?

7    A.    The last like 30 seconds?

8    Q.    Yeah.

9    A.    Yes.

10   Q.    And did Zborai allow Pope to do a thorough

11         search along the sinks in the bathroom?

12   A.    I thought it was a pretty good search.

13   Q.    Okay.  I want to start it again at sixteen

14         fifty.

15         (Discussion held off the record.)

16   Q.    Okay.  Pausing it at seventeen minutes

17         fourteen seconds.  Pope just checked out,

18         would you say, the first sink along this --

19         that row?

20   A.    That little area, yeah yes, under the sinks.

21   Q.    And maybe there's eight sinks or so down the

22         line?

1    A.    Yes.

2    Q.    Okay.  But we agree Pope has checked out the

3          first -- the first sink?

4    A.    Correct.

5    Q.    Okay.  Playing again from about seventeen

6          minutes, fourteen seconds.

7          (Discussion held off the record.)

8    Q.    And pausing again at about seven minutes,

9          forty-four seconds, would you say now the dog

10         has maybe checked out the first three sinks?

11   A.    Yeah, like the first three.

12   Q.    But hasn't hit the last three, right?

13   A.    So can we watch it when he first comes into

14         the bathroom?

15   Q.    Yeah.

16         (Discussion held off the record.)

17   Q.    Around twelve minutes it looks like they're

18         in the stalls, right?

19   A.    Can we watch it when he first comes in the

20         bathroom?

21   Q.    When is the first time -- is it before that

22         or after that?

1    A.    No, it's after that.

2    Q.    Okay.  Starting at ten minutes fifty-six

3          seconds.

4          (Discussion held off the record.)

5    Q.    Starting to double time at about eleven

6          minutes twenty-two seconds.

7    A.    Okay.  Play it from there.

8          Playing regular time from elven minutes and

9          forty seconds.

10         (Discussion held off the record.)

11   Q.    Okay.  Pausing it at three minutes fifteen

12         seconds.  We'll continue it but would you say

13         that Pope and Zborai walked past all the

14         sinks without checking them?

15   A.    He's following the dog.

16   Q.    Yeah.  But the team past the --

17   A.    Yes.

18   Q.    -- sinks without thoroughly checking them?

19   A.    Yes.

20   Q.    Beginning again at 1317.

21         (Discussion held off the record.)

22   Q.    Pausing it at about four minutes fifteen

1          seconds.  Did you see Pope show interest in

2          maybe the second or third sink to the end?

3  A.   No more interest than I saw anywhere else in

4          the room.

5  Q.   Okay.  Starting at fourteen minutes and ten

6          seconds.

7  A.   Mm-hmm.

8      (Discussion held off the record.)

9  Q.   No more interest in anywhere else in the

10        room?

11  A.   No, sir.

12  Q.   Did Zborai perform a thorough search of the

13        sinks?

14  A.   Cast him into the area under the sinks,

15        making sure that the dog is there and is

16        available, yes.

17  Q.   Did he search on top of the sinks?

18  A.   Nope.

19  Q.   Okay.  Does Pope seem to be distracted?

20  A.   He's tired.  He's not distracted but he's

21        tired.

22  Q.   Because it is a long search?

1   A.   Long search, yes, sir.

2   Q.   Okay.  But he wasn't distracted -- at this

3        point in time in the bathroom he's not

4        distracted about what happened in the

5        hallway?

6   A.   No, sir.

7             MS. SCINDIAN:  Objection.  Calls for

8        speculation.

9   Q.   Okay.  Do you remember now that Dantinne --

10       so Dantinne didn't make the find in the

11       initial search after he -- sorry.  Strike all

12       that.  Does watching the video refresh your

13       recollection that Zborai didn't make the find

14       in the first part of the search?

15  A.   If that's where the target area was located

16       at.

17  Q.   Yeah.

18  A.   Correct.

19  Q.   Okay.  And would that be the handler miss or

20       the dog miss?

21  A.   That's a dog miss.  Handler put the dog into

22       the area where the odor was supposed to be,

1    especially the end of the sinks, because

2    there's nothing on top of the sinks, and

3    everything is underneath, cast him under the

4    sinks.  Give the dog every opportunity.  And

5    by the way that he used the leash, it was

6    slack in the leash, the dog could walk away

7    if he wants to, as opposed to be committed to

8    the odor.

9  Q.  So that's two dog misses that you have seen

10   on this video?

11 A.  Two?

12 Q.  Yeah.

13 A.  I don't --

14      MS. SCINDIAN:  Objection.  Lack of

15   foundation.

16 Q.  The first -- the first NPR that Zborai called

17   that you warned him off of?

18 A.  Correct.  That's not a miss.

19 Q.  That wasn't a dog miss?

20 A.  There was no target odor there.

21 Q.  And the dog gave final response?

22 A.  There's no target odor.  It's different.

1        It's completely different.

2   Q.   Earlier in your testimony you said that that

3        was a dog miss.

4             MS. SCINDIAN:  Objection.

5        Mischaracterizes the testimony.

6   A.   For the sink?

7   Q.   No.  For the first minute, one minute and

8        eighty -- or one minute and eighteen seconds

9        of that search.

10  A.   Oh, for the NPR?

11  Q.   Yeah.

12  A.   It's not a dog miss, if there's no odor

13       available there.  It's a false indication,

14       correct.  But there's no odor or target odor

15       available so it's not a miss.

16  Q.   So that wasn't -- was that neither a dog miss

17       or a handler miss at one minute eighteen

18       seconds?

19  A.   No, sir.  That's a false indication.  And

20       that should be labeled as a false indication.

21       Is dog giving a false or an NPR during the

22       search.

1    Q.   Okay.

2    A.   But it can only be classified as a miss if

3         there's a target odor that's available.

4    Q.   Now, you said the dog can make two mistakes?

5    A.   Two NPR's.  Two false indications during the

6         search.

7    Q.   Okay.  Where are those rules contained?

8    A.   I think we use USPCA's rules and Swig Dog's

9         rules.  And they base it off of certain

10        parameters, and the size of the rooms, and

11        number of sits, and everything else.

12   Q.   And do you remember allowing Zborai to run a

13        part of that test again?

14   A.   I don't remember.

15   Q.   If he was allowed to run that test again,

16        would he have to do the entire search again?

17   A.   So --

18             MS. SCINDIAN:  Objection.  Calls for

19        speculation.

20   A.   So certain sections, yes.

21   Q.   Meaning?

22   A.   So for the area that he missed, yes.

1        Certification allows you to have one dog --

2        one miss for locating the target odors in the

3        environment.  Odor recognition is 100%.

4   Q.   Okay.

5   A.   When it comes to environment, you're allowed

6        to miss but you have to go back and rerun

7        exercise in a similar environment still on a

8        single blind test to the handler.

9   Q.   Okay.  And so if Zborai on the first run of

10       the test had to go through all of those rooms

11       that we just saw, the -- what looked like a

12       massage room in the beginning, and then a

13       locker room area, and then a bathroom at the

14       end, would he have to rerun the entire area?

15  A.   No.

16  Q.   Why not?

17  A.   Because if you found the other target odor,

18       then you're only running one exercise -- one

19       odor for two rooms as opposed to running the

20       entire environment of the room search all

21       over again.

22  Q.   What if there -- how many hides were there in

1        the video that we just saw?

2   A.   I --

3   Q.   How many should there have been?

4   A.   There's two target odors in the rooms.

5   Q.   Okay.

6   A.   I don't know where they were placed.  I don't

7        have the training sheet.

8   Q.   Okay.  I think there's one behind the T.V. if

9        that makes -- if that refreshes your

10       recollection.

11  A.   Yeah.

12  Q.   And so then he would have to just rerun in

13       the room where the -- where the target was

14       missed?

15  A.   Correct.  But we can't run the same area

16       because he's already missed.  So now we have

17       to be able to set up something similar but in

18       a different environment.

19  Q.   Okay.  Show you and point if you need it.

20       This is Bates 788 and 789, so USCP 788 and

21       789.  This is November 1st, 2017.  And I'm

22       showing you this up on the screen just for

1          the record, for handler 5, which is Zborai.

2          And the location is Fedex field.  Do you see

3          that at the top?

4     A.   Yes, sir.

5     Q.   Okay.  And this says for the second hide was

6          under the sink in the bathroom --

7     A.   Yes, sir.

8     Q.   -- do you see that?

9     A.   Yes.

10    Q.   And then it says dog miss/find, do you see

11         that?

12    A.   Yes, sir.

13    Q.   So taking a look at the narrative section

14         says, handler directed to research the

15         bathroom and shower area.

16    A.   Mm-hmm.

17    Q.   So he was allowed to search the same area?

18    A.   Because you still don't want to lose the

19         training opportunity for the dog.  It's still

20         a missed hide, as you can see the dog missed,

21         still running as an unknown, but since, the

22         exercise is set up, you still want to him to

1          get the benefit from the hide being set up so

2          you rerun it.  Still unknown for the dog

3          team.

4     Q.   I'm sorry, before I showed you this form you

5          said, you would have to -- you would have to

6          do it in a similar environment but different,

7          what did you mean by that?

8     A.   For the certification form, yes.  He's

9          allowed one miss in the environment.

10    Q.   Okay.

11    A.   If he misses more than one for certification

12         purposes --

13    Q.   Yeah.

14    A.   -- so then he'd have to run something

15         different.

16    Q.   So what do you mean by running something

17         different?

18    A.   A different exercise.

19    Q.   You mean a different location?

20    A.   Correct.

21    Q.   Okay.  Now, are you aware that odor

22         recognition test was modified for Dantinne in

1          this?

2    A.    Correct.

3    Q.    Now, were you involved in the decision to

4          modify --

5    A.    Because the dog was -- because he was PBIED,

6          he excelled in searching luggage.  Wasn't

7          good in searching boxes and static stuff.

8          So, that's why they moved all the odor

9          recognition odors inside luggage, because the

10         dog would be searching luggage and as a PBIED

11         dog that's the only thing he really searches

12         is people and luggage.

13   Q.    Now, do you know why that -- why Dantinne

14         search of the luggage wasn't videotaped?

15   A.    I don't know, sir.  Couldn't tell you.

16   Q.    Do you know if it was videotaped?

17   A.    I -- I don't know.

18   Q.    Do you know if they modified the test -- the

19         odor recognition test like that for any other

20         handler?

21         MS. SCINDIAN:  Objection.  Vague and

22         ambiguous.

1    A.    Not that I'm aware of.

2    Q.    Did you have to get approval from anyone

3          before you do that?

4    A.    It was discussed with Sergeant Phelps.

5    Q.    Whose idea was it to redo the exercise in a

6          different format?

7    A.    I don't know, sir.

8    Q.    Was it yours?

9    A.    No, sir.

10   Q.    Okay.

11         (Exhibit 9 was marked for identification and

12         is attached to the transcript.)

13   Q.    Mr. Hill, you've been given Hill Exhibit 9,

14         USCP 41 to 42.  And it's an August 22nd, 2017

15         EOD Canine Training Form for Officer Van

16         Meter.  Have you ever seen this form before?

17   A.    Yes, sir.

18   Q.    And do you know who drafted it?

19   A.    It was either myself or Jeff Core.  I can't

20         be specific.

21   Q.    Okay.  I want to direct your attention to the

22         bottom paragraph on the first page in the

1    comment section, which starts handler was

2    advised of her performance.  And then ends

3    with, the second sentence begins, then a

4    recommendation will be put forth through the

5    chain of command to remove her from the

6    training program?

7  A.   Yes.

8        MS. SCINDIAN:  I'm going to object

9    because -- can you just read the whole thing

10   because that was just kind of, handler was

11   advised and then jumping down?

12       MR. ALDERMAN:  The document speaks for

13   itself.

14       MS. SCINDIAN:  Well, no, if you're going

15   to have him testify to the document --

16       MR. ALDERMAN:  He can read the

17   document --

18       MS. SCINDIAN:  I want the whole thing in

19   the record.

20       MR. ALDERMAN:  No I'm not going to waste

21   time reading everything in the document.

22  Q.   Are you responsible for that language,

1      Mr. Hill?

2  A.  No.

3  Q.  Do you know who is?

4  A.  Jeff Core.

5  Q.  Do you know that he's responsible for it?

6  A.  Looking at it.

7  Q.  Or do you assume that he is because his name

8      is on the form?

9  A.  He did the sheet because his name's on the

10     form.

11 Q.  So you assume that Core wrote that, right?

12 A.  I'm pretty certain.

13 Q.  You don't know if someone wrote it for him

14     and asked him to give it to Van Meter, do

15     you?

16 A.  No.

17        MS. SCINDIAN:  Objection.  Calls for

18     speculation.

19 A.  No.

20 Q.  Okay.  Were you present when Officer Van

21     Meter was told that a recommendation would be

22     put forward to the chain of command if she

1          didn't do something?

2    A.    Present?

3    Q.    Were you there?

4    A.    Yeah.

5    Q.    Did you hear that?

6    A.    Well, they're given the sheets and they read

7          them.

8    Q.    Okay.  No.  What I'm saying is -- okay.  I

9          will read it quote, handler was advised of

10         her performance with the mechanics of working

11         a K9 and she needs to improve.  If she

12         doesn't this will hinder the K9 and team from

13         progressing.  Then a recommendation will be

14         put forth through the chain of command to

15         remove her from the training program.  So

16         that says the handler was advised of all that

17         stuff?

18   A.    Yes, sir.

19   Q.    Were you present for anyone advising her of

20         all that stuff?

21   A.    No, sir.

22   Q.    So you didn't see anyone tell Van Meter that

1           or hear anyone tell Van Meter that, did you?

2    A.     No, sir.

3    Q.     Okay.  Did anyone tell you that they had told

4           Van Meter that if she didn't improve on

5           something, a recommendation will be put

6           forward through the chain of command?

7    A.     I read the document.  I signed it before it

8           was given to her.

9    Q.     Did anyone tell you that they had advised Van

10          Meter of that information?

11   A.     No, sir.

12   Q.     Okay.  Did anyone ask you your opinion about

13          telling Van Meter that if she didn't improve,

14          a recommendation would be put forward through

15          the chain of command to remove her?

16   A.     No, sir.

17   Q.     Do you know what the problem was that

18          warranted that caution?

19   A.     I think it was just based on the mechanics

20          that we were seeing of her working the dog.

21   Q.     And if you take a look up in the first

22          paragraph, is that because -- it's towards

1          the end, was that because the handler was

2          unable to physically place K9 in a sit on one

3          of the exercises today, is that the mechanics

4          being --

5     A.   No, the mechanics is dealing with working the

6          leash and getting the dog to the target

7          boxes.

