| Invoice No. | USCP0VW-0003RR |
|---|---|
| Division | Vapor Wake ® |

# VWK9, LLC dba Vapor Wake

1791 OG Skinner Drive
West Point, GA 31833

**Customer**

| | |
|---|---|
| Name | United States Capitol Police |
| Address | Office of Procurement |
| | 119 D Street NE |
| | Washington, D.C. 20510 |
| Attention: | Gail DelRose - Senior Contract Specialist |
| Email: | gail.delrose@uscp.gov |

**Administrative**

| | |
|---|---|
| Date | 09/14/2017 |
| Prime Contract | |
| Subcontract | |
| Order No. | QAU OSB201500004 |
| Rep | John Pearce |
| Terms | NET 30 |

| Item | Qty | Description | Unit Price | TOTAL |
|---|---|---|---|---|
| 1 | 3.00 | Untrained PBIEDs | $ 11,340.00 | $ 34,020.00 |
| | | K9 Rocket #75284 (no charge due to K9 returns - K9 Tania returned and received K9 Drake. K9 Drake returned and received K9 Rocket) | | |
| | | K9 Jayden #38338 | | |
| | | K9 Billy #95696 | | |
| | | K9 Toby #92205 | | |
| 2 | 4.00 | Untrained Detector Dog | $ 7,875.00 | $ 31,500.00 |
| | | K9 Pope #90896 | | |
| | | K9 Billy #87274 | | |
| | | K9 Reno #E9CD3 | | |
| | | ~~K9 Queen #91702~~ Returned | | |
| | | K9 Cooper #72577 | | |
| | | ~~K9 Bliss #72577~~ Returned | | |
| | | | Subtotal | $ 65,520.00 |
| | | | TOTAL | $ 65,520.00 |

**REMIT TO**

| | |
|---|---|
| Comments | EFT to Account Listed |
| Bank Name | BBVA Compass Bank |
| | 101 S. College Street |
| | Auburn, AL 36830 |
| Routing # | 062001186 |
| Account # | 675051963 |

For concerns regarding this invoice please contact:
Kristin Rogers
Assistance Controller
1 (706) 501-6400
krogers@amk9.com

Please EFT to the Bank info. listed or send payment to:
VWK9 LLC DBA Vapor Wake
1791 O.G. Skinner Dr., Suite A
West Point, GA 31833
TIN # 81-4944587

**Van Meter v. USCP**   **USCP004079**