

# Transcript of Mauricia Van Meter

**Date:** November 16, 2022
**Case:** Van Meter -v- United States Capitol Police

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1   IN THE UNITED STATES DISTRICT COURT
            ` FOR THE DISTRICT OF COLUMBIA
2   - - - - - - - - -      X
    MAURICIA VAN METER      X
3                           X
        Plaintiff           X
4                           X
                            X
5            V.             X    Case No:  18-0476(JMC)
                            X
6                           X
    UNITED STATES CAPITOL   X
7   POLICE                  X
                            X
8       Defendant           X
                            X
9   - - - - - - - - -

10              Deposition of MAURICIA VAN METER

11

12              Wednesday, November 16, 2022

13                      10:38 a.m.

14

15

16

17

18

19

20      Job No.:  470704

21      Pages:  1 - 388

22      Reported By:  Michael Antonio Rodriquez

1          Deposition of MAURICIA VAN METER, held at:

2

3

4          United States Capitol Police

5          Office of Employment Counsel

6          499 South Capital Street, S.W.

7          Suite 820.

8          Washington, DC 20003.

9          Telephone:  202-593-3336

10

11         VIDEOGRAPHER:  MAWIRA NYAMETE

12

13

14

15

16

17

18         Pursuant to notice, before Michael

19   A. Rodriquez, Notary Public in and for the District

20   of Columbia.

21

22

```
1    A P P E A R A N C E S

2

3              ON BEHALF OF THE PLAINTIFF, MAURICIA VAN

4    METER:

5

6              LES ALDERMAN, ESQUIRE

7              Alderman, Devorsetz & Hora PLLC

8              1025 Connecticut Avenue, NW

9              Suite 615

10             Washington, DC 20036

11             Telephone:  202-969-8220

12

13

14             ON BEHALF OF THE DEFENDANT, UNITED STATES

15   CAPITOL POLICE:

16

17             KELLY SCINDIAN, ESQUIRE

18             U.S. Capitol Police

19             Office of the General Counsel

20             119 D Street, Northeast

21             Washington, DD 20510

22             Telephone:  202-593-3619
```

1                E X H I B I T S

2        Exhibit            Description              Page

3          1        Document                        12

4          2        E-mail                          19

5          3        E-mail                          21

6          4        Schedule                        24

7          5        EOD K-9 Training Form           94

8          6        Document                       147

9          7        Wish List                      151

10         8        Text Message                   336

11         9        Document                       338

12        10        E-mail                         343

13        11        E-mail                         345

14        12        E-mail                         347

15        13        E-mail                         350

16        15        Document                       370

17

18

19

20

21

22

1                        C O N T E N T S

2        WITNESS:  MAURICIA VAN METER

3

4        EXAMINATION ON BEHALF OF THE DEFENDANT:
         BY ATTORNEY SCINDIAN:                       7
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
1    (P-R-O-C-E-E-D-I-N-G-S)

2                    (WHEREUPON, the proceedings          10:38:05

3    commenced at 10:38 a.m.)                             10:38:06

4            THE VIDEOGRAPHER:  Here begins Media No.     10:39:02

5    1 in the videotape deposition of Mauricia            10:39:23

6    Van Meter in the matter of Mauricia Van Meter        10:39:27

7    versus United States Capitol Police in the United    10:39:31

8    States District Court for the District of            10:39:34

9    Columbia, Case No. 80476 JMC.                        10:39:36

10           Today's date is November 16, 2022.           10:39:42

11           The time on the video monitor is             10:39:45

12   10:39 a.m.                                           10:39:48

13           The videographer today is Mawira Nyamete,    10:39:49

14   representing Planet Depos.  The video deposition     10:39:53

15   is taking place at 499 South Capitol Street          10:39:54

16   Southwest, Suite 820, Washington, D.C. 20003.        10:39:59

17           Would counsel please voice-identify          10:40:04

18   themselves and state whom they represent.            10:40:07

19           ATTORNEY ALDERMAN:  Good morning --          10:40:10

20           (Simultaneous conversation.)                 10:40:10

21           ATTORNEY SCINDIAN:  Good morning.  My        10:40:10

22   name is Kelly Scindian.  I represent United          10:40:11
```

1   States Capitol Police.                                   10:40:16

2          ATTORNEY ALDERMAN:  -- and my name is             10:40:16

3   Leslie David Alderman, the Third.  I go by Les.          10:40:18

4          And I represent the plaintiff,                    10:40:23

5   Mauricia Van Meter.                                      10:40:26

6          THE VIDEOGRAPHER:  The court reporter             10:40:30

7   today is Michael Antonio Rodriquez representing          10:40:31

8   Planet Depos.                                            10:40:34

9          Will the reporter please swear in the            10:40:35

10  witness.                                                 10:40:37

11         (WHEREUPON,                                       10:40:37

12             MAURICIA VAN METER,                           10:40:37

13  after having been first duly sworn or affirmed           10:40:37

14  under the penalty of perjury to testify to the           10:40:37

15  truth, the whole truth, and nothing but the              10:40:37

16  truth, was examined and testified as follows:)           10:40:53

17         THE COURT REPORTER:  You may begin,               10:40:53

18  ma'am.                                                   10:40:55

19         ATTORNEY SCINDIAN:  Thank you.                    10:40:56

20    EXAMINATION BY COUNSEL FOR THE DEFENDANT:              10:40:56

21  BY ATTORNEY SCINDIAN:                                    10:40:56

22     Q.  Officer Van Meter --                              10:40:57

1          (Simultaneous conversation.)                    10:41:00

2     A.   Yes.                                             10:41:00

3     Q.   -- have you ben deposed before?                 10:41:00

4     A.   No.                                              10:41:02

5     Q.   Um, the purpose of this deposition is to        10:41:03

6  get the best recollection of the events that are        10:41:07

7  the subject of this case.                                10:41:10

8          So, to the extent possible, just provide        10:41:12

9  me with your best recollection.  It's fine if you        10:41:15

10  don't recall.  It's been five years, so I              10:41:18

11  understand if you say "I do not recall."               10:41:21

12          However, you want to answer every              10:41:23

13  question fully and truthfully.  So, saying I do        10:41:26

14  not recall if you actually do recall would not be      10:41:28

15  answering fully and truthfully.                         10:41:32

16          Do you understand that?                        10:41:35

17     A.   I do understand that.                          10:41:35

18     Q.   You've been sworn under oath which,            10:41:37

19  again, means you must testify fully and                10:41:40

20  truthfully.                                             10:41:43

21          Do you understand that?                        10:41:44

22     A.   I do understand that.                          10:41:44

1      Q.  Um, your counsel may object to some of          10:41:45

2   the questions I ask.  Unless your counsel              10:41:49

3   specifically instructs you to answer -- for            10:41:52

4   example, if I were to ask you something about          10:41:55

5   your communications with counsel regarding this        10:41:57

6   litigation, and he objects and says, "do not           10:42:00

7   answer," you otherwise have to answer the              10:42:04

8   question.                                              10:42:07

9           Do you understand that?                        10:42:07

10     A.  I do understand that.                           10:42:08

11     Q.  For the clarity of the record, we have a        10:42:09

12  court reporter here.  We also have a                   10:42:11

13  videographer, but it's very important that the         10:42:14

14  record itself be clear and that both my words and      10:42:16

15  your words are recorded as part of this                10:42:19

16  deposition.  Um, and so, to make that easier for       10:42:22

17  both the court reporter and the videographer, you      10:42:25

18  should allow me to ask my questions fully, even        10:42:29

19  if you think you know where I'm going with the         10:42:32

20  question, before you respond.                          10:42:35

21          Do you understand that?                        10:42:36

22     A.  I do understand that.                           10:42:37

1    Q.  If for any reason I ask a question that,          10:42:38

2    um, is unclear or you don't understand what it is      10:42:41

3    that I'm asking, please feel free to ask me to         10:42:44

4    repeat it or to otherwise clarify it.                  10:42:47

5         Again, the importance here is that the            10:42:52

6    record is as clear as possible, and if you answer      10:42:54

7    the question, the assumption will be that you          10:42:56

8    understood the question.                               10:42:58

9         Do you understand that?                           10:42:59

10   A.  I do understand that.                              10:43:00

11   Q.  Okay.                                              10:43:01

12        And right now you are doing a great job           10:43:02

13   of providing audible answers and not simply            10:43:04

14   "uhm-hmm" or "huh-uh."                                 10:43:09

15        For purpose again of clarity of the               10:43:10

16   record, please continue to provide audible             10:43:12

17   answers, such as yes or no.  I do understand, et       10:43:15

18   cetera.                                                10:43:15

19        Do you understand that?                           10:43:19

20   A.  I do understand that.                              10:43:20

21   Q.  Okay.  Great.                                      10:43:21

22        If at any point you need a break, please          10:43:24

| | | |
|---|---|---|
| 1 | let me know.  And I'll be happy to accommodate | 10:43:27 |
| 2 | you, as long as there is not a question pending. | 10:43:30 |
| 3 | If there is a question pending, you | 10:43:34 |
| 4 | should answer the question first, and then we can | 10:43:35 |
| 5 | proceed to a break. | 10:43:38 |
| 6 | Just so you know, my general practice is | 10:43:39 |
| 7 | about every hour to take about a five-minute | 10:43:43 |
| 8 | break or so.  But if you need a break between | 10:43:46 |
| 9 | that time, just let me know. | 10:43:48 |
| 10 | Do you understand that? | 10:43:50 |
| 11 | A.  I do understand that. | 10:43:51 |
| 12 | Q.  Okay. | 10:43:53 |
| 13 | Is there any reason you cannot provide | 10:43:53 |
| 14 | truthful testimony today?  For example, are you | 10:43:58 |
| 15 | impaired by any medical -- by any medicines or | 10:44:02 |
| 16 | anything else that would prevent you from | 10:44:05 |
| 17 | providing truthful answers to my questions today? | 10:44:08 |
| 18 | A.  No. | 10:44:12 |
| 19 | Q.  How did you first become aware of the | 10:44:22 |
| 20 | vacancy in the K-9-unit? | 10:44:28 |
| 21 | A.  That would be through the website, police | 10:44:31 |
| 22 | net, stated that there was a K-9 vacancy | 10:44:37 |

| | | |
|---|---|---|
| 1 | announcement. | 10:44:45 |
| 2 | Q.  And do you recall when you applied for | 10:44:45 |
| 3 | that announcement? | 10:44:51 |
| 4 | A.  I cannot recall the date. | 10:44:52 |
| 5 | Q.  Do you remember if it was around February | 10:44:53 |
| 6 | of 2016? | 10:44:56 |
| 7 | A.  That sounds -- that sounds -- I really | 10:44:57 |
| 8 | don't know the date.  I really don't. | 10:45:04 |
| 9 | Q.  I'm handing you what will be marked | 10:45:07 |
| 10 | Plaintiff's Exhibit 1. | 10:45:47 |
| 11 | Please take a moment to look at | 10:45:51 |
| 12 | Plaintiff's Exhibit 1, and let me know when you | 10:45:54 |
| 13 | are ready to go. | 10:45:57 |
| 14 | And for the record, Plaintiff's Exhibit 1 | 10:46:05 |
| 15 | is Bates labeled USCP 00952 through USCP 00959? | 10:46:07 |
| 16 | ATTORNEY ALDERMAN:  Just for | 10:46:18 |
| 17 | clarification, I've got 953 as the first page. | 10:46:20 |
| 18 | ATTORNEY SCINDIAN:  I'm sorry, I can't | 10:46:24 |
| 19 | read. | 10:46:26 |
| 20 | That is correct.  USCP 95 -- 00953 to | 10:46:28 |
| 21 | USCP 00959. | 10:46:31 |
| 22 | BY ATTORNEY SCINDIAN: | 10:46:32 |

1    Q.  Okay.  Officer Van Meter, do you                10:46:40

2    recognize this document?                            10:46:41

3    A.  Yes, ma'am.                                     10:46:42

4    Q.  And what is this document?                      10:46:43

5    A.  It is -- it appears to be the job vacancy       10:46:47

6    announcement for the K-9 technician.                10:46:52

7    Q.  Okay.                                           10:46:55

8        And when you look under -- on the first         10:46:55

9    page, which is USCP 00953, it says "open period."   10:46:58

10       Do you see that?                                10:47:04

11   A.  I do see that.                                  10:47:04

12   Q.  And it indicates the open period is from        10:47:05

13   February 18, 2016, to March 9, 2016, correct?       10:47:10

14   A.  That is correct.                                10:47:13

15   Q.  And would it have been between that time        10:47:14

16   frame in which you had applied for the position     10:47:17

17   for the K-9-unit?                                   10:47:19

18   A.  Yes.                                            10:47:20

19   Q.  Was this the first time you applied for         10:47:23

20   the K-9 program?                                    10:47:29

21   A.  No.                                             10:47:30

22   Q.  When did you previously apply?                  10:47:30

1    A.  I don't recall the date.  Um, if my          10:47:33

2    memory serves me correct, it would be the one     10:47:38

3    before this.  I don't know when that vacancy date  10:47:42

4    was.                                               10:47:46

5        Q.  Okay.                                      10:47:46

6            Do you recall if it was a year or more     10:47:47

7    before?                                            10:47:49

8        A.  I believe it was, but, again, I don't      10:47:51

9    know for sure.                                     10:47:54

10       Q.  Okay.  Um, do you believe it was a         10:47:56

11   year -- let me say it this way.                    10:48:01

12           Do you believe it was more than five       10:48:04

13   years before you applied for this vacancy?         10:48:06

14       A.  Are you asking me if it was within a       10:48:09

15   five-year timeframe from this one?                 10:48:13

16       Q.  Well, first, was it more than five years   10:48:15

17   before the vacancy announcement that you applied   10:48:21

18   for?                                               10:48:23

19       A.  I don't believe so --                      10:48:23

20           (Simultaneous conversation.)               10:48:24

21       Q.  Okay.                                       10:48:24

22       A.  -- but, again, I don't know the actual     10:48:24

1    time that the other announcement --                    10:48:28

2          (Simultaneous conversation.)                     10:48:31

3    Q.  Okay.                                               10:48:31

4    A.  -- was --                                           10:48:31

5          (Simultaneous conversation.)                     10:48:32

6    Q.  Do you believe it was less than a year             10:48:32

7    between the time you applied for this position?         10:48:34

8    A.  I believe it was more than that.                   10:48:36

9    Q.  Okay.                                               10:48:38

10         So you believe it was sometime between            10:48:38

11   the one- and five-year mark?                            10:48:40

12   A.  That would be correct.                             10:48:43

13   Q.  Okay.                                               10:49:05

14         Do you recall who was in charge of K-9            10:49:06

15   supervising -- I'm sorry -- K-9                         10:49:11

16   training supervisor at the time that you applied        10:49:13

17   for the position previously, not in 2016?              10:49:15

18   A.  Before this one, I believe it was                  10:49:19

19   Charles Abernathy.                                     10:49:22

20   Q.  And you'd had communications with Mr. --           10:49:23

21   was it Mr. Abernathy, Sergeant Abernathy,               10:49:30

22   or Officer Abernathy?                                   10:49:35

1    A.   Sergeant Abernathy.                          10:49:36

2    Q.   Um, prior to applying for the position,      10:49:38

3  had you had communication with Sergeant Abernathy   10:49:42

4  for the position?                                   10:49:45

5    A.   Yes.                                          10:49:46

6    Q.   And this was before the 2016 application.    10:49:46

7  This was the prior application we are talked         10:49:50

8  about, correct?                                      10:49:52

9    A.   Correct.                                      10:49:52

10   Q.   And what was the nature of the nature --      10:49:52

11 with -- Mr. -- I'm sorry, Sergeant Abernathy         10:49:56

12 before that application?                             10:49:59

13   A.   Before that application, um, what K-9         10:50:01

14 entailed.  And somewhere in that timeframe,          10:50:12

15 again, it's been five years, I don't recall the      10:50:16

16 time.  I was working at the range, and so there      10:50:21

17 were times that the range was closed, and I asked    10:50:26

18 if I could see K-9 training, which I spent a week    10:50:30

19 down there.                                          10:50:38

20      Um, additionally, there were times that         10:50:40

21 they asked me if I would be interested in being      10:50:42

22 vapor -- otherwise known as PBIED decoy, which I     10:50:50

| | | |
|---|---|---|
| 1 | did. | 10:50:55 |
| 2 | Q.  Okay. | 10:50:55 |
| 3 | And you sent -- you spent a week down at | 10:50:55 |
| 4 | K-9 training at one point, correct? | 10:50:58 |
| 5 | A.  That is correct. | 10:51:00 |
| 6 | Q.  Were you observing the training classes | 10:51:00 |
| 7 | that were happening during that period?  What was | 10:51:03 |
| 8 | it that you were doing? | 10:51:05 |
| 9 | A.  I was -- I was observing experienced | 10:51:07 |
| 10 | handlers going through training with new dogs. | 10:51:13 |
| 11 | Q.  And did Sergeant Abernathy appear to be, | 10:51:17 |
| 12 | um, open to you, um, observing the K-9 training | 10:51:28 |
| 13 | experience?  Was he encouraging to that? | 10:51:31 |
| 14 | A.  I wouldn't say encouraging. | 10:51:35 |
| 15 | The answer was just, yes, if you have | 10:51:39 |
| 16 | time, you know.  And your officials are okay with | 10:51:41 |
| 17 | it, yes.  You can come down and observe. | 10:51:46 |
| 18 | Q.  Okay. | 10:51:54 |
| 19 | And what happened to your first | 10:51:56 |
| 20 | application to K-9 training? | 10:51:59 |
| 21 | A.  I wasn't chosen. | 10:52:01 |
| 22 | Q.  As far as your 2016 application to K-9 | 10:52:11 |

| | | |
|---|---|---|
| 1 | training, what did the selection process consist | 10:52:15 |
| 2 | of? | 10:52:17 |
| 3 | A.  From what I was told, they did a | 10:52:18 |
| 4 | background as far as my jacket, um, which is the | 10:52:22 |
| 5 | employee jacket. | 10:52:27 |
| 6 | We had the physical agility portion, | 10:52:29 |
| 7 | which is stated here in the vacancy announcement. | 10:52:33 |
| 8 | I believe that was all that it entailed. | 10:52:37 |
| 9 | Q.  Do you recall having an interview panel? | 10:52:40 |
| 10 | A.  I apologize.  Yes, you are correct. | 10:52:42 |
| 11 | There was an interview panel. | 10:52:44 |
| 12 | Q.  Do you remember who was on your interview | 10:52:46 |
| 13 | panel? | 10:52:49 |
| 14 | A.  What is her name?  I know Sergeant Phelps | 10:52:50 |
| 15 | was there.  There was another sergeant. | 10:52:59 |
| 16 | Q.  Was the sergeant male or female? | 10:53:04 |
| 17 | A.  She was female. | 10:53:07 |
| 18 | Q.  Was it Sergeant Julianne Jeffers? | 10:53:08 |
| 19 | A.  That would be it.  Thank you. | 10:53:13 |
| 20 | Q.  And do you recall any other sergeants or | 10:53:15 |
| 21 | lieutenants or other officials? | 10:53:19 |
| 22 | A.  I don't recall. | 10:53:23 |

| | | |
|---|---|---|
| 1 | Q.  Okay. | 10:53:24 |
| 2 | Do you recall whether Sergeant | 10:53:25 |
| 3 | Juan Cobbin was on your interview panel? | 10:53:28 |
| 4 | A.  I don't recall. | 10:53:31 |
| 5 | Q.  Once you completed the selection process, | 10:53:37 |
| 6 | were you ever informed of your ranking in the | 10:53:39 |
| 7 | process? | 10:53:43 |
| 8 | A.  There was -- I believe there was a list | 10:53:47 |
| 9 | of where we ranked. | 10:53:57 |
| 10 | Q.  Do you remember how you got that list? | 10:54:00 |
| 11 | A.  I do not remember how I got that list. | 10:54:04 |
| 12 | Q.  Do you recall where you ranked? | 10:54:08 |
| 13 | A.  I do not know what number I ranked. | 10:54:12 |
| 14 | Q.  When did you ultimately learn that you | 10:54:18 |
| 15 | had been selected to be a K-9 handler? | 10:54:20 |
| 16 | A.  When I received an e-mail stating that I | 10:54:26 |
| 17 | had been selected. | 10:54:29 |
| 18 | Q.  Do you recall who the e-mail was from? | 10:54:31 |
| 19 | A.  No, I do not. | 10:54:35 |
| 20 | (THEREUPON, Exhibit 2 was marked by the | 10:55:14 |
| 21 | court reporter.) | 10:55:14 |
| 22 | BY ATTORNEY SCINDIAN: | 10:55:14 |

1      Q.   I have handed you what has been marked          10:55:15

2   Van Meter Exhibit 2 -- or Plaintiff's Exhibit 2.        10:55:18

3          Do you recognize this document?                  10:55:23

4      A.   Yes.                                            10:55:25

5      Q.   And what is this document?                      10:55:25

6      A.   This is the acceptance e-mail sent from         10:55:27

7   Inspector Belknap.                                      10:55:40

8      Q.   And what is this e-mail informing you of?       10:55:41

9      A.   That the command directed reassignment          10:55:46

10  will take place July 29, 2017.                          10:55:50

11     Q.   Okay.                                           10:55:55

12         And when was it that you were informed           10:55:55

13  that you had been selected as a K-9 handler?            10:55:59

14     A.   I believe it was this date, May 10th,           10:56:06

15  2017.  I don't recall being told before then.           10:56:12

16     Q.   Okay.                                           10:56:15

17         But you have no reason to believe that           10:56:15

18  the May 10th, 2017, date is not the date that you       10:56:18

19  were informed?                                          10:56:22

20     A.   I'm sorry.  Try that one more time.             10:56:22

21     Q.   Sure.                                           10:56:25

22         You have no reason to disbelieve this            10:56:26

| | |
|---|---|
| 1 | date, May 10th, 2017? | 10:56:28 |
| 2 | A.  I have no reason to disbelieve. | 10:56:30 |
| 3 | Q.  Now, at the time this e-mail was sent, | 10:56:35 |
| 4 | had you been actually scheduled for the training | 10:56:37 |
| 5 | program at this point?  Did you know when it was | 10:56:41 |
| 6 | going to start? | 10:56:44 |
| 7 | A.  I did not know when it was going to | 10:56:45 |
| 8 | start. | 10:56:48 |
| 9 | Q.  Okay. | 10:56:48 |
| 10 | When did you obtain that information? | 10:56:49 |
| 11 | A.  I -- I don't recall. | 10:56:54 |
| 12 | Q.  Exhibit 3. | 10:57:22 |
| 13 | Ms. Van Meter, I am handing you what's | 10:57:24 |
| 14 | been marked Plaintiff's Exhibit 3. | 10:57:26 |
| 15 | (THEREUPON, Exhibit 3 was marked by the | 10:57:29 |
| 16 | court reporter.) | 10:57:36 |
| 17 | BY ATTORNEY SCINDIAN: | 10:57:36 |
| 18 | Q.  Do you recognize this document? | 10:57:36 |
| 19 | A.  I don't recall this document.  I see that | 10:58:00 |
| 20 | my name is on here as an e-mail. | 10:58:04 |
| 21 | Q.  Plaintiff's Exhibit 3 has an attachment | 10:58:09 |
| 22 | to it, which appears to be -- it's identified as | 10:58:12 |

1   Van Meter Production 000661.  Um, and it says at        10:58:26

2   the top:                                                10:58:32

3         (As read:)                                        10:58:32

4         "Welcome to the USCP K-9 Unit 2017."              10:58:32

5         Do you remember seeing that document?             10:58:38

6      A.  That's the document I don't recall               10:58:42

7   seeing.                                                 10:58:45

8      Q.  Okay.                                            10:58:46

9         You can put that aside.                           10:58:47

10     A.  Okay.                                            10:58:49

11     Q.  At some point, you were informed as to           10:58:50

12  when K-9 training would start, correct?                 10:58:53

13     A.  That's correct.                                  10:58:56

14     Q.  You just don't remember when it was that         10:58:57

15  you were given that information?                        10:58:59

16     A.  That's correct.                                  10:59:00

17     Q.  Do you recall by whom you were given that        10:59:01

18  information?                                            10:59:05

19     A.  I do not recall.                                 10:59:05

20     Q.  What was the start date that was assigned        10:59:09

21  for K-9 training?                                       10:59:12

22     A.  I don't know that date.  I --                    10:59:15

| | | |
|---|---|---|
| 1 | (Simultaneous conversation.) | 10:59:19 |
| 2 | Q.  You don't recall the date that she | 10:59:19 |
| 3 | started K-9 -- | 10:59:19 |
| 4 | (Simultaneous conversation.) | 10:59:20 |
| 5 | A.  I do not. | 10:59:20 |
| 6 | Q.  Hold on a second. | 10:59:21 |
| 7 | You don't recall the date you started K-9 | 10:59:23 |
| 8 | training? | 10:59:27 |
| 9 | A.  I do not recall the date, no. | 10:59:27 |
| 10 | Q.  Does August 7, 2017, sound familiar to | 10:59:28 |
| 11 | you? | 10:59:32 |
| 12 | A.  That does sound familiar. | 10:59:32 |
| 13 | Q.  Do you believe that to be the date that | 10:59:34 |
| 14 | you started K-9 training? | 10:59:36 |
| 15 | A.  I do believe that that's the date I | 10:59:38 |
| 16 | started K-9 training. | 10:59:40 |
| 17 | Q.  Do you recall when K-9 training was | 10:59:41 |
| 18 | scheduled to end initially? | 10:59:44 |
| 19 | A.  I do not recall the date. | 10:59:47 |
| 20 | Q.  How long was K-9 training supposed to | 10:59:49 |
| 21 | last?  How many weeks? | 10:59:52 |
| 22 | A.  According to what I recall, it was | 10:59:55 |

1   between 14 and 16 weeks.                                    10:59:58

2       Q.  How many days per week would you actually           11:00:05

3   spend in training?                                         11:00:09

4       A.  We -- I'm trying to remember the first             11:00:12

5   couple weeks.                                              11:00:15

6           I know that they -- K-9 does four tens.            11:00:21

7   So it was four days a week, 10-hour days.                  11:00:29

8       Q.  And approximately what time did K-9                11:00:38

9   training start and end?                                    11:00:43

10      A.  I don't recall the time.  I'm so sorry.            11:00:54

11      Q.  No problem.  As I said, this happens.              11:00:58

12  It's been at least five years.                             11:01:00

13          Um, I'm handing you what's been marked             11:01:31

14  Plaintiff's Exhibit 4.                                     11:01:35

15          (THEREUPON, Exhibit 4 was marked by the            11:01:35

16  court reporter.)                                           11:01:36

17  BY ATTORNEY SCINDIAN:                                      11:01:36

18      Q.  Plaintiff's Exhibit 4 is identified as             11:01:42

19  Van Meter Production 000017 through Van Meter              11:01:46

20  Production 000026.                                         11:01:54

21          Do you recognize this document, Officer           11:01:59

22  Van Meter?                                                 11:01:59

1    A.   I do.                                          11:02:03

2    Q.   What is this document?                         11:02:03

3    A.   This document is what they would say is        11:02:04

4  the schedule, um, for the course outline, as far      11:02:08

5  as what was supposed to be done every day.            11:02:14

6    Q.   Okay.                                          11:02:17

7         And looking at this schedule, do you see       11:02:17

8  that it runs from 0500 to 1500?                       11:02:20

9    A.   I do see that.                                 11:02:24

10   Q.   Okay.                                          11:02:25

11        First of all, I said 0500.                     11:02:26

12        Can you explain what that means in sort        11:02:29

13 of layperson terms?                                   11:02:31

14   A.   Yes.   0500 is 5 o'clock in the morning.       11:02:33

15   Q.   Okay.                                          11:02:38

16        And what is 1500?                              11:02:38

17   A.   1500 is 3:00 o'clock p.m.                      11:02:40

18   Q.   Okay.                                          11:02:48

19        You can set that aside.                        11:02:49

20   A.   Okay.   (Complied.)                            11:02:51

21   Q.   Um, how many other handlers were in your       11:02:52

22 training class?                                       11:02:55

| | | |
|---|---|---|
| 1 | A. Can you clarify? | 11:03:00 |
| 2 | Q. How many other trainee -- trainees, which | 11:03:03 |
| 3 | I will call K-9 handlers, were in your training | 11:03:07 |
| 4 | class? | 11:03:11 |
| 5 | A. I would need you to clarify it. | 11:03:29 |
| 6 | Are you talking about candidates that | 11:03:31 |
| 7 | were first time going into K-9, or how many were | 11:03:34 |
| 8 | in the class? | 11:03:37 |
| 9 | Q. How many were in the class. | 11:03:39 |
| 10 | A. Thank you. | 11:03:40 |
| 11 | There were six in the class. | 11:03:49 |
| 12 | Q. And just for clarification, when I use | 11:03:51 |
| 13 | the term "K-9 handlers," I am referring to your | 11:03:54 |
| 14 | other classmates, regardless of future -- I'm | 11:03:58 |
| 15 | sorry -- regardless of past expertise in K-9 | 11:04:02 |
| 16 | handling. | 11:04:04 |
| 17 | When I'm referring to K-9 handler, I'm | 11:04:06 |
| 18 | referring to staff that was training the K-9 | 11:04:10 |
| 19 | course. | 11:04:14 |
| 20 | Does that help? | 11:04:15 |
| 21 | A. Yes. | 11:04:16 |
| 22 | Q. What were the names of the other handlers | 11:04:17 |

1    in the class?                                          11:04:20

2        A.   There was Meikrantz, Dantinne, Riley,         11:04:20

3    Zborai, Schmid, and myself.                            11:04:25

4        Q.   Okay.                                          11:04:29

5             And you were the only woman in the class,     11:04:30

6    correct?                                               11:04:33

7        A.   That is correct.                              11:04:33

8        Q.   Let's talk about Officer Dantinne.            11:04:34

9             Did you know him before the training          11:04:41

10   class began?                                           11:04:43

11       A.   I knew of him.                                11:04:43

12       Q.   Okay.                                          11:04:45

13            How did you know of him?                      11:04:45

14       A.   He was on patrol division, um, and, also,     11:04:47

15   being a firearms instructor, I knew of a lot of        11:04:52

16   the officers on the department.                        11:04:57

17       Q.   How would you describe your relationship      11:05:09

18   to Officer Dantinne prior to the training class?       11:05:11

19       A.   I just knew of him.                           11:05:14

20       Q.   Okay.                                          11:05:16

21            Did Officer Dantinne have prior K-9           11:05:20

22   handler experience prior to this class?                11:05:24

| | | |
|---|---|---|
| 1 | A.  That I don't know. | 11:05:26 |
| 2 | Q.  What about Officer Meikrantz, did you | 11:05:29 |
| 3 | know him before the class? | 11:05:34 |
| 4 | A.  Again, I knew of him. | 11:05:36 |
| 5 | Q.  And what was your relationship to him | 11:05:37 |
| 6 | prior to the class? | 11:05:39 |
| 7 | A.  Just an officer that would come down and | 11:05:41 |
| 8 | qualify. | 11:05:44 |
| 9 | Q.  Did Officer Meikrantz have prior K-9 | 11:05:48 |
| 10 | handler experience before this training class? | 11:05:53 |
| 11 | A.  That I do not know. | 11:05:57 |
| 12 | Q.  What about Officer Riley, did you know | 11:05:58 |
| 13 | him before the class? | 11:06:05 |
| 14 | A.  I did. | 11:06:05 |
| 15 | Q.  How did you know Officer Riley? | 11:06:06 |
| 16 | A.  Officer Riley was also a firearms | 11:06:08 |
| 17 | instructor. | 11:06:11 |
| 18 | Q.  How long did you work together as | 11:06:11 |
| 19 | firearms instructors? | 11:06:13 |
| 20 | A.  I don't know exactly.  Um, we worked a | 11:06:16 |
| 21 | few years. | 11:06:22 |
| 22 | Q.  Would you say it was, uh, more than two | 11:06:25 |

1    years?                                        11:06:29

2        A.   Yes.                                  11:06:29

3        Q.   More than five years?                 11:06:31

4        A.   That I don't believe so.             11:06:34

5        Q.   Okay.                                 11:06:37

6             Um, more than four years?             11:06:39

7        A.   That I -- I really don't remember the 11:06:47

8    time span.                                     11:06:51

9        Q.   Okay.                                 11:06:52

10            And what was your relationship to     11:06:52

11   Officer Riley before the training class for K-9? 11:06:54

12       A.   We were just two instructors.        11:06:59

13       Q.   Did you have any negative experiences as 11:07:02

14   it concerned Officer Riley.  That you recall?  11:07:05

15       A.   Negative personal?  Or just negative? 11:07:11

16       Q.   Just negative.                        11:07:14

17       A.   I saw the way that he, um, flirted with 11:07:21

18   women, um, the way that he would only work with 11:07:34

19   certain females.                               11:07:47

20       Q.   When you say "only work with certain  11:07:50

21   females," what do you mean?                    11:07:53

22       A.   Attractive female officers.           11:07:55

1    Q.  When you say "work with," what are you          11:08:00

2  referring to?                                         11:08:02

3    A.  Give them extra assistance in qualifying.       11:08:04

4    Q.  Anything else that you recall?                  11:08:15

5    A.  I know he didn't like me being an               11:08:23

6  instructor.                                           11:08:27

7    Q.  And what gave you that impression?              11:08:28

8    A.  When he told me that there were men that        11:08:31

9  were better than me and more qualified as an          11:08:34

10 instructor than me.                                   11:08:38

11   Q.  And how did this conversation occur?            11:08:45

12   A.  When we were in the firearms instructor         11:08:49

13 office, um, and I don't -- it was conversations       11:08:53

14 about adjunct instructors coming to help us, and      11:09:01

15 there were conversations about other officers         11:09:06

16 coming down as adjunct instructors and then he        11:09:11

17 pointed at me and said, "You know, there are          11:09:16

18 other officers that are better than her."             11:09:18

19   Q.  Did you respond?                                11:09:23

20   A.  I did not.                                      11:09:24

21   Q.  And was anything else said about this           11:09:26

22 matter?                                               11:09:29

1    A.  No.                                        11:09:30

2    Q.  Anything else you recall about            11:09:42

3  Officer Riley during your time at the -- as a    11:09:43

4  firearms instructor?                             11:09:46

5    A.  No.                                        11:09:48

6    Q.  What -- when you said that, um, he only    11:09:51

7  worked with attractive female officers, what is  11:09:55

8  your criteria for determining that the officers  11:10:05

9  he worked with were attractive females?          11:10:08

10    A.  There were certain officers that came     11:10:12

11  down later for open range or qualification.  And 11:10:14

12  when you saw them, you knew that's when he would 11:10:17

13  be out on the firing line, helping them.         11:10:20

14    Q.  Okay.                                      11:10:24

15        And what was it about them that made you  11:10:24

16  know that he would be out there on the firing    11:10:26

17  line, helping them?                              11:10:29

18    A.  Because they were the same ones he helped 11:10:30

19  over and over and over again.  It was -- I don't 11:10:33

20  know what his criteria was.  Um, I say           11:10:37

21  attractive.  Um, there really was no criteria.   11:10:45

22  Just you knew so-and-so is going on the line, you 11:10:49

| | | |
|---|---|---|
| 1 | know, here to qualify, or here to shoot, and | 11:10:53 |
| 2 | there would Riley go, out on the firing line, | 11:10:55 |
| 3 | even though he had been in the office for a long | 11:11:00 |
| 4 | period of time. | 11:11:03 |
| 5 | Q.  So it was specific female officers -- | 11:11:04 |
| 6 | (Simultaneous conversation.) | 11:11:06 |
| 7 | A.  Exact. | 11:11:06 |
| 8 | Q.  -- it was specific female officers who | 11:11:07 |
| 9 | would come down to the range that he would help? | 11:11:11 |
| 10 | A.  That's correct. | 11:11:13 |
| 11 | Q.  Did he refuse to help other people? | 11:11:16 |
| 12 | A.  I wouldn't say refuse.  There were eight | 11:11:22 |
| 13 | lanes in the firing range.  And I would just say | 11:11:30 |
| 14 | he wouldn't go to other lanes. | 11:11:37 |
| 15 | Q.  Okay. | 11:11:43 |
| 16 | Um, was there anyone besides the specific | 11:11:53 |
| 17 | female officers that Officer Riley would assist? | 11:11:58 |
| 18 | A.  He would go and help others when -- | 11:12:05 |
| 19 | when -- when needed, but not as fast as he would | 11:12:12 |
| 20 | if there was somebody out there that he wanted to | 11:12:25 |
| 21 | talk to. | 11:12:29 |
| 22 | Q.  Any other negative sort of experiences | 11:12:35 |

| | | |
|---|---|---|
| 1 | with Officer Riley as a firearms instructor? | 11:12:39 |
| 2 | A. No. | 11:12:47 |
| 3 | Q. Okay. | 11:12:47 |
| 4 | Aside from the firearms instructor -- | 11:12:48 |
| 5 | (Simultaneous conversation.) | 11:12:51 |
| 6 | A. Yes. | 11:12:51 |
| 7 | Q. -- period of time where you overlapped, | 11:12:51 |
| 8 | did you have any other negative experiences | 11:12:54 |
| 9 | before training with Officer Riley? | 11:12:56 |
| 10 | A. No. | 11:12:59 |
| 11 | Q. Officer Schmid, did you know him -- am I | 11:13:01 |
| 12 | saying that correctly? | 11:13:06 |
| 13 | A. Officer Schmid -- | 11:13:08 |
| 14 | (Simultaneous conversation.) | 11:13:10 |
| 15 | Q. -- did you know him before the class? | 11:13:10 |
| 16 | A. I did not. | 11:13:12 |
| 17 | Q. Do you know if Officer Schmid had prior | 11:13:13 |
| 18 | handler experience? | 11:13:17 |
| 19 | A. That I don't know. | 11:13:18 |
| 20 | Q. Okay. | 11:13:19 |
| 21 | A. To go back to your first question again, | 11:13:19 |
| 22 | I knew of the officer. I just want to make sure | 11:13:22 |

| 1 | that's cleared. | 11:13:27 |
| 2 | Q.  Okay. | 11:13:28 |
| 3 | So you knew of Officer Schmid because of | 11:13:28 |
| 4 | your time at the fire- -- as a firearms | 11:13:31 |
| 5 | instructor? | 11:13:34 |
| 6 | A.  That's correct. | 11:13:35 |
| 7 | Q.  Um, and he would have been one of the | 11:13:35 |
| 8 | officers that would have came into the range and | 11:13:37 |
| 9 | may have gotten assistance, correct? | 11:13:40 |
| 10 | A.  He would come down to qualify. | 11:13:42 |
| 11 | Um, I see the names on the roster. | 11:13:46 |
| 12 | That's how I would know Officer Schmid because I | 11:13:48 |
| 13 | also put their qualification scores into the | 11:13:52 |
| 14 | computer, so you would see their name.  But | 11:13:59 |
| 15 | personally know him, no, I did not. | 11:14:02 |
| 16 | Q.  Okay.  Thank you for that clarification. | 11:14:04 |
| 17 | Um, one -- I want to go back to | 11:14:08 |
| 18 | Officer Riley really quickly. | 11:14:09 |
| 19 | Did Officer Riley have prior handler | 11:14:12 |
| 20 | experience that you know of? | 11:14:14 |
| 21 | THE WITNESS:  That I don't know. | 11:14:15 |
| 22 | BY ATTORNEY SCINDIAN: | 11:14:17 |

| | | |
|---|---|---|
| 1 | Q. Okay. | 11:14:18 |
| 2 | And then Officer -- I always say his name | 11:14:19 |
| 3 | incorrectly -- Officer Zborai (pronouncing)? | 11:14:23 |
| 4 | A. Zborai (pronouncing). | 11:14:27 |
| 5 | Q. Zborai. | 11:14:28 |
| 6 | Did you know him before class? | 11:14:30 |
| 7 | A. Again, only from qualification. | 11:14:32 |
| 8 | Q. Did Officer Zborai have prior handler | 11:14:35 |
| 9 | experience? | 11:14:39 |
| 10 | A. Yes. | 11:14:41 |
| 11 | Q. Okay. | 11:14:42 |
| 12 | And how do you know that? | 11:14:43 |
| 13 | A. Because when he would come down to | 11:14:44 |
| 14 | qualify, he would be wearing the K-9 uniform. | 11:14:46 |
| 15 | Q. All right. | 11:14:56 |
| 16 | And, um, if you recall, what were the | 11:14:56 |
| 17 | names of the K-9s that were being trained during | 11:15:01 |
| 18 | the time you were at the K-9 training -- you were | 11:15:07 |
| 19 | in the K-9 training program? | 11:15:10 |
| 20 | A. I'm going to try to remember them all. | 11:15:13 |
| 21 | (Simultaneous conversation.) | 11:15:13 |
| 22 | Q. Uhm-hmm. | 11:15:13 |

| | | |
|---|---|---|
| 1 | A.  I do know the first week there were two | 11:15:16 |
| 2 | dogs that they returned because of medical. | 11:15:20 |
| 3 | Q.  Uhm-hmm. | 11:15:24 |
| 4 | A.  And I do know one of their names was | 11:15:25 |
| 5 | Queen. | 11:15:30 |
| 6 | Q.  Okay. | 11:15:30 |
| 7 | A.  There was Toby, Jayden, Billy the Lab, | 11:15:33 |
| 8 | Rocket, Billy the Mal, Reno, Cooper, Pope. | 11:15:41 |
| 9 | Q.  Very good. | 11:15:57 |
| 10 | A.  Trying to remember where they were in the | 11:16:00 |
| 11 | kennels. | 11:16:03 |
| 12 | Q.  You said there was Billy the Lab, | 11:16:04 |
| 13 | correct? | 11:16:06 |
| 14 | A.  That is correct. | 11:16:06 |
| 15 | Q.  Billy the Belgian -- I don't know how to | 11:16:07 |
| 16 | pronounce -- | 11:16:07 |
| 17 | (Simultaneous conversation.) | 11:16:09 |
| 18 | A.  Belgian Malamar. | 11:16:09 |
| 19 | Q.  Malamar? | 11:16:11 |
| 20 | A.  Yes. | 11:16:12 |
| 21 | Q.  Okay.  Thank you. | 11:16:13 |
| 22 | Billy the Belgian Malamar, correct? | 11:16:14 |

```
 1       A.  That is correct.                            11:16:16

 2       Q.  What was Cooper?  What kind of dog was      11:16:17

 3  he?                                                  11:16:20

 4       A.  Unfortunately, most of the dogs were        11:16:20

 5  black Labs.                                          11:16:24

 6           Cooper was a black Lab.                      11:16:24

 7       Q.  Okay.                                        11:16:26

 8           And then Jaden?                              11:16:27

 9       A.  Black Lab.                                   11:16:28

10       Q.  What about Rocket, what kind of dog was      11:16:30

11  he?                                                  11:16:33

12       A.  A big black Lab.                             11:16:33

13       Q.  And what kind of dog was Pope?               11:16:35

14       A.  Pope was a German Shepherd.                  11:16:39

15       Q.  What kind of dog was Reno?                   11:16:43

16       A.  Reno was a yellow Lab.                       11:16:46

17       Q.  And what about Toby, what kind of dog was    11:16:49

18  he?                                                  11:16:53

19       A.  He was a black Lab.                          11:16:53

20       Q.  So, in total, there were -- I'm sorry --     11:16:54

21  and Billy the Lab was also a black Lab, correct?     11:16:57

22       A.  That is correct.                             11:17:01
```

1    Q.  So, in total, um, do you remember what          11:17:02

2  type of -- before I go there --                       11:17:04

3        Do you remember what type of dog Queen          11:17:06

4  was?                                                  11:17:08

5    A.  Queen was a Belgian Mal.                        11:17:09

6    Q.  And you mentioned there was another dog         11:17:13

7  who was sent back for -- for medical reasons?         11:17:16

8    A.  That's what we were told.                       11:17:19

9    Q.  Okay.                                           11:17:20

10       And do you recall meeting that dog?             11:17:22

11   A.  I do not recall.                                11:17:23

12   Q.  Okay.  All right.                               11:17:25

13       So, it appears that, in this class, you         11:17:27

14 had Billy the Lab, was a black Lab; Cooper was a      11:17:31

15 black Lab; Jayden was a black Lab; Rocket was a       11:17:37

16 black Lab; and Toby was a black Lab.                  11:17:41

17       So that's five dogs, correct?  Five black       11:17:43

18 Labs?                                                 11:17:49

19   A.  Yes.                                            11:17:49

20   Q.  Okay.                                           11:17:50

21       Um, who were the trainers in the class?         11:17:50

22   A.  Let me ask this question.                       11:17:56

| | | |
|---|---|---|
| 1 | Are you talking about those that were | 11:18:00 |
| 2 | temporarily down there or the permanent ones. | 11:18:02 |
| 3 | Q.  The permanent trainers. | 11:18:05 |
| 4 | A.  Permanent trainers. | 11:18:06 |
| 5 | Sergeant Phelps.  Kenny Hill.  AJ Turner. | 11:18:09 |
| 6 | Jeff Core.  Tim Cullen.  Melvin -- I believe that | 11:18:18 |
| 7 | was it. | 11:18:29 |
| 8 | Q.  Okay. | 11:18:31 |
| 9 | And then it sounds like occasionally you | 11:18:32 |
| 10 | would have, um, would it be -- would it be | 11:18:36 |
| 11 | correct to have adjunct trainers? | 11:18:40 |
| 12 | A.  We can use that word if you would like. | 11:18:43 |
| 13 | Q.  And that, um, was individuals who would | 11:18:46 |
| 14 | come down and teach some specific portion of the | 11:18:48 |
| 15 | course; is that what it was? | 11:18:52 |
| 16 | A.  No. | 11:18:55 |
| 17 | Q.  Okay. | 11:18:55 |
| 18 | What was that? | 11:18:56 |
| 19 | A.  There was Michael Keys, who was down | 11:18:56 |
| 20 | there for a couple weeks.  Um, he inj- -- I | 11:19:02 |
| 21 | believe he injured himself, but don't quote me on | 11:19:07 |
| 22 | that.  But he was only down there for a couple | 11:19:10 |

1    weeks.                                                    11:19:13

2          And then Dave Beavers.  He was there.              11:19:16

3    I -- I don't recall the time.  It was either one         11:19:26

4    or two weeks.  It wasn't long.  And I don't know         11:19:30

5    why he was down there.                                   11:19:34

6          Um, but neither one of them taught a               11:19:35

7    class.                                                   11:19:37

8       Q.  Okay.                                             11:19:38

9          Are these -- is Michael Keith an officer          11:19:38

10   or sergeant?  Is he a sworn employee?                    11:19:41

11      A.  Then or now?                                      11:19:45

12      Q.  Then.                                             11:19:47

13      A.  Then he was a sworn officer.                      11:19:48

14      Q.  Okay.  And what about David --                    11:19:50

15   Dave Beavers?                                            11:19:54

16      A.  That is correct.                                  11:19:56

17      Q.  He was a sworn employee as well?                  11:19:57

18      A.  That is correct.                                  11:19:58

19      Q.  And he was an officer?                            11:19:59

20      A.  That is correct.                                  11:20:00

21      Q.  Okay.  Neither -- if I understood you            11:20:01

22   correctly, neither of these individuals actually         11:20:04

1  taught a course?                                    11:20:06

2     A.  That is correct.                             11:20:08

3     Q.  Okay.                                        11:20:09

4         What would they do?                          11:20:11

5     A.  Mike Keys was in the meeting, um, during     11:20:13

6  my -- uh -- or during our K-9 dog selection.        11:20:22

7  They would -- both of them, during their time       11:20:32

8  down there, would just stand by and watch the       11:20:36

9  class.  So there was no training by them.           11:20:40

10    Q.  Okay.                                        11:20:42

11        Did they serve any other purpose that you    11:20:45

12 are aware of?                                        11:20:48

13    A.  Not that I was aware of, no.                 11:20:48

14    Q.  Okay.                                        11:20:51

15        Let's talk about -- I don't recall if you    11:20:53

16 called him Kenny Hill or Charles Hill.              11:20:58

17        But my understanding is his name is          11:21:02

18 Charles Hill, but everyone calls him Kenny; is      11:21:04

19 that correct?                                        11:21:08

20    A.  That is correct.                             11:21:08

21    Q.  Um, what was your frequency of               11:21:09

22 interaction with Kenny during the training          11:21:12

1   course?                                              11:21:16

2       A.  Kenny was the trainer -- like, I guess       11:21:18

3   you would call it the class coordinator.  Um, the    11:21:23

4   interaction was, you know, the teaching, doing       11:21:29

5   certain exercises.  There would be, you know,        11:21:39

6   this is how you do it type things.  Um, so that      11:21:42

7   was my interaction with him.                         11:21:46

8       Q.  Okay.                                        11:21:48

9           And how frequently would you interact        11:21:49

10  with Kenny during a four-day training week?          11:21:50

11      A.  Um, unless he was off work for whatever       11:21:57

12  reason, he was one of the -- the main class          11:22:02

13  coordinators.                                        11:22:08

14      Q.  Okay.                                        11:22:09

15          So would you interact with him --            11:22:09

16  interact with him every day unless he was off        11:22:12

17  work or there was some unusual circumstance?         11:22:13

18      A.  Yes.                                          11:22:18

19      Q.  And you stated that Kenny would give          11:22:25

20  lectures, correct?                                   11:22:29

21      A.  That is a correct statement.                 11:22:30

22      Q.  And he would participate in the              11:22:32

| | | |
|---|---|---|
| 1 | exercises, correct? | 11:22:35 |
| 2 | A.  Participate? | 11:22:38 |
| 3 | Q.  What was his role in the exercises that | 11:22:39 |
| 4 | you guys performed? | 11:22:42 |
| 5 | A.  He would set up the exercises and then | 11:22:45 |
| 6 | observe the exercise. | 11:22:49 |
| 7 | Q.  And would he give feedback? | 11:22:53 |
| 8 | A.  Yes. | 11:22:55 |
| 9 | Q.  Would he show you -- for example, if | 11:22:57 |
| 10 | there was something that he wanted you to perform | 11:22:59 |
| 11 | a particular way, would he show you that? | 11:23:01 |
| 12 | A.  Perform as in how that's -- please | 11:23:12 |
| 13 | clarify that. | 11:23:15 |
| 14 | Q.  Sure. | 11:23:16 |
| 15 | If -- if there is a particular skill that | 11:23:17 |
| 16 | he wanted to show you, would he demonstrate it | 11:23:19 |
| 17 | for you? | 11:23:23 |
| 18 | A.  That's kind of yes and no. | 11:23:27 |
| 19 | Q.  Okay. | 11:23:27 |
| 20 | Give me the yes and the no. | 11:23:30 |
| 21 | A.  Okay. | 11:23:31 |
| 22 | Q.  Give me the yes and the no. | 11:23:32 |

1      A.   There were demonstrations that would be          11:23:36

2   done, but not with a live dog.                           11:23:40

3           Then there were other times that they            11:23:49

4   would explain things to us and have us run               11:23:52

5   through them without a demonstration.                    11:23:55

6           Did that make sense?                             11:24:02

7      Q.   It did.                                          11:24:03

8           Were there times when you were engaged in        11:24:19

9   an exercise, whatever that exercise may be, where        11:24:21

10  Kenny would, um, maybe take the dog and say,             11:24:25

11  "This is how you should do X"?                           11:24:31

12     A.   Not that I recall.                               11:24:35

13     Q.   Okay.                                            11:24:38

14     A.   I'm sorry.  I answered that before.              11:24:39

15          Are you talking about just with me or the        11:24:41

16  class?                                                   11:24:43

17     Q.   Let's talk about with yo.                        11:24:44

18     A.   Not that I recall.                               11:24:46

19     Q.   Okay.                                            11:24:48

20          Um, what about with the class?                   11:24:49

21     A.   I did see him, um, help other officers           11:24:52

22  with an exercise.                                        11:25:01

1    Q.  Okay.                                           11:25:02

2        Like what did you witness him doing?            11:25:03

3    A.  One of the things was an open field --          11:25:05

4        (Simultaneous conversation.)                    11:25:10

5    Q.  Uhm-hmm.                                        11:25:10

6    A.  -- exercise mand Mike Riley was having          11:25:11

7  issues with the open field, and Kenny, I don't        11:25:16

8  recall if he actually took the lead, but he           11:25:24

9  actually walked beside Mike -- Riley, I am sorry.     11:25:27

10 I don't know how you want me to do that -- to         11:25:32

11 give him instruction.                                 11:25:34

12       ATTORNEY ALDERMAN:  If I could, really          11:25:36

13 quickly, it would be better to say Riley because      11:25:39

14 another witness says "Mike," and it might be          11:25:43

15 confusing on the record.                              11:25:47

16       THE WITNESS:  That's fine.                      11:25:51

17       ATTORNEY ALDERMAN:  But you can say             11:25:51

18 "Riley."                                              11:25:51

19       THE WITNESS:  Okay.                             11:25:51

20 BY ATTORNEY SCINDIAN:                                 11:25:51

21   Q.  Okay.                                           11:25:51

22       Let's try to use last names for the             11:25:51

1    officers, that would make it easier.                    11:25:54

2        A.  Thank you.                                       11:25:56

3        Q.  You saw him.  You saw Kenny assist Riley         11:25:56

4    in an open field exercise by walking beside him          11:26:00

5    and giving him instruction; is that right?               11:26:05

6        A.  That is correct.                                 11:26:08

7        Q.  Okay.                                            11:26:09

8            Anyone else?                                     11:26:09

9        A.  I recall Dantinne having issues with             11:26:13

10   Billy the Mal on certain training exercises.  And        11:26:21

11   Kenny would go over and assist whatever the              11:26:30

12   exercise was to -- to get Billy the Mal to               11:26:35

13   perform the exercise.                                    11:26:46

14       Q.  Do you remember a specific exercise on           11:26:50

15   which this occurred?                                     11:26:52

16       A.  I do not remember the specifics, no.             11:26:56

17       Q.  Okay.                                            11:27:06

18           Anyone else?                                     11:27:07

19       A.  With -- with Hill helping?                       11:27:15

20       Q.  Yes.                                             11:27:25

21       A.  Not that I recall.                               11:27:25

22       Q.  Okay.                                            11:27:27

| | | |
|---|---|---|
| 1 | Um, what about reviewing the day's | 11:27:27 |
| 2 | training, is that something that Hill would do | 11:27:30 |
| 3 | with you? | 11:27:33 |
| 4 | A.  I need you to be more clear with the | 11:27:34 |
| 5 | question, please. | 11:27:41 |
| 6 | Q.  At the end of each training day, there | 11:27:42 |
| 7 | was a period in which the training for that day | 11:27:47 |
| 8 | would be reviewed with officers, correct? | 11:27:52 |
| 9 | A.  That is correct.  If I can clarify? | 11:27:55 |
| 10 | Q.  Uhm-hmm. | 11:28:00 |
| 11 | A.  Um, at the end of the day, it wasn't a | 11:28:02 |
| 12 | one-on-one meeting.  It was of the who entire | 11:28:07 |
| 13 | class with all of the videos. | 11:28:11 |
| 14 | Q.  Okay. | 11:28:15 |
| 15 | And Hill was a part of that, correct? | 11:28:15 |
| 16 | A.  Hill was a part of it. | 11:28:18 |
| 17 | Q.  Um, what about administering or scoring | 11:28:22 |
| 18 | exams, was Hill in any way involved in that? | 11:28:28 |
| 19 | ATTORNEY ALDERMAN:  Objection.  Vague. | 11:28:33 |
| 20 | BY ATTORNEY SCINDIAN: | 11:28:35 |
| 21 | Q.  You can still answer. | 11:28:37 |
| 22 | A.  I'm sorry.  Try it again.  Now that you | 11:28:43 |

1    guys got me.                                        11:28:46

2        Q.  No worries.                                 11:28:47

3            Administering or scoring written exams,     11:28:49

4    was Hill involved in that?                          11:28:52

5        A.  I believe so.                               11:28:57

6        Q.  And why do you believe so?                  11:28:59

7        A.  He would sit at the desk and -- but         11:29:06

8    there -- the tests -- there was more than just      11:29:12

9    one.  Um, I know that he did some of the scoring    11:29:15

10   for the test at the desk.  It was a small class.    11:29:22

11       Q.  Okay.                                       11:29:29

12           Now, did you know Kenny Hill before you     11:29:35

13   started the training class?                         11:29:38

14       A.  I did.                                      11:29:39

15       Q.  How did you know him?                       11:29:40

16       A.  Kenny Hill's son and my son played soccer   11:29:42

17   together.                                           11:29:46

18       Q.  How would you describe your relationship    11:29:46

19   to Kenny?                                           11:29:48

20       A.  I guess we -- we were soccer parents.       11:29:50

21   Um, and being that our kids played on the same      11:30:01

22   soccer team, I guess you would say friends, not     11:30:04

1   somebody you would go to their house for                11:30:08

2   Christmas parties, but you would talk to him            11:30:10

3   while at the soccer games.                              11:30:12

4       Q.  Aside from talking to him at the soccer         11:30:15

5   games, did you ever have an opportunity to hang         11:30:20

6   out with Hill or Hill's family outside of the           11:30:22

7   work space?                                             11:30:28

8       A.  Outside of soccer and --                        11:30:28

9           (Simultaneous conversation.)                    11:30:30

10      Q.  Right.                                           11:30:30

11      A.  I'm sorry.                                       11:30:31

12          -- and swim.                                     11:30:31

13      Q.  Swim?                                            11:30:32

14      A.  His son was also on the swim team.              11:30:33

15      Q.  Yes.  Outside of those two activities,          11:30:39

16  did you all of have occasion to get together            11:30:41

17  outside of swim team, soccer, and work?                 11:30:43

18      A.  No.                                             11:30:47

19      Q.  Okay.                                           11:30:48

20      A.  Sorry, do you mind if I take a drink?           11:30:53

21      Q.  No.                                             11:30:58

22      A.  (Complied.)                                     11:31:00

1      Q.   What about Timmy Cullen.  How often would        11:31:09

2   you interact with Timmy Cullen during a training         11:31:12

3   week?                                                    11:31:17

4      A.   That varied.                                     11:31:17

5      Q.   Okay.                                            11:31:18

6           Depending on what?                               11:31:19

7      A.   On their schedule, as far as K-9                 11:31:23

8   trainers.                                                11:31:30

9      Q.   When you say "it varied," between -- what        11:31:31

10  was the frequency in terms of how it varied?  In         11:31:44

11  other words, was it -- you would see them two to         11:31:47

12  four days once or twice a week?                           11:31:50

13     A.   Again, that varied.                              11:31:53

14     Q.   Okay.                                            11:31:55

15          So week by week you could see him all            11:31:55

16  four days; for example, one week and then another        11:32:00

17  week only see him twice?                                 11:32:03

18     A.   That would be varied, but there was times        11:32:04

19  you didn't see him at all.                               11:32:07

20     Q.   Okay.                                            11:32:09

21          So there were also weeks where Cullen was        11:32:09

22  not -- you did not see him at all during the             11:32:12

1    training session?                                    11:32:15

2        A.   That's correct.                             11:32:16

3        Q.   Okay.                                       11:32:17

4             How frequently did that occur?             11:32:17

5        A.   There is -- and I'm probably telling you   11:32:20

6    something that you probably already know -- half    11:32:25

7    the time -- the beginning portion we all did        11:32:29

8    training together.                                   11:32:32

9             Then there was another portion when they   11:32:33

10   separated PBIED and static.  So, at that point, I   11:32:37

11   may not see him for a couple weeks.                  11:32:45

12       Q.   Okay.                                       11:32:49

13            So, did Cullen primarily work with the     11:32:49

14   static -- I'm sorry.  Strike that.                   11:32:52

15            Did Cullen primarily work with the PBIED   11:32:54

16   trainees?                                            11:32:58

17       A.   That would be a truthful statement.        11:32:59

18       Q.   Okay.                                       11:33:01

19            Um, but before the separation, would you   11:33:11

20   have been seeing Cullen four times a week?          11:33:14

21       A.   No.                                         11:33:18

22       Q.   Okay.                                       11:33:19

| | | |
|---|---|---|
| 1 | So, how often would you see him before | 11:33:19 |
| 2 | the separation between PBIED and static? | 11:33:22 |
| 3 | A.  Okay.  I'm going to need you to clarify. | 11:33:26 |
| 4 | See him as in personally see him, or | 11:33:30 |
| 5 | training see him? | 11:33:32 |
| 6 | Q.  Training see him. | 11:33:33 |
| 7 | A.  Okay.  Maybe one, two times. | 11:33:35 |
| 8 | Q.  A week? | 11:33:39 |
| 9 | A.  A week, uhm-hmm. | 11:33:40 |
| 10 | Q.  Okay. | 11:33:41 |
| 11 | What was his role in the training | 11:33:43 |
| 12 | pre-separation? | 11:33:46 |
| 13 | A.  A trainer. | 11:33:47 |
| 14 | Q.  Did he lead lectures? | 11:33:49 |
| 15 | A.  No. | 11:33:51 |
| 16 | Q.  Okay. | 11:33:52 |
| 17 | Did he, um, set up exercises? | 11:33:52 |
| 18 | A.  I believe he did. | 11:33:58 |
| 19 | Q.  Okay. | 11:34:00 |
| 20 | Did he observe the exercises? | 11:34:01 |
| 21 | A.  Yes. | 11:34:05 |
| 22 | Q.  Did he provide feedback on the exercises? | 11:34:06 |

1    A.  No.                                                11:34:11

2    Q.  Was he a part of the review of the                 11:34:19

3 training videos each day?                                 11:34:23

4    A.  Not that I remember.                               11:34:26

5    Q.  Um, did he have any role in scoring the            11:34:29

6 written exams?                                            11:34:33

7    A.  He may have.                                        11:34:36

8    Q.  You don't know?                                     11:34:38

9    A.  I do not know.                                      11:34:38

10   Q.  Okay.                                               11:34:39

11       Did he have any role in administering               11:34:40

12 those exams?                                              11:34:42

13   A.  Not that I recall.                                  11:34:43

14   Q.  Did he have any role in, for example,              11:34:47

15 providing instruction on some of the practical            11:34:52

16 skills, like how to hold leash, or things of that         11:34:54

17 nature?                                                   11:34:59

18   A.  The only one that I can recall was he did          11:35:01

19 the open field exercise, if that's what we are            11:35:07

20 going to call it, the demonstration.                      11:35:12

21   Q.  He did a demonstration --                          11:35:15

22       (Simultaneous conversation.)                        11:35:16

1     A.   That's correct.                                11:35:16

2     Q.   -- of the open field?                          11:35:17

3     A.   That's correct.                                11:35:21

4     Q.   Okay.                                           11:35:22

5          Did you know Cullen prior to being             11:35:23

6    assigned to K-9 training?                            11:35:27

7     A.   Yes.                                            11:35:29

8     Q.   Okay.                                           11:35:30

9          And how did you know him?                       11:35:31

10    A.   I had become -- I wouldn't necessarily          11:35:33

11   use you word -- friends -- um, as with a lot of       11:35:37

12   officers, you know, and there was one time I was      11:35:44

13   on a road trip.  I saw on social media that he        11:35:49

14   was down at a certain place.  And I just happened     11:35:54

15   to drive and ended up there.                          11:35:58

16          And I'm like, Hey, you know, and I             11:36:01

17   stopped by the townhouse, or the house that they      11:36:04

18   were staying in.  Stayed for less than an hour        11:36:09

19   and left.                                             11:36:11

20    Q.   Okay.                                           11:36:12

21          And so you said you'd become friends --       11:36:13

22   become friends with Cullen, correct?                  11:36:17

1     A.  I wouldn't necessarily say friends.  See,          11:36:19

2  friends to me are the ones I invite for Christmas         11:36:22

3  and Thanksgiving.                                         11:36:24

4       I knew of -- of Cullen before this.  I              11:36:26

5  don't know what word you would use.                       11:36:34

6     Q.  But you had the type of acquaintanceship           11:36:36

7  where, if you are on a road trip, you would stop          11:36:40

8  by and say "hi"?                                          11:36:43

9     A.  Yes.  Yes.                                          11:36:45

10    Q.  Okay.                                               11:36:45

11       And for how long had you known him prior            11:36:46

12 to training?                                               11:36:48

13    A.  Again, I knew of him at the range for               11:36:49

14 qualification.                                             11:36:56

15       Knew him?  I wouldn't say that I really             11:36:57

16 knew him.  Like you said, an acquaintance.                11:37:02

17    Q.  Okay.                                               11:37:05

18       How long would you say you were                      11:37:05

19 acquaintances prior to training?                           11:37:07

20    A.  Other than that one time I was on a road            11:37:10

21 trip, more like Facebook friends, I guess, and            11:37:13

22 that was, you know, nothing -- nothing of -- no           11:37:18

1    interaction, I guess is the thing.                    11:37:22

2       Q.  Do you have any negative experience with       11:37:25

3    Cullen prior to training?                             11:37:28

4       A.  No.                                            11:37:30

5       Q.  What about Jeff Core?  How frequently did      11:37:32

6    you interact with Jeff Core during a training         11:37:39

7    week?                                                 11:37:42

8       A.  Again, that varied.                            11:37:42

9       Q.  Okay.                                          11:37:43

10          Before the split between PBIED and             11:37:48

11   static, how frequently would you interact with        11:37:51

12   Jeff Core?                                            11:37:55

13      A.  Again, that varied week to week.               11:37:55

14      Q.  Okay.                                          11:37:59

15          What did it vary between?                      11:37:59

16      A.  One and four.                                  11:38:01

17      Q.  Now, after the split, was Jeff Core one        11:38:05

18   of the trainers that went with PBIED or did he        11:38:10

19   remain with static?                                   11:38:13

20      A.  Remained with PBIED.                           11:38:14

21      Q.  And, um, did Jeff Core lead any of the         11:38:21

22   lectures during training?                             11:38:27

1      A.  Not that I recall.                           11:38:29

2      Q.  Uh, did he set up any of the exercises      11:38:32

3   that you participated in during training?          11:38:34

4      A.  I believe he did.                            11:38:37

5      Q.  Did he observe those exercises that you      11:38:43

6   participated in during training?                   11:38:46

7      A.  I believe he did.                            11:38:49

8      Q.  Um, did he provide feedback on exercises     11:38:53

9   that you participated during training?             11:38:57

10     A.  I believe he did.                            11:39:09

11     Q.  And was Jeff Core one of the individuals     11:39:12

12  who participated in the review of the training     11:39:15

13  videos on a daily basis?                           11:39:17

14     A.  Not that I recall.                           11:39:20

15     Q.  Was Jeff Core responsible for                11:39:26

16  administering any of the written exams?            11:39:29

17     A.  Not that I can recall.                       11:39:33

18     Q.  Do --                                        11:39:36

19         (Simultaneous conversation.)                 11:39:38

20     A.  Wait, I am sorry.  I need you to clarify     11:39:38

21  that.                                              11:39:40

22         Again, not to my knowledge.  I don't know   11:39:41

1    what he did once he went to the PBIED side, as          11:39:44

2    far as their test taking.                               11:39:49

3        Q.  Okay.                                           11:39:52

4            As far as your test taking, do you know         11:39:56

5    of whether he administered any of those written         11:39:59

6    exams?                                                  11:40:01

7        A.  Not that I recall.                              11:40:01

8        Q.  And what about, as far as your test             11:40:03

9    taking, do you know if he scored any of those           11:40:05

10   exams?                                                  11:40:08

11       A.  That I do not know.                             11:40:08

12       Q.  Do you recall Jeff Core providing any           11:40:12

13   instruction on practical skills, such as holding        11:40:15

14   a lead, conditioning a sit, anything of that            11:40:19

15   nature?                                                 11:40:23

16       A.  Not that I remember.  It has been five          11:40:24

17   years.                                                  11:40:32

18       Q.  Do you have any prior knowledge of Jeff         11:40:32

19   Core before -- before you were assigned to the          11:40:36

20   K-9 training?                                           11:40:40

21       A.  Again, same as all of the others, just          11:40:41

22   from the training.                                      11:40:44

```
1        Q.  Okay.                                    11:40:45

2            Was Jeff Core an officer?                11:40:45

3        A.  He was.                                  11:40:47

4        Q.  Okay.                                    11:40:49

5            At one point, he was an officer?         11:40:49

6        A.  He was.                                  11:40:50

7        Q.  During the period you were in training,  11:40:51

8   he was not an officer, correct?                   11:40:54

9        A.  I don't remember.  I don't know when he  11:41:00

10  retired and went civilian.                        11:41:03

11       Q.  Okay.                                    11:41:09

12           And just backing up really quick, was    11:41:13

13  Kenny Hill an officer or a civilian?              11:41:16

14       A.  At the time of the training?             11:41:18

15       Q.  Yes.                                     11:41:21

16       A.  He was a civilian.                       11:41:21

17       Q.  Okay.                                    11:41:23

18           But Kenny Hill at some point was on      11:41:25

19  officer as well?                                  11:41:28

20       A.  That is correct.  He was an officer at   11:41:30

21  one point, yes.                                   11:41:32

22       Q.  And then I don't know if we covered this, 11:41:44
```

| 1 | but Tim Cullen is an officer currently, correct? | 11:41:49 |
| 2 | A.  Currently as of today do you mean, or | 11:41:53 |
| 3 | during that time period? | 11:41:57 |
| 4 | Q.  During that time period. | 11:41:58 |
| 5 | A.  Tim Cullen was an officer. | 11:42:00 |
| 6 | Q.  Okay. | 11:42:04 |
| 7 | During the period you were in training? | 11:42:06 |
| 8 | A.  Yes. | 11:42:07 |
| 9 | Q.  Okay. | 11:42:08 |
| 10 | Um, AJ Turner, um, how frequently did you | 11:42:11 |
| 11 | interact with AJ Turner on a weekly basis during | 11:42:14 |
| 12 | training? | 11:42:19 |
| 13 | A.  Again, before the split or after the | 11:42:19 |
| 14 | split? | 11:42:21 |
| 15 | Q.  Let's talk about before the split. | 11:42:21 |
| 16 | A.  One to four. | 11:42:24 |
| 17 | Q.  And the after the split, was he one of | 11:42:28 |
| 18 | the trainers that primarily focused on PBIED? | 11:42:30 |
| 19 | A.  That would be correct. | 11:42:33 |
| 20 | Q.  Okay. | 11:42:35 |
| 21 | And, um, would AJ Turner lead any of the | 11:42:42 |
| 22 | lectures during training? | 11:42:45 |

1     A.   Not that I recall.                          11:42:47

2     Q.   What about setting up exercises that you    11:42:50

3  participated in?                                    11:42:54

4     A.   I believe he did.                           11:42:54

5     Q.   What about observing those exercises?       11:42:58

6     A.   I believe he did.                           11:43:04

7     Q.   And what about providing feedback on        11:43:08

8  those exercises?                                    11:43:11

9     A.   He did.                                      11:43:12

10    Q.   Was AJ Turner one of the trainers           11:43:17

11  involved in reviewing the day's training with      11:43:22

12  trainees?                                          11:43:27

13    A.   Again, are you talking static, or are you   11:43:28

14  talking PBIED?                                     11:43:31

15    Q.   I'm talking static.                         11:43:32

16    A.   No, not that I remember.                    11:43:34

17    Q.   And for exams concerning static training,   11:43:38

18  was he -- did he administer any of those?          11:43:41

19    A.   No --                                        11:43:45

20         (Simultaneous conversation.)                11:43:46

21    Q.   Okay.                                        11:43:46

22    A.   -- not that I remember.                     11:43:46

| | | |
|---|---|---|
| 1 | Q. And what about scoring those exams? | 11:43:48 |
| 2 | A. Not that I know of. | 11:43:50 |
| 3 | Q. Um, do you recall if he provided any | 11:43:52 |
| 4 | instruction -- instruction on practical, such as | 11:43:57 |
| 5 | holding a lead or conditioning a sit, or things | 11:43:59 |
| 6 | like that? | 11:44:04 |
| 7 | A. I'm sorry. I have to ask, who are we | 11:44:04 |
| 8 | talking about? | 11:44:07 |
| 9 | Q. AJ Turner. | 11:44:08 |
| 10 | A. AJ Turner. Okay. | 11:44:10 |
| 11 | AJ Turner had demonstrated certain -- uh, | 11:44:11 |
| 12 | I wouldn't necessarily say exams, but, you know, | 11:44:18 |
| 13 | assisted I guess is the best, as far as like, you | 11:44:22 |
| 14 | know, the sit, to how to -- I don't recall the | 11:44:25 |
| 15 | leash portion of it, but I do know the dog that | 11:44:31 |
| 16 | wouldn't sit, he would try to show us a different | 11:44:34 |
| 17 | way to try to get them to sit. | 11:44:36 |
| 18 | Q. Okay. | 11:44:39 |
| 19 | Now, was AJ Turner an officer at the | 11:44:42 |
| 20 | time? | 11:44:49 |
| 21 | A. I do not know. | 11:44:49 |
| 22 | Q. Did you know AJ Turner prior to becoming | 11:44:56 |

1   a part of K-9 training?                                11:45:01

2       A.  Again, other than coming down to qualify,      11:45:02

3   no.                                                    11:45:06

4       Q.  Okay.                                          11:45:07

5       A.  Because he was an officer at one point.        11:45:07

6   I just don't know when he retired and went             11:45:09

7   civilian.                                              11:45:13

8       Q.  Okay.                                          11:45:15

9           And then Melvin Smalls.  How frequently        11:45:16

10  did you interact with Mr. Smalls during training?      11:45:20

11      A.  Gosh, I -- I don't know.  I can tell you       11:45:28

12  it's very minimal.                                     11:45:32

13      Q.  What was Mr. Small's role in the               11:45:34

14  training, as far as you know?                          11:45:39

15      A.  I do not know.                                 11:45:40

16      Q.  Okay.                                          11:45:41

17          Did he lead any lectures, for example?         11:45:42

18      A.  No.                                            11:45:44

19      Q.  Um, did he set up training exercise you        11:45:45

20  participated in?                                       11:45:49

21      A.  Not that I'm aware of.                         11:45:50

22      Q.  Okay.                                          11:45:51

```
1           Did he observe any of the training          11:45:51

2    exercises that you participated in?               11:45:53

3        A.  He may have.                              11:45:55

4        Q.  Did he provide any feedback that you      11:45:57

5    recall for any training exercises you             11:46:00

6    participated in?                                  11:46:02

7        A.  Not that I'm aware of.  Not personal      11:46:05

8    feedback.                                         11:46:09

9        Q.  Did you recall him providing any other    11:46:10

10   type of feedback, general feedback?               11:46:12

11       A.  Not that I recall.                        11:46:19

12       Q.  Was he one of the individuals involved in 11:46:23

13   reviewing the training with officers at the end   11:46:25

14   of the day?                                       11:46:28

15       A.  Not that I remember.                      11:46:29

16       Q.  Do you know if he had any role in         11:46:32

17   administering written exams for static trainees?  11:46:35

18       A.  Not that I recall.                        11:46:41

19       Q.  Okay.                                     11:46:43

20           Any role in scoring those exams for       11:46:43

21   static training?                                  11:46:47

22       A.  Not that I recall.                        11:46:49
```

| | | |
|---|---|---|
| 1 | Q. Do you recall Mr. Smalls ever providing | 11:46:50 |
| 2 | instruction on practical skills, like holding a | 11:46:53 |
| 3 | leash, conditioning a sit, any of those things? | 11:46:57 |
| 4 | A. No. | 11:47:00 |
| 5 | Q. Okay. | 11:47:01 |
| 6 | And did you have any prior knowledge of | 11:47:02 |
| 7 | Mr. Smalls before coming to training -- coming to | 11:47:09 |
| 8 | K-9 training? | 11:47:12 |
| 9 | A. No. | 11:47:13 |
| 10 | Q. Okay. | 11:47:14 |
| 11 | Sergeant Tony Phelps. How often did you | 11:47:16 |
| 12 | interact with Sergeant Phelps during the training | 11:47:21 |
| 13 | period? | 11:47:24 |
| 14 | A. That was the same as Kenny; daily, except | 11:47:25 |
| 15 | for when he was off work. | 11:47:32 |
| 16 | Q. Okay. | 11:47:34 |
| 17 | And, um, did Phelps lead any of the | 11:47:34 |
| 18 | lectures during training? | 11:47:39 |
| 19 | A. Yes, he did. | 11:47:40 |
| 20 | Q. Do you recall which ones? | 11:47:41 |
| 21 | A. No. | 11:47:43 |
| 22 | Q. Did he set up any of the exercises that | 11:47:44 |

1    you participated in during training?                    11:47:47

2        A.  I believe he did.                               11:47:49

3        Q.  Okay.                                           11:47:50

4            Did he observe those exercises?                 11:47:52

5        A.  He did.                                         11:47:54

6        Q.  And did he provide feedback as to those        11:47:55

7    exercises?                                              11:47:58

8        A.  He did.                                         11:47:59

9        Q.  Okay.                                           11:48:01

10           Was he one of the individuals -- one of         11:48:02

11   the trainers that would review training at the         11:48:05

12   end of the day?                                         11:48:08

13       A.  He did.                                         11:48:08

14       Q.  Was Sergeant Phelps responsible for            11:48:10

15   administering any of the written exams for             11:48:15

16   static?                                                11:48:18

17       A.  I believe he was.                              11:48:20

18       Q.  Was Sergeant Phelps responsible for            11:48:22

19   scoring those exams?                                   11:48:26

20       A.  I believe he assisted.                         11:48:27

21       Q.  Was Sergeant Phelps -- would he provide        11:48:33

22   instruction on practical skills, such as holding       11:48:38

1  a leash, or conditioning a sit, changes,                    11:48:42

2  behavior, those sort of things?                             11:48:47

3      A.  He did.                                             11:48:49

4      Q.  What was your prior knowledge of                   11:48:49

5  Sergeant Phelps?                                            11:48:52

6      A.  Again, like the rest of them.                      11:48:55

7      Q.  So you've know him from the range?                 11:48:57

8      A.  That's correct.                                    11:49:00

9      Q.  Okay.                                              11:49:01

10         ATTORNEY SCINDIAN:  We can take a                  11:49:11

11 five-minute break.                                         11:49:12

12         THE VIDEOGRAPHER:  We are going off the            11:49:14

13 record.  The time is 11:49 a.m.                            11:49:16

14         (THEREUPON, the proceedings recessed at            12:01:00

15 11:49 A.M.)                                                12:01:00

16         (THEREUPON, the proceedings resumed at             12:01:01

17 12 o'clock p.m.)                                           12:01:01

18         THE VIDEOGRAPHER:  We are back on the              12:01:08

19 record.  The time is 12:01 p.m.                            12:01:36

20 BY ATTORNEY SCINDIAN:                                      12:02:18

21     Q.  Officer Van Meter, we are back on the              12:02:18

22 record.                                                    12:02:21

1      A.   Okay.                                          12:02:22

2      Q.   As you know, you are still sworn in.           12:02:22

3      A.   Yes, ma'am.                                    12:02:25

4      Q.   So, let's talk about the structure of          12:02:25

5    training.                                             12:02:29

6      A.   Okay.                                          12:02:30

7      Q.   Um, generally, what was the schedule each      12:02:31

8    day for training?                                     12:02:35

9      A.   Um, it's just like the Exhibit 4 that you      12:02:41

10   provided us.  They try to go according to this,       12:02:44

11   although there were times that it deviated.           12:02:50

12     Q.   Okay.                                          12:02:54

13          And so, for example, Exhibit 4 indicates       12:02:54

14   that there would be feeding and grooming and          12:02:57

15   things of that nature for the dogs first thing in     12:03:01

16   the morning, correct?                                 12:03:04

17     A.   That would be correct.                         12:03:05

18     Q.   Okay.                                          12:03:06

19          And at that time, at the time you started      12:03:07

20   training, you weren't assigned a dog, correct?        12:03:09

21     A.   We were not.                                   12:03:12

22     Q.   Okay.                                          12:03:13

1       And so would you be responsible for --          12:03:13

2   you and your colleagues be responsible for          12:03:17

3   feeding and caring for all of the dogs, or how      12:03:19

4   did it work?                                         12:03:23

5       A.  All of the dogs meaning what?              12:03:23

6       Q.  Well, I am asking.  How did it work?        12:03:25

7       A.  Okay.                                        12:03:27

8       Q.  Yes.                                          12:03:28

9       A.  There were dogs in the inside kennel,        12:03:29

10  which were taken care of by the full-time kennel     12:03:34

11  staff.                                               12:03:39

12      Q.  Experienced staff?                           12:03:39

13      A.  Those were experienced handlers' dogs.       12:03:41

14          The dogs on the outside kennel were all      12:03:44

15  the new K-9s, and those were to be taken care of     12:03:47

16  by us.                                               12:03:53

17      Q.  And were there only certain dogs you took    12:04:02

18  care of, or -- um, at the beginning, prior to        12:04:04

19  assignment, were each of you just sort of            12:04:09

20  randomly taking dogs?                                12:04:12

21          How did it work?                             12:04:14

22      A.  Everybody randomly -- what we would         12:04:15

| | | |
|---|---|---|
| 1 | normally do is like, I am just going to use this | 12:04:18 |
| 2 | as an example.  It's not necessarily the correct | 12:04:22 |
| 3 | numbers.  But let's say, for instance, three | 12:04:25 |
| 4 | people would take out three dogs to empty them, | 12:04:28 |
| 5 | groom them, and everything. | 12:04:32 |
| 6 | And while they were doing that, three | 12:04:33 |
| 7 | other people stayed back to clean and prepare the | 12:04:35 |
| 8 | kennels for them to have clean kennels when they | 12:04:39 |
| 9 | got back.  And then like the next three dogs | 12:04:42 |
| 10 | would be taken out by the ones that cleaned the | 12:04:45 |
| 11 | kennels, and those three that came back with dogs | 12:04:50 |
| 12 | would start cleaning the kennels. | 12:04:53 |
| 13 | Q.  And you used the term "empty." | 12:04:55 |
| 14 | What does that mean? | 12:04:57 |
| 15 | A.  Empty means for the dogs to go to the | 12:04:58 |
| 16 | bathroom. | 12:05:01 |
| 17 | Every dog, we would empty them; otherwise | 12:05:01 |
| 18 | known as go to the bathroom. | 12:05:05 |
| 19 | Q.  And then following this period of | 12:05:07 |
| 20 | grooming and emptying and otherwise caring for | 12:05:10 |
| 21 | the dogs, feeding the dogs, um, what generally | 12:05:14 |
| 22 | would happen next? | 12:05:17 |

1     A.  Again, that depends day by day, depending     12:05:18

2   on what our schedule entails.                        12:05:23

3     Q.  Okay.                                          12:05:26

4         Was it typical to have roll call              12:05:26

5   following this period emptying the dogs and          12:05:28

6   things of that nature?                               12:05:31

7     A.  I don't really recall, actually.              12:05:34

8     Q.  Explain to me what you -- what your           12:05:39

9   definition of roll call is?                          12:05:41

10        Okay.  Why don't you tell me what your        12:05:44

11  definition of roll call is?                          12:05:46

12    A.  Roll call, um, I would just say on the        12:05:48

13  house side, which is where I'm located now, is       12:05:52

14  making sure everybody is present.                    12:05:56

15        We go through any BOLOs, you know, any        12:05:58

16  type of outstanding warrant, people that --          12:06:03

17  persons of interest.                                 12:06:09

18        You know, different things that may be        12:06:12

19  going on that day.                                    12:06:14

20        So when you ask me about roll call, it        12:06:17

21  was more of, hey, we are going such-and-such         12:06:22

22  place.                                               12:06:27

1    Q.  Okay.                                    12:06:28

2    A.  Totally different as far as I'm          12:06:28

3  concerned.                                     12:06:31

4    Q.  Okay.                                    12:06:31

5        So rather than -- excuse me -- rather    12:06:32

6  than the type of roll call where they take     12:06:36

7  attendance, for example, right?                12:06:40

8    A.  Correct.                                 12:06:41

9    Q.  At the house division, and you said      12:06:41

10 BOLOs.                                         12:06:44

11       What does that mean?                     12:06:45

12   A.  Be on the lookout.                       12:06:47

13   Q.  Those are -- you tell me, what are be on 12:06:49

14 the lookout?                                   12:06:52

15   A.  Okay.                                    12:06:54

16       They -- be on the lookout is if there has 12:06:56

17 been a crime committed within the vicinity, that 12:06:58

18 person potentially coming up on what we call the 12:07:03

19 Hill, or the Capitol Hill, they would share the  12:07:06

20 information, whether it be through metropolitan,  12:07:13

21 park, or FBI, or anything like that.            12:07:16

22   Q.  Okay.                                    12:07:18

1        A.  They would put out a picture and a        12:07:18

2   description of the person, and therefore a         12:07:21

3   description of what has taken place so we can       12:07:23

4   keep an eye out for that person.                    12:07:26

5        Q.  In the house division, you have a period   12:07:28

6   of time in which you meet with the officials,       12:07:30

7   correct?                                            12:07:33

8        A.  That would be correct.                     12:07:34

9        Q.  And when I say you, I am talking about     12:07:34

10  other -- the officers in your division would meet   12:07:37

11  with the officials, correct?                        12:07:39

12       A.  That would be a correct statement.         12:07:40

13       Q.  And the officers would take attendance,    12:07:43

14  for example?                                        12:07:46

15       A.  They would.                                12:07:46

16       Q.  And they would give you information about  12:07:47

17  BOLOs, persons of interest, or other things you     12:07:49

18  need to be aware of, other events that you need     12:07:53

19  to be aware of; that would be correct?              12:07:56

20       A.  That would be correct.                     12:07:58

21       Q.  In K-9 training, there were five of        12:07:58

22  you -- there were six of you, so there were no      12:08:01

1    attendants per se, correct?                    12:08:06

2        A.   That would be correct.                12:08:08

3        Q.   You would meet with the trainers, and  12:08:09

4    they would say, "Hey, we are going here," for   12:08:11

5    example?                                        12:08:15

6        A.   That would be an example.             12:08:15

7        Q.   So that would give you an idea what was  12:08:16

8    going to occur that day?                        12:08:18

9        A.   Yes.                                   12:08:20

10       Q.   Okay.                                  12:08:20

11            And that was what the roll call looked  12:08:21

12   like?                                           12:08:24

13       A.   That would be a truthful statement.   12:08:24

14       Q.   Okay.                                  12:08:27

15            Um, and then would there be any -- after  12:08:28

16   the roll call period, would there be instruction  12:08:33

17   given, such as, you know, would there be a       12:08:38

18   lecture at that time or -- um, what would happen  12:08:41

19   next?                                           12:08:46

20       A.   Again, day to day.                     12:08:46

21       Q.   Okay.                                  12:08:50

22       A.   You know, there is -- the first couple  12:08:51

1    weeks, which were -- what they would call          12:08:54

2    impressions, introducing dogs to odors, and there  12:08:58

3    were other weeks that were field trips or           12:09:04

4    exercises off of the K-9 training campus.           12:09:07

5       Q.  Okay.                                        12:09:12

6          So let me direct your attention to            12:09:12

7    Plaintiff's Exhibit 4, which is the schedule --     12:09:16

8          (Simultaneous conversation.)                  12:09:20

9       A.  Okay.                                         12:09:20

10      Q.  -- on the first page of this document,        12:09:20

11   which is marked Van Meter production 000017, it      12:09:22

12   shows four days during what is identified as         12:09:37

13   Week 1, and the days shown are August 7th,           12:09:38

14   August 8th, August 9th.  And August 10th, 2017,      12:09:42

15   correct?                                             12:09:45

16      A.  That would be correct.                        12:09:45

17      Q.  Okay.                                          12:09:47

18          And then, for example, on August 9th it       12:09:47

19   says:  At 0500 the trainees or handlers engaged      12:09:50

20   in feeding, grooming, and daily wellness checks      12:09:58

21   of the dogs, correct?                                12:10:02

22      A.  That is correct.                              12:10:03

1    Q.  That is the dogs on the outside kennels,    12:10:04

2  correct?                                          12:10:07

3    A.  That is correct.                            12:10:07

4    Q.  And then there was, at about 0530 there     12:10:08

5  would have been some sort of roll call, as we     12:10:13

6  discussed, correct?                               12:10:16

7    A.  That's correct.                             12:10:17

8    Q.  Okay.                                        12:10:18

9        And then the next thing it says is          12:10:18

10  "Imprinting."                                     12:10:21

11    A.  Yes.                                        12:10:21

12    Q.  Okay.                                       12:10:22

13        And the handwriting here, is that yours?   12:10:22

14    A.  It appears to be.                           12:10:25

15    Q.  Okay.                                       12:10:26

16        And it says:  Toby and Reno?               12:10:27

17    A.  That's correct.                             12:10:30

18    Q.  And what is the significance of that       12:10:30

19  handwriting?  Why is it written there?           12:10:33

20    A.  The significance is just keeping track of  12:10:36

21  the dogs that I worked with.                      12:10:42

22    Q.  Okay.                                       12:10:43

1      So, does this indicate that you worked   12:10:43

2  with Toby and Reno for this imprinting?     12:10:46

3      A.   That would be my understanding.    12:10:50

4      Q.   Okay.                              12:10:53

5           And what would you have been doing?   12:10:54

6      A.   Imprinting is what we would be doing.   12:10:59

7      Q.   Okay.                              12:11:03

8           And what was that?                 12:11:03

9      A.   Introducing dogs to odors.         12:11:05

10     Q.   Okay.                              12:11:09

11          And how would you do that?         12:11:09

12     A.   That imprinting typically was cinder   12:11:11

13  blocks that had on -- were done in a certain   12:11:20

14  pattern that when the dog -- one of the cinder   12:11:24

15  blocks would have an odor.  And the imprinting   12:11:32

16  would be to take the dog in that area, and once   12:11:34

17  their head, or their nose went to the cinder   12:11:41

18  block, then you would condition them to sit, and   12:11:46

19  that's to imprint them on smelling that scent,   12:11:48

20  and then giving the sit command to imprint them   12:11:53

21  to sit when they smelled that.              12:11:56

22     Q.   So, when you use the term "you" here, you   12:11:57

1   are referring to yourself if you are the handler          12:12:00

2   that's working with Toby or Reno, correct?               12:12:02

3       A.  I'm sorry.  Try that one more time.               12:12:04

4       Q.  When you use the term "you" in the                12:12:06

5   explanation, you were referring to yourself as           12:12:08

6   the person who would be taking Toby or Reno to            12:12:10

7   the cinder block to imprint?                              12:12:14

8       A.  It appears that.                                  12:12:17

9       Q.  Okay.                                             12:12:18

10      A.  From this date, yes.                              12:12:19

11      Q.  Okay.                                             12:12:20

12          And so your responsibility was -- if I'm          12:12:20

13  hearing you correctly, your responsibility was to         12:12:24

14  take them over to the block, correct?                     12:12:26

15      A.  In a pattern and some were blank.                 12:12:29

16      Q.  Okay.  When you say you were taking them          12:12:33

17  in a pattern, what do you mean?                           12:12:35

18      A.  Some of the exercises the cinder blocks           12:12:39

19  were in a circle, and you would walk around the           12:12:42

20  circle until -- till they -- to the one that had          12:12:47

21  the odor, and then you would, again, condition           12:12:51

22  them.                                                     12:12:57

1       Q.   Okay.                                    12:12:57

2            And at what point would you condition    12:12:58

3   them?                                             12:13:00

4       A.   When their noses went into the cinder    12:13:01

5   block to catch the scent that you wanted to       12:13:04

6   imprint them on.                                  12:13:08

7       Q.   Okay.                                    12:13:09

8            So, as the handler, you would be walking 12:13:09

9   the dog around, in this case a circle.  Until     12:13:13

10  they get to the cinder block that has the scent   12:13:17

11  that they are supposed to be conditioned on or    12:13:19

12  imprinted with, and as soon as they sniff that    12:13:25

13  block, you are supposed to do what?               12:13:27

14      A.   Okay.                                    12:13:31

15           You are to condition them to sit.        12:13:33

16      Q.   Okay.                                    12:13:34

17      A.   A clarification.  When you say "you," -- 12:13:35

18           (Simultaneous conversation.)            12:13:37

19      Q.   Uhm-hmm.                                 12:13:37

20      A.   -- I'm talking about the whole class.    12:13:38

21  This wasn't just a me exercise.                   12:13:41

22      Q.   Right.  I'm saying you here because, when 12:13:43

| | | |
|---|---|---|
| 1 | I say you, I mean you, Ms. Van Meter, because I'm | 12:13:45 |
| 2 | not saying it's just you doing this.  But I'm | 12:13:54 |
| 3 | saying as a handler, this was the activity you | 12:13:56 |
| 4 | were engaged in. | 12:13:59 |
| 5 | A.  This was the activity we were all engaged | 12:14:00 |
| 6 | in. | 12:14:03 |
| 7 | Q.  But you in particular. | 12:14:04 |
| 8 | A.  I was part of that. | 12:14:05 |
| 9 | Q.  Because I'm talking to you and not to | 12:14:06 |
| 10 | Riley or to Dantinne or anyone else.  I am using | 12:14:09 |
| 11 | the term "you" meaning Ms. Van Meter.  That is | 12:14:13 |
| 12 | why I'm using that terminology. | 12:14:17 |
| 13 | A.  I'm just trying to clarify that wasn't a | 12:14:19 |
| 14 | me exercise. | 12:14:21 |
| 15 | Q.  Got it.  That way we are on the same | 12:14:22 |
| 16 | page -- | 12:14:25 |
| 17 | (Simultaneous conversation.) | 12:14:25 |
| 18 | A.  Yes. | 12:14:25 |
| 19 | Q.  -- as far as that is concerned. | 12:14:25 |
| 20 | So -- but was my description correct?  As | 12:14:27 |
| 21 | a handler, your responsibility was to take the | 12:14:29 |
| 22 | dog around, if this is a circle as we described, | 12:14:33 |

1    to the various concrete blocks until they stuck          12:14:36

2    their nose -- the dog sticks their nose into the         12:14:40

3    block that has the odor, and then you are to             12:14:44

4    condition the dog to sit; is that correct?               12:14:46

5        A.  That would be a correct --                       12:14:49

6            (Simultaneous conversation.)                     12:14:50

7        Q.  Okay.                                            12:14:50

8        A.  -- explanation.                                  12:14:51

9        Q.  So, it looks like on Wednesday, the 9th,         12:14:53

10   2017 is shown here, this was an -- approximately         12:14:56

11   an hour and a half; is that correct?                     12:15:01

12       A.  It appears from this schedule that I'm           12:15:04

13   looking at, that, yes, that's what a lot of time         12:15:06

14   was given.                                               12:15:09

15       Q.  Okay.                                            12:15:10

16           And then it says the next activity from          12:15:10

17   about 0700 to about 1100, it appears -- it says:         12:15:13

18           (As read:)                                       12:15:13

19           "Medical Fort Belvoir Vet Staff."                12:15:18

20           Do you know what that was about?                 12:15:24

21       A.  Gosh, it's been five years.                      12:15:26

22           If I'm not mistaken, that is when                12:15:32

| | | |
|---|---|---|
| 1 | Fort Belvoir Vet staff came out to explain, um, | 12:15:36 |
| 2 | some of the, uh, dog care-type things for us | 12:15:44 |
| 3 | to -- us meaning the K-9 handlers -- to look for | 12:15:54 |
| 4 | in our dog, the care, what happens when, you | 12:15:59 |
| 5 | know, a dog has an upset stomach, as an example, | 12:16:06 |
| 6 | you know, how to take care of it. | 12:16:10 |
| 7 | And if I'm not mistaken, these two days | 12:16:11 |
| 8 | were also the days that Fort Belvoir's Vet staff | 12:16:15 |
| 9 | also came out and gave shots -- shots and | 12:16:21 |
| 10 | checkups on the experienced handlers' dogs. | 12:16:27 |
| 11 | Q.  Okay. | 12:16:37 |
| 12 | A.  Sorry.  I keep using experienced handlers | 12:16:38 |
| 13 | and -- | 12:16:38 |
| 14 | (Simultaneous conversation.) | 12:16:38 |
| 15 | Q.  That's fine? | 12:16:38 |
| 16 | A.  -- it's different stages.  That's why | 12:16:41 |
| 17 | there's confusion. | 12:16:41 |
| 18 | Q.  So, when you were saying experienced | 12:16:45 |
| 19 | handlers, you mean the handlers that are already | 12:16:46 |
| 20 | assigned K-9s; they are not going through the | 12:16:49 |
| 21 | training program, correct? | 12:16:52 |
| 22 | A.  That is correct.  Those are the ones out | 12:16:52 |

| | | |
|---|---|---|
| 1 | in the field. | 12:16:54 |
| 2 |    Q.  Okay. | 12:16:55 |
| 3 |      Just to be clear, we are in the schedule | 12:16:55 |
| 4 | where it says:  "Medical Fort Belvoir staff." | 12:16:58 |
| 5 |      That isn't necessarily -- that isn't the | 12:17:02 |
| 6 | trainees going out to Fort Belvoir; that's the | 12:17:05 |
| 7 | staff coming to where you are located? | 12:17:09 |
| 8 |    A.  I believe that's a correct statement. | 12:17:14 |
| 9 |    Q.  Okay. | 12:17:17 |
| 10 |      And then on August 9th following, that | 12:17:18 |
| 11 | says:  "Lunch," which I think is | 12:17:23 |
| 12 | self-explanatory. | 12:17:25 |
| 13 |    A.  Yes.  Some of us need to eat. | 12:17:27 |
| 14 |    Q.  And following that it says, "Obedience." | 12:17:30 |
| 15 |      What is that? | 12:17:35 |
| 16 |    A.  That's -- I don't really recall what was | 12:17:37 |
| 17 | trained in Obedience.  I don't recall that class. | 12:17:53 |
| 18 |    Q.  Okay. | 12:17:58 |
| 19 |      Is your recollection that it's a class, | 12:17:58 |
| 20 | or is it hands-on practice?  Exercise? | 12:18:00 |
| 21 |    A.  I believe, um, from what I can | 12:18:08 |
| 22 | remember -- again, we keep talking about the | 12:18:12 |

| | | |
|---|---|---|
| 1 | timeframe. It's been a while. | 12:18:15 |
| 2 | From what I remember, that would be a | 12:18:17 |
| 3 | class. I do not recall there being any exercise | 12:18:20 |
| 4 | in that. | 12:18:23 |
| 5 | Q. Okay. | 12:18:24 |
| 6 | And I just want to point out one thing | 12:18:26 |
| 7 | here. | 12:18:29 |
| 8 | A. Yes. | 12:18:29 |
| 9 | Q. The document at the bottom, you'll see it | 12:18:29 |
| 10 | says "LP," and it stands for lesson plan? | 12:18:32 |
| 11 | A. I see that. | 12:18:37 |
| 12 | Q. And there is "PP," and it stands for | 12:18:39 |
| 13 | PowerPoint, correct? | 12:18:43 |
| 14 | A. That is what it looks like, key items. | 12:18:43 |
| 15 | Q. When it says "PowerPoint, PP," does that | 12:18:46 |
| 16 | mean there is a lecture that's being given? | 12:18:50 |
| 17 | A. Yes, that would be what I would take that | 12:18:53 |
| 18 | PowerPoint to mean, yes. | 12:18:56 |
| 19 | Q. Okay. | 12:18:58 |
| 20 | And what about when it says "LP," does | 12:18:58 |
| 21 | that also mean there is a lecture being given, or | 12:19:01 |
| 22 | is that classroom time? | 12:19:03 |

1    A.  Again, from my memory, I believe that is          12:19:06

2  a lecture time that is given, and then a               12:19:10

3  PowerPoint to go along with it.                        12:19:14

4    Q.  Okay.                                            12:19:17

5       And it appears from looking at this               12:19:19

6  schedule that most of your time in training,           12:19:23

7  correct me if I'm wrong, was spent in actual           12:19:27

8  practical exercises.                                   12:19:32

9       Is that a correct -- um, correct               12:19:34

10  description?                                          12:19:38

11    A.  According to this date?  This week?            12:19:40

12    Q.  According to this schedule, so not just        12:19:42

13  this week.                                            12:19:45

14    A.  Okay.  Then I would have to look at it.        12:19:46

15    Q.  Sure.                                          12:19:49

16    A.  Okay.                                          12:20:18

17       Would you like to ask me the question           12:20:19

18  again, please.                                        12:20:21

19    Q.  Yes.  So, according to the schedule, most      12:20:22

20  of your time on a specific day would be spent on      12:20:24

21  actual exercises; is that correct?  Not classroom    12:20:28

22  time or lecture time?                                 12:20:31

| | | |
|---|---|---|
| 1 | A.   That would -- not necessarily exercise. | 12:20:34 |
| 2 | Um, the first couple weeks was | 12:20:41 |
| 3 | imprinting -- that -- | 12:20:44 |
| 4 | (Simultaneous conversation.) | 12:20:45 |
| 5 | Q.   Uhm-hmm. | 12:20:45 |
| 6 | A.   -- that's, you know, what that was mainly | 12:20:45 |
| 7 | about. | 12:20:49 |
| 8 | But it appears according to the schedule | 12:20:50 |
| 9 | that a lot of it was, shall we say, exercise. | 12:20:54 |
| 10 | Q.   Okay. | 12:20:58 |
| 11 | And you distinguish imprinting from | 12:20:59 |
| 12 | exercise. | 12:21:02 |
| 13 | Um, so let me be clear what I mean by | 12:21:03 |
| 14 | exercising. | 12:21:06 |
| 15 | A.   Okay. | 12:21:06 |
| 16 | Q.   I mean you are out with a dog, or dogs, | 12:21:07 |
| 17 | and you are engaging in the activity of, you | 12:21:11 |
| 18 | know, imprinting them or doing searches or | 12:21:16 |
| 19 | otherwise, you know, accommodating them to | 12:21:21 |
| 20 | specific odors. | 12:21:25 |
| 21 | That's what I'm talking about when I say | 12:21:26 |
| 22 | exercise. | 12:21:28 |

1    A.  Okay.                                          12:21:29

2    Q.  So, back to my initial question.              12:21:29

3        Was most of your time in a training day       12:21:31

4    spent in those sorts of exercises?                12:21:34

5    A.  I would say, with that statement, on the      12:21:38

6    first week was mainly classroom.                  12:21:42

7        After that, each week seemed to               12:21:46

8    increase --                                       12:21:50

9        (Simultaneous conversation.)                  12:21:51

10   Q.  Uhm-hmm.                                       12:21:51

11   A.  -- more of the word you used, exercise.       12:21:51

12   Q.  Okay.                                          12:21:55

13       And so, for example, if you look at --        12:21:55

14   I'm just going to pick a random week here -- if   12:21:59

15   you look at Week 6, which is Van Meter            12:22:03

16   Production, Page 000022 --                         12:22:09

17       (Simultaneous conversation.)                  12:22:11

18   A.  Uhm-hmm.                                       12:22:11

19   Q.  -- where it says Search Techniques --         12:22:12

20       (Simultaneous conversation.)                  12:22:16

21   A.  Okay.                                          12:22:16

22   Q.  -- would that be time spent in engaging       12:22:16

1    in searches?                                                    12:22:19

2        A.  According to this, yes.                                 12:22:22

3        Q.  Okay.                                                   12:22:24

4            And do you have any recollection as to --               12:22:25

5    any reason to doubt that that time was engaged                  12:22:30

6    in -- in searches?                                              12:22:33

7        A.  I don't have any reason to doubt that,                  12:22:35

8    no.                                                             12:22:37

9        Q.  Okay.                                                   12:22:38

10           And then on the form, I think pretty much               12:22:46

11   every day it has time dedicated to reviewing                    12:22:50

12   daily training, roughly at about 1430 each day,                 12:22:56

13   right?                                                          12:23:07

14           Is that -- do you see that?                             12:23:07

15       A.  I do see that.                                          12:23:09

16       Q.  Okay.                                                   12:23:10

17           And so, what would happen -- what would                 12:23:10

18   be occurring during this time period?                          12:23:15

19       A.  On a typical -- that is, when both of our               12:23:19

20   K-9 trainers would play the videos that they had               12:23:28

21   taken during the day, during session.                          12:23:35

22       Q.  And you said "both of our K-9 trainers."                12:23:39

1          Who are you referring to?                      12:23:42

2     A.   That would be Sergeant Phelps and Kenny.       12:23:43

3          Hill -- Mr. Kenny Hill.                        12:23:48

4     Q.   Okay.                                          12:23:50

5          You mentioned videos that were taken.          12:23:51

6          What would they be taking videos of?           12:23:55

7     A.   Officers or -- I'm sorry -- as you call        12:24:00

8     them.  K-9 handlers performing the exercises of     12:24:05

9     that day.                                           12:24:09

10     Q.  Now, to your understanding, were they          12:24:15

11     taking video of every single exercise?             12:24:20

12     A.   To my understanding, yes.                     12:24:25

13     Q.   Okay.                                         12:24:27

14          And what do you base that understanding       12:24:28

15     on?                                                12:24:30

16     A.   That we watched them at the end of the        12:24:34

17     day.  Like I recall there being videos, you know,  12:24:41

18     you see each K-9 handler performing the exercise   12:24:49

19     of that day.                                       12:24:53

20          That's my best recollection.                  12:24:55

21     Q.   Okay.  So, for example, on August 9,          12:24:58

22     2017, just referring back to Van Meter 0017,       12:25:06

1   which is Exhibit 4, where it says Imprinting and          12:25:12

2   Toby and Reno are written underneath --                   12:25:15

3         (Simultaneous conversation.)                        12:25:19

4     A.  Yes.                                                 12:25:19

5     Q.  -- would there be video from -- this                12:25:19

6   looks like about an hour and a half -- would              12:25:25

7   there be an hour and half of video for that --            12:25:29

8   for that day?                                             12:25:31

9         ATTORNEY ALDERMAN:  Objection --                    12:25:35

10        (Simultaneous conversation.)                        12:25:35

11  BY ATTORNEY SCINDIAN:                                     12:25:35

12    Q.  To your knowledge.                                  12:25:36

13        ATTORNEY ALDERMAN:  -- to the                       12:25:39

14  characterization.                                         12:25:40

15        THE WITNESS:  Okay.  Answer?                         12:25:43

16  BY ATTORNEY SCINDIAN:                                     12:25:45

17    Q.  Sure.                                                12:25:45

18        So, looking at Exhibit 4, Van Meter                 12:25:45

19  Production 000017, August 9, 2017, and it says            12:25:50

20  "Imprinting," and it has Toby and Reno written            12:25:56

21  underneath, correct?                                       12:25:59

22    A.  Yes.                                                 12:26:00

1      Q.  Okay.                                      12:26:00

2          That period of time appears to be around  12:26:01

3  an hour and a half?                               12:26:03

4      A.  It does.                                   12:26:04

5      Q.  For that day.                              12:26:06

6          Would -- in your mind, you said that you  12:26:07

7  understood them to be recording every exercise.   12:26:10

8          Would that mean there would be an hour    12:26:16

9  and a half of video of imprinting for that day?   12:26:18

10     A.  No, ma'am.                                 12:26:24

11     Q.  Okay.                                      12:26:25

12         What -- so explain to me what you mean by  12:26:25

13 you believe them to be recording every exercise.  12:26:30

14     A.  Every exercise doesn't take -- the --     12:26:34

15 what I mean by that is they're recording when a   12:26:40

16 K-9 handler is doing an exercise.                 12:26:47

17     Q.  Okay.                                      12:26:50

18     A.  They turn it off after everybody -- you   12:26:51

19 know, one person does their exercise.  They are   12:26:56

20 not keeping the videotape going.                  12:27:01

21         Another person would come up to do the    12:27:03

22 exercise.  They would record that.                12:27:05

| | | |
|---|---|---|
| 1 | That doesn't entail an hour and a half | 12:27:07 |
| 2 | down at the bottom -- | 12:27:10 |
| 3 | (Simultaneous conversation.) | 12:27:10 |
| 4 | Q. Okay. | 12:27:10 |
| 5 | A. -- If that's what you are implying. | 12:27:11 |
| 6 | Q. Well, that's what I'm asking. | 12:27:13 |
| 7 | A. Or asking. | 12:27:14 |
| 8 | Q. Okay. | 12:27:16 |
| 9 | And what was -- what was your | 12:27:18 |
| 10 | understanding of the purpose of these videos? | 12:27:20 |
| 11 | A. My understanding is for us to be able | 12:27:24 |
| 12 | to -- to see what we were doing in a training | 12:27:27 |
| 13 | exercise. | 12:27:31 |
| 14 | Q. Okay. | 12:27:32 |
| 15 | And so at the end of the day, you stated | 12:27:32 |
| 16 | that Sergeant Phelps and Sergeant Hill would play | 12:27:34 |
| 17 | all the videos that were taken that day, correct? | 12:27:38 |
| 18 | A. That would be a truthful statement, yes. | 12:27:41 |
| 19 | Q. And so, what would happen during the | 12:27:43 |
| 20 | playing of the videos? What information were | 12:27:46 |
| 21 | they providing? | 12:27:49 |
| 22 | A. Whatever was going on that day that we | 12:27:51 |

| | |
|---|---|
| 1 | could, you know, fix, change, improve on, or what | 12:27:55 |
| 2 | the dog was doing. | 12:28:09 |
| 3 | Q. Was there anything else they would review | 12:28:13 |
| 4 | with you, besides video, during the period carved | 12:28:25 |
| 5 | out for reviewing daily training? | 12:28:31 |
| 6 | A. As far as? | 12:28:33 |
| 7 | Q. Anything. I don't -- I don't know. | 12:28:35 |
| 8 | A. Besides the end of the day reports. | 12:28:38 |
| 9 | Q. Okay. | 12:28:41 |
| 10 | So during that period, they would also | 12:28:42 |
| 11 | review the end of the day report? | 12:28:44 |
| 12 | A. They wouldn't review with us. They would | 12:28:46 |
| 13 | hand them out to us. | 12:28:48 |
| 14 | Q. Okay. | 12:28:50 |
| 15 | A. But they never reviewed them with us | 12:28:50 |
| 16 | individually, no. | 12:28:52 |
| 17 | Q. Okay. | 12:28:52 |
| 18 | So you would receive a document at the | 12:28:53 |
| 19 | end of day. | 12:28:57 |
| 20 | And what would this document be? | 12:28:59 |
| 21 | A. An end of the day report showing the | 12:29:01 |
| 22 | stuff that we did for that day, um, odors, | 12:29:08 |

1   location, how the dog did, how the handler did.        12:29:14

2       Q.  Okay.                                          12:29:19

3           And I just want to set an exhibit in           12:29:19

4   front of you.                                          12:29:21

5       A.  Okay.                                          12:29:24

6       Q.  Just to make sure we are talking about         12:29:24

7   the same documents.                                    12:29:32

8           (THEREUPON, Exhibit 5 was marked by the        12:29:49

9   court reporter.)                                       12:30:10

10  BY ATTORNEY SCINDIAN:                                  12:30:10

11      Q.  Okay.                                          12:30:10

12          I'm handing you what's been marked as          12:30:11

13  Plaintiff's Exhibit 5.                                 12:30:14

14          Do you recognize this document?                12:30:15

15      A.  I'm going through it.                           12:30:26

16      Q.  And just for the record, Plaintiff's           12:30:30

17  Exhibit 5 is Bates stamped USCP 00023.                 12:30:35

18      A.  Okay.                                          12:31:02

19      Q.  Do you recognize this document -- these        12:31:02

20  documents I should say?                                12:31:06

21      A.  Yes.                                           12:31:07

22      Q.  And what are these documents?                  12:31:07

| | | |
|---|---|---|
| 1 | A.  EOD K-9 training form. | 12:31:09 |
| 2 | Q.  And these were the documents you were | 12:31:20 |
| 3 | referring to earlier when you said end of day? | 12:31:23 |
| 4 | A.  That would be correct. | 12:31:25 |
| 5 | Q.  Okay. | 12:31:26 |
| 6 | Now, to your understanding, what does EOD | 12:31:26 |
| 7 | stand for at the top? | 12:31:30 |
| 8 | A.  To my understanding, EOD stands for end | 12:31:32 |
| 9 | of day. | 12:31:34 |
| 10 | Q.  Okay. | 12:31:35 |
| 11 | Does EOD have another meaning within K-9? | 12:31:36 |
| 12 | A.  I believe they do.  I just don't recall | 12:31:43 |
| 13 | the actual wording. | 12:31:50 |
| 14 | Q.  Okay. | 12:31:52 |
| 15 | All right.  And, what is -- your | 12:32:01 |
| 16 | understanding, what information is contained in | 12:32:03 |
| 17 | this report, in the end of day report? | 12:32:06 |
| 18 | ATTORNEY ALDERMAN:  Objection. | 12:32:09 |
| 19 | Foundation. | 12:32:10 |
| 20 | You can answer. | 12:32:11 |
| 21 | THE WITNESS:  Okay.  Thank you. | 12:32:13 |
| 22 | The information is obviously the | 12:32:14 |

| | | |
|---|---|---|
| 1 | obedience, I am assuming that the dog agility, | 12:32:18 |
| 2 | and I'm assuming all the different brackets are | 12:32:21 |
| 3 | the things explained that day. | 12:32:26 |
| 4 | BY ATTORNEY SCINDIAN: | 12:32:29 |
| 5 | Q.  Okay. | 12:32:29 |
| 6 | And if you look at the next page, USCP | 12:32:30 |
| 7 | 00024 is what it's Bates stamped. | 12:32:37 |
| 8 | A.  24? | 12:32:41 |
| 9 | Q.  Yes. | 12:32:42 |
| 10 | A.  Okay. | 12:32:43 |
| 11 | Q.  There is a section called "Comments," or | 12:32:43 |
| 12 | labeled "Comments." | 12:32:45 |
| 13 | What is your understanding of what | 12:32:46 |
| 14 | information goes into that document -- into that | 12:32:47 |
| 15 | part of the document? | 12:32:51 |
| 16 | ATTORNEY ALDERMAN:  Objection.  Lack of | 12:32:52 |
| 17 | foundation. | 12:32:53 |
| 18 | Go ahead. | 12:32:55 |
| 19 | THE WITNESS:  Thank you. | 12:32:56 |
| 20 | Um, it appears that that's comments given | 12:32:58 |
| 21 | by one -- or I should not say -- it appears to be | 12:33:01 |
| 22 | comments given by an instructor -- | 12:33:06 |

| | | |
|---|---|---|
| 1 | (Simultaneous conversation.) | 12:33:09 |
| 2 | BY ATTORNEY SCINDIAN: | 12:33:09 |
| 3 | Q.  Okay. | 12:33:09 |
| 4 | A.  -- of that day. | 12:33:09 |
| 5 | Q.  And -- okay.  You can put that down or | 12:33:11 |
| 6 | put it aside for a moment. | 12:33:18 |
| 7 | A.  (Complied.) | 12:33:20 |
| 8 | Q.  So to be -- to make sure I understand, | 12:33:21 |
| 9 | during the review -- the review of the daily | 12:33:26 |
| 10 | training, during that period of time, you would | 12:33:30 |
| 11 | review videos with the instructors, correct? | 12:33:33 |
| 12 | A.  That's correct, as a -- as a class, yes. | 12:33:36 |
| 13 | Q.  Okay. | 12:33:39 |
| 14 | And they would also pass out the end of | 12:33:40 |
| 15 | day reports; is that correct? | 12:33:43 |
| 16 | A.  Yes. | 12:33:44 |
| 17 | Q.  And would you have an opportunity to | 12:33:45 |
| 18 | review those reports? | 12:33:47 |
| 19 | A.  You would. | 12:33:50 |
| 20 | Q.  Okay. | 12:33:51 |
| 21 | Would you have an opportunity to ask | 12:33:51 |
| 22 | questions about that document? | 12:33:53 |

1       A.   I guess you could.                              12:33:56

2       Q.   Okay.                                           12:33:58

3            Um, and then, what were you required to         12:34:04

4   do with the document?                                   12:34:09

5       A.   You were required to sign it --                 12:34:10

6            (Simultaneous conversation.)                    12:34:12

7       Q.   Okay.                                           12:34:12

8       A.   -- and return it back to the official --        12:34:12

9            (Simultaneous conversation.)                    12:34:14

10      Q.   Okay.                                           12:34:14

11      A.   -- or the K-9 training.                         12:34:14

12      Q.   Anything else that you would review             12:34:21

13  during that review of daily training period?            12:34:23

14      A.   Not that I recall.                              12:34:28

15      Q.   What did you believe to be the purpose of       12:34:31

16  the training for the handlers going through the         12:34:40

17  program?                                                12:34:43

18      A.   I'm sorry.  Try that again.                     12:34:44

19      Q.   What did you believe be the purpose of          12:34:46

20  the training for the handlers going through the         12:34:48

21  program?                                                12:34:53

22      A.   To learn explosive detection with a K-9.        12:34:56

1    Q.  What was your understanding of what you          12:35:08

2  were supposed to know by the end of training?          12:35:10

3    A.  By the end of training, you should know          12:35:15

4  or would know how to detect odor recognition from      12:35:18

5  a K-9.                                                  12:35:28

6    Q.  Okay.                                            12:35:36

7        And so did you understand that during            12:35:36

8  training, you were to learn basic skills to            12:35:40

9  conduct searches with a K-9 for explosive              12:35:43

10 devices?                                                12:35:49

11   A.  Basic, yes.                                      12:35:49

12   Q.  Did you understand that during training          12:35:50

13 you were to practice the skills that you were          12:35:53

14 learning?                                               12:35:56

15   A.  That's my understanding.                         12:35:57

16   Q.  Did you understand during training that          12:35:57

17 you were to demonstrate your understanding of          12:35:59

18 those skills by showing your proficiency with          12:36:03

19 them?                                                   12:36:06

20   A.  Yes.                                             12:36:07

21   Q.  And did you understand that during               12:36:08

22 training you were going to be evaluated by the         12:36:11

| | | |
|---|---|---|
| 1 | trainers as to whether you were properly applying | 12:36:13 |
| 2 | those skills that you were taught? | 12:36:16 |
| 3 | A.  Yes. | 12:36:19 |
| 4 | Q.  What was the purpose of the training for | 12:36:20 |
| 5 | the dogs? | 12:36:24 |
| 6 | A.  What do you mean by that? | 12:36:26 |
| 7 | Q.  What was it that the dogs were supposed | 12:36:28 |
| 8 | to be learning during this training? | 12:36:31 |
| 9 | A.  Pretty much the same thing as the | 12:36:35 |
| 10 | handler, odor detection, search patterns, | 12:36:39 |
| 11 | searching for explosive detection, responding to | 12:36:50 |
| 12 | an odor. | 12:36:58 |
| 13 | Q.  What is your understanding of what the | 12:37:07 |
| 14 | basic mechanics of K-9 training are? | 12:37:16 |
| 15 | ATTORNEY ALDERMAN:  Objection.  Vague. | 12:37:22 |
| 16 | THE WITNESS:  Yeah, I was going to say, | 12:37:24 |
| 17 | please explain. | 12:37:26 |
| 18 | BY ATTORNEY SCINDIAN: | 12:37:27 |
| 19 | Q.  What is your understanding of what the -- | 12:37:27 |
| 20 | what it means, what basic mechanics of | 12:37:30 |
| 21 | training -- of K-9 detection? | 12:37:35 |
| 22 | A.  As far as for whom, me or the dog? | 12:37:37 |

| | | |
|---|---|---|
| 1 | Q.  For you. | 12:37:40 |
| 2 | A.  For me? | 12:37:41 |
| 3 | Q.  Yes. | 12:37:42 |
| 4 | A.  Search pattern; | 12:37:43 |
| 5 | Recognizing changes of behavior; | 12:37:48 |
| 6 | Doing the proper procedure for what it | 12:38:06 |
| 7 | would take if your dog does indicate an | 12:38:09 |
| 8 | explosive. | 12:38:12 |
| 9 | Q.  Okay. | 12:38:16 |
| 10 | Search pattern.  Let's start with that. | 12:38:17 |
| 11 | What does that mean? | 12:38:19 |
| 12 | A.  Search pattern.  Search pattern, um, is | 12:38:20 |
| 13 | searching the door in both a high and low area | 12:38:31 |
| 14 | around the door before you go inside.  And then | 12:38:37 |
| 15 | from the left to right, pointing out all the | 12:38:42 |
| 16 | different odor release points. | 12:38:47 |
| 17 | Q.  And what are odor release points? | 12:38:49 |
| 18 | A.  Different little openings and fine cracks | 12:38:52 |
| 19 | that odor can penetrate through. | 12:38:58 |
| 20 | Q.  You said recognizing change in behavior. | 12:39:10 |
| 21 | Do you mean in the K-9? | 12:39:14 |
| 22 | A.  Yes. | 12:39:16 |

1    Q.  What are signs of the change in behavior          12:39:16

2  in a K-9?                                                12:39:19

3    A.  Each dog is different.                            12:39:21

4    Q.  Well, let's move from general to                  12:39:23

5  specific.                                                12:39:28

6       So, in general, what are some of the               12:39:28

7  things you should be looking for as a change in          12:39:30

8  behavior in a dog?                                       12:39:32

9    A.  Anything that is out of the ordinary for          12:39:33

10  the dog.                                                12:39:36

11       Any type of change that a dog does                12:39:38

12  differently.                                             12:39:44

13    Q.  So if you remember, what were changes in         12:39:54

14  behavior -- actually, before I go there.                 12:39:57

15       Um, a change in behavior is supposed to          12:40:05

16  indicate that the dog has picked up on the odor;         12:40:08

17  is that correct?                                         12:40:12

18    A.  Picked up on a possible scent, yes.              12:40:12

19    Q.  Um, for K-9 Jayden, who I believe you            12:40:33

20  worked with the longest, what was an indication          12:40:37

21  in his change -- what was an example of his              12:40:39

22  change in behavior when he picked up on a scent?         12:40:42

1      A.  The change in his behavior, he was a          12:40:46

2  happy dog, and his tail would wag fairly slow;       12:40:48

3  but when he got on, it was a very fast pace on       12:40:54

4  tail wag, his breathing changed.                     12:40:59

5      Q.  In what way?                                  12:41:02

6      A.  It's hard.  It was almost like he was         12:41:03

7  breathing it in.  It's hard to describe a dog's      12:41:05

8  breathing.  But it was an inhale and, like, ah,      12:41:10

9  this, you know, like something I'm used to.          12:41:15

10     Q.  Okay.                                         12:41:20

11         Any other changes in behavior that he         12:41:20

12  would have?                                          12:41:22

13     A.  He would paw at certain areas that were       12:41:22

14  interesting.                                          12:41:28

15     Q.  Anything else?  Anything else he would        12:41:28

16  have?                                                12:41:40

17     A.  Not that I recall.                            12:41:40

18     Q.  Okay.                                         12:41:44

19     A.  Those were the major ones.                    12:41:45

20     Q.  And I believe you also worked with K-9        12:41:47

21  Cooper, correct?                                     12:41:50

22     A.  Yes.                                          12:41:50

1    Q.  Do you know what his changes in behavior          12:41:51

2    were?                                                 12:41:53

3    A.  I honestly -- I honestly cannot recall            12:41:54

4    that.                                                 12:42:01

5    Q.  Okay.                                             12:42:03

6    A.  I cannot recall.                                  12:42:03

7    Q.  Did you also work with Billy the Lab?             12:42:04

8    A.  I did.                                            12:42:07

9    Q.  Do you recall what his changes in                 12:42:08

10   behavior were?                                        12:42:10

11   A.  No.  That was -- no.                              12:42:12

12   Q.  You also said proper procedure if dog             12:42:14

13   indicates.                                            12:42:23

14       What would that be?                               12:42:23

15   A.  Proper procedure is the general orders            12:42:25

16   that we have at Capitol Police to follow when a       12:42:31

17   K-9 dog detects what -- the dog indicates is a        12:42:35

18   potential explosive.                                  12:42:42

19   Q.  Do the basic mechanics also include leash         12:42:49

20   handling?                                             12:42:57

21   A.  They did.                                         12:42:58

22   Q.  And what was -- what was the requirements         12:42:58

1   requiring leash handling?                          12:43:02

2       A.  Basic requirements?  If I'm not mistaken,  12:43:05

3   K-9 handlers, instructors, you hold it with your    12:43:14

4   left hand and kind of ream stop of it in and use    12:43:19

5   your thumb and your pointer finger as a break, a    12:43:23

6   way to stop a dog.  And you were to use your        12:43:29

7   right hand to present different -- I just lot the    12:43:33

8   word -- it just literally went out of my head.      12:43:43

9           Different points that the odor can come     12:43:46

10  out of.  And if -- that was the mechanics of it,    12:43:48

11  and that's great and easy to say.                   12:43:56

12      Q.  So there were two parts of that.  The       12:43:59

13  first was the mechanics of actually holding the     12:44:09

14  leash and using your thumb, and I believe you       12:44:12

15  said index finger to -- as a break point.           12:44:16

16          Is that right?                              12:44:20

17      A.  That's correct.                             12:44:20

18      Q.  And when you say break point, it's --       12:44:21

19  well, what do you mean by break point?              12:44:23

20      A.  Like a stop.                                12:44:25

21      Q.  Okay.                                       12:44:27

22      A.  Like a brake.  Apply brake.                 12:44:27

| | | |
|---|---|---|
| 1 | Q. Oh, brake, B-R-A-K-E. | 12:44:30 |
| 2 | A. Yes. | 12:44:34 |
| 3 | Q. Got it. Got it. | 12:44:34 |
| 4 | And in terms of leash length, how do you | 12:44:37 |
| 5 | determine how much leash to give a dog, or not? | 12:44:41 |
| 6 | A. Depends on what you are searching. | 12:44:45 |
| 7 | Q. Okay. | 12:44:48 |
| 8 | What happens if the leash is too | 12:44:58 |
| 9 | restrictive? | 12:45:01 |
| 10 | A. Again, that would -- clarify. | 12:45:02 |
| 11 | Q. Let me put it this way. | 12:45:06 |
| 12 | Is there a negative to being too | 12:45:08 |
| 13 | restrictive with a leash? | 12:45:10 |
| 14 | A. There can -- it depends on the dog. Some | 12:45:18 |
| 15 | dogs think that when you are tight and they feel | 12:45:24 |
| 16 | that around their collar, that that gives them | 12:45:27 |
| 17 | drive to pull or pull through it, and that gives | 12:45:32 |
| 18 | them sometimes a drive. | 12:45:36 |
| 19 | Other dogs, they are lose. That way they | 12:45:38 |
| 20 | are more relaxed. Each dog is different. Each | 12:45:44 |
| 21 | dog has it's own personality. Each dog likes | 12:45:47 |
| 22 | certain things, doesn't like certain things. | 12:45:51 |

```
1           It's learning the dog.                    12:45:53

2      Q.   Okay.  I'm going to stop there because I   12:45:54

3  know that you have to change the -- whatever it     12:45:56

4  is.                                                 12:46:01

5      A.   The technical stuff.                       12:46:02

6           THE VIDEOGRAPHER:  We are going off the    12:46:03

7  record.  The time is 12:46 p.m.                     12:46:05

8           (THEREUPON, the proceedings recessed at    12:46:11

9  12:45 p.m.)                                         12:46:13

10           (WHEREUPON, the proceedings               13:51:37

11  commenced at 1:51 p.m.)                            13:51:38

12           THE VIDEOGRAPHER:  We are back on the     13:51:46

13  record.  The time is 1:52 p.m.                     13:52:01

14  BY ATTORNEY SCINDIAN:                              13:52:06

15      Q.   Okay.  Welcome back, Officer Van Meter,   13:52:07

16  you're still under oath.                           13:52:10

17      A.   Yes.                                      13:52:11

18      Q.   Before the break, we were talking about   13:52:12

19  the basic mechanics of K-9 detection.  And I       13:52:15

20  believe we left off talking about basically leash  13:52:18

21  manipulation or leash control.                     13:52:20

22           Why is it important to open or extend the 13:52:24
```

| | | |
|---|---|---|
| 1 | lead? | 13:52:27 |
| 2 | A.  Depending on what you are searching, | 13:52:27 |
| 3 | different areas call for different things. | 13:52:32 |
| 4 | Q.  What is the advantage of opening or | 13:52:36 |
| 5 | extending the lead? | 13:52:40 |
| 6 | A.  To get the dog to extend out and smell | 13:52:41 |
| 7 | other areas. | 13:52:46 |
| 8 | Q.  Now, it's my understanding that you | 13:52:56 |
| 9 | should not be wrapping the lead around your hand | 13:53:03 |
| 10 | (indicating); is that correct? | 13:53:08 |
| 11 | A.  According to whom? | 13:53:10 |
| 12 | Q.  I'm just saying it's my understanding. | 13:53:11 |
| 13 | Is that understanding wrong or right? | 13:53:13 |
| 14 | A.  I guess my question is to whom.  Are | 13:53:16 |
| 15 | we -- I need you to clarify that question because | 13:53:21 |
| 16 | -- | 13:53:21 |
| 17 | (Simultaneous conversation.) | 13:53:23 |
| 18 | Q.  Let me clarify -- | 13:53:23 |
| 19 | (Simultaneous conversation.) | 13:53:24 |
| 20 | A.  -- the way it was asked. | 13:53:24 |
| 21 | Q.  Okay.  For K-9 training, when you are | 13:53:27 |
| 22 | handling the canines that work for USCP, is it | 13:53:30 |

1  proper to wrap the leash around your hand?                13:53:35

2      A.  According to them, no.                            13:53:39

3      Q.  Okay.  According to someone else, is that         13:53:40

4  correct?                                                  13:53:42

5      A.  Again, different people.  We are talking          13:53:43

6  about K-9 training versus you and I having a dog          13:53:45

7  that we walk on a leash.  That's what I needed            13:53:49

8  you to clarify.                                           13:53:52

9      Q.  Oh, okay.  So I'm talking about for work          13:53:53

10 dog.  It's improper to wrap the lead around your          13:53:56

11 hand; is that correct?                                    13:54:00

12     A.  According to K-9 training.                        13:54:01

13     Q.  Why is it improper?                               13:54:03

14     A.  That's just according to their rules.             13:54:04

15     Q.  Is there any danger associated with               13:54:06

16 wrapping a lead around your hand?                         13:54:10

17     A.  I'm not a K-9 expert so I do not know the         13:54:13

18 advantages and disadvantages.                             13:54:19

19     Q.  At any point, were you told that it is            13:54:21

20 dangerous to wrap the lead around your hand?              13:54:24

21     A.  I cannot say that they said "dangerous,"          13:54:28

22 no.                                                       13:54:31

1     Q.  Okay.  What was -- what was the language          13:54:31

2  they used?                                              13:54:34

3     A.  They don't want you to do it.                    13:54:34

4     Q.  And there was no explanation as to why?          13:54:36

5     A.  They only explained how they want you to         13:54:39

6  handle the lead.                                        13:54:43

7     Q.  Okay.  And what was their way of handling        13:54:44

8  the lead?                                               13:54:47

9     A.  Again the same way I told to you before          13:54:47

10  --  there's -- the handle, as we'll call it, that      13:54:50

11  goes in your hand.                                     13:54:53

12     Q.  Uhm-hmm.                                         13:54:54

13     A.  And then you pull the lead through and          13:54:56

14  you use -- the lead comes through your thumb to        13:54:58

15  your index finger.  And when you want to extend        13:55:01

16  it, you raise it up.  And when you want it to          13:55:04

17  stop, you use your thumb and index finger.             13:55:07

18     Q.  I want to go back really quick to -- we         13:55:10

19  talked about observing changes of behavior in the      13:55:13

20  dog as part of the basics of K-9 --  I'm sorry,        13:55:17

21  basic mechanics of K-9 detection, correct?             13:55:21

22     A.  That's correct.                                 13:55:24

1      Q.  Okay.  Other than noticing change of          13:55:25

2   behavior when a dog is on odor, what other           13:55:29

3   behaviors should you be looking for in the dog?      13:55:34

4          ATTORNEY ALDERMAN:  Objection.  Vague.        13:55:41

5          THE WITNESS:  Can you clarify?                13:55:43

6   BY ATTORNEY SCINDIAN:                                13:55:44

7      Q.  Sure.  Isn't part of what a handler is        13:55:45

8   supposed to be doing is being able to discern        13:55:48

9   when a dog is doing investigative sniffing?          13:55:51

10     A.  Try to rephrase that again.                   13:55:58

11     Q.  Sure.  One of the things that you should      13:56:00

12  be looking out for as a handler is when a dog is     13:56:02

13  engaged in investigative sniffing?                   13:56:05

14     A.  Is it?  And then my question would be:        13:56:09

15  You have to let the dog investigate in order to      13:56:28

16  find out if it's an odor.  There are times that      13:56:31

17  scents may resemble something that is or appears     13:56:40

18  to have the same particles, not necessarily an       13:56:45

19  explosive, but similar particles that may smell      13:56:53

20  familiar.                                            13:56:58

21         The dog is going to investigate and then      13:56:59

22  determine whether it's -- its true or it's not       13:57:03

1    true.  And then some dogs are just going to          13:57:08

2    indicate that it is true even if it doesn't have     13:57:13

3    all the properties.                                  13:57:17

4         Does that makes sense?                          13:57:18

5    Q.  Okay.  So let me -- let me back up and           13:57:19

6    ask you this:  What is investigative sniffing?       13:57:20

7    A.  Again, that would be a question to ask a         13:57:24

8    K-9 expert on the differences between an             13:57:30

9    investigative and a true detection.                  13:57:34

10   Q.  Isn't your understanding that                    13:57:40

11   investigative sniffing only occurs when odor is      13:57:44

12   present?                                             13:57:48

13   A.  That's not true.                                 13:57:49

14   Q.  Okay.  So when does investigative                13:57:50

15   sniffing occur?                                      13:57:54

16   A.  When a dog is investigating.                     13:57:54

17   Q.  Okay.  So investigative sniffing means           13:57:56

18   the dog is working.  They are investigating to       13:57:59

19   see if there is an odor?                             13:58:03

20   A.  They investigate the whole time.                 13:58:04

21   That's -- it's not like they just stop and, you      13:58:07

22   know, go from walking to investigating.  When you    13:58:11

1  are working a dog, they are investigating the          13:58:14

2  whole time.  Their nose is open to particles in        13:58:17

3  the air.  They are investigating the whole thing.      13:58:22

4       Q.  Is there a difference between when a dog      13:58:24

5  is working and when a dog is off task?                 13:58:26

6           ATTORNEY ALDERMAN:  Objection.  Vague.        13:58:31

7           THE WITNESS:  Can you clarify?                13:58:33

8  BY ATTORNEY SCINDIAN:                                  13:58:36

9       Q.  What does it mean when -- what does the       13:58:36

10  term "off task" mean?                                 13:58:40

11      A.  I don't know.                                 13:58:41

12      Q.  You've never heard that terminology          13:58:42

13  before?                                               13:58:45

14      A.  Not in this, no.                              13:58:46

15      Q.  Okay.  When a dog is distracted versus       13:58:48

16  when a dog is investigative sniffing, is there a      13:58:54

17  difference?                                           13:58:57

18      A.  As far as what?                              13:58:57

19      Q.  As far as the way they act, their            13:59:00

20  behavior?                                             13:59:04

21      A.  Okay.  Rephrase it.                          13:59:07

22      Q.  When a dog is investigative sniffing, as     13:59:08

1    we've defined earlier as looking for an odor         13:59:13

2    they're working, is there a difference between       13:59:16

3    that and when a dog is distracted?                   13:59:18

4        A.  Again, that's not something that is in my    13:59:22

5    expertise.  As far as giving you clear and           13:59:26

6    concise differences between how a dog should         13:59:32

7    behave when they are investigating and when they     13:59:33

8    are distracted.  Each dog is different.  And that    13:59:36

9    is something that an expert dog trainer would be     13:59:39

10   able to give you more clarification.                 13:59:44

11       Q.  So is it your understanding that a           13:59:46

12   handler need not know the difference between when    13:59:48

13   a dog is distracted and when a dog is working?       13:59:51

14           ATTORNEY ALDERMAN:  Objection.               13:59:55

15           THE WITNESS:  Rephrase it.                   13:59:56

16   BY ATTORNEY SCINDIAN:                                13:59:57

17       Q.  Is it your understanding that a handler      13:59:58

18   would not be able to tell the difference between     14:00:01

19   when a dog is distracted versus when they are        14:00:04

20   working?                                             14:00:08

21       A.  Distracted as far as what?                   14:00:09

22       Q.  You don't know what the term "distracted"    14:00:12

| | | |
|---|---|---|
| 1 | means? | 14:00:15 |
| 2 | ATTORNEY ALDERMAN:  Objection. | 14:00:15 |
| 3 | Argumentative and mischaracterizes. | 14:00:17 |
| 4 | THE WITNESS:  I need you to rephrase | 14:00:20 |
| 5 | that. | 14:00:22 |
| 6 | BY ATTORNEY SCINDIAN: | 14:00:22 |
| 7 | Q.  Well, I'm asking what does distracted | 14:00:22 |
| 8 | mean to you? | 14:00:25 |
| 9 | A.  According to what?  Are we talking about | 14:00:26 |
| 10 | the dog being distracted? | 14:00:27 |
| 11 | Q.  I'm talking about the dog? | 14:00:28 |
| 12 | A.  Okay.  That word "distracted" has not | 14:00:30 |
| 13 | been used in our K-9 training that I'm aware of, | 14:00:34 |
| 14 | so please rephrase. | 14:00:38 |
| 15 | Q.  But I'm asking you what does the term | 14:00:39 |
| 16 | "distracted" mean to you as far as a dog? | 14:00:40 |
| 17 | A.  So dogs get distracted for many different | 14:00:43 |
| 18 | reasons, which is why I can't give you a clear | 14:00:48 |
| 19 | answer on what are you asking me. | 14:00:51 |
| 20 | Dogs get distracted from rustling of | 14:00:53 |
| 21 | leaves or from somebody walking by or that, "Hey, | 14:00:56 |
| 22 | wait a second.  That smell smells familiar." | 14:01:00 |

| | | |
|---|---|---|
| 1 | Those all can be distractions. | 14:01:04 |
| 2 | However, you are asking me if I know the | 14:01:07 |
| 3 | difference between an investigative smell and a | 14:01:09 |
| 4 | distraction; is that correct. | 14:01:12 |
| 5 | Q. I'm asking you if you know the difference | 14:01:14 |
| 6 | between when a dog is distracted, in other words, | 14:01:16 |
| 7 | they are distracted by leaves or someone walking | 14:01:19 |
| 8 | by or airplanes in the sky, whatever it maybe, | 14:01:24 |
| 9 | and when the dog is working. | 14:01:27 |
| 10 | Can you tell the difference between the | 14:01:29 |
| 11 | two? | 14:01:31 |
| 12 | ATTORNEY ALDERMAN: Are you asking if she | 14:01:31 |
| 13 | can tell the difference today? | 14:01:34 |
| 14 | Objection to the foundation of the line | 14:01:35 |
| 15 | of questions. It's irrelevant. | 14:01:37 |
| 16 | BY ATTORNEY SCINDIAN: | 14:01:38 |
| 17 | Q. At the time that you were in training, | 14:01:38 |
| 18 | was it your understanding as a handler that part | 14:01:40 |
| 19 | of what you are doing, part of your | 14:01:43 |
| 20 | responsibility, is to be able to tell when a dog | 14:01:45 |
| 21 | is distracted and when they are working? | 14:01:48 |
| 22 | A. I don't understand the question that you | 14:01:54 |

1    are asking.  I really truly do not understand.        14:01:56

2    Dogs smell different things.  If you are asking       14:01:59

3    me if I know the difference when my dog is            14:02:02

4    smelling a leaf versus when my dog is on -- or a      14:02:05

5    dog should be on a different smell, there is a        14:02:09

6    difference.                                           14:02:11

7         But the way that you are asking it as far        14:02:12

8    as my dog being -- a dog being distracted is --       14:02:14

9    is very confusing.                                    14:02:19

10    Q.  Okay.  So you said there is a difference         14:02:20

11   between when a dog is smelling a leaf and when a      14:02:22

12   dog is searching for an odor that they are            14:02:26

13   supposed to be detecting, correct?                    14:02:29

14    A.  They are smelling different things.  They        14:02:31

15   are -- it's you know when your dog is interested      14:02:36

16   in something that smells like something that          14:02:39

17   they've been trained on.                              14:02:43

18        Dogs smell different things.  There could        14:02:44

19   have been a dog that walked right ahead.  They        14:02:47

20   stop, they smell, and then they keep moving.          14:02:49

21        Again, there are times that they smell           14:02:53

22   many things investigating and it doesn't              14:02:57

1    necessarily mean that there's something there.        14:02:59

2       Q.  Right.  But I'm not asking whether            14:03:02

3    there's something there.  I'm asking about           14:03:04

4    reading a dog's behavior?                            14:03:07

5       A.  Between distraction and investigation?        14:03:08

6       Q.  That's correct?                               14:03:11

7       A.  And again, I'm explaining to you that         14:03:12

8    there really is no difference between a smell of      14:03:14

9    some sorts, whether you call it a distraction or      14:03:16

10   whether they are doing an investigation.  That is     14:03:19

11   the dog doing the dog's job of smelling different     14:03:23

12   things in the air.                                   14:03:27

13       So really there is no difference between         14:03:28

14   what you are calling a distraction and the dog        14:03:30

15   investigating.                                        14:03:33

16       The dog is smelling particles in the air.         14:03:33

17   It goes through their nose.  They're trying to        14:03:37

18   get that to go to their brain to figure out           14:03:38

19   whether or not that is something that they've         14:03:41

20   been trained on.                                      14:03:43

21       But you're making it sound like it's two          14:03:44

22   different things and it's really not.                 14:03:47

1  Q. So from what you are saying, what I'm   14:03:48

2  understanding you to say is whenever a dog is   14:03:50

3  smelling that there's no difference.   14:03:53

4       Is that what you're saying?   14:03:56

5  A. When dogs are smelling, they're smelling.   14:03:57

6  Q. And there's no difference between a dog   14:04:00

7  seeking out an odor that they are familiar with   14:04:02

8  and a dog looking at the sky and being distracted   14:04:06

9  by an airplane or leaves or a person walking by.   14:04:11

10      Is that what you're saying?   14:04:13

11  A. I think I would know the difference   14:04:14

12  between a dog checking out an airplane and a dog   14:04:16

13  investigating.   14:04:19

14  Q. Or a dog being distracted by a person   14:04:19

15  walking by or a dog that's smelling leaves or   14:04:21

16  grass from a distance or whatever it may be?   14:04:25

17  A. Okay. An example.   14:04:26

18  Q. Are those things that you wouldn't know   14:04:28

19  the difference between?   14:04:30

20  A. A dog can smell a person and you think   14:04:31

21  that it's a distraction. How do you know that it   14:04:33

22  doesn't have an explosive detection, or been   14:04:36

1    around a medicine that has similar particles as          14:04:39

2    other things that have explosive.                         14:04:41

3        Q.  So your testimony is that you cannot tell         14:04:43

4    the difference, and it's not your responsibility          14:04:45

5    to tell the difference between when a dog is              14:04:47

6    actually looking for an odor that it should be            14:04:50

7    recognizing that is imprinted upon it and when a          14:04:54

8    dog is doing something else?                              14:04:57

9           ATTORNEY ALDERMAN:  Objection.  Misstates          14:04:59

10   the testimony, argumentative, and irrelevant.             14:05:01

11          (Simultaneous conversation.)                       14:05:03

12          THE WITNESS:  Okay.  So now I'm going to            14:05:03

13   clarify that for you.  First of all, they don't           14:05:04

14   see.  They're going off of smell.  You're talking         14:05:06

15   about two different things here.  You're saying           14:05:08

16   that they don't see something.  They see an               14:05:10

17   airplane --                                               14:05:12

18          (Simultaneous conversation.)                       14:05:13

19   BY ATTORNEY SCINDIAN:                                     14:05:13

20       Q.  Okay.  Let's forget the airplane.  I'm            14:05:13

21   saying distractions.  I'm talking about                   14:05:17

22   distractions, and you named a number of them:             14:05:19

| | | |
|---|---|---|
| 1 | Leaves, person walking by, and other things? | 14:05:20 |
| 2 | A. Absolutely. | 14:05:23 |
| 3 | Q. So any of those distractions. You're | 14:05:23 |
| 4 | saying that it's not your responsibility to tell | 14:05:25 |
| 5 | the difference between when a dog is trying to | 14:05:28 |
| 6 | find an odor that it has been imprinted upon -- | 14:05:31 |
| 7 | that has been imprinted upon it and when a dog is | 14:05:35 |
| 8 | just curiously smelling around at other things? | 14:05:39 |
| 9 | ATTORNEY ALDERMAN: The same objection. | 14:05:42 |
| 10 | THE WITNESS: What you are asking is | 14:05:45 |
| 11 | two -- what you are asking are -- I don't think | 14:05:49 |
| 12 | that you understand what I'm answering, so I | 14:05:55 |
| 13 | don't know what type of answer you are asking for | 14:06:02 |
| 14 | because like I have said and I'll continue to | 14:06:05 |
| 15 | state it is that a distraction what you as a | 14:06:08 |
| 16 | human, as a K-9 handler, think is a distraction, | 14:06:13 |
| 17 | you are unaware of what the dog is smelling or | 14:06:16 |
| 18 | sniffing or investigating. It may be a | 14:06:21 |
| 19 | distractions as to what you think it is, but they | 14:06:23 |
| 20 | are smelling particles that may or may not have | 14:06:25 |
| 21 | explosive particles in them. That is what I'm | 14:06:29 |
| 22 | saying. | 14:06:33 |

1    BY ATTORNEY SCINDIAN:                                    14:06:33

2        Q.  That I understand.  But what I'm asking          14:06:33

3    you is, is it -- is it your responsibility to            14:06:36

4    know when the dog is not sniffing looking for            14:06:41

5    odor, but they are doing something else, they are        14:06:44

6    distracted by something else.  They are off task?        14:06:48

7        A.  Ma'am, just so that you understand that          14:06:52

8    from the time the dogs get to work, and you start        14:06:55

9    telling them to work, or getting them to work,           14:06:58

10   they are constantly investigating.  They are             14:07:01

11   constantly searching.                                    14:07:04

12           And, yes, you may run across                     14:07:07

13   distractions.  But for me to be able to know             14:07:09

14   whether my dog smells something that I can't             14:07:12

15   personally smell as a human versus my dog                14:07:14

16   investigating something that, again, I cannot            14:07:17

17   smell as a human, I have to wait for my dog to           14:07:20

18   give me indications that what I see or what I            14:07:22

19   think could be a distraction is actually my dog          14:07:26

20   doing investigative work.                                14:07:30

21       Q.  So there is, from your testimony, what           14:07:32

22   I'm understanding you to say as the handler,             14:07:35

| | | |
|---|---|---|
| 1 | there's no way for you to know whether a dog is | 14:07:37 |
| 2 | doing investigative sniffing versus being | 14:07:40 |
| 3 | distracted by something else? | 14:07:43 |
| 4 | A. You're calling it "distraction." Please | 14:07:44 |
| 5 | use a different word because -- | 14:07:47 |
| 6 | (Simultaneous conversation.) | 14:07:49 |
| 7 | Q. Well, you've defined what distraction is, | 14:07:49 |
| 8 | so I'm using "distraction" in the very same way | 14:07:52 |
| 9 | that you were. | 14:07:56 |
| 10 | A. No, I asked you to define distraction. | 14:07:56 |
| 11 | Q. I asked you what a distraction was, and | 14:07:59 |
| 12 | you provided examples. And so now -- | 14:08:01 |
| 13 | (Simultaneous conversation.) | 14:08:02 |
| 14 | A. Okay. | 14:08:02 |
| 15 | Q. -- I'm using distraction in the same | 14:08:03 |
| 16 | exact terminology that you were using | 14:08:07 |
| 17 | distraction. So -- | 14:08:08 |
| 18 | A. Okay. | 14:08:10 |
| 19 | Q. I'll go back to my initial question. | 14:08:10 |
| 20 | A. Absolutely. | 14:08:13 |
| 21 | Q. Which is: As a handler, is it your | 14:08:14 |
| 22 | responsibility to be able to tell the difference | 14:08:17 |

1    between when a dog is sniffing, looking for                    14:08:19

2    something potentially the odor or when they are                14:08:23

3    distracted?  In whatever way that distraction --               14:08:27

4    in whatever form that distraction may come; yes                14:08:32

5    or no?                                                         14:08:40

6        A.  No, that's a trick question.                           14:08:40

7        Q.  How is it a trick question?                            14:08:42

8        A.  Because, again, what I defined for you as              14:08:44

9    a distraction were things that could be anything               14:08:49

10   of a distraction.  But, again, that's not saying               14:08:54

11   that what the dog -- what I think is a                          14:08:57

12   distraction is not a distraction for the dog.                   14:09:00

13       Q.  Well, I am not asking you whether it's --              14:09:03

14   I'm not asking you what the dog is thinking.  I'm               14:09:06

15   asking you whether your responsibility as the                   14:09:11

16   trainer is to know -- sorry, not the trainer.                   14:09:15

17   Whether your responsibility as the dog handler is               14:09:19

18   to know when the dog is actually working.  And                  14:09:21

19   I'm defining working as sniffing, looking for an                14:09:23

20   odor, right, that they are supposed -- that's                   14:09:27

21   imprinted upon them.  When they are looking for                 14:09:30

22   that or when they are distracted by something                   14:09:32

1    else, is it your responsibility to know that?          14:09:34

2        A.   And I will say what you just said:  I         14:09:37

3    don't know what the dog is thinking.  So,              14:09:39

4    therefore, to know the difference of when my dog       14:09:41

5    is investigating distracting, whatever you want        14:09:43

6    to use, versus when my dog is on odor, there's         14:09:46

7    two different things.  Investigation distraction       14:09:50

8    leaves, people, airplanes, or any other                14:09:54

9    distraction that I, as a human, call a                 14:09:56

10   distraction is not necessarily a distraction to        14:09:59

11   the dog.                                               14:10:01

12       So for me to know the difference of                14:10:02

13   whether my dog thinks that this is a distraction       14:10:04

14   or my dog is doing investigation work, I have to       14:10:06

15   let the dog do his job and investigate.  And he        14:10:10

16   will indicate when he has something worth noting       14:10:14

17   or that he has been imprinted on.                      14:10:17

18       Q.   So your answer is no?                         14:10:19

19       A.   That's not my answer.  That's the way you     14:10:20

20   are assuming that my answer is because, again,         14:10:25

21   I've been trying to explain to you that there --       14:10:27

22   distraction and investigation are two different        14:10:32

1   things.  But yet at the same time, they are the        14:10:34

2   same.                                                   14:10:36

3           As a human versus a dog, they are two           14:10:36

4   different things.  Humans we find distractions.         14:10:40

5   Dogs that we think are distracted may actually be       14:10:42

6   doing working.  Or as you said, being on an odor,       14:10:48

7   or any other indication that they may smell             14:10:52

8   something that we don't smell.                          14:10:55

9       Q.  Okay.  I'm not talking about being on an        14:10:56

10  odor.                                                   14:11:00

11      A.  Okay.                                           14:11:02

12      Q.  I'm talking about the work it takes to          14:11:04

13  get -- to finding the odor.  Is it your job to          14:11:06

14  know when the dog is doing that work to find the        14:11:13

15  odor?                                                   14:11:15

16      A.  Is it my job to know -- to get him to           14:11:16

17  find the odor?  Is that --                              14:11:20

18          (Simultaneous conversation.)                    14:11:22

19      Q.  Is it your job to know when the dog is          14:11:22

20  doing the work to find that odor?                       14:11:25

21          ATTORNEY ALDERMAN:  There's no reason for       14:11:28

22  raised voices.                                          14:11:30

1     ATTORNEY SCINDIAN:  I'm asking the                    14:11:33

2  questions here --                                        14:11:33

3     (Simultaneous conversation.)                          14:11:33

4     ATTORNEY ALDERMAN: -- object to the                   14:11:33

5  argumentative nature of your questions.                  14:11:34

6     ATTORNEY SCINDIAN:  Moving on.                        14:11:37

7  BY ATTORNEY SCINDIAN:                                    14:11:38

8     Q.  Is it your job to know when the dog is            14:11:38

9  doing that work to find the odor?                        14:11:41

10     A.  Yes, I should have an indication as to           14:11:43

11  when he is investigating.  Yes.                         14:11:46

12     Q.  And that is part of reading a dog's              14:11:52

13  behavior, correct?                                      14:11:56

14     A.  Reading a dog's behavior -- you are using        14:11:56

15  words that -- please rephrase.                          14:12:01

16     Q.  Part of the basic mechanics is knowing           14:12:03

17  when your dog is doing the work to find an odor,         14:12:07

18  correct?                                                14:12:10

19     A.  Yes and no.                                      14:12:16

20     Q.  What is the no?                                  14:12:17

21     A.  The no is, again, that your dog could be         14:12:19

22  sniffing around and finding something or my dog         14:12:23

| | | |
|---|---|---|
| 1 | may not, and then I have to sit there and let him | 14:12:27 |
| 2 | investigate.  You know, you find a certain point | 14:12:31 |
| 3 | that there may be -- what we call it, where the | 14:12:34 |
| 4 | odor is coming out and you point that out.  You | 14:12:40 |
| 5 | let the dog do the investigation work. | 14:12:44 |
| 6 | Q.  And the dog, at that point, is working, | 14:12:46 |
| 7 | correct? | 14:12:50 |
| 8 | A.  The dog is working, yes.  But they are | 14:12:51 |
| 9 | not necessarily going to give a change of | 14:12:53 |
| 10 | behavior until they actually spot something or | 14:12:55 |
| 11 | smell something. | 14:12:59 |
| 12 | Q.  But my question had nothing to do with | 14:12:59 |
| 13 | changes of behavior? | 14:13:01 |
| 14 | A.  Okay. | 14:13:03 |
| 15 | Q.  My question was about knowing when the | 14:13:03 |
| 16 | dog is working.  And it's your responsibility to | 14:13:06 |
| 17 | know when they are working to find an odor, | 14:13:09 |
| 18 | correct? | 14:13:12 |
| 19 | A.  Ask the question one more time. | 14:13:16 |
| 20 | Q.  Part of the basic mechanics of K-9 | 14:13:34 |
| 21 | detection is being able to determine when your | 14:13:38 |
| 22 | dog is actually working to find an odor, correct? | 14:13:40 |

1   A.   Again, yes or no.  And no.                    14:13:46

2   Q.   What is the no?                               14:13:49

3   A.   Again, your dog will indicate and do the      14:13:51

4   investigating.  You should know somewhat of a      14:13:55

5   difference, but until they give you a change of    14:13:58

6   behavior, dogs can be sniffing around for          14:14:01

7   different things.                                  14:14:05

8        So to know that my dog is specifically        14:14:07

9   investigating a certain area, you watch him?       14:14:11

10  Yes.                                               14:14:15

11       But it doesn't necessarily mean that they     14:14:16

12  are on something.  So they don't necessarily       14:14:18

13  always have a change during the investigation.     14:14:22

14  Q.   That part I understand.  So just because      14:14:25

15  they are sniffing something doesn't mean they are  14:14:28

16  on odor, correct?                                  14:14:30

17  A.   That's correct.                               14:14:31

18  Q.   It's when you see the change in behavior      14:14:32

19  that it's likely because the dog is on odor,       14:14:34

20  correct?                                           14:14:39

21  A.   Or smelled something that resembles an        14:14:39

22  odor.                                              14:14:43

1      Q.  So, if a dog is sniffing and you see a          14:14:44

2  change in behavior, it's possible that they are       14:14:48

3  on odor, correct?                                      14:14:51

4      A.  Correct.                                        14:14:52

5      Q.  Or they are smelling something that is          14:14:52

6  similar to the odor that's been imprinted on          14:14:55

7  them, correct?                                         14:14:58

8      A.  Correct.                                        14:14:59

9      Q.  We talked about search patterns briefly         14:15:03

10  and you mentioned entering a room, how you are         14:15:17

11  supposed to search a door, for example, correct?      14:15:22

12      A.  Correct.                                        14:15:25

13      Q.  And you mentioned that once you are in a        14:15:25

14  room, you typically go from left to right,             14:15:27

15  correct?                                               14:15:31

16      A.  Correct.                                        14:15:31

17      Q.  What's 125 percent.  What is that theory?      14:15:32

18      A.  That theory is that you do a 125 percent       14:15:38

19  check of the area.                                     14:15:46

20      Q.  And can you explain what that means for        14:15:48

21  the transcript?                                        14:15:51

22      A.  That means that you enter the room, you        14:15:51

| | | |
|---|---|---|
| 1 | walk all the way around the room investigating. | 14:15:56 |
| 2 | You do 125 percent.  You do an extra quarter | 14:16:00 |
| 3 | around the room. | 14:16:04 |
| 4 | Q.  Okay.  And does a search pattern change | 14:16:06 |
| 5 | depending on the type of search.  In other words, | 14:16:11 |
| 6 | we talked about room searches going from left to | 14:16:15 |
| 7 | right.  Is that always the case in 100 percent of | 14:16:18 |
| 8 | room searches or does circumstances dictate how | 14:16:22 |
| 9 | you employ a search? | 14:16:25 |
| 10 | A.  It's my understanding that it should be | 14:16:29 |
| 11 | done from left to right. | 14:16:39 |
| 12 | Q.  In all circumstances? | 14:16:41 |
| 13 | A.  In all circumstances or most.  I'll use | 14:16:43 |
| 14 | "most," not "all" like you did. | 14:16:54 |
| 15 | Q.  Okay.  Should be done from left to right | 14:16:55 |
| 16 | in most circumstances? | 14:16:57 |
| 17 | A.  Yes. | 14:17:00 |
| 18 | Q.  In what circumstance would it not be done | 14:17:00 |
| 19 | from left to right? | 14:17:03 |
| 20 | A.  If there is nothing but a wall to your | 14:17:04 |
| 21 | left. | 14:17:07 |
| 22 | If there is another room to the left that | 14:17:07 |

1    is larger.                                         14:17:10

2          You see a room to the left that is larger    14:17:12

3    than the room that you are standing in that, you   14:17:15

4    know, you search the room that you entered in      14:17:18

5    left to right first.                               14:17:22

6          If it's just a small bathroom you can        14:17:23

7    obviously search that if that doesn't take any     14:17:25

8    time.                                              14:17:29

9          But to search left to right in the room      14:17:29

10   that you are in, and then you move over to the     14:17:32

11   left and search that room, you know, given the     14:17:34

12   size of it.                                        14:17:39

13         You don't want to get distracted and keep    14:17:39

14   going from room to room to room on your left-hand  14:17:41

15   side just to get to the left, all the way to the   14:17:45

16   left.                                              14:17:48

17   Q.  Okay.  So in part whether you employ a         14:17:48

18   left to right search depends on the room that      14:17:53

19   you're entering if there's multiple rooms, and     14:17:57

20   things of that nature?                             14:17:59

21   A.  That would sound like a correct               14:17:59

22   statement.  Yes.                                   14:18:01

1    Q.  Okay.  And the size of the room may          14:18:02

2  depend as well on whether you search from left to  14:18:05

3  right?                                              14:18:08

4    A.  That would be a correct statement.           14:18:08

5    Q.  Is pacing part of the basic mechanics of     14:18:20

6  K-9 detection?                                      14:18:27

7    A.  Pacing?                                       14:18:29

8    Q.  Let me be clear.                             14:18:31

9        Is the pace of the search part of the        14:18:33

10  basics of -- basic mechanics of K-9 detection?     14:18:36

11    A.  Basic mechanics.  I'm trying to -- can       14:18:42

12  you state that one more time.                      14:18:50

13    Q.  Sure.  Is the pace at which you direct a     14:18:51

14  search with a K-9, is that part of the basic       14:18:57

15  mechanics of K-9 detection?                        14:19:01

16        ATTORNEY ALDERMAN:  Objection.  Lack of      14:19:04

17  foundation.                                        14:19:06

18        THE WITNESS:  That's not something that I    14:19:06

19  can answer.  That, again, goes to one of the K-9   14:19:09

20  trainers.                                          14:19:14

21  BY ATTORNEY SCINDIAN:                              14:19:17

22    Q.  So it's your understanding that pace, how    14:19:24

| | | |
|---|---|---|
| 1 | fast or slow you conduct a search, is not part of | 14:19:28 |
| 2 | the basic mechanics of K-9 detention? | 14:19:31 |
| 3 | A.  You're using the word "basic mechanics." | 14:19:36 |
| 4 | Please explain. | 14:19:38 |
| 5 | Q.  I asked you what the basic mechanics were | 14:19:39 |
| 6 | earlier in this deposition, and you said search | 14:19:42 |
| 7 | pattern and change of behavior, being able to | 14:19:44 |
| 8 | read that.  You also said leash manipulation. | 14:19:46 |
| 9 | So now what I'm asking you is pace, the | 14:19:49 |
| 10 | pace at which you conduct a search, is that part | 14:19:54 |
| 11 | of the basic mechanics? | 14:19:57 |
| 12 | A.  Again, that's not something that I can | 14:20:00 |
| 13 | answer for you.  That would be a K-9 trainer | 14:20:03 |
| 14 | question as a basic mechanic.  What your pace is | 14:20:07 |
| 15 | and what my pace is may be two different things. | 14:20:11 |
| 16 | Or we may have different dogs one that can go at | 14:20:14 |
| 17 | a faster pace and can smell things versus one | 14:20:18 |
| 18 | that cannot. | 14:20:21 |
| 19 | Q.  Is it your understanding that setting the | 14:20:22 |
| 20 | pace of a search is part of what K-9 handlers are | 14:20:25 |
| 21 | supposed to do? | 14:20:28 |
| 22 | A.  That is not what I've been told. | 14:20:29 |

1    Q.  Okay.  What have you been told?                    14:20:31

2    A.  That -- that whole statement that you              14:20:32

3  said, I've never been told that.                         14:20:35

4    Q.  Okay.  What have you been told about               14:20:37

5  pace?                                                    14:20:39

6    A.  According to the trainers?                         14:20:40

7    Q.  Yes.  And during your time at training,            14:20:42

8  what were you told about pace?                           14:20:46

9    A.  Pick up my pace or slow my space down or           14:20:48

10  go whatever, all -- all the officers.  All the          14:20:52

11  K-9 trainers -- handlers, whatever you want to          14:20:56

12  call us, pick up your pace, slow your pace down.        14:20:59

13  That's what we were told.  There was no specific        14:21:03

14  of I've got to walk one mile per minute pace.           14:21:07

15    Q.  Did you understand that pace was an               14:21:10

16  important part of executing a search?                   14:21:12

17    A.  An important part?  Again, according --           14:21:15

18  were you -- rephrase the question then because          14:21:21

19  it's not -- it's not making sense to me.                14:21:24

20    Q.  Is it your understanding that setting the         14:21:27

21  pace is part of conducting or executing a search?       14:21:31

22    A.  Setting a pace?                                   14:21:38

1      Q.   Do you know not know what setting a pace          14:21:42

2   means?                                                    14:21:46

3      A.   Ma'am, I know what setting the pace               14:21:46

4   means.  What I don't understand is at no point            14:21:48

5   were we told or discussed on how fast or how slow         14:21:51

6   of a pace we should go by the K-9 trainers.               14:21:55

7      Q.   Okay.  That part I understand.                    14:22:00

8      A.   Okay.                                             14:22:01

9      Q.   What I'm trying to understand is whether          14:22:02

10   or not it was your understanding that whatever           14:22:04

11   pace you set; fast, slow, medium that that was a         14:22:06

12   part of the responsibility of the K-9 handler in         14:22:10

13   conducting a search?                                     14:22:14

14      A.   Then yes.  We have to set a pace to do --        14:22:17

15   conduct a search.                                        14:22:21

16      Q.   And why is pace important?                       14:22:22

17      A.   That's just what the trainers told us.           14:22:26

18      Q.   You don't know why pace is important?            14:22:28

19      A.   Not specific.  That would be a question          14:22:31

20   to ask K-9 training.                                     14:22:33

21      Q.   What role does motivation and reward have        14:22:54

22   do with the K-9 detection?                               14:22:59

| | | |
|---|---|---|
| 1 | A.  Keeps the dog excited. | 14:23:04 |
| 2 | ATTORNEY ALDERMAN:  Objection. | 14:23:07 |
| 3 | Relevance.  Foundation. | 14:23:08 |
| 4 | BY ATTORNEY SCINDIAN: | 14:23:10 |
| 5 | Q.  You were saying keeps the dog excited. | 14:23:11 |
| 6 | Anything else? | 14:23:14 |
| 7 | A.  Keeps them active. | 14:23:15 |
| 8 | Q.  And why is that important? | 14:23:24 |
| 9 | ATTORNEY ALDERMAN:  Objection. | 14:23:29 |
| 10 | Relevance.  Foundation. | 14:23:30 |
| 11 | THE WITNESS:  Can you rephrase the | 14:23:31 |
| 12 | question. | 14:23:32 |
| 13 | BY ATTORNEY SCINDIAN: | 14:23:32 |
| 14 | Q.  Why is it important to keep the dog | 14:23:33 |
| 15 | excited or keep them active? | 14:23:35 |
| 16 | A.  So that they'll be ready for the next | 14:23:37 |
| 17 | hide or exercise. | 14:23:43 |
| 18 | Q.  What about during a search.  Is it | 14:23:50 |
| 19 | important to keep the dog active and keep the dog | 14:23:54 |
| 20 | excited? | 14:23:59 |
| 21 | ATTORNEY ALDERMAN:  Objection. | 14:23:59 |
| 22 | Relevance.  Foundation. | 14:24:01 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  Can you rephrase the | 14:24:03 |
| 2 | question. | 14:24:04 |
| 3 | BY ATTORNEY SCINDIAN: | 14:24:05 |
| 4 | Q.  During a search, is it important to keep | 14:24:05 |
| 5 | the dog excited and keep the dog in action? | 14:24:07 |
| 6 | A.  Yes. | 14:24:14 |
| 7 | Q.  Why? | 14:24:15 |
| 8 | A.  To keep them working. | 14:24:17 |
| 9 | Q.  And what happens if they are not excited | 14:24:21 |
| 10 | or not in action? | 14:24:24 |
| 11 | ATTORNEY ALDERMAN:  Objection. | 14:24:30 |
| 12 | Foundation.  Relevance. | 14:24:31 |
| 13 | THE WITNESS:  Rephrase the question. | 14:24:34 |
| 14 | BY ATTORNEY SCINDIAN: | 14:24:35 |
| 15 | Q.  What happens if during a search a dog is | 14:24:36 |
| 16 | not excited or not in action? | 14:24:38 |
| 17 | A.  They don't do very well at searching. | 14:24:42 |
| 18 | Q.  Does pace have anything do with whether a | 14:24:47 |
| 19 | dog is excited or in action during a search? | 14:24:50 |
| 20 | ATTORNEY ALDERMAN:  Objection. Relevance | 14:24:54 |
| 21 | and foundation. | 14:24:55 |
| 22 | THE WITNESS:  That would be more of a | 14:24:56 |

| | | |
|---|---|---|
| 1 | question that a K-9 trainer would be able to | 14:24:57 |
| 2 | answer. | 14:25:00 |
| 3 | BY ATTORNEY SCINDIAN: | 14:25:00 |
| 4 | Q.  So you don't know? | 14:25:01 |
| 5 | A.  That -- I'm sorry, try the question one | 14:25:03 |
| 6 | more time. | 14:25:06 |
| 7 | Q.  Does pace have anything to do with | 14:25:06 |
| 8 | whether you are keeping the dog excited or | 14:25:09 |
| 9 | keeping them in action? | 14:25:11 |
| 10 | A.  Each dog is different. | 14:25:13 |
| 11 | Q.  That didn't answer the question, though. | 14:25:16 |
| 12 | Does pace in any way relate to whether or | 14:25:18 |
| 13 | not you are keeping a dog excited or keeping them | 14:25:24 |
| 14 | in action? | 14:25:26 |
| 15 | A.  Again, it depends on each dog, so pace | 14:25:27 |
| 16 | not necessarily. | 14:25:32 |
| 17 | Q.  Pace does not -- in your opinion, pace | 14:25:34 |
| 18 | does not necessarily have anything to do with | 14:25:39 |
| 19 | keeping a dog excited or keeping them in action? | 14:25:41 |
| 20 | ATTORNEY ALDERMAN:  Objection.  Relevance | 14:25:44 |
| 21 | and foundation. | 14:25:47 |
| 22 | THE WITNESS:  Not necessarily.  Again, | 14:25:48 |

1   that depends on dog -- each dog.  Just because I          14:25:49

2   walk the dog fast doesn't mean he's going to be           14:25:55

3   any more excited than him walking slow.                   14:25:59

4   BY ATTORNEY SCINDIAN:                                     14:26:03

5       Q.  So there's no correlation between pace            14:26:03

6   and excitement?                                           14:26:06

7           ATTORNEY ALDERMAN:  Asked and answered.           14:26:07

8   Objection to relevance and foundation.                    14:26:11

9           THE WITNESS:  Try it again.                       14:26:12

10  BY ATTORNEY SCINDIAN:                                     14:26:13

11      Q.  Is there any correlation between pace of          14:26:13

12  the search and whether the dog is excited?                14:26:17

13          ATTORNEY ALDERMAN:  The same objection.           14:26:23

14          THE WITNESS:  No -- no difference                 14:26:24

15  dependent upon the dog.  Each dog is different.           14:26:27

16  Every human is different.  So for you to say that         14:26:30

17  pace is what makes the dog excited or not is --           14:26:33

18  is not necessarily true.  Each dog --                     14:26:38

19          (Simultaneous conversation.)                      14:26:39

20  BY ATTORNEY SCINDIAN:                                     14:26:39

21      Q.  Well, that's not what I said.  I'm asking         14:26:39

22  if there is a relationship between pace and dog           14:26:42

| | | |
|---|---|---|
| 1 | excitement during a search? | 14:26:46 |
| 2 | A. In my personal opinion, no. | 14:26:48 |
| 3 | Q. Thank you. | 14:26:50 |
| 4 | A. But that would be a question that a K-9 | 14:26:51 |
| 5 | witness -- or expert would know better. | 14:26:53 |
| 6 | Q. So your answer is no? | 14:26:57 |
| 7 | ATTORNEY ALDERMAN: She has given you her | 14:27:00 |
| 8 | answer. | 14:27:02 |
| 9 | BY ATTORNEY SCINDIAN: | 14:27:04 |
| 10 | Q. You still have to answer the question? | 14:27:04 |
| 11 | ATTORNEY ALDERMAN: Asked and answered. | 14:27:06 |
| 12 | Relevance. Foundation. | 14:27:08 |
| 13 | BY ATTORNEY SCINDIAN: | 14:27:11 |
| 14 | Q. You still have to answer the question? | 14:27:11 |
| 15 | ATTORNEY ALDERMAN: Can you read the | 14:27:13 |
| 16 | answer back please, the full answer. Thank you. | 14:27:15 |
| 17 | (WHEREUPON, the court reporter read | 14:27:17 |
| 18 | back.) | 14:27:18 |
| 19 | (Off-the-record discussion.) | 14:27:27 |
| 20 | ATTORNEY SCINDIAN: When I ask a | 14:27:27 |
| 21 | question, unless you have an objection and you | 14:27:29 |
| 22 | are directing the witness not to answer, she must | 14:27:31 |

| | | |
|---|---|---|
| 1 | answer the question. | 14:27:34 |
| 2 | ATTORNEY ALDERMAN:  How about if you ask | 14:27:35 |
| 3 | the question 15 times, does she have to answer | 14:27:37 |
| 4 | each of the 15 times. | 14:27:40 |
| 5 | ATTORNEY SCINDIAN:  Yes.  Yes, she does. | 14:27:41 |
| 6 | ATTORNEY ALDERMAN:  Okay. | 14:27:42 |
| 7 | ATTORNEY SCINDIAN:  Because you can | 14:27:43 |
| 8 | object, but she still needs to answer. | 14:27:44 |
| 9 | ATTORNEY ALDERMAN:  Okay. | 14:27:46 |
| 10 | BY ATTORNEY SCINDIAN: | 14:27:46 |
| 11 | Q.  So back to my question. | 14:27:46 |
| 12 | ATTORNEY ALDERMAN:  Just answer the | 14:27:46 |
| 13 | same -- | 14:27:46 |
| 14 | (Simultaneous conversation.) | 14:27:46 |
| 15 | BY ATTORNEY SCINDIAN: | 14:27:46 |
| 16 | Q.  Your -- your answer is -- | 14:27:46 |
| 17 | ATTORNEY SCINDIAN:  Please, sir, do not | 14:27:48 |
| 18 | talk during my deposition unless you are | 14:27:49 |
| 19 | objecting. | 14:27:51 |
| 20 | ATTORNEY ALDERMAN:  So here is the | 14:27:51 |
| 21 | deal -- | 14:27:52 |
| 22 | (Simultaneous conversation.) | 14:27:52 |

| | | |
|---|---|---|
| 1 | BY ATTORNEY SCINDIAN: | 14:27:52 |
| 2 |    Q.  I'm back to you. | 14:27:53 |
| 3 |      ATTORNEY ALDERMAN:  No, no.  See, now I'm | 14:27:54 |
| 4 | on the record.  I am this witness's -- | 14:27:55 |
| 5 |      (Simultaneous conversation.) | 14:27:57 |
| 6 |      ATTORNEY SCINDIAN:  You are not going to | 14:27:57 |
| 7 | waste my time. | 14:27:59 |
| 8 |      ATTORNEY ALDERMAN:  No, you are wasting | 14:27:59 |
| 9 | your time. | 14:28:00 |
| 10 |      ATTORNEY SCINDIAN:  No, you're giving me | 14:28:00 |
| 11 | statements on the record -- | 14:28:01 |
| 12 |      (Simultaneous conversation.) | 14:28:02 |
| 13 |      ATTORNEY ALDERMAN:  I am this witness's | 14:28:02 |
| 14 | attorney, and I'll give -- | 14:28:02 |
| 15 |      ATTORNEY SCINDIAN:  And your goal here, | 14:28:02 |
| 16 | you're only -- | 14:28:02 |
| 17 |      (Simultaneous conversation.) | 14:28:02 |
| 18 |      ATTORNEY ALDERMAN:  -- as an attorney, I | 14:28:05 |
| 19 | would give her advice. | 14:28:05 |
| 20 |      (Simultaneous conversation.) | 14:28:04 |
| 21 |      ATTORNEY SCINDIAN:  Your only purpose | 14:28:04 |
| 22 | here -- your only purpose is to object to my | 14:28:04 |

1    questions.  That is it.                                14:28:11

2            ATTORNEY ALDERMAN:  See, that's               14:28:11

3    incorrect.                                              14:28:12

4            ATTORNEY SCINDIAN:  That is not                14:28:12

5    incorrect.                                              14:28:13

6            ATTORNEY ALDERMAN:  Check the book.  I'm       14:28:14

7    an attorney.  I'm here to give advice to my            14:28:15

8    client who is currently --                              14:28:19

9            (Simultaneous conversation.)                   14:28:20

10           ATTORNEY SCINDIAN:  Not when she is on         14:28:20

11   the record.                                             14:28:20

12           ATTORNEY ALDERMAN:  -- a witness and who       14:28:21

13   is being badgered --                                    14:28:21

14           (Simultaneous conversation.)                   14:28:24

15           ATTORNEY SCINDIAN:  -- not when she is on      14:28:24

16   the record.                                             14:28:24

17           ATTORNEY ALDERMAN: -- by your repeated         14:28:24

18   questions.                                              14:28:24

19           ATTORNEY SCINDIAN:  I don't care if you        14:28:24

20   call it badgering or not.                               14:28:27

21           (Simultaneous conversation.)                   14:28:28

22           ATTORNEY ALDERMAN:  -- your tone, your         14:28:28

| | | |
|---|---|---|
| 1 | aggressive manner. | 14:28:31 |
| 2 | ATTORNEY SCINDIAN:  I don't care. | 14:28:31 |
| 3 | ATTORNEY ALDERMAN:  So I'm here and I'm | 14:28:32 |
| 4 | going to do exactly what I do, which is represent | 14:28:33 |
| 5 | my client. | 14:28:35 |
| 6 | ATTORNEY SCINDIAN:  Which is not impact | 14:28:36 |
| 7 | the testimony today. | 14:28:38 |
| 8 | ATTORNEY ALDERMAN:  So -- | 14:28:40 |
| 9 | (Simultaneous conversation.) | 14:28:41 |
| 10 | ATTORNEY SCINDIAN:  And if you | 14:28:41 |
| 11 | continue -- | 14:28:41 |
| 12 | (Simultaneous conversation.) | 14:28:41 |
| 13 | ATTORNEY ALDERMAN:  -- each time she asks | 14:28:41 |
| 14 | you the same question, give the same answer. | 14:28:43 |
| 15 | Okay.  Because you've answered the question | 14:28:46 |
| 16 | multiple times. | 14:28:50 |
| 17 | BY ATTORNEY SCINDIAN: | 14:28:51 |
| 18 | Q.  So let's go back to it.  Your answer to | 14:28:51 |
| 19 | the question was no, correct, you don't believe | 14:28:53 |
| 20 | there is a relationship between pace and | 14:28:56 |
| 21 | excitement of the dog? | 14:29:00 |
| 22 | A.  In my personal opinion, I said no. | 14:29:01 |

1    Q.  Thank you.                                    14:29:03

2    A.  However, asking an expert K-9 would give      14:29:04

3  you a better answer as to whether pace has          14:29:08

4  anything to do with it.                             14:29:10

5    Q.  Thank you.                                     14:29:11

6        What is the difference between Static and     14:29:17

7  PBIED?                                              14:29:20

8        ATTORNEY ALDERMAN:  Objection.  Relevance     14:29:21

9  and foundation.                                     14:29:23

10       THE WITNESS:  Static is inspecting            14:29:25

11  vehicles and boxes or -- basically vehicles.       14:29:29

12  PBIED is a personal -- person-borne improvised     14:29:36

13  explosive dog.                                      14:29:48

14  BY ATTORNEY SCINDIAN:                              14:29:49

15    Q.  And what does PBIED do that's different       14:29:49

16  than Static?                                       14:29:52

17       ATTORNEY ALDERMAN:  Objection.  Relevance     14:29:54

18  and foundation.                                    14:29:55

19       THE WITNESS:  That I wouldn't know the        14:29:55

20  differences.                                       14:29:57

21  BY ATTORNEY SCINDIAN:                              14:29:58

22    Q.  Okay.  Is of the other same Static EOD?      14:29:58

| | | |
|---|---|---|
| 1 | A.  I believe it is. | 14:30:03 |
| 2 | Q.  Do you know what that stands for? | 14:30:05 |
| 3 | A.  I have an idea, but I'm not sure if I'm | 14:30:08 |
| 4 | getting the words correct. | 14:30:12 |
| 5 | Q.  Okay.  What is your idea of what it | 14:30:14 |
| 6 | stands for? | 14:30:15 |
| 7 | A.  Explosive ordinance detection. | 14:30:16 |
| 8 | Q.  In Paragraph 24 of your complaint, you | 14:30:20 |
| 9 | alleged that the Static discipline is harder. | 14:30:41 |
| 10 | What did you mean by that? | 14:30:44 |
| 11 | A.  I would need to see the reference that | 14:30:45 |
| 12 | you are discussing. | 14:30:49 |
| 13 | ATTORNEY SCINDIAN:  Introducing what's | 14:31:14 |
| 14 | been marked as Plaintiff's Exhibit 6. | 14:31:16 |
| 15 | (THEREUPON, Exhibit 6 was marked by the | 14:31:18 |
| 16 | court reporter.) | 14:31:22 |
| 17 | BY ATTORNEY SCINDIAN: | 14:31:22 |
| 18 | Q.  Do you recognize this document? | 14:31:22 |
| 19 | A.  I just got it.  Can I please look at it? | 14:31:23 |
| 20 | Q.  Sure. | 14:31:27 |
| 21 | Okay.  Do you recognize this document? | 14:31:52 |
| 22 | A.  I'm still going through it, ma'am. | 14:31:53 |

| | | |
|---|---|---|
| 1 | ATTORNEY SCINDIAN:  Okay.  Can we go off | 14:31:56 |
| 2 | the record while she looks at the document, | 14:31:57 |
| 3 | please. | 14:31:59 |
| 4 | THE VIDEOGRAPHER:  We are going off the. | 14:32:00 |
| 5 | (Off the record at 2:32 p.m.) | 14:32:24 |
| 6 | (Back on the record 2:33 p.m.) | 14:33:05 |
| 7 | BY ATTORNEY SCINDIAN: | 14:33:08 |
| 8 | Q.  Okay.  Do you recognize this document? | 14:33:08 |
| 9 | A.  Yes. | 14:33:11 |
| 10 | Q.  Okay.  What is this document? | 14:33:12 |
| 11 | A.  I don't know. | 14:33:14 |
| 12 | Q.  You don't know what it is? | 14:33:17 |
| 13 | A.  I have no explanation of what it is. | 14:33:18 |
| 14 | Q.  Okay.  Let me ask you this. | 14:33:21 |
| 15 | A.  Okay. | 14:33:23 |
| 16 | Q.  Have you seen it before? | 14:33:23 |
| 17 | A.  I have seen this, yes. | 14:33:25 |
| 18 | Q.  Okay.  All right.  If you look at | 14:33:27 |
| 19 | Paragraph 25 of this document? | 14:33:31 |
| 20 | A.  Uhm-hmm. | 14:33:33 |
| 21 | (Complied.) | 14:33:34 |
| 22 | Q.  And to be clear, the document is numbered | 14:33:36 |

1    by paragraphs.  So looking at Paragraph 24 that          14:33:39

2    reads:                                                   14:33:39

3           "Dogs in the K-9 program are assigned to          14:33:42

4    either to either be vapor dogs, dogs that perform        14:33:51

5    the detection function by patrolling areas for           14:33:54

6    possible explosives carried by people."                  14:33:57

7           I'm going to stop there.                          14:34:00

8           Is that the same as the PBIED dogs?               14:34:02

9        A.  Vapor is PBIED.                                  14:34:05

10       Q.  Okay.  Continuing:                               14:34:08

11          "Or Static dogs, which are -- which --            14:34:09

12   that are used to detect explosives in stationary         14:34:13

13   objects."                                                14:34:16

14          And that's the Static program that you            14:34:16

15   are a part of, correct?                                  14:34:19

16       A.  That is correct.                                 14:34:20

17       Q.  Okay.  The next line says:                       14:34:21

18          "It is more difficult both for the dog            14:34:23

19   and the K-9 officer candidate to qualify for the         14:34:26

20   Static assignment."                                      14:34:31

21       A.  Okay.                                            14:34:33

22       Q.  So my question for you is:  What are you         14:34:33

1    relying on for the allegation that Static is the        14:34:37

2    harder of the two disciplines?                          14:34:40

3        A.   They are -- the Static have to check many      14:34:44

4    vehicles, different points of odor.  There is --        14:34:53

5    the not only searching of vehicles, there's also        14:34:59

6    the searching of rooms, buildings, stadiums, all        14:35:05

7    different types of different areas, and so you          14:35:11

8    have to have more odor release points.                  14:35:15

9        Q.   And so are there less odor release points      14:35:19

10   for PBIED dogs?                                         14:35:23

11       A.   PBIED dogs are -- from what I understand,      14:35:26

12   are trained to smell the vapors from a person and       14:35:29

13   an explosive, so they are following the -- the          14:35:34

14   person of interest versus having to point out           14:35:40

15   different portions for the dog to investigate.          14:35:45

16       Q.   Okay.  And in your view, that makes            14:35:49

17   Static more difficult than PBIED?                       14:35:52

18       A.   In my personal feeling, yes.                   14:35:55

19       Q.   Okay.  Now, when you were first assigned       14:35:59

20   to K-9 training, were you given an option between        14:36:06

21   PBIED or Static as the discipline you would             14:36:11

22   basically pick up?                                      14:36:15

| | | |
|---|---|---|
| 1 | A.  Were we given an option?  Yes. | 14:36:16 |
| 2 | Q.  Okay.  And what did you choose? | 14:36:20 |
| 3 | A.  I actually chose Static. | 14:36:21 |
| 4 | Q.  Why did you prefer Static? | 14:36:23 |
| 5 | A.  I chose Static for the hours, more of a | 14:36:27 |
| 6 | set schedule, the different shifts. | 14:36:34 |
| 7 | Q.  Any other reason? | 14:36:44 |
| 8 | A.  No. | 14:36:47 |
| 9 | Q.  Okay.  Now, when you were first assigned | 14:36:47 |
| 10 | to K-9 training, you did not have a specific dog | 14:36:55 |
| 11 | assigned to you immediately, correct? | 14:36:59 |
| 12 | A.  No. | 14:37:02 |
| 13 | Q.  Okay.  At what point were -- were dogs | 14:37:02 |
| 14 | assigned? | 14:37:07 |
| 15 | A.  I believe it was the beginning of Week 3. | 14:37:08 |
| 16 | Q.  And were you able to provide some input | 14:37:13 |
| 17 | as to which dog you wanted assigned to you? | 14:37:15 |
| 18 | A.  Yes, we did get a wish list, yes. | 14:37:20 |
| 19 | Q.  Okay. | 14:37:23 |
| 20 | I'm handing you what's been marked | 14:37:45 |
| 21 | Plaintiff's Exhibit 7. | 14:37:48 |
| 22 | (THEREUPON, Exhibit 7 was marked by the | 14:37:51 |

1    court reporter.)                                  14:38:01

2    BY ATTORNEY SCINDIAN:                             14:38:01

3        Q.  In looking at Plaintiff's Exhibit 7, do   14:38:02

4    you recognize this document?                      14:38:04

5        A.  Yes.                                       14:38:06

6        Q.  Okay.  And for clarity, this document is  14:38:08

7    two pages, correct?                               14:38:12

8        A.  Yes.                                       14:38:16

9        Q.  Okay.  And the Bates numbers are USCP     14:38:16

10   001696 and USCP 001697.                           14:38:20

11          What are these documents?                  14:38:26

12       A.  Our wish list.                            14:38:32

13       Q.  Okay.  And why are there two?             14:38:33

14       A.  The reason why there is two is because we 14:38:37

15   had made our first selection, which is the page   14:38:41

16   that you see in front of you.                     14:38:45

17          And then eventually, Cooper got            14:38:48

18   switched -- I apologize.  I'm sorry.  That's      14:38:54

19   backwards.  I just now noticed.  The second page, 14:38:57

20   the 1697 was our first page.  That was our first  14:39:03

21   wish list.                                        14:39:07

22          And the reason why I got switched or why   14:39:09

1    we had to do another one was because Jayden got        14:39:12

2    switched from PBIED to Static, and Cooper got          14:39:20

3    switched from Static to PBIED.                         14:39:24

4        Q.  Okay.  Did Billy the Lab also get              14:39:28

5    switched from PBIED to Static?                         14:39:40

6        A.  I really cannot remember.                      14:39:43

7        Q.  Okay.                                          14:39:45

8        A.  He may have.                                   14:39:46

9        Q.  And what about Toby.  Was he -- I noticed      14:39:49

10   that on this first sheet, he's under both PBIED        14:39:55

11   and Static.  Was a determination made at some          14:40:00

12   point that he would be one or the other?               14:40:04

13       A.  The first -- the 1697?                          14:40:06

14       Q.  Uhm-hmm?                                        14:40:10

15       A.  I honestly believe that that was my            14:40:10

16   mistake in putting him under Static.                    14:40:12

17       Q.  Okay.                                          14:40:16

18       A.  It is my understanding that he was PBIED.      14:40:16

19   So that was my mistake.                                 14:40:22

20       Q.  Okay.  And then on the -- on USCP 001696,      14:40:24

21   which is the first page of this exhibit?               14:40:29

22       A.  Yes.                                           14:40:31

1      Q.  This was the second wish list you              14:40:31

2   submitted, correct?                                    14:40:33

3      A.  That is correct.                                14:40:35

4      Q.  Okay.  And on this wish list, you              14:40:36

5   identified that you were not interested in             14:40:41

6   working in PBIED at the top, correct?                  14:40:44

7      A.  That is correct.                                14:40:46

8      Q.  And that you wanted Static, right?             14:40:47

9      A.  That is correct.                                14:40:50

10     Q.  But that you would work either assignment      14:40:51

11  ultimately, correct?                                   14:40:55

12     A.  That is correct.                                14:40:56

13     Q.  Okay.  And your top three for PBIED were       14:40:57

14  Cooper, Toby, and Rocket; is that right?               14:41:02

15     A.  That is -- that is correct.                     14:41:05

16         ATTORNEY ALDERMAN:  You're referring to        14:41:08

17  1696, just for the record, right?                      14:41:10

18         ATTORNEY SCINDIAN:  Uhm-hmm.  Yes.              14:41:14

19  BY ATTORNEY SCINDIAN:                                  14:41:15

20     Q.  And did you have an opportunity to work        14:41:16

21  with Cooper, Toby, and Rocket during your first        14:41:19

22  couple of weeks in training?                           14:41:24

| | |
|---|---|
| 1 | A.  I can tell you that I worked with Cooper | 14:41:25 |
| 2 | and Toby.  I do not -- I do not recall Rocket. | 14:41:27 |
| 3 | Q.  Okay.  Okay.  And so why did you select | 14:41:32 |
| 4 | Cooper as your number one? | 14:41:37 |
| 5 | A.  Cooper I worked with him.  And if you | 14:41:40 |
| 6 | notice on the 1697, I actually had him down as my | 14:41:43 |
| 7 | Static number one. | 14:41:48 |
| 8 | Q.  Uhm-hmm? | 14:41:49 |
| 9 | A.  Great dog, worked well with him.  And | 14:41:50 |
| 10 | then it was like they changed it and he, | 14:41:53 |
| 11 | unfortunately, went to PBIED. | 14:41:57 |
| 12 | Q.  Okay.  And what about Toby:  What was -- | 14:41:59 |
| 13 | why did you pick him as your number two? | 14:42:03 |
| 14 | A.  Again, I'll refer back to 1697.  He was | 14:42:06 |
| 15 | my number one for PBIED.  Just an awesome dog.  I | 14:42:11 |
| 16 | worked very well with Toby.  And if -- if I was | 14:42:17 |
| 17 | chosen for PBIED, Toby would have been number | 14:42:22 |
| 18 | two.  Absolutely. | 14:42:25 |
| 19 | Q.  Okay.  And Rocket you don't recall | 14:42:26 |
| 20 | actually working with him? | 14:42:28 |
| 21 | A.  I don't recall. | 14:42:29 |
| 22 | Q.  Okay.  Is there any reason that you | 14:42:30 |

1    selected him as your number three?                        14:42:32

2         A.  Because there were certain dogs that were        14:42:34

3    listed as PBIED dogs and other dogs that were             14:42:37

4    listed as Static dogs.                                    14:42:40

5              And Reno was silently, you know, allotted       14:42:42

6    for Jay Schmid -- Schmid -- sorry, we are going           14:42:50

7    by the last name -- and Pope was already going to         14:42:54

8    Zborai.  So I chose the three PBIED's, and then           14:42:58

9    chose the three Statics.                                  14:43:05

10        Q.  Okay.  So for your Static selection on           14:43:07

11   your second wish list, Billy the Lab was the              14:43:12

12   first pick for you?                                       14:43:15

13        A.  That's correct.                                  14:43:16

14        Q.  Why did you choose Billy as your first           14:43:17

15   pick?                                                     14:43:21

16        A.  Just -- I -- I really -- I really can't          14:43:21

17   give you a really good answer on that.                    14:43:30

18        Q.  Okay.                                            14:43:30

19        A.  It was just, you know, that I probably           14:43:32

20   had worked with Billy and, you know, thought that         14:43:33

21   he'd be a great pick.  But as far as giving you           14:43:37

22   specifics, I can't.                                       14:43:42

1      Q.  Okay.  Why did you pick Jayden as your          14:43:44

2  second?                                                  14:43:48

3      A.  So because Billy the Mal, which you             14:43:48

4  notice is my number three dog, again, was               14:43:53

5  silently already allotted to Dantinne.  Sergeant        14:43:56

6  Phelps had already put that out there that Billy        14:44:03

7  the Mal was Dantinne's.  Billy the Mal and              14:44:08

8  Dantinne had worked the week prior to this.  So         14:44:14

9  Billy the Mal was already basically called for.         14:44:14

10  And you had to use the dogs that were, obviously,       14:44:18

11  there.                                                  14:44:22

12      So Billy the Lab, Jayden and Billy the             14:44:23

13  Mal were the three, shall we say, available            14:44:28

14  Statics, because Pope was already -- we already        14:44:32

15  knew Pope was going to Zborai, Reno was going to       14:44:34

16  Schmid, and Billy the Mal was going to Dantinne.       14:44:38

17      Q.  Okay.  And you said Sergeant Phelps I          14:44:43

18  think you said put it out there that Dantinne          14:44:47

19  would get Billy the Mal.                                14:44:49

20      Did he say something?                              14:44:52

21      A.  He did.                                        14:44:53

22      Q.  Okay.                                          14:44:53

1     A.  He said, "Dantinne, you're -- you're        14:44:53

2  working with Billy the Mal."                        14:44:55

3     Q.  Okay.                                         14:44:58

4     A.  So, yes.  And I was already told by          14:44:59

5  Sergeant Phelps that I'm not to work with Billy      14:45:05

6  the Mal.                                             14:45:06

7     Q.  And why did he tell you that you weren't      14:45:06

8  to work -- as far as you know, what was your         14:45:06

9  understanding of?                                    14:45:08

10    A.  He actually said that Billy the Mal was       14:45:08

11 too large for me to work with.                       14:45:11

12    Q.  Now, was that -- had you worked with him      14:45:12

13 and he said, "Okay.  Based on what I'm seeing        14:45:17

14 he's too large for you to work with," or was it      14:45:20

15 just a blanket before you'd even touched Billy       14:45:23

16 the Mal, he said you can't work with him?            14:45:26

17    A.   I had -- was going to get Billy the Mal      14:45:29

18 out of the kennel.  And when I did, Billy the Mal    14:45:33

19 like jumped up on the kennel, and I pushed him       14:45:38

20 back.  Sergeant Phelps saw that and he was like,     14:45:41

21 "No, no, no.  He is too big for you."  So Billy      14:45:44

22 the Mal, he told me don't -- don't work with         14:45:47

| | |
|---|---|
| 1 | Billy the Mal. | 14:45:48 |
| 2 | Q. Okay. So -- so I'm trying to get the | 14:45:49 |
| 3 | visual of this. We are out at the outdoor | 14:45:52 |
| 4 | kennels, you're going to open the kennel to let | 14:45:55 |
| 5 | Billy the Mal out; is that correct? | 14:45:58 |
| 6 | A. That's correct. | 14:46:00 |
| 7 | Q. And before you open the kennel door, he | 14:46:01 |
| 8 | jumped up on the kennel door; is that correct? | 14:46:04 |
| 9 | A. That's correct. | 14:46:07 |
| 10 | Q. So the door was still closed? | 14:46:07 |
| 11 | A. It was -- well, like, my -- my hand and | 14:46:09 |
| 12 | head were in there to get him. You know, because | 14:46:10 |
| 13 | you have to grab their -- their collar, and he | 14:46:12 |
| 14 | was just way up there. I mean, he is -- he is a | 14:46:16 |
| 15 | Belgium Malinois. He is big. But, you know, I | 14:46:18 |
| 16 | had already hooked him and -- and Sergeant Phelps | 14:46:21 |
| 17 | was like, "No, he's too big for you." | 14:46:24 |
| 18 | Q. Okay. I just want to make sure I | 14:46:28 |
| 19 | understand. When you are getting a dog from the | 14:46:33 |
| 20 | kennel, you have to grab them by the collar and | 14:46:35 |
| 21 | hook them? | 14:46:39 |
| 22 | A. You have to -- you have to have the -- | 14:46:40 |

1    the hook in one hand.  And you want to have the          14:46:41

2    collar somewhat -- because there's a "D" or a            14:46:45

3    loop around their collar.                                14:46:48

4         So you want to make sure that you get it            14:46:50

5    somewhere where you can easily hook them together        14:46:52

6    because there are so other dogs that you don't           14:46:54

7    want them, you know, running out or anything like        14:46:57

8    that.                                                    14:47:00

9         So you just need to have it fairly close            14:47:02

10   to where you can hook them.                              14:47:02

11      Q.  Okay.  So when Billy the Mal jumped up,           14:47:04

12   he was -- was he taller than you?  Was he the            14:47:08

13   same height as you?                                      14:47:11

14      A.  He was pretty close in height.                    14:47:13

15      Q.  Okay.  And you said you had to push him           14:47:14

16   back?                                                    14:47:18

17      A.  Push -- you have to like push with the --         14:47:18

18   with the door because, you know, like I said,            14:47:21

19   he's up on the thing, so you just kind of push           14:47:23

20   him with -- basically try to close the door             14:47:26

21   again.                                                   14:47:28

22      Q.  Okay.                                             14:47:30

| | | |
|---|---|---|
| 1 | A. To try to get him to go down so that he | 14:47:30 |
| 2 | doesn't run off. | 14:47:33 |
| 3 | Q. Okay. And this is something that | 14:47:33 |
| 4 | Sergeant Phelps observed and afterward -- was it | 14:47:35 |
| 5 | afterward he said, "Okay. You can't work with | 14:47:38 |
| 6 | Billy the Mal? | 14:47:40 |
| 7 | A. That's correct. | 14:47:40 |
| 8 | Q. Okay. And did he provide any explanation | 14:47:41 |
| 9 | beyond that he'd seen this incident? | 14:47:43 |
| 10 | A. What I told you is what he said. | 14:47:45 |
| 11 | Q. Okay. Okay. Okay. And Billy the Mal | 14:47:47 |
| 12 | ended up failing out of the program; is that | 14:48:03 |
| 13 | correct? | 14:48:06 |
| 14 | A. That's my understanding. | 14:48:07 |
| 15 | Q. Okay. And then Billy the Lab also ended | 14:48:08 |
| 16 | up failing out of the program, correct? | 14:48:12 |
| 17 | A. That is my understanding. | 14:48:14 |
| 18 | Q. Do you know why Billy the Mal ended up | 14:48:16 |
| 19 | failing out of the program? | 14:48:19 |
| 20 | A. He lost interest in searching. | 14:48:21 |
| 21 | Q. And -- and that's your -- your | 14:48:29 |
| 22 | understanding of why. There's no other reason, | 14:48:32 |

| | | |
|---|---|---|
| 1 | in other words? | 14:48:35 |
| 2 | A.  That's what I understand. | 14:48:36 |
| 3 | Q.  Okay.  And what about Billy the Lab. | 14:48:37 |
| 4 | What happened to him? | 14:48:40 |
| 5 | A.  Billy the Lab started eating gravel in | 14:48:41 |
| 6 | his kennel and started getting sick. | 14:48:45 |
| 7 | Q.  Any other reason that he had to leave the | 14:48:52 |
| 8 | program? | 14:48:56 |
| 9 | A.  That's my understanding. | 14:48:56 |
| 10 | Q.  Okay.  As an aside, Billy the Lab is now | 14:48:58 |
| 11 | an OGC dog.  He went with the our former General | 14:49:02 |
| 12 | Counsel, Gretchen DeMar.  So -- | 14:49:10 |
| 13 | (Simultaneous conversation.) | 14:49:10 |
| 14 | A.  Oh, really? | 14:49:10 |
| 15 | Q.  -- she adopted him.  Yeah. | 14:49:10 |
| 16 | Okay.  Let's get into your experiences in | 14:49:16 |
| 17 | training.  Looking back at Exhibit 5, which is | 14:49:19 |
| 18 | the training records. | 14:49:37 |
| 19 | A.  (Complied.) | 14:49:51 |
| 20 | Q.  Okay.  Let's look at -- actually, let me | 14:50:24 |
| 21 | check the time really quick.  Why don't we -- | 14:50:24 |
| 22 | before we jump into that, why don't we take a | 14:50:24 |

| | | |
|---|---|---|
| 1 | five-minute?  Is five minutes? | 14:50:27 |
| 2 | A.  Can we do 10? | 14:50:29 |
| 3 | Q.  10-minute break? | 14:50:31 |
| 4 | A.  Please. | 14:50:32 |
| 5 | Q.  Yep. | 14:50:32 |
| 6 | A.  Thank you. | 14:50:33 |
| 7 | THE VIDEOGRAPHER:  We are going off the | 14:50:33 |
| 8 | record.  It's 2:50 p.m. | 14:50:34 |
| 9 | (THEREUPON, the proceedings recessed at | 15:03:03 |
| 10 | 2:50 p.m.) | 15:03:03 |
| 11 | (THEREUPON, the proceedings resumed at | 15:03:06 |
| 12 | 3:03 p.m.) | 15:03:06 |
| 13 | THE VIDEOGRAPHER:  We are back on the | 15:03:10 |
| 14 | record.  The time is 3:03 p.m. | 15:03:23 |
| 15 | BY ATTORNEY SCINDIAN: | 15:03:27 |
| 16 | Q.  Okay.  Officer Van Meter, you are still | 15:03:27 |
| 17 | under oath. | 15:03:34 |
| 18 | Before the break, I was directing you to | 15:03:35 |
| 19 | what has been marked I believe as Plaintiff's | 15:03:37 |
| 20 | Exhibit 5, and that is a compilation of training | 15:03:41 |
| 21 | records for your time at the training academy -- | 15:03:47 |
| 22 | I'm sorry, not training, for your time at K-9 | 15:03:52 |

1   training.                                          15:03:57

2        What I want to do is walk through some of     15:03:57

3   these documents and then ask you a couple of       15:04:00

4   questions about them.  So the first one I'm going  15:04:03

5   to direct your attention to is marked Bates        15:04:06

6   number USCP 000029.                                15:04:10

7        ATTORNEY ALDERMAN:  Just for the record,      15:04:18

8   can I ask is this all of the training records for  15:04:19

9   Officer Van Meter?                                 15:04:24

10        ATTORNEY SCINDIAN:  Yes.  Yes.               15:04:25

11        ATTORNEY ALDERMAN:  Okay.                    15:04:27

12   BY ATTORNEY SCINDIAN:                             15:04:30

13    Q.  Okay.  Are you looking at USCP 000029?       15:04:30

14    A.  Yes, I am.                                   15:04:34

15    Q.  Okay.  And this is a training record for     15:04:35

16   you, correct?                                     15:04:39

17    A.  Yes.                                         15:04:41

18    Q.  Okay.  And the date of this training         15:04:42

19   record is August 10, 2017; is that right?         15:04:45

20    A.  It's the date on it, yes.                    15:04:50

21    Q.  Okay.  If you go down to where it says       15:04:52

22   the letter "A" and handler?                       15:04:58

1    A.  Stand by.  I'm getting my specs cleaned.          15:05:02

2    Q.  Sure.                                             15:05:02

3    A.  Yes, ma'am.                                       15:05:11

4    Q.  Okay.  And in that column, there are              15:05:11

5    several boxes, and one of them is checked, and        15:05:14

6    that's the box labeled "poor leash control."          15:05:16

7        Do you see that?                                  15:05:20

8    A.  I do see that.                                     15:05:20

9    Q.  Okay.  And then if you go down to the             15:05:22

10   comment section, I'm just going to read what it       15:05:24

11   says here.                                            15:05:26

12       "Continued with imprinting, K-9 received          15:05:28

13   approximately 25 hits with the cinderblocks on        15:05:31

14   the field-grass area, introduced C-4 in the           15:05:35

15   block.  Handler worked to following canines.          15:05:38

16   Rocket, Toby and Jayden."                             15:05:43

17       And then it says, "Progresses well, Billy         15:05:45

18   Mal progressing well.  Handler reminded about         15:05:50

19   spinning the K-9 behind her back."                    15:05:54

20       And then the last sentence reads,                 15:05:56

21   "Overall handler has shown improvement, but still     15:05:57

22   needs to work on leash manipulation as well as        15:06:00

| | | |
|---|---|---|
| 1 | praise/physical contact during rewarding | 15:06:04 |
| 2 | process." | 15:06:04 |
| 3 | Is that correct? | 15:06:08 |
| 4 | A.  That's what it's read. | 15:06:09 |
| 5 | Q.  Okay.  Now, do you have any reason to | 15:06:11 |
| 6 | believe that what's written here is inaccurate? | 15:06:14 |
| 7 | A.  I don't have a reason to -- let me see. | 15:06:17 |
| 8 | So that was -- okay. | 15:06:23 |
| 9 | Q.  The 10? | 15:06:25 |
| 10 | A.  Actually, I -- I would like to point | 15:06:32 |
| 11 | something out that is a -- is a disagreement. | 15:06:37 |
| 12 | Q.  Okay. | 15:06:41 |
| 13 | A.  I guess. | 15:06:41 |
| 14 | Q.  Sure? | 15:06:42 |
| 15 | A.  Please -- please look at -- at the | 15:06:43 |
| 16 | Plaintiff No. 4 that you've given me. | 15:06:48 |
| 17 | Q.  Yes.  And that's the training schedule? | 15:06:51 |
| 18 | A.  That is correct. | 15:06:53 |
| 19 | Q.  Okay. | 15:06:57 |
| 20 | (Complied.) | 15:07:04 |
| 21 | And what is the inaccuracy that you are | 15:07:05 |
| 22 | seeing there? | 15:07:08 |

1      A.   Ma'am, I would like for you to see my        15:07:08

2   handwriting, which we -- we agreed was my           15:07:10

3   handwriting, correct?                               15:07:13

4      Q.   Yes?                                         15:07:15

5      A.   Okay.  It showed obedience with Billy the    15:07:15

6   Mal.  And Billy the Mal is written on here.  And    15:07:21

7   if you also notice, it says I worked with Cooper    15:07:24

8   and Toby.  It appears that the canines on -- on     15:07:26

9   the end of day report do not match what I have      15:07:34

10  written there.                                      15:07:37

11     Q.   Okay.  So the report indicates that you     15:07:43

12  worked with Rocket, Toby, and Jayden, correct?      15:07:46

13     A.   That's what it states on this.              15:07:50

14     Q.   And then your schedule indicates that you   15:07:52

15  worked with Cooper, Billy the Mal, and Toby; is     15:07:54

16  that correct?                                       15:08:00

17     A.   That's correct.                             15:08:00

18     Q.   Okay.  And is there anything else that      15:08:00

19  you think is -- that may -- that is inaccurate      15:08:02

20  from this report?                                   15:08:06

21         ATTORNEY ALDERMAN:  Objection.  Lack of      15:08:08

22  foundation.                                         15:08:09

| | | |
|---|---|---|
| 1 | THE WITNESS:  From what I see -- I mean, | 15:08:12 |
| 2 | this has been five years ago.  From what I recall | 15:08:14 |
| 3 | -- and I'm going to have to take it for -- for | 15:08:17 |
| 4 | what is stated there for me to remember this one | 15:08:20 |
| 5 | specific day.  I can't say that I do. | 15:08:23 |
| 6 | BY ATTORNEY SCINDIAN: | 15:08:30 |
| 7 | Q.  Okay.  This brings up a question for me. | 15:08:30 |
| 8 | So on August 10th, you worked with Billy the Mal. | 15:08:32 |
| 9 | And previously, we discussed that Sergeant Phelps | 15:08:35 |
| 10 | had indicated that you could not work with Billy | 15:08:39 |
| 11 | the Mal. | 15:08:42 |
| 12 | Was this before or after? | 15:08:42 |
| 13 | A.  After this. | 15:08:43 |
| 14 | Q.  Okay. | 15:08:45 |
| 15 | A.  It was the second week.  The -- the | 15:08:45 |
| 16 | second week is when Dantinne started working with | 15:08:47 |
| 17 | Billy the Mal. | 15:08:51 |
| 18 | Q.  Okay.  And so you believe it was the | 15:08:52 |
| 19 | second week that Sergeant Phelps indicated that | 15:08:56 |
| 20 | you could no longer work with Billy the Mal? | 15:09:00 |
| 21 | A.  If my memory serves me correct. | 15:09:03 |
| 22 | Q.  Okay.  All right.  Besides the dogs | 15:09:05 |

1    identified potentially being inaccurate, do you          15:09:08

2    see anything else that is it inaccurate from this        15:09:11

3    document?                                                15:09:13

4        A.   From the document I don't know of -- of         15:09:13

5    anything.  I'm going to take for its word if             15:09:17

6    that's what's written.                                   15:09:20

7        Q.   Okay.                                           15:09:22

8        A.   But I do have a little bit of a                 15:09:22

9    hesitation being of whom I've work down and the          15:09:24

10   accuracy of this end of the day report.                  15:09:27

11       Q.   Got it.  All right.                             15:09:29

12            If you can turn to what is marked as USCP        15:09:31

13   000755.  It's about three -- two to three pages          15:09:39

14   after this document -- two pages.                        15:09:45

15       A.   Yes.                                            15:09:47

16            (Complied.)                                     15:09:48

17       Q.   Okay.  Looking at USCP 000755, this is a        15:10:03

18   training form for you, Officer Van Meter; is that        15:10:11

19   correct?                                                 15:10:20

20       A.   That's my name at the top.  Yes.                15:10:20

21       Q.   And it says that it's for August the            15:10:22

22   14th, 2017; is that correct?                             15:10:25

| | | |
|---|---|---|
| 1 | A.  That is correct. | 15:10:26 |
| 2 | Q.  Okay.  And I'm going to jump down to the | 15:10:27 |
| 3 | comments area at the bottom of this document. | 15:10:36 |
| 4 | And it states: | 15:10:40 |
| 5 | "Handler worked with the following K-9, | 15:10:41 |
| 6 | Reno.  K-9 continues to show progression, but the | 15:10:44 |
| 7 | handler continuous leave lead with hand when | 15:10:50 |
| 8 | conducting the search.  The handler was made | 15:10:53 |
| 9 | aware of her performance deficiency." | 15:10:56 |
| 10 | In parentheses it says, "again, and was | 15:10:59 |
| 11 | advised that the proper hand presentation | 15:11:01 |
| 12 | technique, which is to make a presentation as the | 15:11:05 |
| 13 | K-9 approaches the searchable item/object and | 15:11:08 |
| 14 | then to remove the hand when the K-9 displays a | 15:11:11 |
| 15 | sniffing behavior on the item/object being | 15:11:16 |
| 16 | presented." | 15:11:19 |
| 17 | Did I read that correctly? | 15:11:19 |
| 18 | A.  Yes, you did. | 15:11:21 |
| 19 | Q.  Okay.  Is there anything you believe to | 15:11:22 |
| 20 | be inaccurate in that description? | 15:11:25 |
| 21 | ATTORNEY ALDERMAN:  Objection.  Lack of | 15:11:29 |
| 22 | foundation and relevance. | 15:11:30 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  Again, I mean, I have to | 15:11:32 |
| 2 | take this report to be accurate.  As far I know, | 15:11:34 |
| 3 | it appears to be accurate. | 15:11:46 |
| 4 | BY ATTORNEY SCINDIAN: | 15:11:48 |
| 5 | Q.  Okay.  And if you turn the page of this | 15:11:48 |
| 6 | document to USCP 000756. | 15:11:51 |
| 7 | A.  (Complied.) | 15:11:58 |
| 8 | Q.  I just want to confirm, is that your | 15:11:59 |
| 9 | signature where it says "handler signature"? | 15:12:00 |
| 10 | A.  That is correct. | 15:12:02 |
| 11 | Q.  Okay.  So this is a document you would | 15:12:03 |
| 12 | have received when you were in K-9 training, | 15:12:05 |
| 13 | correct? | 15:12:08 |
| 14 | A.  That is correct. | 15:12:08 |
| 15 | Q.  Okay.  The next document I would like to | 15:12:10 |
| 16 | direct you to is USCP 37 -- US -- let me spell | 15:12:15 |
| 17 | that correctly.  So USCP 000037? | 15:12:21 |
| 18 | A.  Okay. | 15:12:25 |
| 19 | (Complied.) | 15:12:25 |
| 20 | Q.  It's about four pages -- five pages away | 15:12:26 |
| 21 | from the previous document. | 15:12:31 |
| 22 | Okay.  This is another training form for | 15:12:34 |

1    you, Officer Van Meter?                               15:12:36

2        A.  Yes, it has my name at the top.  Yes.          15:12:38

3        Q.  Okay.  And this form is dated August 17,       15:12:41

4    2017, correct?                                         15:12:44

5        A.  That's correct.                                15:12:45

6        Q.  Okay.  And -- let's see here.                  15:12:46

7            If you go to what's the second page of         15:12:58

8    the document, which is USCP 0000038?                   15:13:03

9        A.  Can -- can I please read the --                15:13:09

10           (Simultaneous conversation.)                   15:13:12

11       Q.  Sure.  Absolutely.                             15:13:12

12           (Simultaneous conversation.)                   15:13:13

13       A.  -- 371, please, first?                         15:13:13

14       Q.  Yes.                                           15:13:14

15       A.  Okay.  Now, I'm on 38.                         15:13:24

16       Q.  Okay.  And under the comments section,         15:13:25

17   I'm just going to read what it says there:             15:13:28

18           "Overall handler is progressing well.          15:13:30

19   Follows directions and very receptive of               15:13:33

20   constructive criticism.  The leash handling            15:13:36

21   skills are improving, but need more practice --        15:13:40

22   needs more practice.  Praise towards K-9 is            15:13:42

1   better.  However, on a couple of occasions --          15:13:46

2   sorry.  However, on a couple of occasions, the         15:13:48

3   handler was late giving commands," in                  15:13:51

4   parentheses, "search, sit to K-9.  Handler was         15:13:56

5   reminded that delivering late commands delays          15:14:01

6   training progression.                                  15:14:03

7        "In addition, when working K-9 Jayden,"           15:14:04

8   in parenthesis, "AM, handler was unable to             15:14:07

9   consistently condition the sit response;               15:14:11

10  therefore, a trainer had to demonstrate with K-9       15:14:15

11  Jayden the correct technique to place K-9 in the       15:14:18

12  sit at the box.  During the p.m. training              15:14:21

13  exercise on the field, the handler had better          15:14:23

14  timing and was able to correctly place the K-9 in      15:14:26

15  the sit at the box.  Handler needs to remain           15:14:30

16  consistent with commands and conditioning."            15:14:33

17       Did I read that correctly?                        15:14:35

18  A.  Yes.                                               15:14:38

19  Q.  Okay.  Is there anything that you believe          15:14:38

20  to be inaccurate from what's written there?            15:14:41

21       ATTORNEY ALDERMAN:  Objection.  Relevance         15:14:44

22  and foundation.                                        15:14:46

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm going to have to take | 15:14:47 |
| 2 | it for its words.  Again, I have no reason to. | 15:14:48 |
| 3 | BY ATTORNEY SCINDIAN: | 15:15:01 |
| 4 | Q.  Okay.  Let's turn to USCP 30 -- I'm | 15:15:01 |
| 5 | sorry, one last thing.  Underneath the comment | 15:15:06 |
| 6 | section where it says "handler's signature," | 15:15:11 |
| 7 | that's your signature there once again? | 15:15:14 |
| 8 | A.  Yes.  That is my signature.  Yes. | 15:15:16 |
| 9 | Q.  Okay.  So this was a document you | 15:15:17 |
| 10 | received and signed off on while in training, | 15:15:19 |
| 11 | correct? | 15:15:21 |
| 12 | A.  That is correct. | 15:15:22 |
| 13 | Q.  Okay.  Turning to the very next page, | 15:15:23 |
| 14 | which is USCP 00039 -- 000039, sorry.  This is | 15:15:25 |
| 15 | another training form for you, Officer Van Meter; | 15:15:33 |
| 16 | is that right? | 15:15:38 |
| 17 | A.  That is correct. | 15:15:38 |
| 18 | Q.  And this one is dated August 24th -- | 15:15:39 |
| 19 | sorry -- August 21, 2017; is that correct? | 15:15:41 |
| 20 | A.  That is correct.  This says 2021 -- 8/21. | 15:15:45 |
| 21 | Is that the one that we are on? | 15:15:50 |
| 22 | Q.  Yes. | 15:15:52 |

| | | |
|---|---|---|
| 1 | A.  Okay. | 15:15:54 |
| 2 | Q.  Yes.  Okay.  And I'm going to skip down | 15:15:55 |
| 3 | to the comment section where it reads: | 15:15:58 |
| 4 | "Continued -- continuing with imprinting | 15:16:01 |
| 5 | drills to increase odor recognition and | 15:16:04 |
| 6 | proficiency, K-9 received approximately 16 hits | 15:16:09 |
| 7 | on the trained odor.  Handler worked the | 15:16:09 |
| 8 | following canines Jayden, Cooper, and Billy Lab," | 15:16:13 |
| 9 | in parenthesis. | 15:16:19 |
| 10 | "Jayden inconsistent with alert and | 15:16:20 |
| 11 | response to scent box with aid; looking for | 15:16:20 |
| 12 | tennis ball.  Copper; handler -- handler not | 15:16:22 |
| 13 | adapting to K-9's independence.  Too restrictive | 15:16:26 |
| 14 | with leash during box work.  Billy," in | 15:16:31 |
| 15 | parenthesis, "Lab alerting to odor, but | 15:16:34 |
| 16 | inconsistent with sit response.  Handler has | 15:16:36 |
| 17 | shown improvement with leash management, but when | 15:16:40 |
| 18 | working hard-pulling canines, the handler | 15:16:43 |
| 19 | physically struggles to maintain positive | 15:16:46 |
| 20 | control.  Handler has been reminded again about | 15:16:49 |
| 21 | hand positioning during the search.  She leaves | 15:16:52 |
| 22 | hand/arm extended while searching, which can be a | 15:16:54 |

1   distraction or cue for the K-9.  Make a                15:16:58

2   presentation and remove the hand in preparation        15:17:03

3   for follow on presentation to insure fluent            15:17:04

4   search.  In addition, handler has been reminded        15:17:08

5   maintain a high level of enthusiasm-motivation         15:17:12

6   during the reward process."                            15:17:16

7       Did I read that correctly?                         15:17:17

8   A.  Yes, you did.                                       15:17:19

9   Q.  Okay.  Do you have any reason to believe           15:17:22

10  that what's written there is inaccurate?               15:17:24

11  A.  No, ma'am.                                         15:17:26

12  Q.  Okay.  And looking at USCP 000040, the             15:17:27

13  next page, is that your signature where it             15:17:33

14  indicates "handler's signature"?                       15:17:36

15  A.  That is my signature.                              15:17:38

16  Q.  Okay.  Which means this is a document you          15:17:39

17  received during training and reviewed and signed       15:17:42

18  at that time, correct?                                 15:17:45

19  A.  That's correct.                                    15:17:46

20  Q.  Okay.  Looking at USCP 0000041, is this           15:18:07

21  another training form for you, Officer Van Meter?      15:18:13

22  A.  It appears that way, yes.                          15:18:18

1    Q.   Okay.   And it's dated August 22, 2017; is          15:18:20

2    that correct?                                            15:18:25

3    A.   That's correct.                                     15:18:25

4    Q.   Okay.   Looking in the comment section of           15:18:26

5    this document, the second paragraph reads:               15:18:30

6         "Handler was advised of her performance             15:18:33

7    with the mechanics of working a K-9 and she needs        15:18:36

8    to improve.   If she doesn't, this will hinder the       15:18:39

9    K-9 and team from progressing.   Then, a                 15:18:43

10   recommendation will" -- it says "will he put             15:18:47

11   forward through the chain of command to remove           15:18:51

12   her from the training program."                          15:18:54

13        Did I read that correctly?                          15:18:55

14   A.   You've read of the bottom paragraph, but            15:18:57

15   you didn't read the top one.                             15:18:59

16   Q.   Yes.   That's correct.                              15:19:01

17   A.   Okay.                                               15:19:01

18   Q.   Did I read the bottom paragraph                     15:19:03

19   correctly?                                               15:19:05

20   A.   Yes.                                                15:19:06

21   Q.   Okay.   Can you tell me what this                   15:19:07

22   discussion concerning a recommendation                   15:19:09

1    potentially being put forward to the chain of          15:19:15

2    command.  Did you have a discussion with that?          15:19:17

3    Let me start there.          15:19:20

4          Do you recall having a discussion about          15:19:22

5    that?          15:19:23

6     A.  A formal discussion?          15:19:23

7     Q.  Yes.          15:19:25

8     A.  There was no formal discussion.          15:19:27

9     Q.  Okay.  What type of discussion was there?          15:19:29

10     A.  Sergeant Phelps telling me one-on-one          15:19:34

11    that he didn't think I was going to make it.          15:19:39

12     Q.  Okay.  So was this before or after you          15:19:43

13    received this training form?          15:19:46

14     A.  I believe it was before, but I don't know          15:19:49

15    the -- the time frame.          15:19:52

16     Q.  Okay.  Was it on August 22nd, that you          15:19:53

17    had this discussion?          15:19:58

18     A.  I believe it was before the 22nd.          15:20:00

19     Q.  Okay.  You believe that this discussion          15:20:03

20    with Sergeant Phelps happened before August 22nd?          15:20:05

21     A.  Yes.          15:20:09

22     Q.  Okay.          15:20:09

| | | |
|---|---|---|
| 1 | A.  Maybe the day before or earlier on the | 15:20:10 |
| 2 | 22nd before this was given to me. | 15:20:12 |
| 3 | Q.  Okay.  And what prompted this discussion? | 15:20:14 |
| 4 | A.  I don't -- | 15:20:18 |
| 5 | ATTORNEY ALDERMAN:  Objection.  Vague. | 15:20:21 |
| 6 | Lack of foundation. | 15:20:23 |
| 7 | THE WITNESS:  I don't know what prompted | 15:20:24 |
| 8 | it. | 15:20:27 |
| 9 | BY ATTORNEY SCINDIAN: | 15:20:28 |
| 10 | Q.  What was the context of this discussion? | 15:20:28 |
| 11 | A.  I don't recall there being a context to | 15:20:34 |
| 12 | the conversation. | 15:20:37 |
| 13 | Q.  Did he call you in to the sergeant or the | 15:20:37 |
| 14 | supervisor's office to have this discussion? | 15:20:41 |
| 15 | A.  I believe this was handled in the | 15:20:44 |
| 16 | hallway. | 15:20:46 |
| 17 | Q.  Okay.  Were there other people around for | 15:20:47 |
| 18 | this discussion? | 15:20:48 |
| 19 | A.  I don't recall who was there.  I was just | 15:20:51 |
| 20 | surprised that was being stated so early in | 15:20:54 |
| 21 | training. | 15:20:57 |
| 22 | Q.  And were you in discussion with Sergeant | 15:20:57 |

1  Phelps when he said to you -- what was it -- "I          15:21:04

2  don't believe you are going to make it through           15:21:08

3  training."                                               15:21:10

4        Was that what he said?                             15:21:11

5     A.  He said, "I don't believe you're going to         15:21:11

6  make it."                                                15:21:14

7     Q.  Okay.  Had you been having a discussion           15:21:14

8  with him when he came out and said, "I don't             15:21:16

9  believe you are going to make it through                 15:21:19

10 training"?                                               15:21:21

11    A.  I don't recall any other conversation.            15:21:21

12    Q.  Okay.  So you were in the hallway at the          15:21:24

13 K-9 training center?                                     15:21:28

14    A.  That's correct.                                   15:21:29

15    Q.  And Sergeant Phelps walked up to you and          15:21:30

16 said, "I don't believe you are going to make it          15:21:34

17 through K-9 training"?                                   15:21:36

18    A.  That's correct.                                   15:21:38

19    Q.  And then what did he do?                          15:21:39

20    A.  I don't recall anything else after that.          15:21:41

21 Like I said, that just kind of smacked me in the         15:21:44

22 face.  You know, I don't recall -- after that, it        15:21:48

| | | |
|---|---|---|
| 1 | was like, I didn't -- I don't recall what else | 15:21:50 |
| 2 | was stated. | 15:21:54 |
| 3 | Q. Okay. Did you ask him any questions once | 15:21:55 |
| 4 | he said, "I don't believe you are going to make | 15:21:58 |
| 5 | it"? | 15:22:01 |
| 6 | A. At that point, I did not. I don't recall | 15:22:04 |
| 7 | saying anything after that. The day that this -- | 15:22:15 |
| 8 | that we're talking about August 22nd, and you | 15:22:24 |
| 9 | read only the bottom portion paragraph. | 15:22:28 |
| 10 | The top portion says that this is the day | 15:22:31 |
| 11 | that the training staff met and pointed out the | 15:22:33 |
| 12 | dogs, you know, who was getting what dog. | 15:22:37 |
| 13 | Let me give you a little bit of idea of | 15:22:43 |
| 14 | what I was working with when I was down at K-9 | 15:22:46 |
| 15 | training. | 15:22:50 |
| 16 | All the guys go into the room and get | 15:22:54 |
| 17 | told their assignments. What dog they got. And | 15:22:57 |
| 18 | every single one of them you can hear laughter, | 15:23:00 |
| 19 | you can hear joking, you can hear the "woo-hoos," | 15:23:03 |
| 20 | and then they would come out. I go in and it's | 15:23:07 |
| 21 | super quiet, and they tell me that they've | 15:23:12 |
| 22 | assigned me Jayden because Jayden is having | 15:23:15 |

1    issues and I'm having issues, and maybe we can          15:23:18

2    help each other with our issues.                        15:23:20

3        Q.  And who said that?                              15:23:22

4        A.  That was by Sergeant Phelps, with the           15:23:24

5    room of all the other K-9 trainers.                     15:23:27

6        Q.  So when you say "all the other K-9              15:23:31

7    trainers," who else was there?                          15:23:33

8        A.  Kenny Hill, I know Mike Keyes was in            15:23:35

9    there -- Keyes, sorry.  Core, Turner, Phelps.  I        15:23:41

10   don't know if Melvin was in there or not.  And I        15:23:49

11   can't recall if there was anybody else.                 15:23:54

12       Q.  Do you remember if Cullen was in there?         15:23:57

13       A.  I would have to assume he was, but I            15:24:01

14   personally sitting here telling you if I remember       15:24:04

15   seeing his face, I can't recall.                        15:24:06

16       Q.  Okay.  And then what happened?                  15:24:18

17       A.  We were assigned dogs and we started            15:24:21

18   working them.                                           15:24:24

19       Q.  So you get called into the office -- so         15:24:25

20   let me -- let me actually back up.                      15:24:29

21       A.  Yes.                                            15:24:32

22       Q.  So the way that handlers found out which        15:24:32

1    dog they were assigned was they were getting          15:24:38

2    called one by one into -- was it the classroom,       15:24:41

3    was it the office?  What was it?                       15:24:45

4        A.  It was in the classroom.                       15:24:47

5        Q.  Okay.                                          15:24:50

6        A.  We all had to wait in the break room area     15:24:50

7    of K-9 training and they called us in one by one.     15:24:55

8        Q.  Okay.  And then they would tell you           15:24:58

9    you've been assigned Jayden?                           15:25:00

10       A.  Correct.                                       15:25:01

11       Q.  Okay.  And during that conversation they      15:25:02

12   said to you the reason you've been assigned           15:25:04

13   Jayden is because both -- what was the                 15:25:07

14   terminology that was used?                             15:25:09

15       A.  That both of us were having issues and        15:25:11

16   maybe us working together we can help each other      15:25:15

17   with our problems.                                     15:25:20

18       Q.  Okay.  And then what happened?                15:25:21

19       A.  That was it.  You walk out of the             15:25:23

20   classroom.  I believe I was the last one being        15:25:27

21   assigned a dog that day.  Everybody else had gone     15:25:30

22   ahead of me.  I had to go out and get my dog.  My     15:25:34

1    new assigned dog ready for -- for the training          15:25:37

2    exercise of that day.                                   15:25:41

3        Q.  Okay.  And then was it at -- it doesn't         15:25:42

4    sound like it was at this time that Phelps said         15:25:46

5    to you you're not going to make it?                     15:25:49

6        A.  No.  If -- if memory, and it is getting         15:25:52

7    old, it was either -- either the day before or         15:25:55

8    the end of the week before prior to this.              15:26:00

9        Q.  And from your recollection, you were just      15:26:02

10   standing in the hallway, Phelps walked up to you       15:26:10

11   said, "I don't think you're going to make it" and      15:26:15

12   walked way?                                             15:26:17

13       A.  I did not say that.                             15:26:18

14       Q.  Okay.                                           15:26:19

15       A.  I do remember know that I was passing --       15:26:19

16   passing him in the hallway.  I don't recall the        15:26:21

17   conversation because like I said -- there are          15:26:24

18   things that strike you and that was just the part      15:26:29

19   that -- that I remember, you know.  But I don't        15:26:31

20   know the context of -- of the discussion.             15:26:34

21       Q.  Okay.  So there may have been additional       15:26:37

22   conversation?                                          15:26:40

1      A.  There may have been.                          15:26:41

2      Q.  Okay.  And you don't recall at this time      15:26:43

3  what it was about.  The part that strikes you is      15:26:44

4  when he said you may not -- you -- you won't make     15:26:49

5  it?                                                   15:26:52

6      A.  Yes.  It didn't appear that I was going       15:26:52

7  to make it.                                           15:26:54

8      Q.  Okay.                                          15:26:55

9      A.  I mean, we're -- we're talking what?  Two     15:26:55

10  weeks into a training and that kind of -- it just    15:26:57

11  kind of hits you kind of surprised that, you         15:26:59

12  know, that you're learning and then somebody is      15:27:01

13  just going to tell you that "it doesn't look like    15:27:03

14  you're going to make it."  That's just.              15:27:06

15      Q.  Okay.  So when you are looking at this        15:27:08

16  August 22nd document in the portion that I read      15:27:10

17  it says:                                             15:27:14

18          "Handler was advised of her performance      15:27:14

19  with the mechanics of working a K-9 and she needs    15:27:16

20  to improve."                                         15:27:19

21          Did you receive that advice?                 15:27:20

22      A.  I did receive that advice.  You know, I      15:27:25

| | | |
|---|---|---|
| 1 | did -- I did receive that advice. | 15:27:30 |
| 2 | Q. Okay. And then the latter portion where | 15:27:33 |
| 3 | it says, "If she doesn't, this will hinder the | 15:27:37 |
| 4 | K-9 and team from progressing, then a | 15:27:39 |
| 5 | recommendation will be put forward through the | 15:27:45 |
| 6 | chain of command to remove her from the training | 15:27:47 |
| 7 | program." | 15:27:49 |
| 8 | What I'm understanding from you is that | 15:27:49 |
| 9 | discussion actually occurred in either the day | 15:27:52 |
| 10 | before or the end of the week before when Phelps | 15:27:56 |
| 11 | walked up to you and said you may not make it or | 15:28:03 |
| 12 | something. Whatever it was that he said. I'm | 15:28:05 |
| 13 | sorry, I'm butchering what it was. That's the | 15:28:09 |
| 14 | only discussion that was had. You didn't have a | 15:28:10 |
| 15 | separate discussion on August 22nd where he said | 15:28:13 |
| 16 | -- he -- that a recommendation will be put | 15:28:17 |
| 17 | forward through the chain of command? | 15:28:20 |
| 18 | A. I don't ever recall him stating to me | 15:28:22 |
| 19 | that a recommendation was going -- going to be | 15:28:24 |
| 20 | put forward to the chain of command. I don't | 15:28:29 |
| 21 | ever recall being told that. | 15:28:33 |
| 22 | Q. Okay. | 15:28:35 |

1    A.   But that -- one thing that is interesting          15:28:36

2    is that the K-9 continuous -- and I'm reading off       15:28:40

3    the same comment section.   "K-9 continuous to          15:28:43

4    show progress with odor recognition and sit            15:28:46

5    response at times --  at times.   And then other        15:28:48

6    times, handler has to physically place it.             15:28:52

7    Handler was unable to physically place K-9 -- in        15:28:55

8    a sit on one of the exercises today."                   15:28:59

9        I just want it be known that -- that               15:29:03

10   if -- if she continuous this, it will hinder the       15:29:07

11   K-9 and team from progressing.   This dog, if you      15:29:09

12   also notice up here, was already having issues of      15:29:13

13   the sit, and that I physically had to place him        15:29:18

14   in the sit position.                                   15:29:22

15   Q.   Right?                                            15:29:23

16   A.   I just wanted that to be known.                   15:29:24

17   Q.   So I want to be clear on how you are              15:29:26

18   interpreting this.   Is your interpretation of         15:29:28

19   where it says, "K-9 continuous to show progress        15:29:30

20   with odor recognitions and sit response at times.      15:29:33

21   Other times handler has to physically place to        15:29:37

22   sit."                                                  15:29:40

| | | |
|---|---|---|
| 1 | Is that a criticism of you or an | 15:29:40 |
| 2 | observation of the dog.  Which way are you | 15:29:42 |
| 3 | interpreting this? | 15:29:46 |
| 4 | A.  That is an observation of the dog. | 15:29:47 |
| 5 | Q.  Okay. | 15:29:49 |
| 6 | "Handler was unable to physically place | 15:29:50 |
| 7 | K-9 in the sit on one of the exercises today." | 15:29:53 |
| 8 | Is that a criticism of you or an | 15:29:56 |
| 9 | observation of what was happening? | 15:29:58 |
| 10 | A.  That is, again, the K-9.  And the only | 15:29:59 |
| 11 | reason why I say that is because before this, | 15:30:04 |
| 12 | before he was assigned to me. | 15:30:07 |
| 13 | Q.  Uhm-hmm. | 15:30:09 |
| 14 | A.  Jayden had the same exact issues with | 15:30:09 |
| 15 | other handlers.  This was not just on here | 15:30:14 |
| 16 | because of me.  This was -- when I read this, it | 15:30:21 |
| 17 | is a reflection on the way Jayden was when I | 15:30:26 |
| 18 | first got assigned Jayden. | 15:30:30 |
| 19 | Q.  Okay.  Understood.  And looking at page | 15:30:32 |
| 20 | USCP 000042, which is the next page. | 15:30:37 |
| 21 | That is your signature at the bottom? | 15:30:41 |
| 22 | A.  That is my signature, yes. | 15:30:42 |

1      Q.   Okay.   Which means you received and                15:30:44

2   reviewed this during your time in training,                 15:30:46

3   correct?                                                    15:30:49

4      A.   That's correct.                                     15:30:49

5      Q.   Let's go to USCP 000045?                            15:30:54

6      A.   (Complied.)                                         15:31:04

7      Q.   Okay.   And this is another training form           15:31:19

8   for you, is that correct, Officer Van Meter?                15:31:21

9      A.   That's correct.                                     15:31:24

10     Q.   And it's dated August 24, 2017; is that             15:31:24

11  correct?                                                    15:31:27

12     A.   That's correct.                                     15:31:27

13     Q.   Okay.   Going down to the comment section?          15:31:29

14     A.   Uhm-hmm.                                            15:31:31

15     Q.   Actually, sorry.   Turning the page to              15:31:35

16  000046?                                                     15:31:38

17     A.   (Complied.)                                         15:31:40

18     Q.   Under the comment section, it reads:                15:31:42

19          "5 environmental searches were conducted            15:31:45

20  around U.S. botanical gardens and buildings,                15:31:50

21  which are listed above.   Handler failed three              15:31:54

22  times to condition K-9 at the proper time once              15:31:57

1    K-9 sniffed location of aid.  These inconsistency        15:31:57

2    created -- these inconsistency created by the            15:32:02

3    handler can be unproductive in the learning             15:32:05

4    process for the K-9.  Hide No. 2 During the             15:32:09

5    rewarding process, the handler appeared to be           15:32:14

6    emotional and physically frustrated because of          15:32:17

7    her performance, but allowed her -- but allowed         15:32:20

8    her frustration to interfere with the rewarding         15:32:24

9    process.  The handler released the ward -- the          15:32:27

10   reward but failed to provide any verbal praise or       15:32:29

11   physical contact to reinforce the desired               15:32:33

12   behavior at source.  This was recorded and              15:32:37

13   discussed when the training video was reviewed."        15:32:39

14        Did I read that correctly?                          15:32:42

15        A.  It appears that you did.                        15:32:45

16        Q.  Okay.  Do you have any basis on which to       15:32:46

17   doubt the accuracies of this statement?                 15:32:50

18        A.  No, I don't.                                    15:32:54

19        Q.  Okay.  And that's your signature that          15:32:56

20   appears --                                               15:32:56

21        (Simultaneous conversation.)                        15:32:59

22        A.  It is.                                          15:32:59

| | | |
|---|---|---|
| 1 | Q. -- below that. | 15:33:00 |
| 2 | Okay which indicates that you received | 15:33:03 |
| 3 | and reviewed this during your time of training, | 15:33:04 |
| 4 | correct? | 15:33:07 |
| 5 | A. Excuse me for one moment, please. | 15:33:08 |
| 6 | Q. Sure. | 15:33:10 |
| 7 | A. Okay. I do see an inconsistency. So if | 15:33:23 |
| 8 | we can go to Page 0000, however many zeros, 45. | 15:33:26 |
| 9 | Q. Uhm-hmm? | 15:33:32 |
| 10 | A. Okay. The bottom sentence "handler | 15:33:33 |
| 11 | timing was better on the 0RSC today." | 15:33:36 |
| 12 | Q. Okay. | 15:33:36 |
| 13 | A. Do you see that. | 15:33:41 |
| 14 | Q. Yes? | 15:33:41 |
| 15 | A. So then how can that be, and then here on | 15:33:42 |
| 16 | the comment section, it states that -- where is | 15:33:45 |
| 17 | it now? When it talks about the -- the timing. | 15:33:49 |
| 18 | It was talking -- | 15:33:49 |
| 19 | (Simultaneous conversation.) | 15:34:06 |
| 20 | Q. It's the first sentence. I'm sorry, the | 15:34:06 |
| 21 | second sentence. "Handler failed three times to | 15:34:09 |
| 22 | condition K-9 at the proper time" -- | 15:34:12 |

| | | |
|---|---|---|
| 1 | (Simultaneous conversation.) | 15:34:14 |
| 2 | A. Right. | 15:34:14 |
| 3 | Q. -- "once K-9 sniffed location of aid." | 15:34:15 |
| 4 | A. So did I do handler timing was better or | 15:34:18 |
| 5 | did I fail that one, I guess is my question? | 15:34:20 |
| 6 | Q. Well let me ask you this: Was the use of | 15:34:23 |
| 7 | the ORSC -- first all, do you know what ORSC is? | 15:34:29 |
| 8 | A. I do not know. | 15:34:36 |
| 9 | Q. I knew, but I can't remember. | 15:34:37 |
| 10 | A. Okay. Well that makes one of us. | 15:34:40 |
| 11 | Q. Okay. Okay. Do you know whether that | 15:34:43 |
| 12 | was of the -- let me see if they've identified | 15:34:46 |
| 13 | what it's called because I don't want to use the | 15:34:55 |
| 14 | name -- the wrong. | 15:34:57 |
| 15 | Well, do you know if that was the | 15:34:59 |
| 16 | container that was used at the botanical gardens? | 15:35:00 |
| 17 | A. I -- I don't know what ORSC stands for. | 15:35:05 |
| 18 | Q. Okay. | 15:35:09 |
| 19 | A. So I -- I do not know. I'm just | 15:35:10 |
| 20 | seeing -- just in my -- my little bit of looking | 15:35:11 |
| 21 | it just appears that there is contradiction. | 15:35:14 |
| 22 | You're saying that the handler's timing was | 15:35:18 |

1    better and then at the same time, you flip it        15:35:21

2    over to another page and it says that my timing       15:35:22

3    was poor.                                             15:35:26

4        Q.  Okay.  Do you have any reason to believe      15:35:27

5    that you failed three times to condition was K-9      15:35:29

6    at the proper time once K-9 sniffed location of       15:35:33

7    aid?                                                  15:35:34

8        A.  This, if I'm not mistaken, was the date       15:35:34

9    at -- they're saying botanical gardens, and I         15:35:37

10   believe it's the -- the out pass right past K-9       15:35:40

11   training.  That botanical garden is not the one       15:35:44

12   up here.                                              15:35:49

13        And, you know, I have no -- I have no             15:35:50

14   questions as to if the K-9 had failed three           15:35:52

15   times.                                                15:35:58

16        The problem is that Jayden was having            15:35:58

17   issues, again, through the searching before I         15:36:01

18   even got him.  So this is my -- my second --          15:36:04

19   second full day with him.  Is that -- is that a       15:36:08

20   correct statement?                                    15:36:11

21        Q.  Let me ask you this:  Do you know based      15:36:15

22   on this sentence structure, what's written here,      15:36:17

1   do you know if the issue was your conditioning of         15:36:21

2   the sit or Jayden failing to sit?                         15:36:24

3       A.   Being that Jayden had issues of sitting          15:36:29

4   and alerting before, it is my belief that it is           15:36:31

5   Jayden who had the issues.                                15:36:37

6       Q.   Okay.  Do you know that?  I mean, do you         15:36:39

7   know that the three times they're talking about           15:36:42

8   were times --                                             15:36:45

9            (Simultaneous conversation.)                     15:36:46

10      A.   I'm not a K-9 expert.  I don't know.             15:36:46

11      Q.   Hold on.  Hold on.                               15:36:48

12           Do you know that the three times they            15:36:50

13  indicate "handler failed three times to condition         15:36:52

14  K-9 at the proper time," is it your understanding         15:36:56

15  from that statement that the issue was you                15:37:00

16  conditioned the sit, but he didn't sit or that            15:37:04

17  you didn't condition at the proper time?                  15:37:06

18      A.   I'm sorry, try it one more -- I'm reading        15:37:16

19  at the same time.                                         15:37:19

20      Q.   Sure.                                            15:37:19

21      A.   Let me stop.  Was it -- repeat it.               15:37:19

22      Q.   So, the sentence says, "Handler failed          15:37:21

1    three times to conditional K-9 at the proper time          15:37:24

2    once K-9 sniffed location of aid."                         15:37:29

3            I understand that Jayden was having                15:37:31

4    issues prior to this concerning actually having            15:37:33

5    to be physically forced into a sit, correct?               15:37:37

6        A.   That was one of the issues.                       15:37:41

7        Q.   Okay.  And we can talk about the others.          15:37:43

8    But one of the issues was you'd give the sit               15:37:46

9    command and he wouldn't sit, right?                        15:37:49

10       A.   That is one of the issues, yes.                   15:37:50

11       Q.   And then when he didn't sit sometimes he          15:37:52

12   would need to be physically forced into the sit,           15:37:56

13   correct?                                                   15:37:59

14       A.   Correct.                                          15:37:59

15       Q.   Okay.  Now, what this says is "the                15:38:00

16   handler failed three times to conditional K-9 at           15:38:03

17   the proper time once K-9 sniffed location of               15:38:07

18   aid."                                                      15:38:11

19           Based on that, is it your understanding            15:38:11

20   the issue was that you failed to timely condition          15:38:16

21   the sit, in other words, "Jayden sit" or was the           15:38:20

22   issue that you did condition the sit and he                15:38:24

1    didn't sit?                                              15:38:28

2        A.   Sorry, I am trying to remember this day.         15:38:37

3            And -- so before this, let me kind of             15:38:39

4    make a little bit more sense.  Before this, we            15:38:45

5    did the imprinting with the cinderblocks.                 15:38:48

6            This was the first time that they                 15:38:51

7    actually used, like, bags of training aids, and,          15:38:52

8    you know, placed them in certain spots.  They've          15:38:57

9    always -- they told us not to look for it.  To            15:39:00

10   let the dog actually work.                                15:39:03

11           I did not see that the bag that, I guess,          15:39:06

12   the sit command should have happened.  Is that            15:39:11

13   mine or his fault at that -- that one?  And I             15:39:15

14   know that that was the first one because I was --         15:39:18

15   that day I volunteered to go first.  And I was            15:39:21

16   like, "Oh, my gosh.  I didn't even see this               15:39:26

17   thing, you know."  So that one I -- I can tell            15:39:27

18   you was a little bit of both.                             15:39:29

19           The others there was no -- no search with         15:39:34

20   Jayden unless there was a tennis ball there.              15:39:47

21   That's -- that was like one of our biggest                15:39:50

22   things.  He wouldn't indicate on any type of              15:39:52

| | | |
|---|---|---|
| 1 | odor.  That was the problem. | 15:39:55 |
| 2 | And so it's kind of hard to time a dog to | 15:40:00 |
| 3 | sit when they are not showing any indication that | 15:40:07 |
| 4 | they are on an odor. | 15:40:11 |
| 5 | So I think that this statement is it kind | 15:40:13 |
| 6 | of misleading in the fact that they're saying | 15:40:16 |
| 7 | that my timing was bad, but I was going off of -- | 15:40:19 |
| 8 | off of him. | 15:40:24 |
| 9 | And when he is not giving you any | 15:40:25 |
| 10 | indication, it's hard for you to condition him to | 15:40:28 |
| 11 | sit. | 15:40:35 |
| 12 | Q.  Okay.  So what you are stating is that | 15:40:35 |
| 13 | you did not observe a change in behavior that | 15:40:36 |
| 14 | would make you say, "Let me condition the sit"? | 15:40:38 |
| 15 | A.  That -- that would be a truthful | 15:40:41 |
| 16 | statement. | 15:40:44 |
| 17 | Q.  Okay.  Let's look at USCP 000055. | 15:40:44 |
| 18 | A.  (Complied.) | 15:41:07 |
| 19 | Q.  Okay.  USCP 00005.  This is another | 15:41:18 |
| 20 | training form for you Officer Van Meter; is that | 15:41:25 |
| 21 | right? | 15:41:27 |
| 22 | A.  Yes.  It appears that it is. | 15:41:27 |

1    Q.  Okay.  And this one is dated September 5,          15:41:29

2    2017; is that correct?                                15:41:32

3    A.  September 5th, yes.                                15:41:33

4    Q.  Okay.  I'm going to skip the first                 15:41:35

5    sentence of the comments below only because I          15:41:42

6    don't want to say the name of the explosive            15:41:45

7    that's being imprinted essentially?                    15:41:48

8    A.  Yes.                                               15:41:52

9    Q.  So starting with the second sentence:              15:41:53

10       "Went offsite to Beltway Mini Storage.             15:41:55

11   Hide 1, handler noticed the change of behavior         15:41:58

12   from K-9 Jayden and conditioned the sit.               15:42:02

13       "Hide 2, the handler was given a search            15:42:05

14   area and was told where the aiding aid was placed      15:42:07

15   so that she can condition the sit at the source."      15:42:10

16   "Training aid" is in parentheses.                      15:42:13

17       "Handler is slow to condition the sit and          15:42:16

18   to get herself into position.                          15:42:18

19       "Hide 3, handler continuous to struggle            15:42:22

20   with picking up her speed and to conduct the           15:42:25

21   proper search.  There were several times when the      15:42:29

22   handler had to represent odor release points due       15:42:32

| | | |
|---|---|---|
| 1 | to the K-9 getting out in front of her. Handler | 15:42:37 |
| 2 | was advised by Sergeant Phelps and Tech Cullen | 15:42:40 |
| 3 | present an odor release point, allow the K-9 to | 15:42:45 |
| 4 | smell it, and get herself ready to present the | 15:42:49 |
| 5 | next item. | 15:42:52 |
| 6 | "Hide No. 4 was run as unknown to see if | 15:42:55 |
| 7 | the handler could notice" -- "noticed" is what it | 15:42:57 |
| 8 | says -- "the changed of behavior from K-9 | 15:42:59 |
| 9 | Jayden. Handler did a much better job with her | 15:43:03 |
| 10 | speed, but still needs to work on her search | 15:43:06 |
| 11 | pattern. K-9 Jayden showed a change of behavior | 15:43:08 |
| 12 | at source," in parenthesis, training aid, | 15:43:13 |
| 13 | "however, the handler was slow to react to | 15:43:16 |
| 14 | condition the sit response." | 15:43:18 |
| 15 | Did I read that correctly? | 15:43:20 |
| 16 | A. You did. | 15:43:22 |
| 17 | Q. Okay. Do you have any reason to believe | 15:43:23 |
| 18 | that the information contained in the comment | 15:43:26 |
| 19 | section that I read is inaccurate? | 15:43:28 |
| 20 | ATTORNEY ALDERMAN: Objection. Relevance | 15:43:29 |
| 21 | and foundation. | 15:43:31 |
| 22 | THE WITNESS: I'm assuming that that | 15:43:33 |

| | | |
|---|---|---|
| 1 | is -- that is the -- the trainer's observation. | 15:43:37 |
| 2 | BY ATTORNEY SCINDIAN: | 15:43:43 |
| 3 | Q. Okay. And on the second Page 000056; is | 15:43:43 |
| 4 | that your signature? | 15:43:49 |
| 5 | A. It is. | 15:43:50 |
| 6 | Q. Okay. Which indicates that you received | 15:43:50 |
| 7 | this document and signed it, correct? | 15:43:52 |
| 8 | A. That's correct. | 15:43:54 |
| 9 | Q. -- during training. | 15:43:55 |
| 10 | Okay. Let's look at USCP 00059-60? | 15:43:58 |
| 11 | A. I don't know -- 59, dash? | 15:44:11 |
| 12 | Q. Yes. Those are the two pages? | 15:44:14 |
| 13 | A. Oh, okay. | 15:44:16 |
| 14 | Q. 59 and 60. | 15:44:17 |
| 15 | A. Okay. | 15:44:19 |
| 16 | (Complied.) | 15:44:19 |
| 17 | Q. I'm sorry. And Page 59 indicates that | 15:44:20 |
| 18 | this is a training form for you Officer Van | 15:44:30 |
| 19 | Meter; is that right? | 15:44:30 |
| 20 | A. That's correct. | 15:44:30 |
| 21 | Q. And that it is dated September 7, 2017, | 15:44:37 |
| 22 | correct? | 15:44:41 |

| | | |
|---|---|---|
| 1 | A.   That's correct. | 15:44:41 |
| 2 | Q.   Okay.  Going to the second page of this | 15:44:42 |
| 3 | document.  And at the very top of this document, | 15:44:45 |
| 4 | there is a chart, correct? | 15:44:56 |
| 5 | A.   That is correct. | 15:45:01 |
| 6 | Q.   Okay.  And what does this -- what's shown | 15:45:02 |
| 7 | in this chart from your understanding? | 15:45:05 |
| 8 | A.   That is all K-9 trainer information. | 15:45:08 |
| 9 | Q.   Okay.  Do you know what information they | 15:45:14 |
| 10 | are presenting in that chart? | 15:45:19 |
| 11 | A.   From what is written at the top and | 15:45:21 |
| 12 | whatever type of explosive, how much the | 15:45:24 |
| 13 | location, LMH and score. | 15:45:29 |
| 14 | Q.   Do you know what LMH means?  Okay. | 15:45:34 |
| 15 | A.   No. That's -- no. | 15:45:38 |
| 16 | Q.   Okay.  Do you know in the score column, | 15:45:39 |
| 17 | you know, the first box says "KL." | 15:45:41 |
| 18 | The second box says "F." | 15:45:44 |
| 19 | The third box says "TA." | 15:45:46 |
| 20 | Do you know what those symbols or | 15:45:53 |
| 21 | abbreviations mean? | 15:45:54 |
| 22 | A.   I do not. | 15:45:56 |

1     Q.  Okay.  And underneath that box where it      15:45:57

2  says, "handler."                                    15:46:02

3         Do you see that?                             15:46:03

4     A.  I do.                                        15:46:04

5     Q.  Okay.  And it's -- again, there are a        15:46:05

6  number of boxes and two of those are checked        15:46:07

7  here.  One, is inconsistent search pattern and      15:46:10

8  the other that's checked says, "Other              15:46:16

9  understanding COB."                                 15:46:17

10        Do you see that?                             15:46:19

11    A.  I -- I do.                                    15:46:19

12    Q.  Okay.  Is it your understanding that COB     15:46:20

13 means change of behavior?                            15:46:23

14    A.  Yes.                                          15:46:25

15    Q.  Okay.  And under the comment section it      15:46:26

16 reads as follows:                                    15:46:29

17        "Hide No. 1, poor leash work.  Needs more    15:46:31

18 practice to increase fluency.                        15:46:31

19        "Hide No. 2, better reaction to odor.        15:46:38

20        "Hide No. 3 through 4, handler struggles     15:46:40

21 with understanding the difference between basic      15:46:43

22 K-9 body language working behavior versus            15:46:45

| | | |
|---|---|---|
| 1 | alerting behavior.  While searching Room No. 2," | 15:46:47 |
| 2 | in parenthesis, "with aid," "handler appeared to | 15:46:52 |
| 3 | become requested and requested to step out and | 15:46:57 |
| 4 | then return to search the -- to research the | 15:46:59 |
| 5 | room. | 15:47:02 |
| 6 | "Upon re-entry, K-9 began exhibiting | 15:47:03 |
| 7 | behavior signs of frustration by height-seeking | 15:47:07 |
| 8 | along with mild vocalization whining, which was | 15:47:10 |
| 9 | not noticed by the handler.  Handler reminded | 15:47:17 |
| 10 | that she needs to constantly monitor and adjust | 15:47:19 |
| 11 | to his," in parenthesis, "K-9 behavior." | 15:47:23 |
| 12 | "At times handler is too restrictive when | 15:47:26 |
| 13 | directing the search and when she becomes | 15:47:31 |
| 14 | frustrated, which directly affects her | 15:47:33 |
| 15 | performance as well as the K-9.  Also it has -- | 15:47:36 |
| 16 | also it has been observed that when she becomes | 15:47:39 |
| 17 | frustrated, she starts to allow physical strength | 15:47:42 |
| 18 | to direct the strength versus verbal commands, | 15:47:46 |
| 19 | which affects the K-9's performance. | 15:47:50 |
| 20 | "Remember to assess the area, allow K-9 | 15:47:53 |
| 21 | ability to move freely while guiding him into | 15:47:56 |
| 22 | searchable items, area. | 15:48:00 |

| | | |
|---|---|---|
| 1 | "Hide 5, K-9 responded very well to sit | 15:48:02 |
| 2 | search pattern, alerted to odor and responded at | 15:48:06 |
| 3 | source.  Handler reminded to leave a marker after | 15:48:10 |
| 4 | K-9 response.  Tech Cullen assisted with the | 15:48:15 |
| 5 | training." | 15:48:19 |
| 6 | Okay.  Did I read that correctly? | 15:48:20 |
| 7 | A.  Yes, you did. | 15:48:21 |
| 8 | Q.  Okay. | 15:48:22 |
| 9 | Do you have any basis on which to believe | 15:48:24 |
| 10 | that any of the information contained there this | 15:48:28 |
| 11 | is inaccurate? | 15:48:31 |
| 12 | A.  From the -- from the K-9 trainers, I | 15:48:35 |
| 13 | guess that's what they'd say. | 15:48:40 |
| 14 | Q.  Okay. | 15:48:42 |
| 15 | Do you recall this exercise?  What do you | 15:48:43 |
| 16 | recall? | 15:48:46 |
| 17 | A.  I have to share some personal information | 15:48:50 |
| 18 | and maybe then you will understand. | 15:48:54 |
| 19 | (Off-the-record discussion.) | 15:48:54 |
| 20 | THE WITNESS:  It's going to come out. | 15:49:02 |
| 21 | ATTORNEY ALDERMAN:  Okay.  You want to -- | 15:49:04 |
| 22 | you want to walk around for a second first? | 15:49:06 |

```
 1          **(MARK AS CONFIDENTIAL)**                    15:49:13

 2          (CONTENT UNDER SEPARATE COVER)               15:49:13

 3                                                        15:49:13

 4          **(END CONFIDENTIAL INFORMATION)**           15:49:13

 5          So after the first hide, in the room         15:49:22

 6     there was nothing in there and my dog was         15:49:28

 7     sniffing around me, around the sink in the        15:49:31

 8     room -- the refrigerator.                         15:49:38

 9          We went into the bathroom, there was         15:49:39

10     nothing there.                                    15:49:41

11          And I told Cullen and Phelps that there      15:49:43

12     was nothing there that, you know.                 15:49:47

13          And they were like, "Are you sure?"  They    15:49:49

14     blocked the doorway.  And they wouldn't let me    15:49:51

15     out.  And they kept asking me, "Are you sure?     15:49:53

16     Are you sure?  Are you sure?  Are you sure?"      15:49:55

17          And I'm like, "There's nothing here.         15:49:58

18     Like, you know, my dog is showing a little        15:50:00

19     interest over here, but there's nothing here."    15:50:02

20          So the reason why in the next room I was     15:50:07

21     scared my anxiety was through the roof because    15:50:11

22     here I'm being locked in the room with two guys   15:50:15
```

1    and they wouldn't let them out.  Even after I            15:50:17

2    told them there was nothing in the room, they           15:50:20

3    wouldn't let me out, and they wouldn't let me out       15:50:22

4    for a long time.                                         15:50:24

5            So, yes, I remember this day and I wasn't        15:50:25

6    good after that, and I went on.  I continued            15:50:28

7    doing my search like I was supposed to.  I still        15:50:33

8    wanted to be part of a team.  I couldn't let            15:50:37

9    anybody know.

10           **(MARK AS CONFIDENTIAL)**

11

12

13

14           (TESTIMONY UNDER SEPARATE COVER)

15

16

17

18

19

20

21           **(END OF CONFIDENTIAL INFORMATION)**           15:51:08

22           ATTORNEY SCINDIAN:  Yes.                         15:51:08

| | | |
|---|---|---|
| 1 | THE WITNESS: Please. | 15:51:09 |
| 2 | THE VIDEOGRAPHER: We are going off the | 15:51:10 |
| 3 | record. The time is 3:51 p.m. | 15:51:12 |
| 4 | (THEREUPON, the proceedings recessed at | 15:51:19 |
| 5 | 3:51 p.m.) | 15:51:34 |
| 6 | (THEREUPON, the proceedings resumed at | 16:03:37 |
| 7 | 4:03 p.m.) | 16:03:41 |
| 8 | THE VIDEOGRAPHER: We are back on the | 16:03:54 |
| 9 | record. The time is 4:03 p.m. | 16:04:00 |
| 10 | BY ATTORNEY SCINDIAN: | 16:04:04 |
| 11 | Q. Okay. Officer Van Meter, we are still -- | 16:04:05 |
| 12 | you are still under oath. | 16:04:07 |
| 13 | We were talking about USCP 000059 and | 16:04:09 |
| 14 | 000060. My last question for you on this | 16:04:17 |
| 15 | document is is that your signature underneath the | 16:04:22 |
| 16 | comment section of this document? | 16:04:25 |
| 17 | A. That is. | 16:04:27 |
| 18 | Q. Okay. And that indicates that you | 16:04:28 |
| 19 | received and reviewed this document while in | 16:04:30 |
| 20 | training, correct? | 16:04:33 |
| 21 | A. That would be a truthful statement. | 16:04:33 |
| 22 | Q. Okay. Looking at the next document, | 16:04:37 |

1   which is marked -- USCP 000061 and 000062?                    16:04:42

2       A.  (Complied.)                                           16:04:50

3       Q.  Is this another training form for you,                16:04:52

4   Officer Van Meter?                                            16:04:57

5       A.  It appears to be, yes.                                16:04:57

6       Q.  Okay.  And is this document dated for the            16:05:05

7   training date September 11, 2017?                             16:05:11

8       A.  That is correct.                                      16:05:13

9       Q.  Okay.  Now, turning to Page 62, the next             16:05:15

10  page of this document under the comment section,             16:05:22

11  it states:                                                    16:05:27

12       "Handler" -- I'm sorry, "Hide 1, handler                 16:05:28

13  is to read change of behavior COB," in                        16:05:33

14  parentheses, "too much leash.  Handler needs to              16:05:35

15  continue to work on leash control.                            16:05:38

16       "Hide 2, handler was much better.                        16:05:41

17       "Hide 3, handler crowding K-9 and too                    16:05:43

18  restrictive with the leash.                                   16:05:47

19       "Hide 4, better search from handler, but                 16:05:49

20  she becomes frustrated and uses physical strength            16:05:52

21  versus voice commands to control search causing              16:05:55

22  confusion in K-9.                                             16:05:59

1    "Hide No. 5 and 6, handler crowding K-9                    16:06:00

2   and over presenting.  Not allowing K-9 freedom to           16:06:03

3   search on his own."                                         16:06:07

4        Do you have any basis to believe -- to                 16:06:09

5   disbelieve the accuracy of those statements?                16:06:14

6    A.  The accuracy?                                          16:06:18

7    Q.  Yes.                                                   16:06:20

8    A.  There is the accuracy according to the                 16:06:21

9   K-9 trainers.  That is what their perception is.            16:06:33

10   Q.  Do you have any reason to believe that                 16:06:39

11  that's inaccurate?                                          16:06:42

12   A.  I'm not going to say that it's not                     16:06:45

13  accurate, but I believe that it is harsh                    16:06:48

14  statements in their wording as honestly it                  16:06:56

15  appears in all of them that the description that            16:07:02

16  they use is very judgmental.                                16:07:09

17   Q.  Okay?                                                  16:07:14

18   A.  And it is also a depiction of what every               16:07:15

19  one of the new handlers were experiencing.  It              16:07:23

20  was part of training.  I just believe that this             16:07:33

21  is harsh statements and not an overall view of --           16:07:36

22  of how training went.                                       16:07:44

1    Q.  Okay.  What -- specifically, what are you                16:07:48

2    considering harsh in what's written here?                    16:07:56

3    A.  Well, just a couple of days before this,                 16:07:58

4    we were talking about how restrictive the leash              16:08:01

5    business when it says "too much leash."  And then            16:08:05

6    it says "pace."  And then it says "speed up my               16:08:05

7    pace."  And then it says "slow down my pace."                16:08:09

8         You know, every day, just by reading the                16:08:11

9    comments, there is no -- you know, it appears                16:08:12

10   that one day, you know, I'm -- I'm too                       16:08:17

11   restrictive.  If we're going to read this                    16:08:21

12   verbatim the way it's written, you know, one day             16:08:23

13   it says here, you know, "too much leash.  Handler            16:08:26

14   needs to continue to work on leash control."  And            16:08:29

15   then Hide No. 3, "handler crowding K-9.  Too                 16:08:32

16   restrictive with the leash."                                 16:08:36

17        There was never any consistency nor                     16:08:38

18   explanation of what a good leash control was.                16:08:41

19   And I believe that these are -- are very                     16:08:44

20   judgmental statements, not a reflection of the --           16:08:48

21   the overall training.                                        16:08:52

22   Q.  But are you saying it's not a reflection                 16:08:54

1  of the overall training for this day?                    16:08:57

2      A.  I'm just talking about the statements            16:09:03

3  that every day it seems to be that -- reading            16:09:07

4  this whole entire thing that -- going by this, it        16:09:15

5  sounds like Missy didn't do a dog gone thing             16:09:19

6  right for the day.  And it seems to be that              16:09:26

7  consistent throughout.  It's --                          16:09:30

8          (Simultaneous conversation.)                     16:09:34

9      Q.  Okay.  Let me ask you this:  It says, the        16:09:34

10  first sentence, "Hide No. 1, handler slow to read       16:09:37

11  change of behavior."  "COB" in parenthesis.             16:09:41

12          Are you identifying that as harsh?               16:09:44

13      A.  I'm not saying that that is harsh.  What        16:09:48

14  I'm saying is that if you read this -- just a            16:09:51

15  layman person reading this, you are going to be          16:09:56

16  like, "Well, she didn't do anything right."             16:09:59

17  Every single day there is constant judging of any       16:10:02

18  -- nothing on here states what needs to be worked       16:10:11

19  on.  Nothing really explains, you know, other           16:10:16

20  than better search from handler, but she becomes        16:10:20

21  frustrated and uses -- what do they -- I guess my       16:10:23

22  thing is everything seems to be in a judgmental,        16:10:27

1   you know, criticizing, manner I guess, is my --          16:10:31

2   I'm trying to use the right words and                    16:10:37

3   criticizing.  Everything is a -- a criticism.            16:10:40

4       Q.  Is it your understanding that they were          16:10:42

5   not supposed to criticize you during training?           16:10:47

6       A.  You know, you can criticize and -- and as        16:10:51

7   you've read before that I accept constructive            16:10:54

8   criticism very well.  That is in one of the --           16:10:57

9   the statements that you've read that I -- but            16:11:01

10  every single day, you're going to just nitpick           16:11:09

11  and criticize.  That's.                                  16:11:12

12      Q.  Okay.  So are you aren't identifying              16:11:19

13  anything as being inaccurate in this statement;         16:11:23

14  is that right?                                           16:11:27

15      A.  I'm not identifying anything to be                16:11:27

16  inaccurate according to the K-9 trainers.                16:11:30

17      Q.  Okay.  But you believe that this -- these        16:11:35

18  statements are overly critical.                          16:11:47

19          Would that be accurate?                          16:11:49

20      A.  I do believe that that would be a very --        16:11:50

21  very accurate.  And, of course, you know, I have         16:11:53

22  not seen the EOD reports for this day for anyone         16:12:05

1    else.                                                    16:12:12

2        Q.  And why would that matter?                       16:12:12

3        A.  Because we were all making these same            16:12:15

4    exact mistakes.  We were all learning.  We were          16:12:18

5    all doing the same thing.  And I'm -- I'm curious         16:12:22

6    to see if everybody else was criticized for              16:12:28

7    making the same mistakes I was.                           16:12:31

8        Q.  But criticisms of other trainers wouldn't        16:12:33

9    appear in your form, correct?                             16:12:37

10       A.  That's correct.                                   16:12:38

11       Q.  Okay.  Turning to the next page.                  16:12:39

12   Actually, this document goes to 0063 as well?             16:12:42

13       A.  Okay.                                             16:12:46

14          (Complied.)                                        16:12:47

15       Q.  The top of the page of this document says         16:12:52

16   course midpoint performance review.                       16:12:56

17          Do you see that?                                   16:12:58

18       A.  I do.                                             16:12:58

19       Q.  Do you remember having a course midpoint          16:12:59

20   performance review?                                        16:13:02

21       A.  I do.                                             16:13:04

22       Q.  Okay.  What happened during that review?         16:13:04

1    A.  They went over the strengths and                16:13:08

2  weaknesses of -- of my training up to this point.      16:13:12

3    Q.  Okay.                                            16:13:17

4    A.  We were in the Sergeant's office when            16:13:18

5  this took place.                                       16:13:21

6    Q.  And who was there?                               16:13:21

7    A.  I believe that this was where Sergeant           16:13:24

8  Phelps and Kenny Hill were in that meeting.            16:13:30

9    Q.  Okay.  Do you think there were any other         16:13:35

10  trainers there?                                       16:13:38

11    A.  Not that I recall.                              16:13:39

12    Q.  Okay.  Okay.  And under strengths here it       16:13:40

13  says "Attitude.  Team player.  Improvement leash"     16:13:45

14  -- something in parenthesis that I can't read.        16:13:52

15  And it looks like it says "timing."                   16:13:56

16      Do you see that?                                  16:13:58

17    A.  I do see that.                                  16:13:58

18    Q.  Okay.  Do you recall if they went over          16:14:00

19  with you these -- these things being your             16:14:02

20  strengths?                                            16:14:09

21    A.  We had talked about them, yes.                  16:14:10

22    Q.  Okay.  And then under the category              16:14:12

| | | |
|---|---|---|
| 1 | identified as weaknesses, it says "Recognizing | 16:14:15 |
| 2 | and understanding K-9 body language, specifically | 16:14:18 |
| 3 | when reacting to odor, movement --" | 16:14:22 |
| 4 | (Simultaneous conversation.) | 16:14:27 |
| 5 | A.  Alerting. | 16:14:27 |
| 6 | Q.  I'm sorry? | 16:14:29 |
| 7 | A.  It says "alerting." | 16:14:30 |
| 8 | Q.  Thank you. | 16:14:31 |
| 9 | A.  You're welcome. | 16:14:31 |
| 10 | Q.  I'll read it again.  "Recognizing and | 16:14:32 |
| 11 | understanding K-9 body language, specifically | 16:14:35 |
| 12 | when alerting to odor, movement, and pace | 16:14:37 |
| 13 | deployment mechanics, assessment, pattern" -- | 16:14:41 |
| 14 | something in a parenthesis that I can't -- | 16:14:47 |
| 15 | (Simultaneous conversation.) | 16:14:53 |
| 16 | A.  -- in open area. | 16:14:53 |
| 17 | Q.  Okay. | 16:14:53 |
| 18 | THE REPORTER:  Excuse me, what was that? | 16:14:53 |
| 19 | THE WITNESS:  That would -- what she was | 16:14:53 |
| 20 | trying to say "pattern."  And then it says "V -- | 16:14:55 |
| 21 | VEH door, rooms, open area." | 16:15:00 |
| 22 | BY ATTORNEY SCINDIAN: | 16:15:07 |

1    Q.  Thank you.                                   16:15:07

2        Then it says "long leash.  Quick to get      16:15:08

3    frustrated, which directly impacts the K-9's     16:15:12

4    performance."                                    16:15:17

5        Do you recall whether they went over         16:15:19

6    those weaknesses with you?                       16:15:20

7    A.  I don't recall the conversation, but I'm     16:15:23

8    sure that -- that we did discuss those.          16:15:27

9    Q.  Okay.  And then under handler comments it    16:15:30

10   says "handler feels instructors are              16:15:33

11   unapproachable."                                 16:15:37

12   A.  Yes.                                          16:15:38

13   Q.  "Doesn't have the confidence at times        16:15:39

14   when searching."                                 16:15:41

15   A.  Yes.                                          16:15:44

16   Q.  Did you discuss with them these two          16:15:44

17   comments?                                        16:15:50

18   A.  Yes, I did.                                   16:15:50

19   Q.  Okay.  What do you recall being said?        16:15:51

20   A.  "The handler feels instructors are           16:15:53

21   unapproachable."  That is not the exact words of 16:15:57

22   what I said.  I felt that Sergeant Phelps was    16:15:59

1    unapproachable.                                    16:16:04

2       Q.   Okay.                                      16:16:08

3       A.   The reason being is, let me give you a     16:16:08

4    little bit of -- of back.  Week -- what week was   16:16:12

5    it?  I can -- Week 1, it was either the 8/8 or     16:16:19

6    8/9, when we had the Fort Belvoir vets out.  And   16:16:24

7    we had learned how to put the muzzle on properly   16:16:34

8    per Kenny Hill.                                    16:16:35

9       Q.   Uhm-hmm?                                   16:16:36

10      A.   One of the female handlers had come        16:16:37

11   through.  Her dog had pulled off the muzzle.  I    16:16:39

12   bent over, asked her if I could help her and she   16:16:41

13   said yes.  I put it on as per the way Kenny Hill   16:16:42

14   told us to do it.                                  16:16:47

15           At that point, Sergeant Phelps comes and   16:16:48

16   rips the muzzle away from my hand and tells me     16:16:52

17   that I'm doing it wrong, and then quickly snaps    16:16:54

18   the muzzle on.                                     16:16:57

19           And I step back and I look at the guys     16:16:58

20   that were new candidates and I'm like, "Isn't      16:17:00

21   that the way we were -- were taught by Kenny       16:17:02

22   Hill?"                                             16:17:05

| | | |
|---|---|---|
| 1 | And I guess Sergeant Phelps heard that | 16:17:05 |
| 2 | and said, "Excuse me."  He got up in my face and | 16:17:09 |
| 3 | he said, "Excuse me." | 16:17:11 |
| 4 | And I said, "Well, Kenny Hill taught us | 16:17:13 |
| 5 | to do it the way that I did." | 16:17:14 |
| 6 | And he said, "Well, I'll talk to Kenny | 16:17:16 |
| 7 | Hill then." | 16:17:20 |
| 8 | Well, later on that day, he comes in the | 16:17:22 |
| 9 | classroom and he says, "That -- that incident | 16:17:23 |
| 10 | that you guys saw, yeah, I was just trying to | 16:17:24 |
| 11 | hurry up and get it over there because the vet | 16:17:27 |
| 12 | was waiting for the dog." | 16:17:31 |
| 13 | Q.  Okay. | 16:17:33 |
| 14 | A.  And I was, like, that was a complete lie | 16:17:34 |
| 15 | because we had already had it -- the dog was | 16:17:35 |
| 16 | ready to go.  And so when I got ready to leave, I | 16:17:38 |
| 17 | -- I stopped by the Sergeant's office and I said, | 16:17:42 |
| 18 | "Just so you know, we already had it ready.  The | 16:17:44 |
| 19 | dog was ready." | 16:17:46 |
| 20 | "Yeah.  That's water under the bridge." | 16:17:48 |
| 21 | And so the first thought was, "Well, | 16:17:50 |
| 22 | okay.  You just lied.  Like you just lied to the | 16:17:52 |

| | | |
|---|---|---|
| 1 | class." | 16:17:56 |
| 2 | And then the second week or the end of | 16:17:57 |
| 3 | second week beginning of third, that's when he | 16:17:58 |
| 4 | said, "It looks like you're going to fail." | 16:18:00 |
| 5 | And then every time that I asked him a | 16:18:03 |
| 6 | question, you got the whole (indicating) -- like, | 16:18:05 |
| 7 | you know, he was very annoyed at answering my | 16:18:08 |
| 8 | questions.  That, you know, that I had a problem, | 16:18:11 |
| 9 | you know, with something I was coming to him. | 16:18:16 |
| 10 | At this point, I also recall mentioning | 16:18:19 |
| 11 | my anxiety that I do have anxiety and that, yes, | 16:18:23 |
| 12 | I can take constructive criticism well, but it | 16:18:27 |
| 13 | also helps me to receive positive feedback also. | 16:18:31 |
| 14 | That when you have so much negatives | 16:18:36 |
| 15 | sometimes that you hold on to that one positive | 16:18:39 |
| 16 | and start working towards that.  You were talking | 16:18:42 |
| 17 | about the pace of the dog, it's also for people | 16:18:45 |
| 18 | -- for me to be able to, "Okay.  Well, you know, | 16:18:48 |
| 19 | I may be messing up here in their eyes, but I'm | 16:18:51 |
| 20 | doing this good."  And it motivates you and -- | 16:18:55 |
| 21 | and wants you to the keep moving forward. | 16:18:57 |
| 22 | And so there were many times that -- that | 16:19:01 |

1    I had the negative, you know, where I didn't feel          16:19:04

2    like going up to Sergeant Phelps.  And there were         16:19:08

3    comments that were made -- written and are                16:19:11

4    similar in these end of the day reports that were         16:19:14

5    very snarly and that's the way that he would talk         16:19:16

6    to me.                                                    16:19:20

7            So it's like I can hear his -- his voice         16:19:21

8    in some of these.  You know, "Yeah, well, your            16:19:25

9    pace is off.  Your pace is slow."  But yet the            16:19:26

10   guys -- I watched the guys.  They would do.               16:19:29

11   There are some of them that walk snail's pace.            16:19:32

12   And there was nothing said to them about their            16:19:34

13   pace.  There was nothing said about this or that.         16:19:37

14           So when I read these end of the day              16:19:40

15   reports, yes, compare -- there are a depiction of         16:19:42

16   what I did that day, in their eyes.  Maybe what           16:19:47

17   they saw, but I also know that they were very --          16:19:52

18   especially Phelps was very overly critical of             16:19:56

19   every single thing that I did.  In his eyes I             16:20:00

20   couldn't do anything.                                     16:20:02

21           And the day after this, where I put in           16:20:03

22   here that I didn't feel comfortable talking to            16:20:05

| | | |
|---|---|---|
| 1 | Sergeant Phelps -- | 16:20:08 |
| 2 | (Simultaneous conversation.) | 16:20:09 |
| 3 | Q.  Well, hold on one second before we get to | 16:20:09 |
| 4 | the day after. | 16:20:11 |
| 5 | A.  Well, okay. | 16:20:13 |
| 6 | Q.  Let's continue with this. | 16:20:13 |
| 7 | (Simultaneous conversation.) | 16:20:13 |
| 8 | A.  Okay.  Okay.  Continue on this one.  All | 16:20:13 |
| 9 | right. | 16:20:15 |
| 10 | ATTORNEY ALDERMAN:  Let the witness | 16:20:15 |
| 11 | complete her answer. | 16:20:17 |
| 12 | THE WITNESS:  It's small.  I promise. | 16:20:18 |
| 13 | BY ATTORNEY SCINDIAN: | 16:20:22 |
| 14 | Q.  Sure.  Go ahead. | 16:20:22 |
| 15 | A.  That after this and where I said that I | 16:20:22 |
| 16 | didn't feel comfortable talking to Sergeant | 16:20:24 |
| 17 | Phelps that day after and every day beyond that, | 16:20:28 |
| 18 | he would come up to me and say something he's | 16:20:30 |
| 19 | like, "Oh, I know that why you don't feel | 16:20:32 |
| 20 | comfortable talking to me."  But that was the | 16:20:35 |
| 21 | comment I always got. | 16:20:37 |
| 22 | Q.  Okay.  So I want to go back to some of | 16:20:39 |

1    the things that you brought up here.  You under          16:20:41

2    this where it says "handler feels instructor are         16:20:48

3    unapproachable," you recall specifically saying,         16:20:52

4    "I feel Sergeant Phelps is unapproachable"?              16:20:56

5        A.   That is -- that is correct.                     16:20:59

6        Q.   And the basis for why -- for why you feel       16:21:00

7    this way is some of the things that you just             16:21:02

8    described, correct.  So, for example --                  16:21:03

9            (Simultaneous conversation.)                     16:21:04

10       A.   Correct.                                         16:21:04

11       Q.   -- during Week 1, you said during one of        16:21:06

12   the vet visits, a female handler came in, she had        16:21:08

13   her dog, the muzzle came off the dog because, I          16:21:11

14   guess, the dog pawed away at the muscle, right?          16:21:15

15       A.   That would be correct.                          16:21:19

16       Q.   Muzzle; I said "muscle."                        16:21:20

17            Muzzle.                                          16:21:20

18       A.   Muzzle.                                          16:21:20

19       Q.   And you having just learned the proper          16:21:21

20   way to put a muzzle back on the dog?                     16:21:23

21       A.   According to Hill.                              16:21:25

22       Q.   According to Kenny Hill, you volunteered        16:21:26

| | | |
|---|---|---|
| 1 | to put the muzzle back on the dog; is that right? | 16:21:30 |
| 2 | A.  I tried.  Yes. | 16:21:33 |
| 3 | Q.  Okay.  So did you put the muzzle back on | 16:21:34 |
| 4 | the dog? | 16:21:36 |
| 5 | A.  I did. | 16:21:36 |
| 6 | Q.  Okay. | 16:21:36 |
| 7 | A.  She was holding the dog.  I was putting | 16:21:37 |
| 8 | the muzzle on. | 16:21:40 |
| 9 | Q.  Okay.  One of things you said was Phelps | 16:21:41 |
| 10 | ripped it out of your hand? | 16:21:46 |
| 11 | A.  Yes (indicating).  He snapped it out of | 16:21:47 |
| 12 | my hand. | 16:21:50 |
| 13 | Q.  I thought it was on the dog, though? | 16:21:50 |
| 14 | A.  It was going on the dog and when I | 16:21:52 |
| 15 | buckled it, he unbuckled it and pulled it off | 16:21:54 |
| 16 | with my hand still on it -- my hand was still on | 16:21:58 |
| 17 | it -- | 16:22:00 |
| 18 | (Simultaneous conversation.) | 16:22:00 |
| 19 | Q.  Uhm-hmm. | 16:22:00 |
| 20 | A.  -- and I'm buckling it.  And as I'm | 16:22:01 |
| 21 | buckling it, he pulled it away from my hand. | 16:22:02 |
| 22 | Q.  Understood.  He pulls it away and says, | 16:22:04 |

1    "That's not the correct way to do this."  Right?      16:22:07

2        A.  Correct.  And I stood up and all of us          16:22:09

3    were -- all of us candidates were standing in a         16:22:12

4    line.                                                   16:22:13

5        Q.  And you said, "This is what Kenny told          16:22:13

6    us"?                                                    16:22:15

7        A.  Yes.  I was shocked.                            16:22:16

8        Q.  And he said, "I'll go talk to Kenny"?           16:22:17

9        A.  Yes.                                            16:22:21

10       Q.  Okay.  And then later, he basically acts         16:22:21

11   as if this didn't happen?                               16:22:24

12       A.  He lied about how it happened.                   16:22:26

13       Q.  Well, he acts as if the part about the          16:22:28

14   muzzle didn't happen is what I'm saying?                 16:22:31

15       A.  He lied about why -- because like I said,        16:22:32

16   he took it, ripped it, whatever you want to say,         16:22:36

17   out of my hand.                                          16:22:40

18       Q.  Uhm-hmm?                                         16:22:41

19       A.  When he came back, he lied and are said         16:22:41

20   that he was putting it on the proper way.  That,         16:22:44

21   you know, he was trying to hurry up and get the          16:22:50

22   -- the dog -- he didn't -- you're right how you          16:22:52

1    stated that.  He pretended like the whole thing          16:22:57

2    didn't go down the way it did.                           16:23:01

3         Q.  Right.  So in other words, he brushed the       16:23:03

4    issue of the muzzle aside and said it was about          16:23:10

5    getting the dog through the process, right?              16:23:14

6         A.  That is correct.                                16:23:16

7         Q.  When you said, "Well, hey," essentially,        16:23:16

8    you were saying, "were we right about this muzzle        16:23:18

9    situation, right"?                                       16:23:21

10        A.  Yes.                                            16:23:21

11        Q.  And he is like, "oh that's water under          16:23:22

12   the bridge."  He never addressed it?                     16:23:25

13        A.  That's correct.                                 16:23:27

14        Q.  Okay.  The second issue you brought up is       16:23:28

15   it sounds like generally when you would ask him a        16:23:33

16   question, he would get annoyed, correct?                 16:23:35

17        A.  That would be correct.                          16:23:38

18        Q.  Okay.  And what were the ways in which he       16:23:39

19   displayed his annoyance?                                 16:23:44

20        A.  So some of them is the eye rolling.  The        16:23:48

21   (indicating) -- additionally, in the mornings            16:23:52

22   when the other guys got there and we were out            16:23:57

1    towards the kennels or whatever, Sergeant Phelps          16:24:00

2    would go out there on a few occasions and, like,          16:24:03

3    be showing videos to the guys or whatever.                16:24:06

4         They would be laughing and joking, you               16:24:08

5    know, making jokes or whatever and as soon as I           16:24:10

6    came out, then he'd, you know, walk in.  It was           16:24:14

7    like, you know, oh, you know, and then he'd walk          16:24:17

8    back inside the -- the K-9 facility, even though          16:24:19

9    we were -- had just -- when I had come out.               16:24:23

10        Q.  Okay.                                            16:24:24

11        A.  All the guys would hang out and then I'd          16:24:24

12   come out and it was like, you know, move on.              16:24:27

13        But everything whenever I would ask him a            16:24:30

14   question, even regarding to some of the things            16:24:32

15   that he stated that I needed help with, I would           16:24:35

16   ask him for -- for assistance or guidance, and it         16:24:37

17   was "-- you just need to learn to do this better,         16:24:41

18   you know." (Indicating.)                                  16:24:44

19        So where you just don't feel like you can            16:24:44

20   approach him because everything was going to be           16:24:47

21   snarly and attitude.                                      16:24:52

22        Q.  Okay.  And so he would -- generally, your        16:24:53

1    experience was he would, like, sigh?                16:24:55

2        A.  Yes.                                        16:24:59

3        Q.  And then would he answer the question or    16:24:59

4    no?                                                 16:25:01

5        A.  He would answer it as quick as he could.    16:25:01

6        Q.  Okay.  Now, you mentioned that you          16:25:05

7    brought up your anxiety.  Was it during this        16:25:10

8    meeting with Kenny Hill and -- and Sergeant         16:25:13

9    Phelps when you were going over the midpoint        16:25:19

10   performance review that you brought up the          16:25:24

11   anxiety with Sergeant Phelps?                       16:25:25

12       A.  It was -- it was around this time if not    16:25:27

13   this day.                                           16:25:29

14       Q.  Okay.                                       16:25:29

15       A.  It was within this time frame.              16:25:30

16       Q.  Do you remember if -- if Kenny Hill was     16:25:31

17   present when you made the comment --                16:25:34

18           (Simultaneous conversation.)                16:25:36

19       A.  I do.                                       16:25:36

20       Q.  -- "I have anxiety.  I need positive        16:25:37

21   reinforcement"?                                     16:25:41

22       A.  I do know that when I had that              16:25:42

1   conversation about my anxiety, it was to Phelps          16:25:44

2   and Hill.  So that's why I'm assuming date-wise,         16:25:47

3   it was on this date.                                     16:25:51

4       Q.  Okay.  Now, the last thing it says on           16:25:54

5   this document is, "Instructors are here to               16:26:03

6   provide guidance and instruction.  Handler needs         16:26:06

7   to asks questions."                                      16:26:09

8          Was that something that they discussed           16:26:11

9   with you during this meeting?                            16:26:12

10      A.  They -- they may have made that                  16:26:20

11  statement.  But, again, I didn't feel comfortable        16:26:27

12  talking to Sergeant Phelps.                              16:26:32

13      Q.  Okay.  All right.  Let's look at the             16:26:37

14  document marked USCP 000068.                             16:26:40

15      A.  (Complied.)                                      16:26:46

16      Q.  Okay.  Is this another training form for         16:27:12

17  you Officer Van Meter?                                    16:27:14

18      A.  It appears to be, yes.                           16:27:17

19      Q.  And the document is dated September 14,          16:27:18

20  2017; is that correct?                                   16:27:21

21      A.  That's correct.                                  16:27:22

22      Q.  All right.  And looking at Page 2 of this        16:27:23

1    document, which is 000069, first of all, in the          16:27:26

2    handler box, do you see that the box checked --           16:27:34

3    the box that is checked is called inconsistent            16:27:39

4    search pattern?                                           16:27:43

5        A.  I'm sorry.  Going back.                           16:27:44

6        Q.  I'm sorry.  On 000069?                            16:27:46

7        A.  69?                                               16:27:52

8        Q.  Yes.                                              16:27:53

9        A.  Okay.  I see it marked.                           16:27:57

10       Q.  Okay.  And then underneath the comments,          16:27:59

11   it reads:                                                 16:28:02

12       "Hide 1, handler correctly reacted to K-9             16:28:02

13   alert to the presence of odor.  And initial               16:28:05

14   allowed him to work area.  Then handler began             16:28:09

15   detailing the interest area, but only focused on          16:28:13

16   the stage platform area and did not detail the            16:28:15

17   podium.  Tunnel vision.  Hide 2, K-9 displayed a          16:28:23

18   noticeable readable behavior change to the area           16:28:24

19   of the source and handler," in quotation -- I'm           16:28:27

20   sorry, in parenthesis -- "body language continued         16:28:31

21   moving forward and raised hand to direct a high           16:28:35

22   presentation," end quotation marks, "did not              16:28:38

| | | |
|---|---|---|
| 1 | appear to correctly interpret the K-9's COB as an | 16:28:41 |
| 2 | alert. | 16:28:45 |
| 3 | "But handler stated she recognized the | 16:28:45 |
| 4 | behavior as an alert and was -- and was awaiting | 16:28:48 |
| 5 | before directing a," quote/unquote, "high | 16:28:51 |
| 6 | search." | 16:28:56 |
| 7 | "To avoid future," quote/unquote, | 16:28:56 |
| 8 | "misunderstandings, the handler has been directed | 16:29:00 |
| 9 | to say 'RED,'" in quotation marks, "whenever she | 16:29:01 |
| 10 | believes K-9 has alerted to the presence of the | 16:29:07 |
| 11 | trained odor. | 16:29:10 |
| 12 | "Hide 3, handler searched the room, but | 16:29:12 |
| 13 | failed to search the trash can in the center of | 16:29:14 |
| 14 | the room creating a missed device caused by the | 16:29:17 |
| 15 | handler. | 16:29:20 |
| 16 | "Handler Miss," in parenthesis, HE. | 16:29:21 |
| 17 | "HE's are not acceptable nor will be tolerated | 16:29:27 |
| 18 | and could be grounds for -- for removal from the | 16:29:30 |
| 19 | unit-course if they continue.  Apply the lessons | 16:29:31 |
| 20 | learned from previous exercise to eliminate any | 16:29:35 |
| 21 | future HE's. | 16:29:38 |
| 22 | "Hide No. 4, K-9 went up on his own on | 16:29:41 |

1    dispenser with aid.                                    16:29:44

2         "Hide No. 5 and 6, handler demonstrated           16:29:45

3    proper search technique by maintaining a good          16:29:48

4    pace with good leash control."  Continued blow.        16:29:51

5    "Overall team continuous to demonstrate                16:29:56

6    progression but was reminded that it is the            16:29:59

7    handler's responsibility to apply the essential        16:30:02

8    fundamentals mechanics of detection work,"             16:30:07

9    parenthesis, "covered in class," end parentheses,      16:30:10

10   "during utilization to become a reliable asset."       16:30:13

11        Did I read that correctly?                        16:30:16

12      A.  You did.                                        16:30:17

13      Q.  Okay.  Is there -- do you have any basis        16:30:18

14   to believe the information contained in this           16:30:21

15   statement is inaccurate?                               16:30:23

16      A.  In the information contained?  I'm going        16:30:26

17   to have to assume that it is an accurate               16:30:29

18   depiction of what the K-9 trainers recognized or       16:30:32

19   were aware of.                                         16:30:41

20      Q.  Of what they observed?                          16:30:42

21      A.  Of what they observed.                          16:30:43

22      Q.  Do you have any reason to believe it's         16:30:45

| | | |
|---|---|---|
| 1 | inaccurate? | 16:30:47 |
| 2 | A.  At this point, I -- I can't say that I | 16:30:52 |
| 3 | do. | 16:30:56 |
| 4 | Q.  And is that your signature underneath the | 16:30:56 |
| 5 | comment section? | 16:31:02 |
| 6 | A.  That would be my signature. | 16:31:04 |
| 7 | Q.  Okay.  And that indicates that you | 16:31:06 |
| 8 | received and reviewed this document during K-9 | 16:31:08 |
| 9 | training, correct? | 16:31:09 |
| 10 | A.  That is correct. | 16:31:10 |
| 11 | Q.  Okay.  Let's flip ahead to USCP 000076. | 16:31:11 |
| 12 | A.  (Complied.) | 16:31:23 |
| 13 | Q.  And USCP 000076 is another training form | 16:31:39 |
| 14 | for you, Officer Van Meter? | 16:31:44 |
| 15 | A.  Yes. | 16:31:46 |
| 16 | Q.  Okay.  And this one is dated | 16:31:47 |
| 17 | September 21, 2017? | 16:31:49 |
| 18 | A.  Yes. | 16:31:51 |
| 19 | Q.  Okay.  Turning to Page 2 of this | 16:31:53 |
| 20 | document, underneath the comments, it reads: | 16:31:57 |
| 21 | "Hide No. 1.  No NPRs?" | 16:32:00 |
| 22 | Do you know what know NPRs are? | 16:32:04 |

| | | |
|---|---|---|
| 1 | A.  I do not. | 16:32:06 |
| 2 | Q.  Does nonproductive response refresh your | 16:32:08 |
| 3 | recollection of whether that's what an NPR is? | 16:32:16 |
| 4 | A.  I mean, I have to take your word for it. | 16:32:19 |
| 5 | Q.  No, you don't.  If you don't recall -- | 16:32:21 |
| 6 | (Simultaneous conversation.) | 16:32:24 |
| 7 | A.  I don't recall. | 16:32:24 |
| 8 | Q.  -- that that's what it means.  Okay. | 16:32:25 |
| 9 | All right.  Second sentence:  "Handler | 16:32:28 |
| 10 | started to lead with hand.  Just reminded to make | 16:32:29 |
| 11 | a presentation and remove it when K-9 starts to | 16:32:32 |
| 12 | search the object presented.  Handler unable to | 16:32:35 |
| 13 | participate in all of scheduled training for the | 16:32:40 |
| 14 | day because she was sharing a vehicle with | 16:32:44 |
| 15 | another handler and had to leave when he left for | 16:32:46 |
| 16 | a vet appointment." | 16:32:49 |
| 17 | Do you have any reason to believe that | 16:32:50 |
| 18 | the information contained in the comment section | 16:32:52 |
| 19 | is not accurate? | 16:32:54 |
| 20 | A.  I don't know what an NPR is. | 16:32:55 |
| 21 | Q.  Okay. | 16:32:58 |
| 22 | A.  So I'm going to have to take it that this | 16:32:58 |

| | | |
|---|---|---|
| 1 | is what the K-9 trainers. | 16:33:01 |
| 2 | Q.  Observed? | 16:33:05 |
| 3 | A.  Observed. | 16:33:06 |
| 4 | Q.  Okay.  And that's your signature | 16:33:08 |
| 5 | underneath the comments section, correct? | 16:33:15 |
| 6 | A.  Yes. | 16:33:17 |
| 7 | Q.  And it indicates that you received and | 16:33:17 |
| 8 | reviewed this document during training, correct? | 16:33:19 |
| 9 | A.  Yes. | 16:33:22 |
| 10 | Q.  Okay.  Turning to the next page, USCP | 16:33:25 |
| 11 | 000078 and 000079.  This is another training form | 16:33:31 |
| 12 | for you, Officer Van Meter, correct? | 16:33:39 |
| 13 | A.  Yes. | 16:33:42 |
| 14 | Q.  And it's dated September 25, 2017? | 16:33:43 |
| 15 | A.  Correct. | 16:33:46 |
| 16 | Q.  Okay.  Turning to the second page under | 16:33:47 |
| 17 | the handler section, do you see where the box | 16:33:52 |
| 18 | "inconsistent search pattern" and the box "other | 16:33:56 |
| 19 | leading with search hand" are checked? | 16:34:00 |
| 20 | A.  I do see that. | 16:34:02 |
| 21 | Q.  Okay.  And under the comments section, it | 16:34:03 |
| 22 | says: | 16:34:06 |

1      "Hide 1, no NPR's.  Handler and K-9                    16:34:07

2  performed well.  K-9 picked up the training odor          16:34:12

3  on the backside of the ramp.  Handler was advised          16:34:16

4  about operational door searches.                           16:34:19

5      "Hide No. 2, no NPR's.  Handler had a                  16:34:22

6  slow pace during search.  Inconsistent search              16:34:26

7  pattern.  Handler was advised to vary her search           16:34:29

8  pattern and to pick up her speed to prevent the            16:34:31

9  K-9 getting out in front of her, which will cut            16:34:34

10  down on the spinning the K-9 back into the search          16:34:37

11  area.                                                      16:34:40

12      "Hide No. 3, no NPR.  Handler                          16:34:41

13  inconsistent search pattern leading with the               16:34:44

14  hand.  Discuss with handler searching unstable             16:34:47

15  items.  Don't compromise the integrity of the              16:34:49

16  search by going too fast or too slow, and watch            16:34:53

17  waiting on K-9.  Be ready to present next item             16:34:57

18  and allow K-9 to clear item before moving on."             16:35:00

19      Do you -- did I read that correctly?                   16:35:02

20   A.  You did read it correctly.                            16:35:04

21   Q.  Okay.  Do you have any reason to doubt                16:35:06

22  the accuracy of the statements contained under             16:35:08

1   the comments section?                                    16:35:11

2       A.  Again, that's a depiction of what the K-9        16:35:14

3   trainers comments.                                       16:35:20

4       Q.  It's a depiction of what they observed           16:35:22

5   that day, correct?                                       16:35:24

6       A.  In their words, yes.                             16:35:25

7       Q.  And that's your signature under the              16:35:27

8   comments section, correct?                               16:35:34

9       A.  It is.                                           16:35:36

10      Q.  And which indicates that you received            16:35:37

11  this document and reviewed it during training,           16:35:40

12  correct?                                                 16:35:43

13      A.  That is correct.                                 16:35:43

14      Q.  Okay.  Going -- still looking at USCP            16:35:45

15  000079, you said that that is a depiction -- the         16:36:23

16  comments therein -- are a depiction of what the          16:36:26

17  K-9 handlers observed.  Do you have any reason to        16:36:29

18  believe your performance was different than what         16:36:33

19  -- what is stated here?                                  16:36:40

20      A.  Yes, I do.                                       16:36:41

21      Q.  And what is that?  What is your reason to        16:36:42

22  believe?                                                 16:36:43

1    A.  Because I remember this day.                16:36:43

2    Q.  Okay.  Tell me about that?                  16:36:45

3    A.  Hide No. 1 was with Kenny Hill.  Kenny      16:36:46

4    Hill, you know, I did my search with him.  Jayden   16:36:51

5    and I found the hide very well, very -- you know,   16:36:55

6    Kenny Hill was like, you know, "Good job.  You   16:36:58

7    and Jayden well."                               16:37:02

8         Hide No. 2 and 3 were done by Sergeant     16:37:05

9    Phelps.  And there happen to be another K-9     16:37:08

10   handler -- experience -- let me get that --     16:37:11

11   experienced K-9 handler who had brought his K-9  16:37:15

12   over to get ready to, I guess they did like a   16:37:18

13   pop-up quiz for them where they did the -- the  16:37:21

14   sweeps for their dogs to get hits.              16:37:28

15        And that K-9 handler watched me do Hide 2  16:37:31

16   and 3 and watched Sergeant Phelps.  I am trying  16:37:36

17   to use the right word because I don't want it to  16:37:42

18   -- he belittled me and told me that I did a very  16:37:50

19   poor -- poor performance and that I lacked      16:37:54

20   searching and -- and that, you know, I didn't   16:37:59

21   bring the dog to certain areas and, you know, I  16:38:00

22   need to change and that I need to do this.      16:38:03

| | | |
|---|---|---|
| 1 | And again, I -- I just -- after doing | 16:38:06 |
| 2 | Hide 2 and 3, I did one with Kenny Hill, which | 16:38:10 |
| 3 | was great, 2 and 3, you know, Phelps is -- is | 16:38:14 |
| 4 | anything but a kind man.  And as I was walking | 16:38:18 |
| 5 | away, this experienced handler said, "I watched | 16:38:22 |
| 6 | you do the whole entire thing.  And everything | 16:38:25 |
| 7 | that Phelps is pointing that you did -- didn't | 16:38:27 |
| 8 | do, you actually did do.  It's the dog who didn't | 16:38:31 |
| 9 | do his part." | 16:38:33 |
| 10 | Q.  Who was the experienced handler? | 16:38:35 |
| 11 | A.  That would be Jay Dougherty. | 16:38:37 |
| 12 | Q.  How do you spell his last name? | 16:38:38 |
| 13 | A.  Common spelling, D-O-U-G-H-E-R-T-Y. | 16:38:41 |
| 14 | Q.  Okay.  So let's go back and take this | 16:38:47 |
| 15 | sentence by sentence, essentially.  Under Hide 1 | 16:38:49 |
| 16 | where it says "handler are K-9 performed well." | 16:38:55 |
| 17 | You don't contradict that that's | 16:38:58 |
| 18 | inaccurate or you don't believe that that's | 16:39:01 |
| 19 | inaccurate. | 16:39:05 |
| 20 | A.  We actually did.  Jayden and I did a very | 16:39:06 |
| 21 | well search. | 16:39:08 |
| 22 | Q.  So it's accurate also when it says "K-9 | 16:39:09 |

1    picked up the training on the backside of the          16:39:12

2    ramp.  Handler was advised about operational door       16:39:13

3    searches"?                                              16:39:17

4        A.  That is correct.                                16:39:17

5        Q.  "Hide No. 2, handler had a slow pace            16:39:17

6    during search.  Inconsistent search pattern."           16:39:24

7            Are you challenging whether that's              16:39:27

8    accurate or inaccurate?                                 16:39:30

9        A.  In my personal opinion, those are -- are        16:39:36

10   not correct statements.                                 16:39:45

11       Q.  And what's incorrect about them?                16:39:46

12       A.  That I didn't have a slow pace and I had        16:39:51

13   a search pattern.  Again, this is -- is one of          16:39:55

14   those things that I felt that no matter what I          16:40:00

15   do, it's not good, according to Phelps.  And that       16:40:05

16   is -- that is a deflection of it.  You know, if I       16:40:12

17   were to go too fast, then he would say my pace          16:40:15

18   was too fast.  If he doesn't like my pace, then         16:40:18

19   I'm going too slow.  There was never -- I just          16:40:21

20   knew that from Phelps there it wouldn't be --           16:40:25

21   there would always be something wrong.                  16:40:27

22       Q.  So the reason -- let me ask it this way:        16:40:29

1    Do you have a reason to believe that your pace          16:40:33

2    was not slow during this search?                        16:40:36

3        A.  I -- my -- I do not believe that my pace        16:40:37

4    was slow, no.                                           16:40:39

5        Q.  And what is your reason or your basis for       16:40:40

6    that?                                                   16:40:43

7        A.  I did this pace the same that I would do        16:40:44

8    any other vehicle.  You know, I have to -- you've       16:40:47

9    got after a dog who is like a bee on a -- on a --       16:40:55

10   on a string who wants to go.  And they tell you         16:40:58

11   to keep the dog behind you, present with this           16:41:00

12   hand.  You have to go at a certain pace to be           16:41:04

13   able to get ready to present the next item.             16:41:06

14        So I have to make sure that this dog               16:41:09

15   doesn't catch up with this hand.  Getting ready         16:41:11

16   to present the next item.  You know?  You can           16:41:13

17   only present things and prepare for the next            16:41:19

18   presentation so fast.                                   16:41:23

19        You want to make sure you hit highs and            16:41:25

20   lows.                                                   16:41:28

21        Again, there is no standard -- speed               16:41:29

22   limit is 55 an hour on your road.  Okay.  There         16:41:35

1    is no, "Missy, you have to walk five paces,                  16:41:38

2    five seconds."  So it's either Missy goes too              16:41:43

3    slow, Missy goes too fast.  Missy has a tight              16:41:46

4    leash.  Missy has a loose lease.  There's -- and           16:41:51

5    it seems like those two are the consistent ones            16:41:53

6    that he likes to constantly use in -- in my                16:41:57

7    comment section.                                           16:41:59

8        Q.  But why -- what I'm trying to get at is            16:42:00

9    for what reason do you believe those things are            16:42:03

10   not true?                                                  16:42:06

11       A.  When I have will another experienced K-9           16:42:09

12   handler whom had nothing to do with my training            16:42:12

13   watch my whole entire training and stated that he          16:42:17

14   didn't see anything that he heard Phelps tell me.          16:42:24

15       Q.  Okay.  And that's of the basis for why             16:42:31

16   you believe that this statement --                         16:42:34

17           (Simultaneous conversation.)                       16:42:37

18       A.  Is an exaggeration.                                16:42:37

19       Q.  Hold on.  Hold on.                                 16:42:41

20       A.  I'm sorry.                                         16:42:42

21       Q.  The basis for why you believe that the             16:42:43

22   information that you believe Phelps stated here            16:42:46

| | | |
|---|---|---|
| 1 | is wrong is because another K-9 handler said, "I | 16:42:50 |
| 2 | didn't see any of that"? | 16:42:55 |
| 3 | A.   That would be a correct statement. | 16:42:57 |
| 4 | Q.   Okay.  Any other reason you believe it's | 16:43:01 |
| 5 | wrong? | 16:43:03 |
| 6 | A.   That Phelps is overexaggerates. | 16:43:03 |
| 7 | Q.   And what is your basis for that? | 16:43:07 |
| 8 | A.   Because that's what he has done on every | 16:43:10 |
| 9 | single comment is although I -- it's just -- this | 16:43:12 |
| 10 | is hard to explain.  His two pinpoints that he | 16:43:23 |
| 11 | likes to -- to use, pace too slow and search | 16:43:31 |
| 12 | pattern.  Those seems to be his go-tos. | 16:43:37 |
| 13 | So even if I had a great search.  And | 16:43:42 |
| 14 | there are times in here that I had great | 16:43:45 |
| 15 | searches, you'll still notice he'll say pace is | 16:43:47 |
| 16 | slow.  Works on -- work on search patterns.  It | 16:43:51 |
| 17 | seems to be the only two things that he can say | 16:43:52 |
| 18 | that there's -- that you can't really question. | 16:43:55 |
| 19 | That's my personal opinion.  All right. | 16:43:59 |
| 20 | Q.   Okay.  Do you have a statement from | 16:44:03 |
| 21 | the -- from -- from Dougherty (pronouncing)? | 16:44:07 |
| 22 | A.   Dougherty (pronouncing)? | 16:44:11 |

1    Q.  Dougherty (pronouncing).  Thank you.              16:44:13

2    A.  No, I do not.                                      16:44:14

3    Q.  Oh, wait.  Let me get the question out.            16:44:14

4       Do you have a statement from Dougherty              16:44:18

5    stating that he witnessed these -- these searches      16:44:21

6    and that Phelps's criticism of your was                16:44:22

7    incorrect?                                             16:44:26

8    A.  I do not have a statement, no.                     16:44:27

9    Q.  Okay.  Okay.  For Hide No. 3 where it              16:44:29

10   says "handler inconsistent search pattern leading      16:44:41

11   with the hand."                                        16:44:44

12      Do you also dispute whether that                    16:44:44

13   accurately characterizes your performance on Hide      16:44:48

14   3?                                                     16:44:55

15   A.  I'm -- I'm just going to go with that             16:45:04

16   depiction of it.                                       16:45:07

17   Q.  Was Kenny present -- Kenny Hill present            16:45:08

18   for Hides 2 and 3?                                     16:45:18

19   A.  I don't believe he was.  He was also              16:45:21

20   doing Hides for some of the experienced handlers.      16:45:24

21   Again, so that their dogs can actually get what        16:45:28

22   we call "hits."  So it keeps the dogs, you know,       16:45:30

| | | |
|---|---|---|
| 1 | constantly searching for -- for the Hides.  So | 16:45:34 |
| 2 | they -- every now and then, they'll come in and | 16:45:39 |
| 3 | do a little training exercise where they give | 16:45:42 |
| 4 | their dog a little bit of a scent. | 16:45:44 |
| 5 | Q.  Okay.  And in looking at the comments on | 16:45:47 |
| 6 | Page 000079, does it indicate who wrote which | 16:45:54 |
| 7 | parts of this comment? | 16:46:00 |
| 8 | A.  No, it doesn't. | 16:46:02 |
| 9 | Q.  Let's go back to page USCP 000077. | 16:46:34 |
| 10 | A.  (Complied.) | 16:46:41 |
| 11 | Q.  When I asked you about whether you had | 16:46:42 |
| 12 | any basis to believe that the statements under | 16:46:51 |
| 13 | the comment section of USCP 00077 were accurate | 16:46:54 |
| 14 | or inaccurate, you said, "That's their | 16:47:02 |
| 15 | observations."  Correct? | 16:47:06 |
| 16 | A.  I did say that, yes. | 16:47:08 |
| 17 | Q.  Okay.  Do you believe these observations | 16:47:09 |
| 18 | are accurate or inaccurate? | 16:47:14 |
| 19 | A.  I do than know because I do not know what | 16:47:16 |
| 20 | know NPR is. | 16:47:19 |
| 21 | Q.  Okay. | 16:47:21 |
| 22 | A.  That's why I stated that. | 16:47:21 |

1    Q.  So for the second part of that where it          16:47:22

2    says "handler starting to lead with hand.  Just      16:47:25

3    remind to make a presentation and remove it when     16:47:28

4    K-9 starts to search the object/item presented."     16:47:30

5         Do you have any reason to believe that          16:47:34

6    those observation are inaccurate?                    16:47:35

7    A.  I'm sorry, where -- am I on the right            16:47:40

8    page?                                                16:47:55

9    Q.  USCP 000077?                                     16:47:55

10   A.  -- 0077.  Right.  Oh, okay.  Thank you.          16:47:58

11   I'm -- I'm sure.  I would say that that would be     16:48:06

12   an accurate statement, yes.                          16:48:11

13   Q.  Okay.  And those are not statements made         16:48:12

14   by Phelps, correct?                                  16:48:16

15   A.  I'm assuming not.  No.                           16:48:17

16   Q.  And the reason you are assuming that is          16:48:19

17   because under instructor signature his signature     16:48:21

18   and name does not appear, correct?                   16:48:25

19   A.  That's not true.  Look down at the bottom        16:48:27

20   where it says "supervisor signature."               16:48:29

21   Q.  Right.  That's supervisor's signature.  I        16:48:31

22   said instructor signature, where it indicates        16:48:32

| | | |
|---|---|---|
| 1 | Cullen -- I can't see what's before Cullen.  Oh, | 16:48:38 |
| 2 | Tech Cullen.  Is that a P? | 16:48:43 |
| 3 | ATTORNEY ALDERMAN:  "T." | 16:48:46 |
| 4 | BY ATTORNEY SCINDIAN: | 16:48:47 |
| 5 | Q.  "T."  And then it says, "CK Hill." | 16:48:47 |
| 6 | Do you see that? | 16:48:50 |
| 7 | A.  I do see those. | 16:48:50 |
| 8 | Q.  Okay.  So Sergeant Phelps's name and | 16:48:52 |
| 9 | signature is not under instructor signature, | 16:48:58 |
| 10 | correct? | 16:49:03 |
| 11 | A.  It is not. | 16:49:03 |
| 12 | Q.  Okay.  Do you remember if Sergeant Phelps | 16:49:04 |
| 13 | was present for this training exercise? | 16:49:09 |
| 14 | A.  I -- I do not, no. | 16:49:10 |
| 15 | Q.  Okay.  Let's go back to USCP 000069? | 16:49:13 |
| 16 | A.  We're going backwards. | 16:49:26 |
| 17 | (Complied.) | 16:49:31 |
| 18 | Q.  All right.  And when I asked about | 16:49:32 |
| 19 | whether you had a basis to believe the accuracy | 16:49:39 |
| 20 | or inaccuracy of the comments made under USCP | 16:49:43 |
| 21 | 000069, you stated that you did not.  That these | 16:49:47 |
| 22 | were the trainers observations.  But now I want | 16:49:52 |

| | | |
|---|---|---|
| 1 | to ask you:  Do you believe their observations as | 16:49:58 |
| 2 | summarized here of your performance is accurate? | 16:50:04 |
| 3 | A.  Again, that would be their summary of | 16:50:33 |
| 4 | what they witnessed that day. | 16:50:39 |
| 5 | Q.  Okay.  But are you saying something | 16:50:42 |
| 6 | different that day occurred? | 16:50:44 |
| 7 | A.  I don't recall everything that happened | 16:50:46 |
| 8 | every single day, so I mean I have to take it | 16:50:49 |
| 9 | that this is what they saw that day. | 16:50:52 |
| 10 | Q.  And you don't have a reason to dispute | 16:50:54 |
| 11 | that this is what they saw that day? | 16:50:57 |
| 12 | A.  I don't have anything to go -- I don't | 16:50:59 |
| 13 | recall every single day, so I can't say I recall | 16:51:02 |
| 14 | how my day went. | 16:51:06 |
| 15 | Q.  Okay.  Moving ahead? | 16:51:10 |
| 16 | A.  Okay. | 16:51:18 |
| 17 | Q.  Let's look at USCP 000080? | 16:51:20 |
| 18 | A.  Zeros -- | 16:51:32 |
| 19 | (Simultaneous conversation.) | 16:51:33 |
| 20 | Q.  Four zeros and 80, I'm sorry. | 16:51:33 |
| 21 | A.  Okay.  So we're going -- okay. | 16:51:38 |
| 22 | Q.  Yes, we're moving forward. | 16:51:38 |

1    A.  (Complied.)                                          16:51:40

2    Q.  All right.  And this is another training            16:51:43

3  form for you, Officer Van Meter?                          16:51:45

4    A.  Yes, it is.                                          16:51:48

5    Q.  Okay.  And this form is dated                        16:51:49

6  September 26, 2017?                                       16:51:51

7    A.  Yes.                                                 16:51:54

8    Q.  Okay.  Looking at the second page of this           16:51:55

9  form --                                                   16:51:57

10   A.  (Complied.)                                          16:51:58

11   Q.  USCP 0000081, under the dog section, it             16:51:59

12  has checked "unexplained false response."                16:52:09

13       Do you see that?                                     16:52:13

14   A.  I do.                                                16:52:14

15   Q.  Okay.  What is an unexplained false                  16:52:15

16  response?                                                16:52:19

17   A.  Again, that's the K-9 training.  I don't            16:52:19

18  know.                                                    16:52:22

19   Q.  Okay.                                                16:52:22

20   A.  That's a trainer question.                           16:52:22

21   Q.  Okay.  Under the comments section, it               16:52:23

22  says "Hide 1 and 2," in parentheses it says,             16:52:24

| | |
|---|---|
| 1 | "47 minutes search.  Zero NPR.  Handler conducted | 16:52:29 |
| 2 | an inconsistent search pattern.  There were times | 16:52:34 |
| 3 | when the handler appeared to be just wandering | 16:52:37 |
| 4 | behind the K-9; other times, the pace was too | 16:52:40 |
| 5 | slow creating frustration in the K-9.  At one | 16:52:43 |
| 6 | point, the handler misread the K-9 working | 16:52:46 |
| 7 | behavior for an alerting behavior, which | 16:52:49 |
| 8 | contributed to the excess -- to the excess | 16:52:50 |
| 9 | wandering.  Hide No. 2, HM." | 16:52:53 |
| 10 | Do you understand HM to mean handler | 16:52:59 |
| 11 | miss? | 16:53:04 |
| 12 | A.  That's what I understand. | 16:53:04 |
| 13 | Q.  Okay.  "Handler's inconsistent search | 16:53:05 |
| 14 | pattern, presentation of odor release points, and | 16:53:08 |
| 15 | productive areas contributed to HM.  Adopt to the | 16:53:11 |
| 16 | deployment area.  Because issues -- observed | 16:53:16 |
| 17 | during the search, trainer conducted a | 16:53:19 |
| 18 | walk-through of the search area and discussed the | 16:53:23 |
| 19 | correct search pattern technique. | 16:53:26 |
| 20 | "Handler was provided the opportunity | 16:53:28 |
| 21 | to -- opportunity to explain their search pattern | 16:53:31 |
| 22 | and received feedback from the trainer. | 16:53:33 |

1      "Hide 3, 10-minute search," in                16:53:38

2 parenthesis, "no NPR's.  Conducted a better       16:53:41

3 search pattern and reacted very well to the K-9's  16:53:44

4 -- COB, but she lacked enthusiasm and provided     16:53:48

5 weak praise after K-9 alerted.  Handler reminded   16:53:52

6 to maintain an excitable-enthusiastic presences    16:53:57

7 when searching and especially when rewarding.      16:54:01

8      "Hide No. 4:  Scenario, sweep request of      16:54:04

9 a fuel truck scheduled for -- for a delivery at    16:54:08

10 the U.S. Capitol Power.  Handler was able to       16:54:11

11 verbally explain actions immediately following an  16:54:15

12 alert from a K-9."                                 16:54:19

13      So that's what's contained in the first       16:54:22

14 box, correct?                                      16:54:26

15    A.  Yes, first comment box.  I'm sorry.         16:54:28

16    Q.  Do you have any reason to -- do you have    16:54:32

17 any basis to dispute the accuracy of what's        16:54:34

18 depicted in that first comment box?                16:54:37

19    A.  I -- I dispute it.  I remember something    16:55:01

20 totally different.                                 16:55:06

21    Q.  Okay.  Tell me which part you dispute?      16:55:07

22    A.  This is the one where -- if I'm not         16:55:12

| | | |
|---|---|---|
| 1 | mistaken. Gosh. We went to Laurel Park a few | 16:55:17 |
| 2 | times. There was a lot of stuff that they wanted | 16:55:24 |
| 3 | us to search. There was a couple times that -- | 16:55:34 |
| 4 | that Jayden was working certain areas and showed | 16:55:42 |
| 5 | a lot of interest in -- in some areas. I was | 16:55:45 |
| 6 | letting him work it and then that's when they | 16:55:50 |
| 7 | said that, you know, he didn't know the | 16:55:58 |
| 8 | difference between alerting and working. | 16:56:04 |
| 9 | And this was a large room, so a 47-minute | 16:56:06 |
| 10 | search of a lot -- of a lot of stuff and trying | 16:56:11 |
| 11 | to make sure you had different points. It just | 16:56:15 |
| 12 | seems to be -- I don't want to say an | 16:56:19 |
| 13 | exaggeration, but maybe -- I -- I don't know the | 16:56:27 |
| 14 | word I'm looking for, so please ask the question | 16:56:38 |
| 15 | again. | 16:56:41 |
| 16 | Q. Okay. So from what I understand from | 16:56:41 |
| 17 | what you're saying, you're saying as to Hide No. | 16:56:44 |
| 18 | 1, you are in a large room, correct? | 16:56:47 |
| 19 | A. If I'm not mistaken, that's the search. | 16:56:49 |
| 20 | Yes. | 16:56:52 |
| 21 | Q. And the space had a lot of items in it, | 16:56:53 |
| 22 | it sounds like; is that correct? | 16:56:55 |

1        A.   That's correct.                                     16:56:56

2        Q.   Okay.  And so you don't dispute that the            16:56:57

3   search took 47 minutes, correct?                             16:57:00

4        A.   I don't know how long it took.                      16:57:02

5        Q.   Okay.                                               16:57:04

6        A.   But for this we can say that I'm assuming           16:57:05

7   that's accurate.                                             16:57:10

8        Q.   Okay.  Are you disputing that the handler           16:57:11

9   conducted an inconsistent search pattern?                    16:57:14

10       A.   I am.                                               16:57:20

11       Q.   Okay.  And why are you disputing that?              16:57:22

12  What is your basis for disputing that?                       16:57:25

13       A.   Because when you search, you continuously           16:57:30

14  do from, like I said, from left to right.  And at            16:57:37

15  the same time that you're doing the search,                  16:57:43

16  you're letting the dog work.  And then if the dog            16:57:44

17  so happens to come over here because he smells               16:57:48

18  something, you know, again, they don't want you              16:57:52

19  to restrict the dog to let the dog work, you let             16:57:54

20  the dog come over here and figure it out, and                16:57:59

21  then you bring him back over.                                16:58:04

22            Now, if -- if you saw it for me just                16:58:06

1    bringing him over here and didn't watch me          16:58:07

2    conduct -- continue on this direction, then         16:58:10

3    you're going to say I have an inconsistent search   16:58:12

4    pattern.                                            16:58:14

5         So again it's critical -- I guess I would      16:58:15

6    use the word that the statements are critical.      16:58:18

7    They -- they may show what the trainer saw, but     16:58:23

8    it's critical statements that are being made, if    16:58:31

9    that makes sense.                                   16:58:35

10    Q.  It does.  Are you disputing where it says       16:58:36

11   "there were times when the handler appeared to be   16:58:44

12   just wandering behind the K-9"?                     16:58:48

13    A.  Again, you know, it appears.  And they          16:58:50

14   use the word "appears."  So now, you know, were     16:58:54

15   they -- were they right there when this -- it       16:58:59

16   appears.  And so with them stating that they are    16:59:03

17   making a conclusion off of -- of what they          16:59:09

18   thought, think, you know, appear to me is -- is a   16:59:12

19   personal view.                                      16:59:18

20    Q.  And are you disputing the fact or the          16:59:21

21   statement in here "other times the pace was too     16:59:25

22   slow creating frustration in the K-9"?              16:59:28

| | | |
|---|---|---|
| 1 | A.  Again, ma'am, they've used slow pace | 16:59:32 |
| 2 | throughout this whole entire thing.  This just | 16:59:36 |
| 3 | seems like a another blanket statement in my | 16:59:39 |
| 4 | opinion. | 16:59:41 |
| 5 | Q.  And then it says "At one point, the | 16:59:41 |
| 6 | handler misread the K-9's working behavior for an | 16:59:43 |
| 7 | alerting behavior, which contributed to the | 16:59:47 |
| 8 | excess wandering." | 16:59:51 |
| 9 | Are you disputing that --- that at one | 16:59:52 |
| 10 | point, you misread of the K-9's working behavior | 16:59:53 |
| 11 | for an alerting behavior? | 17:00:00 |
| 12 | A.  A working behavior for an alerting | 17:00:02 |
| 13 | behavior?  No, I'm going to let the dog work it. | 17:00:05 |
| 14 | That's what we are supposed to do; let them | 17:00:08 |
| 15 | figure it out.  That's what we are supposed to | 17:00:10 |
| 16 | do. | 17:00:12 |
| 17 | And so when they say that you | 17:00:12 |
| 18 | misrepresented that, which led to excess | 17:00:13 |
| 19 | wandering, again, if he's working something, I | 17:00:19 |
| 20 | don't want to constrict him. | 17:00:21 |
| 21 | Like, I got punished before in a lot of | 17:00:23 |
| 22 | other comments, so I'm letting him work.  Does | 17:00:25 |

1    that mean that -- that you know, I -- I was            17:00:28

2    attempting to -- to observe him working and that       17:00:33

3    could lead to him wandering back and forth to          17:00:37

4    make sure he smells it.                                17:00:40

5          Again, that's their observation.  That          17:00:42

6    was their opinion.  This is -- there is -- these       17:00:45

7    are statements that are being made and a lot of        17:00:50

8    them are their opinion of -- of what they saw.         17:00:53

9    Q.  So the statements that are being made are          17:00:56

10   not what you experienced.                              17:01:01

11         Is that what I'm hearing?                        17:01:02

12   A.  For me holding the leash and -- and doing          17:01:04

13   the work compared to somebody who's standing           17:01:08

14   back, I would say that these are very critical         17:01:13

15   opinions over what was actually going on between       17:01:16

16   me and my team.                                        17:01:20

17   Q.  Okay.  So these are the opinions of                17:01:21

18   someone standing back and observing what you are       17:01:23

19   doing, but they couldn't know what it was that's       17:01:26

20   going through your mind.                               17:01:30

21         Is that what you are saying?                     17:01:32

22   A.  That's what I'm saying.                            17:01:33

1      Q.  Okay.                                          17:01:37

2          Under Hide No. 2 where it says "handler        17:01:38

3  miss.  Handler's inconsistent search pattern.          17:01:40

4  Presentation of odor release points in productive      17:01:44

5  areas contributed to the handler miss."                17:01:47

6          Are you are disputing that statement?          17:01:51

7      A.  Again that seems to be a blanket               17:01:54

8  statement that is stated several times over in         17:01:57

9  these.                                                 17:02:01

10     Q.  Okay.  And so again, you're not disputing      17:02:01

11 that this may have been what they observed.            17:02:03

12 You're disputing the fact that you don't believe       17:02:05

13 that you engaged in an inconsistent search             17:02:07

14 pattern or --                                          17:02:10

15     A.  I believe that these are their opinions.       17:02:11

16     Q.  Okay.  Anything else in this paragraph         17:02:13

17 comments section that you dispute?                     17:02:21

18     A.  That I have lack of enthusiasm that is --      17:02:32

19 and that I provided weak verbal praise.  I would       17:02:36

20 say that I was I very happy when -- when Jayden        17:02:46

21 alerted. You know, I mean, he is my partner.           17:02:52

22 Again, I don't ever -- I don't recall lack of          17:02:57

1    enthusiasm or weak verbal praise.                    17:03:04

2        Q.  Okay.  So on this particular instance,      17:03:07

3    you don't recall whether you had lack of            17:03:09

4    enthusiasm or weak verbal praise; is that           17:03:12

5    correct?                                             17:03:16

6        A.  That would be correct.                       17:03:16

7        Q.  Okay.  Okay.  Looking under where it says    17:03:42

8    supervisor comments -- supervisor's comments, it     17:03:45

9    reads:                                               17:03:49

10        "This information was recorded on the           17:03:50

11   operational preparation PF checklist and is based    17:03:51

12   on the current SOPs.                                 17:03:57

13        "Hide No. 5, maintain a steady fluent           17:04:01

14   pace.  Avoid spending too much time in one area,     17:04:04

15   especially if no other areas need to be searched     17:04:08

16   or no alerting behavior was observed.                17:04:10

17        "Hide No. 6, good reaction from the K-9.        17:04:12

18        "Hide No. 7, Cullen T assisted with             17:04:15

19   training.  Handler has demonstrated several          17:04:19

20   inconsistencies, which are becoming a concern        17:04:21

21   with the reliability of the team, especially         17:04:23

22   since we are in Week 8 of 14.                        17:04:26

1        "Two of the primary concerns -- concerns          17:04:28

2   observed are the handler's ability to maintain an      17:04:30

3   effective search pattern and her ability to            17:04:33

4   consistently recognize and react to the different      17:04:36

5   behavior characteristics," in parenthesis,             17:04:40

6   "working and alerting," close parenthesis, "in         17:04:43

7   the K-9.  The K-9 continues to excel and is very       17:04:45

8   independent alerting and responding to the             17:04:50

9   trained odors."                                        17:04:53

10       Do you have any basis on which to dispute         17:04:55

11  any of the information contained under this            17:04:58

12  section entitled supervisor's comments?                17:05:00

13     A.  I have no basis for knowing -- that's the       17:05:05

14  supervisor's comments.  Again, I don't know if         17:05:12

15  that -- I don't know what operational preparation      17:05:17

16  PF is --                                               17:05:20

17       (Simultaneous conversation.)                      17:05:22

18     Q.  Okay.                                           17:05:22

19     A.  -- checklist.  Is that a PE -- PE               17:05:22

20  checklist.  You know, and again, here we go with       17:05:26

21  the steady and fluent pace.  It seems to be            17:05:33

22  consistent.  Again, you -- this is his                 17:05:37

1   observation, and I'll just --                                17:05:45

2           (Simultaneous conversation.)                        17:05:49

3       Q.   Okay.  And again, this is your signature           17:05:49

4   that appears on page USCP 000081?                            17:05:51

5       A.   Yes.                                                17:05:57

6       Q.   Okay.  Which indicates that you received           17:05:57

7   and reviewed this document during training,                  17:06:00

8   correct?                                                     17:06:02

9       A.   Correct.                                            17:06:02

10      Q.   Okay.  Let's go to USCP 000084, which is           17:06:12

11  the next page?                                               17:06:16

12      A.   (Complied.)                                         17:06:18

13      Q.   This is another training form for you,             17:06:19

14  Officer Van Meter; is that correct?                          17:06:24

15      A.   That's correct.                                     17:06:25

16      Q.   And it's dated September 27, 2017,                  17:06:26

17  correct?                                                     17:06:30

18      A.   Correct.                                            17:06:30

19      Q.   Would you look at the second page of this          17:06:31

20  document?                                                    17:06:35

21      A.   (Complied.)                                         17:06:37

22      Q.   I want to jump down to the supervisor's            17:06:38

1    comments, and it reads:                              17:06:45

2          "Met with handler to discuss her apparent     17:06:46

3    withdrawal from training.  Handler stated after      17:06:50

4    several days of rough training days handler          17:06:52

5    missed, she was ready to quit training.  Trainers    17:06:57

6    Core, Hill and myself talked to her about area       17:07:07

7    she needs to improve and that she needs to be        17:07:09

8    mentally focused during training.  Regardless        17:07:12

9    what happened in the previous exercise, she needs    17:07:16

10   to give a hundred percent on every training          17:07:19

11   exercise."                                           17:07:21

12         Did I read that correctly?                     17:07:23

13      A.  As best as I can tell from the                17:07:25

14   handwriting.                                          17:07:28

15      Q.  Do you recall having this conversation        17:07:31

16   with it Sergeant Phelps, Trainer Core, Kenny         17:07:34

17   Hill?                                                 17:07:39

18      A.  I do.                                          17:07:40

19      Q.  Okay.  Tell me what happened?                 17:07:40

20      A.  This is one of the days that -- that,         17:07:46

21   again, it was, you know, up on the bus trying to     17:07:53

22   learn a new -- a new search.  This is a bus.         17:07:59

1   There -- this is -- so I guess any statement          17:08:03

2   earlier was kind of misconstrued because a bus        17:08:06

3   obviously, you're not going to start left to          17:08:10

4   right it's a Figure 8.  And so if we can fix that     17:08:14

5   on the -- the previous.                               17:08:18

6           I was withdrawn.  And after -- and            17:08:33

7   granted, we've read some of these in everything,      17:08:38

8   but they are not a deflection or a depiction of       17:08:40

9   the way I was treated.  Again these are their         17:08:45

10  opinions of -- of how they saw my training.  So       17:08:48

11  from the beginning, it was -- it was tough.  You      17:08:56

12  know, there was constant boys will be boys.           17:09:03

13          And so in the morning, you know, at one       17:09:10

14  point you're told, "Hey, just worry about your        17:09:14

15  own dog.  Don't worry about everybody else's          17:09:17

16  dog."                                                 17:09:20

17          Next day you hear, you know, "You need to     17:09:20

18  help everybody else and do this."  And so one day     17:09:22

19  kennel cleaning, as you read about our schedule,      17:09:31

20  we had to groom all the dogs.  And Zborai was         17:09:31

21  late that day, and I noticed that.  And so -- but     17:09:39

22  I noticed that Pope had a little bit of hair, fur     17:09:43

1    on his -- on his back.  And I was like, well, you          17:09:47

2    know, "at least brush him.  That's part of one of          17:09:51

3    the dogs that we're supposed to take care of."             17:09:54

4         So I grabbed one the bushes and just went             17:09:56

5    in his kennel and just, you know, brushed the              17:09:58

6    excess hair off.  Somebody and I -- and I don't            17:10:03

7    know whom decided to call Zborai.  When Zborai             17:10:05

8    got there, he was this close to my face telling            17:10:12

9    me to leave his fucking dog alone.  That I need            17:10:13

10   to worry about my own fucking dog.  That was one,          17:10:16

11   you know, in -- in K-9 training when you have              17:10:23

12   more than one dog in the van, you're supposed to           17:10:25

13   have two officers in case you're involved in an            17:10:29

14   accident, somebody else to help    with -- with            17:10:30

15   the K-9s.                                                  17:10:33

16        Nobody wanted to ride with me, and I                  17:10:34

17   ended up with two and three dogs in the van while          17:10:36

18   everybody else hang out with some of the                   17:10:40

19   experienced handlers or grabbed the extra                  17:10:44

20   vehicle, and I had to take care of these dogs on           17:10:46

21   my own.                                                    17:10:49

22        And then on top of that, knowing that I               17:10:51

1    had made the comments about Sergeant Phelps and          17:10:53

2    how unapproachable he was and for him to                 17:10:59

3    constantly make digs about it.                           17:11:02

4          And the fact that I told him about my             17:11:03

5    anxiety.                                                  17:11:04

6          And then, you know, I just need a little         17:11:05

7    positive like I told you.                                17:11:07

8          And he would just drive in the negative.         17:11:09

9    You know, "You are not doing this.  You are not         17:11:11

10   doing that."                                             17:11:13

11         And then week -- was it Week 4?  It was          17:11:14

12   around that time; 3 -- 4 to 6 -- 4 to 5,                17:11:20

13   somewhere around there, Lieutenant Cromwell comes       17:11:23

14   out to respond to a fire -- fire alarm over at          17:11:28

15   offsite.  Because of course, he was in charge of        17:11:32

16   all that.                                                17:11:34

17         And I was standing outside.                      17:11:34

18         And Lieutenant Cromwell come up to me and        17:11:36

19   he said, "Whatever you do, just do what they tell       17:11:39

20   you to do."                                              17:11:41

21         And I kind of looked at him and I smiled         17:11:42

22   and I said, "Of course, I will.  You know,              17:11:44

1  absolutely."                                                17:11:47

2          Then in Week 6 -- I believe it was Week            17:11:48

3  6, maybe early 7, I get confronted in the hallway           17:11:53

4  by Sergeant Phelps asking me who in the hell I've           17:12:00

5  talked to up on the Hill, because there's a rumor           17:12:05

6  going on on the Hill that Missy is going to fail            17:12:08

7  out of K-9.                                                 17:12:10

8          And he was told by Lieutenant Cromwell to          17:12:11

9  speak to his training staff.  So he wants to know           17:12:14

10 who on the Hill I've talked to on the Hill.                 17:12:16

11         That was, if not daily, most days I dealt           17:12:20

12 with him having something smart to say to me.               17:12:25

13 Some type of sarcastic remark.  Some way to                 17:12:29

14 belittle me.                                                17:12:34

15         And it was interesting because I told you           17:12:36

16 about my anxiety.  I don't hide that.  And I was            17:12:37

17 on medication I took at night.  And I had talked            17:12:41

18 to my doctor.  And I said, "Hey, look.  Like, I'm           17:12:45

19 starting to get these panic anxiety attacks."  I            17:12:49

20 said this K-9 training is grueling."                        17:12:53

21         And he said, "Okay."  He said, "I'm going           17:12:56

22 to give you a medication for you to take when you           17:12:57

1  have a panic attack.  Just something to kind of          17:13:00

2  help calm you down."                                     17:13:05

3          So one day I took one of those and Phelps        17:13:07

4  was standing in front of the class showing              17:13:12

5  everybody the video, and he's pointing something        17:13:15

6  out to me of what I've done wrong.                       17:13:17

7          And he looks at me and goes, "What's             17:13:20

8  wrong with you?  Looks like you are on something         17:13:22

9  because you are not even paying attention to what        17:13:24

10 I am saying.  Are you okay?  Well, you're not --         17:13:27

11 you're not even paying attention to what I'm             17:13:32

12 saying."                                                 17:13:33

13          And the whole time I didn't show any            17:13:34

14 expression.  I had grown numb to his little digs.        17:13:37

15 And that day, he even embarrassed me in front of         17:13:44

16 the class with his little dig of "What?  I'm not         17:13:48

17 getting a reaction out of you."                          17:13:51

18          So on this day, yes, did I want to quit?        17:13:52

19 Absolutely.  But my pride wouldn't let me.  This         17:13:56

20 is something I've wanted to do my whole entire           17:13:59

21 career at Capitol Police.  I didn't want anything        17:14:02

22 more than I wanted this K-9.  And I thought that         17:14:06

1    I had done everything that I could to -- to be          17:14:09

2    part of this elite team.  But when you have so           17:14:13

3    many things pounded against you, that's what             17:14:19

4    makes it tough.                                          17:14:25

5          And if you -- the one thing you didn't             17:14:27

6    read off of my six-week report, which I've found         17:14:30

7    interesting, was how I said I didn't feel                17:14:33

8    comfortable with searches.                               17:14:36

9        Q.  Which report was that?                           17:14:38

10       A.  Ma'am, that was -- what is it 66?                17:14:40

11       Q.  The midyear review report?                       17:14:45

12       A.  Yes.                                             17:14:46

13       Q.  I didn't see that on there.  So if I             17:14:47

14   missed it, we can go back to it.                         17:14:48

15       A.  Absolutely.                                      17:14:50

16       Q.  What page is that?                               17:14:50

17          (Simultaneous conversation.)                      17:14:50

18       A.  Because I have nothing to hide.                  17:14:51

19          Where it discussed the -- the confidence          17:14:52

20   at times with searches.                                  17:14:54

21       Q.  Okay.  So it didn't say you missed               17:14:58

22   searches.  It said --                                    17:14:59

| | | |
|---|---|---|
| 1 | (Simultaneous conversation.) | 17:15:01 |
| 2 | A. No. That I don't have confidence. Well, | 17:15:01 |
| 3 | let me tell you when somebody looks at you and | 17:15:03 |
| 4 | says, "You're not going to pass and, oh, we're | 17:15:06 |
| 5 | going to give you a dog that's not going to | 17:15:08 |
| 6 | pass," it makes your confidence level go down on | 17:15:11 |
| 7 | your team. | 17:15:13 |
| 8 | Q. Well, they didn't say that they were | 17:15:14 |
| 9 | going to give you a dog that wasn't going to | 17:15:16 |
| 10 | pass, right, that wasn't said to you, correct? | 17:15:19 |
| 11 | A. It wasn't said to me, but there was a | 17:15:21 |
| 12 | question besides Jayden's name. And when I Kenny | 17:15:23 |
| 13 | Hill about it, he said it's because they didn't | 17:15:28 |
| 14 | know if Jayden was going to pass the class. | 17:15:30 |
| 15 | Q. So Kenny Hill told you they didn't know | 17:15:31 |
| 16 | whether Jayden was going to pass the class? | 17:15:34 |
| 17 | A. That's correct. It was on the whiteboard | 17:15:37 |
| 18 | with a question mark. | 17:15:40 |
| 19 | Q. Did he say why Jayden might not pass? | 17:15:42 |
| 20 | A. He didn't say, but from what I had | 17:15:45 |
| 21 | experienced with Jayden before, we were having | 17:15:47 |
| 22 | troubles and issues. In the first two weeks that | 17:15:50 |

1    I had him, every training aid we had to use a          17:15:52

2    tennis ball in order to get his attention.  I was      17:15:55

3    already two weeks behind where before I even got       17:16:00

4    started with this dog.  I didn't have confidence       17:16:03

5    in my search with him at first.                        17:16:06

6        Q.  So the issues you had with Jayden were he      17:16:07

7    was interested primarily in the tennis ball?           17:16:11

8        A.  He wasn't interested in the odor at            17:16:15

9    first, no.                                             17:16:18

10       Q.  Okay.                                          17:16:18

11       A.  Not until I worked with him.  So by the        17:16:18

12   time that you were talking about -- what date are      17:16:21

13   we now?  We're now talking September 27th.  So         17:16:24

14   after having all that, by this point me mentally,      17:16:28

15   physically, emotionally was I tired and wanted to      17:16:33

16   give up?  Yes.  But I wouldn't.                        17:16:36

17       Q.  Okay.  So I understand your reasons for        17:16:39

18   displaying exhaustion or tiredness.  I'll get          17:16:46

19   back to my initial question in a second because        17:16:52

20   you brought up a few things that I wanted to get       17:16:56

21   into.  So you had a -- there was a confrontation       17:16:58

22   in which Technician Zborai --                          17:17:01

| | | |
|---|---|---|
| 1 | (Simultaneous conversation.) | 17:17:01 |
| 2 | A. Zborai? | 17:17:01 |
| 3 | Q. I say Zborai because I don't know how to | 17:17:01 |
| 4 | pronounce his name. | 17:17:07 |
| 5 | A. Just call him "Z." | 17:17:07 |
| 6 | Q. Okay. In which basically you groomed | 17:17:09 |
| 7 | Pope, Zborai got upset for whatever reason and | 17:17:13 |
| 8 | told you -- what was it? "Don't fucking touch my | 17:17:16 |
| 9 | dog," or something to that effect? | 17:17:20 |
| 10 | A. That's correct. | 17:17:23 |
| 11 | Q. Okay. Did you talk to anybody about | 17:17:23 |
| 12 | that? | 17:17:25 |
| 13 | A. No, because he had already told me that | 17:17:25 |
| 14 | he had already talked to Hill and Phelps about | 17:17:26 |
| 15 | it. | 17:17:31 |
| 16 | Q. Okay. | 17:17:31 |
| 17 | A. And he had already warned them that I | 17:17:31 |
| 18 | shouldn't touch his dog. | 17:17:33 |
| 19 | Q. When -- when did that happen? Do you | 17:17:36 |
| 20 | remember where in the weeks of training you were | 17:17:38 |
| 21 | in? | 17:17:41 |
| 22 | A. We were all still together. I want to | 17:17:43 |

1  say it was earlier on in the early weeks.  But to    17:17:49

2  give you a specific time frame, I really can't.    17:17:52

3      Q.  Was it after dog assignments or before?    17:17:57

4      A.  I think it was before.    17:18:00

5      Q.  Okay.    17:18:01

6      A.  It was pretty close to that.    17:18:02

7      Q.  So we are talking about the two to    17:18:03

8  three-week mark sometime around there?    17:18:06

9      A.  Correct.    17:18:08

10      Q.  Okay.  You also said nobody wanted to    17:18:09

11  ride in the van with you with -- with the dogs    17:18:11

12  that you had to carry with you.    17:18:15

13          When you say "nobody," who are you    17:18:17

14  talking about, your colleagues?    17:18:19

15      A.  My colleagues.    17:18:20

16      Q.  Okay.  So none of -- you're talking    17:18:21

17  Schmid, you're talking --    17:18:24

18          (Simultaneous conversation.)    17:18:24

19      A.  Schmid had his own vehicle.    17:18:24

20      Q.  Okay.  So Schmid is not one of those    17:18:26

21  people.  You are talking Mike Lance?    17:18:28

22      A.  Mike Lance would get one of the other    17:18:33

1    vehicles.                                              17:18:36

2        Q.   Okay.   So Mike Lance also had a vehicle.    17:18:36

3    And Zborai would have had his own vehicle,            17:18:41

4    correct?                                              17:18:41

5            So you're talking about Dantinne?             17:18:43

6        A.   Occasionally, Dantinne would ride with       17:18:46

7    me.   Sometime -- most of the time, he would ride     17:18:50

8    with Mike Lance.   Mike Riley would ride with         17:18:53

9    Zborai.                                               17:18:55

10       Q.   Okay.   So the person you're talking about   17:18:55

11   that refused to ride with you was Riley?              17:18:57

12       A.   Riley is one of them.                        17:18:59

13       Q.   Well, who's the other.   Am I -- am I        17:19:00

14   missing somebody?   Because what you told me is       17:19:02

15   that Schmid had his own vehicle so --                 17:19:04

16           (Simultaneous conversation.)                  17:19:05

17       A.   Schmid.                                       17:19:05

18       Q.   -- he wouldn't ride with you?                17:19:06

19       A.   Correct.                                      17:19:08

20       Q.   He wouldn't be riding with you.              17:19:09

21           Mike Lance could also get his own             17:19:10

22   vehicle, so he also wouldn't be riding.               17:19:14

| | | |
|---|---|---|
| 1 | And then Zborai had his own K-9 vehicle, | 17:19:17 |
| 2 | so there was no reason for him to ride with you, | 17:19:19 |
| 3 | either. | 17:19:19 |
| 4 | Which leaves Dantinne who you said | 17:19:21 |
| 5 | sometimes would ride with you and sometimes would | 17:19:21 |
| 6 | ride Mike Lance. | 17:19:21 |
| 7 | So it seems like the only person that's | 17:19:21 |
| 8 | left, unless I'm forgetting about somebody is | 17:19:28 |
| 9 | Riley? | 17:19:32 |
| 10 | A. So Mike Lance or Dantinne would pick up | 17:19:33 |
| 11 | -- because K-9 had extra vehicles. | 17:19:35 |
| 12 | Q. Okay. | 17:19:38 |
| 13 | A. Okay. That's what I mean. So most of | 17:19:38 |
| 14 | the time, Mike Lance and Dantinne rode together. | 17:19:41 |
| 15 | Q. Okay. | 17:19:45 |
| 16 | A. Okay. Riley who would put his dog in the | 17:19:46 |
| 17 | van would ride with Zborai. | 17:19:49 |
| 18 | Q. Okay. | 17:19:49 |
| 19 | A. He flat out refused to ride with me. | 17:19:52 |
| 20 | Q. So it was Riley? | 17:19:53 |
| 21 | A. Riley is the one that flat out refused -- | 17:19:54 |
| 22 | (Simultaneous conversation.) | 17:19:54 |

1        Q.  Okay.                                    17:19:54

2        A.  -- to ride with me.                      17:19:58

3        Q.  And no one else flat out refused?        17:19:59

4        A.  Yeah.                                     17:20:03

5        Q.  Okay.  Do you know Riley flat out refused 17:20:05

6    to ride with you?                                17:20:07

7        A.  Riley doesn't like me.                    17:20:07

8        Q.  What gives you that impression?           17:20:09

9        A.  Because of our firearms instructor days   17:20:09

10   when he thought that firearm instructors should  17:20:13

11   be men.                                          17:20:16

12       Q.  Okay.  All right.  So Riley refused to    17:20:17

13   ride with you when you were riding in the van.    17:20:19

14   And then you said although you told Phelps that   17:20:22

15   you needed positive reinforcement, he would still 17:20:31

16   provide negative reinforcement essentially; is    17:20:34

17   that correct?                                     17:20:38

18       A.  Absolutely.                               17:20:38

19       Q.  You said something about Cromwell coming  17:20:41

20   up to the training center about four weeks in and 17:20:46

21   he just told you to do whatever they tell you to  17:20:49

22   do?                                              17:20:52

1    A.  That's correct.                                17:20:52

2    Q.  Did he just -- were you in a conversation       17:20:53

3 with him or did -- what was the context of this?      17:20:55

4    A.  The -- the conversation he had gone over        17:21:00

5 to clear the fire alarm, he was coming over to         17:21:02

6 K-9 training.  I don't know why, but he was.  And      17:21:05

7 I was sitting outside smoking, and he asked me         17:21:08

8 how I was doing and I said, you know, "Okay."          17:21:14

9        And he said, "Just do what they tell you        17:21:15

10 to do."  Patted me -- and then walked on in.  I       17:21:18

11 mean, you know.                                        17:21:21

12    Q.  Okay.                                           17:21:21

13    A.  I don't know what -- what it all               17:21:22

14 entailed.  I had given everything that I could        17:21:24

15 give.  You know, I -- I -- every single day, I         17:21:27

16 tried giving a hundred and ten, a hundred and         17:21:31

17 twenty-five percent of that day.                       17:21:34

18    Q.  Okay.                                           17:21:35

19    A.  So I did not know exactly what that            17:21:35

20 meant.                                                 17:21:39

21    Q.  Okay.  So if I understand the context          17:21:39

22 correctly Cromwell happened to be at training         17:21:41

1    center, he saw you outside, he came over and          17:21:44

2    said, "How are you doing?"                            17:21:46

3         You said, "Okay."                                17:21:47

4         And he said, "Do whatever they tell you          17:21:48

5    to do"?                                               17:21:50

6    A.   Yes.                                             17:21:51

7    Q.   And patted you and that was -- that the          17:21:52

8    conversation?                                         17:21:55

9         (Simultaneous conversation.)                     17:21:55

10   A.   That was the end of the conversation.            17:21:55

11   Q.   Okay.  And then of the second -- the next        17:21:56

12   thing you said was -- okay.  About Week 7, there      17:21:59

13   was an incident in which Sergeant Phelps spoke to     17:22:08

14   you about rumors that were circulating on of the      17:22:13

15   Hill about you being dismissed from K-9?              17:22:20

16   A.   That was between Week 5 and Week 7.              17:22:23

17   Somewhere around --                                   17:22:27

18        (Simultaneous conversation.)                     17:22:30

19   Q.   Okay.                                            17:22:30

20   A.   I don't you you to --                            17:22:30

21        (Simultaneous conversation.)                     17:22:30

22   Q.   Right.                                           17:22:30

1      A.  It was somewhere around that time frame.          17:22:30

2   And, you know, it was like after lunch, you know,       17:22:32

3   we're all walking to the classroom and the -- the       17:22:34

4   hallway -- the hallway in the K-9 training goes         17:22:38

5   down like this and then it turns to the right           17:22:42

6   (indicating), and then the classrooms are there.        17:22:44

7      Q.  Uhm-hmm?                                          17:22:47

8      A.  Well, as I was making this turn, he was          17:22:47

9   there and he -- that's when he approached me and        17:22:50

10  was like, "Who have you been talking to on the          17:22:52

11  Hill?"                                                  17:22:55

12     Q.  Okay.                                            17:22:55

13     A.  You know, Cromwell -- you know, I just           17:22:56

14  talked to Cromwell and he -- he said that, you          17:22:58

15  know, I have to talk to my training staff because       17:23:00

16  there's a rumor around the Hill about you, you          17:23:03

17  know, being terminated from K-9.  I'm -- I can't        17:23:06

18  remember the exact words but, you know.                 17:23:08

19        And I'm like, "I haven't talked to              17:23:10

20  anybody?"                                               17:23:10

21        And he's like, "Who did you talk to?"          17:23:13

22        And, again, I -- I told him I didn't know      17:23:15

| | | |
|---|---|---|
| 1 | what he was talking about, because I didn't. | 17:23:18 |
| 2 | Because four days, 10-hour shifts at K-9 training | 17:23:21 |
| 3 | and then I went home.  I didn't -- I didn't have | 17:23:24 |
| 4 | a desire, but there was a rumor on the Hill about | 17:23:26 |
| 5 | me not making K-9 training. | 17:23:29 |
| 6 | Q.  Okay.  When he said there's a rumor on | 17:23:32 |
| 7 | the Hill, who did you understand the rumor to be | 17:23:37 |
| 8 | among; officers, congressional staff, officials | 17:23:42 |
| 9 | who what it your understanding what -- what was | 17:23:46 |
| 10 | he talking about? | 17:23:49 |
| 11 | A.  I'm assuming the Capitol Police. | 17:23:50 |
| 12 | Q.  Okay. | 17:23:53 |
| 13 | A.  Yeah.  But I don't know. | 17:23:54 |
| 14 | Q.  Capitol Police officers? | 17:23:54 |
| 15 | A.  Officers, management, you know -- | 17:23:56 |
| 16 | (Simultaneous conversation.) | 17:23:58 |
| 17 | Q.  Okay. | 17:23:58 |
| 18 | A.  -- officers, sworn people I guess is. | 17:23:58 |
| 19 | Q.  Okay.  You told him that I don't know | 17:24:02 |
| 20 | what you're talking about.  I'm not aware of | 17:24:07 |
| 21 | this.  I didn't tell anybody anything? | 17:24:09 |
| 22 | A.  That's correct. | 17:24:11 |

1    Q.  And was that the end of the discussion?          17:24:12

2    A.  Yes.                                              17:24:14

3    Q.  Okay.  And then finally, apparently, the         17:24:14

4  last thing you discussed was Sergeant Phelps was        17:24:23

5  reviewing videotapes on one of the -- I guess           17:24:26

6  this was one of the review training type sessions       17:24:29

7  that you have -- where the class is reviewing           17:24:31

8  videotape of that day, right?                           17:24:35

9    A.  That's correct.                                   17:24:37

10    Q.  Okay.  And at some point during that            17:24:37

11  review, he looks over at you, he says, something       17:24:40

12  to the effect of, you look like are you on             17:24:44

13  something because you are not paying attention to      17:24:47

14  what I'm saying; is that right?                        17:24:50

15    A.  You know, and I can't -- I don't know           17:24:52

16  verbatim, but yes.  You know, what's wrong with        17:24:53

17  you?  You know.                                        17:24:56

18    Q.  Okay.  And then what happened?                  17:24:57

19    A.  Nothing.  I just sat there and I -- I           17:24:59

20  listened to him.  It was obviously one of my           17:25:02

21  training videos was up and him telling me, you         17:25:06

22  know, what I've done wrong, which is the same          17:25:08

1    thing that he had already beat me up earlier        17:25:11

2    during the day to tell me.                           17:25:13

3         So you just kind of sit there and then         17:25:14

4    you get your end of the day reports.  And when       17:25:15

5    you fill out your end of the day -- or sign your    17:25:19

6    end of the day reports, you get to go home.  So      17:25:19

7    I'm just like, "let me go home."                     17:25:22

8       Q.  Okay.  So back to Exhibit 58 --              17:25:25

9           (Simultaneous conversation.)                 17:25:29

10      A.  Yes.                                          17:25:29

11      Q.  I'm sorry, not Exhibit 85, but Page No.       17:25:30

12   85?                                                  17:25:33

13      A.  Yes.                                          17:25:33

14      Q.  We were talking about the meeting you had    17:25:33

15   with Hill, Core, and Phelps?                         17:25:36

16      A.  That's correct.                               17:25:41

17      Q.  What do you recall being said during that    17:25:42

18   meeting?                                             17:25:44

19      A.  That, again, you know, talking about         17:25:47

20   the -- the day and what, you know, what they saw    17:25:55

21   what they saw transpire --                           17:25:59

22          (Simultaneous conversation.)                 17:26:01

1     Q.   Uhm-hmm.                                        17:26:01

2     A.   -- you know.  And it's just, you know,          17:26:01

3  they had a meeting with me.  It seems like              17:26:10

4  after -- after Week 6, there was a meeting every        17:26:13

5  single week with me, like -- there was always           17:26:16

6  something, which was interesting to me and -- and       17:26:18

7  I was like, "Wow.  I'm the only one being called        17:26:21

8  into the Sergeant's office on a weekly."  Like,         17:26:27

9  you know.                                               17:26:27

10       And -- and this happened to be one of             17:26:29

11  them that I got called into the office, these          17:26:30

12  three trainers were there, and, you know, it           17:26:33

13  was -- it was just one thing after another.            17:26:37

14       There was no -- nothing -- he couldn't            17:26:39

15  even tell me I tied my shoes right for the day.        17:26:43

16  Like, that's -- and -- and you get tired.  And I       17:26:47

17  was tired.  It been a long training day.  And          17:26:48

18  after hearing all this, I'm like, "Maybe I should      17:26:51

19  just -- maybe I should just quit.  Like, you           17:26:53

20  know, this is exhausting.  I'm tired."  And --         17:26:56

21  and probably was a little upset.                       17:27:00

22     Q.   Okay.                                          17:27:03

1        A.  You know.                                          17:27:04

2        Q.  And they didn't encourage you to quit,            17:27:05

3   correct?                                                   17:27:07

4        A.  They didn't say those words.                      17:27:09

5        Q.  What did they say?                                17:27:11

6        A.  They just -- I don't recall their exact           17:27:14

7   words.  Basically, that was my decision.                  17:27:20

8        Q.  So here it says you need to improve.              17:27:24

9   And, you know, forget -- regardless of what               17:27:29

10  happened in previous -- was -- was this -- is             17:27:34

11  this an accurate depiction of what was said               17:27:36

12  during that meeting?                                       17:27:39

13       A.  From what I can recall, it was -- it was          17:27:40

14  probably an accurate depiction of what happened           17:27:44

15  or what was talked about.                                  17:27:52

16       Q.  Okay.  And again, this is your signature          17:27:54

17  that appears on this document?                             17:28:01

18       A.  Yes.                                              17:28:03

19       Q.  Okay.  And so that indicates you reviewed         17:28:03

20  and received it at the time you were in training,         17:28:06

21  correct?                                                   17:28:09

22       A.  Correct.                                          17:28:09

1      Q.  All right.                                           17:28:11

2          Looking at USCP 000086, which is the next            17:28:21

3  page?                                                        17:28:26

4          ATTORNEY ALDERMAN:  Do you have 86?                  17:28:29

5          THE WITNESS:  I do.                                  17:28:31

6          ATTORNEY SCINDIAN:  And actually, you                17:28:31

7  know what let's -- because I think we've been                17:28:31

8  over an hour right now.                                      17:28:33

9          THE WITNESS:  Yes --                                 17:28:33

10         (Simultaneous conversation.)                         17:28:33

11         ATTORNEY SCINDIAN:  So before we get into            17:28:34

12 that, why don't we take a 10-minute break.                  17:28:35

13         THE WITNESS:  You don't have 86?                     17:28:40

14         ATTORNEY ALDERMAN:  During the break, can           17:28:40

15 I get a 86 for my copy.  Mine just goes 85 to 87.           17:28:42

16         ATTORNEY SCINDIAN:  Okay.                            17:28:47

17         THE VIDEOGRAPHER:  We are going off the             17:28:47

18 record.  The time is 5:28 p.m.                              17:28:48

19         (THEREUPON, the proceedings recessed at             17:46:58

20 5:46 p.m.)                                                  17:46:58

21         (THEREUPON, the proceedings resumed at              17:46:58

22 5:47 p.m.)                                                  17:47:01

1          THE VIDEOGRAPHER:  We are back on the          17:47:08

2     record.  The time is 5:47 p.m.                      17:47:20

3     BY ATTORNEY SCINDIAN:                               17:47:24

4          Q.  Okay.  Ms.  -- Officer Van Meter, you are  17:47:28

5     still under oath.                                   17:47:31

6              I think the last document I referred you   17:47:33

7     to was page number USCP 000086.                     17:47:36

8          A.  Okay.                                      17:47:43

9          Q.  And this is another training form for      17:47:44

10    you, Officer Van Meter; is that correct?            17:47:47

11         A.  It appears to be, yes.                     17:47:50

12         Q.  And it's dated September 28, 2017?          17:47:51

13         A.  That's correct.                            17:47:55

14         Q.  Okay.  Okay.  And looking at the second     17:48:04

15    page of this document, which is USCP 000087,        17:48:06

16    under the area marked handler or identified as      17:48:16

17    handler, do you see that the box that is checked    17:48:21

18    is misread K-9's initial reaction to odor?          17:48:24

19         A.  I do see that that's marked.               17:48:29

20         Q.  Okay.  And under the comments section it   17:48:32

21    reads as follows:                                   17:48:37

22              "Hide 2 through 5, door seam exercise to  17:48:39

1    encourage K-9 to search door seams.  Exercise ran        17:48:44

2    two times.  Initial search handler worked normal         17:48:50

3    pattern."                                                 17:48:54

4         "L to R" is in parentheses, "second pass            17:48:55

5    handler worked in reverse.  Handler continuous to         17:48:59

6    struggle with leash management, especially when          17:49:02

7    working in a reverse pattern.  Handler was again         17:49:05

8    reminded about the basic mechanics of searching          17:49:08

9    as well as the understanding and implementation          17:49:11

10   of the fundamentals of detection work to become a        17:49:15

11   reliable detection team.                                 17:49:19

12        "There are times with the handler is too            17:49:21

13   quick to redirect K-9's attention, which will            17:49:24

14   affect his ability to be able to eliminate or            17:49:28

15   confirm the presence of the trained odor.                17:49:30

16   Example, when K-9 is actively sniffing, evaluate         17:49:32

17   the behavior.                                            17:49:35

18        "If area being sniffed is unproductive,             17:49:36

19   redirect his attention and continue searching.           17:49:39

20   However, when he is actively sniffing in a               17:49:43

21   productive area/item, evaluate the sniffing              17:49:46

22   behavior.  And after he has eliminated it, then          17:49:50

1   present the next searchable item.  This was                17:49:54

2   explained and demonstrated by the trainer.                 17:49:58

3        "Handler needs to be constantly reading               17:50:00

4   the K-9's body language, interpreting,                     17:50:05

5   understanding, reacting to the K-9's behavior and          17:50:08

6   body language."                                            17:50:09

7        In parentheses is the abbreviation                    17:50:10

8   R-E-A-D.                                                   17:50:15

9        "Hide 6:  Handler conducted a detailed                17:50:15

10  search and showed improvement with the leash               17:50:19

11  management and pace.  K-9 alerted and responded            17:50:21

12  to odor."                                                  17:50:25

13       Continued in the supervisor's comments it             17:50:26

14  says, "Hide 7:  Handler conducted a detailed               17:50:29

15  search.  K-9 alerted and responded to odor.                17:50:32

16       "Hide 8:  Handler missed K-9's initial                17:50:36

17  COB to odor.  K-9 initially alerted by slight              17:50:41

18  pull upwind, but handler remained on pattern.              17:50:42

19  Then the second and even harder pull, handler              17:50:46

20  remained on pattern, then third pull and more              17:50:50

21  deliberate, the handler final -- final broke from          17:50:53

22  pattern and allowed the K-9 to work the source.            17:50:58

1      "However, the handler should have reacted         17:50:58

2  on the second pull by dropping her hat.  Handler     17:51:02

3  has demonstrated improvement, but the handler is     17:51:07

4  inconsistent and has to be reminded the basic        17:51:09

5  mechanics and fundamentals of detection work."       17:51:11

6      Did I read that correctly?                        17:51:14

7  A.  You've read that correctly.                      17:51:15

8  Q.  Okay.  Excuse me -- first of all, what           17:51:16

9  does R-E-A-D stand for, if you remember?             17:51:19

10  A.  I do not recall --                              17:51:23

11      (Simultaneous conversation.)                     17:51:24

12  Q.  Okay.                                            17:51:24

13  A.  -- all the acronyms.                             17:51:25

14  Q.  All right.  Is there anything -- is             17:51:28

15  there -- do you have any basis to believe that      17:51:30

16  the statements contained in the comment section,    17:51:33

17  the supervisor's comment section, are inaccurate?   17:51:36

18  A.  I -- I don't believe that they're              17:51:39

19  inaccurate.  Again, that's the -- the opinion of    17:51:43

20  the -- of the K-9 trainers.                          17:51:51

21  Q.  And is your opinion different from the          17:51:53

22  K-9 trainers?                                        17:51:56

1      A.  I wouldn't say --                          17:51:57

2          (Simultaneous conversation.)               17:51:58

3      Q.  In terms of what's described here?          17:51:58

4      A.  I wouldn't say that that's -- I wouldn't    17:52:00

5  say that.                                           17:52:03

6      Q.  You wouldn't say that your opinion is       17:52:05

7  different?                                          17:52:07

8      A.  No.                                         17:52:08

9      Q.  Okay.                                       17:52:08

10     A.  Because I don't recall this day and         17:52:09

11 actually what took place, so --                     17:52:13

12         (Simultaneous conversation.)                17:52:14

13     Q.  Okay.                                       17:52:14

14     A.  -- I have to take this.                     17:52:14

15     Q.  Okay.  Understood.                          17:52:16

16         And is this your signature that appears     17:52:17

17 on Page 000087?                                     17:52:19

18     A.  Yes.                                        17:52:24

19     Q.  And that signature indicates that you       17:52:24

20 received and reviewed this document at the time     17:52:28

21 of training, correct?                               17:52:32

22     A.  Correct.                                    17:52:33

1    Q.  Okay.  Turning to the next page, which is      17:52:33

2  000088.  This is another training form for you,      17:52:36

3  Officer Van Meter?                                   17:52:40

4    A.  Yes.                                           17:52:40

5    Q.  And it's dated October 2, 2017, correct?       17:52:41

6    A.  Correct.                                       17:52:44

7    Q.  Okay.  Turning to the second page of that      17:52:45

8  document?                                            17:52:47

9    A.  (Complied.)                                    17:52:48

10    Q.  Which is 000089.  Under the handler           17:52:51

11  section, it indicates -- well, under the handler    17:52:57

12  section, the boxes "inconsistent search pattern"    17:53:02

13  and "poor leash control" are checked, correct?      17:53:04

14    A.  That's what they have marketed.               17:53:07

15    Q.  Okay.  And under the comment section, it      17:53:09

16  reads as follows:                                   17:53:11

17        "Hide No. 1 HE, handler error.  Handler       17:53:13

18  conditioned K-9 on last bag in the row.  Handler    17:53:18

19  stated that it was because the K-9 started to        17:53:22

20  bite the bag.  This aggressive behavior             17:53:26

21  biting/pawing," in parentheses, "is usually a       17:53:28

22  frustration response, which in this case, appears   17:53:30

1   to be triggered by the handler's pace too slow.                17:53:33

2          "Handler also reminded the biting or                    17:53:37

3   pawing is not a trained response, but an                       17:53:40

4   undesired learned behavior created from                        17:53:43

5   frustration usually created by the handler.                    17:53:46

6          "Handler was reminded about her pace,                   17:53:49

7   utilization of verbal commands, and better leash               17:53:51

8   work to control the search, which was explained                17:53:55

9   again," in quotation marks, I'm sorry, "again" in              17:53:59

10  parentheses, "can be obtained by sliding the hand              17:54:02

11  closer to the clasp near," in parentheses, "near               17:54:06

12  the end the leash collar area," close                          17:54:11

13  parenthesis.  "This provides increased leverage                17:54:13

14  to control the K-9 during the search.                          17:54:15

15         "Hide No. 2 and No. 3:  Handler was quick               17:54:18

16  to start the search before conducting an area                  17:54:21

17  assessment and developing a search plan," in                   17:54:25

18  parenthesis, "clear as you go," close                          17:54:29

19  parenthesis.                                                   17:54:31

20         "All bags were searched.  However --                    17:54:31

21  however search was not executed with a,"                       17:54:34

22  quote/unquote, "clear as you go approach.  This                17:54:38

| | | |
|---|---|---|
| 1 | was discussed after the search.  Only one of the | 17:54:43 |
| 2 | two training aids were located. | 17:54:46 |
| 3 | "Hide No. 2:  DM HM pushed the dog with | 17:54:49 |
| 4 | his nose and continued moving." | 17:54:56 |
| 5 | Continued in the supervisor's session, | 17:55:00 |
| 6 | "Hide No. 5:  Initially ran as a blank search of | 17:55:02 |
| 7 | double stacked bags to, one, eliminate the | 17:55:07 |
| 8 | stepping/walking over the bag and, two, to reduce | 17:55:10 |
| 9 | the speed of the search. | 17:55:13 |
| 10 | "While the handler conducted the search, | 17:55:15 |
| 11 | the trainer provided constructive criticism to | 17:55:19 |
| 12 | improve the search.  Handler showed improvement | 17:55:23 |
| 13 | when applying the recommendations made by the | 17:55:26 |
| 14 | trainer and was directed to use the techniques | 17:55:28 |
| 15 | discussed and demonstrated. | 17:55:32 |
| 16 | "During the rewarding process, the K-9 | 17:55:33 |
| 17 | has started to break from the sit position in | 17:55:35 |
| 18 | anticipation of the reward when handler goes to | 17:55:37 |
| 19 | retrieve the ball from her pocket.  Because of | 17:55:41 |
| 20 | this, the handler was directed to conduct a | 17:55:43 |
| 21 | series of Sit-Stay drills" -- | 17:55:47 |
| 22 | THE REPORTER:  Excuse me.  A series of | 17:55:47 |

1    what?                                              17:55:47

2         ATTORNEY SCINDIAN:  Sit-Stay drills.          17:55:47

3    BY ATTORNEY ALDERMAN:                              17:55:47

4         Q.  In parentheses, "reaching in pocket,"     17:55:54

5    close parenthesis, "on the field to eliminate      17:55:57

6    this response.  K-9 responded well to the drills,  17:56:00

7    but the handler will have to be consistent to      17:56:03

8    develop a consistent response."                    17:56:07

9         Did I read that correctly?                    17:56:09

10        A.  You've read it properly.                  17:56:11

11        Q.  Okay.  And again, in these comments, do   17:56:12

12   you disagree -- do you have -- do you have any     17:56:14

13   basis to disagree with any of the statements made  17:56:15

14   in this comments section?                          17:56:18

15        A.  I do.                                      17:56:20

16        Q.  Okay.  And what -- what is the basis?     17:56:23

17        A.  The basis is that there -- like the       17:56:25

18   aggressive behavior, the biting and the pawing,    17:56:30

19   again, this is their opinion.  There were other    17:56:34

20   incidences when Jayden would paw at an odor.  So   17:56:40

21   for a change of behavior, biting and pawing,       17:56:46

22   especially pawing was another one of his behavior  17:56:52

| | | |
|---|---|---|
| 1 | changes. And again, here we go again with | 17:56:55 |
| 2 | handler's pace too slow. | 17:57:05 |
| 3 | And the other thing I have an issue | 17:57:07 |
| 4 | with -- where is it? The aggressive behavior is | 17:57:08 |
| 5 | usually a frustration response, which in this | 17:57:12 |
| 6 | case appears to be triggered. | 17:57:15 |
| 7 | Again, that's an assumption. In this | 17:57:17 |
| 8 | case, it appears to be a trigger by the handler's | 17:57:22 |
| 9 | pace is too slow. | 17:57:28 |
| 10 | To me that is an opinion of -- of a K-9 | 17:57:29 |
| 11 | trainer. We don't -- the dog doesn't talk, so | 17:57:37 |
| 12 | how do you know it's a frustration response? | 17:57:44 |
| 13 | They are assuming that. | 17:57:48 |
| 14 | So to me I'm going to say that this is | 17:57:49 |
| 15 | harsh critical assessment of what was their | 17:57:54 |
| 16 | opinion of the day. | 17:58:00 |
| 17 | Q. Okay. So you disagree with their view | 17:58:05 |
| 18 | that when he was biting the bag that this was | 17:58:07 |
| 19 | aggressive behavior as opposed to alerting | 17:58:12 |
| 20 | behavior? | 17:58:15 |
| 21 | A. Not necessarily the biting, but the | 17:58:15 |
| 22 | pawing. | 17:58:18 |

1    Q.  Okay.  Sorry.                                    17:58:18

2    A.  You know, he smelled it, pawed it, like,        17:58:19

3  (indicating), you know.  And so again, when you       17:58:24

4  see a change of behavior, you're taking that as       17:58:25

5  he is alerting, is --                                 17:58:31

6        (Simultaneous conversation.)                    17:58:34

7    Q.  Okay.  So from your perspective, pawing         17:58:34

8  is a change of behavior, indicating alerting that     17:58:38

9  -- that?                                              17:58:43

10   A.  That is one of the changes of behaviors         17:58:43

11 that I have on noticed with Jayden.                    17:58:47

12   Q.  Okay.  Anything else that you dispute in        17:59:03

13 this -- in this comments section?                      17:59:07

14   A.  I'm going to have to -- to take it for          17:59:11

15 what it's written.                                     17:59:14

16   Q.  Okay.  And again this document has your         17:59:16

17 signature on it, correct?                              17:59:19

18   A.  It does.                                        17:59:20

19   Q.  And so that indicates that this was a           17:59:21

20 document you received and reviewed when you were       17:59:24

21 in training?                                           17:59:25

22   A.  Yes.                                            17:59:26

1      Q.   Okay.   Turning to the next page is          17:59:28

2  USCP -- it's numbered USCP 000090.                    17:59:33

3          This is another training document for you     17:59:40

4  Ms. -- for you, Officer Van Meter, correct?           17:59:46

5      A.   That's correct.                              17:59:47

6      Q.   And it's dated October 3, 2017, correct?     17:59:48

7      A.   Correct.                                      17:59:52

8      Q.   Okay.   And turning to the second page of    17:59:55

9  this document.                                        17:59:57

10     A.   (Complied.)                                   17:59:59

11     Q.   Under the area identified as handler, the    18:00:03

12 boxes checked are "inconsistent search pattern"       18:00:08

13 and "poor leash control," correct?                    18:00:13

14     A.   That's what's written on here, yes.          18:00:16

15     Q.   Okay.   And under the comments section, it   18:00:18

16 reads as follows:                                     18:00:20

17         "Hide No. 1:  Handler attempted to            18:00:21

18 condition final response on blank -- blank bag        18:00:26

19 because of K-9 pawing, which is not a change of       18:00:27

20 behavior.                                             18:00:30

21         "Hide No. 2:  Good pace, presentation,        18:00:31

22 and response.                                         18:00:33

1     "Hide No. 3:  Handler directed to scan no          18:00:35

2     change of behavior on initial scan.                18:00:38

3         "Hide No. 4 and 5:  Handler was directed       18:00:42

4     to search two buses.  Hide No. 5:  Exterior bus.   18:00:44

5     Handler was too restrictive with lead, physically  18:00:48

6     controlling the search versus allowing K-9         18:00:51

7     freedom to search presented areas.  Good change    18:00:56

8     of behavior -- I'm sorry, good COB when handler    18:00:58

9     went back a second time.                           18:01:03

10        "Hide No. 4:  Handler never attempted to        18:01:04

11    enter the buses to search, which resulted in a     18:01:07

12    handler miss.  Handler is reminded to use the      18:01:10

13    search command, quote/unquote, "versus Jayden      18:01:14

14    here, quote/unquote.                               18:01:17

15        "Hide No. 6:  Good pace.  Handler needs         18:01:19

16    to ensure K-9 clears area presented during         18:01:22

17    search.  No odor release.  Training aid was moved  18:01:25

18    to front wheel well TA."                           18:01:28

19        Under the supervisor's comments, "Hide         18:01:33

20    No. 7:  Search pace was slow.  K-9 broke from      18:01:36

21    search pattern and handler followed.  Handler      18:01:40

22    worked her way back with a good COB from K-9."     18:01:44

1          Any of the -- any statement under the          18:01:47

2    comments section that you dispute here?              18:01:51

3        A.  Again, we're going -- we're going to talk    18:01:54

4    about the K-9 pawing.                                18:01:56

5        Q.  Okay.                                        18:01:57

6        A.  There were times that that was a response    18:01:57

7    or what I would call a change of behavior.           18:02:02

8        Q.  Okay.  Anything else that you dispute?       18:02:05

9        A.  I don't remember this actual search, so      18:02:09

10   for me to -- to dispute something I -- I can't.      18:02:12

11          Wait.  So Hide No. 6, I'm going to reread     18:02:26

12   that.                                                18:02:37

13       Q.  Uhm-hmm?                                     18:02:37

14       A.  It says, "good pace."                        18:02:38

15       Q.  Yes?                                         18:02:39

16       A.  "Handler needs to ensure K-9 clears area     18:02:39

17   presented during search.  No odor release."  And     18:02:43

18   then it says, "Training aid was moved to front       18:02:46

19   wheel well."                                         18:02:50

20       Q.  Okay.                                        18:02:51

21       A.  What is TA?                                  18:02:51

22       Q.  I don't know?                                18:02:53

1    A.  Because I was curious as to what TA          18:02:58

2  meant.  If -- if that is training assist or        18:03:05

3  trainer assist.                                    18:03:09

4    Q.  Uhm-hmm.                                      18:03:13

5    A.  That would not be a truthful statement if     18:03:14

6  no odor release.                                    18:03:17

7    Q.  Okay?                                          18:03:19

8    A.  How would -- how would a trainer assist        18:03:20

9  when there is no odor release.                       18:03:22

10   Q.  Okay.  So you dispute that Hide No. 6 was      18:03:24

11  a trainer assist, correct?                          18:03:27

12   A.  Well, I'm -- I'm assuming -- when I say        18:03:28

13  that, I'm assuming because we don't know what TA    18:03:30

14  meant.                                              18:03:34

15   Q.  Uhm-hmm?                                       18:03:34

16   A.  So I'm trying to get clarification of          18:03:35

17  what TA means.  And if that is the case, then       18:03:36

18  those two sentences are kind of contradictory.      18:03:39

19   Q.  Okay.  So if TA is to mean trainers           18:03:43

20  assist, you would dispute that it sentence, the     18:03:47

21  last statement?                                     18:03:49

22   A.  I would because no odor release that they     18:03:49

1    had to move.  It says, "Training aid was moved."     18:03:52

2    So.                                                  18:03:57

3        Q.  Okay.  Anything else you dispute?            18:04:00

4        A.  I -- I don't see anything else that          18:04:03

5    sticks out to me.  I'll put it that way.             18:04:11

6        Q.  Okay.  And again, this document is signed    18:04:13

7    by you, correct?                                     18:04:16

8        A.  Yes.                                          18:04:18

9        Q.  Which indicates that you did receive it      18:04:19

10   during training, correct?                            18:04:21

11       A.  Correct.                                      18:04:22

12           (Off-the-record discussion.)                 18:04:22

13   BY ATTORNEY SCINDIAN:                                18:04:35

14       Q.  Skipping ahead to USCP -- I'm sorry, to      18:04:35

15   page number USCP 000094.                             18:04:40

16           And this is another training form for you    18:04:50

17   Officer Van Meter?                                   18:04:56

18       A.  Yes, it is.                                   18:04:57

19       Q.  And this one is dated October 11, 2017,      18:04:57

20   correct?                                             18:05:01

21       A.  Correct.                                      18:05:01

22       Q.  Okay.  And looking under the comments        18:05:03

| | | |
|---|---|---|
| 1 | section on the first page of this document, it | 18:05:06 |
| 2 | says: | 18:05:06 |
| 3 | "Hides 1 and 2 ran as a scattered search | 18:05:11 |
| 4 | area with two people lying in the search area and | 18:05:16 |
| 5 | multiple clothing items strewn about the search | 18:05:19 |
| 6 | area.  Handler assessed area, conducted clear as | 18:05:23 |
| 7 | you go approach.  Only one of the two aids were | 18:05:26 |
| 8 | located. | 18:05:29 |
| 9 | "Hide No. 1:  Handler presented and -- | 18:05:30 |
| 10 | presented and the shoe, and as K-9 searched and | 18:05:34 |
| 11 | was about to respond, handler not looking, gave a | 18:05:37 |
| 12 | leash correction, and pulled the K-9 off | 18:05:41 |
| 13 | search" -- I'm sorry, "off source," parentheses, | 18:05:45 |
| 14 | "observed on video," close parenthesis. | 18:05:46 |
| 15 | "Leash handling:  Handler observed | 18:05:50 |
| 16 | wrapping leash around her hand to control excess | 18:05:52 |
| 17 | leash.  Also, handler was observed relying on | 18:05:55 |
| 18 | excessive leash checks with minimal verbal | 18:06:01 |
| 19 | commands to direct the search.  This is creating | 18:06:04 |
| 20 | conflict and a leash sensitive K-9.  This leash | 18:06:06 |
| 21 | handling technique, which was -- is not | 18:06:12 |
| 22 | recommended or being taught prevents the leash | 18:06:14 |

1    from smoothly sliding out of the handler's          18:06:16

2    fingers the K-9 starts to pull.                     18:06:18

3         "Handler has directed to use the               18:06:22

4    technique taught.  Handler has also been directed   18:06:26

5    to incorporate more verbal commands to control      18:06:29

6    and direct the search.  K-9 displayed no signs      18:06:31

7    aggression towards decoys lying on ground."         18:06:35

8         Okay.  Did I read that correctly?             18:06:41

9    A.   You've read that correctly.                    18:06:41

10   Q.   Okay.  Any of the statements within that       18:06:43

11   comments section that you disagree with?            18:06:45

12   A.   There's a lot of it I disagree with.           18:06:46

13   Q.   Okay.  Which parts do you disagree with?       18:06:49

14   A.   First of all, the -- where it said that I      18:06:51

15   presented the shoe and then handler not looking     18:06:55

16   gave leash correction.                              18:06:59

17        I did not give a leash correction.  I          18:07:01

18   was -- my dog was searching, I was getting ready    18:07:03

19   for the next presentation.                          18:07:08

20        They're saying that it was excess leash        18:07:09

21   pulling.  This whole thing is an exaggeration and   18:07:12

22   a harsh, very hash depiction of what happened       18:07:21

1   that day.                                              18:07:28

2      Q.  Okay.                                           18:07:30

3      A.  And I -- if I recall this one correctly         18:07:30

4   that I was actually told that I did a good job.        18:07:37

5   I did very well in -- in checking as I went out        18:07:40

6   this -- it was out of K-9 door -- K-9 training.        18:07:44

7   It was all over the parking lot.                       18:07:48

8          In looking at videos of other handlers          18:07:50

9   that day, I witnessed trainers giving pointers         18:07:54

10  and, "Oh, you don't have to search this area," to      18:08:02

11  other officers -- K-9 handlers as we are calling       18:08:04

12  them.  And so for this, I mean, anybody -- you         18:08:10

13  reading this makes it sound like I had an              18:08:15

14  absolute horrible experience.  And that's not it       18:08:18

15  at all.  I did very well in doing my search.           18:08:22

16         Again, the harsh comments giving leash          18:08:31

17  corrections and pulling K-9 off source, that is        18:08:35

18  so fabricated.                                         18:08:39

19     Q.  That didn't happen?                             18:08:41

20     A.  It -- I did not give leash corrections.         18:08:44

21  I can tell you that that's -- I'm not going to         18:08:48

22  jerk any dog, and especially this dog.  So that's      18:08:52

1   a fabrication.                                           18:08:57

2       Q.  So let me ask you to be clear, is a leash        18:08:59

3   correction a jerk of the leash?                          18:09:02

4       A.  A leash correction is pulling hard on the        18:09:04

5   leash.  Basically, punishing the dog.  And -- and        18:09:07

6   that is so far from the truth.  Excessive leash          18:09:12

7   checks.  That's -- that's not the case at all.           18:09:23

8   It was, you know, you search.                            18:09:26

9           And so, again, there is excessive                18:09:29

10  exaggeration in these statements that are being          18:09:36

11  made.                                                    18:09:39

12      Q.  Okay.  So if I understand what you are           18:09:40

13  saying, you're saying you did not give a leash           18:09:43

14  correction, which would be jerking the dog,              18:09:46

15  correct?                                                 18:09:49

16      A.  I did not.                                        18:09:49

17      Q.  Okay.  And leash -- is a leash check             18:09:50

18  something different than a leash correction?             18:09:54

19      A.  I don't know.  I mean, I don't                   18:09:55

20  understand -- I'm trying to understand K-9               18:09:58

21  training verbiage, but that's not my expertise.          18:10:02

22      Q.  Okay.                                            18:10:02

1    A.  Reading this, it appears that I did                 18:10:12

2    nothing proper or correct.  And --                       18:10:16

3    Q.  Well, let me -- let me go back to the top             18:10:20

4    of the second line it says, "Handler assessed            18:10:23

5    area conducted clear as you go approach."                18:10:26

6        Does that suggest you did nothing                    18:10:28

7    correct?                                                  18:10:30

8    A.  I'm not saying that -- I assessed the                18:10:31

9    area and conduct a clear as you go approach, yes.         18:10:35

10   Q.  So that's correct.                                   18:10:37

11   A.  That would be what we're supposed to do.             18:10:39

12   So, that's the -- that was the exercise for that          18:10:41

13   day is the clear as you go approach?                      18:10:49

14   Q.  And apparently, from this it's saying                18:10:51

15   that you did that correctly, correct?                     18:10:54

16   A.  I don't know.  Would you -- would you                18:11:00

17   take it to mean that I did it correct?                    18:11:02

18   Q.  Well, it says, "Handler assessed the area            18:11:04

19   conducted clear as you go approach."                      18:11:08

20       And you're saying that was what the                  18:11:10

21   exercise called for, correct?                             18:11:13

22   A.  And then it says, "Only of the two aids              18:11:16

| | | |
|---|---|---|
| 1 | were located." | 18:11:18 |
| 2 | Q.  Right.  But does that have to -- does | 18:11:18 |
| 3 | that mean that you didn't assess the area and do | 18:11:19 |
| 4 | a clear as you go approach? | 18:11:20 |
| 5 | ATTORNEY ALDERMAN:  Objection.  Lack of | 18:11:23 |
| 6 | foundation. | 18:11:25 |
| 7 | BY ATTORNEY SCINDIAN: | 18:11:25 |
| 8 | Q.  Is that how you're reading it? | 18:11:25 |
| 9 | A.  I'm reading the whole entire sentence, | 18:11:26 |
| 10 | not just half of it. | 18:11:28 |
| 11 | Q.  Okay.  Well, what I'm saying is there | 18:11:29 |
| 12 | are -- what I'm trying to get at is the portions | 18:11:30 |
| 13 | of this you are disagree with.  One of the things | 18:11:32 |
| 14 | you said is the way this is -- you are reading | 18:11:35 |
| 15 | the entire thing and you are like, they -- I was | 18:11:38 |
| 16 | told I did good that day.  And apparently, as you | 18:11:40 |
| 17 | are reading this, it sounds like I did terribly. | 18:11:44 |
| 18 | And one of the things I'm pointing to you | 18:11:47 |
| 19 | is one of the things they're saying here is you | 18:11:48 |
| 20 | assessed the area and conducted a clear as you go | 18:11:51 |
| 21 | approach, correct? | 18:11:53 |
| 22 | A.  Correct. | 18:11:54 |

1    Q.  And that's what you did, correct?                18:11:55

2    A.  Correct.                                         18:11:56

3    Q.  And that would be saying you did that            18:11:57

4  correctly.                                             18:11:59

5        ATTORNEY ALDERMAN:  Objection.  Lack of          18:12:02

6  foundation.                                            18:12:03

7        THE WITNESS:  According to them, yes.            18:12:04

8  BY ATTORNEY SCINDIAN:                                  18:12:06

9    Q.  Okay.                                            18:12:06

10    A.  And in this statement, that's how I would       18:12:06

11  take it.                                              18:12:09

12    Q.  Okay.  And who told you did you a good          18:12:10

13  job that day?                                         18:12:12

14    A.  The other K-9 trainers that were -- were        18:12:13

15  watching the whole thing.  This was a -- a joint      18:12:16

16  effort with PBIED and -- and Static dogs.             18:12:18

17    Q.  Okay.  Do you remember specifically who         18:12:21

18  told you that?                                        18:12:24

19    A.  I -- I cannot recall who said it.  AJ           18:12:25

20  Turner or Cullen.  I can't remember which one.        18:12:32

21    Q.  Okay.  Do you dispute that only one of          18:12:34

22  the two aids were located?                            18:12:42

1    A.   No, that's a correct statement.                    18:12:44

2    Q.   Okay.  So you do dispute about the                 18:12:45

3  handler presented the shoe and as K-9 searched            18:12:50

4  and was about to respond, handler not looking             18:12:53

5  gave a leash correction pull K-9 off source,              18:12:55

6  correct?                                                  18:12:57

7    A.   What I'm saying is the -- the explanation          18:12:57

8  of the hide and -- and how I did things is                18:13:02

9  exaggeration of what took place.  Is what I'm             18:13:07

10  saying.                                                  18:13:15

11    Q.   And what I'm trying to figure out, which          18:13:15

12  is why I'm going line by line --                         18:13:16

13         (Simultaneous conversation.)                      18:13:20

14    A.   Okay.                                             18:13:20

15    Q.   -- is what part of this is not accurate?          18:13:20

16    A.   Okay.  So the first part where it said --         18:13:23

17  we'll go from the shoe.                                  18:13:27

18    Q.   Uhm-hmm.                                          18:13:28

19    A.   And as of the K-9 searched and was about          18:13:29

20  to respond.  Jayden was not about ready to               18:13:31

21  respond.                                                 18:13:36

22    Q.   Okay.                                             18:13:36

1    A.  Okay.  And then it said Handler not even                18:13:36

2  looking, you know, and then gave leash                        18:13:40

3  correction.                                                   18:13:42

4       I did not give a leash correction.  I                    18:13:42

5  presented another item, but that was not a leash              18:13:46

6  correction.                                                   18:13:49

7    Q.  Okay.                                                   18:13:49

8    A.  Okay.  And then pulled K-9 off of source.               18:13:51

9       There was no indication that he was on                   18:13:54

10  source.                                                      18:13:56

11    Q.  Okay.                                                  18:13:57

12    A.  All right.  "Leash handling:  Handler                  18:13:58

13  observed wrapping leash around her hand."                    18:14:01

14       I cannot confirm nor denied that, okay?                 18:14:04

15    Q.  Okay.                                                  18:14:08

16    A.  But then to control leash access.  You                 18:14:08

17  guys have seen me.  I'm only five-foot-four, and             18:14:10

18  trying to hold the leash and then letting it out             18:14:15

19  and then trying to bring it back in sometimes you            18:14:17

20  may not get it right and it may wrap around your             18:14:20

21  hand for a second to try to get the excess leash             18:14:23

22  back.                                                        18:14:28

| | |
|---|---|
| 1 | Are you going to say that I wrapped it | 18:14:28 |
| 2 | around my hand?  You know, is -- is that what we | 18:14:30 |
| 3 | are doing?  I'm trying to bring the leash back | 18:14:33 |
| 4 | in.  But we will go with that.  We'll say that -- | 18:14:35 |
| 5 | we'll agree with that one. | 18:14:35 |
| 6 | "Handler was observed relying on excess | 18:14:39 |
| 7 | least checks with minimal verbal." | 18:14:42 |
| 8 | I don't do leash checks.  Again, I'm | 18:14:44 |
| 9 | assuming that they're talking about the -- the | 18:14:47 |
| 10 | same thing that they're talking about, which is | 18:14:49 |
| 11 | the -- where is it -- the leash correction. | 18:14:52 |
| 12 | Q.  Okay.  But you don't -- | 18:14:55 |
| 13 | (Simultaneous conversation.) | 18:14:57 |
| 14 | A.  So now they're the leash correction at | 18:14:57 |
| 15 | the top and now they're saying leash checks | 18:14:58 |
| 16 | again. | 18:15:01 |
| 17 | Q.  Do you know if those two things are the | 18:15:01 |
| 18 | same? | 18:15:03 |
| 19 | A.  I do not. | 18:15:03 |
| 20 | Q.  Okay. | 18:15:05 |
| 21 | A.  If I were a betting person or a person -- | 18:15:06 |
| 22 | that's kind of how I would take it.  So it's like | 18:15:10 |

| | | |
|---|---|---|
| 1 | they are using similar words in two different | 18:15:12 |
| 2 | sentences to make it sound like I did worse than | 18:15:15 |
| 3 | what was actually taking place is.  Does that -- | 18:15:20 |
| 4 | (Simultaneous conversation.) | 18:15:23 |
| 5 | Q.  Well -- I understand what you are saying. | 18:15:23 |
| 6 | But one of the things that I'm trying to | 18:15:25 |
| 7 | understand is you said you don't know what a | 18:15:28 |
| 8 | leash check is, correct? | 18:15:30 |
| 9 | A.  I do not know what they mean by a leash | 18:15:33 |
| 10 | check. | 18:15:36 |
| 11 | Q.  Okay. | 18:15:36 |
| 12 | A.  Okay. | 18:15:37 |
| 13 | Q.  And so because you don't know what it -- | 18:15:37 |
| 14 | what they mean by that, you don't know if they're | 18:15:41 |
| 15 | referring to two different things, correct? | 18:15:43 |
| 16 | A.  That would be the way that you're saying | 18:15:47 |
| 17 | that, yes. | 18:15:50 |
| 18 | Q.  Okay.  Anything else that you believe is | 18:15:50 |
| 19 | inaccurate in this comments section? | 18:15:55 |
| 20 | A.  I'm -- I'm -- I'm going to say that I | 18:16:07 |
| 21 | guess it's an accurate depiction of what they | 18:16:12 |
| 22 | saw. | 18:16:16 |

1    Q.  Okay.  Second page.                              18:16:19

2    A.  (Complied.)                                      18:16:21

3    Q.  Under the comments section:                      18:16:26

4        "Hide No. 3 and No. 4:  Certification            18:16:29

5    configuration with 32 bags, 2 rows.                  18:16:29

6        "Hide No. 3:  K-9 started to bite the            18:16:33

7    handle of the bag.  Handler gave correction, and     18:16:36

8    when she returned, K-9 showed no COB.  Additional    18:16:38

9    training to eliminate aggression towards computer    18:16:44

10   bag.  See Hide No. 7.                                18:16:47

11       "When searching luggage, handler                 18:16:50

12   struggles to understand the difference between       18:16:52

13   working and alerting to odor.  Four times the        18:16:55

14   handler conditioned a sit on blank bags.             18:16:58

15       "Hide No. 5 and 6:  6 vehicles searches,         18:17:01

16   2 large flatbed trucks and 4 school buses.           18:17:05

17   Handler incorporate more verbal commands during      18:17:09

18   the vehicles search, and the search appeared to      18:17:11

19   be more fluent and less stressful on the K-9.        18:17:12

20   Bus No. 1, too much time conducting -- conducted     18:17:17

21   interior but on Bus No. 2 handler maintained a       18:17:21

22   better pace.  The search was more deliberate and     18:17:23

| | | |
|---|---|---|
| 1 | fluent.  Handle directed to continue with | 18:17:26 |
| 2 | technique discussed. | 18:17:29 |
| 3 | "Hide No. 5:  Exposure exercise to | 18:17:29 |
| 4 | evaluate the K-9's confidence on the back of the | 18:17:32 |
| 5 | truck.  No issues observed. | 18:17:34 |
| 6 | "Hide No. 7:  Conduct exercise to reduce | 18:17:36 |
| 7 | K-9's aggression towards computer bags.  K-9 | 18:17:40 |
| 8 | showed improvement, but -- but would benefit from | 18:17:44 |
| 9 | additional drills." | 18:17:47 |
| 10 | Did I read that correctly? | 18:17:48 |
| 11 | A.  That is a correct statement. | 18:17:49 |
| 12 | Q.  Okay. | 18:17:51 |
| 13 | A.  Or correct. | 18:17:51 |
| 14 | Q.  Anything in this comments section that | 18:17:52 |
| 15 | you disagree with? | 18:17:54 |
| 16 | A.  I'm going to have to take it that | 18:18:03 |
| 17 | that's -- that's an accurate statement I am | 18:18:07 |
| 18 | assuming. | 18:18:11 |
| 19 | Q.  Okay.  And, again, you signed this | 18:18:11 |
| 20 | document, correct? | 18:18:13 |
| 21 | A.  Yes. | 18:18:14 |
| 22 | Q.  Which indicates that you received it | 18:18:16 |

1  during training, correct?                    18:18:19

2      A.  Correct.                              18:18:21

3      Q.  All right.                            18:18:22

4      A.  Hold on.  Okay.                       18:18:35

5      Q.  Okay.  Let's turn to the next page, USCP   18:18:50

6  000096.                                       18:18:54

7          This is another training form for you,    18:18:59

8  Officer Van Meter, correct?                   18:19:02

9      A.  That would be correct.                18:19:04

10     Q.  And this one is dated October 5, 2017,    18:19:05

11  correct?                                      18:19:08

12     A.  Correct.                              18:19:08

13     Q.  I'm looking at Page 2 of this document.   18:19:10

14  Under the box "entitled handler," it's 2 boxes    18:19:14

15  are checked "inconsistent search pattern" and     18:19:19

16  "poor leash control," correct?               18:19:23

17     A.  That's correct.                       18:19:25

18     Q.  And under the box marked "dog," it    18:19:26

19  says -- I'm sorry.  The box entitled "unexplained   18:19:29

20  false responses" is checked and also a box that    18:19:34

21  says "other NPR's 3 to 1 handler created."   18:19:38

22          Do you see that?                     18:19:44

1      A.  I do.                                      18:19:46

2      Q.  Okay.  Comments under in the comments     18:19:46

3  section.                                          18:19:52

4          "Hide No. 1 Scenario:  ATLAS activation.  18:19:53

5  Two teams assigned to conduct an ATLAS on the     18:19:57

6  exterior perimeter of the building.  Handlers     18:20:01

7  discussed the area, divided the search area, and  18:20:04

8  included overlapping the adjoining search areas.   18:20:07

9  Teams split.                                      18:20:09

10         "Handler deployed to her assigned search   18:20:09

11  area and completed the search to include          18:20:12

12  overlapping the adjoining area.                   18:20:14

13         "Team assigned to search areas with        18:20:16

14  training aid.                                     18:20:18

15         "Handler hesitantly reacted to the         18:20:19

16  noticeable change -- noticeable -- noticeable     18:20:23

17  behavior change in the K-9.  Needs to be less     18:20:27

18  restrictive or heavy footed when the K-9 has      18:20:29

19  alerted to the trained odor.  Be more responsive  18:20:32

20  to his COB and lighter on your feet giving the    18:20:36

21  K-9 the ability and freedom to work the door more 18:20:42

22  independently.                                    18:20:42

1        "K-9 pulled to the generator and started        18:20:44

2   working the odor around near source and the base.    18:20:46

3   Handler recognized the change of behavior but was    18:20:48

4   slow to react to his change, appeared to be          18:20:51

5   waiting only on the sit.  React to what you see      18:20:54

6   and detail interest -- interest areas.               18:20:57

7        "Hide No. 2 HM:  Inconsistent search            18:21:00

8   pattern with poor leash management.  Handler         18:21:04

9   needs to be able to apply the basic techniques,"     18:21:09

10  parenthesis, "taught and demonstrate," end           18:21:12

11  parenthesis, "to control and manage an effective     18:21:14

12  search.                                              18:21:16

13       "Technique discussed adjust the pitch,          18:21:18

14  voice to slow or speed up search as well as leash    18:21:21

15  length if K-9 is overly excited."  Continue below    18:21:25

16  -- continued from above:                             18:21:31

17       "Only allow a couple of feet of leash and       18:21:32

18  only after you have obtained the desired behavior    18:21:35

19  control then allow more leash.  These are            18:21:39

20  decisions the handler will be required to make       18:21:41

21  during operational utilization to increase the       18:21:44

22  reliability of the team.                             18:21:46

```
1        "At this phase of training, this should      18:21:48
2   be a subconscious response by the handler and     18:21:50
3   should not need the reminders from of the         18:21:53
4   trainers.                                          18:21:56
5        "Hide No. 3:  Recognized the COB.  Again,    18:21:57
6   reminded when behavior change is observed, start  18:22:00
7   looking for potential presentation areas which    18:22:03
8   support presence of odor by allowing him to pull  18:22:05
9   to opposite section.  However, K-9 received       18:22:09
10  several leash checks, poor leash handling," in    18:22:15
11  parentheses, "during the process, which creates   18:22:18
12  confusion and frustration in the K-9.  Because of 18:22:18
13  the issues observed with the -- with the handlers 18:22:24
14  leash handling skills" --                          18:22:25
15       Continued on continuation sheet:             18:22:28
16       "Trainer had a conversation with the         18:22:31
17  handler regarding the poor leash work during the  18:22:33
18  seating-search stressed the consequence from      18:22:35
19  applying constant steady leash pressure that      18:22:40
20  triggers the opposition reflex behavior," in      18:22:40
21  parenthesis, "K-9 pulling harder and makes it     18:22:46
22  more difficult to distinction between" --         18:22:49
```

1   "between and working and alerting COB to the          18:22:53

2   presence of the trained odor.  Trainer                18:22:56

3   demonstrated correct technique to control the         18:22:59

4   search and K-9 responded very well.                   18:23:02

5        "Hide 5 and 6:  Three NPR's.  Pace               18:23:06

6   contributed to one of the three.  Handler            18:23:11

7   reminded to maintain a fluent pace, be mindful of    18:23:11

8   over presenting or remaining stationary after        18:23:17

9   presenting.                                           18:23:20

10       "Hide No. 6:  Handler present no odor           18:23:21

11  available."                                           18:23:25

12       Okay.  Stopping there, do you have a            18:23:25

13  basis to dispute the accuracy of any of the          18:23:30

14  statements made so far?                               18:23:35

15     A.  I don't have a basis.  I don't know what      18:23:36

16  -- I don't recall this day.                           18:23:39

17     Q.  Okay.                                          18:23:41

18       Continuing on:                                   18:23:44

19       "After training, the following                   18:23:45

20  individuals," in parentheses, "Sergeant Phelps,      18:23:48

21  T.  Hill, CK Turner, AJ, and Smalls M conducted a    18:23:51

22  meeting with the handler to discuss see handler's    18:23:58

1   performance.  See comments below.  Discussed          18:24:03

2   handler inconsistent search patterns.  When to        18:24:04

3   assist K-9 once handler noticed change of             18:24:07

4   behavior to training aid.  Make a presentation        18:24:11

5   with hand and then move it from search area verse     18:24:12

6   guiding -- verse guiding the K-9 with hand.           18:24:25

7        "Handler mentioned conflicting training          18:24:29

8   information.  Handler was advised that every          18:24:32

9   training exercise is different and the handler        18:24:34

10  needs to adjust to the exercise.                      18:24:36

11       "When running a known exercise, the              18:24:38

12  handler is quick to condition the K-9 versus when     18:24:41

13  the exercise is unknown the handler is not sure       18:24:45

14  when to step in and assist K-9.                        18:24:48

15       "Handler was advised that she needs to           18:24:51

16  improve from her previous performance due to the      18:24:54

17  class entering Week 10 of training.  Normally,        18:24:56

18  Week 10 trainees are polishing their skills and       18:25:00

19  preparing for their final environmental testing."     18:25:03

20       Okay.  Did I read that correctly?                18:25:06

21    A.  As far as I can read through the                18:25:07

22  handwriting.                                           18:25:10

1    Q.  Do you remember this discussion with          18:25:11

2    Sergeant Phelps, T. Hill, CK Turner, AJ -- I'm     18:25:16

3    sorry, CK Hill.  I got that all wrong.  Sergeant   18:25:18

4    Phelps, Hill, Turner, and Smalls?                  18:25:24

5    A.  I don't recall the actual day.                 18:25:29

6    Q.  Okay.                                          18:25:32

7    A.  But -- okay.                                   18:25:32

8    Q.  Do you have any reason to dispute that         18:25:34

9    this discussion occurred?                          18:25:37

10   A.  No.  No, I don't have anything.                18:25:42

11   Q.  Okay.  And do you have any reason to           18:25:45

12   dispute that his was the topic of discussion?      18:25:46

13   A.  From what is written, I -- I cannot            18:25:49

14   dispute.                                           18:25:52

15   Q.  Okay.  And looking back at USCP 000097,        18:25:53

16   just confirming that's your signature at the       18:26:07

17   bottom of the page there?                          18:26:11

18   A.  It is.                                         18:26:13

19   Q.  And it's your signature also on               18:26:13

20   Page 000098, correct?                              18:26:17

21   A.  That's correct.                                18:26:19

22   Q.  Okay.  And that indicates that you             18:26:19

1  received these documents during training,

2  correct?

3     A.  Okay.  So just to be clear, I signed that

4  I know of to the -- to the typed part.  I do not

5  recall the written portion of it down here, okay.

6     Q.  Okay.  So it's possible that the document

7  you signed was the portion that's typed.

8     A.  Typed.

9     Q.  And not the notes that are handwritten

10 that occurred from the meeting that was had with

11 Smalls, Turner --

12        (Simultaneous conversation.)

13    A.  Correct.

14    Q.  Hill, and Smalls?

15    A.  I'm not going to confirm that.

16    Q.  Okay.  Understood.  Turning to the next

17 page.

18    A.  (Complied.)

19    Q.  This is another training form for you,

20 Officer Van Meter, correct?

21    A.  That's correct.

22    Q.  And this one is for October 10, 2017,

18:26:21
18:26:24
18:26:25
18:26:29
18:26:36
18:26:40
18:26:43
18:26:46
18:26:47
18:26:49
18:26:52
18:26:53
18:26:53
18:26:54
18:26:56
18:26:59
18:27:01
18:27:02
18:27:02
18:27:07
18:27:07
18:27:08

1    correct?                                          18:27:11

2        A.   That's correct.                          18:27:12

3        Q.   And turning to page USCP 000100, which is 18:27:13

4    the next page.  Under the comments section, it    18:27:20

5    reads:                                            18:27:27

6        "Hide No. 1:  Handler given search area       18:27:27

7    of stairway to stairway glass doors to pillars.   18:27:30

8    Good search by handler.  However, handler never   18:27:34

9    searched the stairways.  Handler terminated her   18:27:36

10   search.                                           18:27:40

11       "Handler was brought back in to discuss       18:27:41

12   her search area.  Handler stated she asked about  18:27:43

13   searching the stairway and was told her search    18:27:46

14   area again as above.                              18:27:50

15       "On handler's second attempt, she was         18:27:51

16   given a search area of the electronic ticket      18:27:53

17   machine on the left stairway and electronic       18:27:56

18   ticket machine to the right.  Handler searched    18:28:00

19   the ticket machines on both sides and only the    18:28:03

20   left and the right side of the stairway.  Handler 18:28:05

21   advised she had nothing.                          18:28:09

22       "Sergeant Phelps informed handler she         18:28:12

| | | |
|---|---|---|
| 1 | never searched the center railings of the | 18:28:13 |
| 2 | stairway.  Once handler got K-9 on the correct | 18:28:17 |
| 3 | side of training aid, K-9 showed a good COB. | 18:28:18 |
| 4 | "Hide No. 2:  Handler was given entire | 18:28:22 |
| 5 | room except behind the bar area, cafeteria and | 18:28:24 |
| 6 | stay of the walls with the TV's.  Handler | 18:28:29 |
| 7 | conducted a decent search.  Handler searched the | 18:28:33 |
| 8 | electronic ticket machine in the center of the | 18:28:35 |
| 9 | back wall with the windows.  At one point, K-9 | 18:28:38 |
| 10 | went up on window ledge and was called off by | 18:28:41 |
| 11 | handler.  Handler complete the room search | 18:28:44 |
| 12 | without searching the exterior windows." | 18:28:46 |
| 13 | Continue blow. | 18:28:50 |
| 14 | "After handler terminated her search, the | 18:28:50 |
| 15 | handler was advised by myself and Instructor | 18:28:50 |
| 16 | Cullen she never got her K-9 up on the windows | 18:28:55 |
| 17 | wooden blind area -- wooden blinds areas," in | 18:28:59 |
| 18 | parentheses. "Handler went back and searched the | 18:29:02 |
| 19 | windows with K-9 showing a good COB. | 18:29:04 |
| 20 | "Hide No. 3:  Handler conducted a good | 18:29:09 |
| 21 | search of the bathroom and searched the exterior | 18:29:12 |
| 22 | of the utility closet before entering.  Once | 18:29:14 |

| | | |
|---|---|---|
| 1 | inside, K-9 showed at good COB and responded. | 18:29:18 |
| 2 | "Hide No. 4:  Good search.  K-9 showed a | 18:29:22 |
| 3 | good COB and handler reacted well. | 18:29:26 |
| 4 | "Hide No. 5:  K-9 showed a good COB.  K-9 | 18:29:30 |
| 5 | buried up under the cab of the truck and came | 18:29:34 |
| 6 | out.  Handler went to step to her right, however, | 18:29:36 |
| 7 | K-9 went to training aid and responded sit," in | 18:29:40 |
| 8 | parenthesis. | 18:29:43 |
| 9 | "Handler needs to be quicker reading the | 18:29:44 |
| 10 | K-9's COB and responding not allowing the K-9 to | 18:29:47 |
| 11 | do everything." | 18:29:51 |
| 12 | Did I read that correctly? | 18:29:51 |
| 13 | A.  Yes. | 18:29:53 |
| 14 | Q.  Okay.  Is there anything in what I've | 18:29:54 |
| 15 | read that appears -- that you have a basis to | 18:29:58 |
| 16 | believe is inaccurate? | 18:30:02 |
| 17 | A.  It's not an accurate depiction. | 18:30:04 |
| 18 | Q.  You said it's not an accurate depiction? | 18:30:08 |
| 19 | A.  On Hide No. 1.  So if I recall this one | 18:30:11 |
| 20 | correctly, when you walked in the stairway here | 18:30:14 |
| 21 | had been roped off, so we were told what was | 18:30:19 |
| 22 | stated was go from here to the stairway.  So I | 18:30:23 |

| | | |
|---|---|---|
| 1 | went from there to the stairway. | 18:30:28 |
| 2 | Q. Okay. | 18:30:32 |
| 3 | A. And according to Phelps, "Really? If I | 18:30:32 |
| 4 | told to go to the blue car, are you going to | 18:30:37 |
| 5 | search the blue car or are you going to just do | 18:30:40 |
| 6 | it right before the blue car?" | 18:30:43 |
| 7 | I was taking it for word that he wanted | 18:30:44 |
| 8 | me to go to the stairway. | 18:30:45 |
| 9 | Q. Okay. | 18:30:48 |
| 10 | A. So the instructions I took to mean to, | 18:30:48 |
| 11 | and he meant beyond to. | 18:30:52 |
| 12 | Q. Okay. | 18:30:56 |
| 13 | A. So that is an incorrect depiction of what | 18:30:57 |
| 14 | actually happened or how there was a discrepancy | 18:31:04 |
| 15 | again, on, you know, things that the -- the | 18:31:10 |
| 16 | trainers state and how it's taken by new | 18:31:14 |
| 17 | handlers? | 18:31:19 |
| 18 | Q. Okay. Anything else that's inaccurate? | 18:31:20 |
| 19 | A. Okay. So and so I remember this bar area | 18:31:24 |
| 20 | cafeteria and stay off the walls with the TV. | 18:31:37 |
| 21 | Q. Uhm-hmm? | 18:31:42 |
| 22 | A. And what it is it's a -- it's a wooden | 18:31:42 |

1    almost like wings cutting.  It's a -- it's a nice        18:31:45

2    area the cafeteria.  People were in there.  So          18:31:46

3    when I searched because it had the -- the wooden        18:31:50

4    shutters, I didn't want the dog's claws on that.        18:31:52

5        Q.  Uhm-hmm.                                        18:31:58

6        A.  I did bring the dog up with no indication       18:31:59

7    because when I started clearing the room because        18:32:02

8    there was a vent.  I noticed my dog indicated and       18:32:05

9    then slowly figured out where it was coming from.       18:32:08

10           I do not recall them telling me to go           18:32:11

11   back and search there.  I recall actually finding       18:32:18

12   the odor and taking the dog over there.                 18:32:22

13           So again, they're -- they're stating that       18:32:25

14   they're the ones that helped me with the -- the         18:32:27

15   window ledge and -- or the window search, and I         18:32:35

16   have a different recollection of that.                  18:32:38

17       Q.  Okay.  Anything else?                           18:32:40

18       A.  Not -- not that I recall.  I mean, a lot        18:32:46

19   of these searches are starting to blend in.             18:32:49

20       Q.  Understood.                                     18:32:52

21           And finally, that's your signature on           18:32:53

22   this page, correct?                                     18:32:56

1      A.  It is.                                    18:32:58

2      Q.  Which indicates that you saw this during  18:32:58

3   training, correct?                               18:33:02

4      A.  I did.                                     18:33:03

5      Q.  Okay.  Turn to page USCP 003131, please?  18:33:04

6      A.  3131?                                      18:33:11

7      Q.  Yes.                                       18:33:13

8      A.  (Complied.)                                18:33:15

9      Q.  Okay.  This is another training form for   18:33:16

10  you, Officer Van Meter; is that correct?         18:33:18

11     A.  Yes.                                       18:33:22

12     Q.  Okay.  And this one is dated October 16,   18:33:22

13  2017; is that correct?                           18:33:26

14     A.  From the date, yes.                        18:33:27

15     Q.  Okay.  Turning to Page 2 of this           18:33:28

16  document, which is USCP 003132.  If you look     18:33:30

17  under the handler section, it indicates poor     18:33:36

18  leash control and other see below, correct?      18:33:39

19     A.  That's what it says.                       18:33:43

20     Q.  Okay.  And then in the common section, it  18:33:44

21  reads:                                           18:33:46

22          "Good use of lead and search pattern in   18:33:47

| | | |
|---|---|---|
| 1 | tight areas.  K-9 showed interest on a vehicle | 18:33:50 |
| 2 | prior to aid that handler was quick to look to | 18:33:51 |
| 3 | trainers for confirmation.  Handler conditioned | 18:33:55 |
| 4 | final response and advised to continue working. | 18:33:58 |
| 5 | Once in the area of aid, K-9 responded well on | 18:34:00 |
| 6 | trained odor. | 18:34:05 |
| 7 | "Hide No. 2:  Trainer Hill advised | 18:34:06 |
| 8 | handler to re-search area.  Handler stated, 'I | 18:34:06 |
| 9 | thought that was interest.'  Handler reminded if | 18:34:09 |
| 10 | you observe interest don't leave area without a | 18:34:12 |
| 11 | detailed search. | 18:34:15 |
| 12 | "Hide No. 3:  Handler could not provide a | 18:34:18 |
| 13 | justification when asked by the trainers as to | 18:34:21 |
| 14 | why she started on the upwind side.  At this | 18:34:23 |
| 15 | phase in the training, the handler should without | 18:34:27 |
| 16 | hesitation be able to provide explanation and | 18:34:30 |
| 17 | justification for her deployment decisions.  This | 18:34:31 |
| 18 | decision is based on the handler's assessment to | 18:34:34 |
| 19 | the environmental conditions and not just | 18:34:37 |
| 20 | arbitrarily, which leads to concerns as to why | 18:34:38 |
| 21 | she was unable to justify the search pattern. | 18:34:41 |
| 22 | "Handler observed wrapping the leash | 18:34:45 |

1   around her hand, which is not recommended.  She          18:34:47

2   was again reminded to use the technique being            18:34:51

3   taught."                                                 18:34:51

4          Continued blow.                                   18:34:53

5          "K-9 showed no COB on aid.  Handler               18:34:54

6   advised to condition K-9 on aid and give verbal          18:34:57

7   praise and research bag until K-9 showed a change        18:34:59

8   in final response on aid.  Re-ran Hide No. 4 to          18:35:03

9   reinforce -- to reinforce final response at              18:35:07

10  source."                                                 18:35:09

11         Did I read that correctly?                        18:35:10

12     A.  You read that.                                    18:35:11

13     Q.  Okay.  Is there anything in the comment           18:35:13

14  section of this page that you dispute?                   18:35:18

15     A.  Nothing that I can -- nothing that I -- I         18:35:39

16  can recall.  Again, the days are all starting to.        18:35:44

17     Q.  Okay.  And again -- I'm sorry.                    18:35:49

18         (Simultaneous conversation.)                      18:35:52

19     A.  I'm sorry, there is.                              18:35:52

20     Q.  Uhm-hmm.                                          18:35:53

21     A.  Okay.  When it talks -- Hide No. 1.               18:35:54

22     Q.  Yes.                                              18:35:54

1    A.  And I'm going to skip down a couple of          18:35:56

2  sentence -- things.                                   18:35:59

3    Q.  Uhm-hmm.                                        18:35:59

4    A.  It says that the handler was quick to           18:36:00

5  look for trainers for confirmation.                   18:36:04

6    Q.  Uhm-hmm?                                         18:36:06

7    A.  You see that?                                    18:36:07

8    Q.  Yes?                                             18:36:08

9    A.  Well, because if you -- the couple -- the       18:36:08

10  last few ones that you've pointed out to me.  I       18:36:11

11  hope you did realize that under dog, it was           18:36:14

12  saying unexplained false response.                    18:36:18

13    Q.  Yes.                                            18:36:20

14    A.  So there are times that a dog may give a        18:36:21

15  false response, which is sometimes why you have       18:36:24

16  to wait for the trainer's confirmation.               18:36:27

17    Q.  Yes.                                            18:36:31

18    A.  So again reading this, yes, I used good         18:36:32

19  leash control, but then here we go into look for      18:36:37

20  trainers for confirmation.  It's -- and then is       18:36:40

21  that -- I'm assuming that the score up here --        18:36:52

22        (Simultaneous conversation.)                    18:36:52

1      Q.  Okay.                                    18:36:52

2      A.  I mean, which -- which hide would that be   18:36:59

3  under?  Is that going to be F, as in "find"?    18:37:03

4         You know, just sometimes why you -- like  18:37:08

5  handler stated, "I thought that was of no       18:37:11

6  interest."                                      18:37:14

7         Again, because of the unexplained false  18:37:15

8  responses, you -- there are times that he showed  18:37:17

9  a change of behavior but come to find out it was  18:37:20

10 a false response.                               18:37:22

11     Q.  Okay.                                    18:37:26

12     A.  So --                                    18:37:26

13         (Simultaneous conversation.)            18:37:26

14     Q.  So it's not that you dispute that you   18:37:26

15 were quick to look to trainers for confirmation.  18:37:28

16 You're saying there's a reason why you were quick  18:37:30

17 to look for confirmation?                       18:37:33

18     A.  Exactly.                                 18:37:35

19     Q.  And then, the same as with the "I thought  18:37:36

20 that was interest."  Again, you were concerned  18:37:39

21 about false responses and so you were providing  18:37:42

22 your reasoning for doing what you were doing?   18:37:45

| | | |
|---|---|---|
| 1 | A. Yes. | 18:37:46 |
| 2 | Q. Okay. Anything else? | 18:37:47 |
| 3 | A. Not that I can -- | 18:37:48 |
| 4 | (Simultaneous conversation.) | 18:37:49 |
| 5 | Q. All right. And this was a document you | 18:37:49 |
| 6 | received during training, correct? | 18:37:55 |
| 7 | A. I would agree, yes. | 18:37:59 |
| 8 | Q. Okay. Final one that we are going to | 18:38:01 |
| 9 | look at today is the next page USCP 003133. | 18:38:03 |
| 10 | And again this is a training document for | 18:38:12 |
| 11 | you, Officer Van Meter? | 18:38:15 |
| 12 | A. (Complied.) | 18:38:16 |
| 13 | Did you ask me a question? | 18:38:27 |
| 14 | Q. Yes. Yes. | 18:38:29 |
| 15 | A. I'm so sorry. | 18:38:29 |
| 16 | Q. I apologize. I will state it again. | 18:38:30 |
| 17 | Is this a training document for you, | 18:38:33 |
| 18 | Officer Van Meter? | 18:38:35 |
| 19 | A. It appears to be, yes. | 18:38:35 |
| 20 | Q. Okay. And it's dated October 17, 2017, | 18:38:37 |
| 21 | correct? | 18:38:40 |
| 22 | A. That's correct. | 18:38:40 |

1    Q.  All right.  Looking in the comments                    18:38:41

2    section on the first page, if says:                        18:38:45

3         "Hide No. 1 and Hide No. 2:  10 vehicles              18:38:48

4    search.                                                    18:38:52

5         "Hide No. 1:  K-9 tunneled under vehicle             18:38:53

6    and went back three times before handler                  18:38:59

7    conditioned the sit response.  Handler error HE.          18:39:01

8    During the course of the search, K-9 managed to           18:39:06

9    pull handler back to location of Aid No. 1 and            18:39:07

10   the handler responded by verbally saying, 'You've         18:39:09

11   already found that one,' and started to pull the          18:39:12

12   K-9 away from the source.                                 18:39:15

13        "The handler's reaction was incorrect and            18:39:17

14   goes against the principles of conditioning and           18:39:19

15   actually can create confusion in the K-9.                 18:39:21

16   Handler was immediately corrected and advised to          18:39:21

17   return K-9 to the area for a reward.                      18:39:25

18        "Handler was then reminded that whenever             18:39:29

19   a K-9 alerts to the presence of trained odor, he          18:39:30

20   needs to be reward," in parentheses, "verbal              18:39:33

21   praises or verbal praise with reward" -- close            18:39:38

22   parenthesis.                                              18:39:40

| | | |
|---|---|---|
| 1 | "Hide No. 2:  Handler miss.  Inconsistent | 18:39:41 |
| 2 | search pattern and at times, physically | 18:39:44 |
| 3 | struggling to maintain control -- maintain of | 18:39:46 |
| 4 | control of K-9.  Discussed handler deficiencies," | 18:39:49 |
| 5 | parenthesis, "inconsistent search patterns and | 18:39:53 |
| 6 | showing K-9 searches area/items being | 18:39:56 |
| 7 | presented," close parenthesis, "which contributed | 18:39:59 |
| 8 | to the miss. | 18:40:02 |
| 9 | "Handler returned to rerun Hide No. 2. | 18:40:04 |
| 10 | This time pace was better.  Presentation more | 18:40:08 |
| 11 | effective.  K-9 responded off source ROS," in | 18:40:10 |
| 12 | parentheses, "TA to source for final and reward. | 18:40:15 |
| 13 | PBIED PE discussed and demonstrated visual | 18:40:23 |
| 14 | screening technique. | 18:40:28 |
| 15 | "The following mocked IED's were randomly | 18:40:30 |
| 16 | placed in vehicles taped phone front armrest area | 18:40:34 |
| 17 | with wires running to trunk.  Double switch | 18:40:38 |
| 18 | located overhead console with wire running to | 18:40:41 |
| 19 | trunk.  Pipe bomb with clock and batteries on | 18:40:45 |
| 20 | passenger side floor board.  Two stick dynamite | 18:40:46 |
| 21 | under car. | 18:40:46 |
| 22 | "Hide No. 3:  Handler pace was slow to | 18:40:46 |

| | | |
|---|---|---|
| 1 | start.  K-9 became noticeable frustrated to | 18:40:52 |
| 2 | started to jump -- started jumping up on the | 18:40:55 |
| 3 | handler.  K-9 alerted and pulled over to vehicle | 18:40:58 |
| 4 | with the aid." | 18:41:00 |
| 5 | Continue on the reverse side. | 18:41:01 |
| 6 | "Hide No. 3 continued:  Discussed the | 18:41:04 |
| 7 | search pace and frustration behavior exhibited by | 18:41:06 |
| 8 | the K-9. | 18:41:06 |
| 9 | "Hide No. 4:  During the search, handler | 18:41:11 |
| 10 | looked inside bed of truck noticed the potential | 18:41:12 |
| 11 | device and depart the area.  Good decision. | 18:41:13 |
| 12 | "Hide No. 5:  Handler pace too slow. | 18:41:18 |
| 13 | Handler didn't notice COB by K-9 when coming off | 18:41:21 |
| 14 | the back of Yukon parked down wind of source HE. | 18:41:23 |
| 15 | Trainer provided an explanation of the K-9 COB. | 18:41:27 |
| 16 | This exercise was recorded and reviewed back in | 18:41:30 |
| 17 | the classroom. | 18:41:33 |
| 18 | "After watching the video, handler stated | 18:41:33 |
| 19 | she had a better understand of the explanation | 18:41:35 |
| 20 | from the trainers.  The dynamics of the search | 18:41:37 |
| 21 | are constantly changing and the handler needs to | 18:41:41 |
| 22 | be able to make the adjusts based on the totality | 18:41:44 |

1    of the circumstances," in parenthesis, searchable          18:41:45

2    area, understanding how environmental effect odor          18:41:48

3    dispersion while adjusting and adopting to the             18:41:53

4    change, K-9 search intensity and focus," close             18:41:57

5    parentheses, "to ensure the search is effective.           18:41:58

6           "The handler has demonstrated                       18:42:01

7    inconsistencies when it comes to applying the              18:42:03

8    basic mechanics of detection work.  However, when          18:42:05

9    the dynamics of the search changes, she struggles          18:42:08

10   to make -- to make the necessary adjustments."             18:42:10

11          Continue below.                                     18:42:15

12          "Handler needs to demonstrate more                  18:42:16

13   consistency when applying the basic fundamentals           18:42:17

14   and mechanics of detection work as well as base            18:42:20

15   her decision," in parenthesis, "reactions," close          18:42:24

16   parenthesis, "on the totality of the                       18:42:28

17   circumstances.  Tech Cullen T assisted with                18:42:30

18   training."                                                 18:42:36

19          Okay.  Did I read all that correctly?              18:42:36

20       A.  I believe so.                                      18:42:37

21       Q.  Okay.  Anything you dispute from the              18:42:38

22   comments section?                                          18:42:40

| | | |
|---|---|---|
| 1 | A.  I -- I cannot say -- I -- I will be very | 18:42:42 |
| 2 | honest with you because I recall this time frame. | 18:42:49 |
| 3 | There was some type of cold or whatever going on | 18:42:55 |
| 4 | out of the K-9 training. | 18:42:59 |
| 5 | Q.  Okay. | 18:43:00 |
| 6 | A.  And I was, like, it had hit me during | 18:43:00 |
| 7 | training and I was sick as a dog this day.  So I | 18:43:04 |
| 8 | can tell you that I know I wasn't on my A-game. | 18:43:07 |
| 9 | Q.  Okay. | 18:43:11 |
| 10 | A.  I will -- I will admit that.  But I mean, | 18:43:11 |
| 11 | like, sitting there dragging just to try -- | 18:43:15 |
| 12 | because again, you can't -- you can't quit.  You | 18:43:18 |
| 13 | don't give up.  You keep moving. | 18:43:20 |
| 14 | So I'm going to say that that's probably | 18:43:22 |
| 15 | a fair statement of their depiction of my day. | 18:43:29 |
| 16 | Q.  Okay.  And, again, it's your signature | 18:43:32 |
| 17 | that appears -- | 18:43:36 |
| 18 | (Simultaneous conversation.) | 18:43:37 |
| 19 | A.  It is. | 18:43:37 |
| 20 | Q.  Okay.  On this document?  And which | 18:43:37 |
| 21 | indicates you received this document during | 18:43:43 |
| 22 | training? | 18:43:45 |

|   |   |   |
|---|---|---|
| 1 | A.  Yes. | 18:43:45 |
| 2 | Q.  Okay.  We can put this exhibit aside? | 18:43:46 |
| 3 | A.  Okay. | 18:43:48 |
| 4 | (Complied.) | 18:44:14 |
| 5 | (Off-the-record discussion.) | 18:44:51 |
| 6 | BY ATTORNEY SCINDIAN: | 18:44:51 |
| 7 | Q.  Handing you what's marked as Plaintiff's | 18:44:52 |
| 8 | Exhibit 8? | 18:44:56 |
| 9 | (THEREUPON, Exhibit 8 was marked by the | 18:44:56 |
| 10 | court reporter.) | 18:44:58 |
| 11 | BY ATTORNEY SCINDIAN: | 18:44:58 |
| 12 | Q.  And that is -- the Bates number for this | 18:44:58 |
| 13 | exhibit is Van Meter production 000620, and | 18:44:59 |
| 14 | 000621. | 18:45:04 |
| 15 | Do you recognize this document? | 18:45:06 |
| 16 | A.  I do. | 18:45:08 |
| 17 | Q.  Okay.  What is this document? | 18:45:09 |
| 18 | A.  The text message I sent my son who is in | 18:45:11 |
| 19 | the Air Force. | 18:45:14 |
| 20 | Q.  And to someone in the Air Force whose | 18:45:15 |
| 21 | name is Steven, correct? | 18:45:18 |
| 22 | A.  That is my son, yes. | 18:45:19 |

| | | |
|---|---|---|
| 1 | Q. Oh, your son. Sorry. I thought you said | 18:45:20 |
| 2 | someone. | 18:45:21 |
| 3 | A. No, my son. | 18:45:24 |
| 4 | Q. Your son. Okay. I apologize. | 18:45:24 |
| 5 | Okay. And on the second page of this | 18:45:25 |
| 6 | document in the blue box? | 18:45:28 |
| 7 | A. Uhm-hmm. | 18:45:33 |
| 8 | Q. It says, "I was just assigned my new | 18:45:34 |
| 9 | partner Jayden. We are both having some problems | 18:45:36 |
| 10 | and have been put on notice that we have to get | 18:45:38 |
| 11 | it together in three weeks. Wish us luck. | 18:45:41 |
| 12 | Pray." | 18:45:41 |
| 13 | Did I read that correctly? | 18:45:45 |
| 14 | A. That is correct. | 18:45:47 |
| 15 | Q. Okay. And that was you sending that to | 18:45:47 |
| 16 | your son, correct? | 18:45:50 |
| 17 | A. That's correct. | 18:45:51 |
| 18 | Q. Okay. What were the problems that you | 18:45:52 |
| 19 | were having? | 18:45:54 |
| 20 | A. The problems that. | 18:45:55 |
| 21 | Q. That you were referencing here? | 18:45:57 |
| 22 | A. The reference to the end of the day | 18:46:00 |

1   reports.  That I was constantly reminded of, you          18:46:03

2   know, leash control, pace, the fact that Sergeant          18:46:07

3   said that it didn't look like I was going to make          18:46:11

4   it.  The fact that they told me when they                  18:46:16

5   assigned me Jayden that I was having -- that --            18:46:18

6   well, what I said here that we're both having              18:46:20

7   some problems.  I was basically interpreting to            18:46:23

8   him what was presented to me.                              18:46:31

9      Q.  Okay.                                               18:46:44

10          ATTORNEY ALDERMAN:  How much time have we          18:46:44

11   been on the record at this point?                         18:46:46

12          THE VIDEOGRAPHER:  6 hours and 7 minutes.          18:46:51

13          ATTORNEY SCINDIAN:  6 hours and                    18:46:59

14   7 minutes.                                                18:47:01

15          THE VIDEOGRAPHER:  Yes.                            18:47:02

16          ATTORNEY SCINDIAN:  Okay.  Thank you.              18:47:03

17          (Off-the-record discussion.)                       18:47:13

18          ATTORNEY SCINDIAN:  Exhibit 9.                     18:47:19

19          (THEREUPON, Exhibit 9 was marked by the           18:47:21

20   court reporter.)                                          18:47:22

21          THE WITNESS:  Okay.                                18:47:32

22   BY ATTORNEY SCINDIAN:                                     18:47:32

1    Q.  Okay.  Do you recognize -- first of all,          18:47:32

2    Exhibit 9 is Van Meter production 000682.             18:47:35

3        Do you recognize this document?                   18:47:39

4    A.  Yes.                                              18:47:45

5    Q.  Okay.  What is this document?                     18:47:45

6    A.  This was a document that I sent to, at            18:47:47

7    the time, assistant Chief Sund.                       18:47:52

8    Q.  Okay.  And --                                     18:48:03

9        THE REPORTER:  Excuse me.  Assistant              18:48:03

10   Chief who?                                            18:48:03

11       ATTORNEY SCINDIAN:  Sund, S-U-N-D.                18:48:03

12   BY ATTORNEY SCINDIAN:                                 18:48:03

13   Q.  In the second paragraph of this document          18:48:04

14   there is:                                             18:48:04

15       "Please understand all I ever wanted was          18:48:07

16   a chance to prove that I could the K-9.  I just       18:48:09

17   need a little extra help.  What were you              18:48:13

18   referring to when you said 'I just need a little      18:48:15

19   extra help'"?                                         18:48:17

20   A.  I was going off of what I had been told           18:48:18

21   with the K-9 trainers.  The -- the same things we     18:48:21

22   just got done reading in the end of the day           18:48:24

1   reports. You need help with, you know, search     18:48:27

2   pattern. You need help. You need help. You     18:48:30

3   need help. You need help. I even -- I don't     18:48:33

4   recall. If I can check out the -- SOP K-9     18:48:36

5   according to this test -- I'm trying to think of     18:49:05

6   when the test was taken. Okay. So the test was     18:49:08

7   taken October 24th.     18:49:11

8     Q. Uhm-hmm?     18:49:13

9     A. So approximately -- and please don't     18:49:14

10   quote me on times because it's all blended in.     18:49:18

11     Around October 17 of 2017, after doing     18:49:21

12   the study for my SOP directive test for K-9, and     18:49:27

13   I stopped by Sergeant Phelps office.     18:49:34

14     Q. Uhm-hmm?     18:49:38

15     A. And I said, "Hey, you know, I've been     18:49:39

16   reading the directives and in here it states that     18:49:40

17   a handler can ask for additional assistance" --     18:49:43

18     (Simultaneous conversation.)     18:49:47

19     Q. Uhm-hmm.     18:49:47

20     A. -- "can I be provided that?"     18:49:48

21     And he looked right at me and said,     18:49:50

22   "Besides me taking the lead and making decisions     18:49:51

1    for you, there's nothing else I can do for you."    18:49:55

2        Q.   Okay.  And what -- what did you think    18:49:57

3    additional -- additional assistance would look    18:49:59

4    like?    18:50:02

5        A.   Because with -- with Jayden had -- when I    18:50:03

6    first got Jayden, it took the two weeks of -- of    18:50:10

7    getting him from ball to odor.  That, you know,    18:50:14

8    two extra weeks of -- of working with him to make    18:50:20

9    him consistent because as we just went through    18:50:23

10   some of the end of the day reports, there were a    18:50:26

11   lot of false responses from K-9, according to    18:50:29

12   these end of the day reports.    18:50:31

13       Q.   Okay.    18:50:33

14       A.   So I was hoping that asking for an    18:50:34

15   additional bit of help that I would be provided    18:50:37

16   that, and I was denied by the sergeant.    18:50:40

17       Q.   Okay.    18:50:40

18       A.   So that's what I mean by "a little extra    18:50:43

19   help."    18:50:46

20       Q.   Okay.  So did you specifically ask for an    18:50:47

21   additional two weeks or did you just ask for    18:50:51

22   additional help?    18:50:54

| | | |
|---|---|---|
| 1 | A. To Sergeant Phelps? | 18:50:54 |
| 2 | Q. Yes. | 18:50:59 |
| 3 | A. For additional help. | 18:50:59 |
| 4 | Q. Okay. But your thinking would be -- | 18:51:01 |
| 5 | would have been that an additional two weeks of | 18:51:02 |
| 6 | time working with Jayden is what you were asking | 18:51:05 |
| 7 | for? | 18:51:07 |
| 8 | A. Give additional time, whatever they saw | 18:51:07 |
| 9 | fit, to get him to be consistent. Again, you | 18:51:09 |
| 10 | know, in some of the end of the day reports that | 18:51:13 |
| 11 | you've read some of the boxes you've missed over | 18:51:17 |
| 12 | are the fact that he's had whatever -- what, | 18:51:20 |
| 13 | false response. | 18:51:24 |
| 14 | Q. Uhm-hmm. | 18:51:25 |
| 15 | A. He had some of those, too. | 18:51:26 |
| 16 | Q. Uhm-hmm. | 18:51:27 |
| 17 | A. So they are blaming consistency on me, | 18:51:28 |
| 18 | but you can see by looking at some of these end | 18:51:31 |
| 19 | of the day reports, he was inconsistent. | 18:51:34 |
| 20 | Q. Okay. | 18:51:38 |
| 21 | A. Okay. | 18:51:41 |
| 22 | Q. Let's look at -- well, let me write it | 18:51:41 |

| | | |
|---|---|---|
| 1 | down. | 18:51:41 |
| 2 | A. Actually, and just to -- to make sure we | 18:52:00 |
| 3 | understand -- | 18:52:00 |
| 4 | (Simultaneous conversation.) | 18:52:02 |
| 5 | Q. Uhm-hmm. | 18:52:02 |
| 6 | A. I even wrote that in here. In our K-9 | 18:52:03 |
| 7 | SOP, it states handlers can request additional | 18:52:06 |
| 8 | training, which was not given. | 18:52:09 |
| 9 | Q. Right. | 18:52:11 |
| 10 | A. So. | 18:52:11 |
| 11 | Q. Okay. I'm handing you what's been marked | 18:52:12 |
| 12 | Exhibit 10. | 18:52:17 |
| 13 | (THEREUPON, Exhibit 10 was marked by the | 18:52:18 |
| 14 | court reporter.) | 18:52:40 |
| 15 | BY ATTORNEY SCINDIAN: | 18:52:40 |
| 16 | Q. Okay. Do you recognize Exhibit 10? | 18:52:40 |
| 17 | A. Yes. | 18:52:45 |
| 18 | Q. Okay. What is this document? | 18:52:46 |
| 19 | A. It's an e-mail that I sent to Verderosa | 18:52:48 |
| 20 | and Cromwell. | 18:52:54 |
| 21 | Q. Okay. And was the purpose of sending | 18:52:54 |
| 22 | this e-mail? | 18:52:55 |

1    A.  I really have no -- no basis for --    18:52:56

2    reason.  I'm trying to recall this.  During this    18:53:21

3    time -- during this time, I was going through a    18:53:32

4    really tough time.  They had -- they being the    18:53:35

5    K-9 training had really beat me down.  When I    18:53:41

6    left or when I was terminated from there, I    18:53:54

7    felt -- I don't even know the right word --    18:54:10

8    disappointing.  Disbelief.  Shock.  Betrayal.    18:54:14

9    Q.  Okay.  And so what were you conveying to    18:54:30

10   Lieutenant Cromwell and Verderosa in this e-mail?    18:54:38

11   A.  I cannot recall if I had sent them    18:54:40

12   another -- an e-mail before this one.  I wish I    18:54:43

13   had an answer as to what -- what I -- the reason    18:54:56

14   for this.  I really can't say a good -- a good    18:55:01

15   explanation for it.    18:55:09

16   Q.  Okay.  And the second sentence of -- of    18:55:10

17   this e-mail you say, "I'm completely disappointed    18:55:14

18   that I was unable to meet expectations."    18:55:17

19       Whose expectations were you unable to    18:55:20

20   meet?    18:55:22

21   A.  The K-9 trainers.    18:55:23

22   Q.  Okay.  Does this e-mail purport any    18:55:25

| 1 | discrimination that you felt you experienced | 18:55:32 |
| 2 | while you were at K-9 training? | 18:55:34 |
| 3 | A.  Does this one specifically?  I -- I can't | 18:55:37 |
| 4 | say this one specifically.  That I'm -- that I | 18:55:42 |
| 5 | express that in this one. | 18:55:50 |
| 6 | Q.  Okay. | 18:55:50 |
| 7 | I'm handing you what's been marked | 18:56:02 |
| 8 | Plaintiff's Exhibit 11. | 18:56:04 |
| 9 | (THEREUPON, Exhibit 11 was marked by the | 18:56:10 |
| 10 | court reporter.) | 18:56:11 |
| 11 | BY ATTORNEY SCINDIAN: | 18:56:11 |
| 12 | Q.  Do you recognize Plaintiff's Exhibit 11? | 18:56:25 |
| 13 | A.  I do. | 18:56:29 |
| 14 | Q.  And what is this document? | 18:56:30 |
| 15 | A.  It's an e-mail to Inspector Belknap. | 18:56:32 |
| 16 | Q.  Okay.  And do you recall what the purpose | 18:56:36 |
| 17 | of sending this e-mail was? | 18:56:37 |
| 18 | A.  I believe that this was the day that I | 18:56:45 |
| 19 | was terminated; is that correct? | 18:56:47 |
| 20 | Can we verify what day. | 18:56:53 |
| 21 | Q.  I believe the date you were terminated | 18:56:56 |
| 22 | was October 18th.  I don't know if I have a | 18:56:58 |

1    document to show you, but we can get back to                18:57:06

2    that.                                                        18:57:09

3        A.  Okay.                                                18:57:10

4            So I believe -- again, this is an e-mail            18:57:15

5    of me thanking the management or the, you know, I            18:57:23

6    guess, you can call it management of the K-9                 18:57:31

7    division.  And if we are going to -- if -- that's            18:57:34

8    what it appears to me from here.                             18:57:43

9        Q.  Okay.  And this e-mail does not mention              18:57:47

10   any gender discrimination or disability                      18:57:52

11   discrimination you experienced at K-9 training,              18:57:55

12   correct?                                                     18:57:59

13       A.  I wouldn't necessarily say that.                     18:58:00

14       Q.  Where does it mentioned gender                       18:58:03

15   discrimination or disability --                              18:58:05

16           (Simultaneous conversation.)                         18:58:05

17       A.  Are you talking about the actual words?              18:58:06

18       Q.  Where does it mention gender                         18:58:09

19   discrimination or disability discrimination?                 18:58:12

20       A.  It doesn't mention those in specific, but            18:58:14

21   if you read the one that says, "This opportunity             18:58:19

22   was enough for me to understand that I didn't                18:58:22

1    belong."                                            18:58:25

2        Q.  And in your mind, does that sentence        18:58:27

3    indicate that you were discriminated against        18:58:31

4    based on gender and your disability?                18:58:35

5        A.  That statement I understand that I didn't   18:58:37

6    belong there.                                       18:58:41

7        Q.  Okay.  But my question is:  Does that       18:58:42

8    sentence express that you didn't belong based on    18:58:51

9    gender discrimination or disability                 18:58:55

10   discrimination?                                     18:58:58

11       A.  Those words weren't used, but that is       18:58:59

12   what was meant.                                      18:59:04

13       Q.  Okay.  But that wasn't what was said?        18:59:05

14       A.  That is not in words.                        18:59:08

15       Q.  Okay.                                         18:59:10

16       A.  Here.                                          18:59:10

17       Q.  Thank you.                                     18:59:12

18           ATTORNEY SCINDIAN:  Are we on 12?  Okay.      18:59:17

19           Plaintiff's Exhibit 12.                        18:59:20

20           (THEREUPON, Exhibit 12 was marked by the       18:59:21

21   court reporter.)                                       18:59:34

22   BY ATTORNEY SCINDIAN:                                   18:59:34

1    Q.  Okay.  Looking at Plaintiff's Exhibit 12,        18:59:34

2    which is marked USCP 001893.                          18:59:38

3        Do you recognize this document?                   18:59:43

4    A.  I do.                                             18:59:44

5    Q.  And what is this document?                        18:59:44

6    A.  Again, it's another e-mail that I sent.           18:59:46

7    This was to Deputy Chief Ed Rogers.                   18:59:48

8    Q.  Okay.  And there are other individuals on         18:59:52

9    the e-mail, correct?                                  18:59:54

10   A.  There are.  Okay.  Yes.                           18:59:54

11   Q.  Who would those be?                               18:59:56

12   A.  Erikson Planchart.  I don't know what --          19:00:02

13   and Marvin Reid.  I don't recall where in the         19:00:10

14   chain they -- they fell.                              19:00:21

15   Q.  Okay.                                             19:00:23

16   A.  I apologize, I -- I don't recall that.            19:00:23

17   Q.  Is it your recollection that they were in         19:00:25

18   the chain of command for K-9?                         19:00:28

19   A.  It was my understanding.                          19:00:31

20   Q.  Okay.  And again, what was the purpose of         19:00:33

21   sending this e-mail?                                  19:00:37

22   A.  So I was terminated and devastated.  And          19:00:38

1   I had been felt that the whole entire thing was          19:00:51

2   my fault.  That I was, you know, again, because          19:00:58

3   of -- of the -- the things that I was told in           19:01:02

4   K-9, you know, this was all my fault, my fault,         19:01:06

5   my fault, my fault, all my fault, my fault, my          19:01:09

6   fault.  And I've been married to a narcissistic         19:01:09

7   controlling verbally mental abusive husband.            19:01:17

8        So I know what it's like to be that beat           19:01:20

9   up.  These are the ones that you've brought to my       19:01:25

10  attention are -- are me expressing the pain of          19:01:31

11  being terminated made from K-9.                         19:01:36

12     Q.  Okay.  And I want to make a quick              19:01:39

13  correction.  USCP 001893, which is Exhibit 12 --        19:01:42

14  bless you -- is actually two e-mails; is that           19:01:50

15  correct?                                                19:01:53

16     A.  It -- it is.                                  19:01:53

17     Q.  Okay.                                         19:01:55

18     A.  So that being said, I only sent this to      19:01:55

19  Rogers.                                                 19:01:58

20     Q.  Right.  And then Rogers responded and        19:01:58

21  included Belknap, Erickson, Planchart and Reid on       19:02:03

22  the e-mail?                                             19:02:07

| | | |
|---|---|---|
| 1 | A. Okay. Okay. Yes. | 19:02:08 |
| 2 | Q. Okay. Thank you. | 19:02:09 |
| 3 | I'm handing you what has been marked | 19:02:57 |
| 4 | Plaintiff's Exhibit 13. | 19:03:00 |
| 5 | (THEREUPON, Exhibit 13 was marked by the | 19:03:06 |
| 6 | court reporter.) | 19:03:20 |
| 7 | BY ATTORNEY SCINDIAN: | 19:03:20 |
| 8 | Q. Do you recognize Plaintiff's Exhibit 13, | 19:03:21 |
| 9 | which is Bates stamped USP -- USCP 001944 and | 19:03:23 |
| 10 | 1945, I believe? Yes. | 19:03:32 |
| 11 | A. Yes. | 19:03:35 |
| 12 | Q. And what is this document? | 19:03:35 |
| 13 | A. It's an e-mail that I sent to Assistant | 19:03:37 |
| 14 | Chief Sund. | 19:03:41 |
| 15 | Q. Okay. And what was the purpose of you | 19:03:43 |
| 16 | sending this is e-mail to Assistant Chief Sund? | 19:03:45 |
| 17 | A. To request a meeting with him. | 19:03:48 |
| 18 | Q. Okay. And what was it that you wanted to | 19:03:50 |
| 19 | meet with him about? | 19:03:55 |
| 20 | A. To explain the treatment that I received | 19:03:57 |
| 21 | down at K-9 training. | 19:04:00 |
| 22 | Q. And does this e-mail explain the | 19:04:02 |

| | | |
|---|---|---|
| 1 | treatment that you received down at K-9 training? | 19:04:04 |
| 2 | A. I believe it's a -- it's got some of what | 19:04:09 |
| 3 | -- what took place down there, yes. | 19:04:14 |
| 4 | Q. Okay. So where it says, "During my K-9 | 19:04:16 |
| 5 | training." So this is 1, 2, 3, 4, six paragraphs | 19:04:19 |
| 6 | down, "during my K-9 training." | 19:04:25 |
| 7 | Do you see that? | 19:04:27 |
| 8 | A. Yes. | 19:04:27 |
| 9 | Q. Okay. And the first thing says, "Three | 19:04:28 |
| 10 | weeks into the program, I was already told that I | 19:04:30 |
| 11 | didn't look like I was going to make it"? | 19:04:32 |
| 12 | A. That's correct. | 19:04:33 |
| 13 | Q. And that's what you testified Sergeant | 19:04:34 |
| 14 | Phelps came up to you in the hallway and said | 19:04:36 |
| 15 | that, correct? | 19:04:38 |
| 16 | A. That's correct. | 19:04:39 |
| 17 | Q. "When asked about what I saw from other | 19:04:40 |
| 18 | new handlers, I was told not to worry about other | 19:04:42 |
| 19 | teams and focus on my own teams." | 19:04:44 |
| 20 | What is that referring to? | 19:04:46 |
| 21 | A. So what that is referring to -- and -- | 19:04:47 |
| 22 | and it wasn't a question brought up today -- | 19:04:49 |

1   after, again, being told, you know, that I was    19:04:53

2   doing things wrong, Sergeant told me to stand    19:05:00

3   back and watch other K-9 groups do it.    19:05:05

4       And so I would sit there and, you know,    19:05:08

5   he's like, "Watch what they do."    19:05:11

6       I would watch them and see them make the    19:05:13

7   same mistakes or worse than I did.  And I am    19:05:16

8   like, "What about -- what about that?"  You know.    19:05:21

9       And he's like, "Don't worry about that.    19:05:22

10   You just worry about your own team."    19:05:25

11       Well, "Okay.  What about -- what about    19:05:27

12   that?"    19:05:30

13       "Again, you just need to focus on your    19:05:30

14   own team and quit worrying about everybody else."    19:05:33

15       "But you asked me to watch these other    19:05:37

16   teams."    19:05:39

17    Q.  Okay.  And how -- how often did that    19:05:39

18   happen?    19:05:42

19    A.  That happened for a week or two.    19:05:43

20    Q.  Okay.  And was that at the beginning, end    19:05:48

21   of training, middle of training, about when?    19:05:50

22       (Simultaneous conversation.)    19:05:51

| | | |
|---|---|---|
| 1 | A.  The beginning. | 19:05:51 |
| 2 | Q.  Okay.  The next one says, "Sergeant | 19:05:52 |
| 3 | Phelps during a vet appointment for -- for | 19:06:03 |
| 4 | experienced handlers one female handler's dog | 19:06:03 |
| 5 | brushed off his muzzle.  I went to help and put | 19:06:07 |
| 6 | the strap under the collar assister, a discussion | 19:06:08 |
| 7 | we had earlier about Sergeant Phelps taking the | 19:06:14 |
| 8 | muzzle and putting it on himself." | 19:06:18 |
| 9 | And basically, you were, like, well, this | 19:06:19 |
| 10 | is the way Kenny told us to do it. | 19:06:20 |
| 11 | Was that -- is that describing what | 19:06:24 |
| 12 | happened that we've discussed previously? | 19:06:25 |
| 13 | A.  Yes. | 19:06:28 |
| 14 | Q.  Okay. | 19:06:28 |
| 15 | "In one of the several meetings I had I | 19:06:31 |
| 16 | expressed how I didn't feel comfortable talking | 19:06:33 |
| 17 | to Sergeant Phelps because he acted like I was | 19:06:35 |
| 18 | bothering him." | 19:06:38 |
| 19 | Was that what we also discussed today | 19:06:38 |
| 20 | about his annoyance besides rolling his eyes that | 19:06:43 |
| 21 | -- that sort of thing? | 19:06:47 |
| 22 | A.  That would be correct. | 19:06:47 |

1    Q.  Okay.  Anything else with regard to that?        19:06:48

2    A.  No.                                              19:06:50

3    Q.  "Every other week, I had to go into             19:06:50

4    Sergeant office and be told that I'm going to be    19:06:53

5    removed from the program soon."                     19:06:55

6         So far, you've mentioned that during the       19:07:04

7    first week of this program you were -- I think is   19:07:08

8    was the first week -- first or second, you were     19:07:12

9    told that it didn't look like you were going to     19:07:15

10   make it, right?                                     19:07:18

11   A.  I'm sorry, try the date again.                  19:07:19

12   Q.  It was either the first or second week of       19:07:21

13   the program?                                        19:07:23

14   A.  End of the second week.                         19:07:24

15   Q.  End of second week.  You were told you          19:07:26

16   weren't going to make it, right?                    19:07:29

17   A.  Correct.                                        19:07:30

18   Q.  And then we've seen at least one other          19:07:31

19   document that indicated that if certain behavior    19:07:36

20   continued, a recommendation for removing you from   19:07:40

21   the program would occur.                            19:07:42

22        Were there other occasions when you were       19:07:45

1   told that you weren't going to continue in the        19:07:47

2   program?                                              19:07:50

3       A.   Again, the several meetings that I had.      19:07:50

4       Q.   Uhm-hmm.                                     19:07:54

5       A.   That was almost done on a weekly.  And       19:07:55

6   that was expressed almost weekly to me.               19:07:59

7       Q.   That you were going to be removed from       19:08:03

8   the program soon?                                     19:08:04

9       A.   Correct.                                     19:08:06

10      Q.   Okay.                                         19:08:07

11           "I was always told I'm boring the dog        19:08:11

12  with no explanation on a way to resolve the           19:08:13

13  issue."                                               19:08:16

14           What is that about?                          19:08:16

15      A.   That's what I was told.  And I'm             19:08:17

16  explaining what I was told.                           19:08:18

17      Q.   Okay.  So you didn't understand what it      19:08:21

18  meant when they said you were boring of the dog?      19:08:23

19      A.   With no explain or a way to resolve it,      19:08:25

20  no.                                                   19:08:28

21      Q.   "I expressed that I didn't have             19:08:29

22  confidence in myself and that I needed positive       19:08:31

1    reinforcement."                                    19:08:34

2          That was during the meeting with Hill and    19:08:35

3    Phelps, I believe?                                 19:08:39

4    A.   That's correct.  That's with we trying to     19:08:39

5    explain my anxiety.                                19:08:42

6    Q.   Okay.                                          19:08:42

7    A.   I didn't probably use the right --            19:08:46

8    correct word in there, but that's.                 19:08:49

9    Q.   "I requested additional help from the         19:08:49

10   sergeant and was told besides taking the lead and 19:08:52

11   making decision for me, there was nothing else     19:08:52

12   they can do."                                      19:08:55

13         And that was Sergeant Phelps, correct?       19:08:55

14   A.   That's correct.                               19:08:57

15   Q.   And discussed that -- that you went to        19:08:57

16   him and basically said the SOP says this.  Can I   19:09:00

17   get additional help, right?                        19:09:04

18   A.   Correct.                                       19:09:06

19   Q.   All right.                                     19:09:06

20         "The only day -- the only way I knew I       19:09:06

21   did something right and when something was said    19:09:08

22   to me.  Every day was a negative experience,       19:09:10

1    which made me try even harder, which caused me to        19:09:13

2    mess up."                                                19:09:16

3         What is that about?                                 19:09:17

4    A.  Again, that was -- I knew that I did                 19:09:20

5    something right when -- when Phelps didn't have          19:09:26

6    any smart comments or jabs at me, then I knew            19:09:29

7    that I had done the -- the exercise right, is            19:09:35

8    what that meant.                                         19:09:39

9    Q.  Okay.                                                19:09:40

10   A.  And then -- go ahead.                                19:09:41

11   Q.  Okay.  And -- well, let's -- let's move              19:09:44

12   on.                                                      19:09:48

13        "Witnessed handlers missing training aids           19:09:51

14   and they'd joke with them about it.  Even once           19:09:53

15   having to keep guiding officer to aid."                  19:09:56

16        What was that about?                                19:10:00

17   A.  I actually witnessed -- this was actually            19:10:03

18   Zborai.  It was in the garage and an experienced         19:10:15

19   handler and -- and he went and searched the whole        19:10:21

20   entire area and never even took his dogs over            19:10:28

21   near the -- the lawn mower where the aid was             19:10:30

22   hidden --                                                19:10:30

| | | |
|---|---|---|
| 1 | (Simultaneous conversation.) | 19:10:30 |
| 2 | Q. Uhm-hmm. | 19:11:09 |
| 3 | A. -- well passed and everything else and | 19:10:36 |
| 4 | they were -- they were laughing and joking with | 19:10:36 |
| 5 | him. | 19:10:38 |
| 6 | Then there was one other training aids in | 19:10:38 |
| 7 | the bathroom, so he walked in and turned left | 19:10:43 |
| 8 | right in there, and it was in one of the, like, | 19:10:46 |
| 9 | suites. I can't remember which stadium it was | 19:10:51 |
| 10 | at, but like the stadium suites. And I watched | 19:10:55 |
| 11 | Riley miss. He -- he never even went into the | 19:10:59 |
| 12 | bathroom. And you can hear technician Cullen | 19:11:01 |
| 13 | going, "Oh, it's a room you haven't checked yet. | 19:11:04 |
| 14 | "Oh, I've got to go to the bathroom. Ha, ha, | 19:11:08 |
| 15 | ha." You know, to bring him back to the | 19:11:10 |
| 16 | bathroom. So I've watched that. | 19:11:13 |
| 17 | And again, with the one that we were | 19:11:14 |
| 18 | talking about earlier where it was the explosive | 19:11:15 |
| 19 | thing where there were people laying there and | 19:11:18 |
| 20 | suit cases and everything. Again, told, "Oh, | 19:11:21 |
| 21 | don't worry about going over there. There's | 19:11:22 |
| 22 | nothing over there." | 19:11:24 |

1     Q.  Who was told that?                    19:11:25

2     A.  Riley I know of, for sure.  You know,     19:11:26

3  it's just the -- the small little helps to give    19:11:32

4  them that extra boost.                     19:11:36

5     Q.  Speaking of the stadium bathroom       19:11:38

6  exercise, you said that Riley searched the room,   19:11:42

7  didn't go into the bathroom?              19:11:47

8     A.  Correct.                     19:11:49

9     Q.  And Cullen said, "There's a room you    19:11:49

10  haven't checked"?                   19:11:51

11     A.  No.  He said, "Oh, I've got to go to the  19:11:52

12  bathroom."                      19:11:54

13     Q.  Well, before that he said, there's a room  19:11:54

14  you haven't checked and he said, "Oh, I've got to  19:11:56

15  go to the bathroom.  Ha, ha" right?         19:11:59

16     A.  Uhm-hmm.                     19:12:00

17     Q.  In that same exercise, you went into the  19:12:01

18  bathroom, correct?                  19:12:04

19     A.  I did.                     19:12:05

20     Q.  You missed the training aid, correct?    19:12:06

21     A.  I did not -- nope.  I got it.        19:12:08

22     Q.  The first time you went into the bathroom  19:12:10

1    you got the training aid?                          19:12:14

2        A.   Room No. 1 did not have an aid.           19:12:15

3        Q.   Well, I'm talking about -- we're talking  19:12:16

4    about --                                           19:12:16

5            (Simultaneous conversation.)               19:12:18

6        A.   Room number two, there was.  And it was   19:12:18

7    in the left-hand side there was a bathroom and it  19:12:20

8    was in the toilet paper holder.  And when I came   19:12:23

9    out Cullen asked, "Why did you go in there?"       19:12:26

10       Q.   But you didn't get the training aid when  19:12:29

11   you initially went into the bathroom, correct?     19:12:32

12       A.   I did.                                     19:12:34

13       Q.   Okay.  What did you did to indicate that  19:12:37

14   you had gotten the training aid?                    19:12:48

15       A.   Toss the bar.  You reward the dog for      19:12:54

16   finding it.                                         19:12:58

17       Q.   So your testimony is that you went into   19:12:59

18   the bathroom, you saw -- you got the training aid  19:13:00

19   and you immediately rewarded the dog?              19:13:02

20       A.   Yes.                                       19:13:04

21       Q.   And when you came out Cullen said to you, 19:13:04

22   "Why did you go in there"?                          19:13:08

1    A.  Yes.  I was questioned as to why I went          19:13:09

2  in there.                                              19:13:09

3    Q.  Okay.                                            19:13:09

4    A.  Why did I go into the bathroom first.            19:13:12

5    Q.  Okay.                                            19:13:14

6        "The sheets we had to sign daily had no          19:13:16

7  place for us to add comments.  It is easy to see       19:13:19

8  a change in the dog from afar and when you know        19:13:23

9  where it was placed."                                  19:13:27

10    A.  Wait a second.  I'm sorry, where are you        19:13:28

11  at?                                                    19:13:30

12    Q.  It's the second paragraph on the second         19:13:30

13  page.                                                  19:13:34

14        No, no.  You're on the right page.  The         19:13:34

15  second paragraph.                                      19:13:35

16    A.  Okay.  There we go.  I see it.                   19:13:36

17    Q.  "The sheets we had to sign daily had no         19:13:39

18  place for us to add comments.  It is easy -- it        19:13:39

19  is easy to see a change in the dog from afar and       19:13:42

20  when you know where it was placed versus six feet      19:13:45

21  on a lead."                                            19:13:45

22        What do you mean by that?                        19:13:50

| | | |
|---|---|---|
| 1 | A.  If you hide something and you're standing | 19:13:51 |
| 2 | back watching somebody else trying to find it, | 19:13:56 |
| 3 | it's kind of easy for you to see differences of | 19:13:57 |
| 4 | change of behavior and how fast it happens versus | 19:14:01 |
| 5 | when you're looking over a dog's body trying to | 19:14:04 |
| 6 | get them to go to different points.  That's what | 19:14:06 |
| 7 | that meant. | 19:14:09 |
| 8 | Q.  Okay.  When asked why I didn't follow the | 19:14:13 |
| 9 | dog twice on him turning his head, I stated I | 19:14:17 |
| 10 | wanted to make sure he was truly on odor.  I was | 19:14:20 |
| 11 | asked the same question over and over again until | 19:14:24 |
| 12 | I finally had to laugh and said that, "I gave you | 19:14:25 |
| 13 | my answer, but it is -- it obviously isn't what | 19:14:27 |
| 14 | you wanted hear." | 19:14:27 |
| 15 | What did you mean by that? | 19:14:31 |
| 16 | A.  It's an example of -- of what happened. | 19:14:32 |
| 17 | That's what happened. | 19:14:35 |
| 18 | Q.  Okay. | 19:14:36 |
| 19 | A.  That's an explanation in itself. | 19:14:37 |
| 20 | Q.  "During my every other week, I was told | 19:14:39 |
| 21 | upper management is very aware.  So I took that | 19:14:42 |
| 22 | to mean don't even go talk to them." | 19:14:46 |

1   What was your understanding of "upper          19:14:48

2   management is very aware."  Very aware of what?  19:14:50

3   A.  Of the threats that were being made for      19:14:53

4   me to be terminated.  I took it -- took it as    19:14:56

5   a -- as don't go talk to anybody about this.     19:15:01

6   Q.  Okay.  And the sentence starts, "I was       19:15:11

7   questioned after the lieutenant," that's         19:15:14

8   Lieutenant Cromwell, correct?                    19:15:17

9   A.  Correct.                                     19:15:17

10  Q.  -- "sent Sergeant a message."  Sergeant      19:15:18

11  Phelps, right?                                   19:15:22

12  A.  Correct.                                     19:15:22

13  Q.  "A message about how there was -- there      19:15:22

14  was a rumor on the Hill about me being removed   19:15:24

15  from the program approximately six weeks in.     19:15:24

16  Sergeant asked me if I said anything because he  19:15:29

17  was directed to talk to his training staff.  I   19:15:31

18  did not say anything."                           19:15:34

19  That's the discussion where Sergeant            19:15:35

20  Phelps approached you and said, "There's a rumor 19:15:37

21  on the Hill about you being terminated.  Who did 19:15:40

22  you talk to?"                                    19:15:43

1    A.   Yes.                                         19:15:43

2    Q.   Okay.  You told Sergeant Phelps that you    19:15:44

3 hadn't talked to anyone, correct?                   19:15:47

4    A.   Correct.                                     19:15:48

5    Q.   Didn't you tell officer or technician --    19:15:51

6 is it Broehl, B-R-O-E-H-L?                          19:15:55

7    A.   I might have.  When asked if I had talked    19:16:02

8 to anyone about being terminated, I told Broehl     19:16:09

9 what was told to me that I was being threatened.    19:16:14

10 Broehl and I were friends and hung out a lot.       19:16:18

11 And in Week 3 when they had mentioned that I        19:16:21

12 didn't look like I was going to make it, he's was   19:16:25

13 like, "Well, that's kind of odd."                   19:16:29

14    Q.   Okay.                                        19:16:29

15    A.   But as far as -- as shooting a -- a rumor    19:16:32

16 around, I took that to mean, you know, management    19:16:38

17 had, you know -- that if I had talked to like a     19:16:45

18 management or anything, and I hadn't.  I had told   19:16:50

19 my friend.  I mean I tell -- I tell a lot of        19:16:53

20 people different stuff and, you know, him being     19:16:55

21 K-9, I was, like, "Man, this is, like, typical.     19:16:59

22 Is this like one of those things of, you know --    19:17:02

1   three weeks in, do they tell you that they're          19:17:04

2   going to terminate you?"                               19:17:07

3       Q.  Okay.  And so that's the conversation          19:17:09

4   that you'd had with Broehl?                            19:17:10

5       A.  Correct.                                       19:17:12

6       Q.  Okay.  Okay.  What was it that you             19:17:13

7   expected Assistant Chief Sund to do?                   19:17:23

8       A.  As with any other complaint or any other      19:17:28

9   issues, it -- I was hoping that it would be            19:17:33

10  investigated.  You know, this is, in my mind, in       19:17:39

11  my -- this is a complaint.  This is explaining         19:17:45

12  situations that happened out at K-9 training.          19:17:51

13          And from my understanding, if you were to      19:17:58

14  file a complaint, you know, "Missy Van Meter           19:18:02

15  talked to me mean" that there would be an              19:18:08

16  investigation into it, no matter how big or how        19:18:10

17  little of an allegation it is.  This is almost         19:18:15

18  two pages of -- of treatment that I was treated        19:18:18

19  as far as with a division.                             19:18:19

20      Q.  And so who is to your understanding was        19:18:25

21  supposed to investigate the complaint?                 19:18:27

22      A.  Under my experience?  Internal Affairs         19:18:30

| | | |
|---|---|---|
| 1 | does an investigation. | 19:18:37 |
| 2 | Q. Okay. | 19:18:38 |
| 3 | A. That's what typically -- it -- it could | 19:18:38 |
| 4 | either be handled through Internal Affairs or an | 19:18:41 |
| 5 | administrative investigation, depending on the | 19:18:45 |
| 6 | circumstances. | 19:18:51 |
| 7 | Q. Okay. And in this will complaint, do you | 19:18:52 |
| 8 | mentioned you were discriminated against based on | 19:19:00 |
| 9 | gender or disability? | 19:19:03 |
| 10 | A. Those words, no. But if you read in here, | 19:19:04 |
| 11 | it says diversity among our special unit is very | 19:19:08 |
| 12 | minimum. | 19:19:10 |
| 13 | Q. And so how does that relate to | 19:19:11 |
| 14 | discrimination based on gender or disability? | 19:19:12 |
| 15 | A. Diversity, ma'am. That's diversity in | 19:19:16 |
| 16 | having an opportunity in a spread of different | 19:19:20 |
| 17 | genders inequality. | 19:19:28 |
| 18 | Q. So because it says "diversity among our | 19:19:29 |
| 19 | specialty unit is very minimal," you're | 19:19:33 |
| 20 | interpreting that as saying there was gender | 19:19:38 |
| 21 | discrimination that you were the subject of | 19:19:39 |
| 22 | gender discrimination? | 19:19:40 |

1    A.   And then right beside it says below are          19:19:42

2  some of the examples of how I felt I was treated.      19:19:45

3    Q.   Right.                                            19:19:47

4    A.   Yes.  I would, again, take that that             19:19:48

5  would be a complaint and in some type of               19:19:51

6  discrimination case.                                   19:19:56

7    Q.   In some type of discrimination case?            19:19:58

8    A.   Well, in gender and disability -- gender.       19:20:00

9         (Simultaneous conversation.)                     19:20:03

10    Q.   What makes -- what makes you -- Okay.  So       19:20:03

11  only gender or gender and disability?                  19:20:05

12    A.   In this e-mail?                                  19:20:08

13    Q.   Yes.                                             19:20:09

14    A.   This e-mail it's just discrimination.           19:20:10

15  Let me see.                                            19:20:17

16         "I realize that we, as a department,            19:20:32

17  don't know how to encourage one other but             19:20:34

18  belittle; breakdown them down to have them build       19:20:37

19  up is still our mentality."                            19:20:39

20         The diversity comment, there -- there is        19:20:41

21  a lot pointing to mistreatment.                        19:20:48

22    Q.   Okay.  Mistreatment, but is it pointing         19:20:55

| | | |
|---|---|---|
| 1 | to gender discrimination or disability | 19:20:56 |
| 2 | discrimination? | 19:21:00 |
| 3 | ATTORNEY ALDERMAN:  Objection.  Relevance | 19:21:01 |
| 4 | and foundation. | 19:21:03 |
| 5 | THE WITNESS:  The words in here may not | 19:21:05 |
| 6 | be in here, but it implies it. | 19:21:07 |
| 7 | BY ATTORNEY SCINDIAN: | 19:21:07 |
| 8 | Q.  You sent an identical e-mail to the Chief | 19:21:10 |
| 9 | Administrative Officer Richard Broddock, correct? | 19:21:16 |
| 10 | A.  I did. | 19:21:21 |
| 11 | Q.  Okay. | 19:21:32 |
| 12 | THE WITNESS:  Before we ask questions, | 19:21:32 |
| 13 | can I have like five minutes? | 19:21:34 |
| 14 | ATTORNEY SCINDIAN:  Yes.  Absolutely. | 19:21:34 |
| 15 | Can we take a break, please. | 19:21:36 |
| 16 | THE VIDEOGRAPHER:  We are going off the | 19:21:38 |
| 17 | record.  The time it 7:21 p.m. | 19:21:39 |
| 18 | (THEREUPON, the proceedings recessed at | 19:32:11 |
| 19 | 7:32 p.m.) | 19:32:11 |
| 20 | (THEREUPON, the proceedings resumed at | 19:32:14 |
| 21 | 7:32.) | 19:32:15 |
| 22 | THE VIDEOGRAPHER:  We are going back on | 19:32:15 |

1    the record.  The time is 7:32 p.m.                        19:32:29

2    BY ATTORNEY SCINDIAN:                                     19:32:33

3        Q.  Okay.  Officer Van Meter, you're still           19:32:33

4    under oath.                                               19:32:34

5            Do you recall your testimony concerning a         19:32:36

6    search in which you said you went into the               19:32:38

7    bathroom and immediately found the device and            19:32:41

8    rewarded the dog and when you left the bathroom,         19:32:45

9    Officer Cullen said to you, "Why did you go in           19:32:48

10   there first?"                                            19:32:51

11           Do you recall that testimony?                    19:32:52

12       A.  I do recall that one.                            19:32:53

13       Q.  Okay.  We're going to play what has been         19:32:54

14   marked as USCP exhibit -- I'm sorry USCP 002420.         19:32:56

15   This is a video from September 7, 2017.  Let's go        19:33:04

16   ahead and play it.  This video is 3 minutes and          19:33:14

17   3 seconds.  And as we discussed it's not on the          19:33:17

18   record.                                                  19:33:19

19           (THEREUPON, the video was played.)               19:33:21

20       Q.  Okay.  Does that video indicate that you         19:36:29

21   found -- found the device as soon as you went            19:36:34

22   into the bathroom as you previously testified?           19:36:37

1    A.   That was my mistake.  From the video, my          19:36:40

2  memory is now --                                          19:36:45

3         (Simultaneous conversation.)                       19:36:47

4    Q.  Okay.                                               19:36:47

5    A.  -- different.  Again, many searches, many           19:36:49

6  hides.                                                    19:36:55

7    Q.  Understood.  And at the end of that video           19:36:56

8  -- towards the end of that video, the trainers            19:36:58

9  directed you back to where you initially                  19:37:01

10  searched, correct?                                       19:37:04

11    A.  They -- yes, in -- in a roundabout way,            19:37:07

12  yes.                                                     19:37:11

13    Q.  Okay.  I want to turn your attention back          19:37:12

14  to Exhibit 6, which is the amended complaint for         19:37:15

15  this -- for this matter.                                 19:37:20

16    A.  (Complied.)                                        19:37:25

17    Q.  And if you can turn to Paragraph 48,               19:37:27

18  which is on Page 7 of the document.  And                 19:37:32

19  Paragraph 48 reads:                                      19:37:39

20         "On information and belief, Sergeant              19:37:40

21  Phelps was either terminated or chose to resign          19:37:43

22  or retire in lieu of termination."                       19:37:45

| | | |
|---|---|---|
| 1 | What information do you have to support | 19:37:47 |
| 2 | that Sergeant Phelps was either terminated or | 19:37:52 |
| 3 | chose to resign in lieu of termination? | 19:37:55 |
| 4 | A.  It is my belief that what this statement | 19:38:00 |
| 5 | is -- is saying is that when I filed my complaint | 19:38:06 |
| 6 | that Sergeant Phelps was reassigned to the Senate | 19:38:13 |
| 7 | Division Uniform Services.  And upon the | 19:38:21 |
| 8 | reassignment that he retired. | 19:38:25 |
| 9 | Q.  Okay.  So it's not your belief that he | 19:38:30 |
| 10 | was terminated then.  Is that what I'm hearing? | 19:38:33 |
| 11 | A.  I do not know if he was terminated. | 19:38:37 |
| 12 | Q.  Okay.  And you have no information | 19:38:39 |
| 13 | regarding whether he retired in lieu of | 19:38:41 |
| 14 | termination, correct? | 19:38:44 |
| 15 | A.  I do not know.  It's my understanding | 19:38:46 |
| 16 | that he retired. | 19:38:51 |
| 17 | Q.  Okay.  Your belief is that is that | 19:38:53 |
| 18 | Sergeant Phelps was reassigned because of your | 19:38:58 |
| 19 | complaint; is that correct? | 19:39:01 |
| 20 | A.  It is my belief because of the timing of | 19:39:06 |
| 21 | it. | 19:39:10 |
| 22 | Q.  Got it.  And then directing your | 19:39:10 |

1  attention to Paragraph 49 it says:                    19:39:14

2          "On information and belief, USCP knew          19:39:16

3  that Sergeant Phelps had a history of                  19:39:19

4  discriminating against women in the workplace but      19:39:21

5  took no remedial action to remove him from a           19:39:23

6  supervisory role."                                     19:39:26

7          What information do you have that              19:39:27

8  Sergeant Phelps had a history of discriminating        19:39:30

9  against women in the workplace?                        19:39:31

10     A.  Did I have information or that you -- it        19:39:36

11  was a belief that Capitol Police knew that Phelps      19:39:47

12  had a history.  There is no information that I         19:39:53

13  personally know.                                       19:39:56

14     Q.  Okay.  Do you have any basis for               19:39:57

15  believing that USCP believes that or understood        19:40:00

16  that Phelps had a history of discriminating            19:40:03

17  against women?                                         19:40:06

18     A.  I don't know what USCP knows about             19:40:08

19  Sergeant Phelps or any type of allegations or          19:40:14

20  anything that may have been brought against him.       19:40:16

21     Q.  You can put that document aside.               19:40:18

22     A.  (Complied.)                                    19:40:20

| 1  | (Off-the-record discussion.)                       | 19:40:20 |
| 2  | BY ATTORNEY SCINDIAN:                               | 19:40:21 |
| 3  | Q.  I'm providing you what has been marked          | 19:40:21 |
| 4  | Plaintiff's Exhibit 15.                             | 19:41:35 |
| 5  | (THEREUPON, Exhibit 15 was marked by the            | 19:41:38 |
| 6  | court reporter.)                                    | 19:41:40 |
| 7  | BY ATTORNEY SCINDIAN:                               | 19:41:40 |
| 8  | Q.  Have you seen this document before?             | 19:42:01 |
| 9  | A.  I believe so.                                   | 19:42:06 |
| 10 | Q.  Okay.  Can you turn to Page 15 of the           | 19:42:06 |
| 11 | document.                                           | 19:42:10 |
| 12 | A.  (Complied.)                                     | 19:42:10 |
| 13 | Q.  And just for clarity, this document is          | 19:42:14 |
| 14 | entitled Plaintiff's Responses to Defendant         | 19:42:18 |
| 15 | United States Capitol Police's First Set of         | 19:42:25 |
| 16 | Interrogatories to Plaintiff.                       | 19:42:28 |
| 17 | A.  Okay.                                           | 19:42:29 |
| 18 | Q.  Okay.  Looking at Page 15 of the                | 19:42:30 |
| 19 | document, in the middle thereabouts, it says        | 19:42:33 |
| 20 | "Interrogatory No. 17."  And next to it, it says    | 19:42:37 |
| 21 | "20," in parenthesis?                               | 19:42:37 |
| 22 | A.  Yes.                                            | 19:42:43 |

1    Q.  Okay.  And Interrogatory No. 17 reads:          19:42:43

2         "Identify all facts or documents that          19:42:44

3    serve as the basis for your belief stated in        19:42:46

4    paragraph 49 of the complaint that Sergeant         19:42:51

5    Phelps had a history of discriminating against      19:42:52

6    women in the workplace."                            19:42:55

7    A.  Okay.                                            19:42:57

8    Q.  And in response to No. 17, it says:             19:42:57

9         "Plaintiff objects to the wording of this      19:43:01

10   interrogatory because it is overly vague.           19:43:06

11   Plaintiff interpreted this request to seek the      19:43:07

12   basis of Plaintiff's statements at the time she     19:43:09

13   made it in her complaint.                           19:43:11

14        "Sergeant Phelps had -- has led or been        19:43:15

15   in the position of leadership over K-9 training     19:43:16

16   for years at USCP.  And the fact that there are     19:43:18

17   five or fewer female K-9 technicians reflects       19:43:20

18   Sergeant Phelps bias against women."                19:43:25

19        At the time you were accepted to the K-9       19:43:26

20   training program, how long had Sergeant Phelps      19:43:29

21   been there?                                         19:43:32

22   A.  I don't know exact how many years.              19:43:33

1       Q.   Okay.  Do you know if it was more than                    19:43:37

2   one year?                                                          19:43:41

3       A.   Off and on I believe it's been more than                 19:43:42

4   one year.                                                          19:43:45

5       Q.   Okay.  So you don't know how long                        19:43:46

6   Sergeant Phelps was at K-9 training?                              19:43:50

7       A.   I do not have the specific.                              19:43:52

8       Q.   And do you have any information about                    19:43:54

9   whether or not Sergeant Phelps had any prior role                 19:43:56

10  in selecting women to the K-9 technician                          19:43:58

11  position?                                                         19:44:03

12      A.   I do not know what his job entailed.                     19:44:05

13      Q.   The paragraph that starts "Sergeant                      19:44:11

14  Phelps and Kenny Hill made a female K-9 handler                   19:44:16

15  come into the class to show us that when they see                 19:44:19

16  an overweight dog they require the handler to                     19:44:21

17  come in and have the dog weighed and if needed,                   19:44:24

18  sent to the vet.  There were other canines that                  19:44:26

19  were overweight who were assigned to male                         19:44:29

20  handlers, but the male handler were not singled                   19:44:31

21  out for class."                                                   19:44:33

22           Can you explain to me how them having a                  19:44:34

1   handler come in to have a dog weighed is evidence                19:44:38

2   that Sergeant Phelps had a history of                           19:44:45

3   discriminating against women in the workplace?                  19:44:47

4       A.  The way that this statement reads is that               19:44:50

5   she was coming to have her dog checked.                         19:44:55

6       Q.  Okay?                                                    19:45:00

7       A.  There is like a -- I don't want to call                 19:45:00

8   her a K-9 vet, but like a K-9 person that takes                 19:45:04

9   care     of -- of the experienced handlers and                 19:45:09

10  their dogs.                                                     19:45:12

11      Q.  Uhm-hmm.                                                19:45:13

12      A.  And there were many overweight dogs.                    19:45:14

13  There was a whole spreadsheet, kind of,                        19:45:17

14  whiteboard spreadsheet with the handlers, their                19:45:22

15  dogs, and how much they weighed.  And if they                  19:45:26

16  were overweight, they were -- I can't remember                 19:45:29

17  the color, but they were colored a certain one.                19:45:32

18  And then normal weight was colored a different                 19:45:34

19  thing.  So it's not like we had not seen                       19:45:36

20  overweight dogs --                                             19:45:39

21          (Simultaneous conversation.)                           19:45:41

22      Q.  Okay.                                                   19:45:41

1    A.   -- K-9.  This one they actually made her                   19:45:41

2    come into the class and stand up in front of the                19:45:47

3    class and express, "Look.  Look at this                         19:45:50

4    overweight dog.  See when your dog gets like this               19:45:53

5    and it's overweight, then we, you know, weigh                   19:45:57

6    your dog and if need be, this dog needs to go to                19:45:59

7    the vet."                                                       19:46:03

8         It was like, in my opinion, that they,                     19:46:03

9    you know, pointed her out and, in my opinion,                   19:46:06

10   embarrassed her in front of the class as far as                19:46:12

11   her dog's weight size.                                          19:46:14

12   Q.   And what was the name of the handler?                      19:46:17

13   A.   That was Michele -- Gonzalez I think is                    19:46:19

14   her last name.                                                  19:46:23

15   Q.   Okay.  You can set that document aside?                    19:46:29

16   A.   Okay.                                                      19:46:33

17   Q.   Are you aware of any female Officer                        19:46:33

18   Phelps failed from K-9 training aside from                     19:46:38

19   yourself?                                                       19:46:42

20   A.   It is my recollection that the two                        19:46:43

21   females before my class selection were under, I                19:46:51

22   believe, either -- I believe they were under                   19:46:57

1 Abernathy when Sergeant Abernathy was there.  I 19:47:03

2 don't believe Phelps was the K-9 trainer -- the 19:47:09

3 K-9 trainer at that time.  So I'm unaware of him 19:47:11

4 another failing another handler at that time. 19:47:14

5     Q.  Are you aware of Sergeant Phelps failing 19:47:18

6 handlers from K-9 training? 19:47:23

7     A.  I do not know what Phelps has done when 19:47:25

8 he was there -- in his time frame of being a K-9 19:47:29

9 trainer. 19:47:34

10     Q.  Okay.  It's my understanding that once 19:47:35

11 you left K-9 training that you got a puppy; is 19:47:53

12 that correct? 19:48:02

13     A.  Once I left?  Eventually I did get one, 19:48:02

14 yes. 19:48:06

15     Q.  When was that? 19:48:06

16     A.  Gosh.  I don't recall.  February. 19:48:08

17     Q.  February of 2018? 19:48:15

18     A.  Maybe. 19:48:19

19     Q.  Okay.  And what happened to the puppy? 19:48:20

20     A.  What do you mean what happened to the 19:48:22

21 puppy? 19:48:25

22     Q.  Did he die? 19:48:26

1      A.  I -- I did have a puppy die, yes.                    19:48:27

2      Q.  Was that the puppy that you got in                  19:48:30

3  February of 2018?                                           19:48:32

4      A.  No.                                                 19:48:34

5      Q.  Okay.  When did that puppy die?                     19:48:34

6      A.  Gosh.  I don't remember the date.  I                19:48:39

7  don't recall the date.                                      19:48:43

8      Q.  Was it before or after you left K-9                 19:48:43

9  training?                                                   19:48:47

10     A.  When I was terminated from K-9 training?            19:48:47

11     Q.  Yes.                                                19:48:52

12     A.  It was after, but I don't know the date.            19:48:53

13     Q.  And how did the puppy die?                          19:48:55

14     A.  My dad came up to let my dogs out and my            19:48:57

15  puppy hung himself when my dad put him back in             19:49:04

16  his kennel.                                                19:49:08

17     Q.  How did the puppy end up hanging itself             19:49:08

18  when it was placed back in the kennel?                     19:49:12

19     A.  Because had I a fence that went around              19:49:13

20  inside my garage to prevent him from getting into          19:49:17

21  other things, and he was standing up on the                19:49:21

22  fence.  I was working overtime.                            19:49:24

| | | |
|---|---|---|
| 1 | My dad went and took care of the dogs -- | 19:49:25 |
| 2 | the puppy.  And he let him out.  When he brought | 19:49:29 |
| 3 | him back in, he pet him and the puppy was still | 19:49:31 |
| 4 | standing up when my dad was petting him.  And | 19:49:34 |
| 5 | when my dad walked away, the puppy's collar got | 19:49:40 |
| 6 | hung up on the fence. | 19:49:45 |
| 7 | Q.  And you don't recall when that occurred? | 19:49:45 |
| 8 | A.  I do not recall. | 19:49:47 |
| 9 | Q.  Okay. | 19:49:50 |
| 10 | ATTORNEY SCINDIAN:  Let's go off the | 19:49:55 |
| 11 | record for a second. | 19:49:57 |
| 12 | THE VIDEOGRAPHER:  We are off the record. | 19:49:58 |
| 13 | The time is 7:49 p.m. | 19:50:01 |
| 14 | (Off the record at 7:49 p.m.) | 19:50:01 |
| 15 | (Back on the record at 7:51 p.m.) | 19:51:16 |
| 16 | THE VIDEOGRAPHER:  We are back on the | 19:51:16 |
| 17 | record.  The time is 7:51 p.m. | 19:51:36 |
| 18 | BY ATTORNEY SCINDIAN: | 19:51:41 |
| 19 | Q.  Okay.  Officer Van Meter, you're still | 19:51:42 |
| 20 | under oath. | 19:51:45 |
| 21 | You mentioned that you told Sergeant | 19:51:46 |
| 22 | Phelps and Kenny Hill that you had anxiety, | 19:51:49 |

1  correct?                                            19:51:51

2     A.  I did.                                        19:51:52

3     Q.  Was there anyone else in the K-9 chain of     19:51:52

4  command that you told that you had anxiety?          19:51:56

5     A.  Not that I can remember.                      19:51:59

6     Q.  And if I understand the allegations that      19:52:05

7  you're raising here, the protected activity that     19:52:12

8  you are alleging here is that Sergeant Phelps        19:52:16

9  believed that you had told other people that         19:52:21

10 you -- that you had been told that you were going    19:52:23

11 to be removed from K-9; is that correct.             19:52:25

12    A.  Can you reword that?                           19:52:28

13    Q.  The protected activity that you are            19:52:29

14 saying is at issue here -- that led to Sergeant      19:52:32

15 Phelps removing you from the program, was that       19:52:38

16 Sergeant Phelps believed that had told people --     19:52:41

17 that you had basically spun the rumor that you       19:52:42

18 were being removed from K-9 training, the K-9        19:52:47

19 training program?                                    19:52:51

20        ATTORNEY ALDERMAN:  Objection.  Lack of       19:52:52

21 foundation.                                          19:52:53

22        THE WITNESS:  I would disagree with that      19:52:54

1    statement.                                          19:52:56

2    BY ATTORNEY SCINDIAN:                               19:52:56

3        Q.   Okay.  What is the protected activity      19:52:56

4    that you're alleging?                               19:52:58

5        A.   I don't know what protected activity.      19:52:58

6        Q.   In this matter, one of the allegations is  19:53:01

7    that you were retaliated against by Sergeant        19:53:04

8    Phelps, correct?                                    19:53:07

9        A.   That is one of one.  Yes.                   19:53:08

10       Q.   Okay.  And what was he retaliating          19:53:10

11   against you for?                                    19:53:13

12       A.   One of them would be that he -- that it    19:53:15

13   is believed that he used -- or thinking that I      19:53:23

14   spoke to upper management about my treatment and    19:53:28

15   that I was going to be terminated from K-9          19:53:30

16   training when the rumor came out.                   19:53:34

17       Q.   Okay.  Anything else?                       19:53:35

18       A.   No.                                         19:53:38

19       Q.   Okay.                                        19:53:39

20          ATTORNEY SCINDIAN:  No further questions.    19:53:39

21          ATTORNEY ALDERMAN:  Okay.  Keeping in        19:53:41

22   mind that you need to get out of here and that we   19:53:43

1   are already at -- we're after seven hours, I'm                19:53:46

2   going to keep this fast, so it's going to be                  19:53:50

3   limited.                                                      19:53:53

4       EXAMINATION BY COUNSEL FOR THE PLAINTIFF:                 19:53:54

5   BY ATTORNEY ALDERMAN:                                         19:53:54

6       Q.   When you wrote that long e-mail to                   19:53:56

7   Captain Sund that listed your --                             19:54:01

8       A.   That'd be Assistant Chief Sund.                      19:54:05

9       Q.   Thank you.  To Assistant Chief Sund,                 19:54:07

10  which has been marked as Exhibit 13, did you have             19:54:11

11  a lawyer helping you write that letter?                       19:54:12

12      A.   No, I did not.                                       19:54:16

13      Q.   You wrote that on your own, right?                   19:54:16

14      A.   Yes, I did.                                          19:54:18

15      Q.   Okay.  During your training when working             19:54:19

16  with Jayden, did the trainers allow you to reward             19:54:24

17  Jayden, you know, for finding a hide after he                 19:54:29

18  pawed the bag?                                                19:54:32

19      A.   If there was a hide in there, yes.                   19:54:34

20      Q.   In other words, you had been allowed to              19:54:37

21  reward Jayden after he indicated his change of                19:54:39

22  behavior by pawing, correct?                                  19:54:44

1     A.  There were a couple times, yes.                    19:54:45

2     Q.  When you signed all of those reports that          19:54:50

3  Ms. Scindian reviewed with you in Exhibit 5, when         19:54:57

4  you signed them, were you saying that you agreed          19:55:01

5  with what was stated in there?                            19:55:03

6     A.  No.  I was signing them stating that I             19:55:06

7  received them.                                            19:55:10

8     Q.  Okay.  You mentioned someone named -- a            19:55:11

9  trainer named Cullen, Tim Cullen earlier?                 19:55:14

10    A.  I do.                                              19:55:18

11    Q.  Did he provide criticism during training          19:55:19

12  sessions to you?                                         19:55:23

13    A.  Yes.                                               19:55:25

14    Q.  Okay.  After you left K-9 training, there          19:55:26

15  were some terms that you are didn't know today in        19:55:34

16  the deposition, some questions that you couldn't         19:55:36

17  ask about some specifics of the K-9 mechanics.           19:55:38

18        After you were terminated from K-9 in              19:55:40

19  2017, did you have any follow-up K-9 training            19:55:44

20  with the police force?                                   19:55:49

21    A.  No.                                                19:55:51

22    Q.  Did you -- did you keep the training               19:55:51

| | | |
|---|---|---|
| 1 | manuals and, you know, review them from time to | 19:55:54 |
| 2 | time? | 19:55:57 |
| 3 | A.  I have the training manual, but it's not | 19:55:57 |
| 4 | been reviewed since K-9 training. | 19:56:01 |
| 5 | Q.  Okay.  And -- and when we were looking at | 19:56:04 |
| 6 | the reports in Exhibit 5 frequently, you said | 19:56:08 |
| 7 | that you couldn't dispute what the trainers had | 19:56:11 |
| 8 | written or that you were assuming, you know, | 19:56:16 |
| 9 | something to the effect that you were assuming | 19:56:19 |
| 10 | that it was accurate. | 19:56:21 |
| 11 | Was that because you don't have a | 19:56:23 |
| 12 | detailed recollection of all the training events | 19:56:26 |
| 13 | that day? | 19:56:28 |
| 14 | A.  That would be a correct statement. | 19:56:29 |
| 15 | Q.  And if you did have a detailed | 19:56:31 |
| 16 | recollection of the training events, then is it | 19:56:33 |
| 17 | possible that you would dispute some of what's | 19:56:35 |
| 18 | written there? | 19:56:37 |
| 19 | ATTORNEY SCINDIAN:  Objection.  Calls for | 19:56:39 |
| 20 | speculation. | 19:56:40 |
| 21 | THE WITNESS:  Yes. | 19:56:41 |
| 22 | BY ATTORNEY ALDERMAN: | 19:56:41 |

1    Q.  How did -- you said that Phelps would          19:56:42

2    respond in a frustrated or demeaning manner when    19:56:45

3    you asked question.                                 19:56:49

4        How would he respond when the men asked        19:56:51

5    questions?                                          19:56:53

6    A.  There was always -- it was a joke, like,       19:56:54

7    he was talking to a buddy.                          19:56:57

8    Q.  Okay.                                           19:57:00

9        ATTORNEY ALDERMAN:  That's all the             19:57:03

10   questions I have for you.                           19:57:04

11       THE WITNESS:  Okay.                             19:57:05

12       ATTORNEY SCINDIAN:  No further questions.       19:57:05

13       THE VIDEOGRAPHER:  This marks the end of        19:57:09

14   the videotaped deposition of Mauricia Van Meter.    19:57:10

15   The time is 7:57 p.m.                               19:57:15

16       (Off the record at 7:57 p.m.)

17                    ***

18

19

20

21

22

1               E-R-R-A-T-A  S-H-E-E-T

2        I, MAURICIA VAN METER, do hereby

3  acknowledge that I have read and examined the

4  foregoing testimony, and the same is a true,

5  correct and complete transcription of the

6  testimony given by me and any corrections appear

7  on the attached Errata sheet signed by me.

8

9  _____   _____

10    (DATE)             (SIGNATURE)

11

12

13

14

15

16

17

18

19

20

21

22

1                    CERTIFICATE OF REPORTER

2            I, Michael A. Rodriquez, the officer

3    before whom the foregoing deposition was taken,

4    do hereby certify that the witness whose

5    testimony appears in the foregoing deposition was

6    duly sworn by the Notary Public; that the

7    testimony of said witness was taken down by me in

8    stenotype and thereafter reduced to typewriting

9    under my supervision; that said deposition is a

10   true record of the testimony given by said

11   witness; that I am neither counsel for, related

12   to, nor employed by any of the parties to the

13   action in which this deposition was taken; and

14   further, that I am not a relative or employee of

15   any attorney or counsel employed by the parties

16   thereto, nor financially or otherwise interested

17   in the outcome of the action.

18

19

20   _____

     MICHAEL A. RODRIQUEZ, RPR/CP/RMR
21        FREELANCE VERBATIM REPORTER

22

**A**

**a-game**
335:8
**abbreviation**
285:7
**abbreviations**
201:21
**abernathy**
15:19, 15:21,
15:22, 16:1,
16:3, 16:11,
17:11, 378:1
**ability**
203:21, 258:2,
258:3, 284:14,
313:21
**able**
92:11, 111:8,
114:10, 114:18,
116:20, 122:13,
123:22, 128:21,
134:7, 139:1,
151:16, 173:14,
219:18, 240:13,
250:10, 284:14,
314:9, 326:16,
333:22
**above**
189:21, 314:16,
320:14
**absolute**
301:14
**absolutely**
121:2, 123:20,
155:18, 172:11,
264:1, 265:19,
266:15, 273:18,
368:14
**abusive**
349:7
**academy**
163:21
**accept**
212:7
**acceptable**
230:17
**acceptance**
20:6

**accepted**
374:19
**access**
307:16
**accident**
262:14
**accommodate**
11:1
**accommodating**
86:19
**according**
23:22, 68:10,
85:11, 85:12,
85:19, 86:8,
88:2, 108:11,
109:2, 109:3,
109:12, 109:14,
115:9, 135:6,
135:17, 209:8,
212:16, 222:21,
222:22, 239:15,
305:7, 323:3,
340:5, 341:11
**accuracies**
190:17
**accuracy**
169:10, 209:5,
209:6, 209:8,
235:22, 246:19,
250:17, 316:13
**accurate**
171:2, 171:3,
209:13, 212:19,
212:21, 231:17,
233:19, 238:22,
239:8, 244:13,
244:18, 245:12,
247:2, 252:7,
281:11, 281:14,
306:15, 309:21,
311:17, 322:17,
322:18, 385:10
**accurately**
243:13
**acknowledge**
387:3
**acquaintance**
55:16

**acquaintances**
55:19
**acquaintanceship**
55:6
**acronyms**
286:13
**across**
122:12
**act**
113:19
**acted**
353:17
**action**
138:5, 138:10,
138:16, 138:19,
139:9, 139:14,
139:19, 372:5,
388:13, 388:17
**actions**
250:11
**activation**
313:4
**active**
137:7, 137:15,
137:19
**actively**
284:16, 284:20
**activities**
49:15
**activity**
80:3, 80:5,
81:16, 86:17,
381:7, 381:13,
382:3, 382:5
**acts**
224:10, 224:13
**actual**
14:22, 85:7,
85:21, 95:13,
296:9, 318:5,
346:17
**actually**
8:14, 21:4,
24:2, 40:22,
45:8, 45:9,
71:7, 102:14,
105:13, 120:6,
122:19, 124:18,

126:5, 128:10,
128:22, 151:3,
155:6, 155:20,
158:10, 162:20,
166:10, 182:20,
186:9, 189:15,
195:4, 196:7,
196:10, 213:12,
238:8, 238:20,
243:21, 255:15,
282:6, 287:11,
301:4, 309:3,
323:14, 324:11,
331:15, 343:2,
349:14, 357:17,
377:1
**adapting**
175:13
**add**
361:7, 361:18
**addition**
173:7, 176:4
**additional**
184:21, 310:8,
311:9, 340:17,
341:3, 341:15,
341:21, 341:22,
342:3, 342:5,
342:8, 343:7,
356:9, 356:17
**additionally**
16:20, 225:21
**addressed**
225:12
**adjoining**
313:8, 313:12
**adjunct**
30:14, 30:16,
39:11
**adjust**
203:10, 314:13,
317:10
**adjusting**
334:3
**adjustments**
334:10
**adjusts**
333:22

administer
61:18
administered
58:5
administering
47:17, 48:3,
53:11, 57:16,
64:17, 66:15
administrative
366:5, 368:9
admit
335:10
adopt
249:15
adopted
162:15
adopting
334:3
advantage
108:4
advantages
109:18
advice
143:19, 144:7,
185:21, 185:22,
186:1
advised
170:11, 177:6,
185:18, 199:2,
235:3, 235:7,
239:2, 317:8,
317:15, 320:21,
321:15, 326:4,
326:7, 327:6,
331:16
afar
361:8, 361:19
affairs
365:22, 366:4
affect
284:14
affects
203:14, 203:19
affirmed
7:13
after
7:13, 56:17,
60:13, 60:17,

74:15, 87:7,
91:18, 168:12,
168:13, 169:14,
178:12, 180:20,
180:22, 181:7,
204:3, 205:5,
206:1, 206:6,
220:21, 221:4,
221:15, 221:17,
238:1, 240:9,
250:5, 260:3,
261:6, 268:14,
270:3, 276:2,
280:4, 280:13,
280:18, 284:22,
290:1, 314:18,
316:8, 316:19,
321:14, 333:18,
340:11, 352:1,
363:7, 379:8,
379:12, 383:1,
383:17, 383:21,
384:14, 384:18
afterward
161:4, 161:5
against
266:3, 331:14,
347:3, 366:8,
372:4, 372:9,
372:17, 372:20,
374:5, 374:18,
376:3, 382:7,
382:11
aggression
300:7, 310:9,
311:7
aggressive
145:1, 288:20,
291:18, 292:4,
292:19
agility
18:6, 96:1
ago
168:2
agree
308:5, 330:7
agreed
167:2, 384:4

ah
103:8
ahead
96:18, 117:19,
183:22, 221:14,
232:11, 247:15,
298:14, 357:10,
369:16
aid
175:11, 190:1,
192:3, 193:7,
195:2, 195:18,
198:14, 198:16,
199:12, 203:2,
231:1, 268:1,
295:17, 296:18,
298:1, 313:14,
317:4, 321:3,
322:7, 326:2,
326:5, 327:5,
327:6, 327:8,
331:9, 333:4,
357:15, 357:21,
359:20, 360:1,
360:2, 360:10,
360:14, 360:18
aiding
198:14
aids
196:7, 290:2,
299:7, 303:22,
305:22, 357:13,
358:6
air
113:3, 118:12,
118:16, 336:19,
336:20
airplane
119:9, 119:12,
120:17, 120:20
airplanes
116:8, 125:8
aj
39:5, 60:10,
60:11, 60:21,
61:10, 62:9,
62:10, 62:11,
62:19, 62:22,

305:19, 316:21,
318:2
alarm
263:14, 274:5
alderman
3:6, 3:7, 6:19,
7:2, 7:3, 12:16,
45:12, 45:17,
47:19, 90:9,
90:13, 95:18,
96:16, 100:15,
111:4, 113:6,
114:14, 115:2,
116:12, 120:9,
121:9, 126:21,
127:4, 133:16,
137:2, 137:9,
137:21, 138:11,
138:20, 139:20,
140:7, 140:13,
141:7, 141:11,
141:15, 142:2,
142:6, 142:9,
142:12, 142:20,
143:3, 143:8,
143:13, 143:18,
144:2, 144:6,
144:12, 144:17,
144:22, 145:3,
145:8, 145:13,
146:8, 146:17,
154:16, 164:7,
164:11, 167:21,
170:21, 173:21,
179:5, 199:20,
204:21, 221:10,
246:3, 282:4,
282:14, 291:3,
304:5, 305:5,
338:10, 368:3,
381:20, 382:21,
383:5, 385:22,
386:9
alert
175:11, 229:13,
230:2, 230:4,
250:12
alerted
204:2, 230:10,

250:5, 256:21,
285:11, 285:15,
285:17, 313:19,
333:3

**alerting**
175:15, 194:4,
203:1, 215:5,
215:7, 215:12,
249:7, 251:8,
254:7, 254:11,
254:12, 257:16,
258:6, 258:8,
292:19, 293:5,
293:8, 310:13,
316:1

**alerts**
331:19

**all**
18:8, 25:11,
35:15, 35:20,
38:12, 47:13,
49:16, 50:15,
50:19, 50:22,
51:7, 58:21,
69:3, 69:5,
69:14, 80:5,
92:17, 95:15,
96:2, 101:15,
112:3, 116:1,
120:13, 131:1,
131:12, 131:13,
131:14, 132:15,
135:10, 148:18,
150:6, 164:8,
168:22, 169:11,
181:16, 182:5,
182:6, 183:6,
192:7, 201:8,
209:15, 213:3,
213:4, 213:5,
221:8, 224:2,
224:3, 226:11,
228:13, 228:22,
229:1, 233:9,
233:13, 242:19,
246:18, 248:2,
261:20, 263:16,
268:14, 269:22,

273:12, 274:13,
276:3, 280:18,
282:1, 286:8,
286:13, 286:14,
289:20, 300:14,
301:7, 301:15,
302:7, 307:12,
312:3, 318:3,
327:16, 330:5,
331:1, 334:19,
339:1, 339:15,
340:10, 349:4,
349:5, 356:19,
374:2, 384:2,
385:12, 386:9

**allegation**
150:1, 365:17

**allegations**
372:19, 381:6,
382:6

**alleged**
147:9

**alleging**
381:8, 382:4

**allotted**
156:5, 157:5

**allow**
9:18, 199:3,
203:17, 203:20,
235:18, 314:17,
314:19, 383:16

**allowed**
190:7, 229:14,
285:22, 383:20

**allowing**
209:2, 295:6,
315:8, 322:10

**almost**
103:6, 324:1,
355:5, 355:6,
365:17

**alone**
262:9

**along**
85:3, 203:8

**already**
51:6, 82:19,
156:7, 157:5,

157:6, 157:9,
157:14, 158:4,
159:16, 187:12,
218:15, 218:18,
268:3, 269:13,
269:14, 269:17,
279:1, 331:11,
351:10, 383:1

**also**
9:12, 27:14,
28:16, 34:13,
37:21, 49:14,
50:21, 82:8,
82:9, 84:21,
93:10, 97:14,
103:20, 104:7,
104:12, 104:19,
134:8, 150:5,
153:4, 161:15,
167:7, 187:12,
203:15, 203:16,
209:18, 219:10,
219:13, 219:17,
220:17, 238:22,
243:12, 243:19,
270:10, 271:2,
271:21, 271:22,
289:2, 299:17,
300:4, 312:20,
318:19, 353:19

**although**
68:11, 242:9,
273:14

**always**
35:2, 129:13,
131:7, 196:9,
221:21, 239:21,
280:5, 355:11,
386:6

**amended**
370:14

**among**
277:8, 366:11,
366:18

**announcement**
12:1, 12:3,
13:6, 14:17,
15:1, 18:7

**annoyance**
225:19, 353:20

**annoyed**
219:7, 225:16

**another**
18:15, 38:6,
45:14, 50:16,
51:9, 91:21,
95:11, 131:22,
153:1, 171:22,
174:15, 176:21,
189:7, 193:2,
197:19, 208:3,
228:16, 232:13,
233:15, 234:11,
237:9, 241:11,
242:1, 248:2,
254:3, 259:13,
280:13, 283:9,
288:2, 291:22,
294:3, 298:16,
307:5, 312:7,
319:19, 325:9,
344:12, 348:6,
378:4

**answer**
8:12, 9:3, 9:7,
10:6, 11:4,
17:15, 47:21,
90:15, 95:20,
115:19, 121:13,
125:18, 125:19,
125:20, 133:19,
134:13, 139:2,
139:11, 141:6,
141:8, 141:10,
141:14, 141:16,
141:22, 142:1,
142:3, 142:8,
142:12, 142:16,
145:14, 145:18,
146:3, 156:17,
221:11, 227:3,
227:5, 344:13,
362:13

**answered**
44:14, 140:7,
141:11, 145:15

**answering**
8:15, 121:12,
219:7
**answers**
10:13, 10:17,
11:17
**anticipation**
290:18
**antonio**
1:31, 7:7
**anxiety**
205:21, 219:11,
227:7, 227:11,
227:20, 228:1,
263:5, 264:16,
264:19, 356:5,
380:22, 381:4
**anybody**
182:11, 206:9,
269:11, 276:20,
277:21, 301:12,
363:5
**anyone**
32:16, 46:8,
46:18, 80:10,
212:22, 364:3,
364:8, 381:3
**anything**
11:16, 30:4,
30:21, 31:2,
58:14, 72:21,
93:3, 93:7,
98:12, 102:9,
103:15, 124:9,
137:6, 138:18,
139:7, 139:18,
146:4, 160:7,
167:18, 169:2,
169:5, 170:19,
173:19, 180:20,
181:7, 211:16,
212:13, 212:15,
220:20, 238:4,
241:14, 247:12,
256:16, 265:21,
277:21, 286:14,
293:12, 296:8,
298:3, 298:4,

309:18, 311:14,
318:10, 322:14,
323:18, 324:17,
327:13, 330:2,
334:21, 354:1,
363:16, 363:18,
364:18, 372:20,
382:17
**apologize**
18:10, 152:18,
330:16, 337:4,
348:16
**apparent**
260:2
**apparently**
278:3, 303:14,
304:16
**appear**
17:11, 185:6,
213:9, 230:1,
245:18, 253:18,
387:6
**appeared**
190:5, 203:2,
249:3, 253:11,
310:18, 314:4
**appears**
13:5, 21:22,
38:13, 76:14,
78:8, 81:12,
81:17, 85:5,
86:8, 91:2,
96:20, 96:21,
111:17, 167:8,
171:3, 176:22,
190:15, 190:20,
192:21, 197:22,
208:5, 209:15,
210:9, 228:18,
253:13, 253:14,
253:16, 259:4,
281:17, 283:11,
287:16, 288:22,
292:6, 292:8,
303:1, 322:15,
330:19, 335:17,
346:8, 388:5
**application**
16:6, 16:7,

16:12, 16:13,
17:20, 17:22
**applied**
12:2, 13:16,
13:19, 14:13,
14:17, 15:7,
15:16
**apply**
13:22, 105:22,
230:19, 231:7,
314:9
**applying**
16:2, 100:1,
290:13, 315:19,
334:7, 334:13
**appointment**
233:16, 353:3
**approach**
226:20, 289:22,
299:7, 303:5,
303:9, 303:13,
303:19, 304:4,
304:21
**approached**
276:9, 363:20
**approaches**
170:13
**approximately**
24:8, 81:10,
165:13, 175:6,
340:9, 363:15
**arbitrarily**
326:20
**area**
77:16, 101:13,
129:9, 130:19,
165:14, 170:3,
183:6, 198:14,
203:20, 203:22,
215:16, 215:21,
229:14, 229:15,
229:16, 229:18,
235:11, 249:16,
249:18, 257:14,
260:6, 283:16,
284:18, 284:21,
289:12, 289:16,
294:11, 295:16,

296:16, 299:4,
299:6, 301:10,
303:5, 303:9,
303:18, 304:3,
304:20, 313:7,
313:11, 313:12,
317:5, 320:6,
320:12, 320:14,
320:16, 321:5,
321:17, 323:19,
324:2, 326:5,
326:8, 326:10,
331:17, 332:6,
332:16, 333:11,
334:2, 357:20
**areas**
103:13, 108:3,
108:7, 149:5,
150:7, 237:21,
249:15, 251:4,
251:5, 256:5,
257:15, 295:7,
313:8, 313:13,
314:6, 315:7,
321:17, 326:1
**aren't**
212:12
**argumentative**
115:3, 120:10,
127:5
**arm**
175:22
**armrest**
332:16
**around**
12:5, 78:19,
79:9, 80:22,
91:2, 101:14,
106:16, 108:9,
109:1, 109:10,
109:16, 109:20,
120:1, 121:8,
127:22, 129:6,
131:1, 131:3,
160:3, 179:17,
189:20, 204:22,
205:7, 227:12,
263:12, 263:13,

270:8, 275:17,
276:1, 276:16,
299:16, 307:13,
307:20, 308:2,
314:2, 327:1,
340:11, 364:16,
379:19
**aside**
22:9, 25:19,
33:4, 49:4,
97:6, 162:10,
225:4, 336:2,
372:21, 377:15,
377:18
**asked**
16:17, 16:21,
108:20, 123:10,
123:11, 134:5,
140:7, 141:11,
217:12, 219:5,
244:11, 246:18,
274:7, 320:12,
326:13, 351:17,
352:15, 360:9,
362:8, 362:11,
363:16, 364:7,
386:3, 386:4
**asking**
10:3, 14:14,
69:6, 92:6,
92:7, 115:7,
115:15, 115:19,
116:2, 116:5,
116:12, 117:1,
117:2, 117:7,
118:2, 118:3,
121:10, 121:11,
121:13, 122:2,
124:13, 124:14,
124:15, 127:1,
134:9, 140:21,
146:2, 205:15,
264:4, 341:14,
342:6
**asks**
145:13, 228:7
**assess**
203:20, 304:3

**assessed**
299:6, 303:4,
303:8, 303:18,
304:20
**assessment**
215:13, 289:17,
292:15, 326:18
**asset**
231:10
**assigned**
22:20, 54:6,
58:19, 68:20,
82:20, 149:3,
150:19, 151:9,
151:11, 151:14,
151:17, 181:22,
182:17, 183:1,
183:9, 183:12,
183:21, 184:1,
188:12, 188:18,
313:5, 313:10,
313:13, 337:8,
338:5, 375:19
**assignment**
69:19, 149:20,
154:10
**assignments**
181:17, 270:3
**assist**
32:17, 46:3,
46:11, 297:2,
297:3, 297:8,
297:11, 297:20,
317:3, 317:14
**assistance**
30:3, 34:9,
226:16, 340:17,
341:3
**assistant**
339:7, 339:9,
350:13, 350:16,
365:7, 383:8,
383:9
**assisted**
62:13, 66:20,
204:4, 257:18,
334:17
**assister**
353:6

**associated**
109:15
**assume**
182:13, 231:17
**assuming**
96:1, 96:2,
125:20, 199:22,
228:2, 245:15,
245:16, 252:6,
277:11, 292:13,
297:12, 297:13,
308:9, 311:18,
328:21, 385:8,
385:9
**assumption**
10:7, 292:7
**atlas**
313:4, 313:5
**attached**
387:7
**attachment**
21:21
**attack**
265:1
**attacks**
264:19
**attempt**
320:15
**attempted**
294:17, 295:10
**attempting**
255:2
**attendance**
72:7, 73:13
**attendants**
74:1
**attention**
75:6, 164:5,
265:9, 265:11,
268:2, 278:13,
284:13, 284:19,
349:10, 370:13,
372:1
**attitude**
214:13, 226:21
**attractive**
29:22, 31:7,
31:9, 31:21

**audible**
10:13, 10:16
**august**
23:10, 75:13,
75:14, 75:18,
83:10, 89:21,
90:19, 164:19,
168:8, 169:21,
172:3, 174:18,
174:19, 177:1,
178:16, 178:20,
181:8, 185:16,
186:15, 189:10
**available**
157:13, 316:11
**avenue**
3:8
**avoid**
230:7, 257:14
**awaiting**
230:4
**aware**
11:19, 41:12,
41:13, 63:21,
64:7, 73:18,
73:19, 115:13,
170:9, 231:19,
277:20, 362:21,
363:2, 377:17,
378:5
**away**
171:20, 217:16,
222:14, 223:21,
223:22, 238:5,
331:12, 380:5
**awesome**
155:15

**B**

**b-r-a-k-e**
106:1
**b-r-o-e-h-l**
364:6
**back**
33:21, 34:17,
38:7, 67:18,
67:21, 70:7,
70:9, 70:11,

87:2, 89:22,
98:8, 107:12,
107:15, 110:18,
112:5, 123:19,
141:16, 141:18,
142:11, 143:2,
145:18, 148:6,
155:14, 158:20,
160:16, 162:17,
163:13, 165:19,
182:20, 207:8,
217:4, 217:19,
221:22, 222:20,
223:1, 223:3,
224:19, 226:8,
229:5, 235:10,
238:14, 244:9,
246:15, 252:21,
255:3, 255:14,
255:18, 262:1,
266:14, 268:19,
279:8, 283:1,
295:9, 295:22,
303:3, 307:19,
307:22, 308:3,
311:4, 318:15,
320:11, 321:9,
321:18, 324:11,
331:6, 331:9,
333:14, 333:16,
346:1, 352:3,
358:15, 362:2,
368:22, 370:9,
370:13, 379:15,
379:18, 380:3,
380:15, 380:16

**background**
18:4

**backing**
59:12

**backside**
235:3, 239:1

**backwards**
152:19, 246:16

**bad**
197:7

**badgered**
144:13

**badgering**
144:20

**bag**
196:11, 288:18,
288:20, 290:8,
292:18, 294:18,
310:7, 310:10,
327:7, 383:18

**bags**
196:7, 289:20,
290:7, 310:5,
310:14, 311:7

**ball**
175:12, 196:20,
268:2, 268:7,
290:19, 341:7

**bar**
321:5, 323:19,
360:15

**base**
89:14, 314:2,
334:14

**based**
158:13, 193:21,
195:19, 257:11,
326:18, 333:22,
347:4, 347:8,
366:8, 366:14

**basic**
99:8, 99:11,
100:14, 100:20,
104:19, 105:2,
107:19, 110:21,
127:16, 128:20,
133:5, 133:10,
133:11, 133:14,
134:2, 134:3,
134:5, 134:11,
134:14, 202:21,
284:8, 286:4,
314:9, 334:8,
334:13

**basically**
107:20, 146:11,
150:22, 157:9,
160:20, 224:10,
269:6, 281:7,
302:5, 338:7,

353:9, 356:16,
381:17

**basics**
110:20, 133:10

**basis**
57:13, 60:11,
190:16, 204:9,
209:4, 222:6,
231:13, 240:5,
241:15, 241:21,
242:7, 244:12,
246:19, 250:17,
252:12, 258:10,
258:13, 286:15,
291:13, 291:16,
291:17, 316:13,
316:15, 322:15,
344:1, 372:14,
374:3, 374:12

**bates**
12:15, 94:17,
96:7, 152:9,
164:5, 336:12,
350:9

**bathroom**
70:16, 70:18,
132:6, 205:9,
321:21, 358:7,
358:12, 358:14,
358:16, 359:5,
359:7, 359:12,
359:15, 359:18,
359:22, 360:7,
360:11, 360:18,
361:4, 369:7,
369:8, 369:22

**batteries**
332:19

**beat**
279:1, 344:5,
349:8

**beavers**
40:2, 40:15

**became**
333:1

**become**
11:19, 54:10,
54:21, 54:22,

203:3, 231:10,
284:10

**becomes**
203:13, 203:16,
208:20, 211:20

**becoming**
62:22, 257:20

**bed**
333:10

**bee**
240:9

**been**
7:13, 8:10,
8:18, 13:15,
16:15, 19:15,
19:17, 20:1,
20:13, 21:4,
21:14, 24:12,
24:13, 32:3,
34:7, 51:20,
58:16, 72:17,
76:5, 77:5,
81:21, 84:1,
94:12, 115:13,
117:17, 117:19,
118:20, 119:22,
121:6, 121:7,
125:17, 125:21,
130:6, 134:22,
135:1, 135:3,
135:4, 147:14,
151:20, 155:17,
163:19, 168:2,
175:20, 176:4,
180:7, 183:9,
183:12, 184:21,
185:1, 203:16,
230:8, 256:11,
276:10, 280:17,
282:7, 300:4,
322:21, 337:10,
338:11, 339:20,
340:15, 342:5,
343:11, 345:7,
349:1, 349:6,
350:3, 369:13,
372:20, 373:3,
374:14, 374:21,

375:3, 381:10,
383:10, 383:20,
385:4
**before**
2:18, 8:3,
9:20, 14:3,
14:7, 14:13,
14:17, 15:18,
16:6, 16:12,
16:13, 20:15,
27:9, 28:3,
28:10, 28:13,
29:11, 33:9,
33:15, 35:6,
38:2, 44:14,
48:12, 51:19,
52:1, 55:4,
56:10, 58:19,
60:13, 60:15,
65:7, 101:14,
102:14, 107:18,
110:9, 113:13,
148:16, 158:15,
159:7, 162:22,
163:18, 168:12,
178:12, 178:14,
178:18, 178:20,
179:1, 179:2,
184:7, 184:8,
186:10, 188:11,
188:12, 193:17,
194:4, 196:3,
196:4, 210:3,
212:7, 221:3,
230:5, 235:18,
246:1, 254:21,
267:21, 268:3,
270:3, 270:4,
282:11, 289:16,
321:22, 323:6,
331:6, 344:12,
359:13, 368:12,
373:8, 377:21,
379:8, 388:3
**began**
27:10, 203:6,
229:14
**begin**
7:17

**beginning**
51:7, 69:18,
151:15, 219:3,
261:11, 352:20,
353:1
**begins**
6:4
**behalf**
3:3, 3:14, 5:4
**behave**
114:7
**behavior**
67:2, 101:5,
101:20, 102:1,
102:8, 102:14,
102:15, 102:22,
103:1, 103:11,
104:1, 104:10,
110:19, 111:2,
113:20, 118:4,
127:13, 127:14,
128:10, 128:13,
129:6, 129:18,
130:2, 134:7,
170:15, 190:12,
197:13, 198:11,
199:8, 199:11,
202:13, 202:22,
203:1, 203:7,
203:11, 208:13,
211:11, 229:18,
230:4, 249:7,
254:6, 254:7,
254:10, 254:11,
254:12, 254:13,
257:16, 258:5,
284:17, 284:22,
285:5, 288:20,
289:4, 291:18,
291:21, 291:22,
292:4, 292:19,
292:20, 293:4,
293:8, 294:20,
295:2, 295:8,
296:7, 313:17,
314:3, 314:18,
315:6, 315:20,
317:4, 329:9,

333:7, 354:19,
362:4, 383:22
**behaviors**
111:3, 293:10
**behind**
165:19, 240:11,
249:4, 253:12,
268:3, 321:5
**being**
16:21, 20:15,
27:15, 30:5,
35:17, 48:21,
54:5, 84:3,
84:16, 84:21,
89:17, 106:12,
111:8, 115:10,
117:8, 119:8,
119:14, 123:2,
126:6, 126:9,
128:21, 134:7,
144:13, 169:1,
169:9, 170:15,
178:1, 179:11,
179:20, 183:20,
186:21, 194:3,
198:7, 205:22,
212:13, 214:19,
216:19, 217:3,
253:8, 255:7,
255:9, 275:15,
276:17, 279:17,
280:7, 284:18,
299:22, 302:10,
327:2, 332:6,
344:4, 349:11,
349:18, 352:1,
363:3, 363:14,
363:21, 364:8,
364:9, 364:20,
378:8, 381:18
**belgian**
36:15, 36:18,
36:22, 38:5
**belgium**
159:15
**belief**
194:4, 370:20,
371:4, 371:9,

371:17, 371:20,
372:2, 372:11,
374:3
**believed**
381:9, 381:16,
382:13
**believes**
230:10, 372:15
**believing**
372:15
**belittle**
264:14, 367:18
**belittled**
237:18
**belknap**
20:7, 345:15,
349:21
**belong**
347:1, 347:6,
347:8
**below**
191:1, 198:5,
314:15, 317:1,
325:18, 334:11,
367:1
**beltway**
198:10
**belvoir**
81:19, 82:1,
83:4, 83:6,
217:6
**belvoir's**
82:8
**ben**
8:3
**benefit**
311:8
**bent**
217:12
**beside**
45:9, 46:4,
367:1
**besides**
32:16, 93:4,
93:8, 168:22,
267:12, 340:22,
353:20, 356:10
**best**
8:6, 8:9,

62:13, 89:20,
260:13
**betrayal**
344:8
**better**
30:9, 30:18,
45:13, 141:5,
146:3, 173:1,
173:13, 191:11,
192:4, 193:1,
199:9, 202:19,
208:16, 208:19,
211:20, 226:17,
250:2, 289:7,
310:22, 332:10,
333:19
**betting**
308:21
**between**
11:8, 13:15,
15:7, 15:10,
24:1, 50:9,
52:2, 56:10,
56:15, 112:8,
113:4, 114:2,
114:6, 114:12,
114:18, 116:3,
116:6, 116:10,
117:11, 118:5,
118:8, 118:13,
119:6, 119:12,
119:19, 120:5,
121:5, 124:1,
140:5, 140:11,
140:22, 145:20,
146:6, 150:20,
202:21, 251:8,
255:15, 275:16,
310:12, 315:22,
316:1
**beyond**
161:9, 221:17,
323:11
**bias**
374:18
**big**
37:12, 158:21,
159:15, 159:17,

365:16
**biggest**
196:21
**billy**
36:7, 36:8,
36:12, 36:15,
36:22, 37:21,
38:14, 46:10,
46:12, 104:7,
153:4, 156:11,
156:14, 156:20,
157:3, 157:6,
157:7, 157:9,
157:12, 157:16,
157:19, 158:2,
158:5, 158:10,
158:15, 158:17,
158:18, 158:21,
159:1, 159:5,
160:11, 161:6,
161:11, 161:15,
161:18, 162:3,
162:5, 162:10,
165:17, 167:5,
167:6, 167:15,
168:8, 168:10,
168:17, 168:20,
175:8, 175:14
**bit**
169:8, 181:13,
192:20, 196:4,
196:18, 217:4,
244:4, 261:22,
341:15
**bite**
288:20, 310:6
**biting**
288:21, 289:2,
291:18, 291:21,
292:18, 292:21
**black**
37:5, 37:6,
37:9, 37:12,
37:19, 37:21,
38:14, 38:15,
38:16, 38:17
**blaming**
342:17

**blank**
78:15, 290:6,
294:18, 310:14
**blanket**
158:15, 254:3,
256:7
**blend**
324:19
**blended**
340:10
**bless**
349:14
**blind**
321:17
**blinds**
321:17
**block**
77:18, 78:7,
78:14, 79:5,
79:10, 79:13,
81:3, 165:15
**blocked**
205:14
**blocks**
77:13, 77:15,
78:18, 81:1
**blow**
231:4, 321:13,
327:4
**blue**
323:4, 323:5,
323:6, 337:6
**board**
332:20
**body**
202:22, 215:2,
215:11, 229:20,
285:4, 285:6,
362:5
**bolos**
71:15, 72:10,
73:17
**bomb**
332:19
**book**
144:6
**boost**
359:4

**boring**
355:11, 355:18
**botanical**
189:20, 192:16,
193:9, 193:11
**both**
9:14, 9:17,
41:7, 88:19,
88:22, 101:13,
149:18, 153:10,
183:13, 183:15,
196:18, 320:19,
337:9, 338:6
**bothering**
353:18
**bottom**
84:9, 92:2,
170:3, 177:14,
177:18, 181:9,
188:21, 191:10,
245:19, 318:17
**box**
165:6, 173:12,
173:15, 175:11,
175:14, 201:17,
201:18, 201:19,
202:1, 229:2,
229:3, 234:17,
234:18, 250:14,
250:15, 250:18,
283:17, 312:14,
312:18, 312:19,
312:20, 337:6
**boxes**
146:11, 165:5,
202:6, 288:12,
294:12, 312:14,
342:11
**boys**
261:12
**brackets**
96:2
**brain**
118:18
**brake**
105:22, 106:1
**break**
10:22, 11:5,

11:8, 67:11,
105:5, 105:15,
105:18, 105:19,
107:18, 163:3,
163:18, 183:6,
282:12, 282:14,
290:17, 368:15
**breakdown**
367:18
**breathing**
103:4, 103:7,
103:8
**bridge**
218:20, 225:12
**briefly**
130:9
**bring**
237:21, 252:21,
307:19, 308:3,
324:6, 358:15
**bringing**
253:1
**brings**
168:7
**broddock**
368:9
**broehl**
364:6, 364:8,
364:10, 365:4
**broke**
285:21, 295:20
**brought**
222:1, 225:14,
227:7, 227:10,
237:11, 268:20,
320:11, 349:9,
351:22, 372:20,
380:2
**brush**
262:2
**brushed**
225:3, 262:5,
353:5
**buckled**
223:15
**buckling**
223:20, 223:21
**buddy**
386:7

**build**
367:18
**building**
313:6
**buildings**
150:6, 189:20
**buried**
322:5
**bus**
260:21, 260:22,
261:2, 295:4,
310:20, 310:21
**buses**
295:4, 295:11,
310:16
**bushes**
262:4
**business**
210:5
**butchering**
186:13

---
### C

**c-4**
165:14
**cab**
322:5
**cafeteria**
321:5, 323:20,
324:2
**call**
26:3, 42:3,
53:20, 71:4,
71:9, 71:11,
71:12, 71:20,
72:6, 72:18,
74:11, 74:16,
75:1, 76:5,
89:7, 108:3,
110:10, 118:9,
125:9, 128:3,
135:12, 144:20,
179:13, 243:22,
262:7, 269:5,
296:7, 346:6,
376:7
**called**
41:16, 96:11,

157:9, 182:19,
183:2, 183:7,
192:13, 229:3,
280:7, 280:11,
303:21, 321:10
**calling**
118:14, 123:4,
301:11
**calls**
41:18, 385:19
**calm**
265:2
**came**
31:10, 34:8,
70:11, 82:1,
82:9, 180:8,
222:12, 222:13,
224:19, 226:6,
275:1, 322:5,
351:14, 360:8,
360:21, 379:14,
382:16
**campus**
75:4
**can't**
12:18, 115:18,
122:14, 156:16,
156:22, 158:16,
161:5, 168:5,
182:11, 182:15,
192:9, 214:14,
215:14, 232:2,
242:18, 246:1,
247:13, 270:2,
276:17, 278:15,
296:10, 305:20,
335:12, 344:14,
345:3, 358:9,
376:16
**candidate**
149:19
**candidates**
26:6, 217:20,
224:3
**canines**
108:22, 165:15,
167:8, 175:8,
175:18, 375:18

**cannot**
11:13, 12:4,
104:3, 104:6,
109:21, 120:3,
122:16, 134:18,
153:6, 305:19,
307:14, 318:13,
335:1, 344:11
**capital**
2:6
**capitol**
1:12, 2:4,
3:15, 3:18, 6:7,
6:15, 7:1,
72:19, 104:16,
250:10, 265:21,
277:11, 277:14,
372:11, 373:15
**captain**
383:7
**car**
323:4, 323:5,
323:6, 332:21
**care**
69:10, 69:15,
69:18, 82:4,
82:6, 144:19,
145:2, 262:3,
262:20, 376:9,
380:1
**care-type**
82:2
**career**
265:21
**caring**
69:3, 70:20
**carried**
149:6
**carry**
270:12
**carved**
93:4
**case**
1:9, 6:9, 8:7,
79:9, 131:7,
262:13, 288:22,
292:6, 292:8,
297:17, 302:7,

367:6, 367:7
**cases**
358:20
**catch**
79:5, 240:15
**category**
214:22
**caused**
230:14, 357:1
**causing**
208:21
**center**
180:13, 230:13,
273:20, 275:1,
321:1, 321:8
**certain**
29:19, 29:20,
31:10, 42:5,
46:10, 54:14,
62:11, 69:17,
77:13, 103:13,
106:22, 128:2,
129:9, 156:2,
196:8, 237:21,
240:12, 251:4,
354:19, 376:17
**certificate**
388:1
**certification**
310:4
**certify**
388:4
**cetera**
10:18
**chain**
177:11, 178:1,
186:6, 186:17,
186:20, 348:14,
348:18, 381:3
**challenging**
239:7
**chance**
339:16
**change**
93:1, 101:20,
102:1, 102:7,
102:11, 102:15,
102:21, 102:22,

103:1, 107:3,
111:1, 128:9,
129:5, 129:13,
129:18, 130:2,
131:4, 134:7,
197:13, 198:11,
199:11, 202:13,
208:13, 211:11,
229:18, 237:22,
291:21, 293:4,
293:8, 294:19,
295:2, 295:7,
296:7, 313:16,
313:17, 314:3,
314:4, 315:6,
317:3, 327:7,
329:9, 334:4,
361:8, 361:19,
362:4, 383:21
**changed**
103:4, 155:10,
199:8
**changes**
67:1, 101:5,
102:13, 103:11,
104:1, 104:9,
110:19, 128:13,
292:1, 293:10,
334:9
**changing**
333:21
**characteristics**
258:5
**characterization**
90:14
**characterizes**
243:13
**charge**
15:14, 263:15
**charles**
15:19, 41:16,
41:18
**chart**
201:4, 201:7,
201:10
**check**
130:19, 144:6,
150:3, 162:21,

302:17, 309:8,
309:10, 340:4
**checked**
165:5, 202:6,
202:8, 229:2,
229:3, 234:19,
248:12, 283:17,
288:13, 294:12,
312:15, 312:20,
358:13, 359:10,
359:14, 376:5
**checking**
119:12, 301:5
**checklist**
257:11, 258:19,
258:20
**checks**
75:20, 299:18,
302:7, 308:7,
308:8, 308:15,
315:10
**checkups**
82:10
**chief**
339:7, 339:10,
348:7, 350:14,
350:16, 365:7,
368:8, 383:8,
383:9
**choose**
151:2, 156:14
**chose**
151:3, 151:5,
156:8, 156:9,
370:21, 371:3
**chosen**
17:21, 155:17
**christmas**
49:2, 55:2
**cinder**
77:12, 77:14,
77:17, 78:7,
78:18, 79:4,
79:10
**cinderblocks**
165:13, 196:5
**circle**
78:19, 78:20,

79:9, 80:22
**circulating**
275:14
**circumstance**
42:17, 131:18
**circumstances**
131:8, 131:12,
131:13, 131:16,
334:1, 334:17,
366:6
**civilian**
59:10, 59:13,
59:16, 63:7
**ck**
246:5, 316:21,
318:2, 318:3
**clarification**
12:17, 26:12,
34:16, 79:17,
114:10, 297:16
**clarify**
10:4, 26:1,
26:5, 43:13,
47:9, 52:3,
57:20, 80:13,
106:10, 108:15,
108:18, 109:8,
111:5, 113:7,
120:13
**clarity**
9:11, 10:15,
152:6, 373:13
**clasp**
289:11
**class**
25:22, 26:4,
26:8, 26:9,
26:11, 27:1,
27:5, 27:10,
27:18, 27:22,
28:3, 28:6,
28:10, 28:13,
29:11, 33:15,
35:6, 38:13,
38:21, 40:7,
41:9, 42:3,
42:12, 44:16,
44:20, 47:13,

48:10, 48:13,
79:20, 83:17,
83:19, 84:3,
97:12, 219:1,
231:9, 265:4,
265:16, 267:14,
267:16, 278:7,
317:17, 375:15,
375:21, 377:2,
377:3, 377:10,
377:21

**classes**
17:6

**classmates**
26:14

**classroom**
84:22, 85:21,
87:6, 183:2,
183:4, 183:20,
218:9, 276:3,
333:17

**classrooms**
276:6

**claws**
324:4

**clean**
70:7, 70:8

**cleaned**
70:10, 165:1

**cleaning**
70:12, 261:19

**clear**
9:14, 10:6,
47:4, 83:3,
86:13, 114:5,
115:18, 133:8,
148:22, 187:17,
235:18, 274:5,
289:18, 289:22,
299:6, 302:2,
303:5, 303:9,
303:13, 303:19,
304:4, 304:20,
319:3

**cleared**
34:1

**clearing**
324:7

**clears**
295:16, 296:16

**client**
144:8, 145:5

**clock**
332:19

**close**
160:9, 160:14,
160:20, 258:6,
262:8, 270:6,
289:12, 289:18,
291:5, 299:14,
331:21, 332:7,
334:4, 334:15

**closed**
16:17, 159:10

**closer**
289:11

**closet**
321:22

**clothing**
299:5

**cob**
202:9, 202:12,
208:13, 211:11,
230:1, 250:4,
285:17, 295:8,
295:22, 310:8,
313:20, 315:5,
316:1, 321:3,
321:19, 322:1,
322:3, 322:4,
322:10, 327:5,
333:13, 333:15

**cobbin**
19:3

**cold**
335:3

**collar**
106:16, 159:13,
159:20, 160:2,
160:3, 289:12,
353:6, 380:5

**colleagues**
69:2, 270:14,
270:15

**color**
376:17

**colored**
376:17, 376:18

**columbia**
1:2, 2:20, 6:9

**column**
165:4, 201:16

**come**
17:17, 28:7,
32:9, 34:10,
35:13, 39:14,
91:21, 105:9,
124:4, 181:20,
204:20, 217:10,
221:18, 226:9,
226:12, 244:2,
252:17, 252:20,
263:18, 329:9,
375:15, 375:17,
376:1, 377:2

**comes**
110:14, 217:15,
218:8, 263:13,
334:7

**comfortable**
220:22, 221:16,
221:20, 228:11,
266:8, 353:16

**coming**
30:14, 30:16,
63:2, 65:7,
72:18, 83:7,
128:4, 219:9,
273:19, 274:5,
324:9, 333:13,
376:5

**command**
20:9, 77:20,
177:11, 178:2,
186:6, 186:17,
186:20, 195:9,
196:12, 295:13,
348:18, 381:4

**commands**
173:3, 173:5,
173:16, 203:18,
208:21, 289:7,
299:19, 300:5,
310:17

**commenced**
6:3, 107:11

**comment**
165:10, 174:5,
175:3, 177:4,
187:3, 189:13,
189:18, 191:16,
199:18, 202:15,
207:16, 208:10,
221:21, 227:17,
232:5, 233:18,
241:7, 242:9,
244:7, 244:13,
250:15, 250:18,
286:16, 286:17,
288:15, 327:13,
367:20

**comments**
96:11, 96:12,
96:20, 96:22,
170:3, 172:16,
198:5, 210:9,
216:9, 216:17,
220:3, 229:10,
232:20, 234:5,
234:21, 236:1,
236:3, 236:8,
236:16, 244:5,
246:20, 248:21,
254:22, 256:17,
257:8, 258:12,
258:14, 260:1,
263:1, 283:20,
285:13, 291:11,
291:14, 293:13,
294:15, 295:19,
296:2, 298:22,
300:11, 301:16,
309:19, 310:3,
311:14, 313:2,
317:1, 320:4,
331:1, 334:22,
357:6, 361:7,
361:18

**committed**
72:17

**common**
238:13, 325:20

communication
16:3
communications
9:5, 15:20
compare
220:15
compared
255:13
compilation
163:20
complaint
147:8, 365:8,
365:11, 365:14,
365:21, 366:7,
367:5, 370:14,
371:5, 371:19,
374:4, 374:13
complete
218:14, 221:11,
321:11, 387:5
completed
19:5, 313:11
completely
344:17
complied
25:20, 49:22,
97:7, 148:21,
162:19, 166:20,
169:16, 171:7,
171:19, 189:6,
189:17, 197:18,
200:16, 208:2,
213:14, 228:15,
232:12, 244:10,
246:17, 248:1,
248:10, 259:12,
259:21, 288:9,
294:10, 310:2,
319:18, 325:8,
330:12, 336:4,
370:16, 372:22,
373:12
compromise
235:15
computer
34:14, 310:9,
311:7
concern
257:20

concerned
29:14, 72:3,
80:19, 329:20
concerning
61:17, 177:22,
195:4, 369:5
concerns
258:1, 326:20
concise
114:6
conclusion
253:17
concrete
81:1
condition
77:18, 78:21,
79:2, 79:15,
81:4, 173:9,
189:22, 191:22,
193:5, 194:13,
194:17, 195:20,
195:22, 197:10,
197:14, 198:15,
198:17, 199:14,
294:18, 317:12,
327:6
conditional
195:1, 195:16
conditioned
79:11, 194:16,
198:12, 288:18,
310:14, 326:3,
331:7
conditioning
58:14, 62:5,
65:3, 67:1,
173:16, 194:1,
331:14
conditions
326:19
conduct
99:9, 134:1,
134:10, 136:15,
198:20, 253:2,
290:20, 303:9,
311:6, 313:5
conducted
189:19, 249:1,

249:17, 250:2,
252:9, 285:9,
285:14, 290:10,
299:6, 303:5,
303:19, 304:20,
310:20, 316:21,
321:7, 321:20
conducting
135:21, 136:13,
170:8, 289:16,
310:20
confidence
216:13, 266:19,
267:2, 267:6,
268:4, 311:4,
355:22
confidential
205:4, 206:21
confidential)*
205:1, 206:10
configuration
310:5
confirm
171:8, 284:15,
307:14, 319:15
confirmation
326:3, 328:5,
328:16, 328:20,
329:15, 329:17
confirming
318:16
conflict
299:20
conflicting
317:7
confrontation
268:21
confronted
264:3
confusing
45:15, 117:9
confusion
82:17, 208:22,
315:12, 331:15
congressional
277:8
connecticut
3:8

consequence
315:18
considering
210:2
consist
18:1
consistency
210:17, 334:13,
342:17
consistent
173:16, 211:7,
241:5, 258:22,
291:7, 291:8,
341:9, 342:9
consistently
173:9, 258:4
console
332:18
constant
211:17, 261:12,
315:19
constantly
122:10, 122:11,
203:10, 241:6,
244:1, 263:3,
285:3, 333:21,
338:1
constrict
254:20
constructive
172:20, 212:7,
219:12, 290:11
contact
166:1, 190:11
contained
95:16, 199:18,
204:10, 231:14,
231:16, 233:18,
235:22, 250:13,
258:11, 286:16
container
192:16
content
205:2
context
179:10, 179:11,
184:20, 274:3,
274:21

continuation
315:15
continue
10:16, 121:14,
145:11, 208:15,
210:14, 221:6,
221:8, 230:19,
253:2, 284:19,
311:1, 314:15,
321:13, 326:4,
333:5, 334:11,
355:1
continued
165:12, 175:4,
206:6, 229:20,
231:4, 285:13,
290:4, 290:5,
314:16, 315:15,
327:4, 333:6,
354:20
continues
170:6, 258:7
continuing
149:10, 175:4,
316:18
continuous
170:7, 187:2,
187:3, 187:10,
187:19, 198:19,
231:5, 284:5
continuously
252:13
contradict
238:17
contradiction
192:21
contradictory
297:18
contributed
249:8, 249:15,
254:7, 256:5,
316:6, 332:7
control
107:21, 165:6,
175:20, 208:15,
208:21, 210:14,
210:18, 231:4,
288:13, 289:8,

289:14, 294:13,
299:16, 300:5,
307:16, 312:16,
314:11, 314:19,
316:3, 325:18,
328:19, 332:3,
332:4, 338:2
controlling
295:6, 349:7
conversations
30:13, 30:15
conveying
344:9
cooper
36:8, 37:2,
37:6, 38:14,
103:21, 152:17,
153:2, 154:14,
154:21, 155:1,
155:4, 155:5,
167:7, 167:15,
175:8
coordinator
42:3
coordinators
42:13
copper
175:12
copy
282:15
core
39:6, 56:5,
56:6, 56:12,
56:17, 56:21,
57:11, 57:15,
58:12, 58:19,
59:2, 182:9,
260:6, 260:16,
279:15
corrected
331:16
correction
299:12, 300:16,
300:17, 302:3,
302:4, 302:14,
302:18, 306:5,
307:3, 307:4,
307:6, 308:11,

308:14, 310:7,
349:13
corrections
301:17, 301:20,
387:6
correctly
33:12, 40:22,
78:13, 170:17,
171:17, 173:14,
173:17, 176:7,
177:13, 177:19,
190:14, 199:15,
204:6, 229:12,
230:1, 231:11,
235:19, 235:20,
260:12, 274:22,
286:6, 286:7,
291:9, 300:8,
300:9, 301:3,
303:15, 305:4,
311:10, 317:20,
322:12, 322:20,
327:11, 334:19,
337:13
correlation
140:5, 140:11
could
16:18, 45:12,
50:15, 93:1,
98:1, 117:18,
122:19, 124:9,
127:21, 168:10,
168:20, 199:7,
217:12, 227:5,
230:18, 255:3,
266:1, 271:21,
274:14, 326:12,
339:16, 366:3
couldn't
206:8, 220:20,
255:19, 280:14,
384:16, 385:7
counsel
2:5, 3:19,
6:17, 7:20, 9:1,
9:2, 9:5,
162:12, 383:4,
388:11, 388:15

couple
24:5, 39:20,
39:22, 51:11,
74:22, 86:2,
154:22, 164:3,
173:1, 173:2,
210:3, 251:3,
314:17, 328:1,
328:9, 384:1
course
25:4, 26:19,
39:15, 41:1,
42:1, 212:21,
213:16, 213:19,
263:15, 263:22,
331:8
court
1:1, 6:8, 7:6,
7:17, 9:12,
9:17, 19:21,
21:16, 24:16,
94:9, 141:17,
147:16, 152:1,
336:10, 338:20,
343:14, 345:10,
347:21, 350:6,
373:6
cover
205:2, 206:14
covered
59:22, 231:9
cp
388:21
cracks
101:18
create
331:15
created
190:2, 289:4,
289:5, 312:21
creates
315:11
creating
230:14, 249:5,
253:22, 299:19
crime
72:17
criteria
31:8, 31:20,

31:21
**critical**
212:18, 220:18,
253:5, 253:6,
253:8, 255:14,
292:15
**criticism**
172:20, 188:1,
188:8, 212:3,
212:8, 219:12,
243:6, 290:11,
384:11
**criticisms**
213:8
**criticize**
212:5, 212:6,
212:11
**criticized**
213:6
**criticizing**
212:1, 212:3
**cromwell**
263:13, 263:18,
264:8, 273:19,
274:22, 276:13,
276:14, 343:20,
344:10, 363:8
**crowding**
208:17, 209:1,
210:15
**cue**
176:1
**cullen**
39:6, 50:1,
50:2, 50:21,
51:13, 51:15,
51:20, 54:5,
54:22, 55:4,
56:3, 60:1,
60:5, 182:12,
199:2, 204:4,
205:11, 246:1,
246:2, 257:18,
305:20, 321:16,
334:17, 358:12,
359:9, 360:9,
360:21, 369:9,
384:9

**curious**
213:5, 297:1
**curiously**
121:8
**current**
257:12
**currently**
60:1, 60:2,
144:8
**cut**
235:9
**cutting**
324:1

---
**D**
---

**d**
160:2
**d-o-u-g-h-e-r-t-y**
238:13
**dad**
379:14, 379:15,
380:1, 380:4,
380:5
**daily**
57:13, 65:14,
75:20, 88:12,
93:5, 97:9,
98:13, 264:11,
361:6, 361:17
**danger**
109:15
**dangerous**
109:20, 109:21
**dantinne**
27:2, 27:8,
27:18, 27:21,
46:9, 80:10,
157:5, 157:8,
157:16, 157:18,
158:1, 168:16,
271:5, 271:6,
272:4, 272:10,
272:14
**dantinne's**
157:7
**dash**
200:11
**date**
6:10, 12:4,

12:8, 14:1,
14:3, 20:14,
20:18, 21:1,
22:20, 22:22,
23:2, 23:7,
23:9, 23:13,
23:15, 23:19,
78:10, 85:11,
164:18, 164:20,
193:8, 208:7,
228:3, 268:12,
325:14, 345:21,
354:11, 379:6,
379:7, 379:12,
387:10
**date-wise**
228:2
**dated**
172:3, 174:18,
177:1, 189:10,
198:1, 200:21,
208:6, 228:19,
232:16, 234:14,
248:5, 259:16,
283:12, 288:5,
294:6, 298:19,
312:10, 325:12,
330:20
**dave**
40:2, 40:15
**david**
7:3, 40:14
**day's**
47:1, 61:11
**days**
24:2, 24:7,
50:12, 50:16,
75:12, 75:13,
82:7, 82:8,
210:3, 260:4,
260:20, 264:11,
273:9, 277:2,
327:16
**dc**
2:8, 3:10
**dd**
3:21
**deal**
142:21

**dealt**
264:11
**decent**
321:7
**decided**
262:7
**decision**
281:7, 326:18,
333:11, 334:15,
356:11
**decisions**
314:20, 326:17,
340:22
**decoy**
16:22
**decoys**
300:7
**dedicated**
88:11
**defendant**
1:15, 3:14,
5:4, 7:20,
373:14
**deficiencies**
332:4
**deficiency**
170:9
**define**
123:10
**defined**
114:1, 123:7,
124:8
**defining**
124:19
**definition**
71:9, 71:11
**deflection**
239:16, 261:8
**delays**
173:5
**deliberate**
285:21, 310:22
**delivering**
173:5
**delivery**
250:9
**demar**
162:12

demeaning
386:2
demonstrate
43:16, 99:17,
173:10, 231:5,
314:10, 334:12
demonstrated
62:11, 231:2,
257:19, 285:2,
286:3, 290:15,
316:3, 332:13,
334:6
demonstration
44:5, 53:20,
53:21
demonstrations
44:1
denied
307:14, 341:16
depart
333:11
department
27:16, 367:16
depend
133:2
dependent
140:15
depending
50:6, 71:1,
108:2, 131:5,
366:5
depends
71:1, 106:6,
106:14, 132:18,
139:15, 140:1
depicted
250:18
depiction
209:18, 220:15,
231:18, 236:2,
236:4, 236:15,
236:16, 243:16,
261:8, 281:11,
281:14, 300:22,
309:21, 322:17,
322:18, 323:13,
335:15
deployed
313:10

deployment
215:13, 249:16,
326:17
depos
6:14, 7:8
deposed
8:3
deposition
1:18, 2:1, 6:5,
6:14, 8:5, 9:16,
134:6, 142:18,
384:16, 386:14,
388:3, 388:5,
388:9, 388:13
deputy
348:7
describe
27:17, 48:18,
103:7
described
80:22, 222:8,
287:3
describing
353:11
description
4:2, 73:2,
73:3, 80:20,
85:10, 170:20,
209:15
desire
277:4
desired
190:11, 314:18
desk
48:7, 48:10
detail
229:16, 314:6
detailed
285:9, 285:14,
326:11, 385:12,
385:15
detailing
229:15
detect
99:4, 149:12
detecting
117:13
detection
98:22, 100:10,

100:11, 100:21,
107:19, 110:21,
112:9, 119:22,
128:21, 133:6,
133:10, 133:15,
136:22, 147:7,
149:5, 231:8,
284:10, 284:11,
286:5, 334:8,
334:14
detects
104:17
detention
134:2
determination
153:11
determine
106:5, 111:22,
128:21
determining
31:8
devastated
348:22
develop
291:8
developing
289:17
deviated
68:11
device
230:14, 333:11,
369:7, 369:21
devices
99:10
devorsetz
3:7
dictate
131:8
die
378:22, 379:1,
379:5, 379:13
difference
113:4, 113:17,
114:2, 114:12,
114:18, 116:3,
116:5, 116:10,
116:13, 117:3,
117:6, 117:10,

118:8, 118:13,
119:3, 119:6,
119:11, 119:19,
120:4, 120:5,
121:5, 123:22,
125:4, 125:12,
129:5, 140:14,
146:6, 202:21,
251:8, 310:12
differences
112:8, 114:6,
146:20, 362:3
different
62:16, 71:18,
72:2, 82:16,
96:2, 101:16,
101:18, 102:3,
105:7, 105:9,
106:20, 108:3,
109:5, 114:8,
115:17, 117:2,
117:5, 117:14,
117:18, 118:11,
118:22, 120:15,
123:5, 125:7,
125:22, 126:4,
129:7, 134:15,
134:16, 139:10,
140:15, 140:16,
146:15, 150:4,
150:7, 150:15,
151:6, 236:18,
247:6, 250:20,
251:11, 258:4,
286:21, 287:7,
302:18, 309:1,
309:15, 317:9,
324:16, 362:6,
364:20, 366:16,
370:5, 376:18
differently
102:12
difficult
149:18, 150:17,
315:22
dig
265:16
digs
263:3, 265:14

**direct**
75:6, 133:13,
164:5, 171:16,
203:18, 229:21,
299:19, 300:6
**directed**
20:9, 230:8,
290:14, 290:20,
295:1, 295:3,
300:3, 300:4,
311:1, 363:17,
370:9
**directing**
141:22, 163:18,
203:13, 230:5,
371:22
**direction**
253:2
**directions**
172:19
**directive**
340:12
**directives**
340:16
**directly**
203:14, 216:3
**disability**
346:10, 346:15,
346:19, 347:4,
347:9, 366:9,
366:14, 367:8,
367:11, 368:1
**disadvantages**
109:18
**disagree**
291:12, 291:13,
292:17, 300:11,
300:12, 300:13,
304:13, 311:15,
381:22
**disagreement**
166:11
**disappointed**
344:17
**disappointing**
344:8
**disbelief**
344:8

**disbelieve**
20:22, 21:2,
209:5
**discern**
111:8
**discipline**
147:9, 150:21
**disciplines**
150:2
**discrepancy**
323:14
**discriminated**
347:3, 366:8
**discriminating**
372:4, 372:8,
372:16, 374:5,
376:3
**discrimination**
345:1, 346:10,
346:11, 346:15,
346:19, 347:9,
347:10, 366:14,
366:21, 366:22,
367:6, 367:7,
367:14, 368:1,
368:2
**discuss**
216:8, 216:16,
235:14, 260:2,
316:22, 320:11
**discussed**
76:6, 136:5,
168:9, 190:13,
228:8, 249:18,
266:19, 278:4,
290:1, 290:15,
311:2, 313:7,
314:13, 317:1,
332:4, 332:13,
333:6, 353:12,
353:19, 356:15,
369:17
**discussing**
147:12
**discussion**
141:19, 177:22,
178:2, 178:4,
178:6, 178:8,

178:9, 178:17,
178:19, 179:3,
179:10, 179:14,
179:18, 179:22,
180:7, 184:20,
186:9, 186:14,
186:15, 204:19,
278:1, 298:12,
318:1, 318:9,
318:12, 336:5,
338:17, 353:6,
363:19, 373:1
**dismissed**
275:15
**dispenser**
231:1
**dispersion**
334:3
**displayed**
225:19, 229:17,
300:6
**displaying**
268:18
**displays**
170:14
**dispute**
243:12, 247:10,
250:17, 250:19,
250:21, 252:2,
256:17, 258:10,
293:12, 296:2,
296:8, 296:10,
297:10, 297:20,
298:3, 305:21,
306:2, 316:13,
318:8, 318:12,
318:14, 327:14,
329:14, 334:21,
385:7, 385:17
**disputing**
252:8, 252:11,
252:12, 253:10,
253:20, 254:9,
256:6, 256:10,
256:12
**distance**
119:16
**distinction**
315:22

**distinguish**
86:11
**distracted**
113:15, 114:3,
114:8, 114:13,
114:19, 114:21,
114:22, 115:7,
115:10, 115:12,
115:16, 115:17,
115:20, 116:6,
116:7, 116:21,
117:8, 119:8,
119:14, 122:6,
123:3, 124:3,
124:22, 126:5,
132:13
**distracting**
125:5
**distraction**
116:4, 118:5,
118:9, 118:14,
119:21, 121:15,
121:16, 122:19,
123:4, 123:7,
123:8, 123:10,
123:11, 123:15,
123:17, 124:3,
124:4, 124:9,
124:10, 124:12,
125:7, 125:9,
125:10, 125:13,
125:22, 176:1
**distractions**
116:1, 120:21,
120:22, 121:3,
121:19, 122:13,
126:4
**district**
1:1, 1:2, 2:19,
6:8
**diversity**
366:11, 366:15,
366:18, 367:20
**divided**
313:7
**division**
27:14, 72:9,
73:5, 73:10,

346:7, 365:19,
371:7
**dm**
290:3
**doctor**
264:18
**documents**
94:7, 94:20,
94:22, 95:2,
152:11, 164:3,
319:1, 374:2
**dog's**
103:7, 118:4,
118:11, 127:12,
127:14, 324:4,
362:5, 377:11
**dogs**
17:10, 36:2,
37:4, 38:17,
68:15, 69:3,
69:5, 69:9,
69:13, 69:14,
69:17, 69:20,
70:4, 70:9,
70:11, 70:15,
70:21, 71:5,
75:2, 75:21,
76:1, 76:21,
77:9, 82:10,
86:16, 100:5,
100:7, 106:15,
106:19, 112:1,
115:17, 115:20,
117:2, 117:18,
119:5, 122:8,
126:5, 129:6,
134:16, 149:3,
149:4, 149:8,
149:11, 150:10,
150:11, 151:13,
156:2, 156:3,
156:4, 157:10,
160:6, 168:22,
181:12, 182:17,
237:14, 243:21,
243:22, 261:20,
262:3, 262:17,
262:20, 270:11,

305:16, 357:20,
376:10, 376:12,
376:15, 376:20,
379:14, 380:1
**doing**
10:12, 17:8,
42:4, 45:2,
70:6, 77:5,
77:6, 80:2,
86:18, 91:16,
92:12, 93:2,
101:6, 111:8,
111:9, 116:19,
118:10, 118:11,
120:8, 122:5,
122:20, 123:2,
125:14, 126:6,
126:14, 126:20,
127:9, 127:17,
206:7, 213:5,
217:17, 219:20,
238:1, 243:20,
252:15, 255:12,
255:19, 263:9,
263:10, 274:8,
275:2, 301:15,
308:3, 329:22,
340:11, 352:2
**done**
25:5, 44:2,
77:13, 131:11,
131:15, 131:18,
237:8, 242:8,
265:6, 266:1,
278:22, 339:22,
355:5, 357:7,
378:7
**door**
101:13, 101:14,
130:11, 159:7,
159:8, 159:10,
160:18, 160:20,
215:21, 235:4,
239:2, 283:22,
284:1, 301:6,
313:21
**doors**
320:7

**doorway**
205:14
**double**
290:7, 332:17
**doubt**
88:5, 88:7,
190:17, 235:21
**dougherty**
238:11, 242:21,
242:22, 243:1,
243:4
**down**
16:19, 17:3,
17:17, 28:7,
30:16, 31:11,
32:9, 34:10,
35:13, 39:2,
39:14, 39:19,
39:22, 40:5,
41:8, 54:14,
63:2, 92:2,
97:5, 135:9,
135:12, 155:6,
161:1, 164:21,
165:9, 169:9,
170:2, 175:2,
181:14, 189:13,
210:7, 225:2,
235:10, 245:19,
259:22, 265:2,
267:6, 276:5,
319:5, 328:1,
333:14, 343:1,
344:5, 350:21,
351:1, 351:3,
351:6, 367:18,
388:7
**dragging**
335:11
**drills**
175:5, 290:21,
291:2, 291:6,
311:9
**drink**
49:20
**drive**
54:15, 106:17,
106:18, 263:8

**dropping**
286:2
**due**
198:22, 317:16
**duly**
7:13, 388:6
**dynamics**
333:20, 334:9
**dynamite**
332:20

### E

**e-mail**
4:4, 4:5, 4:12,
4:13, 4:14,
4:15, 19:16,
19:18, 20:6,
20:8, 21:3,
21:20, 343:19,
343:22, 344:10,
344:12, 344:17,
344:22, 345:15,
345:17, 346:4,
346:9, 348:6,
348:9, 348:21,
349:22, 350:13,
350:16, 350:22,
367:12, 367:14,
368:8, 383:6
**e-mails**
349:14
**e-r-r-a-t-a**
387:1
**each**
47:6, 53:3,
68:7, 69:19,
87:7, 88:12,
89:18, 102:3,
106:20, 106:21,
114:8, 139:10,
139:15, 140:1,
140:15, 140:18,
142:4, 145:13,
182:2, 183:16
**earlier**
95:3, 114:1,
134:6, 179:1,
261:2, 270:1,

279:1, 353:7,
358:18, 384:9
**early**
179:20, 264:3,
270:1
**easier**
9:16, 46:1
**easily**
160:5
**easy**
105:11, 361:7,
361:18, 361:19,
362:3
**eat**
83:13
**eating**
162:5
**ed**
348:7
**effect**
269:9, 278:12,
334:2, 385:9
**effective**
258:3, 314:11,
332:11, 334:5
**effort**
305:16
**eight**
32:12
**either**
40:3, 149:4,
154:10, 184:7,
186:9, 217:5,
241:2, 272:3,
354:12, 366:4,
370:21, 371:2,
377:22
**electronic**
320:16, 320:17,
321:8
**eliminate**
230:20, 284:14,
290:7, 291:5,
310:9
**eliminated**
284:22
**elite**
266:2

**else**
11:16, 30:4,
30:21, 31:2,
46:8, 46:18,
80:10, 93:3,
98:12, 103:15,
109:3, 120:8,
122:5, 122:6,
123:3, 125:1,
137:6, 167:18,
169:2, 180:20,
181:1, 182:7,
182:11, 183:21,
213:1, 213:6,
256:16, 261:18,
262:14, 262:18,
273:3, 293:12,
296:8, 298:3,
298:4, 309:18,
323:18, 324:17,
330:2, 341:1,
352:14, 354:1,
356:11, 358:3,
362:2, 381:3,
382:17
**else's**
261:15
**embarrassed**
265:15, 377:10
**emotional**
190:6
**emotionally**
268:15
**employ**
131:9, 132:17
**employed**
388:12, 388:15
**employee**
18:5, 40:10,
40:17, 388:14
**employment**
2:5
**empty**
70:4, 70:13,
70:15, 70:17
**emptying**
70:20, 71:5
**encourage**
281:2, 284:1,

367:17
**encouraging**
17:13, 17:14
**end**
23:18, 24:9,
47:6, 47:11,
64:13, 66:12,
89:16, 92:15,
93:8, 93:11,
93:19, 93:21,
95:3, 95:8,
95:17, 97:14,
99:2, 99:3,
167:9, 169:10,
184:8, 186:10,
219:2, 220:4,
220:14, 229:22,
231:9, 275:10,
278:1, 279:4,
279:5, 279:6,
289:12, 314:10,
337:22, 339:22,
341:10, 341:12,
342:10, 342:18,
352:20, 354:14,
354:15, 370:7,
370:8, 379:17,
386:13
**ended**
54:15, 161:12,
161:15, 161:18,
262:17
**engaged**
44:8, 75:19,
80:4, 80:5,
88:5, 111:13,
256:13
**engaging**
86:17, 87:22
**enough**
346:22
**ensure**
295:16, 296:16,
334:5
**entail**
92:1
**entailed**
16:14, 18:8,

274:14, 375:12
**entails**
71:2
**enter**
130:22, 295:11
**entered**
132:4
**entering**
130:10, 132:19,
317:17, 321:22
**enthusiasm**
250:4, 256:18,
257:1, 257:4
**enthusiasm-motiv-
ation**
176:5
**entire**
47:12, 211:4,
238:6, 241:13,
254:2, 265:20,
304:9, 304:15,
321:4, 349:1,
357:20
**entitled**
258:12, 312:14,
312:19, 373:14
**environmental**
189:19, 317:19,
326:19, 334:2
**eod**
4:7, 95:1,
95:6, 95:8,
95:11, 146:22,
212:22
**erickson**
349:21
**erikson**
348:12
**errata**
387:7
**error**
288:17, 331:7
**especially**
220:18, 250:7,
257:15, 257:21,
284:6, 291:22,
301:22
**esquire**
3:6, 3:17

essential
231:7
essentially
198:7, 225:7,
238:15, 273:16
et
10:17
evaluate
284:16, 284:21,
311:4
evaluated
99:22
even
9:18, 32:3,
112:2, 158:15,
193:18, 196:16,
206:1, 226:8,
226:14, 242:13,
265:9, 265:11,
265:15, 268:3,
280:15, 285:19,
307:1, 340:3,
343:6, 344:7,
357:1, 357:14,
357:20, 358:11,
362:22
events
8:6, 73:18,
385:12, 385:16
eventually
152:17, 378:13
ever
19:6, 49:5,
65:1, 186:18,
186:21, 256:22,
339:15
every
8:12, 11:7,
25:5, 42:16,
70:17, 88:11,
89:11, 91:7,
91:13, 91:14,
140:16, 181:18,
209:18, 210:8,
211:3, 211:17,
212:10, 219:5,
220:19, 221:17,
242:8, 244:2,

247:8, 247:13,
260:10, 268:1,
274:15, 280:4,
317:8, 354:3,
356:22, 362:20
everybody
69:22, 71:14,
91:18, 183:21,
213:6, 261:15,
261:18, 262:18,
265:5, 352:14
everyone
41:18
everything
70:5, 211:22,
212:3, 226:13,
226:20, 238:6,
247:7, 261:7,
266:1, 274:14,
322:11, 358:3,
358:20
evidence
376:1
exact
32:7, 123:16,
188:14, 213:4,
216:21, 276:18,
281:6, 374:22
exactly
28:20, 145:4,
274:19, 329:18
exaggeration
241:18, 251:13,
300:21, 302:10,
306:9
examination
5:4, 7:20,
383:4
examined
7:16, 387:3
example
9:4, 11:14,
43:9, 50:16,
53:14, 63:17,
68:13, 70:2,
72:7, 73:14,
74:5, 74:6,
75:18, 82:5,

87:13, 89:21,
102:21, 119:17,
130:11, 222:8,
284:16, 362:16
examples
123:12, 367:2
exams
47:18, 48:3,
53:6, 53:12,
57:16, 58:6,
58:10, 61:17,
62:1, 62:12,
64:17, 64:20,
66:15, 66:19
excel
258:7
except
65:14, 321:5
excess
249:8, 254:8,
254:18, 262:6,
299:16, 300:20,
307:21, 308:6
excessive
299:18, 302:6,
302:9
excitable-enthus-
iastic
250:6
excited
137:1, 137:5,
137:15, 137:20,
138:5, 138:9,
138:16, 138:19,
139:8, 139:13,
139:19, 140:3,
140:12, 140:17,
314:15
excitement
140:6, 141:1,
145:21
excuse
72:5, 191:5,
215:18, 218:2,
218:3, 286:8,
290:22, 339:9
executed
289:21

executing
135:16, 135:21
exercise
43:6, 44:9,
44:22, 45:6,
46:4, 46:12,
46:13, 46:14,
53:19, 63:19,
79:21, 80:14,
83:20, 84:3,
86:1, 86:9,
86:12, 86:22,
87:11, 89:11,
89:18, 91:7,
91:13, 91:14,
91:16, 91:19,
91:22, 92:13,
137:17, 173:13,
184:2, 204:15,
230:20, 244:3,
246:13, 260:9,
260:11, 283:22,
284:1, 303:12,
303:21, 311:3,
311:6, 317:9,
317:10, 317:11,
317:13, 333:16,
357:7, 359:6,
359:17
exercises
42:5, 43:1,
43:3, 43:5,
46:10, 52:17,
52:20, 52:22,
57:2, 57:5,
57:8, 61:2,
61:5, 61:8,
64:2, 64:5,
65:22, 66:4,
66:7, 75:4,
78:18, 85:8,
85:21, 87:4,
89:8, 187:8,
188:7
exercising
86:14
exhausting
280:20

exhaustion
268:18
exhibit
4:2, 12:10,
12:12, 12:14,
19:20, 20:2,
21:12, 21:14,
21:15, 21:21,
24:14, 24:15,
24:18, 68:9,
68:13, 75:7,
90:1, 90:18,
94:3, 94:8,
94:13, 94:17,
147:14, 147:15,
151:21, 151:22,
152:3, 153:21,
162:17, 163:20,
279:8, 279:11,
336:2, 336:8,
336:9, 336:13,
338:18, 338:19,
339:2, 343:12,
343:13, 343:16,
345:8, 345:9,
345:12, 347:19,
347:20, 348:1,
349:13, 350:4,
350:5, 350:8,
369:14, 370:14,
373:4, 373:5,
383:10, 384:3,
385:6
exhibited
333:7
exhibiting
203:6
expectations
344:18, 344:19
expected
365:7
experience
17:13, 27:22,
28:10, 33:18,
34:20, 35:9,
56:2, 227:1,
237:10, 301:14,
356:22, 365:22

experienced
17:9, 69:12,
69:13, 82:10,
82:12, 82:18,
237:11, 238:5,
238:10, 241:11,
243:20, 255:10,
262:19, 267:21,
345:1, 346:11,
353:4, 357:18,
376:9
experiences
29:13, 32:22,
33:8, 162:16
experiencing
209:19
expert
109:17, 112:8,
114:9, 141:5,
146:2, 194:10
expertise
26:15, 114:5,
302:21
explain
25:12, 44:4,
71:8, 82:1,
91:12, 100:17,
125:21, 130:20,
134:4, 242:10,
249:21, 250:11,
350:20, 350:22,
355:19, 356:5,
375:22
explained
96:3, 110:5,
285:2, 289:8
explaining
118:7, 355:16,
365:11
explains
211:19
explanation
78:5, 81:8,
110:4, 148:13,
161:8, 210:18,
306:7, 326:16,
333:15, 333:19,
344:15, 355:12,

362:19
explosive
98:22, 99:9,
100:11, 101:8,
104:18, 111:19,
119:22, 120:2,
121:21, 146:13,
147:7, 150:13,
198:6, 201:12,
358:18
explosives
149:6, 149:12
exposure
311:3
express
345:5, 347:8,
377:3
expressed
353:16, 355:6,
355:21
expressing
349:10
expression
265:14
extend
107:22, 108:6,
110:15
extended
175:22
extending
108:5
extent
8:8
exterior
295:4, 313:6,
321:12, 321:21
extra
30:3, 131:2,
262:19, 272:11,
339:17, 339:19,
341:8, 341:18,
359:4
eye
73:4, 225:20
eyes
219:19, 220:16,
220:19, 353:20

**F**

f
201:18

fabricated
301:18
fabrication
302:1
face
180:22, 182:15,
218:2, 262:8
facebook
55:21
facility
226:8
fact
197:6, 253:20,
256:12, 263:4,
338:2, 338:4,
342:12, 374:16
facts
374:2
fail
192:5, 219:4,
264:6
failed
189:21, 190:10,
191:21, 193:5,
193:14, 194:13,
194:22, 195:16,
195:20, 230:13,
377:18
failing
161:12, 161:16,
161:19, 194:2,
378:4, 378:5
fair
335:15
fairly
103:2, 160:9
false
248:12, 248:15,
312:20, 328:12,
328:15, 329:7,
329:10, 329:21,
341:11, 342:13
familiar
23:10, 23:12,
111:20, 115:22,
119:7
family
49:6

**far**
17:22, 18:4,
25:4, 50:7,
58:2, 58:4,
58:8, 62:13,
63:14, 72:2,
80:19, 93:6,
100:22, 113:18,
113:19, 114:5,
114:21, 115:16,
117:7, 156:21,
158:8, 171:2,
302:6, 316:14,
317:21, 354:6,
364:15, 365:19,
377:10

**fast**
32:19, 103:3,
134:1, 136:5,
136:11, 140:2,
235:16, 239:17,
239:18, 240:18,
241:3, 362:4,
383:2

**faster**
134:17

**fault**
196:13, 349:2,
349:4, 349:5,
349:6

**fbi**
72:21

**february**
12:5, 13:13,
378:16, 378:17,
379:3

**feedback**
43:7, 52:22,
57:8, 61:7,
64:4, 64:8,
64:10, 66:6,
219:13, 249:22

**feeding**
68:14, 69:3,
70:21, 75:20

**feel**
10:3, 106:15,
220:1, 220:22,

221:16, 221:19,
222:4, 222:6,
226:19, 228:11,
266:7, 353:16

**feeling**
150:18

**feels**
216:10, 216:20,
222:2

**feet**
313:20, 314:17,
361:20

**fell**
348:14

**felt**
216:22, 239:14,
344:7, 345:1,
349:1, 367:2

**female**
18:16, 18:17,
29:22, 31:7,
32:5, 32:8,
32:17, 217:10,
222:12, 353:4,
374:17, 375:14,
377:17

**females**
29:19, 29:21,
31:9, 377:21

**fence**
379:19, 379:22,
380:6

**few**
28:21, 226:2,
251:1, 268:20,
328:10

**fewer**
374:17

**field**
45:3, 45:7,
46:4, 53:19,
54:2, 75:3,
83:1, 173:13,
291:5

**field-grass**
165:14

**figure**
118:18, 252:20,

254:15, 261:4,
306:11

**figured**
324:9

**file**
365:14

**filed**
371:5

**fill**
279:5

**final**
285:21, 294:18,
317:19, 326:4,
327:8, 327:9,
330:8, 332:12

**finally**
278:3, 324:21,
362:12

**financially**
388:16

**find**
111:16, 121:6,
126:4, 126:14,
126:17, 126:20,
127:9, 127:17,
128:2, 128:17,
128:22, 329:3,
329:9, 362:2

**finding**
126:13, 127:22,
324:11, 360:16,
383:17

**fine**
8:9, 45:16,
82:15, 101:18

**finger**
105:5, 105:15,
110:15, 110:17

**fingers**
300:2

**fire**
34:4, 263:14,
274:5

**firearm**
273:10

**firearms**
27:15, 28:16,
28:19, 30:12,

31:4, 33:1,
33:4, 34:4,
273:9

**firing**
31:13, 31:16,
32:2, 32:13

**first**
7:13, 11:4,
11:19, 12:17,
13:8, 13:19,
14:16, 17:19,
24:4, 25:11,
26:7, 33:21,
36:1, 68:15,
74:22, 75:10,
86:2, 87:6,
105:13, 120:13,
132:5, 150:19,
151:9, 152:15,
152:20, 153:10,
153:13, 153:21,
154:21, 156:12,
156:14, 164:4,
172:13, 188:18,
191:20, 192:7,
196:6, 196:14,
196:15, 198:4,
201:17, 204:22,
205:5, 211:10,
218:21, 229:1,
250:13, 250:15,
250:18, 267:22,
268:5, 268:9,
286:8, 299:1,
300:14, 306:16,
331:2, 339:1,
341:6, 351:9,
354:7, 354:8,
354:12, 359:22,
361:4, 369:10,
373:15

**fit**
342:9

**five**
8:10, 14:12,
14:16, 16:15,
24:12, 29:3,
38:17, 58:16,

73:21, 81:21,
163:1, 168:2,
171:20, 241:1,
241:2, 368:13,
374:17
**five-foot-four**
307:17
**five-minute**
11:7, 67:11,
163:1
**five-year**
14:15, 15:11
**fix**
93:1, 261:4
**flat**
272:19, 272:21,
273:3, 273:5
**flatbed**
310:16
**flip**
193:1, 232:11
**flirted**
29:17
**floor**
332:20
**fluency**
202:18
**fluent**
176:3, 257:13,
258:21, 310:19,
311:1, 316:7
**focus**
334:4, 351:19,
352:13
**focused**
60:18, 229:15,
260:8
**follow**
104:16, 176:3,
362:8
**follow-up**
384:19
**followed**
295:21
**following**
70:19, 71:5,
83:10, 83:14,
150:13, 165:15,

170:5, 175:8,
250:11, 316:19,
332:15
**follows**
172:19, 202:16,
283:21, 288:16,
294:16
**follows:**
7:16
**footed**
313:18
**force**
336:19, 336:20,
384:20
**forced**
195:5, 195:12
**foregoing**
387:4, 388:3,
388:5
**forget**
120:20, 281:9
**forgetting**
272:8
**form**
4:7, 88:10,
95:1, 124:4,
169:18, 171:22,
172:3, 174:15,
176:21, 178:13,
189:7, 197:20,
200:18, 208:3,
213:9, 228:16,
232:13, 234:11,
248:3, 248:5,
248:9, 259:13,
283:9, 288:2,
298:16, 312:7,
319:19, 325:9
**formal**
178:6, 178:8
**former**
162:11
**fort**
81:19, 82:1,
82:8, 83:4,
83:6, 217:6
**forth**
255:3

**forward**
177:11, 178:1,
186:5, 186:17,
186:20, 219:21,
229:21, 247:22
**found**
182:22, 237:5,
266:6, 331:11,
369:7, 369:21
**foundation**
95:19, 96:17,
116:14, 133:17,
137:3, 137:10,
137:22, 138:12,
138:21, 139:21,
140:8, 141:12,
146:9, 146:18,
167:22, 170:22,
173:22, 179:6,
199:21, 304:6,
305:6, 368:4,
381:21
**four**
24:6, 24:7,
29:6, 50:12,
50:16, 51:20,
56:16, 60:16,
75:12, 171:20,
247:20, 273:20,
277:2, 310:13
**four-day**
42:10
**frame**
13:16, 178:15,
227:15, 270:2,
276:1, 335:2,
378:8
**free**
10:3
**freedom**
209:2, 295:7,
313:21
**freelance**
388:22
**freely**
203:21
**frequency**
41:21, 50:10

**frequently**
42:9, 51:4,
56:5, 56:11,
60:10, 63:9,
385:6
**friend**
364:19
**friends**
48:22, 54:11,
54:21, 54:22,
55:1, 55:2,
55:21, 364:10
**front**
94:4, 152:16,
199:1, 235:9,
265:4, 265:15,
295:18, 296:18,
332:16, 377:2,
377:10
**frustrated**
190:6, 203:14,
203:17, 208:20,
211:21, 216:3,
333:1, 386:2
**frustration**
190:8, 203:7,
249:5, 253:22,
288:22, 289:5,
292:5, 292:12,
315:12, 333:7
**fucking**
262:9, 262:10,
269:8
**fuel**
250:9
**full**
141:16, 193:19
**full-time**
69:10
**fully**
8:13, 8:15,
8:19, 9:18
**function**
149:5
**fundamentals**
231:8, 284:10,
286:5, 334:13
**fur**
261:22

**further**
382:20, 386:12,
388:14

**future**
26:14, 230:7,
230:21

**G**

**games**
49:3, 49:5

**garage**
357:18, 379:20

**garden**
193:11

**gardens**
189:20, 192:16,
193:9

**gave**
30:7, 82:9,
299:11, 300:16,
306:5, 307:2,
310:7, 362:12

**gender**
346:10, 346:14,
346:18, 347:4,
347:9, 366:9,
366:14, 366:20,
366:22, 367:8,
367:11, 368:1

**genders**
366:17

**general**
3:19, 11:6,
64:10, 102:4,
102:6, 104:15,
162:11

**generally**
68:7, 70:21,
225:15, 226:22

**generator**
314:1

**german**
37:14

**getting**
122:9, 147:4,
159:19, 162:6,
165:1, 181:12,
183:1, 184:6,

199:1, 225:5,
235:9, 240:15,
265:17, 300:18,
341:7, 379:20

**give**
30:3, 42:19,
43:7, 43:20,
43:22, 45:11,
73:16, 74:7,
106:5, 114:10,
115:18, 122:18,
128:9, 129:5,
143:14, 143:19,
144:7, 145:14,
146:2, 156:17,
181:13, 195:8,
217:3, 244:3,
260:10, 264:22,
267:5, 267:9,
268:16, 270:2,
274:15, 300:17,
301:20, 302:13,
307:4, 327:6,
328:14, 335:13,
342:8, 359:3

**given**
22:15, 22:17,
74:17, 81:14,
84:16, 84:21,
85:2, 96:20,
96:22, 132:11,
141:7, 150:20,
151:1, 166:16,
179:2, 198:13,
274:14, 320:6,
320:16, 321:4,
343:8, 387:6,
388:10

**gives**
106:16, 106:17,
273:8

**giving**
46:5, 77:20,
114:5, 143:10,
156:21, 173:3,
197:9, 274:16,
301:9, 301:16,
313:20

**glass**
320:7

**go**
7:3, 12:13,
32:2, 32:14,
32:18, 33:21,
34:17, 38:2,
46:11, 49:1,
68:10, 70:15,
70:18, 71:15,
85:3, 96:18,
101:14, 102:14,
110:18, 112:22,
118:18, 123:19,
130:14, 134:16,
135:10, 136:6,
145:18, 148:1,
161:1, 164:21,
165:9, 172:7,
181:16, 181:20,
183:22, 189:5,
191:8, 196:15,
218:16, 221:14,
221:22, 224:8,
225:2, 226:2,
238:14, 239:17,
240:10, 240:12,
243:15, 244:9,
246:15, 247:12,
258:20, 259:10,
266:14, 267:6,
279:6, 279:7,
289:18, 289:22,
292:1, 299:7,
303:3, 303:5,
303:9, 303:13,
303:19, 304:4,
304:20, 306:17,
308:4, 322:22,
323:4, 323:8,
324:10, 328:19,
354:3, 357:10,
358:14, 359:7,
359:11, 359:15,
360:9, 360:22,
361:4, 361:16,
362:6, 362:22,
363:5, 369:9,

369:15, 377:6,
380:10

**go-tos**
242:12

**goal**
143:15

**goes**
96:14, 110:11,
118:17, 133:19,
213:12, 241:2,
241:3, 265:7,
276:4, 282:15,
290:18, 331:14

**gone**
183:21, 211:5,
274:4

**gonzalez**
377:13

**good**
6:19, 6:21,
36:9, 156:17,
206:6, 210:18,
219:20, 231:3,
231:4, 237:6,
239:15, 257:17,
294:21, 295:7,
295:8, 295:15,
295:22, 296:14,
301:4, 304:16,
305:12, 320:8,
321:3, 321:19,
321:20, 322:1,
322:2, 322:3,
322:4, 325:22,
328:18, 333:11,
344:14

**gosh**
63:11, 81:21,
196:16, 251:1,
378:16, 379:6

**gotten**
34:9, 360:14

**grab**
159:13, 159:20

**grabbed**
262:4, 262:19

**granted**
261:7

**grass**
119:16
**gravel**
162:5
**great**
10:12, 10:21,
105:11, 155:9,
156:21, 238:3,
242:13, 242:14
**gretchen**
162:12
**groom**
70:5, 261:20
**groomed**
269:6
**grooming**
68:14, 70:20,
75:20
**ground**
300:7
**grounds**
230:18
**groups**
352:3
**grown**
265:14
**grueling**
264:20
**guess**
42:2, 48:20,
48:22, 55:21,
56:1, 62:13,
98:1, 108:14,
166:13, 192:5,
196:11, 204:13,
211:21, 212:1,
218:1, 222:14,
237:12, 253:5,
261:1, 277:18,
278:5, 309:21,
346:6
**guidance**
226:16, 228:6
**guiding**
203:21, 317:6,
357:15
**guys**
43:4, 48:1,

181:16, 205:22,
217:19, 218:10,
220:10, 225:22,
226:3, 226:11,
307:17

### H

**ha**
358:14, 358:15,
359:15
**hair**
261:22, 262:6
**half**
51:6, 81:11,
90:6, 90:7,
91:3, 91:9,
92:1, 304:10
**hallway**
179:16, 180:12,
184:10, 184:16,
264:3, 276:4,
351:14
**hand**
93:13, 105:4,
105:7, 108:9,
109:1, 109:11,
109:16, 109:20,
110:11, 159:11,
160:1, 170:7,
170:11, 170:14,
175:21, 175:22,
176:2, 217:16,
223:10, 223:12,
223:16, 223:21,
224:17, 229:21,
233:10, 234:19,
235:14, 240:12,
240:15, 243:11,
245:2, 289:10,
299:16, 307:13,
307:21, 308:2,
317:5, 317:6,
327:1
**handed**
20:1
**handing**
12:9, 21:13,
24:13, 94:12,

151:20, 336:7,
343:11, 345:7,
350:3
**handle**
110:6, 110:10,
310:7, 311:1
**handled**
179:15, 366:4
**handler's**
174:6, 176:14,
192:22, 231:7,
249:13, 256:3,
258:2, 289:1,
292:2, 292:8,
300:1, 316:22,
320:15, 326:18,
331:13, 353:4
**handlers**
17:10, 25:21,
26:3, 26:13,
26:22, 69:13,
75:19, 82:3,
82:10, 82:12,
82:19, 89:8,
98:16, 98:20,
105:3, 134:20,
135:11, 182:22,
188:15, 209:19,
217:10, 236:17,
243:20, 262:19,
301:8, 301:11,
313:6, 315:13,
323:17, 343:7,
351:18, 353:4,
357:13, 375:20,
376:9, 376:14,
378:6
**handling**
26:16, 104:20,
105:1, 108:22,
110:7, 172:20,
299:15, 299:21,
307:12, 315:10,
315:14
**hands-on**
83:20
**handwriting**
76:13, 76:19,

167:2, 167:3,
260:14, 317:22
**handwritten**
319:9
**hang**
49:5, 226:11,
262:18
**hanging**
379:17
**happen**
70:22, 74:18,
88:17, 92:19,
224:11, 224:14,
237:9, 269:19,
301:19, 352:18
**happened**
17:19, 54:14,
162:4, 178:20,
182:16, 183:18,
196:12, 213:22,
224:12, 247:7,
260:9, 260:19,
274:22, 278:18,
280:10, 281:10,
281:14, 300:22,
323:14, 352:19,
353:12, 362:16,
362:17, 365:12,
378:19, 378:20
**happening**
17:7, 188:9
**happens**
24:11, 82:4,
106:8, 138:9,
138:15, 252:17,
362:4
**happy**
11:1, 103:2,
256:20
**hard**
103:6, 103:7,
197:2, 197:10,
242:10, 302:4
**hard-pulling**
175:18
**harder**
147:9, 150:2,
285:19, 315:21,

357:1
**harsh**
209:13, 209:21,
210:2, 211:12,
211:13, 292:15,
300:22, 301:16
**hash**
300:22
**hat**
286:2
**he'll**
242:15
**head**
77:17, 105:8,
159:12, 362:9
**hear**
181:18, 181:19,
220:7, 261:17,
358:12, 362:14
**heard**
113:12, 218:1,
241:14
**hearing**
78:13, 255:11,
280:18, 371:10
**heavy**
313:18
**height**
160:13, 160:14
**height-seeking**
203:7
**held**
2:1
**hell**
264:4
**help**
26:20, 30:14,
32:9, 32:11,
32:18, 44:21,
182:2, 183:16,
217:12, 226:15,
261:18, 262:14,
265:2, 339:17,
339:19, 340:1,
340:2, 340:3,
341:15, 341:19,
341:22, 342:3,
353:5, 356:9,

**helped**
31:18, 324:14
**helping**
31:13, 31:17,
46:19, 383:11
**helps**
219:13, 359:3
**here**
6:4, 9:12,
10:5, 18:7,
21:20, 32:1,
74:4, 76:13,
77:22, 79:22,
81:10, 84:7,
87:14, 120:15,
127:2, 142:20,
143:15, 143:22,
144:7, 145:3,
165:11, 166:6,
167:6, 172:6,
182:14, 187:12,
188:15, 191:15,
193:12, 193:22,
202:7, 205:17,
205:19, 205:22,
210:2, 210:13,
211:18, 214:12,
219:19, 220:22,
222:1, 228:5,
236:19, 241:22,
242:14, 247:2,
252:17, 252:20,
253:1, 253:21,
258:20, 281:8,
287:3, 292:1,
294:14, 295:14,
296:2, 304:19,
319:5, 322:20,
322:22, 328:19,
328:21, 337:21,
338:6, 340:16,
343:6, 346:8,
347:16, 366:10,
368:5, 368:6,
381:7, 381:8,
381:14, 382:22
**hereby**
387:2, 388:4

**herself**
198:18, 199:4
**hesitantly**
313:15
**hesitation**
169:9, 326:16
**hey**
54:16, 71:21,
74:4, 115:21,
225:7, 261:14,
264:18, 340:15
**hi**
55:8
**hidden**
357:22
**hide**
137:17, 190:4,
198:11, 198:13,
198:19, 199:6,
202:17, 202:19,
202:20, 204:1,
205:5, 208:12,
208:16, 208:17,
208:19, 209:1,
210:15, 211:10,
229:12, 229:17,
230:12, 230:22,
231:2, 232:21,
235:1, 235:5,
235:12, 237:3,
237:5, 237:8,
237:15, 238:2,
238:15, 239:5,
243:9, 243:13,
248:22, 249:9,
250:1, 250:8,
251:17, 256:2,
257:13, 257:17,
257:18, 264:16,
266:18, 283:22,
285:9, 285:14,
285:16, 288:17,
289:15, 290:3,
290:6, 294:17,
294:21, 295:1,
295:3, 295:4,
295:10, 295:15,
295:19, 296:11,

297:10, 299:9,
306:8, 310:4,
310:6, 310:10,
310:15, 311:3,
311:6, 313:4,
314:7, 315:5,
316:5, 316:10,
320:6, 321:4,
321:20, 322:2,
322:4, 322:19,
326:7, 326:12,
327:8, 327:21,
329:2, 331:3,
331:5, 332:1,
332:9, 332:22,
333:6, 333:9,
333:12, 362:1,
383:17, 383:19
**hides**
243:18, 243:20,
244:1, 299:3,
370:6
**high**
101:13, 176:5,
229:21, 230:5
**highs**
240:19
**hill**
39:5, 41:16,
41:18, 46:19,
47:2, 47:15,
47:16, 47:18,
48:4, 48:12,
49:6, 59:13,
59:18, 72:19,
89:3, 92:16,
182:8, 214:8,
217:8, 217:13,
217:22, 218:4,
218:7, 222:21,
222:22, 227:8,
227:16, 228:2,
237:3, 237:4,
237:6, 238:2,
243:17, 246:5,
260:6, 260:17,
264:5, 264:6,
264:10, 267:13,

267:15, 269:14,
275:15, 276:11,
276:16, 277:4,
277:7, 279:15,
316:21, 318:2,
318:3, 318:4,
319:14, 326:7,
356:2, 363:14,
363:21, 375:14,
380:22
**hill's**
48:16, 49:6
**himself**
39:21, 353:8,
379:15
**hinder**
177:8, 186:3,
187:10
**history**
372:3, 372:8,
372:12, 372:16,
374:5, 376:2
**hit**
240:19, 335:6
**hits**
165:13, 175:6,
185:11, 237:14,
243:22
**hm**
249:9, 249:10,
249:15, 290:3,
314:7
**hold**
23:6, 53:16,
105:3, 194:11,
219:15, 221:3,
241:19, 307:18,
312:4
**holder**
360:8
**holding**
58:13, 62:5,
65:2, 66:22,
105:13, 223:7,
255:12
**home**
277:3, 279:6,
279:7

**honest**
335:2
**honestly**
104:3, 153:15,
209:14
**hook**
159:21, 160:1,
160:5, 160:10
**hooked**
159:16
**hope**
328:11
**hoping**
341:14, 365:9
**hora**
3:7
**horrible**
301:14
**hour**
11:7, 24:7,
54:18, 81:11,
90:6, 90:7,
91:3, 91:8,
92:1, 240:22,
277:2, 282:8
**hours**
151:5, 338:12,
338:13, 383:1
**house**
49:1, 54:17,
71:13, 72:9,
73:5
**however**
8:12, 116:2,
146:2, 173:1,
173:2, 191:8,
199:13, 284:20,
286:1, 289:20,
289:21, 315:9,
320:8, 322:6,
334:8
**huh-uh**
10:14
**human**
121:16, 122:15,
122:17, 125:9,
126:3, 140:16
**humans**
126:4

**hundred**
260:10, 274:16
**hung**
364:10, 379:15,
380:6
**hurry**
218:11, 224:21
**husband**
349:7

**I**

**idea**
74:7, 147:3,
147:5, 181:13
**identical**
368:8
**identified**
21:22, 24:18,
75:12, 154:5,
169:1, 192:12,
215:1, 283:16,
294:11
**identify**
374:2
**identifying**
211:12, 212:12,
212:15
**ied's**
332:15
**immediately**
151:11, 250:11,
331:16, 360:19,
369:7
**impact**
145:6
**impacts**
216:3
**impaired**
11:15
**implementation**
284:9
**implies**
368:6
**implying**
92:5
**importance**
10:5
**important**
9:13, 107:22,

135:16, 135:17,
136:16, 136:18,
137:8, 137:14,
137:19, 138:4
**impression**
30:7, 273:8
**impressions**
75:2
**imprint**
77:19, 77:20,
78:7, 79:6
**imprinted**
79:12, 120:7,
121:6, 121:7,
124:21, 125:17,
130:6, 198:7
**imprinting**
76:10, 77:2,
77:6, 77:12,
77:15, 86:3,
86:11, 86:18,
90:1, 90:20,
91:9, 165:12,
175:4, 196:5
**improper**
109:10, 109:13
**improve**
93:1, 177:8,
185:20, 260:7,
281:8, 290:12,
317:16
**improvement**
165:21, 175:17,
214:13, 285:10,
286:3, 290:12,
311:8
**improving**
172:21
**improvised**
146:12
**inaccuracy**
166:21, 246:20
**inaccurate**
166:6, 167:19,
169:1, 169:2,
170:20, 173:20,
176:10, 199:19,
204:11, 209:11,

212:13, 212:16,
231:15, 232:1,
238:18, 238:19,
239:8, 244:14,
244:18, 245:6,
286:17, 286:19,
309:19, 322:16,
323:18
**incidences**
291:20
**incident**
161:9, 218:9,
275:13
**include**
104:19, 313:11
**included**
313:8, 349:21
**inconsistencies**
257:20, 334:7
**inconsistency**
190:1, 190:2,
191:7
**inconsistent**
175:10, 175:16,
202:7, 229:3,
234:18, 235:6,
235:13, 239:6,
243:10, 249:2,
249:13, 252:9,
253:3, 256:3,
256:13, 286:4,
288:12, 294:12,
312:15, 314:7,
317:2, 332:1,
332:5, 342:19
**incorporate**
300:5, 310:17
**incorrect**
144:3, 144:5,
239:11, 243:7,
323:13, 331:13
**incorrectly**
35:3
**increase**
87:8, 175:5,
202:18, 314:21
**increased**
289:13

**independence**
175:13
**independent**
258:8
**independently**
313:22
**index**
105:15, 110:15,
110:17
**indicate**
77:1, 101:7,
102:16, 112:2,
125:16, 129:3,
194:13, 196:22,
244:6, 347:3,
360:13, 369:20
**indicated**
168:10, 168:19,
324:8, 354:19,
383:21
**indicates**
13:12, 68:13,
104:13, 104:17,
167:11, 167:14,
176:14, 191:2,
200:6, 200:17,
207:18, 232:7,
234:7, 236:10,
245:22, 259:6,
281:19, 287:19,
288:11, 293:19,
298:9, 311:22,
318:22, 325:2,
325:17, 335:21
**indicating**
219:6, 223:11,
225:21, 226:18,
276:6, 293:3,
293:8
**indicating)**
108:10
**indication**
102:20, 126:7,
127:10, 197:3,
197:10, 307:9,
324:6
**indications**
122:18

**individually**
93:16
**individuals**
39:13, 40:22,
57:11, 64:12,
66:10, 316:20,
348:8
**inequality**
366:17
**information**
21:10, 22:15,
22:18, 72:20,
73:16, 92:20,
95:16, 95:22,
96:14, 199:18,
201:8, 201:9,
204:10, 204:17,
231:14, 231:16,
233:18, 241:22,
257:10, 258:11,
317:8, 370:20,
371:1, 371:12,
372:2, 372:7,
372:10, 372:12,
375:8
**information)***
205:4, 206:21
**informed**
19:6, 20:12,
20:19, 22:11,
320:22
**informing**
20:8
**inhale**
103:8
**initial**
87:2, 123:19,
229:13, 268:19,
283:18, 284:2,
285:16, 295:2
**initially**
23:18, 285:17,
290:6, 360:11,
370:9
**inj**
39:20
**injured**
39:21

**input**
151:16
**inside**
69:9, 101:14,
226:8, 322:1,
333:10, 379:20
**inspecting**
146:10
**inspector**
20:7, 345:15
**instance**
70:3, 257:2
**instruction**
45:11, 46:5,
53:15, 58:13,
62:4, 65:2,
66:22, 74:16,
228:6
**instructions**
323:10
**instructor**
27:15, 28:17,
30:6, 30:10,
30:12, 31:4,
33:1, 33:4,
34:5, 96:22,
222:2, 245:17,
245:22, 246:9,
273:9, 321:15
**instructors**
28:19, 29:12,
30:14, 30:16,
97:11, 105:3,
216:10, 216:20,
228:5, 273:10
**instructs**
9:3
**insure**
176:3
**integrity**
235:15
**intensity**
334:4
**interact**
42:9, 42:15,
42:16, 50:2,
56:6, 56:11,
60:11, 63:10,

65:12
**interaction**
41:22, 42:4,
42:7, 56:1
**interest**
71:17, 73:17,
150:14, 161:20,
205:19, 229:15,
251:5, 314:6,
326:1, 326:9,
326:10, 329:6,
329:20
**interested**
16:21, 117:15,
154:5, 268:7,
268:8, 388:16
**interesting**
103:14, 187:1,
264:15, 266:7,
280:6
**interfere**
190:8
**interior**
310:21
**internal**
365:22, 366:4
**interpret**
230:1
**interpretation**
187:18
**interpreted**
374:11
**interpreting**
187:18, 188:3,
285:4, 338:7,
366:20
**interrogatories**
373:16
**interrogatory**
373:20, 374:1,
374:10
**interview**
18:9, 18:11,
18:12, 19:3
**introduced**
165:14
**introducing**
75:2, 77:9,

147:13
**investigate**
111:15, 111:21,
112:20, 125:15,
128:2, 150:15,
365:21
**investigated**
365:10
**investigating**
112:16, 112:18,
112:22, 113:1,
113:3, 114:7,
117:22, 118:15,
119:13, 121:18,
122:10, 122:16,
125:5, 127:11,
129:4, 129:9,
131:1
**investigation**
118:5, 118:10,
125:7, 125:14,
125:22, 128:5,
129:13, 365:16,
366:1, 366:5
**investigative**
111:9, 111:13,
112:6, 112:9,
112:11, 112:14,
112:17, 113:16,
113:22, 116:3,
122:20, 123:2
**invite**
55:2
**involved**
47:18, 48:4,
61:11, 64:12,
262:13
**irrelevant**
116:15, 120:10
**issue**
194:1, 194:15,
195:20, 195:22,
225:4, 225:14,
292:3, 355:13,
381:14
**issues**
45:7, 46:9,
182:1, 182:2,

183:15, 187:12,
188:14, 193:17,
194:3, 194:5,
195:4, 195:6,
195:8, 195:10,
249:16, 267:22,
268:6, 311:5,
315:13, 365:9
**item**
170:13, 170:15,
199:5, 235:17,
235:18, 240:13,
240:16, 245:4,
284:21, 285:1,
307:5
**items**
84:14, 203:22,
235:15, 251:21,
299:5, 332:6
**itself**
9:14, 362:19,
379:17

**J**

**jabs**
357:6
**jacket**
18:4, 18:5
**jaden**
37:8
**jay**
156:6, 238:11
**jayden**
36:7, 38:15,
102:19, 153:1,
157:1, 157:12,
165:16, 167:12,
173:7, 173:11,
175:8, 175:10,
181:22, 183:9,
183:13, 188:14,
188:17, 188:18,
193:16, 194:2,
194:3, 194:5,
195:3, 195:21,
196:20, 198:12,
199:9, 199:11,
237:4, 237:7,

238:20, 251:4,
256:20, 267:14,
267:16, 267:19,
267:21, 268:6,
291:20, 293:11,
295:13, 306:20,
337:9, 338:5,
341:5, 341:6,
342:6, 383:16,
383:17, 383:21
**jayden's**
267:12
**jeff**
39:6, 56:5,
56:6, 56:12,
56:17, 56:21,
57:11, 57:15,
58:12, 58:18,
59:2
**jeffers**
18:18
**jerk**
301:22, 302:3
**jerking**
302:14
**jmc**
6:9
**job**
1:29, 10:12,
13:5, 118:11,
125:15, 126:13,
126:16, 126:19,
127:8, 199:9,
237:6, 301:4,
305:13, 375:12
**joint**
305:15
**joke**
357:14, 386:6
**jokes**
226:5
**joking**
181:19, 226:4,
358:4
**juan**
19:3
**judging**
211:17

**judgmental**
209:16, 210:20,
211:22
**julianne**
18:18
**july**
20:10
**jump**
162:22, 170:2,
259:22, 333:2
**jumped**
158:19, 159:8,
160:11
**jumping**
333:2
**justification**
326:13, 326:17
**justify**
326:21

**K**

**k-9's**
175:13, 203:19,
216:3, 230:1,
250:3, 254:6,
254:10, 283:18,
284:13, 285:4,
285:5, 285:16,
311:4, 311:7,
322:10
**k-9-unit**
11:20, 13:17
**k-9s**
35:17, 69:15,
82:20, 262:15
**keep**
73:4, 82:12,
83:22, 117:20,
132:13, 137:14,
137:15, 137:19,
138:4, 138:5,
138:8, 219:21,
240:11, 335:13,
357:15, 383:2,
384:22
**keeping**
76:20, 91:20,
139:8, 139:9,

139:13, 139:19,
382:21
**keeps**
137:1, 137:5,
137:7, 243:22
**keith**
40:9
**kelly**
3:17, 6:22
**kennel**
69:9, 69:10,
69:14, 158:18,
158:19, 159:4,
159:7, 159:8,
159:20, 162:6,
261:19, 262:5,
379:16, 379:18
**kennels**
36:11, 70:8,
70:11, 70:12,
76:1, 159:4,
226:1
**kenny**
39:5, 41:16,
41:18, 41:22,
42:2, 42:10,
42:19, 44:10,
45:7, 46:3,
46:11, 48:12,
48:16, 48:19,
59:13, 59:18,
65:14, 89:2,
89:3, 182:8,
214:8, 217:8,
217:13, 217:21,
218:4, 218:6,
222:22, 224:5,
224:8, 227:8,
227:16, 237:3,
237:6, 238:2,
243:17, 260:16,
267:12, 267:15,
353:10, 375:14,
380:22
**kept**
205:15
**key**
84:14

**keyes**
182:8, 182:9
**keys**
39:19, 41:5
**kids**
48:21
**kind**
37:2, 37:10,
37:13, 37:15,
37:17, 43:18,
105:4, 160:19,
180:21, 185:10,
185:11, 196:3,
197:2, 197:5,
238:4, 261:2,
263:21, 265:1,
279:3, 297:18,
308:22, 362:3,
364:13, 376:13
**kl**
201:17
**knew**
27:11, 27:15,
27:19, 28:4,
31:12, 31:22,
33:22, 34:3,
55:4, 55:13,
55:15, 55:16,
157:15, 192:9,
239:20, 356:20,
357:4, 357:6,
372:2, 372:11
**knowing**
127:16, 128:15,
258:13, 262:22
**knowledge**
57:22, 58:18,
65:6, 67:4,
90:12
**known**
16:22, 55:11,
70:18, 187:9,
187:16, 317:11
**knows**
372:18

**L**

**l**
284:4

**lab**
36:7, 36:12,
37:6, 37:9,
37:12, 37:16,
37:19, 37:21,
38:14, 38:15,
38:16, 104:7,
153:4, 156:11,
157:12, 161:15,
162:3, 162:5,
162:10, 175:8,
175:15
**labeled**
12:15, 96:12,
165:6
**labs**
37:5, 38:18
**lack**
96:16, 133:16,
167:21, 170:21,
179:6, 256:18,
256:22, 257:3,
304:5, 305:5,
381:20
**lacked**
237:19, 250:4
**lance**
270:21, 270:22,
271:2, 271:8,
271:21, 272:6,
272:10, 272:14
**lanes**
32:13, 32:14
**language**
110:1, 202:22,
215:2, 215:11,
229:20, 285:4,
285:6
**large**
158:11, 158:14,
251:9, 251:18,
310:16
**larger**
132:1, 132:2
**last**
23:21, 45:22,
156:7, 165:20,
174:5, 183:20,

207:14, 228:4,
238:12, 278:4,
283:6, 288:18,
297:21, 328:10,
377:14
**late**
173:3, 173:5,
261:21
**later**
31:11, 218:8,
224:10
**latter**
186:2
**laugh**
362:12
**laughing**
226:4, 358:4
**laughter**
181:18
**laurel**
251:1
**lawn**
357:21
**lawyer**
383:11
**laying**
358:19
**layman**
211:15
**layperson**
25:13
**lead**
45:8, 52:14,
56:21, 58:14,
60:21, 62:5,
63:17, 65:17,
108:1, 108:5,
108:9, 109:10,
109:16, 109:20,
110:6, 110:8,
110:13, 110:14,
170:7, 233:10,
245:2, 255:3,
295:5, 325:22,
340:22, 356:10,
361:21
**leadership**
374:15

**leading**
234:19, 235:13,
243:10
**leads**
326:20
**leaf**
117:4, 117:11
**learn**
19:14, 98:22,
99:8, 226:17,
260:22
**learned**
217:7, 222:19,
230:20, 289:4
**learning**
99:14, 100:8,
107:1, 185:12,
190:3, 213:4
**lease**
241:4
**leash**
53:16, 62:15,
65:3, 67:1,
104:19, 105:1,
105:14, 106:4,
106:5, 106:8,
106:13, 107:20,
107:21, 109:1,
109:7, 134:8,
165:6, 165:22,
172:20, 175:14,
175:17, 202:17,
208:14, 208:15,
208:18, 210:4,
210:5, 210:13,
210:14, 210:16,
210:18, 214:13,
216:2, 231:4,
241:4, 255:12,
284:6, 285:10,
288:13, 289:7,
289:12, 294:13,
299:12, 299:15,
299:16, 299:17,
299:18, 299:20,
299:22, 300:16,
300:17, 300:20,
301:16, 301:20,

302:2, 302:3,
302:4, 302:5,
302:6, 302:13,
302:17, 302:18,
306:5, 307:2,
307:4, 307:5,
307:12, 307:13,
307:16, 307:18,
307:21, 308:3,
308:8, 308:11,
308:14, 308:15,
309:8, 309:9,
312:16, 314:8,
314:14, 314:17,
314:19, 315:10,
315:14, 315:17,
315:19, 325:18,
326:22, 328:19,
338:2
**least**
24:12, 262:2,
308:7, 354:18
**leave**
162:7, 170:7,
204:3, 218:16,
233:15, 262:9,
326:10
**leaves**
115:21, 116:7,
119:9, 119:15,
121:1, 125:8,
175:21, 272:4
**lecture**
74:18, 84:16,
84:21, 85:2,
85:22
**lectures**
42:20, 52:14,
56:22, 60:22,
63:17, 65:18
**led**
254:18, 374:14,
381:14
**ledge**
321:10, 324:15
**left**
54:19, 101:15,
105:4, 107:20,

130:14, 131:6,
131:11, 131:15,
131:19, 131:21,
131:22, 132:2,
132:5, 132:9,
132:11, 132:15,
132:16, 132:18,
133:2, 233:15,
252:14, 261:3,
272:8, 320:17,
320:20, 344:6,
358:7, 369:8,
378:11, 378:13,
379:8, 384:14
**left-hand**
132:14, 360:7
**length**
106:4, 314:15
**les**
3:6, 7:3
**leslie**
7:3
**less**
15:6, 54:18,
150:9, 310:19,
313:17
**lesson**
84:10
**lessons**
230:19
**let's**
27:8, 41:15,
44:17, 45:22,
60:15, 68:4,
70:3, 101:10,
102:4, 120:20,
145:18, 162:16,
162:20, 172:6,
174:4, 189:5,
197:17, 200:10,
221:6, 228:13,
232:11, 238:14,
244:9, 246:15,
247:17, 259:10,
282:7, 312:5,
342:22, 357:11,
369:15, 380:10
**letter**
164:22, 383:11

**letting**
251:6, 252:16,
254:22, 307:18
**level**
176:5, 267:6
**leverage**
289:13
**lie**
218:14
**lied**
218:22, 224:12,
224:15, 224:19
**lieu**
370:22, 371:3,
371:13
**lieutenant**
263:13, 263:18,
264:8, 344:10,
363:7, 363:8
**lieutenants**
18:21
**lighter**
313:20
**likely**
129:19
**likes**
106:21, 241:6,
242:11
**limit**
240:22
**limited**
383:3
**line**
31:13, 31:17,
31:22, 32:2,
116:14, 149:17,
224:4, 303:4,
306:12
**list**
4:9, 19:8,
19:10, 19:11,
151:18, 152:12,
152:21, 154:1,
154:4, 156:11
**listed**
156:3, 156:4,
189:21, 383:7
**listened**
278:20

**literally**
105:8
**litigation**
9:6
**little**
101:18, 169:8,
181:13, 192:20,
196:4, 196:18,
205:18, 217:4,
244:3, 244:4,
261:22, 263:6,
265:14, 265:16,
280:21, 339:17,
339:18, 341:18,
359:3, 365:17
**live**
44:2
**lmh**
201:13, 201:14
**located**
71:13, 83:7,
290:2, 299:8,
304:1, 305:22,
332:18
**location**
94:1, 190:1,
192:3, 193:6,
195:2, 195:17,
201:13, 331:9
**locked**
205:22
**long**
11:2, 23:20,
28:18, 32:3,
40:4, 55:11,
55:18, 206:4,
216:2, 252:4,
280:17, 374:20,
375:5, 383:6
**longer**
168:20
**longest**
102:20
**look**
12:11, 13:8,
82:3, 85:14,
87:13, 87:15,
96:6, 147:19,

148:18, 162:20,
166:15, 185:13,
196:9, 197:17,
200:10, 217:19,
228:13, 245:19,
247:17, 259:19,
264:18, 278:12,
325:16, 326:2,
328:5, 328:19,
329:15, 329:17,
330:9, 338:3,
341:3, 342:22,
351:11, 354:9,
364:12, 377:3
**looked**
74:11, 263:21,
333:10, 340:21
**looking**
25:7, 81:13,
85:5, 90:18,
102:7, 111:3,
111:12, 114:1,
119:8, 120:6,
122:4, 124:1,
124:19, 124:21,
149:1, 152:3,
162:17, 164:13,
169:17, 175:11,
176:12, 176:20,
177:4, 185:15,
188:19, 192:20,
207:22, 228:22,
236:14, 244:5,
248:8, 251:14,
257:7, 282:2,
283:14, 298:22,
299:11, 300:15,
301:8, 306:4,
307:2, 312:13,
315:7, 318:15,
331:1, 342:18,
348:1, 362:5,
373:18, 385:5
**lookout**
72:12, 72:14,
72:16
**looks**
81:9, 84:14,

90:6, 148:2,
214:15, 219:4,
265:7, 265:8,
267:3, 278:11
**loop**
160:3
**loose**
241:4
**lose**
106:19
**lost**
161:20
**lot**
27:15, 54:11,
81:13, 86:9,
105:7, 251:2,
251:5, 251:10,
251:21, 254:21,
255:7, 300:12,
301:7, 324:18,
341:11, 364:10,
364:19, 367:21
**low**
101:13
**lows**
240:20
**lp**
84:10, 84:20
**luck**
337:11
**luggage**
310:11
**lunch**
83:11, 276:2
**lying**
299:4, 300:7

**M**

**ma'am**
7:18, 13:3,
68:3, 91:10,
122:7, 136:3,
147:22, 165:3,
167:1, 176:11,
254:1, 266:10,
366:15
**machine**
320:17, 320:18,

321:8
**machines**
320:19
**made**
31:15, 152:15,
153:11, 170:8,
220:3, 227:17,
228:10, 245:13,
246:20, 253:8,
255:7, 255:9,
263:1, 290:13,
291:13, 302:11,
316:14, 349:11,
357:1, 363:3,
374:13, 375:14,
377:1
**main**
42:12
**mainly**
86:6, 87:6
**maintain**
175:19, 176:5,
250:6, 257:13,
258:2, 316:7,
332:3
**maintained**
310:21
**maintaining**
231:3
**major**
103:19
**make**
9:16, 33:22,
44:6, 46:1,
94:6, 97:8,
159:18, 160:4,
170:12, 176:1,
178:11, 180:2,
180:6, 180:9,
180:16, 181:4,
184:5, 184:11,
185:4, 185:7,
185:14, 186:11,
196:4, 197:14,
233:10, 240:14,
240:19, 245:3,
251:11, 255:4,
263:3, 309:2,

314:20, 317:4,
333:22, 334:10,
338:3, 341:8,
343:2, 349:12,
351:11, 352:6,
354:10, 354:16,
362:10, 364:12
**makes**
112:4, 140:17,
150:16, 192:10,
253:9, 266:4,
267:6, 301:13,
315:21, 367:10
**making**
71:14, 118:21,
135:19, 213:3,
213:7, 226:5,
253:17, 276:8,
277:5, 340:22,
356:11
**mal**
36:8, 38:5,
46:10, 46:12,
157:3, 157:7,
157:9, 157:13,
157:16, 157:19,
158:2, 158:6,
158:10, 158:16,
158:17, 158:18,
158:22, 159:1,
159:5, 160:11,
161:6, 161:11,
161:18, 165:18,
167:6, 167:15,
168:8, 168:11,
168:17, 168:20
**malamar**
36:18, 36:19,
36:22
**male**
18:16, 375:19,
375:20
**malinois**
159:15
**man**
238:4, 364:21
**manage**
314:11

**managed**
331:8
**management**
175:17, 277:15,
284:6, 285:11,
314:8, 346:5,
346:6, 362:21,
363:2, 364:16,
364:18, 382:14
**mand**
45:6
**manipulation**
107:21, 134:8,
165:22
**manner**
145:1, 212:1,
386:2
**manual**
385:3
**manuals**
385:1
**many**
23:21, 24:2,
25:21, 26:2,
26:7, 26:9,
115:17, 117:22,
150:3, 191:8,
219:22, 266:3,
370:5, 374:22,
376:12
**march**
13:13
**mark**
15:11, 267:18,
270:8
**marked**
12:9, 19:20,
20:1, 21:14,
21:15, 24:13,
24:15, 75:11,
94:8, 94:12,
147:14, 147:15,
151:20, 151:22,
163:19, 164:5,
169:12, 208:1,
228:14, 229:9,
283:16, 283:19,
312:18, 336:7,

336:9, 338:19,
343:11, 343:13,
345:7, 345:9,
347:20, 348:2,
350:3, 350:5,
369:14, 373:3,
373:5, 383:10
**marker**
204:3
**marketed**
288:14
**marks**
229:22, 230:9,
289:9, 386:13
**married**
349:6
**marvin**
348:13
**match**
167:9
**matter**
6:6, 30:22,
213:2, 239:14,
365:16, 370:15,
382:6
**mauricia**
1:4, 1:18, 2:1,
3:3, 5:2, 6:5,
6:6, 7:5, 7:12,
386:14, 387:2
**mawira**
2:11, 6:13
**maybe**
44:10, 52:7,
116:8, 179:1,
182:1, 183:16,
204:18, 220:16,
251:13, 264:3,
280:18, 280:19,
378:18
**mean**
29:21, 60:2,
70:14, 72:11,
78:17, 80:1,
82:19, 84:16,
84:18, 84:21,
86:13, 86:16,
91:8, 91:12,

91:15, 100:6,
101:11, 101:21,
105:19, 113:9,
113:10, 115:8,
115:16, 118:1,
129:11, 129:15,
140:2, 147:10,
159:14, 168:1,
171:1, 185:9,
194:6, 201:21,
233:4, 247:8,
249:10, 255:1,
256:21, 272:13,
274:11, 297:19,
301:12, 302:19,
303:17, 304:3,
309:9, 309:14,
323:10, 324:18,
329:2, 335:10,
341:18, 361:22,
362:15, 362:22,
364:16, 364:19,
365:15, 378:20
**meaning**
69:5, 80:11,
82:3, 95:11
**means**
8:19, 25:12,
70:15, 100:20,
112:17, 115:1,
130:20, 130:22,
136:2, 136:4,
176:16, 189:1,
201:14, 202:13,
233:8, 297:17
**meant**
274:20, 297:2,
297:14, 323:11,
347:12, 355:18,
357:8, 362:7
**mechanic**
134:14
**mechanics**
100:14, 100:20,
104:19, 105:10,
105:13, 107:19,
110:21, 127:16,
128:20, 133:5,

133:10, 133:11,
133:15, 134:2,
134:3, 134:5,
134:11, 177:7,
185:19, 215:13,
231:8, 284:8,
286:5, 334:8,
334:14, 384:17
**media**
6:4, 54:13
**medical**
11:15, 36:2,
38:7, 81:19,
83:4
**medication**
264:17, 264:22
**medicine**
120:1
**medicines**
11:15
**medium**
136:11
**meet**
73:6, 73:10,
74:3, 344:18,
344:20, 350:19
**meeting**
38:10, 41:5,
47:12, 214:8,
227:8, 228:9,
279:14, 279:18,
280:3, 280:4,
281:12, 316:22,
319:10, 350:17,
356:2
**meetings**
353:15, 355:3
**meikrantz**
27:2, 28:2,
28:9
**melvin**
39:6, 63:9,
182:10
**memory**
14:2, 85:1,
168:21, 184:6,
370:2
**men**
30:8, 273:11,

386:4
**mental**
349:7
**mentality**
367:19
**mentally**
260:8, 268:14
**mention**
346:9, 346:18,
346:20
**mentioned**
38:6, 89:5,
130:10, 130:13,
227:6, 317:7,
346:14, 354:6,
364:11, 366:8,
380:21, 384:8
**mentioning**
219:10
**mess**
357:2
**message**
4:10, 336:18,
363:10, 363:13
**messing**
219:19
**met**
181:11, 260:2
**meter**
1:4, 1:18, 2:1,
3:4, 5:2, 6:6,
7:5, 7:12, 7:22,
13:1, 20:2,
21:13, 22:1,
24:19, 24:22,
67:21, 75:11,
80:1, 80:11,
87:15, 89:22,
90:18, 107:15,
163:16, 164:9,
169:18, 172:1,
174:15, 176:21,
189:8, 197:20,
200:19, 207:11,
208:4, 228:17,
232:14, 234:12,
248:3, 259:14,
283:4, 283:10,

288:3, 294:4,
298:17, 312:8,
319:20, 325:10,
330:11, 330:18,
336:13, 339:2,
365:14, 369:3,
380:19, 386:14,
387:2
**metropolitan**
72:20
**michael**
1:31, 2:18,
7:7, 39:19,
40:9, 388:2,
388:21
**michele**
377:13
**middle**
352:21, 373:19
**midpoint**
213:16, 213:19,
227:9
**midyear**
266:11
**might**
45:14, 267:19,
364:7
**mike**
41:5, 45:6,
45:9, 45:14,
182:8, 270:21,
270:22, 271:2,
271:8, 271:21,
272:6, 272:10,
272:14
**mild**
203:8
**mile**
135:14
**mind**
49:20, 91:6,
255:20, 347:2,
365:10, 382:22
**mindful**
316:7
**mine**
196:13, 282:15
**mini**
198:10

**minimal**
63:12, 299:18,
308:7, 366:19
**minimum**
366:12
**minute**
135:14, 163:3,
250:1, 251:9,
282:12
**minutes**
163:1, 249:1,
252:3, 338:12,
338:14, 368:13,
369:16
**mischaracterizes**
115:3
**misconstrued**
261:2
**misleading**
197:6
**misread**
249:6, 254:6,
254:10, 283:18
**misrepresented**
254:18
**miss**
230:16, 249:11,
256:3, 256:5,
295:12, 332:1,
332:8, 358:11
**missed**
230:14, 260:5,
266:14, 266:21,
285:16, 342:11,
359:20
**missing**
271:14, 357:13
**misstates**
120:9
**missy**
211:5, 241:1,
241:2, 241:3,
241:4, 264:6,
365:14
**mistake**
153:16, 153:19,
370:1
**mistaken**
81:22, 82:7,

105:2, 193:8,
251:1, 251:19
**mistakes**
213:4, 213:7,
352:7
**mistreatment**
367:21, 367:22
**misunderstandings**
230:8
**mocked**
332:15
**moment**
12:11, 97:6,
191:5
**monitor**
6:11, 203:10
**more**
14:6, 14:12,
14:16, 15:8,
20:20, 28:22,
29:3, 29:6,
30:9, 47:4,
48:8, 55:21,
71:21, 78:3,
87:11, 106:20,
114:10, 128:19,
133:12, 138:22,
139:6, 140:3,
149:18, 150:8,
150:17, 151:5,
172:21, 172:22,
194:18, 196:4,
202:17, 262:12,
265:22, 285:20,
300:5, 310:17,
310:19, 310:22,
313:19, 313:21,
314:19, 315:22,
332:10, 334:12,
375:1, 375:3
**morning**
6:19, 6:21,
25:14, 68:16,
261:13
**mornings**
225:21
**most**
37:4, 85:6,

85:19, 87:3,
131:13, 131:14,
131:16, 264:11,
271:7, 272:13
**motivates**
219:20
**motivation**
136:21
**move**
102:4, 132:10,
203:21, 226:12,
298:1, 317:5,
357:11
**moved**
295:17, 296:18,
298:1
**movement**
215:3, 215:12
**moving**
117:20, 127:6,
219:21, 229:21,
235:18, 247:15,
247:22, 290:4,
335:13
**mower**
357:21
**much**
88:10, 100:9,
106:5, 199:9,
201:12, 208:14,
208:16, 210:5,
210:13, 219:14,
257:14, 310:20,
338:10, 376:15
**multiple**
132:19, 145:16,
299:5
**muscle**
222:14, 222:16
**must**
8:19, 141:22
**muzzle**
217:7, 217:11,
217:16, 217:18,
222:13, 222:16,
222:17, 222:18,
222:20, 223:1,
223:3, 223:8,

224:14, 225:4,
225:8, 353:5,
353:8
**myself**
27:3, 260:6,
321:15, 355:22

## N

**name**
6:22, 7:2,
18:14, 21:20,
34:14, 35:2,
41:17, 156:7,
169:20, 172:2,
192:14, 198:6,
238:12, 245:18,
246:8, 267:12,
269:4, 336:21,
377:12, 377:14
**named**
120:22, 384:8,
384:9
**names**
26:22, 34:11,
35:17, 36:4,
45:22
**narcissistic**
349:6
**nature**
16:10, 53:17,
58:15, 68:15,
71:6, 127:5,
132:20
**nd**
178:16, 178:18,
178:20, 179:2,
181:8, 185:16,
186:15
**near**
289:11, 314:2,
357:21
**necessarily**
54:10, 55:1,
62:12, 70:2,
83:5, 86:1,
111:18, 118:1,
125:10, 128:9,
129:11, 129:12,

139:16, 139:18,
139:22, 140:18,
292:21, 346:13
**necessary**
334:10
**need**
10:22, 11:8,
26:5, 47:4,
52:3, 57:20,
73:18, 83:13,
108:15, 114:12,
115:4, 147:11,
160:9, 172:21,
195:12, 226:17,
227:20, 237:22,
257:15, 261:17,
262:9, 263:6,
281:8, 315:3,
339:17, 339:18,
340:1, 340:2,
340:3, 352:13,
377:6, 382:22
**needed**
32:19, 109:7,
226:15, 273:15,
355:22, 375:17
**needs**
142:8, 165:22,
172:22, 173:15,
177:7, 185:19,
199:10, 202:17,
203:10, 208:14,
210:14, 211:18,
228:6, 260:7,
260:9, 285:3,
295:15, 296:16,
313:17, 314:9,
317:10, 317:15,
322:9, 331:20,
333:21, 334:12,
377:6
**negative**
29:13, 29:15,
29:16, 32:22,
33:8, 56:2,
106:12, 220:1,
263:8, 273:16,
356:22

**negatives**
219:14
**neither**
40:6, 40:21,
40:22, 388:11
**net**
11:22
**never**
93:15, 113:12,
135:3, 210:17,
225:12, 239:19,
295:10, 320:8,
321:1, 321:16,
357:20, 358:11
**new**
17:10, 69:15,
184:1, 209:19,
217:20, 260:22,
323:16, 337:8,
351:18
**next**
70:9, 70:22,
74:19, 76:9,
81:16, 96:6,
137:16, 149:17,
171:15, 174:13,
176:13, 188:20,
199:5, 205:20,
207:22, 208:9,
213:11, 234:10,
235:17, 240:13,
240:16, 240:17,
259:11, 261:17,
275:11, 282:2,
285:1, 288:1,
294:1, 300:19,
312:5, 319:16,
320:4, 330:9,
353:2, 373:20
**nice**
324:1
**night**
264:17
**nitpick**
212:10
**nobody**
262:16, 270:10,
270:13

**none**
270:16
**nonproductive**
233:2
**nope**
359:21
**normal**
284:2, 376:18
**normally**
70:1, 317:17
**northeast**
3:20
**nose**
77:17, 81:2,
113:2, 118:17,
290:4
**noses**
79:4
**notary**
2:19, 388:6
**notes**
319:9
**nothing**
7:15, 55:22,
128:12, 131:20,
205:6, 205:10,
205:12, 205:17,
205:19, 206:2,
211:18, 211:19,
220:12, 220:13,
241:12, 266:18,
278:19, 280:14,
303:2, 303:6,
320:21, 327:15,
341:1, 356:11,
358:22
**notice**
2:18, 155:6,
157:4, 167:7,
187:12, 199:7,
242:15, 333:13,
337:10
**noticeable**
229:18, 313:16,
333:1
**noticed**
152:19, 153:9,
198:11, 199:7,

**none**
270:16
203:9, 261:21,
261:22, 293:11,
317:3, 324:8,
333:10
**noticing**
111:1
**noting**
125:16
**november**
1:20, 6:10
**npr**
233:3, 233:20,
235:12, 244:20,
249:1
**npr's**
235:1, 235:5,
250:2, 312:21,
316:5
**nprs**
232:21, 232:22
**numb**
265:14
**number**
19:13, 120:22,
155:4, 155:7,
155:13, 155:15,
155:17, 156:1,
157:4, 164:6,
202:6, 283:7,
298:15, 336:12,
360:6
**numbered**
148:22, 294:2
**numbers**
70:3, 152:9
**nw**
3:8
**nyamete**
2:11, 6:13

---
**O**
---

**o'clock**
25:14, 25:17,
67:17
**oath**
8:18, 107:16,
163:17, 207:12,
283:5, 369:4,

380:20
**obedience**
83:14, 83:17,
96:1, 167:5
**object**
9:1, 127:4,
142:8, 143:22,
170:13, 170:15,
233:12, 245:4
**objecting**
142:19
**objection**
47:19, 90:9,
95:18, 96:16,
100:15, 111:4,
113:6, 114:14,
115:2, 116:14,
120:9, 121:9,
133:16, 137:2,
137:9, 137:21,
138:11, 138:20,
139:20, 140:8,
140:13, 141:21,
146:8, 146:17,
167:21, 170:21,
173:21, 179:5,
199:20, 304:5,
305:5, 368:3,
381:20, 385:19
**objects**
9:6, 149:13,
374:9
**observation**
188:2, 188:4,
188:9, 200:1,
245:6, 255:5,
259:1
**observations**
244:15, 244:17,
246:22, 247:1
**observe**
17:17, 43:6,
52:20, 57:5,
64:1, 66:4,
197:13, 255:2,
326:10
**observed**
161:4, 203:16,

231:20, 231:21,
234:2, 234:3,
236:4, 236:17,
249:16, 256:11,
257:16, 258:2,
299:14, 299:15,
299:17, 307:13,
308:6, 311:5,
315:6, 315:13,
326:22
**observing**
17:6, 17:9,
17:12, 61:5,
110:19, 255:18
**obtain**
21:10
**obtained**
289:10, 314:18
**obviously**
95:22, 132:7,
157:10, 261:3,
278:20, 362:13
**occasion**
49:16
**occasionally**
39:9, 271:6
**occasions**
173:1, 173:2,
226:2, 354:22
**occur**
30:11, 51:4,
74:8, 112:15,
354:21
**occurred**
46:15, 186:9,
247:6, 318:9,
319:10, 380:7
**occurring**
88:18
**occurs**
112:11
**october**
288:5, 294:6,
298:19, 312:10,
319:22, 325:12,
330:20, 340:7,
340:11, 345:22
**odd**
364:13

**odor**
77:15, 78:21,
81:3, 99:4,
100:10, 100:12,
101:16, 101:17,
101:19, 102:16,
105:9, 111:2,
111:16, 112:11,
112:19, 114:1,
117:12, 119:7,
120:6, 121:6,
122:5, 124:2,
124:20, 125:6,
126:6, 126:10,
126:13, 126:15,
126:17, 126:20,
127:9, 127:17,
128:4, 128:17,
128:22, 129:16,
129:19, 129:22,
130:3, 130:6,
150:4, 150:8,
150:9, 175:5,
175:7, 175:15,
187:4, 187:20,
197:1, 197:4,
198:22, 199:3,
202:19, 204:2,
215:3, 215:12,
229:13, 230:11,
235:2, 249:14,
256:4, 268:8,
283:18, 284:15,
285:12, 285:15,
285:17, 291:20,
295:17, 296:17,
297:6, 297:9,
297:22, 310:13,
313:19, 314:2,
315:8, 316:2,
316:10, 324:12,
326:6, 331:19,
334:2, 341:7,
362:10
**odors**
75:2, 77:9,
86:20, 93:22,
258:9

**off-the-record**
141:19, 204:19,
298:12, 336:5,
338:17, 373:1
**office**
2:5, 3:19,
30:13, 32:3,
179:14, 182:19,
183:3, 214:4,
218:17, 280:8,
280:11, 340:13,
354:4
**officer**
7:22, 13:1,
15:22, 24:21,
27:8, 27:18,
27:21, 28:2,
28:7, 28:9,
28:12, 28:15,
28:16, 29:11,
29:14, 31:3,
32:17, 33:1,
33:9, 33:11,
33:13, 33:17,
33:22, 34:3,
34:12, 34:18,
34:19, 35:2,
35:3, 35:8,
40:9, 40:13,
40:19, 59:2,
59:5, 59:8,
59:13, 59:19,
59:20, 60:1,
60:5, 62:19,
63:5, 67:21,
107:15, 149:19,
163:16, 164:9,
169:18, 172:1,
174:15, 176:21,
189:8, 197:20,
200:18, 207:11,
208:4, 228:17,
232:14, 234:12,
248:3, 259:14,
283:4, 283:10,
288:3, 294:4,
298:17, 312:8,
319:20, 325:10,

330:11, 330:18,
357:15, 364:5,
368:9, 369:3,
369:9, 377:17,
380:19, 388:2
**officers**
27:16, 29:22,
30:15, 30:18,
31:7, 31:8,
31:10, 32:5,
32:8, 32:17,
34:8, 44:21,
46:1, 47:8,
54:12, 64:13,
73:10, 73:13,
89:7, 135:10,
262:13, 277:8,
277:14, 277:15,
277:18, 301:11
**official**
98:8
**officials**
17:16, 18:21,
73:6, 73:11,
277:8
**offsite**
198:10, 263:15
**often**
50:1, 52:1,
65:11, 352:17
**ogc**
162:11
**oh**
106:1, 109:9,
162:14, 196:16,
200:13, 221:19,
225:11, 226:7,
243:3, 245:10,
246:1, 267:4,
301:10, 337:1,
358:13, 358:14,
358:20, 359:11,
359:14
**old**
184:7
**once**
19:5, 50:12,
58:1, 77:16,

130:13, 174:7,
181:3, 189:22,
192:3, 193:6,
195:2, 195:17,
317:3, 321:2,
321:22, 326:5,
357:14, 378:10,
378:13
**one-on-one**
47:12, 178:10
**ones**
31:18, 39:2,
55:2, 65:20,
70:10, 82:22,
103:19, 241:5,
324:14, 328:10,
349:9
**only**
27:5, 29:18,
29:20, 31:6,
35:7, 39:22,
50:17, 53:18,
69:17, 110:5,
112:11, 143:16,
143:21, 143:22,
150:5, 181:9,
186:14, 188:10,
198:5, 229:15,
240:17, 242:17,
272:7, 280:7,
290:1, 299:7,
303:22, 305:21,
307:17, 314:5,
314:17, 314:18,
320:19, 349:18,
356:20, 367:11
**open**
13:9, 13:12,
17:12, 31:11,
45:3, 45:7,
46:4, 53:19,
54:2, 107:22,
113:2, 159:4,
159:7, 215:16,
215:21
**opening**
108:4
**openings**
101:18

**operational**
235:4, 239:2,
257:11, 258:15,
314:21
**opinion**
139:17, 141:2,
145:22, 239:9,
242:19, 254:4,
255:6, 255:8,
286:19, 286:21,
287:6, 291:19,
292:10, 292:16,
377:8, 377:9
**opinions**
255:15, 255:17,
256:15, 261:10
**opportunity**
49:5, 97:17,
97:21, 154:20,
249:20, 249:21,
346:21, 366:16
**opposed**
292:19
**opposite**
315:9
**opposition**
315:20
**option**
150:20, 151:1
**order**
111:15, 268:2
**orders**
104:15
**ordinance**
147:7
**ordinary**
102:9
**orsc**
192:7, 192:17
**other**
15:1, 18:20,
18:21, 25:21,
26:2, 26:14,
26:22, 30:15,
30:18, 32:11,
32:14, 32:22,
33:8, 41:11,
44:3, 44:21,

50:11, 55:20,
63:2, 64:9,
70:7, 73:10,
73:17, 73:18,
75:3, 103:11,
106:19, 108:7,
111:1, 111:2,
116:6, 120:2,
121:1, 121:8,
125:8, 126:7,
131:5, 146:22,
151:7, 153:12,
156:3, 160:6,
161:22, 162:1,
162:7, 179:17,
180:11, 182:2,
182:5, 182:6,
183:16, 187:5,
187:21, 188:15,
195:21, 202:8,
211:19, 213:8,
214:9, 225:3,
225:22, 234:18,
240:8, 242:4,
249:4, 253:21,
254:22, 257:15,
270:22, 271:13,
291:19, 292:3,
301:8, 301:11,
305:14, 312:21,
325:18, 348:8,
351:17, 351:18,
352:3, 352:15,
354:3, 354:18,
354:22, 358:6,
362:20, 365:8,
367:17, 375:18,
379:21, 381:9,
383:20
**others**
32:18, 58:21,
195:7, 196:19
**otherwise**
9:7, 10:4,
16:22, 70:17,
70:20, 86:19,
388:16
**out**
31:13, 31:16,

32:2, 32:20,
49:6, 70:4,
70:10, 73:1,
73:4, 82:1,
82:9, 82:22,
83:6, 84:6,
86:16, 93:5,
93:13, 97:14,
101:15, 102:9,
105:8, 105:10,
108:6, 111:12,
111:16, 118:18,
119:7, 119:12,
128:4, 150:14,
157:6, 157:18,
158:18, 159:3,
159:5, 160:7,
161:12, 161:16,
161:19, 166:11,
180:8, 181:11,
181:20, 182:22,
183:19, 183:22,
193:10, 199:1,
203:3, 204:20,
205:15, 206:1,
206:3, 217:6,
223:10, 223:11,
224:17, 225:22,
226:2, 226:6,
226:9, 226:11,
226:12, 235:9,
243:3, 252:20,
254:15, 262:18,
263:14, 264:7,
265:6, 265:17,
272:19, 272:21,
273:3, 273:5,
279:5, 298:5,
300:1, 301:5,
301:6, 306:11,
307:18, 322:6,
324:9, 328:10,
329:9, 335:4,
340:4, 360:9,
360:21, 364:10,
365:12, 375:21,
377:9, 379:14,
380:2, 382:16,

382:22
**outcome**
388:17
**outdoor**
159:3
**outline**
25:4
**outside**
49:6, 49:8,
49:15, 49:17,
69:14, 76:1,
263:17, 274:7,
275:1
**outstanding**
71:16
**over**
31:19, 46:11,
78:14, 132:10,
193:2, 205:19,
209:2, 214:1,
214:18, 216:5,
217:12, 218:11,
227:9, 237:12,
252:17, 252:20,
252:21, 253:1,
255:15, 256:8,
263:14, 274:4,
274:5, 275:1,
278:11, 282:8,
290:8, 301:7,
316:8, 324:12,
333:3, 342:11,
357:20, 358:21,
358:22, 362:5,
362:11, 374:15
**overall**
165:21, 172:18,
209:21, 210:21,
211:1, 231:5
**overexaggerates**
242:6
**overhead**
332:18
**overlapped**
33:7
**overlapping**
313:8, 313:12
**overly**
212:18, 220:18,

314:15, 374:10
**overtime**
379:22
**overweight**
375:16, 375:19,
376:12, 376:16,
376:20, 377:4,
377:5
**own**
106:21, 209:3,
230:22, 261:15,
262:10, 262:21,
270:19, 271:3,
271:15, 271:21,
272:1, 351:19,
352:10, 352:14,
383:13

---

**P**

p-r-o-c-e-e-d-i--
n-g-s
6:1
**pace**
103:3, 133:9,
133:13, 133:22,
134:9, 134:10,
134:14, 134:15,
134:17, 134:20,
135:5, 135:8,
135:9, 135:12,
135:14, 135:15,
135:21, 135:22,
136:1, 136:3,
136:6, 136:11,
136:14, 136:16,
136:18, 138:18,
139:7, 139:12,
139:15, 139:17,
140:5, 140:11,
140:17, 140:22,
145:20, 146:3,
210:6, 210:7,
215:12, 219:17,
220:9, 220:11,
220:13, 231:4,
235:6, 239:5,
239:12, 239:17,
239:18, 240:1,

240:3, 240:7,
240:12, 242:11,
242:15, 249:4,
253:21, 254:1,
257:14, 258:21,
285:11, 289:1,
289:6, 292:2,
292:9, 294:21,
295:15, 295:20,
296:14, 310:22,
316:5, 316:7,
332:10, 332:22,
333:7, 333:12,
338:2
**paces**
241:1
**pacing**
133:5, 133:7
**page**
4:2, 12:17,
13:9, 75:10,
80:16, 87:16,
96:6, 152:15,
152:19, 152:20,
153:21, 171:5,
172:7, 174:13,
176:13, 188:19,
188:20, 189:15,
191:8, 193:2,
200:3, 200:17,
201:2, 208:9,
208:10, 213:11,
213:15, 228:22,
232:19, 234:10,
234:16, 244:6,
244:9, 245:8,
248:8, 259:4,
259:11, 259:19,
266:16, 279:11,
282:3, 283:7,
283:15, 287:17,
288:1, 288:7,
294:1, 294:8,
298:15, 299:1,
310:1, 312:5,
312:13, 318:17,
318:20, 319:17,
320:3, 320:4,

324:22, 325:5,
325:15, 327:14,
330:9, 331:2,
337:5, 361:13,
361:14, 370:18,
373:10, 373:18
**pages**
1:30, 152:7,
169:13, 169:14,
171:20, 200:12,
365:18
**pain**
349:10
**panel**
18:9, 18:11,
18:13, 19:3
**panic**
264:19, 265:1
**paper**
360:8
**paragraph**
147:8, 148:19,
149:1, 177:5,
177:14, 177:18,
181:9, 256:16,
339:13, 361:12,
361:15, 370:17,
370:19, 372:1,
374:4, 375:13
**paragraphs**
149:1, 351:5
**parentheses**
170:10, 173:4,
198:16, 208:14,
231:9, 248:22,
284:4, 285:7,
288:21, 289:10,
289:11, 291:4,
299:13, 315:11,
316:20, 321:18,
331:20, 332:12,
334:5
**parenthesis**
173:8, 175:9,
175:15, 199:12,
203:2, 203:11,
211:11, 214:14,
215:14, 229:20,

230:16, 231:9,
250:2, 258:5,
258:6, 289:13,
289:18, 289:19,
291:5, 299:14,
314:10, 314:11,
315:21, 322:8,
331:22, 332:5,
332:7, 334:1,
334:15, 334:16,
373:21
**parents**
48:20
**park**
72:21, 251:1
**parked**
333:14
**parking**
301:7
**part**
9:15, 47:15,
47:16, 53:2,
63:1, 80:8,
96:15, 110:20,
111:7, 116:18,
116:19, 127:12,
127:16, 128:20,
129:14, 132:17,
133:5, 133:9,
133:14, 134:1,
134:10, 134:20,
135:16, 135:17,
135:21, 136:7,
136:12, 149:15,
184:18, 185:3,
206:8, 209:20,
224:13, 238:9,
245:1, 250:21,
262:2, 266:2,
306:15, 306:16,
319:4
**participate**
42:22, 43:2,
233:13
**participated**
57:3, 57:6,
57:9, 57:12,
61:3, 63:20,

64:2, 64:6, 66:1
**particles**
111:18, 111:19,
113:2, 118:16,
120:1, 121:20,
121:21
**particular**
43:11, 43:15,
80:7, 257:2
**parties**
49:2, 388:12,
388:15
**partner**
256:21, 337:9
**parts**
105:12, 244:7,
300:13
**pass**
97:14, 193:10,
267:4, 267:6,
267:10, 267:14,
267:16, 267:19,
284:4
**passed**
358:3
**passenger**
332:20
**passing**
184:15, 184:16
**past**
26:15, 193:10
**patrol**
27:14
**patrolling**
149:5
**patted**
274:10, 275:7
**pattern**
77:14, 78:15,
78:17, 101:4,
101:10, 101:12,
131:4, 134:7,
199:11, 202:7,
204:2, 215:13,
215:20, 229:4,
234:18, 235:7,
235:8, 235:13,
239:6, 239:13,

242:12, 243:10,
249:2, 249:14,
249:19, 249:21,
250:3, 252:9,
253:4, 256:3,
256:14, 258:3,
284:3, 284:7,
285:18, 285:20,
285:22, 288:12,
294:12, 295:21,
312:15, 314:8,
325:22, 326:21,
332:2, 340:2
**patterns**
100:10, 130:9,
242:16, 317:2,
332:5
**paw**
103:13, 291:20
**pawed**
222:14, 293:2,
383:18
**pawing**
288:21, 289:3,
291:18, 291:21,
291:22, 292:22,
293:7, 294:19,
296:4, 383:22
**paying**
265:9, 265:11,
278:13
**pbied**
16:22, 51:10,
51:15, 52:2,
56:10, 56:18,
56:20, 58:1,
60:18, 61:14,
146:7, 146:12,
146:15, 149:8,
149:9, 150:10,
150:11, 150:17,
150:21, 153:2,
153:3, 153:5,
153:10, 153:18,
154:6, 154:13,
155:11, 155:15,
155:17, 156:3,
305:16, 332:13

**pbied's**
156:8
**pe**
258:19, 332:13
**penalty**
7:14
**pending**
11:2, 11:3
**penetrate**
101:19
**people**
32:11, 70:4,
70:7, 71:16,
109:5, 125:8,
149:6, 179:17,
219:17, 270:21,
277:18, 299:4,
324:2, 358:19,
364:20, 381:9,
381:16
**percent**
130:17, 130:18,
131:2, 131:7,
260:10, 274:17
**perception**
209:9
**perform**
43:10, 43:12,
46:13, 149:4
**performance**
170:9, 177:6,
185:18, 190:7,
203:15, 203:19,
213:16, 213:20,
216:4, 227:10,
236:18, 237:19,
243:13, 247:2,
317:1, 317:16
**performed**
43:4, 235:2,
238:16
**performing**
89:8, 89:18
**perimeter**
313:6
**period**
13:9, 13:12,
17:7, 32:4,

33:7, 47:7,
59:7, 60:3,
60:4, 60:7,
65:13, 70:19,
71:5, 73:5,
74:16, 88:18,
91:2, 93:4,
93:10, 97:10,
98:13
**perjury**
7:14
**permanent**
39:2, 39:3,
39:4
**person**
72:18, 73:2,
73:4, 78:6,
91:19, 91:21,
119:9, 119:14,
119:20, 121:1,
150:12, 150:14,
211:15, 271:10,
272:7, 308:21,
376:8
**person-borne**
146:12
**personal**
29:15, 64:7,
141:2, 145:22,
146:12, 150:18,
204:17, 239:9,
242:19, 253:19
**personality**
106:21
**personally**
34:15, 52:4,
122:15, 182:14,
372:13
**persons**
71:17, 73:17
**perspective**
293:7
**pet**
380:3
**petting**
380:4
**pf**
257:11, 258:16

**phase**
315:1, 326:15
**phelps's**
243:6, 246:8
**phone**
332:16
**physical**
18:6, 166:1,
190:11, 203:17,
208:20
**physically**
175:19, 187:6,
187:7, 187:13,
187:21, 188:6,
190:6, 195:5,
195:12, 268:15,
295:5, 332:2
**pick**
87:14, 135:9,
135:12, 150:22,
155:13, 156:12,
156:15, 156:21,
157:1, 235:8,
272:10
**picked**
102:16, 102:18,
102:22, 235:2,
239:1
**picking**
198:20
**picture**
73:1
**pillars**
320:7
**pinpoints**
242:10
**pipe**
332:19
**pitch**
314:13
**place**
6:15, 20:10,
54:14, 71:22,
73:3, 173:11,
173:14, 187:6,
187:7, 187:13,
187:21, 188:6,
214:5, 287:11,

306:9, 309:3,
351:3, 361:7,
361:18
**placed**
196:8, 198:14,
332:16, 361:9,
361:20, 379:18
**plaintiff**
1:6, 3:3, 7:4,
166:16, 373:16,
374:9, 374:11,
383:4
**plaintiff's**
12:10, 12:12,
12:14, 20:2,
21:14, 21:21,
24:14, 24:18,
75:7, 94:13,
94:16, 147:14,
151:21, 152:3,
163:19, 336:7,
345:8, 345:12,
347:19, 348:1,
350:4, 350:8,
373:4, 373:14,
374:12
**plan**
84:10, 289:17
**planchart**
348:12, 349:21
**planet**
6:14, 7:8
**platform**
229:16
**play**
88:20, 92:16,
369:13, 369:16
**played**
48:16, 48:21,
369:19
**player**
214:13
**playing**
92:20
**please**
6:17, 7:9,
10:3, 10:16,
10:22, 12:11,

43:12, 47:5,
85:18, 100:17,
115:14, 123:4,
127:15, 134:4,
141:16, 142:17,
147:19, 148:3,
163:4, 166:15,
172:9, 172:13,
191:5, 207:1,
251:14, 325:5,
339:15, 340:9,
368:15

**pllc**
3:7

**pocket**
290:19, 291:4

**podium**
229:17

**point**
10:22, 17:4,
21:5, 22:11,
51:10, 59:5,
59:18, 59:21,
63:5, 79:2,
84:6, 105:15,
105:18, 105:19,
109:19, 128:2,
128:4, 128:6,
136:4, 150:14,
151:13, 153:12,
166:10, 181:6,
199:3, 214:2,
217:15, 219:10,
232:2, 249:6,
254:5, 254:10,
261:14, 268:14,
278:10, 321:9,
338:11

**pointed**
30:17, 181:11,
328:10, 377:9

**pointer**
105:5

**pointers**
301:9

**pointing**
101:15, 238:7,
265:5, 304:18,

367:21, 367:22

**points**
101:16, 101:17,
105:9, 150:4,
150:8, 150:9,
198:22, 249:14,
251:11, 256:4,
362:6

**police**
1:13, 2:4,
3:15, 3:18, 6:7,
7:1, 11:21,
104:16, 265:21,
277:11, 277:14,
372:11, 384:20

**police's**
373:15

**polishing**
317:18

**poor**
165:6, 193:3,
202:17, 237:19,
288:13, 294:13,
312:16, 314:8,
315:10, 315:17,
325:17

**pop-up**
237:13

**pope**
36:8, 37:13,
37:14, 156:7,
157:14, 157:15,
261:22, 269:7

**portion**
18:6, 39:14,
51:7, 51:9,
62:15, 181:9,
181:10, 185:16,
186:2, 319:5,
319:7

**portions**
150:15, 304:12

**position**
13:16, 15:7,
15:17, 16:2,
16:4, 187:14,
198:18, 290:17,
374:15, 375:11

**positioning**
175:21

**positive**
175:19, 219:13,
219:15, 227:20,
263:7, 273:15,
355:22

**possible**
8:8, 10:6,
102:18, 130:2,
149:6, 319:6,
385:17

**potential**
104:18, 315:7,
333:10

**potentially**
72:18, 124:2,
169:1, 178:1

**pounded**
266:3

**power**
250:10

**powerpoint**
84:13, 84:18,
84:18, 85:3

**pp**
84:12, 84:15

**practical**
53:15, 58:13,
62:4, 65:2,
66:22, 85:8

**practice**
11:6, 83:20,
99:13, 172:21,
172:22, 202:18

**praise**
166:1, 172:22,
190:10, 250:5,
256:19, 257:1,
257:4, 327:7,
331:21

**praises**
331:21

**pray**
337:12

**pre-separation**
52:12

**prefer**
151:4

**preparation**
176:2, 257:11,
258:15

**prepare**
70:7, 240:17

**preparing**
317:19

**presence**
229:13, 230:10,
284:15, 315:8,
316:2, 331:19

**presences**
250:6

**present**
71:14, 105:7,
112:12, 199:3,
199:4, 227:17,
235:17, 240:11,
240:13, 240:16,
240:17, 243:17,
246:13, 285:1,
316:10

**presentation**
170:11, 170:12,
176:2, 176:3,
229:22, 233:11,
240:18, 245:3,
249:14, 256:4,
294:21, 300:19,
315:7, 317:4,
332:10

**presented**
170:16, 233:12,
245:4, 295:7,
295:16, 296:17,
299:9, 299:10,
300:15, 306:3,
307:5, 332:7,
338:8

**presenting**
201:10, 209:2,
316:8, 316:9

**pressure**
315:19

**pretended**
225:1

**pretty**
88:10, 100:9,

160:14, 270:6
**prevent**
11:16, 235:8,
379:20
**prevents**
299:22
**previous**
171:21, 230:20,
260:9, 261:5,
281:10, 317:16
**previously**
13:22, 15:17,
168:9, 353:12,
369:22
**pride**
265:19
**primarily**
51:13, 51:15,
60:18, 268:7
**primary**
258:1
**principles**
331:14
**prior**
16:2, 16:7,
27:18, 27:21,
27:22, 28:6,
28:9, 33:17,
34:19, 35:8,
54:5, 55:11,
55:19, 56:3,
58:18, 62:22,
65:6, 67:4,
69:18, 157:8,
184:8, 195:4,
326:2, 375:9
**probably**
51:5, 51:6,
156:19, 280:21,
281:14, 335:14,
356:7
**problem**
24:11, 193:16,
197:1, 219:8
**problems**
183:17, 337:9,
337:18, 337:20,
338:7

**procedure**
101:6, 104:12,
104:15
**proceed**
11:5
**proceedings**
6:2, 67:14,
67:16, 107:8,
107:10, 163:9,
163:11, 207:4,
207:6, 282:19,
282:21, 368:18,
368:20
**process**
18:1, 19:5,
19:7, 166:2,
176:6, 190:4,
190:5, 190:9,
225:5, 290:16,
315:11
**production**
22:1, 24:19,
24:20, 75:11,
87:16, 90:19,
336:13, 339:2
**productive**
249:15, 256:4,
284:21
**proficiency**
99:18, 175:6
**program**
13:20, 21:5,
35:19, 82:21,
98:17, 98:21,
149:3, 149:14,
161:12, 161:16,
161:19, 162:8,
177:12, 186:7,
351:10, 354:5,
354:7, 354:13,
354:21, 355:2,
355:8, 363:15,
374:20, 381:15,
381:19
**progress**
187:4, 187:19
**progresses**
165:17

**progressing**
165:18, 172:18,
177:9, 186:4,
187:11
**progression**
170:6, 173:6,
231:6
**promise**
221:12
**prompted**
179:3, 179:7
**pronounce**
36:16, 269:4
**pronouncing**
35:3, 35:4,
242:21, 242:22,
243:1
**proper**
101:6, 104:12,
104:15, 109:1,
170:11, 189:22,
191:22, 193:6,
194:14, 194:17,
195:1, 195:17,
198:21, 222:19,
224:20, 231:3,
303:2
**properly**
100:1, 217:7,
291:10
**properties**
112:3
**protected**
381:7, 381:13,
382:3, 382:5
**prove**
339:16
**provide**
8:8, 10:16,
11:13, 52:22,
57:8, 64:4,
66:6, 66:21,
151:16, 161:8,
190:10, 228:6,
273:16, 326:12,
326:16, 384:11
**provided**
62:3, 68:10,

123:12, 249:20,
250:4, 256:19,
290:11, 333:15,
340:20, 341:15
**provides**
289:13
**providing**
10:13, 11:17,
53:15, 58:12,
61:7, 64:9,
65:1, 92:21,
329:21, 373:3
**public**
2:19, 388:6
**pull**
106:17, 110:13,
285:18, 285:19,
285:20, 286:2,
300:2, 306:5,
315:8, 331:9,
331:11
**pulled**
217:11, 223:15,
223:21, 299:12,
307:8, 314:1,
333:3
**pulling**
300:21, 301:17,
302:4, 315:21
**pulls**
223:22
**punished**
254:21
**punishing**
302:5
**puppy**
378:11, 378:19,
378:21, 379:1,
379:2, 379:5,
379:13, 379:15,
379:17, 380:2,
380:3
**puppy's**
380:5
**purport**
344:22
**purpose**
8:5, 10:15,

41:11, 92:10,
98:15, 98:19,
100:4, 143:21,
143:22, 343:21,
345:16, 348:20,
350:15
**pursuant**
2:18
**push**
160:15, 160:17,
160:19
**pushed**
158:19, 290:3
**put**
22:9, 34:13,
73:1, 97:5,
97:6, 106:11,
157:6, 157:18,
177:10, 178:1,
186:5, 186:16,
186:20, 217:7,
217:13, 220:21,
222:20, 223:1,
223:3, 272:16,
298:5, 336:2,
337:10, 353:5,
372:21, 379:15
**putting**
153:16, 223:7,
224:20, 353:8

**Q**

**qualification**
31:11, 34:13,
35:7, 55:14
**qualified**
30:9
**qualify**
28:8, 32:1,
34:10, 35:14,
63:2, 149:19
**qualifying**
30:3
**quarter**
131:2
**queen**
36:5, 38:3,
38:5

**question**
8:13, 9:8,
9:20, 10:1,
10:7, 10:8,
11:2, 11:3,
11:4, 33:21,
38:22, 47:5,
85:17, 87:2,
108:14, 108:15,
111:14, 112:7,
116:22, 123:19,
124:6, 124:7,
128:12, 128:15,
128:19, 134:14,
135:18, 136:19,
137:12, 138:2,
138:13, 139:1,
139:5, 139:11,
141:4, 141:10,
141:14, 141:21,
142:1, 142:3,
142:11, 145:14,
145:15, 145:19,
149:22, 168:7,
192:5, 207:14,
219:6, 225:16,
226:14, 227:3,
242:18, 243:3,
248:20, 251:14,
267:12, 267:18,
268:19, 330:13,
347:7, 351:22,
362:11, 386:3
**questioned**
361:1, 363:7
**questions**
9:2, 9:18,
11:17, 97:22,
116:15, 127:2,
127:5, 144:1,
144:18, 164:4,
181:3, 193:14,
219:8, 228:7,
368:12, 382:20,
384:16, 386:5,
386:10, 386:12
**quick**
59:12, 110:18,

162:21, 216:2,
227:5, 284:13,
289:15, 317:12,
326:2, 328:4,
329:15, 329:16,
349:12
**quicker**
322:9
**quickly**
34:18, 45:13,
217:17
**quiet**
181:21
**quit**
260:5, 265:18,
280:19, 281:2,
335:12, 352:14
**quiz**
237:13
**quotation**
229:19, 229:22,
230:9, 289:9
**quote**
39:21, 230:5,
230:7, 289:22,
295:13, 295:14,
340:10

**R**

**r**
284:4
**r-e-a-d**
285:8, 286:9
**railings**
321:1
**raise**
110:16
**raised**
126:22, 229:21
**raising**
381:7
**ramp**
235:3, 239:2
**ran**
284:1, 290:6,
299:3
**random**
87:14

**randomly**
69:20, 69:22,
332:15
**range**
16:16, 16:17,
31:11, 32:9,
32:13, 34:8,
55:13, 67:7
**ranked**
19:9, 19:12,
19:13
**ranking**
19:6
**rather**
72:5
**re-entry**
203:6
**re-ran**
327:8
**re-search**
326:8
**reaching**
291:4
**react**
199:13, 258:4,
314:4, 314:5
**reacted**
229:12, 250:3,
286:1, 313:15,
322:3
**reacting**
215:3, 285:5
**reaction**
202:19, 257:17,
265:17, 283:18,
331:13
**reactions**
334:15
**read**
12:19, 134:8,
141:15, 141:17,
165:10, 166:4,
170:17, 172:9,
172:17, 173:17,
176:7, 177:13,
177:14, 177:15,
177:18, 181:9,
185:16, 188:16,

190:14, 199:15,
199:19, 204:6,
208:13, 210:11,
211:10, 211:14,
212:7, 212:9,
214:14, 215:10,
220:14, 231:11,
235:19, 235:20,
260:12, 261:7,
261:19, 266:6,
286:6, 286:7,
291:9, 291:10,
300:8, 300:9,
311:10, 317:20,
317:21, 322:12,
322:15, 327:11,
327:12, 334:19,
337:13, 342:11,
346:21, 366:10,
387:3
**read:**
22:3, 81:18
**readable**
229:18
**reading**
118:4, 127:12,
127:14, 187:2,
194:18, 210:8,
211:3, 211:15,
285:3, 301:13,
303:1, 304:8,
304:9, 304:14,
304:17, 322:9,
328:18, 339:22,
340:16
**reads**
149:2, 165:20,
175:3, 177:5,
189:18, 202:16,
229:11, 232:20,
257:9, 260:1,
283:21, 288:16,
294:16, 320:5,
325:21, 370:19,
374:1, 376:4
**ready**
12:13, 137:16,
184:1, 199:4,

218:16, 218:18,
218:19, 235:17,
237:12, 240:13,
240:15, 260:5,
300:18, 306:20
**realize**
328:11, 367:16
**really**
12:7, 12:8,
29:7, 31:21,
34:18, 45:12,
55:15, 59:12,
71:7, 83:16,
110:18, 117:1,
118:8, 118:13,
118:22, 153:6,
156:16, 156:17,
162:14, 162:21,
211:19, 242:18,
270:2, 323:3,
344:1, 344:4,
344:5, 344:14
**ream**
105:4
**reason**
10:1, 11:13,
20:17, 20:22,
21:2, 42:12,
88:5, 88:7,
126:21, 151:7,
152:14, 152:22,
155:22, 161:22,
162:7, 166:5,
166:7, 174:2,
176:9, 183:12,
188:11, 193:4,
199:17, 205:20,
209:10, 217:3,
231:22, 233:17,
235:21, 236:17,
236:21, 239:22,
240:1, 240:5,
241:9, 242:4,
245:5, 245:16,
247:10, 250:16,
269:7, 272:2,
318:8, 318:11,
329:16, 344:2,

344:13
**reasoning**
329:22
**reasons**
38:7, 115:18,
268:17
**reassigned**
371:6, 371:18
**reassignment**
20:9, 371:8
**receive**
93:18, 185:21,
185:22, 186:1,
219:13, 298:9
**received**
19:16, 165:12,
171:12, 174:10,
175:6, 176:17,
178:13, 189:1,
191:2, 200:6,
207:19, 232:8,
234:7, 236:10,
249:22, 259:6,
281:20, 287:20,
293:20, 311:22,
315:9, 319:1,
330:6, 335:21,
350:20, 351:1,
384:7
**receptive**
172:19
**recessed**
67:14, 107:8,
163:9, 207:4,
282:19, 368:18
**recognition**
99:4, 175:5,
187:4
**recognitions**
187:20
**recognize**
13:2, 20:3,
21:18, 24:21,
94:14, 94:19,
147:18, 147:21,
148:8, 152:4,
258:4, 336:15,
339:1, 339:3,

343:16, 345:12,
348:3, 350:8
**recognized**
230:3, 231:18,
314:3, 315:5
**recognizing**
101:5, 101:20,
120:7, 215:1,
215:10
**recollection**
8:6, 8:9,
83:19, 88:4,
89:20, 184:9,
233:3, 324:16,
348:17, 377:20,
385:12, 385:16
**recommendation**
177:10, 177:22,
186:5, 186:16,
186:19, 354:20
**recommendations**
290:13
**recommended**
299:22, 327:1
**record**
9:11, 9:14,
10:6, 10:16,
12:14, 45:15,
67:13, 67:19,
67:22, 91:22,
94:16, 107:7,
107:13, 143:4,
143:11, 144:11,
144:16, 148:2,
148:5, 148:6,
154:17, 163:8,
163:14, 164:7,
164:15, 164:19,
207:3, 207:9,
282:18, 283:2,
338:11, 368:17,
369:1, 369:18,
380:11, 380:12,
380:14, 380:15,
380:17, 386:16,
388:10
**recorded**
9:15, 190:12,

257:10, 333:16
**recording**
91:7, 91:13,
91:15
**records**
162:18, 163:21,
164:8
**red**
230:9
**redirect**
284:13, 284:19
**reduce**
290:8, 311:6
**reduced**
388:8
**refer**
155:14
**reference**
147:11, 337:22
**referencing**
337:21
**referred**
283:6
**referring**
26:13, 26:17,
26:18, 30:2,
78:1, 78:5,
89:1, 89:22,
95:3, 154:16,
309:15, 339:18,
351:20, 351:21
**reflection**
188:17, 210:20,
210:22
**reflects**
374:17
**reflex**
315:20
**refresh**
233:2
**refrigerator**
205:8
**refuse**
32:11, 32:12
**refused**
271:11, 272:19,
272:21, 273:3,
273:5, 273:12

**regard**
354:1
**regarding**
9:5, 226:14,
315:17, 371:13
**regardless**
26:14, 26:15,
260:8, 281:9
**reid**
348:13, 349:21
**reinforce**
190:11, 327:9
**reinforcement**
227:21, 273:15,
273:16, 356:1
**relate**
139:12, 366:13
**related**
388:11
**relationship**
27:17, 28:5,
29:10, 48:18,
140:22, 145:20
**relative**
388:14
**relaxed**
106:20
**release**
101:16, 101:17,
150:8, 150:9,
198:22, 199:3,
249:14, 256:4,
295:17, 296:17,
297:6, 297:9,
297:22
**released**
190:9
**relevance**
137:3, 137:10,
137:22, 138:12,
138:20, 139:20,
140:8, 141:12,
146:8, 146:17,
170:22, 173:21,
199:20, 368:3
**reliability**
257:21, 314:22
**reliable**
231:10, 284:11

**relying**
150:1, 299:17,
308:6
**remain**
56:19, 173:15
**remained**
56:20, 285:18,
285:20
**remaining**
316:8
**remark**
264:13
**remedial**
372:5
**remember**
12:5, 18:12,
19:10, 19:11,
22:5, 22:14,
24:4, 29:7,
35:20, 36:10,
38:1, 38:3,
46:14, 46:16,
53:4, 58:16,
59:9, 61:16,
61:22, 64:15,
83:22, 84:2,
102:13, 153:6,
168:4, 182:12,
182:14, 184:15,
184:19, 192:9,
196:2, 203:20,
206:5, 213:19,
227:16, 237:1,
246:12, 250:19,
269:20, 276:18,
286:9, 296:9,
305:17, 305:20,
318:1, 323:19,
358:9, 376:16,
379:6, 381:5
**remind**
245:3
**reminded**
165:18, 173:5,
175:20, 176:4,
203:9, 204:3,
231:6, 233:10,
250:5, 284:8,

286:4, 289:2,
289:6, 295:12,
315:6, 316:7,
326:9, 327:2,
331:18, 338:1
**reminders**
315:3
**removal**
230:18
**remove**
170:14, 176:2,
177:11, 186:6,
233:11, 245:3,
372:5
**removed**
354:5, 355:7,
363:14, 381:11,
381:18
**removing**
354:20, 381:15
**reno**
36:8, 37:15,
37:16, 76:16,
77:2, 78:2,
78:6, 90:2,
90:20, 156:5,
157:15, 170:6
**repeat**
10:4, 194:21
**repeated**
144:17
**rephrase**
111:10, 113:21,
114:15, 115:4,
115:14, 127:15,
135:18, 137:11,
138:1, 138:13
**report**
93:11, 93:21,
95:17, 167:9,
167:11, 167:20,
169:10, 171:2,
266:6, 266:9,
266:11
**reported**
1:31
**reporter**
7:6, 7:9, 7:17,

9:12, 9:17,
19:21, 21:16,
24:16, 94:9,
141:17, 147:16,
152:1, 215:18,
290:22, 336:10,
338:20, 339:9,
343:14, 345:10,
347:21, 350:6,
373:6, 388:1,
388:22
**reports**
93:8, 97:15,
97:18, 212:22,
220:4, 220:15,
279:4, 279:6,
338:1, 340:1,
341:10, 341:12,
342:10, 342:19,
384:2, 385:6
**represent**
6:18, 6:22,
7:4, 145:4,
198:22
**representing**
6:14, 7:7
**request**
250:8, 343:7,
350:17, 374:11
**requested**
203:3, 356:9
**require**
375:16
**required**
98:3, 98:5,
314:20
**requirements**
104:22, 105:2
**requiring**
105:1
**reread**
296:11
**rerun**
332:9
**research**
203:4, 327:7
**resemble**
111:17

**resembles**
129:21
**resign**
370:21, 371:3
**resolve**
355:12, 355:19
**respond**
9:20, 30:19,
263:14, 299:11,
306:4, 306:20,
306:21, 386:2,
386:4
**responded**
204:1, 204:2,
285:11, 285:15,
291:6, 316:4,
322:1, 322:7,
326:5, 331:10,
332:11, 349:20
**responding**
100:11, 258:8,
322:10
**response**
173:9, 175:11,
175:16, 187:5,
187:20, 199:14,
204:4, 233:2,
248:12, 248:16,
288:22, 289:3,
291:6, 291:8,
292:5, 292:12,
294:18, 294:22,
296:6, 315:2,
326:4, 327:8,
327:9, 328:12,
328:15, 329:10,
331:7, 342:19,
374:8
**responses**
312:20, 329:8,
329:21, 341:11,
373:14
**responsibility**
78:12, 78:13,
80:21, 116:20,
120:4, 121:4,
122:3, 123:22,
124:15, 124:17,

125:1, 128:16,
136:12, 231:7
**responsible**
57:15, 66:14,
66:18, 69:1,
69:2
**responsive**
313:19
**rest**
67:6
**restrict**
252:19
**restrictive**
106:9, 106:13,
175:13, 203:12,
208:18, 210:4,
210:11, 210:16,
295:5, 313:18
**resulted**
295:11
**resumed**
67:16, 163:11,
207:6, 282:21,
368:20
**retaliated**
382:7
**retaliating**
382:10
**retire**
370:22
**retired**
59:10, 63:6,
371:8, 371:13,
371:16
**retrieve**
290:19
**return**
98:8, 203:4,
331:17
**returned**
36:2, 310:8,
332:9
**reverse**
284:5, 284:7,
333:5
**review**
53:2, 57:12,
66:11, 93:3,

93:11, 93:12,
97:9, 97:11,
97:18, 98:12,
98:13, 213:16,
213:20, 213:22,
227:10, 266:11,
278:6, 278:11,
385:1
**reviewed**
47:8, 93:15,
176:17, 189:2,
190:13, 191:3,
207:19, 232:8,
234:8, 236:11,
259:7, 281:19,
287:20, 293:20,
333:16, 384:3,
385:4
**reviewing**
47:1, 61:11,
64:13, 88:11,
93:5, 278:5,
278:7
**reward**
136:21, 176:6,
190:10, 290:18,
331:17, 331:20,
331:21, 332:12,
360:15, 383:16,
383:21
**rewarded**
360:19, 369:8
**rewarding**
166:1, 190:5,
190:8, 250:7,
290:16
**reword**
381:12
**richard**
368:9
**ride**
262:16, 270:11,
271:6, 271:7,
271:8, 271:11,
271:18, 272:2,
272:5, 272:6,
272:17, 272:19,
273:2, 273:6,

273:13
**riding**
271:20, 271:22,
273:13
**riley**
27:2, 28:12,
28:15, 28:16,
29:11, 29:14,
31:3, 32:2,
32:17, 33:1,
33:9, 34:18,
34:19, 45:6,
45:9, 45:13,
45:18, 46:3,
80:10, 271:8,
271:11, 271:12,
272:9, 272:16,
272:20, 272:21,
273:5, 273:7,
273:12, 358:11,
359:2, 359:6
**ripped**
223:10, 224:16
**rips**
217:16
**rmr**
388:21
**road**
54:13, 55:7,
55:20, 240:22
**rocket**
36:8, 37:10,
38:15, 154:14,
154:21, 155:2,
155:19, 165:16,
167:12
**rode**
272:14
**rodriquez**
1:31, 2:19,
7:7, 388:2,
388:21
**rogers**
348:7, 349:19,
349:20
**role**
43:3, 52:11,
53:5, 53:11,

53:14, 63:13,
64:16, 64:20,
136:21, 372:6,
375:9
**roll**
71:4, 71:9,
71:11, 71:12,
71:20, 72:6,
74:11, 74:16,
76:5
**rolling**
225:20, 353:20
**roof**
205:21
**room**
130:10, 130:14,
130:22, 131:1,
131:3, 131:6,
131:8, 131:22,
132:2, 132:3,
132:4, 132:9,
132:11, 132:14,
132:18, 133:1,
181:16, 182:5,
183:6, 203:1,
203:5, 205:5,
205:8, 205:20,
205:22, 206:2,
230:12, 230:14,
251:9, 251:18,
321:5, 321:11,
324:7, 358:13,
359:6, 359:9,
359:13, 360:2,
360:6
**rooms**
132:19, 150:6,
215:21
**roped**
322:21
**ros**
332:11
**roster**
34:11
**rough**
260:4
**roughly**
88:12

**roundabout**
370:11
**row**
288:18
**rows**
310:5
**rpr**
388:21
**rules**
109:14
**rumor**
264:5, 276:16,
277:4, 277:6,
277:7, 363:14,
363:20, 364:15,
381:17, 382:16
**rumors**
275:14
**run**
44:4, 122:12,
161:2, 199:6
**running**
160:7, 317:11,
332:17, 332:18
**runs**
25:8
**rustling**
115:20

---

**S**

---

**s-h-e-e-t**
387:1
**s-u-n-d**
339:11
**same**
31:18, 48:21,
58:21, 65:14,
80:15, 94:7,
100:9, 110:9,
111:18, 121:9,
123:8, 123:15,
126:1, 126:2,
140:13, 142:13,
145:14, 146:22,
149:8, 160:13,
187:3, 188:14,
193:1, 194:19,
213:3, 213:5,

213:7, 240:7,
252:15, 278:22,
308:10, 308:18,
329:19, 339:21,
352:7, 359:17,
362:11, 387:4
**sarcastic**
264:13
**sat**
278:19
**saw**
29:17, 31:12,
46:3, 54:13,
158:20, 218:10,
220:17, 247:9,
247:11, 252:22,
253:7, 255:8,
261:10, 275:1,
279:20, 279:21,
309:22, 325:2,
342:8, 351:17,
360:18
**say**
8:11, 14:11,
17:14, 25:3,
28:22, 29:20,
30:1, 31:20,
32:12, 32:13,
35:2, 44:10,
45:13, 45:17,
48:22, 50:9,
55:1, 55:8,
55:15, 55:18,
62:12, 70:3,
71:12, 73:9,
74:4, 78:16,
79:17, 80:1,
86:9, 86:21,
87:5, 94:20,
96:21, 100:16,
105:11, 105:18,
109:21, 119:2,
122:22, 125:2,
140:16, 157:13,
157:20, 168:5,
182:6, 184:13,
188:11, 197:14,
198:6, 204:13,

209:12, 215:20,
221:18, 224:16,
230:9, 232:2,
239:17, 242:15,
242:17, 244:16,
245:11, 247:13,
251:12, 252:6,
253:3, 254:17,
255:14, 256:20,
264:12, 266:21,
267:8, 267:19,
267:20, 269:3,
270:1, 270:13,
281:4, 281:5,
287:1, 287:4,
287:5, 287:6,
292:14, 297:12,
308:1, 308:4,
309:20, 335:1,
335:14, 344:14,
344:17, 345:4,
346:13, 363:18

**saying**
8:13, 33:12,
79:22, 80:2,
80:3, 82:18,
108:12, 119:1,
119:4, 119:10,
120:15, 120:21,
121:4, 121:22,
124:10, 137:5,
181:7, 192:22,
193:9, 197:6,
210:22, 211:13,
211:14, 222:3,
224:14, 225:8,
247:5, 251:17,
255:21, 255:22,
265:10, 265:12,
278:14, 300:20,
302:13, 303:8,
303:14, 303:20,
304:11, 304:19,
305:3, 306:7,
306:10, 308:15,
309:5, 309:16,
328:12, 329:16,
331:10, 366:20,

371:5, 381:14,
384:4

**scan**
295:1, 295:2

**scared**
205:21

**scattered**
299:3

**scenario**
250:8, 313:4

**scent**
77:19, 79:5,
79:10, 102:18,
102:22, 175:11,
244:4

**scents**
111:17

**schedule**
4:6, 25:4,
25:7, 50:7,
68:7, 71:2,
75:7, 81:12,
83:3, 85:6,
85:12, 85:19,
86:8, 151:6,
166:17, 167:14,
261:19

**scheduled**
21:4, 23:18,
233:13, 250:9

**schmid**
27:3, 33:11,
33:13, 33:17,
34:3, 34:12,
156:6, 157:16,
270:17, 270:19,
270:20, 271:15,
271:17

**school**
310:16

**score**
201:13, 201:16,
328:21

**scored**
58:9

**scores**
34:13

**scoring**
47:17, 48:3,

48:9, 53:5,
62:1, 64:20,
66:19

**screening**
332:14

**se**
74:1

**seam**
283:22

**seams**
284:1

**searchable**
170:13, 203:22,
285:1, 334:1

**searched**
230:12, 257:15,
289:20, 299:10,
306:3, 306:19,
320:9, 320:18,
321:1, 321:7,
321:18, 321:21,
324:3, 357:19,
359:6, 370:10

**searches**
86:18, 88:1,
88:6, 99:9,
131:6, 131:8,
189:19, 235:4,
239:3, 242:15,
243:5, 266:8,
266:20, 266:22,
310:15, 324:19,
332:6, 370:5

**searching**
100:11, 101:13,
106:6, 108:2,
117:12, 122:11,
138:17, 150:5,
150:6, 161:20,
175:22, 193:17,
203:1, 216:14,
235:14, 237:20,
244:1, 250:7,
284:8, 284:19,
300:18, 310:11,
320:13, 321:12

**seating-search**
315:18

**second**
23:6, 115:22,
152:19, 154:1,
156:11, 157:2,
168:15, 168:16,
168:19, 172:7,
177:5, 191:21,
193:18, 193:19,
198:9, 200:3,
201:2, 201:18,
204:22, 219:2,
219:3, 221:3,
225:14, 233:9,
234:16, 245:1,
248:8, 259:19,
268:19, 275:11,
283:14, 284:4,
285:19, 286:2,
288:7, 294:8,
295:9, 303:4,
307:21, 310:1,
320:15, 337:5,
339:13, 344:16,
354:8, 354:12,
354:14, 354:15,
361:10, 361:12,
361:15, 380:11

**seconds**
241:2, 369:17

**section**
96:11, 165:10,
172:16, 174:6,
175:3, 177:4,
187:3, 189:13,
189:18, 191:16,
199:19, 202:15,
207:16, 208:10,
232:5, 233:18,
234:5, 234:17,
234:21, 236:1,
236:8, 241:7,
244:13, 248:11,
248:21, 256:17,
258:12, 283:20,
286:16, 286:17,
288:11, 288:12,
288:15, 291:14,
293:13, 294:15,

296:2, 299:1,
300:11, 309:19,
310:3, 311:14,
313:3, 315:9,
320:4, 325:17,
325:20, 327:14,
331:2, 334:22
**see**
13:10, 13:11,
16:18, 21:19,
25:7, 25:9,
34:11, 34:14,
44:21, 50:11,
50:15, 50:17,
50:19, 50:22,
51:11, 52:1,
52:4, 52:5,
52:6, 55:1,
84:9, 84:11,
88:14, 88:15,
89:18, 92:12,
112:19, 120:14,
120:16, 122:18,
129:18, 130:1,
132:2, 143:3,
144:2, 147:11,
152:16, 165:7,
165:8, 166:7,
167:1, 168:1,
169:2, 172:6,
191:7, 191:13,
192:12, 196:11,
196:16, 199:6,
202:3, 202:10,
213:6, 213:17,
214:16, 214:17,
229:2, 229:9,
234:17, 234:20,
241:14, 242:2,
246:1, 246:6,
246:7, 248:13,
266:13, 283:17,
283:19, 293:4,
298:4, 310:10,
312:22, 314:5,
316:22, 317:1,
325:18, 328:7,
342:18, 351:7,

352:6, 361:7,
361:16, 361:19,
362:3, 367:15,
375:15, 377:4
**seeing**
22:5, 22:7,
51:20, 158:13,
166:22, 182:15,
192:20
**seek**
374:11
**seeking**
119:7
**seemed**
87:7
**seems**
211:3, 211:6,
211:22, 241:5,
242:12, 242:17,
251:12, 254:3,
256:7, 258:21,
272:7, 280:3
**seen**
148:16, 148:17,
161:9, 212:22,
307:17, 354:18,
373:8, 376:19
**select**
155:3
**selected**
19:15, 19:17,
20:13, 156:1
**selecting**
375:10
**selection**
18:1, 19:5,
41:6, 152:15,
156:10, 377:21
**self-explanatory**
83:12
**senate**
371:6
**sending**
337:15, 343:21,
345:17, 348:21,
350:16
**sense**
44:6, 112:4,

135:19, 196:4,
253:9
**sensitive**
299:20
**sent**
17:3, 20:6,
21:3, 38:7,
336:18, 339:6,
343:19, 344:11,
348:6, 349:18,
350:13, 363:10,
368:8, 375:18
**sentence**
165:20, 191:10,
191:20, 191:21,
193:22, 194:22,
198:5, 198:9,
211:10, 233:9,
238:15, 297:20,
304:9, 328:2,
344:16, 347:2,
347:8, 363:6
**sentences**
297:18, 309:2
**separate**
186:15, 205:2,
206:14
**separated**
51:10
**separation**
51:19, 52:2
**september**
198:1, 198:3,
200:21, 208:7,
228:19, 232:17,
234:14, 248:6,
259:16, 268:13,
283:12, 369:15
**sergeant**
15:21, 16:1,
16:3, 16:11,
17:11, 18:14,
18:15, 18:16,
18:18, 19:2,
39:5, 40:10,
65:11, 65:12,
66:14, 66:18,
66:21, 67:5,

89:2, 92:16,
157:5, 157:17,
158:5, 158:20,
159:16, 161:4,
168:9, 168:19,
178:10, 178:20,
179:13, 179:22,
180:15, 182:4,
199:2, 214:7,
216:22, 217:15,
218:1, 220:2,
221:1, 221:16,
222:4, 226:1,
227:8, 227:11,
228:12, 237:8,
237:16, 246:8,
246:12, 260:16,
263:1, 264:4,
275:13, 278:4,
316:20, 318:2,
318:3, 320:22,
338:2, 340:13,
341:16, 342:1,
351:13, 352:2,
353:2, 353:7,
353:17, 354:4,
356:10, 356:13,
363:10, 363:16,
363:19, 364:2,
370:20, 371:2,
371:6, 371:18,
372:3, 372:8,
372:19, 374:4,
374:14, 374:18,
374:20, 375:6,
375:9, 375:13,
376:2, 378:1,
378:5, 380:21,
381:8, 381:14,
381:16, 382:7
**sergeant's**
214:4, 218:17,
280:8
**sergeants**
18:20
**series**
290:21, 290:22
**serve**
41:11, 374:3

**serves**
14:2, 168:21
**services**
371:7
**session**
51:1, 88:21,
290:5
**sessions**
278:6, 384:12
**set**
25:19, 43:5,
52:17, 57:2,
63:19, 65:22,
94:3, 136:11,
136:14, 151:6,
373:15, 377:15
**setting**
61:2, 134:19,
135:20, 135:22,
136:1, 136:3
**seven**
383:1
**several**
165:5, 198:21,
256:8, 257:19,
260:4, 315:10,
353:15, 355:3
**shall**
86:9, 157:13
**share**
72:19, 204:17
**sharing**
233:14
**sheet**
153:10, 315:15,
387:7
**sheets**
361:6, 361:17
**shepherd**
37:14
**shifts**
151:6, 277:2
**shock**
344:8
**shocked**
224:7
**shoe**
299:10, 300:15,

**shoes**
306:3, 306:17
**shoes**
280:15
**shoot**
32:1
**shooting**
364:15
**shots**
82:9
**should**
9:18, 11:4,
44:11, 94:20,
96:21, 99:3,
102:7, 108:9,
111:3, 111:11,
114:6, 117:5,
120:6, 127:10,
129:4, 131:10,
131:15, 136:6,
196:12, 273:10,
280:18, 280:19,
286:1, 315:1,
315:3, 326:15
**shouldn't**
269:18
**show**
43:9, 43:11,
43:16, 62:16,
170:6, 187:4,
187:19, 253:7,
265:13, 346:1,
375:15
**showed**
167:5, 199:11,
251:4, 285:10,
290:12, 310:8,
311:8, 321:3,
322:1, 322:2,
322:4, 326:1,
327:5, 327:7,
329:8
**showing**
93:21, 99:18,
197:3, 205:18,
226:3, 265:4,
321:19, 332:6
**shown**
75:13, 81:10,

165:21, 175:17,
201:6
**shows**
75:12
**shutters**
324:4
**sick**
162:6, 335:7
**side**
58:1, 71:13,
132:15, 320:20,
321:3, 326:14,
332:20, 333:5,
360:7
**sides**
320:19
**sigh**
227:1
**sign**
98:5, 279:5,
361:6, 361:17
**signature**
171:9, 174:6,
174:7, 174:8,
176:13, 176:14,
176:15, 188:21,
188:22, 190:19,
200:4, 207:15,
232:4, 232:6,
234:4, 236:7,
245:17, 245:20,
245:21, 245:22,
246:9, 259:3,
281:16, 287:16,
287:19, 293:17,
318:16, 318:19,
324:21, 335:16,
387:10
**signature-5tm1q**
388:19
**signed**
174:10, 176:17,
200:7, 298:6,
311:19, 319:3,
319:7, 384:2,
384:4, 387:7
**significance**
76:18, 76:20

**signing**
384:6
**signs**
102:1, 203:7,
300:6
**silently**
156:5, 157:5
**similar**
111:19, 120:1,
130:6, 220:4,
309:1
**simply**
10:13
**since**
257:22, 385:4
**single**
89:11, 181:18,
211:17, 212:10,
220:19, 242:9,
247:8, 247:13,
274:15, 280:5
**singled**
375:20
**sink**
205:7
**sir**
142:17
**sit**
48:7, 58:14,
62:5, 62:14,
62:16, 62:17,
65:3, 67:1,
77:18, 77:20,
77:21, 79:15,
81:4, 128:1,
173:4, 173:9,
173:12, 173:15,
175:16, 187:4,
187:8, 187:13,
187:14, 187:20,
187:22, 188:7,
194:2, 194:16,
195:5, 195:8,
195:9, 195:11,
195:12, 195:21,
195:22, 196:1,
196:12, 197:3,
197:11, 197:14,

198:12, 198:15,
198:17, 199:14,
204:1, 279:3,
290:17, 310:14,
314:5, 322:7,
331:7, 352:4

**sit-stay**
290:21, 291:2

**sitting**
182:14, 194:3,
274:7, 335:11

**situation**
225:9

**situations**
365:12

**six**
26:11, 73:22,
351:5, 361:20,
363:15

**six-week**
266:6

**size**
132:12, 133:1,
377:11

**skill**
43:15

**skills**
53:16, 58:13,
65:2, 66:22,
99:8, 99:13,
99:18, 100:2,
172:21, 315:14,
317:18

**skip**
175:2, 198:4,
328:1

**skipping**
298:14

**sky**
116:8, 119:8

**sliding**
289:10, 300:1

**slight**
285:17

**slow**
103:2, 134:1,
135:9, 135:12,
136:5, 136:11,

140:3, 198:17,
199:13, 210:7,
211:10, 220:9,
235:6, 235:16,
239:5, 239:12,
239:19, 240:2,
240:4, 241:3,
242:11, 242:16,
249:5, 253:22,
254:1, 289:1,
292:2, 292:9,
295:20, 314:4,
314:14, 332:22,
333:12

**slowly**
324:9

**smacked**
180:21

**small**
48:10, 132:6,
221:12, 359:3

**small's**
63:13

**smalls**
63:9, 63:10,
65:1, 65:7,
316:21, 318:4,
319:11, 319:14

**smart**
264:12, 357:6

**smell**
108:6, 111:19,
115:22, 116:3,
117:2, 117:5,
117:18, 117:20,
117:21, 118:8,
119:20, 120:14,
122:15, 122:17,
126:7, 126:8,
128:11, 134:17,
150:12, 199:4

**smelled**
77:21, 129:21,
293:2

**smelling**
77:19, 117:4,
117:11, 117:14,
118:11, 118:16,

119:3, 119:5,
119:15, 121:8,
121:17, 121:20,
130:5

**smells**
115:22, 117:16,
122:14, 252:17,
255:4

**smiled**
263:21

**smoking**
274:7

**smoothly**
300:1

**snail's**
220:11

**snapped**
223:11

**snaps**
217:17

**snarly**
220:5, 226:21

**sniff**
79:12

**sniffed**
190:1, 192:3,
193:6, 195:2,
195:17, 284:18

**sniffing**
111:9, 111:13,
112:6, 112:11,
112:15, 112:17,
113:16, 113:22,
121:18, 122:4,
123:2, 124:1,
124:19, 127:22,
129:6, 129:15,
130:1, 170:15,
205:7, 284:16,
284:20, 284:21

**so-and-so**
31:22

**soccer**
48:16, 48:20,
48:22, 49:3,
49:4, 49:8,
49:17

**social**
54:13

**some**
9:1, 22:11,
39:14, 42:17,
48:9, 53:15,
59:18, 76:5,
78:15, 78:18,
82:2, 83:13,
102:6, 106:14,
112:1, 118:9,
151:16, 153:11,
164:2, 204:17,
220:8, 220:11,
221:22, 222:7,
225:20, 226:14,
243:20, 251:5,
261:7, 262:18,
264:13, 278:10,
335:3, 337:9,
338:7, 341:10,
342:10, 342:11,
342:15, 342:18,
351:2, 367:2,
367:5, 367:7,
384:15, 384:16,
384:17, 385:17

**somebody**
32:20, 49:1,
115:21, 185:12,
255:13, 262:6,
262:14, 267:3,
271:14, 272:8,
362:2

**someone**
109:3, 116:7,
255:18, 336:20,
337:2, 384:8

**something**
9:4, 43:10,
47:2, 51:6,
103:9, 111:17,
114:4, 114:9,
117:16, 118:1,
118:3, 118:19,
120:8, 120:16,
122:5, 122:6,
122:14, 122:16,
123:3, 124:2,
124:22, 125:16,

126:8, 127:22,
128:10, 128:11,
129:12, 129:15,
129:21, 130:5,
133:18, 134:12,
157:20, 161:3,
166:11, 186:12,
214:14, 215:14,
219:9, 221:18,
228:8, 239:21,
247:5, 250:19,
252:18, 254:19,
264:12, 265:1,
265:5, 265:8,
265:20, 269:9,
273:19, 278:11,
278:13, 280:6,
296:10, 302:18,
356:21, 357:5,
362:1, 385:9
**sometime**
15:10, 270:8,
271:7
**sometimes**
106:18, 195:11,
219:15, 272:5,
307:19, 328:15,
329:4
**somewhat**
129:4, 160:2
**somewhere**
16:14, 160:5,
263:13, 275:17,
276:1
**son**
48:16, 49:14,
336:18, 336:22,
337:1, 337:3,
337:4, 337:16
**soon**
79:12, 226:5,
354:5, 355:8,
369:21
**sop**
340:4, 340:12,
343:7, 356:16
**sops**
257:12

**sorry**
12:18, 15:15,
16:11, 20:20,
24:10, 26:15,
37:20, 44:14,
45:9, 47:22,
49:11, 49:20,
51:14, 57:20,
62:7, 78:3,
82:12, 89:7,
98:18, 110:20,
124:16, 139:5,
152:18, 156:6,
163:22, 173:2,
174:5, 174:14,
174:19, 182:9,
186:13, 189:15,
191:20, 194:18,
196:2, 200:17,
208:12, 215:6,
229:5, 229:6,
229:20, 241:20,
245:7, 247:20,
250:15, 279:11,
289:9, 293:1,
295:8, 298:14,
299:13, 312:19,
318:3, 327:17,
327:19, 330:15,
337:1, 354:11,
361:10, 369:14
**sort**
25:12, 32:22,
67:2, 69:19,
76:5, 353:21
**sorts**
87:4, 118:9
**sound**
23:10, 23:12,
118:21, 132:21,
184:4, 301:13,
309:2
**sounds**
12:7, 39:9,
211:5, 225:15,
251:22, 304:17
**source**
190:12, 198:15,

199:12, 204:3,
229:19, 285:22,
299:13, 301:17,
306:5, 307:8,
307:10, 314:2,
327:10, 331:12,
332:11, 332:12,
333:14
**south**
2:6, 6:15
**southwest**
6:16
**space**
49:7, 135:9,
251:21
**span**
29:8
**speak**
264:9
**speaking**
359:5
**special**
366:11
**specialty**
366:19
**specific**
32:5, 32:8,
32:16, 39:14,
46:14, 85:20,
86:20, 102:5,
135:13, 136:19,
151:10, 168:5,
270:2, 346:20,
375:7
**specifically**
9:3, 129:8,
210:1, 215:2,
215:11, 222:3,
305:17, 341:20,
345:3, 345:4
**specifics**
46:16, 156:22,
384:17
**specs**
165:1
**speculation**
385:20
**speed**
198:20, 199:10,

210:6, 235:8,
240:21, 290:9,
314:14
**spell**
171:16, 238:12
**spelling**
238:13
**spend**
24:3
**spending**
257:14
**spent**
16:18, 17:3,
85:7, 85:20,
87:4, 87:22
**spinning**
165:19, 235:10
**split**
56:10, 56:17,
60:13, 60:14,
60:15, 60:17,
313:9
**spoke**
275:13, 382:14
**spot**
128:10
**spots**
196:8
**spread**
366:16
**spreadsheet**
376:13, 376:14
**spun**
381:17
**stacked**
290:7
**stadium**
358:9, 358:10,
359:5
**stadiums**
150:6
**staff**
26:18, 69:11,
69:12, 81:19,
82:1, 82:8,
83:4, 83:7,
181:11, 264:9,
276:15, 277:8,

363:17
**stage**
229:16
**stages**
82:16
**stairway**
320:7, 320:13,
320:17, 320:20,
321:2, 322:20,
322:22, 323:1,
323:8
**stairways**
320:9
**stamped**
94:17, 96:7,
350:9
**stand**
41:8, 95:7,
165:1, 286:9,
352:2, 377:2
**standard**
240:21
**standing**
132:3, 184:10,
224:3, 255:13,
255:18, 263:17,
265:4, 362:1,
379:21, 380:4
**stands**
84:10, 84:12,
95:8, 147:2,
147:6, 192:17
**start**
21:6, 21:8,
22:12, 22:20,
24:9, 70:12,
101:10, 122:8,
178:3, 219:16,
261:3, 289:16,
315:6, 333:1
**started**
23:3, 23:7,
23:14, 23:16,
48:13, 68:19,
162:5, 162:6,
168:16, 182:17,
233:10, 268:4,
288:19, 290:17,

310:6, 314:1,
324:7, 326:14,
331:11, 333:2
**starting**
198:9, 245:2,
264:19, 324:19,
327:16
**starts**
203:17, 233:11,
245:4, 300:2,
363:6, 375:13
**state**
6:18, 121:15,
133:12, 323:16,
330:16
**stated**
11:22, 18:7,
42:19, 92:15,
168:4, 179:20,
181:2, 225:1,
226:15, 230:3,
236:19, 241:13,
241:22, 244:22,
246:21, 256:8,
260:3, 288:19,
320:12, 322:22,
326:8, 329:5,
333:18, 362:9,
374:3, 384:5
**statement**
42:21, 51:17,
73:12, 74:13,
83:8, 87:5,
92:18, 132:22,
133:4, 135:2,
190:17, 193:20,
194:15, 197:5,
197:16, 207:21,
212:13, 228:11,
231:15, 241:16,
242:3, 242:20,
243:4, 243:8,
245:12, 253:21,
254:3, 256:6,
256:8, 261:1,
296:1, 297:5,
297:21, 305:10,
306:1, 311:11,

311:17, 335:15,
347:5, 371:4,
376:4, 382:1,
385:14
**statements**
143:11, 209:5,
209:14, 209:21,
210:20, 211:2,
212:9, 212:18,
235:22, 239:10,
244:12, 245:13,
253:6, 253:8,
255:7, 255:9,
286:16, 291:13,
300:10, 302:10,
316:14, 374:12
**states**
1:1, 1:12, 2:4,
3:14, 6:7, 6:8,
7:1, 167:13,
170:4, 191:16,
208:11, 211:18,
340:16, 343:7,
373:15
**static**
51:10, 51:14,
52:2, 56:11,
56:19, 61:13,
61:15, 61:17,
64:17, 64:21,
66:16, 146:6,
146:10, 146:16,
146:22, 147:9,
149:11, 149:14,
149:20, 150:1,
150:3, 150:17,
150:21, 151:3,
151:4, 151:5,
153:2, 153:3,
153:5, 153:11,
153:16, 154:8,
155:7, 156:4,
156:10, 305:16
**statics**
156:9, 157:14
**stating**
19:16, 186:18,
197:12, 243:5,

253:16, 324:13,
384:6
**stationary**
149:12, 316:8
**stay**
321:6, 323:20
**stayed**
54:18, 70:7
**staying**
54:18
**steady**
257:13, 258:21,
315:19
**stenotype**
388:8
**step**
203:3, 217:19,
317:14, 322:6
**stepping**
290:8
**steven**
336:21
**stick**
332:20
**sticks**
81:2, 298:5
**still**
47:21, 68:2,
107:16, 141:10,
141:14, 142:8,
147:22, 159:10,
163:16, 165:21,
199:10, 206:7,
207:11, 207:12,
223:16, 236:14,
242:15, 269:22,
273:15, 283:5,
367:19, 369:3,
380:3, 380:19
**stomach**
82:5
**stood**
224:2
**stop**
55:7, 105:4,
105:6, 105:20,
107:2, 110:17,
112:21, 117:20,

149:7, 194:21
**stopped**
54:17, 218:17,
340:13
**stopping**
316:12
**storage**
198:10
**strap**
353:6
**street**
2:6, 3:20, 6:15
**strength**
203:17, 203:18,
208:20
**strengths**
214:1, 214:12,
214:20
**stressed**
315:18
**stressful**
310:19
**strewn**
299:5
**strike**
51:14, 184:18
**strikes**
185:3
**string**
240:10
**structure**
68:4, 193:22
**struggle**
198:19, 284:6
**struggles**
175:19, 202:20,
310:12, 334:9
**struggling**
332:3
**stuck**
81:1
**study**
340:12
**stuff**
93:22, 107:5,
251:2, 251:10,
364:20
**subconscious**
315:2

**subject**
8:7, 366:21
**submitted**
154:2
**such-and-such**
71:21
**suggest**
303:6
**suit**
358:20
**suite**
2:7, 3:9, 6:16
**suites**
358:9, 358:10
**summarized**
247:2
**summary**
247:3
**sund**
339:7, 339:11,
350:14, 350:16,
365:7, 383:7,
383:8, 383:9
**super**
181:21
**supervising**
15:15
**supervision**
388:9
**supervisor**
15:16, 245:20,
257:8
**supervisor's**
179:14, 245:21,
257:8, 258:12,
258:14, 259:22,
285:13, 286:17,
290:5, 295:19
**supervisory**
372:6
**support**
315:8, 371:1
**supposed**
23:20, 25:5,
79:11, 79:13,
99:2, 100:7,
102:15, 111:8,
117:13, 124:20,

130:11, 134:21,
206:7, 212:5,
254:14, 254:15,
262:3, 262:12,
303:11, 365:21
**sure**
14:9, 20:21,
33:22, 43:14,
71:14, 85:15,
90:17, 94:6,
97:8, 111:7,
111:11, 133:13,
147:3, 147:20,
159:18, 160:4,
165:2, 166:14,
172:11, 191:6,
194:20, 205:13,
205:15, 205:16,
216:8, 221:14,
240:14, 240:19,
245:11, 251:11,
255:4, 317:13,
343:2, 359:2,
362:10
**surprised**
179:20, 185:11
**swear**
7:9
**sweep**
250:8
**sweeps**
237:14
**swim**
49:12, 49:13,
49:14, 49:17
**switch**
332:17
**switched**
152:18, 152:22,
153:2, 153:3,
153:5
**sworn**
7:13, 8:18,
40:10, 40:13,
40:17, 68:2,
277:18, 388:6
**symbols**
201:20

**T**

**t**
246:3, 246:5
**ta**
201:19, 295:18,
296:21, 297:1,
297:13, 297:17,
297:19, 332:12
**tail**
103:2, 103:4
**take**
11:7, 12:11,
20:10, 44:10,
49:20, 67:10,
70:4, 72:6,
73:13, 77:16,
78:14, 80:21,
82:6, 84:17,
91:14, 101:7,
132:7, 162:22,
168:3, 169:5,
171:2, 174:1,
219:12, 233:4,
233:22, 238:14,
247:8, 262:3,
262:20, 264:22,
282:12, 287:14,
293:14, 303:17,
305:11, 308:22,
311:16, 367:4,
368:15
**taken**
69:10, 69:15,
70:10, 73:3,
88:21, 89:5,
92:17, 323:16,
340:6, 340:7,
388:3, 388:7,
388:13
**takes**
126:12, 376:8
**taking**
6:15, 58:2,
58:4, 58:9,
69:20, 78:6,
78:16, 89:6,
89:11, 293:4,

309:3, 323:7,
324:12, 340:22,
353:7, 356:10

**talk**
27:8, 32:21,
41:15, 44:17,
49:2, 60:15,
68:4, 142:18,
195:7, 218:6,
220:5, 224:8,
269:11, 276:15,
276:21, 292:11,
296:3, 362:22,
363:5, 363:17,
363:22

**talked**
16:7, 110:19,
130:9, 131:6,
214:21, 260:6,
264:5, 264:10,
264:17, 269:14,
276:14, 276:19,
281:15, 364:3,
364:7, 364:17,
365:15

**talking**
26:6, 39:1,
44:15, 49:4,
61:13, 61:14,
61:15, 62:8,
73:9, 79:20,
80:9, 83:22,
86:21, 94:6,
107:18, 107:20,
109:5, 109:9,
115:9, 115:11,
120:14, 120:21,
126:9, 126:12,
181:8, 185:9,
191:18, 194:7,
207:13, 210:4,
211:2, 219:16,
220:22, 221:16,
221:20, 228:12,
268:12, 268:13,
270:7, 270:14,
270:16, 270:17,
270:21, 271:5,

271:10, 276:10,
277:1, 277:10,
277:20, 279:14,
279:19, 308:9,
308:10, 346:17,
353:16, 358:18,
360:3, 386:7

**talks**
191:17, 327:21

**taller**
160:12

**taped**
332:16

**task**
113:5, 113:10,
122:6

**taught**
40:6, 41:1,
100:2, 217:21,
218:4, 299:22,
300:4, 314:10,
327:3

**teach**
39:14

**teaching**
42:4

**team**
48:22, 49:14,
49:17, 177:9,
186:4, 187:11,
206:8, 214:13,
231:5, 255:16,
257:21, 266:2,
267:7, 284:11,
313:13, 314:22,
352:10, 352:14

**teams**
313:5, 313:9,
351:19, 352:16

**tech**
199:2, 204:4,
246:2, 334:17

**technical**
107:5

**technician**
13:6, 268:22,
358:12, 364:5,
375:10

**technicians**
374:17

**technique**
170:12, 173:11,
231:3, 249:19,
299:21, 300:4,
311:2, 314:13,
316:3, 327:2,
332:14

**techniques**
87:19, 290:14,
314:9

**telephone**
2:9, 3:11, 3:22

**tell**
63:11, 71:10,
72:13, 114:18,
116:10, 116:13,
116:20, 120:3,
120:5, 121:4,
123:22, 155:1,
158:7, 177:21,
181:21, 183:8,
185:13, 196:17,
237:2, 240:10,
241:14, 250:21,
260:13, 260:19,
263:19, 267:3,
273:21, 274:9,
275:4, 277:21,
279:2, 280:15,
301:21, 335:8,
364:5, 364:19,
365:1

**telling**
51:5, 122:9,
178:10, 182:14,
262:8, 278:21,
324:10

**tells**
217:16

**temporarily**
39:2

**ten**
274:16

**tennis**
175:12, 196:20,
268:2, 268:7

**tens**
24:6

**term**
26:13, 70:13,
77:22, 78:4,
80:11, 113:10,
114:22, 115:15

**terminate**
365:2

**terminated**
276:17, 320:9,
321:14, 344:6,
345:19, 345:21,
348:22, 349:11,
363:4, 363:21,
364:8, 370:21,
371:2, 371:10,
371:11, 379:10,
382:15, 384:18

**termination**
370:22, 371:3,
371:14

**terminology**
80:12, 113:12,
123:16, 183:14

**terms**
25:13, 50:10,
106:4, 287:3,
384:15

**terribly**
304:17

**test**
48:10, 58:2,
58:4, 58:8,
340:5, 340:6,
340:12

**testified**
7:16, 351:13,
369:22

**testify**
7:14, 8:19

**testimony**
11:14, 120:3,
120:10, 122:21,
145:7, 206:14,
360:17, 369:5,
369:11, 387:4,
387:6, 388:5,

388:7, 388:10
**testing**
317:19
**tests**
48:8
**text**
4:10, 336:18
**th**
20:14, 20:18,
21:1, 75:14,
168:8, 169:22,
174:18, 268:13,
340:7, 345:22
**thank**
7:19, 18:19,
26:10, 34:16,
36:21, 46:2,
95:21, 96:19,
141:3, 141:16,
146:1, 146:5,
163:6, 215:8,
216:1, 243:1,
245:10, 338:16,
347:17, 350:2,
383:9
**thanking**
346:5
**thanksgiving**
55:3
**that'd**
383:8
**themselves**
6:18
**theory**
130:17, 130:18
**thereabouts**
373:19
**thereafter**
388:8
**therefore**
73:2, 125:4,
173:10
**therein**
236:16
**thereto**
388:16
**thereupon**
19:20, 21:15,

24:15, 67:14,
67:16, 94:8,
107:8, 147:15,
151:22, 163:9,
163:11, 207:4,
207:6, 282:19,
282:21, 336:9,
338:19, 343:13,
345:9, 347:20,
350:5, 368:18,
368:20, 369:19,
373:5
**they'd**
204:13, 357:14
**thing**
56:1, 68:15,
76:9, 84:6,
100:9, 113:3,
160:19, 174:5,
187:1, 196:17,
211:4, 211:5,
211:22, 213:5,
220:19, 225:1,
228:4, 238:6,
254:2, 266:5,
275:12, 278:4,
279:1, 280:13,
292:3, 300:21,
304:15, 305:15,
308:10, 349:1,
351:9, 353:21,
358:19, 376:19
**things**
42:6, 44:4,
45:3, 53:16,
62:5, 65:3,
67:2, 68:15,
71:6, 71:18,
73:17, 82:2,
96:3, 102:7,
106:22, 108:3,
111:11, 117:2,
117:14, 117:18,
117:22, 118:12,
118:22, 119:18,
120:2, 120:15,
121:1, 121:8,
124:9, 125:7,

126:1, 126:4,
129:7, 132:20,
134:15, 134:17,
184:18, 196:22,
214:19, 222:1,
222:7, 223:9,
226:14, 239:14,
240:17, 241:9,
242:17, 266:3,
268:20, 304:13,
304:18, 304:19,
306:8, 308:17,
309:6, 309:15,
323:15, 328:2,
339:21, 349:3,
352:2, 364:22,
379:21
**think**
9:19, 83:11,
88:10, 106:15,
119:11, 119:20,
121:11, 121:16,
121:19, 122:19,
124:11, 126:5,
157:18, 167:19,
178:11, 184:11,
197:5, 214:9,
253:18, 270:4,
282:7, 283:6,
340:5, 341:2,
354:7, 377:13
**thinking**
124:14, 125:3,
342:4, 382:13
**thinks**
125:13
**third**
7:3, 201:19,
219:3, 285:20
**thought**
156:20, 218:21,
223:13, 253:18,
265:22, 273:10,
326:9, 329:5,
329:19, 337:1
**threatened**
364:9
**threats**
363:3

**three**
70:3, 70:4,
70:6, 70:9,
70:11, 154:13,
156:1, 156:8,
156:9, 157:4,
157:13, 169:13,
189:21, 191:21,
193:5, 193:14,
194:7, 194:12,
194:13, 195:1,
195:16, 262:17,
280:12, 316:5,
316:6, 331:6,
337:11, 351:9,
365:1
**three-week**
270:8
**through**
11:21, 12:15,
17:10, 24:19,
44:5, 71:15,
72:20, 82:20,
94:15, 98:16,
98:20, 101:19,
106:17, 110:13,
110:14, 118:17,
147:22, 164:2,
177:11, 180:2,
180:9, 180:17,
186:5, 186:17,
193:17, 202:20,
205:21, 217:11,
225:5, 255:20,
283:22, 317:21,
341:9, 344:3,
366:4
**throughout**
211:7, 254:2
**thumb**
105:5, 105:14,
110:14, 110:17
**ticket**
320:16, 320:18,
320:19, 321:8
**tied**
280:15
**tight**
106:15, 241:3,

326:1
**till**
78:20
**tim**
39:6, 60:1,
60:5, 384:9
**timeframe**
14:15, 16:14,
84:1
**timely**
195:20
**times**
16:17, 16:20,
44:3, 44:8,
50:18, 51:20,
52:7, 68:11,
111:16, 117:21,
142:3, 142:4,
145:16, 187:5,
187:6, 187:20,
187:21, 189:22,
191:21, 193:5,
193:15, 194:7,
194:8, 194:12,
194:13, 195:1,
195:16, 198:21,
203:12, 216:13,
219:22, 242:14,
249:2, 249:4,
251:2, 251:3,
253:11, 253:21,
256:8, 266:20,
284:2, 284:12,
296:6, 310:13,
328:14, 329:8,
331:6, 332:2,
340:10, 384:1
**timing**
173:14, 191:11,
191:17, 192:4,
192:22, 193:2,
197:7, 214:15,
371:20
**timmy**
50:1, 50:2
**tired**
268:15, 280:16,
280:17, 280:20

**tiredness**
268:18
**toby**
36:7, 37:17,
38:16, 76:16,
77:2, 78:2,
78:6, 90:2,
90:20, 153:9,
154:14, 154:21,
155:2, 155:12,
155:16, 155:17,
165:16, 167:8,
167:12, 167:15
**today**
6:13, 7:7,
11:14, 11:17,
60:2, 116:13,
145:7, 187:8,
188:7, 191:11,
330:9, 351:22,
353:19, 384:15
**today's**
6:10
**together**
28:18, 48:17,
49:16, 51:8,
160:5, 183:16,
269:22, 272:14,
337:11
**toilet**
360:8
**told**
18:3, 20:15,
30:8, 38:8,
109:19, 110:9,
134:22, 135:1,
135:3, 135:4,
135:8, 135:13,
136:5, 136:17,
158:4, 158:22,
161:10, 181:17,
186:21, 196:9,
198:14, 205:11,
206:2, 217:14,
224:5, 237:18,
261:14, 263:4,
263:7, 264:8,
264:15, 267:15,

269:8, 269:13,
271:14, 273:14,
273:21, 276:22,
277:19, 301:4,
304:16, 305:12,
305:18, 320:13,
322:21, 323:4,
338:4, 339:20,
349:3, 351:10,
351:18, 352:1,
352:2, 353:10,
354:4, 354:9,
354:15, 355:1,
355:11, 355:15,
355:16, 356:10,
358:20, 359:1,
362:20, 364:2,
364:8, 364:9,
364:18, 380:21,
381:4, 381:9,
381:10, 381:16
**tolerated**
230:17
**tone**
144:22
**tony**
65:11
**took**
45:8, 69:17,
214:5, 224:16,
252:3, 252:4,
264:17, 265:3,
287:11, 306:9,
323:10, 341:6,
351:3, 357:20,
362:21, 363:4,
364:16, 372:5,
380:1
**top**
22:2, 95:7,
154:6, 154:13,
169:20, 172:2,
177:15, 181:10,
201:3, 201:11,
213:15, 262:22,
303:3, 308:15
**topic**
318:12

**toss**
360:15
**total**
37:20, 38:1
**totality**
333:22, 334:16
**totally**
72:2, 250:20
**touch**
269:8, 269:18
**touched**
158:15
**tough**
261:11, 266:4,
344:4
**towards**
172:22, 219:16,
226:1, 300:7,
310:9, 311:7,
370:8
**townhouse**
54:17
**track**
76:20
**trained**
35:17, 83:17,
117:17, 118:20,
150:12, 175:7,
230:11, 258:9,
284:15, 289:3,
313:19, 316:2,
326:6, 331:19
**trainee**
26:2
**trainees**
26:2, 51:16,
61:12, 64:17,
75:19, 83:6,
317:18
**trainer**
42:2, 52:13,
114:9, 124:16,
134:13, 139:1,
173:10, 201:8,
248:20, 249:17,
249:22, 253:7,
260:16, 285:2,
290:11, 290:14,

292:11, 297:3,
297:8, 297:11,
315:16, 316:2,
326:7, 333:15,
378:2, 378:3,
378:9, 384:9
**trainer's**
200:1, 328:16
**trainers**
38:21, 39:3,
39:4, 39:11,
50:8, 56:18,
60:18, 61:10,
66:11, 74:3,
88:20, 88:22,
100:1, 133:20,
135:6, 135:11,
136:6, 136:17,
182:5, 182:7,
204:12, 209:9,
212:16, 213:8,
214:10, 231:18,
234:1, 236:3,
246:22, 260:5,
280:12, 286:20,
286:22, 297:19,
301:9, 305:14,
315:4, 323:16,
326:3, 326:13,
328:5, 328:20,
329:15, 333:20,
339:21, 344:21,
370:8, 383:16,
385:7
**transcript**
130:21
**transcription**
387:5
**transpire**
279:21
**trash**
230:13
**treated**
261:9, 365:18,
367:2
**treatment**
350:20, 351:1,
365:18, 382:14

**trick**
124:6, 124:7
**tried**
223:2, 274:16
**trigger**
292:8
**triggered**
289:1, 292:6
**triggers**
315:20
**trip**
54:13, 55:7,
55:21
**trips**
75:3
**troubles**
267:22
**truck**
250:9, 311:5,
322:5, 333:10
**trucks**
310:16
**true**
111:22, 112:1,
112:2, 112:9,
112:13, 140:18,
241:10, 245:19,
387:4, 388:10
**truly**
117:1, 362:10
**trunk**
332:17, 332:19
**truth**
7:15, 7:16,
302:6
**truthful**
11:14, 11:17,
51:17, 74:13,
92:18, 197:15,
207:21, 297:5
**truthfully**
8:13, 8:15,
8:20
**try**
20:20, 35:20,
45:22, 47:22,
62:16, 62:17,
68:10, 78:3,

98:18, 111:10,
139:5, 140:9,
160:20, 161:1,
194:18, 307:21,
335:11, 354:11,
357:1
**trying**
24:4, 36:10,
80:13, 118:17,
121:5, 125:21,
133:11, 136:9,
159:2, 196:2,
212:2, 215:20,
218:10, 224:21,
237:16, 241:8,
251:10, 260:21,
297:16, 302:20,
304:12, 306:11,
307:18, 307:19,
308:3, 309:6,
340:5, 344:2,
356:4, 362:2,
362:5
**tunnel**
229:17
**tunneled**
331:5
**turn**
91:18, 169:12,
171:5, 174:4,
276:8, 312:5,
325:5, 370:13,
370:17, 373:10
**turned**
358:7
**turner**
39:5, 60:10,
60:11, 60:21,
61:10, 62:9,
62:10, 62:11,
62:19, 62:22,
182:9, 305:20,
316:21, 318:2,
318:4, 319:11
**turning**
174:13, 189:15,
208:9, 213:11,
232:19, 234:10,

234:16, 288:1,
288:7, 294:1,
294:8, 319:16,
320:3, 325:15,
362:9
**turns**
276:5
**tv**
323:20
**tv's**
321:6
**twenty-five**
274:17
**twice**
50:12, 50:17,
362:9
**two**
28:22, 29:12,
36:1, 40:4,
49:15, 50:11,
52:7, 82:7,
105:12, 116:11,
118:21, 120:15,
121:11, 125:7,
125:22, 126:3,
134:15, 150:2,
152:7, 152:13,
152:14, 155:13,
155:18, 169:13,
169:14, 185:9,
200:12, 202:6,
205:22, 216:16,
241:5, 242:10,
242:17, 258:1,
262:13, 262:17,
267:22, 268:3,
270:7, 284:2,
290:2, 290:8,
295:4, 297:18,
299:4, 299:7,
303:22, 305:22,
308:17, 309:1,
309:15, 313:5,
332:20, 341:6,
341:8, 341:21,
342:5, 349:14,
352:19, 360:6,
365:18, 377:20

**type**
38:2, 38:3,
42:6, 55:6,
64:10, 71:16,
72:6, 102:11,
121:13, 131:5,
178:9, 196:22,
201:12, 264:13,
278:6, 335:3,
367:5, 367:7,
372:19
**typed**
319:4, 319:7,
319:8
**types**
150:7
**typewriting**
388:8
**typical**
71:4, 88:19,
364:21
**typically**
77:12, 130:14,
366:3

### U

**uh**
28:22, 41:6,
57:2, 62:11,
82:2
**uhm-hmm**
10:14, 35:22,
36:3, 45:5,
47:10, 52:9,
79:19, 86:5,
87:10, 87:18,
110:12, 148:20,
153:14, 154:18,
155:8, 188:13,
189:14, 191:9,
217:9, 223:19,
224:18, 276:7,
280:1, 296:13,
297:4, 297:15,
306:18, 323:21,
324:5, 327:20,
328:3, 328:6,
337:7, 340:8,

340:14, 340:19,
342:14, 342:16,
343:5, 355:4,
358:2, 359:16,
376:11
**ultimately**
19:14, 154:11
**um**
8:5, 9:1, 9:16,
10:2, 14:1,
14:10, 16:2,
16:13, 16:20,
17:12, 18:4,
22:1, 24:13,
25:4, 25:21,
27:14, 28:20,
29:6, 29:17,
29:18, 30:13,
31:6, 31:20,
31:21, 32:16,
34:7, 34:11,
34:17, 35:16,
38:1, 38:21,
39:10, 39:13,
39:20, 40:6,
41:5, 41:21,
42:3, 42:6,
42:11, 44:10,
44:20, 44:21,
47:1, 47:11,
47:17, 48:9,
48:21, 51:19,
52:17, 53:5,
54:11, 56:21,
57:8, 60:10,
60:21, 62:3,
63:19, 65:17,
68:7, 68:9,
69:18, 70:21,
71:12, 74:15,
74:18, 82:1,
83:21, 85:9,
86:2, 86:13,
93:22, 96:20,
98:3, 101:12,
102:15, 102:19
**unable**
173:8, 187:7,

188:6, 233:12,
326:21, 344:18,
344:19
**unapproachable**
216:11, 216:21,
217:1, 222:3,
222:4, 263:2
**unaware**
121:17, 378:3
**unbuckled**
223:15
**unclear**
10:2
**under**
7:14, 8:18,
13:8, 107:16,
153:10, 153:16,
163:17, 172:16,
189:18, 202:15,
205:2, 206:14,
207:12, 208:10,
214:12, 214:22,
216:9, 218:20,
222:1, 225:11,
234:16, 234:21,
235:22, 236:7,
238:15, 244:12,
245:17, 246:9,
246:20, 248:11,
248:21, 256:2,
257:7, 258:11,
283:5, 283:16,
283:20, 288:10,
288:11, 288:15,
294:11, 294:15,
295:19, 296:1,
298:22, 310:3,
312:14, 312:18,
313:2, 320:4,
322:5, 325:17,
328:11, 329:3,
331:5, 332:21,
353:6, 365:22,
369:4, 377:21,
377:22, 380:20,
388:9
**underneath**
90:2, 90:21,

174:5, 202:1,
207:15, 229:10,
232:4, 232:20,
234:5
**understand**
8:11, 8:16,
8:17, 8:21,
8:22, 9:9, 9:10,
9:21, 9:22,
10:2, 10:9,
10:10, 10:17,
10:19, 10:20,
11:10, 11:11,
97:8, 99:7,
99:12, 99:16,
99:21, 116:22,
117:1, 121:12,
122:2, 122:7,
129:14, 135:15,
136:4, 136:7,
136:9, 150:11,
159:19, 162:2,
195:3, 204:18,
249:10, 249:12,
251:16, 268:17,
274:21, 277:7,
302:12, 302:20,
309:5, 309:7,
310:12, 333:19,
339:15, 343:3,
346:22, 347:5,
355:17, 381:6
**understanding**
41:17, 77:3,
89:10, 89:12,
89:14, 92:10,
92:11, 95:6,
95:8, 95:16,
96:13, 99:1,
99:15, 99:17,
100:13, 100:19,
108:8, 108:12,
108:13, 112:10,
114:11, 114:17,
116:18, 119:2,
122:22, 131:10,
133:22, 134:19,
135:20, 136:10,

153:18, 158:9,
161:14, 161:17,
161:22, 162:9,
186:8, 194:14,
195:19, 201:7,
202:9, 202:12,
202:21, 212:4,
215:2, 215:11,
277:9, 284:9,
285:5, 334:2,
348:19, 363:1,
365:13, 365:20,
371:15, 378:10
**understood**
10:8, 40:21,
91:7, 188:19,
223:22, 287:15,
319:16, 324:20,
370:7, 372:15
**undesired**
289:4
**unexplained**
248:12, 248:15,
312:19, 328:12,
329:7
**unfortunately**
37:4, 155:11
**uniform**
35:14, 371:7
**unit**
22:4, 366:11,
366:19
**unit-course**
230:19
**united**
1:1, 1:12, 2:4,
3:14, 6:7, 6:22,
373:15
**unknown**
199:6, 317:13
**unless**
9:2, 42:11,
42:16, 141:21,
142:18, 196:20,
272:8
**unproductive**
190:3, 284:18
**unquote**
230:5, 230:7,

289:22, 295:13,
295:14
**unstable**
235:14
**until**
78:20, 79:9,
81:1, 128:10,
129:5, 268:11,
327:7, 362:11
**unusual**
42:17
**upper**
362:21, 363:1,
382:14
**upset**
82:5, 269:7,
280:21
**upwind**
285:18, 326:14
**uscp**
12:15, 12:20,
12:21, 13:9,
22:4, 94:17,
96:6, 108:22,
152:9, 152:10,
153:20, 164:6,
164:13, 169:12,
169:17, 171:6,
171:16, 171:17,
172:8, 174:4,
174:14, 176:12,
176:20, 188:20,
189:5, 197:17,
197:19, 200:10,
207:13, 208:1,
228:14, 232:11,
232:13, 234:10,
236:14, 244:9,
244:13, 245:9,
246:15, 246:20,
247:17, 248:11,
259:4, 259:10,
282:2, 283:7,
283:15, 294:2,
298:14, 298:15,
312:5, 318:15,
320:3, 325:5,
325:16, 330:9,

348:2, 349:13,
350:9, 369:14,
372:2, 372:15,
372:18, 374:16
**use**
26:12, 39:12,
45:22, 54:11,
55:5, 70:1,
77:22, 78:4,
105:4, 105:6,
110:14, 110:17,
123:5, 125:6,
131:13, 157:10,
192:6, 192:13,
209:16, 212:2,
237:17, 241:6,
242:11, 253:6,
253:14, 268:1,
290:14, 295:12,
300:3, 325:22,
327:2, 356:7
**uses**
208:20, 211:21
**using**
80:10, 80:12,
82:12, 105:14,
123:8, 123:15,
123:16, 127:14,
134:3, 309:1
**usp**
350:9
**usually**
288:21, 289:5,
292:5
**utility**
321:22
**utilization**
231:10, 289:7,
314:21

---

**V**

---

**v**
215:20
**vacancy**
11:20, 11:22,
13:5, 14:3,
14:13, 14:17,
18:7

**vague**
47:19, 100:15,
111:4, 113:6,
179:5, 374:10
**van**
1:4, 1:18, 2:1,
3:3, 5:2, 6:6,
7:5, 7:12, 7:22,
13:1, 20:2,
21:13, 22:1,
24:19, 24:22,
67:21, 75:11,
80:1, 80:11,
87:15, 89:22,
90:18, 107:15,
163:16, 164:9,
169:18, 172:1,
174:15, 176:21,
189:8, 197:20,
200:18, 207:11,
208:4, 228:17,
232:14, 234:12,
248:3, 259:14,
262:12, 262:17,
270:11, 272:17,
273:13, 283:4,
283:10, 288:3,
294:4, 298:17,
312:8, 319:20,
325:10, 330:11,
330:18, 336:13,
339:2, 365:14,
369:3, 380:19,
386:14, 387:2
**vapor**
16:22, 149:4,
149:9
**vapors**
150:12
**varied**
50:4, 50:9,
50:10, 50:13,
50:18, 56:8,
56:13
**various**
81:1
**vary**
56:15, 235:7

**veh**
215:21
**vehicle**
233:14, 240:8,
262:20, 270:19,
271:2, 271:3,
271:15, 271:22,
272:1, 326:1,
331:5, 333:3
**vehicles**
146:11, 150:4,
150:5, 271:1,
272:11, 310:15,
310:18, 331:3,
332:16
**vent**
324:8
**verbal**
190:10, 203:18,
256:19, 257:1,
257:4, 289:7,
299:18, 300:5,
308:7, 310:17,
327:6, 331:20,
331:21
**verbally**
250:11, 331:10,
349:7
**verbatim**
210:12, 278:16,
388:22
**verbiage**
302:21
**verderosa**
343:19, 344:10
**verify**
345:20
**verse**
317:5, 317:6
**versus**
6:7, 109:6,
113:15, 114:19,
117:4, 122:15,
123:2, 125:6,
126:3, 134:17,
150:14, 202:22,
203:18, 208:21,
295:6, 295:13,

317:12, 361:20,
362:4
**vet**
81:19, 82:1,
82:8, 218:11,
222:12, 233:16,
353:3, 375:18,
376:8, 377:7
**vets**
217:6
**vicinity**
72:17
**video**
6:11, 6:14,
89:11, 90:5,
90:7, 91:9,
93:4, 190:13,
265:5, 299:14,
333:18, 369:15,
369:16, 369:19,
369:20, 370:1,
370:7, 370:8
**videographer**
2:11, 6:4,
6:13, 7:6, 9:13,
9:17, 67:12,
67:18, 107:6,
107:12, 148:4,
163:7, 163:13,
207:2, 207:8,
282:17, 283:1,
338:12, 338:15,
368:16, 368:22,
380:12, 380:16,
386:13
**videos**
47:13, 53:3,
57:13, 88:20,
89:5, 89:6,
89:17, 92:10,
92:17, 92:20,
97:11, 226:3,
278:21, 301:8
**videotape**
6:5, 91:20,
278:8
**videotaped**
386:14

**videotapes**
278:5
**view**
150:16, 209:21,
253:19, 292:17
**vision**
229:17
**visits**
222:12
**visual**
159:3, 332:13
**vocalization**
203:8
**voice**
208:21, 220:7,
314:14
**voice-identify**
6:17
**voices**
126:22
**volunteered**
196:15, 222:22

---

**W**

**wag**
103:2, 103:4
**wait**
57:20, 115:22,
122:17, 183:6,
243:3, 296:11,
328:16, 361:10
**waiting**
218:12, 235:17,
314:5
**walk**
78:19, 109:7,
131:1, 135:14,
140:2, 164:2,
183:19, 204:22,
220:11, 226:6,
226:7, 241:1
**walk-through**
249:18
**walked**
45:9, 117:19,
180:15, 184:10,
184:12, 186:11,
274:10, 322:20,

358:7, 380:5
**walking**
46:4, 79:8,
112:22, 115:21,
116:7, 119:9,
119:15, 121:1,
140:3, 238:4,
276:3, 290:8
**wall**
131:20, 321:9
**walls**
321:6, 323:20
**wandering**
249:3, 249:9,
253:12, 254:8,
254:19, 255:3
**want**
8:12, 33:22,
34:17, 45:10,
84:6, 94:3,
110:3, 110:5,
110:15, 110:16,
110:18, 125:5,
132:13, 135:11,
159:18, 160:1,
160:4, 160:7,
164:2, 171:8,
187:9, 187:17,
192:13, 198:6,
204:21, 204:22,
221:22, 224:16,
237:17, 240:19,
246:22, 251:12,
252:18, 254:20,
259:22, 265:18,
265:21, 269:22,
324:4, 349:12,
370:13, 376:7
**wanted**
32:20, 43:10,
43:16, 79:5,
151:17, 154:8,
187:16, 206:8,
251:2, 262:16,
265:20, 265:22,
268:15, 268:20,
270:10, 323:7,
339:15, 350:18,

362:10, 362:14
**wants**
219:21, 240:10,
264:9
**ward**
190:9
**warned**
269:17
**warrant**
71:16
**washington**
2:8, 3:10,
3:21, 6:16
**waste**
143:7
**wasting**
143:8
**watch**
41:8, 129:9,
235:16, 241:13,
253:1, 352:3,
352:5, 352:6,
352:15
**watched**
89:16, 220:10,
237:15, 237:16,
238:5, 358:10,
358:16
**watching**
305:15, 333:18,
362:2
**water**
218:20, 225:11
**way**
14:11, 29:17,
29:18, 43:11,
47:18, 62:17,
80:15, 103:5,
105:6, 106:11,
106:19, 108:20,
110:7, 110:9,
113:19, 117:7,
123:1, 123:8,
124:3, 125:19,
131:1, 132:15,
139:12, 159:14,
176:22, 182:22,
184:12, 188:2,

188:17, 210:12,
217:13, 217:21,
218:5, 220:5,
222:7, 222:20,
224:1, 224:20,
225:2, 239:22,
261:9, 264:13,
295:22, 298:5,
304:14, 309:16,
353:10, 355:12,
355:19, 356:20,
370:11, 376:4
**ways**
225:18
**we'll**
110:10, 306:17,
308:4, 308:5
**we're**
181:8, 185:9,
210:11, 246:16,
247:21, 247:22,
262:3, 267:4,
268:13, 276:3,
296:3, 303:11,
338:6, 360:3,
369:13, 383:1
**we've**
114:1, 261:7,
282:7, 353:12,
354:18
**weak**
250:5, 256:19,
257:1, 257:4
**weaknesses**
214:2, 215:1,
216:6
**wearing**
35:14
**website**
11:21
**wednesday**
1:20, 81:9
**week**
16:18, 17:3,
24:2, 24:7,
36:1, 42:10,
50:3, 50:12,
50:15, 50:16,

50:17, 51:20,
52:8, 52:9,
56:7, 56:13,
75:13, 85:11,
85:13, 87:6,
87:7, 87:14,
87:15, 151:15,
157:8, 168:15,
168:16, 168:19,
184:8, 186:10,
217:4, 217:5,
219:2, 219:3,
222:11, 257:22,
263:11, 264:2,
275:12, 275:16,
280:4, 280:5,
317:17, 317:18,
352:19, 354:3,
354:7, 354:8,
354:12, 354:14,
354:15, 362:20,
364:11
**weekly**
60:11, 280:8,
355:5, 355:6
**weeks**
23:21, 24:1,
24:5, 39:20,
40:1, 40:4,
50:21, 51:11,
75:1, 75:3,
86:2, 154:22,
185:10, 267:22,
268:3, 269:20,
270:1, 273:20,
337:11, 341:6,
341:8, 341:21,
342:5, 351:10,
363:15, 365:1
**weigh**
377:5
**weighed**
375:17, 376:1,
376:15
**weight**
376:18, 377:11
**welcome**
22:4, 107:15,

215:9
**wellness**
75:20
**went**
56:18, 58:1,
59:10, 63:6,
77:17, 79:4,
105:8, 155:11,
162:11, 198:10,
205:9, 206:6,
209:22, 214:1,
214:18, 216:5,
230:22, 247:14,
251:1, 262:4,
277:3, 295:9,
301:5, 321:10,
321:18, 322:6,
322:7, 323:1,
331:6, 341:9,
353:5, 356:15,
357:19, 358:11,
359:17, 359:22,
360:11, 360:17,
361:1, 369:6,
369:21, 379:19,
380:1
**weren't**
68:20, 158:7,
347:11, 354:16,
355:1
**whatever**
42:11, 44:9,
46:11, 92:22,
107:3, 116:8,
119:16, 124:3,
124:4, 125:5,
135:10, 135:11,
136:10, 186:12,
201:12, 224:16,
226:1, 226:3,
226:5, 263:19,
269:7, 273:21,
275:4, 335:3,
342:8, 342:12
**wheel**
295:18, 296:19
**whenever**
119:2, 226:13,

230:9, 331:18
**whereupon**
6:2, 7:11,
107:10, 141:17
**whether**
19:2, 58:5,
72:20, 100:1,
111:22, 118:2,
118:9, 118:10,
118:19, 122:14,
123:1, 124:13,
124:15, 124:17,
125:13, 132:17,
133:2, 136:9,
138:18, 139:8,
139:12, 140:12,
146:3, 192:11,
216:5, 233:3,
239:7, 243:12,
244:11, 246:19,
257:3, 267:16,
371:13, 375:9
**whining**
203:8
**whiteboard**
267:17, 376:14
**whole**
7:15, 79:20,
112:20, 113:2,
113:3, 135:2,
211:4, 219:6,
225:1, 238:6,
241:13, 254:2,
265:13, 265:20,
300:21, 304:9,
305:15, 349:1,
357:19, 376:13
**wind**
333:14
**window**
321:10, 324:15
**windows**
321:9, 321:12,
321:16, 321:19
**wings**
324:1
**wire**
332:18

**wires**
332:17
**wish**
4:9, 151:18,
152:12, 152:21,
154:1, 154:4,
156:11, 337:11,
344:12
**withdrawal**
260:3
**withdrawn**
261:6
**within**
14:14, 72:17,
95:11, 227:15,
300:10
**without**
44:5, 321:12,
326:10, 326:15
**witness**
5:2, 7:10,
34:21, 45:2,
45:14, 45:16,
45:19, 90:15,
95:21, 96:19,
100:16, 111:5,
113:7, 114:15,
115:4, 120:12,
121:10, 133:18,
137:11, 138:1,
138:13, 138:22,
139:22, 140:9,
140:14, 141:5,
141:22, 144:12,
146:10, 146:19,
168:1, 171:1,
174:1, 179:7,
199:22, 204:20,
207:1, 215:19,
221:10, 221:12,
282:5, 282:9,
282:13, 305:7,
338:21, 368:5,
368:12, 381:22,
385:21, 386:11,
388:4, 388:7,
388:11
**witness's**
143:4, 143:13

**witnessed**
243:5, 247:4,
301:9, 357:13,
357:17
**woman**
27:5
**women**
29:18, 372:4,
372:9, 372:17,
374:6, 374:18,
375:10, 376:3
**woo-hoos**
181:19
**wooden**
321:17, 323:22,
324:3
**word**
39:12, 54:11,
55:5, 87:11,
105:8, 115:12,
123:5, 134:3,
169:5, 233:4,
237:17, 251:14,
253:6, 253:14,
323:7, 344:7,
356:8
**wording**
95:13, 209:14,
374:9
**words**
9:14, 9:15,
50:11, 116:6,
127:15, 131:5,
147:4, 162:1,
174:2, 195:21,
212:2, 216:21,
225:3, 236:6,
276:18, 281:4,
281:7, 309:1,
346:17, 347:11,
347:14, 366:10,
368:5, 383:20
**work**
28:18, 29:18,
29:20, 30:1,
42:11, 42:17,
49:7, 49:17,
51:13, 51:15,

65:15, 69:4,
69:6, 69:21,
104:7, 108:22,
109:9, 122:8,
122:9, 122:20,
125:14, 126:12,
126:14, 126:20,
127:9, 127:17,
128:5, 154:10,
154:20, 158:5,
158:8, 158:11,
158:14, 158:16,
158:22, 161:5,
165:22, 168:10,
168:20, 169:9,
175:14, 196:10,
199:10, 202:17,
208:15, 210:14,
229:14, 231:8,
242:16, 251:6,
252:16, 252:19,
254:13, 254:22,
255:13, 284:10,
285:22, 286:5,
289:8, 313:21,
315:17, 334:8,
334:14
**worked**
28:20, 31:7,
31:9, 76:21,
77:1, 102:20,
103:20, 155:1,
155:5, 155:9,
155:16, 156:20,
157:8, 158:12,
165:15, 167:7,
167:12, 167:15,
168:8, 170:5,
175:7, 211:18,
268:11, 284:2,
284:5, 295:22
**working**
16:16, 78:2,
112:18, 113:1,
113:5, 114:2,
114:13, 114:20,
116:9, 116:21,
124:18, 124:19,

126:6, 128:6,
128:8, 128:16,
128:17, 128:22,
138:8, 154:6,
155:20, 158:2,
168:16, 173:7,
175:18, 177:7,
181:14, 182:18,
183:16, 185:19,
202:22, 219:16,
249:6, 251:4,
251:8, 254:6,
254:10, 254:12,
254:19, 255:2,
258:6, 284:7,
310:13, 314:2,
316:1, 326:4,
341:8, 342:6,
379:22, 383:15
**workplace**
372:4, 372:9,
374:6, 376:3
**works**
242:16
**worries**
48:2
**worry**
261:14, 261:15,
262:10, 351:18,
352:9, 352:10,
358:21
**worrying**
352:14
**worse**
309:2, 352:7
**worth**
125:16
**wouldn't**
17:14, 32:12,
32:14, 54:10,
55:1, 55:15,
62:12, 62:16,
93:12, 119:18,
146:19, 195:9,
196:22, 205:14,
206:1, 206:3,
213:8, 239:20,
265:19, 268:16,

271:18, 271:20,
271:22, 287:1,
287:4, 287:6,
346:13
**wow**
280:7
**wrap**
109:1, 109:10,
109:20, 307:20
**wrapped**
308:1
**wrapping**
108:9, 109:16,
299:16, 307:13,
326:22
**write**
342:22, 383:11
**written**
48:3, 53:6,
57:16, 58:5,
64:17, 66:15,
76:19, 90:2,
90:20, 166:6,
167:6, 167:10,
169:6, 173:20,
176:10, 193:22,
201:11, 210:2,
210:12, 220:3,
293:15, 294:14,
318:13, 319:5,
385:8, 385:18
**wrong**
85:7, 108:13,
192:14, 217:17,
239:21, 242:1,
242:5, 265:6,
265:8, 278:16,
278:22, 318:3,
352:2
**wrote**
244:6, 343:6,
383:6, 383:13

### X

**x**
44:11

### Y

**yeah**
100:16, 162:15,

218:10, 218:20,
220:8, 273:4,
277:13
**year**
14:6, 14:11,
15:6, 375:2,
375:4
**years**
8:10, 14:13,
14:16, 16:15,
24:12, 28:21,
29:1, 29:3,
29:6, 58:17,
81:21, 168:2,
374:16, 374:22
**yellow**
37:16
**yep**
163:5
**yo**
44:17
**yourself**
78:1, 78:5,
377:19
**yukon**
333:14

### Z

**z**
269:5
**zborai**
27:3, 35:3,
35:4, 35:5,
35:8, 156:8,
157:15, 261:20,
262:7, 268:22,
269:2, 269:3,
269:7, 271:3,
271:9, 272:1,
272:17, 357:18
**zero**
249:1
**zeros**
191:8, 247:18,
247:20

### (

**(jmc**
1:9

### 0

**00**
25:17
**0000**
191:8
**0000038**
172:8
**0000041**
176:20
**0000081**
248:11
**000017**
24:19, 75:11,
90:19
**000022**
87:16
**000026**
24:20
**000029**
164:6, 164:13
**000037**
171:17
**000039**
174:14
**000040**
176:12
**000042**
188:20
**000045**
189:5
**000046**
189:16
**00005**
197:19
**000055**
197:17
**000056**
200:3
**000059**
207:13
**000060**
207:14
**000061**
208:1
**000062**
208:1
**000068**
228:14

**000069**
229:1, 229:6,
246:15, 246:21
**000076**
232:11, 232:13
**000077**
244:9, 245:9
**000078**
234:11
**000079**
234:11, 236:15,
244:6
**000080**
247:17
**000081**
259:4
**000084**
259:10
**000086**
282:2, 283:7
**000087**
283:15, 287:17
**000088**
288:2
**000089**
288:10
**000090**
294:2
**000094**
298:15
**000096**
312:6
**000097**
318:15
**000098**
318:20
**000100**
320:3
**00023**
94:17
**00024**
96:7
**00039**
174:14
**00059**
200:10
**000620**
336:13

**000621**
336:14
**000661**
22:1
**000682**
339:2
**000755**
169:13, 169:17
**000756**
171:6
**00077**
244:13
**001696**
152:10, 153:20
**001697**
152:10
**0017**
89:22
**001893**
348:2, 349:13
**001944**
350:9
**002420**
369:14
**003**
12:20
**003131**
325:5
**003132**
325:16
**003133**
330:9
**0063**
213:12
**0077**
245:10
**00952**
12:15
**00953**
12:20, 13:9
**00959**
12:15, 12:21
**01**
67:19
**03**
163:12, 163:14,
207:7, 207:9
**0476**
1:9

**0500**
25:8, 25:11,
25:14, 75:19
**0530**
76:4
**0700**
81:17
**0rsc**
191:11

---
**1**
---
**1**
107:11, 107:13,
294:17, 299:9,
320:6, 331:5
**10**
1:22, 4:12,
6:3, 6:12,
20:14, 20:18,
21:1, 24:7,
75:14, 163:2,
163:3, 164:19,
166:9, 168:8,
250:1, 277:2,
282:12, 317:17,
317:18, 319:22,
331:3, 343:12,
343:13, 343:16
**100**
131:7
**1025**
3:8
**11**
4:13, 67:13,
67:15, 208:7,
298:19, 345:8,
345:9, 345:12
**1100**
81:17
**119**
3:20
**12**
4:3, 4:14,
67:17, 67:19,
107:7, 107:9,
347:18, 347:19,
347:20, 348:1,
349:13

**125**
130:17, 130:18,
131:2
**13**
4:15, 350:4,
350:5, 350:8,
383:10
**14**
24:1, 169:22,
228:19, 257:22
**1430**
88:12
**147**
4:8
**15**
4:16, 142:3,
142:4, 373:4,
373:5, 373:10,
373:18
**1500**
25:8, 25:16,
25:17
**151**
4:9
**16**
1:20, 6:10,
24:1, 175:6,
325:12
**1696**
154:17
**1697**
152:20, 153:13,
155:6, 155:14
**17**
172:3, 330:20,
340:11, 373:20,
374:1, 374:8
**18**
1:9, 13:13,
345:22
**19**
4:4
**1945**
350:10

---
**2**
---
**2**
148:5, 148:6,

163:8, 163:10,
290:3, 294:21,
321:4, 326:7,
331:3, 332:1
**20**
330:20, 340:11,
373:21
**20003**
2:8, 6:16
**20036**
3:10
**2016**
12:6, 13:13,
15:17, 16:6,
17:22
**2017**
20:10, 20:15,
20:18, 21:1,
22:4, 23:10,
75:14, 81:10,
89:22, 90:19,
164:19, 169:22,
172:4, 174:19,
177:1, 189:10,
198:2, 200:21,
208:7, 228:20,
232:17, 234:14,
248:6, 259:16,
283:12, 288:5,
294:6, 298:19,
312:10, 319:22,
325:13, 330:20,
340:11, 369:15,
384:19
**2018**
378:17, 379:3
**202**
2:9, 3:11, 3:22
**2021**
174:20
**2022**
1:20, 6:10
**20510**
3:21
**21**
4:5, 174:19,
174:20, 232:17,
368:17

**22**
177:1, 178:16,
178:18, 178:20,
179:2, 181:8,
185:16, 186:15
**24**
4:6, 96:8,
147:8, 149:1,
174:18, 189:10,
340:7
**25**
148:19, 165:13,
234:14
**26**
248:6
**27**
259:16, 268:13
**28**
282:18, 283:12
**29**
20:10

---
**3**
---
**3**
25:17, 163:12,
163:14, 207:3,
207:5, 289:15,
295:1, 310:6,
315:5, 321:20,
326:12, 332:22
**30**
174:4
**3131**
325:6
**32**
148:5, 310:5,
368:19, 368:21,
369:1
**33**
148:6
**3336**
2:9
**336**
4:10
**338**
4:11
**343**
4:12

**345**
4:13
**347**
4:14
**350**
4:15
**3619**
3:22
**37**
171:16
**370**
4:16
**371**
172:13
**38**
1:22, 6:3,
172:15
**388**
1:30
**39**
6:12

---
**4**
---
**4**
207:7, 207:9,
250:8, 295:10,
310:4, 322:2,
333:9
**45**
107:9, 191:8
**46**
107:7, 282:20
**47**
249:1, 251:9,
252:3, 282:22,
283:2
**470704**
1:29
**48**
370:17, 370:19
**49**
67:13, 67:15,
372:1, 374:4,
380:13, 380:14
**499**
2:6, 6:15

---
**5**
---
**5**
189:19, 282:18,

**282:20, 282:22,**
283:2, 290:6,
295:3, 295:4,
311:3, 322:4,
333:12
**50**
163:8, 163:10
**51**
107:11, 207:3,
207:5, 380:15,
380:17
**52**
107:13
**55**
240:22
**57**
386:15, 386:16
**58**
279:8
**59**
200:11, 200:14,
200:17
**593**
2:9, 3:22
**5th**
198:3

---
**6**
---
**6**
285:9, 295:15,
310:15, 316:5,
316:10
**60**
200:10, 200:14
**615**
3:9
**62**
208:9
**66**
266:10
**69**
229:7

---
**7**
---
**7**
285:14, 295:20,
311:6, 368:17,
368:19, 368:21,

369:1, 380:13,
380:14, 380:15,
380:17, 386:15,
386:16
**7th**
75:13

| **8** |
| --- |

**8**
285:16
**80**
247:20
**80476**
6:9
**820**
2:7, 6:16
**8220**
3:11
**85**
279:11, 279:12,
282:15
**86**
282:4, 282:13,
282:15
**87**
282:15
**8th**
75:14

| **9** |
| --- |

**94**
4:7
**95**
12:20
**953**
12:17
**969**
3:11
**9th**
75:14, 75:18,
81:9, 83:10