Course Mid-Point Performance Review

Handler: VANMETER   Canine: JAYDEN   Course: 17-03   Date: 9/11/17

Academic Average: 91.60%

**Strengths**
- ATTITUDE
- TEAM PLAYER
- IMPROVEMENTS - LEASH (Reg)
    - TIMING

**Weaknesses**
- RECOGNIZING & UNDERSTANDING CANINE BODY LANGUAGE - SPECIFICALLY, WHEN ALERTING TO ODOR.
- MOVEMENT & PACE
- DEPLOYMENT MECHANICS, ASSESSMENT, PATTERN - (VEH, DOOR, ROOMS, OPEN AREAS)
- LONG LEASH
- QUICK TO GET FRUSTRATED; WHICH DIRECTLY IMPACTS THE CANINE PERFORMANCE

**Handler Comments:**
- HANDLER FEELS INSTRUCTOR ARE UNAPPROACHABLE;
- DOESN'T HAVE THE CONFIDENCE (AT TIMES) WHEN SEARCHING

- INSTRUCTORS ARE HERE TO PROVIDE GUIDANCE & INSTRUCTION HANDLER NEEDS TO ASK! QUESTIONS

Van Meter v. USCP                    USCP000063

Course Mid-Point Performance Review

Handler: ███████████   Canine: Billy (Mac)   Course: 17-03   Date: 9/11/17

Academic Average: 88.77%

3 WRITTEN TEST

**Strengths**
- LEASH WORK
- FLEXIBILITY
- ATTITUDE - POSITIVE
- VERY RECEPTIVE TO CONSTRUCTIVE FEEDBACK

**Weaknesses**
- RECOGNIZING & UNDERSTANDING BODY LANGUAGE, SPECIFICALLY WHEN ALERTING TO ODOR
- LEASH WORK - LONG
- PACE
- DEPLOYMENT MECHANICS - PATTERNS, ASSESSMENTS (DOORS, VEHICLES, ROOMS etc)
- K-9 ABILITY TO REMAINED FOCUSED ON EXERCISE, WEAK SEARCH INTENT

**Handler Comments:**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER         HANDLER 3

## Course Mid-Point Performance Review

Handler: [redacted]     Canine: Billy     Course: 17-03     Date: 9/11

Academic Average: 94.05 %                                    1320-

**Strengths**
- Receptive to constructive feedback
- Improvement leash (Roy) timing
- Praise & interaction during rewarding process

**Weaknesses**
- Recognizing & understanding canine body language – specifically when alerting to odor.
- Movement/pace — search fluency
- Deployment mechanics, assessment, patterns (veh, doors, room, open area)
- Long leash.

**Handler Comments:**
- Overall – challenging course!
- Video's? – Great resources and extremely beneficial toward + improvement and development of skill

Van Meter v. USCP                           USCP000472