**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**


HANDLER 5 02-224-5151



UNITED STATES CAPITOL POLICE
WASHINGTON, DC 20510-7218

## Canine Training
## Environmental Test - Rooms

| Handler: [redacted] | Canine: Pope | Date: 11/01/2017 |
|---|---|---|
| Location: Fed Ex Field | Explosive/Amount 1: 2 lbs. Pyrodex –Behind wall mounted TV | Explosive/Amount 2: 1 lb. Ammonium Perchlorate Under counter of bathroom sink |
| Weather Sunny/Cool | Time Placed: 0800 | Time Ran: 0833 |

| Performance Evaluation ||
|---|---|
| **Proper Start:** Yes (Motivation of K9 to Search) | **Presentations** Yes (Ground, etc.) |
| **Proper Search:** Yes (Systematic/Scan, Grid, On/Off) | **Search Pattern:** Yes (Wind direction,) |
| **Proper Use of Lead While Searching** Yes (Excessive Correction, etc.) | **Search Speed** Yes (Pace of Team, Blocking) |
| **Interpret Canines Work** Yes (Work/Alert to odor) | **Interpret Canines Response** Yes |
| Find / No Find (Automatic Retest) ||

Comments:
Hide #2 DM; re-ran as unknown. K-9 displayed distinct COB to the presence of the trained odor, work to source for final and reward (Find).

Evaluator:: Smalls, M                Evaluator: Hill, CK

USCP Canine Training Supervisor: Sergeant Tony E. Phelps

Nationally Accredited by the Commission on Accreditation for Law Enforcement Agencies, Inc

Van Meter v. USCP                USCP000898