8     Q.   So this is --

9     A.   It's a series of things that you do.  It's

10         not just one particular thing.

11    Q.   It didn't have anything to do with getting

12         Jayden into the sit?

13    A.   No, sir.

14    Q.   Okay.  Because everybody was having trouble

15         with getting Jayden into the sit at this

16         time, right?

17    A.   And other peopler were having handlers

18         getting other dogs in a sit, too.  So it

19         wasn't just Jayden.

20    Q.   Do you know if a threat or caution like this

21         was given to any other handlers on

22         August 22nd or around that date?

1       MS. SCINDIAN:  Objection.  Vague and

2       ambiguous.

3   A.  Not that I'm aware of, sir.

4   Q.  Okay.  So what was specifically -- you're

5       saying it was the leash work of getting the

6       dog to the presentation boxes?

7   A.  Yeah, the imprinting boxes.

8   Q.  She wasn't getting the dog to imprinting

9       boxes?

10  A.  Working the leash, approaching the boxes,

11      getting the dog's nose into the box,

12      delivering the award system.  It's a

13      combination of things that you're looking

14      for.

15  Q.  And in your opinion was her performance so

16      bad that it warranted a threat that she would

17      be removed from the program on August 22nd,

18      2017?

19      MS. SCINDIAN:  Objection.  Vague and

20      ambiguous.

21  A.  Yes.

22  Q.  Did you have that opinion of any other

1         handler?

2    A.   At that point, no.

3    Q.   Okay.  All this stuff that you just said, the

4         mechanics of getting the dog and making

5         presentations, getting the dog to the boxes,

6         making sure the dog smells, the leash work,

7         and all that, do you see any of that

8         referenced anywhere on this form, Hill

9         Exhibit 9?

10   A.   No, sir.

11   Q.   So there's no shorthand that I'm not

12        recognizing that would indicate all the stuff

13        that you just said?

14   A.   No, sir.

15   Q.   Keeping Exhibit Hill 9 out.

16   A.   Mm-hmm.

17   Q.   -- do you remember seeing that language back

18        in 2017, the language in the second paragraph

19        under the comment section?

20   A.   Do I remember seeing this?

21   Q.   Yeah.

22   A.   Yes, sir.

1    Q.   Do you remember seeing that when you signed

2         the form?

3    A.   Yes, sir.

4    Q.   You sure?

5    A.   Yes, sir.

6    Q.   But no one asked what you thought about

7         making that threat to remove Van Meter

8         beforehand --

9              MS. SCINDIAN:   Objection vague and

10        ambiguous.

11   Q.   -- right?

12   A.   About the comments, no, sir.

13   Q.   Okay.  Well, the comment that she would be

14        recommended for removal, no one asked you if

15        you thought that was appropriate?

16   A.   No, sir.

17   Q.   Okay.

18        (Exhibit 10 was marked for identification and

19        is attached to the transcript.)

20   Q.   Mr. Hill, I've given you now Exhibit 10.

21        This one goes USCP 2983 to 2984.  It is dated

22        September 5th, 2019.  And this one's for

1        handler 1, it's an EOD Canine Training Form

2        for handler 1, which is Dantinne.  And if you

3        would, take a look at the second page in the

4        supervisor's comments?

5    A.  Yes, sir.

6    Q.  That's a reference here to essentially Tony

7        Pepsi threatening the class if anyone doesn't

8        want to be here, I'll write you out of the

9        program.  You were testifying earlier that

10       you weren't here for the day when that threat

11       was made to the whole class, correct?

12   A.  Yes, sir.

13   Q.  So is it -- taking a look at the document,

14       read it as much as you need, were you present

15       for the training exercises on September 5th,

16       2017?

17   A.  No, sir, I was not.

18   Q.  Did anyone tell you about what happened on

19       that day?

20   A.  Yes, sir.

21   Q.  Okay.  What were you told?

22   A.  That there was major issues with the teams

1       and that I needed to explain to them how to

2       do proper searches and that's what was

3       redacted or recorded on the next day of

4       training sheets.

5   Q.  Did you get counseled for where the team was

6       at this point in time?

7   A.  It felt like that, yes, sir.

8   Q.  Okay.  I understand that -- that -- I

9       understand what you just said.  Who told you

10      about the training day?

11  A.  Both Sergeant Phelps and Timmy.

12  Q.  And who talked about your need to get

13      everything --

14  A.  I think it was more Phelps.

15  Q.  And was he angry with you?

16  A.  Frustrated at the performance of the teams.

17  Q.  Was he angry with you or frustrated with you?

18  A.  I don't know.

19  Q.  Did he call anyone out?  Did he tell you

20      about anyone specifically?

21  A.  No, sir.

22  Q.  Okay.  So I mean this is for Dantinne, it

1    refers to -- if you take a look in the

2    comment section, hide number 1, handler

3    noticed a change of behavior from K9 Billy

4    the Mal but failed to work the area to

5    condition the sit.  Handler allowed Billy the

6    Mal to walk the training aid after being told

7    where the training aid was placed.  While

8    explaining the exercise to the handler, he

9    allowed Billy the Mal to pull the training

10   aid from the vehicle.  And then hyphen number

11   2, the handler was given a search area and

12   was told where the training aid was placed to

13   condition the sit at the training aid.

14   During the exercise K9 Billy the Mal urinated

15   in the search area.  Anyone tell you about

16   that, about Dantinne's performance in that

17   regard?

18  A.   Not, per se, for Dantinne but it was -- there

19   was a lot of issues that we observed the day

20   before that we needed to work on.

21  Q.   But no one was singled out?

22  A.   No, sir.

1    Q.    Okay.

2    A.    And I think at that point they were giving me

3          the training sheets for me to review them

4          before I went in and talked to the handlers.

5    Q.    Okay.

6                THE WITNESS:  Would you mind if we take

7          a break?  I need to use the restroom?

8                MR. ALDERMAN:  Yeah.  That's fine.

9          (A recess was taken)

10         (Exhibit 11 was marked for identification and

11         is attached to the transcript.)

12   Q.    Okay.  Mr. Hill --

13   A.    Yes, sir.

14   Q.    I'm giving you Exhibit.  This one goes from

15         USCP 6 to 7.

16   A.    Okay.

17   Q.    And I want to direct your attention to the

18         e-mail from Tony Phelps on the second page.

19         It's an e-mail to Stewart Cromwell dated

20         September 7th, 2017.

21   A.    Okay.

22   Q.    Do you see that?

1    A.    Yes, sir.

2    Q.    Were you aware that Phelps wrote this e-mail

3          to Cromwell?

4    A.    No, sir, I was not.

5    Q.    When was the first time that you saw this

6          email?

7    A.    Today.

8    Q.    Did Phelps tell that you that he was going to

9          write this information about Van Meter,

10         particularly what appears in the last

11         paragraph to Cromwell?

12   A.    There was conversation that he was going to

13         make Lieutenant aware that we were having

14         issues with Van Meter but didn't -- didn't

15         specify or go in any more detail.

16   Q.    Do you know when you had that conversation

17         with Phelps that he was going to make

18         Cromwell aware?

19   A.    I think it was after -- I don't specifically

20         remember but around week four or five that we

21         were having issues with her.

22   Q.    Now, keep in mind as we saw on Exhibit 10

1      that September 5, 2017 was the day that

2      Phelps told everybody that they were

3      unacceptable.

4  A.  Correct.

5  Q.  Right?

6  A.  Yes, sir.

7  Q.  And he talked to you about making sure that

8      all the teams were up to speed, right?

9  A.  Yes, sir.

10 Q.  And so do you think that -- do you think you

11     had this conversation with Phelps singling

12     out Van Meter around the time of September

13     5th?

14 A.  Again, there was concerns definitely around

15     that time?

16 Q.  About Van Meter?

17 A.  Yes.

18 Q.  Okay.  Were there concerns -- let me just ask

19     the question, did Phelps tell you he was

20     going to communicate with Cromwell about Van

21     Meter around this September 7th time period?

22 A.  No, sir, not specifically around the time

1     period.

2  Q.  Okay.  So you don't -- you said that Phelps

3      told you he was going to tell Cromwell?

4  A.  He had mentioned that he needed to have a

5      conversation with Cromwell about Missy

6      because he was concerned.

7  Q.  Do you think that conversation that you had

8      with Phelps was around the September 7

9      timeframe?

10 A.  Yeah, it was around the same timeframe.

11 Q.  So around the same timeframe with Phelps

12     getting upset with the entire class?

13 A.  Yes, sir.

14 Q.  Okay.  And Van Meter was the only one being

15     discussed as having significant performance

16     deficiencies?

17 A.  At that point based on the level of

18     deficiencies that she was having, yes, sir.

19 Q.  Did Phelps tell you that he was also talking

20     to Cromwell about Riley?

21 A.  No, sir.

22 Q.  Okay.  I want to direct your attention to

1          September 12, 2017.  This was a day where you

2          guys were searching at the Laurel, I think,

3          I'll ask you to confirm this --

4     A.   Okay.

5     Q.   -- but you guys were at the Laurel Racetrack.

6     A.   Okay.

7     Q.   Okay.  Showing you a video USCP 2803.  And,

8          again, I'll play the first couple of -- you

9          know, the first few seconds of it and then

10         I'll ask you identify it for the record.

11    A.   Okay.

12    Q.   You see at the top of USCP 2803?

13    A.   Yes, sir.

14    Q.   Okay.  Pressing play.

15         (Discussion held off the record.)

16    Q.   Okay.  Mr. Hill, can you tell me where you

17         are?

18    A.   Laurel Park.

19    Q.   Laurel Park?

20    A.   Yes, sir.

21    Q.   Okay.  And who was appearing on the screen?

22    A.   Mike Riley.

1    Q.   All right.  And --

2              MR. ALDERMAN:  Let's go ahead and mark

3         this an Exhibit.

4         (Exhibit 12 was marked for identification and

5         is attached to the transcript.)

6    Q.   Okay.  So I want to kind of bounce between

7         the form and the video, but then at some

8         point in time I'm going to ask you not to

9         look at the form, okay, to get you to testify

10        based on what you see based on the video.

11   A.   Yes, sir.

12   Q.   All right.  The form says that hide 1 was

13        behind the bar inside the storage area and

14        hide 2 is inside the toilet paper dispenser

15        in the men's bathroom.  And if you look at

16        the comment section, hide 1 and 2 are

17        discussed in the same, sort of paired in the

18        same section.

19   A.   Yes, sir.

20   Q.   Says that the handler was advised that the

21        first two rooms were blank, so they could

22        focus on the pattern and develop a better

1    understanding of working behavior versus

2    alerting behavior, okay?

3  A.  Yes, sir.

4  Q.  So I just want to like lay that down and then

5    ask you questions about it.

6  A.  Sure.

7  Q.  So if you don't mind, flip the exhibit over,

8    face down, and just so I can -- just like in

9    high school, do you know if -- so referring

10   your attention to the video 2803, do you know

11   if this restaurant area was part of that

12   blank, was it a blank room?

13 A.  I don't know if this one was or not.  But I

14   would assume probably not but I'm not sure

15   based on where the video picks up.  I don't

16   know.

17 Q.  Okay.

18 A.  Because there are many men's restrooms that

19   are up here.  I don't know if this room is

20   going to be, you know, the blank area and

21   then you transition to the next room and the

22   men's room at, I'm not sure.

```
1    Q.   Okay.  All right.  I'm going to press play
2         and I'll probably pause it from time to time
3         to ask you questions.
4    A.   Okay.
5         (Discussion held off the record.)
6    Q.   And at about one minute forty I've paused --
7         I've paused the video.  Do you recognize who
8         the two trainers are?
9    A.   Yes, sir.
10   Q.   And who who's that?
11   A.   That's myself and the other one is Sergeant
12        Phelps.
13   Q.   Now, between one minute and thirty and one
14        minute and forty, you make a couple of
15        comments to Riley.  Do you want me to replay
16        it?
17   A.   I think there was only one comment but --
18   Q.   Okay.
19        (Discussion held off the record.)
20   A.   My notebooks on there, just keep mopping.
21   Q.   Okay.  So I paused it at about -- that was
22        the comment made somewhere around 134 to 136?
```

1    A.   Yes, sir.

2    Q.   Okay.  And playing again 136.

3         (Discussion held off the record.)

4    Q.   And pausing it at one minute forty-one

5         seconds.  You said, keep your eyes on him.

6         You're doing it again --

7    A.   Yes, sir.

8    Q.   -- something like that.

9    A.   Yes, sir.

10   Q.   Right?  What was that a reflection of?

11   A.   Because he's taking his eyes off the dog.

12   Q.   And was that a problem that Riley was having?

13   A.   Occasionally just like with all the other

14        teams.

15   Q.   So riley wasn't in particular having the

16        issue where he would -- he would not look at

17        his dog?

18   A.   More specifically?

19   Q.   Riley didn't have this problem any more than

20        any other handlers --

21   A.   No.

22   Q.   -- in the team?

1   A.   Not at this stage when you start going off

2        site.  It's -- because the focus comes on

3        more targeting the next searchable item so

4        they get fixated on it.  Focus on the dog.

5   Q.   Okay.  But you said, you're doing it again --

6   A.   Right.

7   Q.   -- what did you mean by that?  You had

8        already talked to him about keeping --

9   A.   Probably the previous room that we discussed

10       that you need to stop taking your eyes off

11       the dog.

12  Q.   Okay.

13  A.   And, again, this is typical behavior when

14       handlers first going off site.

15  Q.   But it's important, right, I mean if you're

16       not looking at your dog then you miss

17       everything?

18  A.   You miss.

19  Q.   Okay.  Okay.  Starting again at one minute

20       and forty-one seconds.  Let me ask you this,

21       can you tell what pattern Riley is working on

22       at this point in time in this room?

1    A.   Yes, sir.

2    Q.   Can you describe it for me?

3    A.   He's breaking the larger room into smaller

4         rooms.

5    Q.   Okay.  So what, he creates a perimeter and

6         then works inside the perimeter?

7    A.   Yes, sir.

8    Q.   Okay starting again at one minute and

9         forty-one seconds.

10        (Discussion held off the record.)

11   Q.   Now, about one minute and fifty-two seconds,

12        what did you say to him?

13   A.   I can't -- it went kind of quick.  You would

14        have to play it back for me.

15   Q.   Okay.  Playing at one minute and forty-nine.

16        (Discussion held off the record.)

17   A.   Don't rush him.

18   Q.   What is that a reflection of?

19   A.   You're trying to speed up your pace to much

20        to outpace the dog.

21   Q.   And he needs to give the dog time to search

22        the items?

1    A.    Investigate items, yes, sir.

2    Q.    Okay.  Playing the video again from that last

3          stop point.

4    A.    Yes, sir.

5          (Discussion held off the record.)

6    Q.    At about three minutes, three seconds Riley's

7          dog sits, correct?

8    A.    Correct.

9    Q.    And Riley started reaching to his to reward

10         the dog, right?

11   A.    Yes, sir.

12   Q.    Was Riley supposed to tell his dog stay

13         before he reward the dog?

14   A.    Not necessarily.  They're supposed to but

15         they forget sometimes.

16   Q.    Okay.

17   A.    But his actions communicated to us that he

18         was about to reward the dog.

19   Q.    And you stopped him from doing that, correct?

20   A.    Yes, sir.

21   Q.    Now, is that a mistake on Riley's part?

22   A.    No.

1    Q.    What is that?

2    A.    What's what?

3    Q.    If the dog sits but is not on odor and Riley

4          is about to reward his dog, does that

5          indicate that Riley misunderstood his dog's

6          body language?

7    A.    The dog worked the table underneath and

8          actually indicated on his own without the

9          handler condition, so that's an NPR, which is

10         a false indication.  He goes to the work

11         behavior and see him prior to the behavior to

12         sit, the handler is going to reward the dog

13         based on what he saw.

14   Q.    So did you see change of behavior from the

15         dog?

16   A.    Based under the table it looked like he

17         worked the table a little bit, hesitated and

18         then sat, yes, sir.

19   Q.    Okay.  All right.  Beginning it at three

20         minutes, three seconds.

21         (Discussion held off the record.)

22   Q.    And stopping at three minutes twenty-two

1        seconds, you asked Riley to search the same

2        area in order to clear the NPR?

3    A.  Yes, extinct your work, yes, sir.

4    Q.  Okay.

5    A.  Proof him off of whatever he just alerted to

6        yes, sir.

7    Q.  Okay.  And playing again at three minutes

8        twenty-two -- and you do that when the dog

9        NPR's you do these, what, extinction drills

10       --

11   A.  Yeah.  Yeah.

12   Q.  -- drills?

13   A.  Yes, sir.

14   Q.  To stop the dog from doing it, right?

15   A.  Well, so the dog learns that that's not what

16       he's being reinforced for the sits.

17   Q.  Okay.  So it doesn't happen again, right?

18   A.  Yes.

19   Q.  So you have to do the extinction drills for

20       the dog -- to shape the dog's behavior,

21       correct?

22   A.  Correct.  Yes, sir.

1    Q.    If you don't do the drills, then the dog's

2          going to continue to make the same mistake?

3    A.    Correct.

4    Q.    Starting again at 322.

5          (Discussion held off the record.)

6    Q.    Now, stopping at three minutes fifty-nine

7          seconds.  The dog has sat again and it looked

8          like Riley was going to reward him, and you

9          guys stopped Riley from rewarding a second

10         time, right?

11   A.    I don't think he was reaching.  I think we

12         just went ahead and told him no before he

13         started reaching.  If you want to play it

14         back.

15   Q.    Starting again at 343.

16         (Discussion held off the record.)

17   A.    I said no before he started to curl his

18         fingers to his pocket.  Because I already

19         knew it was an NPR from the dog.

20   Q.    But Riley started to move toward the pocket

21         at the same time you said no, right?

22   A.    Correct.  Yes, sir.

1   Q.   Okay.  And now, did the dog show a change of

2        behavior before sitting?

3   A.   Yes, sir.

4   Q.   What was the change of behavior?

5   A.   The bracketing back and forth under the

6        table.

7   Q.   Okay.

8   A.   Slight, subtle but a change of behavior.

9   Q.   Okay.  And change of behavior can be subtle

10       for some dogs, right?

11  A.   Yes, sir.

12  Q.   How about for Jayden, was his change of

13       behavior subtle at times?

14  A.   All dogs are subtle at times.

15  Q.   Okay.  So if Van Meter as someone that is

16       working Jayden frequently picked up on things

17       that the trainers may not have picked up on,

18       would that be a surprise?

19          MS. SCINDIAN:  Objection.  Calls for

20       speculation.

21  A.   I don't understand the question, sir.

22  Q.   Well, you would agree that the handlers

1      get -- spend a lot of time with the dogs,

2      right?

3   A.  Yes, sir.

4   Q.  They do a lot of searches with the dogs,

5      right?

6   A.  Yes, sir.

7   Q.  And they're watching their dogs possibly more

8      intently than the trainers are, right?

9          MS. SCINDIAN:  Objection.  Calls for

10      speculation.

11  A.  I would disagree but, yes, sir.

12  Q.  And so there could be times when, especially

13      where the dog makes subtle changes, that the

14      handler might see stuff that the trainers

15      don't see?

16          MS. SCINDIAN:  Objection.  Calls for

17      speculation.

18  Q.  See, hear, experience signals from the dog --

19  A.  Depends on the environment, yes.

20  Q.  Okay.  Depending on the environment?

21  A.  Correct.

22  Q.  And what about the environment does that

1           depend on?

2    A.     Because visually may be blocked from seeing

3           the dog if they're behind the bar or

4           something.

5    Q.     Could be far from the dog, right?

6    A.     Correct, yeah.

7    Q.     And might not hear what the handler's

8           hearing, right?

9    A.     But just because you don't hear something,

10          the dog's communicating with his body

11          language.  So visually you're picking up a

12          lot more than what you hear from the dog.

13   Q.     Well, some dogs do a fast sniff, right, when

14          their intensity of their sniffing increases

15          as a change of behavior on odor, right?

16   A.     As a signal that they picked up on something

17          they're interested in, correct not

18          necessarily on a target odor.  Because it

19          could be a novel odor that the dog is doing

20          that for.

21   Q.     But it could be a sniffing, could be a change

22          of behavior, right?

1    A.    Correct.

2    Q.    And if you're far away to hear the sniffing,

3          then you won't hear the sniffling, correct?

4    A.    Correct.

5    Q.    Okay.  Playing again at three minutes and

6          fifty-seven seconds.

7          (Discussion held off the record.)

8    Q.    Pausing at five minutes and fourteen seconds.

9          How would you describe Riley's pace on this

10         search?

11   A.    I think Mike's got a good pace going.

12   Q.    Yeah?

13   A.    Yes, sir.

14   Q.    You don't think it's too slow, he's not

15         slowing the dog down?

16         MS. SCINDIAN:  Objection.  Asked and

17         answered.

18   Q.    He's not exactly helping the dog keep a

19         strong pace, is he?

20         MS. SCINDIAN:  Objection.  Vague and

21         ambiguous.

22   Q.    He's not speeding the dog up, is he?

```
1   A.   He's not speeding him up, no.  But you still

2        have to be effective with your presentations,

3        therefore, adjusting with what the dog is

4        doing.

5   Q.   Okay.  Seeing this dog start to lose interest

6        in this search?

7   A.   Dog's getting bored, yes, sir.

8   Q.   Okay.  About five minutes fourteen seconds

9        the dog's starting to get bored, right?

10  A.   Yes, sir.

11  Q.   And when a handler sees that his dog is

12       getting bored, what's the handler taught to

13       do?

14  A.   Fire up the dog, motivate him a little bit,

15       use more of a verbal to get the dog to do

16       stuff as opposed to use leash.

17  Q.   Okay.

18  A.   Because the leash will shut the dog down even

19       more.

20  Q.   Okay.  Starting again at 514.

21       (Discussion held off the record.)

22  Q.   Pausing again at 543.  Part of firing the dog
```

1        up, is you can do it with your voice, right?

2        You get excited yourself, right?  You talk to

3        the dog in an excited way?

4    A.  Yeah, you can.

5    Q.  Right?  Do you hear Riley doing any of that?

6    A.  Not from what I can hear back from the

7        camera, no.

8    Q.  Starting again at 543.

9        (Discussion held off the record.)

10   Q.  Okay.  Now, at around 550, someone says,

11       you're wandering.  Do you recognize who that

12       was?

13   A.  That was me.

14   Q.  Okay.  What does wandering mean in the

15       context of --

16   A.  You are just walking around, there's no point

17       in what you're doing.

18   Q.  Okay.  Meaning you're not -- you're not

19       searching in accordance with any recognizable

20       pattern?

21   A.  Correct.  You're just wandering.

22   Q.  Okay.  All right.  Beginning again at 552.

1       (Discussion held off the record.)

2   Q.  Now, at about six minutes and ten seconds I

3       believe it was you that said, make up your

4       mind.  What are we doing?  What were you

5       prompting him to do?

6   A.  Make a decision, figure out what you're going

7       to do.  If you're clear with that area, keep

8       moving.

9   Q.  Okay.

10  A.  Don't just sit there and waste your time just

11      looking around.  Come up with a game plan and

12      execute it.

13  Q.  And that's not what Riley was doing?

14  A.  He was looking at -- as he was saying in the

15      video, he was looking to see what he had

16      missed because they're taught to do visual

17      assessments before the search, search, and

18      then do a visual assessment before they

19      terminate the search or move on to a

20      different area.

21  Q.  Okay.  And so you -- your testimony is that

22      he's currently doing that final visual

1       assessment?

2   A.  Of the immediate area that he just finished,

3       yes, sir.

4   Q.  Okay.

5   A.  Make sure he didn't miss anything.

6   Q.  Okay.  And, now, based on what we just saw in

7       the video, did he miss anything in that

8       search?

9   A.  It's kind of hard to say.  From watching the

10      video, it looks like he was pretty thorough

11      with the search.

12  Q.  There was some tables that he missed, right?

13  A.  It's hard to tell from the video as you're

14      standing in there.

15  Q.  Okay.  Did you see him search any trash can?

16  A.  Just the one set of trash cans, yes.

17  Q.  One set?

18  A.  Yes.

19  Q.  Okay.  Starting again at six minutes eleven

20      seconds.

21      (Discussion held off the record.)

22  Q.  Stopping again at six minutes nineteen

1        seconds, based on what you just heard, you

2        said, are you ready to tell everybody that

3        this area is clear?  You have to make the

4        call.  What was the exercise here?

5    A.  Just to search.

6    Q.  To do a search but to declare --

7    A.  That based on the way that you searched,

8        there's no trained odor within the search

9        area.  You have to make a decision.  Have the

10       confidence to say, I'm done.  There's a

11       nothing here.

12   Q.  So make a decision and have confidence in the

13       decision?

14   A.  Correct.

15   Q.  Right?  Okay.  Starting at six minutes

16       nineteen seconds.

17       (Discussion held off the record.)

18   Q.  Okay.  Stopping at again at six minutes

19       thirty-three seconds.  Riley has called a

20       clear.  Right now I'm ready to call a clear?

21   A.  Correct.

22   Q.  Okay.  And then someone asks, where is the

1          aid at?

2    A.   Correct.

3    Q.   What was the point of asking that question?

4    A.   Because I want to know if he can tell me

5          based on the dog's body language where the

6          target odor was at.

7    Q.   Was there a target odor in this area?

8    A.   I have to look at sheet but you won't let me.

9    Q.   Go ahead.  Look at.

10   A.   This is one of the negative search areas then

11         I would say no because he didn't go behind

12         the bar area.

13   Q.   Well --

14   A.   And then it's -- he didn't go in the men's

15         restroom, and it's not under the cover table,

16         table cloth, and didn't go in the ladies

17         restroom.  I would say this is probably the

18         exercise 1 and 2, the first two rooms are

19         blank, based on what I'm see on this training

20         sheet.

21   Q.   Okay.  Let me give you some additional

22         information that will come out in just a

1      moment.

2   A.   Okay.

3   Q.   The next video that I'm going to show you is

4        the search of the bathroom.

5   A.   Okay.

6   Q.   It doesn't -- I think maybe because the video

7        was so long, it's during the same search,

8        it's not in the same video.  But look at

9        the -- look at the comment section it says,

10       handler advised that the first two rooms were

11       blank?

12  A.   Yes, sir.

13  Q.   So if Riley had been told that the room was

14       blank, would you be challenging him to tell

15       you if the room was clear or not?

16  A.   No, it wouldn't of.  So that means this is

17       not the blank room.

18  Q.   Okay.  There you go.  Okay.  Starting again

19       at six minutes thirty-three seconds.

20       (Discussion held off the record.)

21  Q.   Okay.  Could you hear what Riley just said,

22       I'm not -- I can't decipher.  I'm asking if

1       you can.

2   A.  Mm-hmm.

3   Q.  Could you decipher what he just said?

4   A.  Play it back again.

5       (Discussion held off the record.)

6   A.  I'm not ready to call it clear but I'm sure I

7       missed something.  This was one of those

8       opportunity times when you're putting a

9       handler in the position, when they have to

10      make the call.  Where they're not given any

11      directions as to, hey, you're the one that's

12      got to terminate this, not me.  And the first

13      time you start doing these exercises, you see

14      the hesitation.  Because they don't want miss

15      anything.  They're like, what did I miss?

16      Because you're transitioning in that training

17      that you need to be more determined and more

18      confidence in your ability to deploy the dogs

19      so that you can tell us whether there's

20      something there or not.

21  Q.  So you're taking the training wheels off?

22  A.  Yes, sir.

1    Q.   Okay.  And so he said, I'm not ready to call

2         it.  I'm sure I missed something, right?

3    A.   Yes, sir.

4    Q.   Okay.  Playing again at six minutes

5         thirty-nine seconds.

6         (Discussion held off the record.)

7    Q.   Pausing it at six minutes forty-four, who is

8         it that said, don't dire yourself?

9    A.   I did.

10   Q.   Okay.  So is that the kind of reinforcement

11        that the trainers should be given to the

12        handlers at this stage of training?

13             MS. SCINDIAN:  Objection.  Vague and

14        ambiguous.

15   A.   It's the response that I give the handlers,

16        yes.

17   Q.   Okay.  Was that uniform among the handlers?

18        In this beginning when you're telling the

19        handlers, now it's your turn.  The training

20        wheels are coming off.  It's up to you to

21        tell us.  And then you see a handler like

22        Riley here expressing doubts.  Was it

1      generally the reaction?

2   A.  It's the way that I deal with the student

3      handlers.

4   Q.  How did Phelps deal with students like this?

5   A.  I wasn't there for every time they do it.

6   Q.  How about Cullen?

7   A.  Again, I wasn't there every time he dealt

8      with the students.

9   Q.  Were you there when he dealt with students?

10  A.  Yes, sir.

11  Q.  And what was his approach that you saw?

12  A.  Sometimes it was the same way, sometimes he

13     didn't say anything.

14  Q.  Okay.  And Phelps, what was the approach that

15     you saw?

16  A.  It was the same thing.  Sometimes he would

17     comment, sometimes he wouldn't.

18  Q.  Sometimes he would be supported, sometimes he

19     would just kind of let the students, you

20     know, make them -- you know, make a decision?

21  A.  Yes, sir.

22  Q.  Okay.  All right.  Beginning again at 644.

| | | |
|---|---|---|
| 1 | | (Discussion held off the record.) |
| 2 | Q. | Pausing at 653. So just for the record, |
| 3 | | Riley has said, okay, I'm ready to call it |
| 4 | | clear. |
| 5 | A. | Yes, sir. |
| 6 | Q. | And then Phelps said, even with those sits |
| 7 | | over there? What does that mean? |
| 8 | A. | I don't know what he was trying to get to, |
| 9 | | sir. I don't know. |
| 10 | Q. | Well, you laughed. In the video we can hear |
| 11 | | you laughing. |
| 12 | A. | Yeah, because I'm like, why would you ask |
| 13 | | him. I'm sorry. |
| 14 | Q. | Why would you ask him what? |
| 15 | A. | Well, the sit thing. If you know if -- if |
| 16 | | you know it's a negative response, an NPR |
| 17 | | then you're calling it, you're calling it. |
| 18 | Q. | Okay. Starting again. |
| 19 | | (Discussion held off the record.) |
| 20 | Q. | Stopping at seven minutes and twenty-three |
| 21 | | seconds. Do you know what Riley's talking |
| 22 | | about, the tables on the wall that he cast |

```
1           the dog up high with?

2   A.      I know there's tables along that back wall

3           but I don't know exactly what they referring

4           to.

5   Q.      Did you see Riley cast his dog up high on the

6           tables along the back wall?

7   A.      It was a couple of tables the put -- I think

8           it was on one or two tables on that back

9           wall.

10  Q.      Okay.  Playing again at 723.

11          (Discussion held off the record.)

12  Q.      Okay.  Now, around seven minutes forty

13          seconds Riley called it again, right?  That's

14          the third time he's called it.  And you ask

15          him, did you search all the trash cans,

16          right?

17  A.      Yes, sir.

18  Q.      And you said?

19  A.      I didn't hear what he said.

20  Q.      Okay.  Rewinding to seven minutes.

21  A.      I'm sorry, I don't hear very well being

22          around dogs all the time.
```

1   Q.   Do you want -- I'll turn the volume up?

2   A.   Go ahead.

3        (Discussion held off the record.)

4   Q.   Did you hear him?

5   A.   Yeah.

6   Q.   I think I missed this one, right?  Is that

7        what he said?

8   A.   That's what I thought I heard him say, yeah.

9   Q.   Okay.  So he didn't -- he cleared the room

10       without searching everything in the room,

11       right?

12  A.   Yeah, let's watch the video.

13  Q.   Okay.

14       (Discussion held off the record.)

15  Q.   Okay.  And the video ended at 756.  So he

16       called the room clear, but he didn't check

17       everything in the room, right?

18  A.   Basically in the video yeah.

19  Q.   And based on --

20  A.   Based on -- it's hard to see because when the

21       cameras panning around the room.

22  Q.   Based on what he said --

1    A.    Yeah, but he was doubting what he was doing

2          anyway.  Because we're putting -- we're

3          creating doubt by questioning what he just

4          did.

5    Q.    Well, but he also said, I missed this one.

6    A.    Yes.

7    Q.    When he's talking about the trash can.

8    A.    Yes.

9    Q.    So is that a successful exercise for Riley?

10   A.    I think it is, absolutely.

11             MS. SCINDIAN:  Objection.  Vague and

12         ambiguous.

13   Q.    If a handler calls a room without checking

14         the entire room, that can be a successful

15         exercise?

16             MS. SCINDIAN:  Objection.  Vague and

17         ambiguous.

18   A.    As long as they're learning that took place

19         by the handler for one of the first times

20         being out in a new environment, I think so.

21         I think it was successful.  Because what does

22         success look like for a training exercise?

1       Did he do value as to how he did the search.

2       I think he did.  Especially again, they're

3       only a month into the program and for him to

4       be able to learn from what he did, I think it

5       was successful for him.

6   Q.  Okay.  If you were writing the end of day

7       report for this one, would you have made any

8       notations about this particular search?

9   A.  Not that was already made on the training

10      sheet.

11  Q.  Do you see anything about wandering in there?

12  A.  No, I would put in under the two NPR's that

13      the dog had and the dog had a extinction

14      exercises to prevent -- well proof the dogs

15      off the -- off the odors.

16  Q.  Would you have indicated the wandering, if

17      you were writing this?

18  A.  I wouldn't have not, not, for this exercise.

19      It wasn't like excessive wandering all over

20      the place.  We were trying to create stress

21      in the handler by saying, hurry up, make a

22      decision.

1  Q.  How about the failure to search the entirety

2      of the room before calling it?  Would you

3      have made an indication of that in the

4      report?

5  A.  No, I wouldn't have based on what was going

6      on, I wouldn't have.

7  Q.  Why?

8  A.  Because it's his first time going out in the

9      environment and we're having a discussion

10     here in reference to how to do the search.

11 Q.  What if it's not the first time that they've

12     gone out into this environment?

13 A.  Well, for this area, this room it is with

14     Billy.

15 Q.  But it's not the first time that they were

16     out?

17 A.  No, it's the first time in this room where

18     they got all the chairs, and the tables and

19     everything else which adds to a level of

20     difficulty and confusion for the handler.

21 Q.  Okay.  So you would take those factors into

22     consideration when you're writing up the

1       report?

2   A.  Yes, sir.

3   Q.  Right?  And you wouldn't be as critical

4       because it's a new environment?

5   A.  Correct.

6           MS. SCINDIAN:  Objection.  Vague and

7       ambiguous.

8   Q.  All right.  So, now, I'm showing you what's

9       been marked 2804.  It's from the same day.

10      And, again, for the record, 2804 -- I'll show

11      you the first couple of seconds of it and ask

12      you where you are.

13      (Discussion held off the record.)

14  Q.  Okay.  Stopping at eight seconds.  Can you

15      tell where you are?

16  A.  Yes, sir.  We're in the men's restroom

17      adjacent to the main room at Laurel Park.

18  Q.  Okay.  Adjacent to the room that we saw in

19      the video marked 2803?

20  A.  Yes, sir.

21  Q.  The one that we just watched?

22  A.  Yup.

1    Q.    Okay.  I'm going put it back to the

2          beginning.

3    A.    Okay.

4    Q.    Again, so this is you and Tony Phelps as the

5          trainers?

6    A.    Yes, sir.

7    Q.    Okay.  Mike Riley working Billy the Lab?

8    A.    Yes, sir.

9          (Discussion held off the record.)

10   Q.    Okay.  Okay.  Stopping this at twenty-four

11         seconds.  Now Riley began a search of the

12         bathroom and then I think it was you that

13         asked him to come back --

14   A.    Yes, sir.

15   Q.    -- right?  And you asked him what mistakes he

16         had made, right?  What did you forget to do?

17   A.    Yes, sir.

18   Q.    Okay.  And what did he say?

19   A.    Forgot to make an announcement that he was

20         going into the bathroom with the dog,

21         something similar to that but that's what it

22         was.

1    Q.    And is that what they're trained to do?

2    A.    Yes, sir.

3    Q.    And why are they trained to do that?

4    A.    So they don't go into a bathroom with a bunch

5          of people in there unexpectedly.

6    Q.    Now, when you asked him what he forgot to do,

7          he said something about going down the

8          bathroom?

9    A.    No, he was talking about -- it appeared to be

10         he was talking about the visual assessment of

11         the bathroom.

12   Q.    Okay.  And is that what they're trained to

13         do?

14   A.    Yes, sir.

15   Q.    Okay.  So what -- then what he should have

16         done was as he entered the bathroom, announce

17         his presence, correct?

18   A.    Yes, sir.

19   Q.    And then do a quick visual inspection of the

20         area?

21   A.    Yeah, visual assessment.  Yes, sir.

22   Q.    And then start his search?

1    A.    Correct.

2    Q.    Okay.  Playing again at 24 seconds.  Well,

3          before I do that, all that stuff that we just

4          talked about, the visual assessment,

5          announcing, that order of the search

6          procedures, is that something that Riley

7          learned before this day, before

8          September 12th?

9    A.    It's discussed in the classroom.  I think

10         this is the first time we probably been in

11         bathrooms, where they've had to do it,

12         because you have to remind them a couple of

13         times, especially when you go into the

14         opposite sex of the bathroom that you need to

15         announce before you go in.

16   Q.    Okay.  All right.  Playing again at 24

17         seconds.

18         (Discussion held off the record.)

19   Q.    Okay.  Pausing at one minute thirty-four

20         seconds.  There is a utility closet door at

21         the entrance to the restroom and someone has

22         just called Riley to search it again and

1      asked, is that the way your taught to search

2      a door?

3  A.  Yes, sir.

4  Q.  Who was that?

5  A.  I think it was -- I don't know if it was me

6      or Tony.

7  Q.  What was the mistake?  What did Riley fail to

8      do there?

9  A.  Well, initially went up and searched the

10     slats like he was supposed to and then he was

11     trying to get the dog up to the door handle,

12     and we're like it's not necessary.  The dog's

13     got a nice little opening to the room

14     interior room by an open slat.  And that's

15     why he checked that and he walked off and I

16     think we said, go back and search the door,

17     the way you're trained to search.

18 Q.  Which is how?

19 A.  Which is across, down the bottom, back up the

20     opposite side, and away from the door.

21 Q.  Okay.  And he had been trained on that

22     procedure before?

1    A.    Yes, sir.

2    Q.    Right?  Okay.  Starting at one minute

3          thirty-four seconds.

4          (Discussion held off the record.)

5    Q.    And pausing like an annoying person, at one

6          minute forty seconds, someone just said, you

7          got to remember the basics.

8    A.    Yes, sir.

9    Q.    And so that procedure you were referring to,

10         about how to search a door, is that one of

11         the basics that the handlers are taught?

12   A.    Correct.  Yes, sir.

13   Q.    Okay.  Starting again at one minute forty.

14         And I'm going to try to shut up for at least

15         ten seconds.

16         (Discussion held off the record.)

17   Q.    Okay.  Stopping at two minutes and seven

18         seconds Riley and Billy just searched the

19         first stall and someone made a comment about

20         making sure that he searches the entirety of

21         the stall, right?

22   A.    Search the door before you enter into your

1      stall, which means search the base of the

2      door, to see if there's any odor available

3      under the door before you cast the dog.

4  Q.  And that's not what Riley did, right?

5  A.  Not -- the first one it was cracked open, the

6      second one was closed.

7  Q.  Okay.  All right.  Starting again at two

8      minutes seven seconds.

9      (Discussion held off the record.)

10 Q.  Okay.  Two minutes twenty-two seconds, I

11     think it's you that says, make sure he goes

12     deep all the way in?

13 A.  Yes, sir.

14 Q.  So was Riley not searching the entirety of

15     the toilet stall there?

16 A.  Because the dog is uncomfortable with the

17     stalls, he wasn't casting him all the way

18     deep into the stalls.

19 Q.  Okay.

20 A.  And again, you can tell these environments

21     are new for the dog and for the handler.

22 Q.  Yeah.  Okay.  And so that's not something you

1      would criticize Riley for because it's a new

2      situation?

3           MS. SCINDIAN:  Objection.

4  Q.  Right?

5           MS. SCINDIAN:  Vague and ambiguous.

6  A.  Correct.

7  Q.  Starting again at 223.

8      (Discussion held off the record.)

9  Q.  Okay.  Stopping at two minutes fifty-six

10      seconds.  The dog sat, Riley stopped, and was

11      looking at the dog, right?

12  A.  Yes.

13  Q.  For a couple of seconds.  And then Riley went

14      to reach for his reward in the pocket, right?

15  A.  Yes, sir.

16  Q.  And then you guys stopped him because there

17      was nothing there?

18  A.  Correct.

19  Q.  Right?  And then Riley said, I didn't see any

20      change of behavior, right?

21  A.  Correct.

22  Q.  So you're not supposed to reward if you don't

1        see a change of behavior, are you?

2   A.   No.

3   Q.   And the fact that he was rewarding that let

4        you know that he thought he saw a change of

5        behavior?

6   A.   When you reach for your pocket that's a clear

7        indication that you're going to reward the

8        dog.

9   Q.   And you don't reward your dog unless you

10       think you see a change of behavior, right?

11  A.   No, unless you see change of behavior.  Not

12       that you think you see change of behavior.

13       That you see change of behavior.

14  Q.   I mean when Riley said, I didn't think I saw

15       anything, did you believe him?

16  A.   Did I believe the handler?  Yes, I believe

17       the handler.

18  Q.   So why was he reaching for his pocket?

19            MS. SCINDIAN:  Objection.  Calls for

20       speculation.

21  A.   I don't know.

22  Q.   He was confused about something, wasn't he,

1        about this whole process?

2             MS. SCINDIAN:  Objection.  Calls for

3        speculation.

4    A.   I --

5    Q.   Okay.  I'm going to put it back a couple of

6        seconds to two minutes fifty-one.  Did you

7        see a change of behavior in the video?  Do

8        you need me to rewind it a little bit.

9    A.   Yeah, rewind it a little bit more, please.

10   Q.   Two minutes forty-two playing from there.

11       (Discussion held off the record.)

12   Q.   Stopping at 249.  Do you see any change of

13       behavior?

14   A.   There was an investigative sniff at the

15       toilet paper dispenser itself, not enough to

16       call it, no.

17   Q.   Okay.  Playing at 250.

18       (Discussion held off the record.)

19   Q.   Okay.  Now pausing at three mains three

20       seconds, Riley said, he didn't see any change

21       of behavior and then someone challenged him

22       on that.

1  A.    I did.

2  Q.    What did you say in the video?

3  A.    I said, what did you say?  If you didn't see

4        a change of behavior, why are you reaching

5        for your pocket?

6  Q.    Why would you say that?

7  A.    Because he said that he didn't see a change

8        of behavior and I wanted to understand why,

9        if he didn't see a change of behavior, why

10       were you reaching for your pocket?  Why were

11       you going to reward the dog?

12 Q.    Did he respond to you?  Is that a no?

13 A.    No.

14 Q.    Okay.  All right.  Playing again at three

15       minutes and three seconds.

16       (Discussion held off the record.)

17 Q.    Stopping at three minutes forty-three

18       seconds.  Did you see a change of behavior in

19       the dog before he sat?

20 A.    I saw hesitation.  I couldn't see where his

21       head was at.

22 Q.    Could Riley have seen anything?

1    A.    He could have seen more than we could see

2          from the angle of the camera.

3    Q.    If he was looking at his dog, he could have?

4    A.    Can you play it back?

5    Q.    Yeah.  Starting at three minutes and

6          thirty-five seconds.

7          (Discussion held off the record.)

8    Q.    Riley looks away from his dog for a couple of

9          seconds right when the dog sits, right?

10   A.    Yes.

11   Q.    So he didn't even know the dog had sat until

12         he looked back at the dog?

13   A.    It appears so.

14   Q.    Right?  Okay.  Press and play again at three

15         minutes forty-two seconds.

16         (Discussion held off the record.)

17   Q.    Okay.  Now, you asked, did you see a

18         difference?  What were you asking?  What does

19         that mean?

20   A.    If he saw the momentary pause in the work

21         area of the dog.

22   Q.    And Riley said he heard a difference?

1   A.   Heard a difference.  I -- I couldn't hear

2        anything.  I don't know -- I don't know if he

3        heard something.  I don't know.

4   Q.   Did you believe Riley?  Or did you think he

5        was not being truthful with you?

6   A.   I think he was being truthful with me.  Why

7        would he lie to me?

8   Q.   Good question.  I don't know.  I mean you

9        know Riley better than I do.  Did you think

10       he was being truthful when he said that he

11       heard a change of behavior?

12  A.   I think he was, yes.

13  Q.   And why wasn't he reaching for his pocket to

14       reward the dog?

15            MS. SCINDIAN:  Objection.  Calls for

16       speculation.

17  A.   I don't know.

18  Q.   Do you remember at any point in time in

19       training when you thought that Riley wasn't

20       being, you know, forthright, he was trying to

21       cover up mistakes and maybe tell half-truths?

22  A.   No.

1    Q.    Okay.  Based on what we just saw of that

2          bathroom search, if you had been writing this

3          training report, Exhibit 12, what would you

4          have noted for that -- for the bathroom

5          search?

6                MS. SCINDIAN:  Objection.  Calls for

7          speculation.

8    A.    Trainer assist.

9    Q.    Trainer assist.  And instead Riley's given a

10         find, correct?

11   A.    That's what appears in the sheet, yes, sir.

12   Q.    Okay.  Would you have noted -- would you have

13         noted, I guess, his failing to follow the

14         search procedures for a bathroom?

15               MS. SCINDIAN:  Objection.  Vague and

16         ambiguous.  Calls for speculation.

17   A.    I wouldn't note with the failure.  I would --

18         that you needed to encourage the dog and go

19         deeper into the -- the stalls.  Because,

20         again, you can tell the dog was uncomfortable

21         by going into the stalls.

22   Q.    What about announcing, doing the basics of a

1          door search?

2    A.    Yeah.  You know, a reminder that you need to

3          make sure that you follow the fundamentals.

4    Q.    You would have put those in the report if you

5          had written it, right?

6              MS. SCINDIAN:  Objection.  Calls for

7          speculation.

8    A.    For clarity of the form, yes.

9    Q.    Okay.  And then would you have also noted

10         that he needs to keep his eye on his dog?

11             MS. SCINDIAN:  Objection.  Calls for

12         speculation.

13   A.    I don't know if I would have.

14   Q.    Well, at the very end he wasn't watching the

15         dog when the dog gave his final response,

16         right?

17   A.    Based on my angle.  I couldn't see that he

18         wasn't watching the dog.  Because I was all

19         the way on the other side of the bathroom.

20         So I couldn't see if he was looking -- really

21         seeing looking at the dog or not based on the

22         angle where I was standing because it's a

1          long bathroom.

2     Q.   So where were you?

3     A.   At the very end of the bathroom.

4     Q.   At the very end, you weren't with where Riley

5          was going?

6     A.   No.

7     Q.   How do you know that sitting here today?  How

8          do you remember that?

9     A.   Because I could tell by my voice.  If I was

10         right next to the camera, my voice would be a

11         lot louder.

12    Q.   If you had seen that Riley wasn't watching

13         the dog, would you have written it in the

14         report?

15             MS. SCINDIAN:  Objection.  Calls for

16         speculation?

17    A.   I would have advised him, yes.

18    Q.   And you would have put it in the report, as

19         just advice keep your eye on the dog?

20             MS. SCINDIAN:  Objection.  Calls for

21         speculation.

22    A.   Yes.

1           (Discussion held off the record.)

2    Q.    Okay.  Now, showing -- now showing, USCP 2809

3          same day, same location.  I'll ask you to

4          identify the area and play it a couple of

5          seconds.  Will be USCP 2809.

6           (Discussion held off the record.)

7    Q.    And pausing it at ten seconds, do you

8          recognize where this is?

9    A.    Yes, sir.

10   Q.    Is it the women's room?

11   A.    Yes, sir.

12   Q.    Adjacent to the men's room?

13   A.    Well, on the opposite side of the main bar

14         area.

15   Q.    Okay.  But adjacent to the -- that restaurant

16         bar area --

17   A.    Correct, sir.

18   Q.    -- that we saw on the first video of this

19         day?

20   A.    Yes, sir.

21   Q.    And starting again at 10 seconds.

22          (Discussion held off the record.)

1    Q.    Pausing at 53 seconds just to ask a question
2          here, so Riley and Billy have done a lengthy
3          search inside the restaurant area, right?
4    A.    Yes, sir.
5    Q.    And you noticed that the dog was getting
6          bored even during that search, right?
7    A.    Yes, sir.
8    Q.    Then they've done the men's room search and
9          now they're in the women's room search.  In
10         order to keep the dog interested and
11         motivated and enthusiastic about the search
12         you would expect -- would you have taught
13         Riley to use an excitable voice instead of
14         like a church voice?
15   A.    Well, the thing that I would look at is
16         what's the duration between the video clips.
17         Was the dog taking a break outside before he
18         came in to do these searches.
19   Q.    Okay.
20   A.    And I don't know that.  I would have to look
21         at the videos to see if was there a break in
22         between the dog went outside, emptied, and

1        everything else before he came back in.

2   Q.   How would you know?

3   A.   What do you mean?

4   Q.   How do you know if there way a break between

5        the videos?

6   A.   Well, the time in the videos, when the videos

7        were taken.  Other than that, you don't know

8        unless you're there writing the times down.

9   Q.   And where would you see the times on the

10       video?

11  A.   When the videos were recorded.

12  Q.   Where is that information stored?

13  A.   Well, on the camera, as soon as you open the

14       camera, it tells you when -- when you go to

15       play them back, it tells you when the record

16       -- when the videos were recorded.

17  Q.   Okay.  So let's assume that the dog did get a

18       little break, got to go outside and exercise

19       and maybe play and go to the bathroom and all

20       that kind of stuff, would you still expect

21       Riley to be using a, you know, more excited

22       voice?

1    A.    At times, yes.

2    Q.    And Riley's using as sort of an indoor

3          library kind of voice, wouldn't you say?

4    A.    It's all based on the dog because depending

5          on the dog.  Like if you get too excited with

6          the dog, and then he's going to be fixated on

7          me.  I don't want you fixated on me.  I want

8          you fixated on working.

9    Q.    Do you see the dog lose interest at all in

10         this search?

11   A.    He's getting bored.

12   Q.    How about in the men's bathroom search did

13         you see him --

14   A.    Disinterested.

15   Q.    Okay.  And do you see Riley react to that

16         disinterest to try to get the dog --

17   A.    In the men's bathroom?

18   Q.    Yeah.

19   A.    Yes.

20   Q.    You saw at one point in time he started using

21         a slightly higher pitched voice, right --

22   A.    Yes, sir.

1   Q.   -- towards the end?

2   A.   Yes, sir.

3   Q.   Okay.  Is that what you were referring to?

4   A.   Yes, sir.

5   Q.   But he's not doing that now in the women's

6        room?

7   A.   At this point, no.

8   Q.   Okay.  Starting at 53 seconds.

9        (Discussion held off the record.)

10  Q.   Pausing at two minutes sixteen seconds.

11       Riley says search frequently in this bathroom

12       search, is there a -- is there a risk of

13       doing that?

14  A.   A risk?

15            MS. SCINDIAN:  Objection.  Vague and

16       ambiguous.

17  Q.   It a problem to keep repeating search,

18       search, search, search, search, search to the

19       dog?

20  A.   Depends on the dog.

21  Q.   How about with -- well, what are the

22       characteristics?

1   A.   If you got a dog that's just bored and you

2        say search and he starts to target things and

3        I'll start to add the search command, until

4        he starts to target things.

5   Q.   And are you seeing it working with Billy the

6        Lab?

7   A.   I do.

8   Q.   Okay.  Starting at 216.

9        (Discussion held off the record.)

10  Q.   Pausing it at two minutes thirty-six seconds.

11       Riley's -- up to this point Riley has Billy

12       methodically searching each stall, correct?

13  A.   Yes, sir.

14  Q.   And at about two minutes and thirty-three

15       seconds maybe Billy -- I don't want to say

16       makes a beeline but on his own initiative

17       jumps a few stalls, goes down to the last

18       stall on the row.

19  A.   Breaks a pattern, yes, sir.

20  Q.   Breaks the pattern.  At that point in time

21       what's Riley taught to do?

22  A.   Allow the leash to go out so the dog can

1        investigate.

2   Q.   Okay.  And what did Riley do?

3   A.   Allow the leash to go out to allow the dog to

4        investigate.

5   Q.   You want to watch it again?

6   A.   Absolutely.

7   Q.   Starting at 224.

8        (Discussion held off the record.)

9   A.   Allows the leash to go out, the dog is

10       investigating, he comes out on his own.

11  Q.   You didn't see Riley take the leash and pull

12       the dog out of the stall?

13  A.   This one?

14  Q.   Yeah.

15  A.   No.

16  Q.   Okay.  Playing again at 235 -- well, let me

17       ask, did he allow the dog to thoroughly

18       investigate that last stall?

19  A.   He gave the dog the freedom to go

20       investigate.  The dog turned around, and

21       started to come back up, and if you really

22       watch the leash, there's slack in the leash,

1      as the dog comes out of the stall itself.

2   Q.   Okay.  Does riley ensure that the dog

3        thoroughly searched that stall before letting

4        the dog come out?

5   A.   No.

6   Q.   Okay.  Playing again at 238.

7        (Discussion held off the record.)

8   Q.   At three minutes and roughly ten seconds, I

9        believe it's Phelps tells Riley, keep moving

10       your feet, right?

11  A.   Yes, sir.

12  Q.   Riley at that point had sort of stalled,

13       right?

14  A.   Stalled?

15  Q.   Wasn't moving.

16  A.   Correct.

17  Q.   And that's the kind of thing that could cue

18       the dog into an incorrect sit, right?

19  A.   No.  The dog's already shown the change of

20       behavior.  The handler has already -- the

21       instructor has already told him that he's

22       not -- possibly odor, he's not on source.  So

1        then, therefore, it's no longer a false sit.

2        So the dog is investigating the sanitary

3        napkin little container, and then comes out

4        and does the toilet thing.  So Riley's --

5        because, again, Riley doesn't know.  He can

6        only go by what the dog's communicating

7        through his body language.

8   Q.   Okay.

9   A.   So is the responding off source, is the

10       target odor inside the sanitary napkin

11       dispenser?  Is it behind the toilet?  Or is

12       it in the toilet paper roller?  So Riley's

13       giving the dog the opportunity to show him

14       where it's at.  So he's just doing that

15       momentary pause.

16  Q.   So Riley wasn't told that the source wasn't

17       here?

18  A.   No, he said that he may be on odor.

19  Q.   Okay.  All right.  Continuing at three

20       minutes twelve seconds.

21       (Discussion held off the record.)

22  Q.   Okay.  Now, at three minutes twenty-two

1    seconds Riley is checking out the paper towel

2    dispenser on the wall, right?

3 A.  This?

4 Q.  Billy the Lab is checking out the paper towel

5    dispenser the wall, right?

6 A.  Yes, sir.

7 Q.  And Riley removes him using the leash?

8 A.  Yes, sir.

9 Q.  Did Billy -- did Riley allow Billy to

10    thoroughly search the paper towel dispenser?

11 A.  No.

12 Q.  Okay.  And instead he used a pull of the

13    leash -- was that a leash check or was it

14    just a pull?

15 A.  I'd have to watch the video again to see what

16    it is.

17 Q.  Starting at 315.

18    (Discussion held off the record.)

19 Q.  And ending at 324.

20 A.  It was a pull on the leash.

21 Q.  Okay.

22 A.  And was that in anticipation of correction

1       because he didn't want him biting the paper

2       towels?  Because as soon as he opened the

3       mouth, as soon as the paper towels came out,

4       the dog -- in the interpretation there, I

5       don't want you biting this, let's go back to

6       work.

7   Q.  But the paper towel holder is a productive

8       area, right?

9   A.  Correct.  But I don't want the dog chewing on

10      it.

11  Q.  And you're saying that Riley pulled him off

12      in order to stop him from chewing?

13  A.  No, I'm saying what the dog was doing.  The

14      dog opened his mouth and the paper towel came

15      out.  And I can't say what Riley did.  All

16      I'm looking at is the dog opens his mouth,

17      no, I don't want you chewing on that.  Let's

18      get back to work.

19  Q.  Okay.  Starting at 319.

20      (Discussion held off the record.)

21  Q.  The dog was searching the side of the paper

22      towel holder when Riley yanked with the

1          leash?

2     A.   Yanked him?

3     Q.   Pulled him with the leash.

4     A.   Pulled him with the leash and directed him

5          back to the bathroom, that's correct.

6     Q.   He wasn't -- he wasn't going to bite the

7          paper towels, was he?

8     A.   I don't know.  I know that his mouth came

9          open when the paper towels came out.

10    Q.   That's not when Riley pulled on the leash,

11         though, was it?

12             MS. SCINDIAN:  Objection.  Lack of

13         foundation.

14    Q.   Riley pulled him away with the leash after --

15    A.   After he closed the mouth.

16    Q.   And moved over to the side of the paper towel

17         holder sniffing?

18    A.   I don't know if he was sniffing.

19    Q.   Would you have pulled the dog off the paper

20         towel holder?

21             MS. SCINDIAN:  Objection.  Calls for

22         speculation.

1    Q.   At that the point in time that Riley did?

2    A.   I would use a verbal cue as opposed to a

3         leash.

4    Q.   Well, how would you know that the hide wasn't

5         there, had the dog thoroughly checked the

6         paper towel holder yet?

7    A.   No.

8    Q.   Okay.  All right.  Start again at 323.

9         (Discussion held off the record.)

10   Q.   Now, at the end when the dog has fully

11        examined the stall that he went to in the --

12        sort of in the middle of that search, he

13        finds the hide, correct?

14   A.   Locates the source, yes, sir.

15   Q.   Yeah.  So should Riley have allowed him to

16        thoroughly search that stall the first time

17        that the dog pulled towards it?

18   A.   Based on the information the dog communicated

19        him, no, I wouldn't have done it either.

20   Q.   And what's the information that the dog

21        communicated to him?

22   A.   That the dog went in, examined, and came out

1    on his own, without being influenced or

2    pressured from the handler.

3  Q.   On that search is there anything that you

4    would have noted in the EOD training form for

5    Riley?

6       MS. SCINDIAN:  Objection.  Calls for

7    speculation.

8  A.   That the dog's not on source.

9  Q.   That's the only thing?

10  A.   Yes, sir.

11  Q.   No comments about Riley's performance?

12       MS. SCINDIAN:  Objection.  Calls for

13    speculation.

14  A.   No, I wouldn't, no.

15       MS. SCINDIAN:  Is this a good time for a

16    break?

17       MR. ALDERMAN:  Yeah.

18    (A recess was taken)

19  Q.   Okay.  Mr. Hill, earlier when we were talking

20    about the environmental test, what's it

21    called, an environmental certification test?

22  A.   Mm-hmm.

1   Q.   Is that what it's called?

2   A.   Yes, sir.

3   Q.   You said -- what would happen if the dog had

4        Zborai's dog failed the test?

5   A.   Failed the test?

6   Q.   Yeah.

7   A.   Would do a refresher and then a

8        recertification.

9   Q.   They do a refresher training class --

10  A.   Depending on the deficiency which you

11       observed --

12  Q.   Yeah.

13  A.   -- whether it's two or three days refresher

14       or if it's another refresher and then you do

15       a recertification.

16  Q.   And would Zborai have had to do all that with

17       the dog?

18  A.   I don't --

19  Q.   Would Zborai have had to go through a test

20       with the dog?

21  A.   Yes.  Absolutely.

22  Q.   Okay.  So three or four days additional --

1    A.    Depending on what the issue is.

2    Q.    Okay.  Could it be longer than three or four

3          days?

4    A.    Not typically.

5    Q.    Okay.  So three or four days of additional

6          training, and then do the certification test

7          again?

8    A.    Correct.

9    Q.    Okay.  Now, showing video marked 2822.  This

10         is from the September 12th, 2017, so same

11         day.  Looks like we're now outside maybe at

12         the Ryder truck sales lot?

13   A.    Yes, sir.

14   Q.    Based on the -- based on the training form?

15   A.    Yes, sir.

16   Q.    All right.  Playing.

17         (Discussion held off the record.)

18   Q.    Okay.  Now, just for the record, can you tell

19         us who is in this training -- who is the

20         handler and dog pair?

21   A.    Mike Riley appears to be Billy the Lab.

22   Q.    Okay.  And did I just hear your voice on the

1        video?

2    A.   Yes, sir.

3    Q.   Okay.  And you said, think about what you're

4         trying to ask him to do?

5    A.   Correct.

6    Q.   What did you mean by that?

7    A.   Because visually the dog doesn't see anything

8         there.  And when you're trying to present a

9         presentation and the dog doesn't see

10        anything, so he's not being disobedient

11        because he doesn't know what you're asking

12        him to do.

13   Q.   Okay.  So Riley was making a presentation

14        that the dog could not see?

15   A.   Correct.

16   Q.   And just describe it for the record, where

17        was Riley making the presentation?

18   A.   On the front part of the truck where the air

19        brakes, the cables attach to the trailer.

20   Q.   Where is it about, four and a half feet up --

21   A.   Four and a half feet.

22   Q.   -- off the ground?

1    A.    Yes, sir.

2    Q.    Okay.  And Billy the Lab was actually

3          underneath the trailer when Riley was making

4          the presentation, right?

5    A.    I would have to look at the video again.

6    Q.    Okay.

7          (Discussion held off the record.)

8    Q.    Did you see it?

9    A.    Mm-hmm.

10   Q.    And was Billy the Lab underneath the trailer

11         when Mike Riley was making that presentation?

12   A.    He was approaching under the trailer, yes.

13   Q.    So two different impediments to Billy seeing

14         that presentation, right?  One, the location

15         where he was making the presentation but also

16         the fact that Billy may have been underneath

17         the trailer?

18   A.    Correct.

19   Q.    Right?  And the handlers are taught to make

20         presentations that the dogs can see, right?

21   A.    Correct.

22   Q.    Okay.  And is that the kind of -- that

1       mistake, September 12th, so little over a

2       month in the training, is that the kind of

3       thing that you would mark in a training

4       report --

5           MS. SCINDIAN:  Objection.  Calls for

6       speculation.

7   Q.  -- that Riley's making presentations that the

8       dog can't see?

9           MS. SCINDIAN:  Objection.  Calls for

10      speculation.

11  A.  For a trailer, no, I wouldn't.

12  Q.  Would there be other scenarios that you would

13      make that --

14  A.  This is new to the dog.  It's new to the

15      handler when it comes to the large trailers.

16  Q.  Are you sure, this day, September 12th was a

17      new thing?

18  A.  For the trailers, yes.

19  Q.  Okay.  So if it's a new environment and the

20      handler is making presentations that the dog

21      can't see, then you wouldn't necessarily

22      criticize the handler for that?

1      MS. SCINDIAN:  Objection.  Calls for
2      speculation.
3  A.  You would bring it to their attention, yes.
4  Q.  Just as you did?
5  A.  Correct.
6  Q.  But you wouldn't write it up in the daily
7      report?
8  A.  No, sir.
9  Q.  Okay.  All right.  I'm going to fast forward
10     a little bit.  Fast forward to 43 seconds on
11     USCP 2822.
12     (Discussion held off the record.)
13 Q.  At about 52 seconds did Riley make another
14     presentation that Billy couldn't see?
15 A.  No, I think the handler has extended as the
16     dog was approaching.  Hand's already out.
17 Q.  Okay.  All right.  Playing at 48 seconds.
18     (Discussion held off the record.)
19 Q.  And pausing at 55 seconds.  Now, now Billy is
20     not respecting or not searching where Riley
21     is telling him to search, right?  Riley was
22     just indicating a high search on the back of

1           that trailer and Billy ignored him?

2    A.    There was a refusal, yes, sir.

3    Q.    And what are they taught to do?  What are the

4          handlers taught to do?

5    A.    I don't understand.

6    Q.    Are the handlers taught to make sure that the

7          dog honors their presentations?

8    A.    Not always.

9    Q.    Okay.  When is it okay for a handler to allow

10         the dog to --

11   A.    If the dog is uncomfortable and going to --

12         on a specific like at the back of the truck,

13         if I stay there and force the dog and I'm

14         going to establish a negative association

15         towards the back of truck, and that's not

16         what I want to do.

17   Q.    Okay.

18   A.    So for this situation, the dog's refusal,

19         okay, we understand this.  Let's keep moving.

20   Q.    We'll work on it another time?

21   A.    Yes, sir.

22   Q.    Okay.  56 seconds, playing now.

1       (Discussion held off the record.)

2   Q.  Okay.  And pausing it at one minute and nine

3       seconds.  For the record, as Riley and the

4       dog are walking along the side of the trailer

5       near the tires, the dog stops and turns back

6       towards the tires, correct?

7   A.  Yes, sir.

8   Q.  And then checks out the trailers, and -- or

9       checks out the tires.  And then Riley is

10      continuing to move down the trailer, right?

11  A.  Correct.

12  Q.  Would you say the dog showed interest in

13      that -- in the area around the tires?

14  A.  Showed interest around the tires, correct.

15      Yes.

16  Q.  He alerted, right?

17  A.  He showed interest around the tires.

18  Q.  Okay.  And what are the handlers trained to

19      do when the dog shows an interest?

20  A.  Allow the dog to investigate the area and see

21      what the dog's going to do.

22  Q.  Okay.  Did Riley allow the dog -- did Riley

1     prompt the dog to do anything other than

2     check the outside area of the tires?

3  A.  He allowed the dog to investigate.  And the

4     dog walked off on his own.

5  Q.  Okay.  But should Riley have told the dog to

6     go underneath the trailer at that point?

7  A.  He could have redirected him and cast him

8     under.

9  Q.  To make sure the whole area around that tire

10    is checked?

11 A.  Correct.

12 Q.  Right?

13 A.  Correct.

14 Q.  Okay.  And now you stopped Riley, I believe

15    it's you on the video?

16 A.  Correct.

17 Q.  Right?  And you're about to tell him to do

18    just that, aren't you?

19 A.  Because we've already seen an odor deficiency

20    with the dog.  So it does no good to allow

21    the dog just to keep leaving odor, because

22    now you're creating that -- you're actually

1         extincting the target odor away from the dog.

2    Q.   When say, we're seeing an odor deficiency in

3         the dog, what do you mean by that?

4    A.   The dog's walking target odor.

5    Q.   The dog would check it out, right?

6    A.   But he walked it.

7    Q.   He wasn't on the odor, was he?  He wasn't on

8         source, because Riley never got him there,

9         right?

10   A.   Yeah, but he showed a behavior change and was

11        willing to leave it.  So now he's not

12        obedient to the odor.  And the handler didn't

13        pull him or influence him away from that

14        area, the dog walked it on his own which

15        showed there was an issue with the odor and

16        the dog.

17   Q.   But Riley didn't get the dog to thoroughly

18        search the area where the dog showed

19        interest?

20   A.   Correct.  But the dog walked it on his own.

21   Q.   Okay.  Going back to one minute two seconds.

22        (Discussion held off the record.)

1    Q.   Can you tell which search that was, taking a

2         look at Exhibit 12, Page 469?

3    A.   Looks like -- looks like under the rear axle

4         semi-truck passenger side, which is number 8

5         based on what I'm looking at.

6    Q.   And it's a find, right?

7    A.   Yes, sir.

8    Q.   And what would you have -- how would you have

9         rated that?

10   A.   Trainer assist.

11   Q.   And under hide 7 and 8 it says, good reaction

12        in search of box truck.  Would you say that

13        was a good reaction on the dog's part?

14   A.   No, that's not even a box truck.  No, sir.

15   Q.   Okay.  Regardless of whether it's a box truck

16        or not, would you say that's a -- oh, I see.

17        Search 7 was of a box truck.  Search 8 was of

18        a semi-trailer, right?

19   A.   Correct.  Yes, sir.

20   Q.   So we're looking at search 8 here.

21   A.   Yes, sir.

22   Q.   And there's no description of search 8,

1        right?

2    A.   I don't understand what you mean.

3    Q.   There's no description in the comment section

4        of search 8?

5    A.   No, not labeled what just happened on the

6        video.

7    Q.   Yeah.  Not indicating that the dog walked the

8        odor --

9    A.   Correct.

10   Q.   -- or that Riley didn't, you know, cast the

11       dog underneath when he showed that interest,

12       right?

13   A.   Correct.

14   Q.   Okay.  Now, I'm going to show you 2819.

15   A.   Same form or different form?

16   Q.   No, this is a -- it's a different handler.

17   A.   Okay.

18   Q.   So don't worry about the form.

19   A.   All right.

20   Q.   Okay.  Same day, September 12th, 2017?  This

21       is the Ryder truck lot?

22   A.   Yes, sir.

1   Q.   Does that look like it?

2   A.   Yes, sir.

3   Q.   Based on what you see on the screen, USCP

4        2819.  It's three minute and fifty-seven

5        second video.  Do you remember -- without

6        looking at the video from this time, do you

7        remember what was going on with Billy the Lab

8        and Dantinne?

9            MS. SCINDIAN:  Billy the Mal?

10           MR. ALDERMAN:  Billy the Mal.

11  A.   Too many Billy's.

12  Q.   I know.  Do you remember?

13  A.   Yeah.

14  Q.   Tell me what was happening.

15  A.   The dog was just disinterested.  Didn't have

16       the drive or the intensity to want to work.

17  Q.   Okay.  And was that something that you

18       thought Dantinne was contributing to?

19  A.   No, sir.

20  Q.   So Dantinne was doing everything that

21       Dantinne could do to get the dog to -- to

22       help the dog have that drive?

1    A.    Yes, sir.

2    Q.    Starting at zero.

3          (Discussion held off the record.)

4    Q.    Okay.  Stopping at 44 seconds.  Now, Dantinne

5          for a few seconds there was attempting to get

6          Billy the Mal to do a high search on that --

7          on the driver's side door of this truck,

8          right?

9    A.    Yes, sir.

10   Q.    And you allowed him to do that, right?  You

11         let him go -- is that a yes?

12   A.    Yes, sir.

13   Q.    You allowed him to go back maybe two or three

14         times to try to get this high search?

15   A.    Yes, sir.

16   Q.    Why did you let Dantinne do that with Billy

17         the Mal, but you didn't get Riley to do that

18         with Billy the Lab?

19   A.    Because the back of a semi-truck is no place

20         for the dog to put their paws.  In this here

21         I have an opportunity, I have a place for the

22         dog to put his paws on the steps to go up.

1        On the back of the truck, there's nothing

2        there.  So it makes it more difficult for the

3        dog to go up versus here I have the steps

4        where the dog can actually put his paws up on

5        the steps to try to search it.

6   Q.   Okay.  Now, with Billy the Lab, was there a

7        medical reason why the dog had lost interest

8        or was losing interest in the search?

9   A.   Losing interest in the search?

10  Q.   Yeah.

11  A.   Not that I believe.

12  Q.   Was there a medical reason that that dog

13       failed out of the program?

14  A.   A medical reason why he failed the program?

15  Q.   Yeah.

16  A.   No, sir.

17  Q.   Okay.  Billy the Lab?

18  A.   Billy the Lab.

19  Q.   Okay.  Riley's dog?

20  A.   Correct.

21  Q.   Okay.  All right.  Playing again at 44

22       seconds.

1       (Discussion held off the record.)

2  Q.  Now, at about two minutes and five seconds

3      you take the dog from Dantinne?

4  A.  Yes.

5  Q.  Why did you do that?

6  A.  See if I can get anything else out of the

7      dog.  Because the handler as making -- was

8      actually trying to keep the dog focused to

9      get the work in.  Just wanted to see if I can

10     change it up, to get a better response from

11     the dog, a better response from the dog.

12  Q.  Was a different pace that you were using?

13  A.  Different pace, different tone of voice with

14     the dog.

15  Q.  Okay.  And playing from two minutes eight

16     seconds.

17     (Discussion held off the record.)

18  Q.  And what did you see with your approach in

19     the dog?

20  A.  I didn't see a whole lot of big difference,

21     to be honest with you.  Just picked up the

22     pace -- and, again, I know where the aid's

1         at.

2   Q.   Yeah.

3   A.   So I know that I don't have to worry about

4         anything. He didn't go up for me on either

5         side of the truck, on either side I tried to

6         get him up. With the investigative stuff I

7         gave him the opportunity but for the most, he

8         was disinterested.

9   Q.   Okay. So you don't see a difference between

10         your -- in the results between your approach

11         and Dantinne's approach?

12   A.   Not much, no.

13         (Exhibit 13 was marked for identification and

14         is attached to the transcript.)

15   Q.   All right. Mr. Hill, you've been given

16         Exhibit 13. This is USCP 838 to 839.

17   A.   Yes, sir.

18   Q.   This is a September 25th, 2017 EOD Canine

19         Training Form for Zborai, handler 5. Taking

20         a look at the second page, do you see any

21         mention of your being present for this?

22   A.   I got my signature block on the back, yes,

1         sir.

2    Q.   Yeah.  Because you're CK Hill, exactly.  So

3         you drafted this report?

4    A.   Yes, sir.

5    Q.   Right?  And so taking a look -- there's no

6         video to my knowledge from this day, so all

7         we have to do is go on the training report.

8         This is from September 25th and the location

9         was at EXT Botanical Gardens?

10   A.   Yes, sir.

11   Q.   What does that mean?  Exterior of the

12        Botanical Gardens, is that what that means?

13   A.   Yes, sir.

14   Q.   And first street Rayburn Garage, first street

15        entrance or what is that?

16   A.   First Street entrance of the Rayburn Garage.

17   Q.   Okay.

18   A.   And I would say that Phelps did the form and

19        not me.

20   Q.   Why would you say that?

21   A.   Because he put Trainer Hill down.

22   Q.   Phelps did the form and not you.  Why?  Oh,

1       because it says -- it talk about you in the

2       third person?

3   A.  Correct.  Yes, sir.

4   Q.  Do you know why Sergeant Phelps didn't sign

5       the form?

6   A.  I don't know, sir.

7   Q.  Do you know why Phelps would write it but

8       have your name first?

9   A.  I don't know, sir.

10  Q.  Okay.  Looking at the description for hide

11      number 1 it says, no NPR's.  Handler and K9

12      performed -- performing well.  Then it says,

13      trainer assisted team for final response.  Do

14      you remember what assistance was given to

15      Zborai and Pope --

16  A.  I don't --

17  Q.  -- for this one?

18  A.  I don't know, sir.

19  Q.  And then it says K9 is marking during search,

20      what does -- what does that mean?

21  A.  He's an intact male so he started to mark on

22      every tree he gets to.

1    Q.    On every tree?

2    A.    Yeah, marking is a behavior that male intact

3          dogs exhibit when they're trying to mark a

4          covering dog's behavior.  Even though he was

5          giving the dog the opportunity to go to the

6          bathroom, every opportunity he gets he starts

7          to pee on everything.  So that's marking

8          behavior and not held against the handler.

9    Q.    Yeah.  Okay.  So you can make a distinction

10         between marking behavior and needing to go to

11         the bathroom behavior?

12   A.    Yes, sir.

13   Q.    And this was marking behavior?

14   A.    Based on what the training sheet said yes,

15         sir.

16   Q.    Okay.  You said he would mark on every tree?

17   A.    Well, fixed objects that are outside that the

18         dog gets to that other dogs typically mark on

19         when they go past that area.

20   Q.    What about on -- like this is under the ramp

21         to U.S. Botanical Gardens, is that still an

22         exterior area?

1    A.    Yes, sir.

2    Q.    All right.  Was he marking inside to your

3          recollection?

4    A.    I don't remember.

5    Q.    Okay.

6          (Exhibit 14 was marked for identification and

7          is attached to the transcript.)

8    Q.    All right.  Now, Mr. Hill, I'm giving you

9          what's been marked Hill-14.  This is

10         September 25th, 2017 EOD canine training form

11         goes from USCP 78 to 79.  And this one is for

12         Van Meter and can you tell me who you think

13         drafted this training form?

14   A.    I would assume that Phelps did this one,

15         also.

16   Q.    Because he did the one for Zborai?

17   A.    Yes, sir.

18   Q.    Okay.  And looking at the second search which

19         was the rear hatch seam on passenger side?

20   A.    Yes, sir.

21   Q.    Do you remember that particular search?

22   A.    No, I don't, to be honest with you.

1    Q.   Can you give us any details of what that

2         handler miss was based on your recollection?

3    A.   I don't remember.  I think I was running a

4         different exercise because we were split up.

5    Q.   Okay.  You don't think you were there for

6         that exercise?

7    A.   I was there.  But I was running the ramp at

8         Botanical Gardens and I think Phelps and them

9         were running the vehicle on the hatch --

10   Q.   Okay.

11   A.   -- because we split up because we've got

12        teams going different places.

13   Q.   Yeah.  And that's all I meant.  You weren't

14        physically present for Van Meter's search

15        number 2?

16   A.   Yes, sir.

17   Q.   Got it.  You can put that down.

18   A.   Okay.

19   Q.   You aware of any videos that were deleted, or

20        copied over, or anything like that?

21   A.   Not aware of.

22   Q.   When you say not aware of, you're not aware

1      of any videos being deleted?

2   A.  Yeah, not that I'm aware of, sir.

3   Q.  Okay.

4       (Exhibit 15 was marked for identification and

5       is attached to the transcript.)

6   Q.  I'm showing you what's been marked Hill-15.

7       This one goes from USCP 832 to 833.  And it

8       says September 27th, 2017 training form for

9       handler 5, Garrett Zborai.  Do you see your

10      signature on the second page?

11  A.  Yes, sir.

12  Q.  And do you recall the events of this day, is

13      that the Kelly's bus lot?

14  A.  I do.  I vaguely remember, yes, sir.

15  Q.  Okay.  And do you know why -- do you know if

16      Phelps was present that day?

17  A.  I'm not sure.

18  Q.  There's a notation and it's a highlighted.

19      It says, searches were videotaped, which were

20      reviewed for constructive criticism.  If the

21      report -- if you wrote that in the report,

22      then is it accurate that there were videos

1      from that day?

2            MS. SCINDIAN:   Objection.  Calls for

3      speculation.

4   A.   I would assume so, yes.

5   Q.   Okay.  And did you write this report?

6   A.   Yes, sir.

7   Q.   Okay.  Showing you video, this one marked

8      USCP 2929.  The date on this is October 11th,

9      2017.

10  A.   Okay.

11  Q.   October 11th, 2017.  Okay?

12  A.   Yes, sir.

13  Q.   Again, the video is USCP 2929.  Can you tell

14     where you are?

15  A.   It appears that we're at Capitol Auto off of

16     Beach Road.

17  Q.   Okay.  Do you remember --

18  A.   That's what it looks like.

19  Q.   The hide is on top of this boom crane?

20  A.   Yes.

21  Q.   Do you remember that hide?

22  A.   Yes, sir.

1    Q.    Were you present --

2    A.    Yes, sir.

3    Q.    -- for this training exercise with Zborai?

4    A.    Yes, sir.

5    Q.    Okay.  Playing from zero.  Well, let me ask

6          this, do you remember that -- do you remember

7          that Zborai didn't search the back of the

8          truck until being prompted to by the

9          trainers?

10   A.    Back of what truck?

11   Q.    This boom crane.

12   A.    To get the dog up high on the truck itself?

13   Q.    Yes.

14   A.    Yes.

15   Q.    You remember that?

16   A.    Yes, sir.

17   Q.    Okay.  Was that Zborai's fault?

18   A.    Was it his fault that he didn't get the dog

19         up to it?

20   Q.    Yes.

21   A.    Yes, sir.

22   Q.    Was he expected to make that find?

1          MS. SCINDIAN:  Objection.  Vague and

2      ambiguous.

3  Q.   In other words, was that like an exposure

4      exercise?

5  A.   Well, yes, it was, to get the dog up high on

6      the back of the truck, to see how the dog is

7      going to move by the handler.

8  Q.   In order to get that exposure, Garrett has to

9      do his job of getting the dog up?

10 A.   Right.  And the handler's going to know what

11     we're doing before we do it.  So it's not

12     like we say, we're going come high and make

13     sure the dog gets on the back of the truck.

14     It's up to the handler to interpret the

15     environment the way the dog was trained.

16 Q.   And Zborai failed to do that?

17 A.   He did not put the dog on the back of the

18     truck.

19 Q.   So is that a handler miss?

20 A.   I need to watch the video and see.  Well, is

21     the dog uncomfortable going up on the truck,

22     I don't remember that.  I remember us having

1        to prompt him to put the dog up.  But I don't

2        know initially was the dog intimidated to go

3        up on the truck.

4    Q.  If Zborai never prompts the dog to go up on

5        the truck, is that a handler miss?

6    A.  Correct.

7            MS. SCINDIAN:  Objection.  Lacks

8        foundation.  Calls for speculation.

9    Q.  Pulling up video 2838.  Going to fast

10       forward -- so this is -- the video itself is

11       from September 18th, 2017.

12   A.  Okay.

13   Q.  September 18th.

14   A.  Yes, sir.

15   Q.  Do you recognize it?  Again, it looks like

16       it's some kind of storage facility?

17   A.  I would have to look at it because we go to

18       different places that are very similar.

19   Q.  Okay.  I'm just going to play the first five

20       seconds.

21   A.  That's fine.

22       (Discussion held off the record.)

1    Q.    Okay.  Who is the handler and dog?

2    A.    I was looking at the environment trying to

3          figure out what the environment was.  I

4          thought that's what you wanted.

5    Q.    Where is the environment?

6    A.    It's AOC -- well, Senate furniture warehouse.

7    Q.    Okay.  Senate furniture warehouse?

8    A.    Correct.

9    Q.    Okay.  And I'll play it again and then ask

10         you.

11   A.    Sorry, I was looking at the environment.

12         (Discussion held off the record.)

13   Q.    And can you tell me who that handler and dog

14         are?

15   A.    Yes, Riley and it appears to be Billy the

16         Lab.

17   Q.    Was Billy the Lab -- what did you call Pope,

18         an un -- uncut or unmodified dog?

19   A.    Huh?  I don't remember that.

20   Q.    You said that Pope would mark because he was

21         a --

22   A.    Intact male.

1    Q.    Intact --

2    A.    Yes.  He wasn't neutered.

3    Q.    -- male.  Intact.  Was Billy the Lab

4          neutered?

5    A.    I don't know.  I don't know.

6    Q.    All right.  I'm going to fast forward to

7          about eight minutes.  And starting at seven

8          minutes forty seconds.

9          (Discussion held off the record.)

10   Q.    Okay.  Right about seven minutes fifty-five

11         seconds did Riley make a presentation the dog

12         couldn't see?

13   A.    Yes, sir.

14   Q.    Okay.  Continuing to play at seven minutes

15         and fifty-five -- I'm sorry, he made a

16         presentation that the dog couldn't see

17         because he was making a presentation, what,

18         above the dog?

19   A.    Go back before a little bit.  I don't know if

20         his hand was extended prior to getting to

21         that book shelf.  I didn't see it.

22   Q.    Starting again at 742.

1          (Discussion held off the record.)

2     A.   I can't tell whether his hand was out

3          extended prior to the dog getting there

4          because of the video.

5     Q.   Okay.  Okay.  Now, right about eight minutes

6          and seven seconds or so, Billy the Lab sits,

7          right?

8     A.   Correct.  Yes, sir.

9     Q.   And you've asked Riley -- I believe, is that

10         your voice?

11    A.   Yes, sir.

12    Q.   You asked him, what was the work?

13    A.   Correct.

14    Q.   Right?  Was that an indication that Riley

15         thought that the dog was giving a final

16         response and was about to reward the dog?

17              MS. SCINDIAN:  Objection.  Calls for

18         speculation.

19    A.   I would assume.

20    Q.   Okay.  Do you want to see it again?

21    A.   Mm-hmm.  Because of the color of the video,

22         it's hard to really see.

1    Q.   Starting again at 745.

2         (Discussion held off the record.)

3    Q.   So Riley has called this area as source,

4         right?

5    A.   Well, he said the dog worked the area.

6    Q.   Okay.  So you don't think that Riley thinks

7         the source is here?

8    A.   I don't think he -- well, he's saying that he

9         did not work the area.

10   Q.   Okay.

11   A.   So he's trying to provide an explanation as

12        to why he's doing what he's doing.

13   Q.   You saw it, though, why did the dog sit?

14   A.   He worked under the pallet to me.

15   Q.   What's that?

16   A.   He worked under the pallet before coming in

17        between the pallet or that box and the edge

18        of that bookshelf and then sat.

19   Q.   Riley lifted up on the chain --

20   A.   That's --

21   Q.   -- and then the dog sat?

22   A.   Lifted up on the chain?

1    Q.    On the -- on the -- yeah, well, the dog's got
2          a choke chain, right?
3    A.    Slip collar.
4    Q.    Slip collar.  And Riley lifted up on the
5          leash, therefore, restricting the collar,
6          right?
7              MS. SCINDIAN:  Objection.  Foundation.
8          Lack of foundation.
9    Q.    Take a look.  Starting at 755.
10         (Discussion held off the record.)
11   Q.    And ending at 803.  Did you see Riley lift up
12         on the --
13   A.    Pulling forward but not lifting directly up.
14         Trying to get the dog to go in between the
15         boxes.
16   Q.    I'm going to give you one more shot at this.
17   A.    Okay.  Look at the angle of the leash.  The
18         leash is not horizontal where it's going
19         straight up.  It's actually being pulled
20         where he's trying to get the dog to go in.
21   Q.    Starting at 755.
22         (Discussion held off the record.)

1  A.   Pulls forward, does the leash pressure to
2       condition a sit.  But he's not going straight
3       up with the leash.
4  Q.   That's fine.  The leash pressure conditioned
5       the sit?
6  A.   Yes.
7  Q.   Right?  And Riley didn't realize that, did
8       he?
9  A.   I don't -- I don't think at the time.
10          MS. SCINDIAN:  Objection.  Speculation.
11 Q.   Because Riley thinks that the dog is on odor,
12      is what he's telling you?
13 A.   Yes, sir.
14 Q.   Right?  Okay.  So that's a handler invoked
15      NPR, right?
16 A.   Well, handler induced.  What we call
17      inducted, handler induced NPR.
18 Q.   Okay.  Do you remember the day when Officer
19      Van Meter said that she was considering
20      quitting?  Were you there?
21 A.   Well, she had pulled me aside and discussed
22      with me.

1    Q.    Okay. When was that?

2    A.    I think it was -- don't quote me, it was like

3         a week before when she was removed from the

4         program.

5    Q.    What did she say?

6    A.    That she had concerns and that she was

7         contemplating removing herself from the

8         program, quitting.

9    Q.    What concerns did she express?

10    A.    She didn't.

11    Q.    What did she say specifically? You said --

12    A.    That --

13    Q.    What do you remember her saying to you?

14    A.    That she was concerned that she wasn't going

15         to make it and that she was thinking about

16         quitting.

17    Q.    What did you tell her?

18    A.    I told her, just hang in there. Keep doing

19         what you're doing.

20         (Exhibit 16 was marked for identification and

21         is attached to the transcript.)

22    Q.    Okay. Mr. Hill you've been given Hill

1          Exhibit 16.  This one is EOD Canine Training

2          form for Officer Van Meter, dated October

3          3rd, 2017.  Has the Bates Number USCP 90 and

4          91.  Can you tell me who drafted the language

5          in the comment section?

6     A.   It's kind of hard to read.

7     Q.   Yeah.

8     A.   I can't say for certain.  It's either myself

9          or Phelps.

10    Q.   Okay, let's see, I want to take a look at

11         the -- you see the big paragraph there, the

12         paragraph with three lines?  It's the biggest

13         paragraph in the section.

14    A.   Yes, sir.

15    Q.   Down at the bottom line it says, handler is

16         reminded to use the search command versus

17         Jayden here.  That language where it says

18         versus, is that what you would write?

19    A.   Yeah.

20    Q.   Okay.  Do you think you told her to use the

21         search command instead of saying, Jayden

22         here?

1    A.    Yes, sir.

2    Q.    And why did you tell her to do that?

3    A.    Because when she was doing her searches, she

4          would kind of say, Jayden here, Jayden here,

5          Jayden here and Jayden would walk over and

6          not do anything.  So as opposed to call him

7          Jayden, give him something to do once he gets

8          there.  Search.  I want you to check here.

9          But it's the repeated Jayden here, Jayden

10         here, Jayden here, as opposed to using the

11         search command.

12   Q.    Do you know whether just a couple of days

13         before she was told to say search instead of

14         Jayden here?

15   A.    A couple of days before she was?

16   Q.    Yes.  Within a week or so before October 3rd,

17         you agree that would be inconsistent

18         instruction, right?

19   A.    Not necessarily.

20   Q.    Okay.  Tell me why.

21   A.    Because, is there some times where I may call

22         the dog to come over here, then I give the

1    search command, get him to do something.

2    What happens is when you give guidance and

3    the handler relies solely on that is hey,

4    occasionally use the Jayden here search or

5    Jayden here, but then it becomes the

6    predominant thing that she uses on

7    everything.  Jayden here, Jayden here, Jayden

8    here, you're like stop.  Use it when you need

9    to get the dog's attention but give the

10   search which is the direction for the dog to

11   do something.  As opposed to constantly

12   saying, Jayden here, Jayden here, Jayden

13   here, Jayden here.

14   Q.  And was anyone else constantly given an

15       instruction like that, constantly saying

16       search, search, search, or you, know, dog

17       here, here, here?

18   A.  Not --

19           MS. SCINDIAN:  Objection.  Calls for

20       speculation and vague and ambiguous.

21   A.  More specific?

22   Q.  Can you remember anyone else doing -- doing

1    what you just described?

2  A.  Not specifically but some of the handlers you

3      have to remind them to either don't give the

4      search command or you need to give the search

5      command.  But it's always adapting to what

6      the dog does.  This goes back to reading the

7      dog.  If I call the dog's name and he comes

8      to me, I give him something to do, then I'm

9      fine.  I don't need to repeat it.  But after

10     repeating it, even if the dog is actually

11     giving me the behavior that I want but it

12     tells me that you're not paying attention to

13     the dog.

14  Q.  It sounded like the way that you were

15     describing it, that this was a problem with

16     Van Meter, specifically, that she would just

17     keep on repeating Jayden here, Jayden here,

18     Jayden here, Jayden here?  Is that what you

19     meant to say?  Or were you giving an example?

20  A.  Example.  No, I was giving an example.

21  Q.  So a hypothetical?  Or were you describing

22     what she used to do?

1    A.    There was times when that's what she would
2          do.
3    Q.    Okay.  Were there times where other handlers
4          did the same thing?
5    A.    Not necessarily, no.  Not like what she was
6          doing.  No.
7    Q.    Okay.  And so if she was doing that, you
8          would assume we'd see it in the videos?
9    A.    You would assume.
10             MR. ALDERMAN:  All right.  Take a couple
11         of minute break and hopefully we can wrap up.
12             THE WITNESS:  Okay.
13         (A recess was taken)
14         (Exhibit 17 was marked for identification and
15         is attached to the transcript.)
16   Q.    Okay.  Mr. Hill --
17   A.    Yes, sir.
18   Q.    -- Exhibit 17 goes from USCP 966 to 973.
19   A.    Yes, sir.
20   Q.    And is this -- were these part of the
21         orientation materials that were given to
22         handlers in Missy's class?

1    A.    Yes, sir.

2    Q.    All right.  Would you take a look at Page

3          969?

4    A.    Okay.

5    Q.    And at the bottom where it talks about

6          remediation --

7    A.    Yes, sir.

8    Q.    -- could you tell me what formal remediation

9          means?

10   A.    Formal remediation would be a form of actual

11         specific lecture instruction time for

12         remediation for a failure.

13   Q.    For a failure of what?

14   A.    A test, a written exam, or an exercise.

15   Q.    Okay.  So that could be additional training

16         hours for that person, scheduled structured

17         training?

18   A.    Yes, sir.

19   Q.    Okay.  All right.  And are you familiar with

20         the use of form 550?

21   A.    Yes, sir.

22   Q.    And what is a form 550 used for?

1    A.    General annotation of performance evaluation.

2    Q.    Okay.  And I think -- did you -- how many

3          times did you say you've been involved when a

4          handler was removed from a class?

5    A.    Twice.

6    Q.    Twice.  Van Meter and one back in 2008 or so?

7    A.    Yes, sir.

8    Q.    Right?  And in the one in 2008 or so do you

9          know if a form 550 was issued?

10   A.    I had no involvement with that, sir.

11   Q.    Do you know if Capitol Police practice is to

12         issue a form 550 before removing someone from

13         the training program?

14   A.    From the training program, I'm not aware.

15   Q.    You don't know either way?

16   A.    I don't.

17         MR. ALDERMAN:  That's all I have for

18         you.

19    CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANT

20   BY MS. SCINDIAN:

21   Q.    Mr. Hill, earlier in the deposition you were

22         asked about clear as you go, a clear as you

1       go approach to K9 detection.  Do you recall

2       that?

3   A.  Yes, ma'am.

4   Q.  Is clear as you go something that's used

5       for -- well, let me ask it this way, which

6       discipline, PBIED or EOD, uses the clear as

7       you go approach?

8   A.  The EOD.

9   Q.  Does PBIED use the clear as you go approach?

10  A.  No, ma'am.

11  Q.  You were also asked about a dog pawing and

12      biting as an indication of change of

13      behavior, do you recall that?

14  A.  Yes, ma'am.

15  Q.  As an initial matter, I want to clear this

16      up, does the trainer -- do the trainers allow

17      a dog to be rewarded for pawing and biting?

18  A.  No.

19  Q.  What do they allow a dog to be rewarded for?

20  A.  Sniffing the target odor.

21  Q.  And sniffing a target odor and then having

22      some sort of trained response.  Is that

1       correct?

2    A.    Yes, ma'am.

3    Q.    And the way that pawing and biting is treated

4          by the training staff, does that change

5          throughout the training, like depending on

6          where you are in the training?

7    A.    It does, yes.

8    Q.    Can you explain that?

9    A.    So initially we are transitioning from

10         teaching the dog or shaping the sit behavior

11         to the boxes, some of the dogs will exhibit

12         some type of frustration, you know, so when

13         you make a transition, they may paw the box

14         because they don't understand.  And then once

15         you start to get the shaped behavior, then

16         that behavior is eliminated and discouraged

17         from here on out, and it's not a change of

18         behavior that the handler should be looking

19         for because it can disrupt the device if the

20         dog's deployed.

21   Q.    So earlier in the training when you're

22         shaping the trained behavior, which is the

1          condition sit or the lie down or whatever it

2          is, correct?

3      A.   Yes, ma'am.

4      Q.   There may be dogs that paw and bite at the

5          source of the odor, correct?

6      A.   Yes, ma'am.

7      Q.   When you see that behavior later in the

8          training, once the imprinting process is no

9          longer going on but you're in environmental

10          searches, what does that behavior indicate?

11      A.   Frustration.

12      Q.   I want to direct your attention to Exhibit 9,

13          which is the August 22nd OEO Training Forms

14          for officer Van Meter.  Let me know when you

15          have that in front of you.

16      A.   Yes, ma'am.

17      Q.   Okay.  Looking at the second paragraph of

18          that document where it reads, if she

19          doesn't -- I can't read this.  Hold on.  If

20          she doesn't -- I wish I had my gasses with

21          me.  Can you see what that says?

22      A.   The second sentence?

1   Q.   Yeah.

2   A.   If she doesn't, this will hinder the K9 and

3        the teams from progressing.

4   Q.   And then the following sentence.

5   A.   Then a recommendation would be put forward to

6        the chain of command to remove her from the

7        training program.

8   Q.   Okay.  How do you interpret that statement?

9             MR. ALDERMAN:  Objection.  Foundation.

10  Q.   Go ahead.

11  A.   That if she doesn't continue or she doesn't

12       start to change, that there's a chance she'll

13       be removed from the program.

14  Q.   Do you consider it to be a threat?

15  A.   I don't, no.

16  Q.   Okay.  And you were also asked about the

17       first sentence of the second paragraph, where

18       it says, handler was advised of her

19       performance with the mechanics of working the

20       K9 and she needs to improve.  I believe you

21       testified that the -- what she was advised of

22       was her leash handling, getting dog to box,

1        properly conditioning -- properly

2        conditioning the dog to sit, and giving the

3        reward in a timely manner.  Is that correct?

4   A.   Yes, ma'am.

5   Q.   Okay.  Why did you understand this sentence

6        to be connected to these issues that you

7        described?

8   A.   The performance issues with the mechanics is

9        because that's what she was lacking of doing.

10       She wasn't exhibiting what we were looking

11       for in reference to progress with the leash

12       handling, the approach of the box, the

13       indication of the box, the rewarding process

14       and sequence itself.

15  Q.   Okay.  And that's what you recall from her

16       earlier weeks of training up to and including

17       August 22nd, 2017?

18  A.   Yes, ma'am.

19  Q.   Okay.  I want to ask you about a video that

20       Mr. Alderman pulled up on the screen.  It was

21       USCP 2929 and it showed a boom truck and

22       Officer Zborai.  Do you recall that?

1    A.   Yes, ma'am.

2    Q.   Okay.  And you were asked a bunch of

3         questions about Officer Zborai's search that

4         day.  But I want to clarify, did you actually

5         get to watch the video?

6    A.   No, ma'am.

7    Q.   Do you recall specifically anything about his

8         search that day?

9    A.   I would have to watch the video to but for

10        the most part, yes.

11   Q.   For the most part you do recall or you don't

12        recall?

13   A.   I do recall.

14   Q.   Okay.  What do you recall?

15   A.   Just that he didn't put the dog up on top of

16        the truck.

17   Q.   Okay.  And do you recall whether that was --

18        that the dog hesitated to go up on the truck

19        or was there a reason for him not putting the

20        dog on the truck?

21   A.   I don't remember, ma'am.

22   Q.   Based on what you recall about that search,

1        could you definitively state whether or not

2        this was a handler miss or a handler error?

3   A.   No, ma'am.  Not without watching the video.

4        MS. SCINDIAN:  No further questions.

5   REDIRECT EXAMINATION BY COUNSEL FOR THE PLAINTIFF

6   BY MR. ALDERMAN:

7   Q.   Okay.  Referring to the pawing question, you

8        said after the imprinting phase pawing means

9        frustration?

10  A.   It can trigger frustration, yes.

11  Q.   Okay.  It doesn't always mean frustration,

12       right?

13  A.   The pawing, not always.

14  Q.   Okay.  It can be -- it can be the dog's

15       change of behavior to a trained odor, right?

16  A.   No.

17  Q.   It's not the one that you want but it can be

18       that, right?

19  A.   It's a -- it's a change, but it's

20       unacceptable and undesirable.

21  Q.   Right.  It could be a continuation, what you

22       said the pawing that occurs during the

1          imprinting phase, it could be that that error

2          just hasn't been fixed yet, right?

3     A.   Correct.

4     Q.   Okay.  And did you discuss your deposition

5          testimony with anyone on any breaks today?

6               MS. SCINDIAN:  Objection.

7          Attorney/client privilege.  Don't answer the

8          question.

9               MR. ALDERMAN:  Okay.  That's all I have.

10              (The Deposition was concluded at 6:33

11         p.m.)

12

13

14

15

16

17

18

19

20

21

22

```
1        CERTIFICATE OF REPORTER - NOTARY PUBLIC

2        I, Stefanie Towns, the officer before whom the

3   foregoing deposition was taken, do hereby certify

4   that the foregoing transcript is a true and correct

5   record of the testimony given; that said testimony

6   was taken by me and thereafter reduced to

7   typewriting under my direction; that reading and

8   signing was requested; and that I am neither

9   counsel for, related to, nor employed by any of the

10  parties to this case and have no interest,

11  financial or otherwise, in its outcome.

12       IN WITNESS WHEREOF, I have hereunto set my

13  hand and affixed my notarial seal this 25th day of

14  December 2022.

15  My Commission Expires:

16

17

18

19  _____

20  Stefanie Towns

21

22
```