

PHONE: 202-224-5151

UNITED STATES CAPITOL POLICE
WASHINGTON, DC 20510-7218
November 20, 2017

### MEMORANDUM

**TO:** Steven A. Sund
Assistant Chief of Police

**THRU:** Richard L. Braddock
Chief Administrative Officer

**FROM:** Francine Benko
Associate Director, Employment, Staffing and Human Capital Strategy

**SUBJECT:** Summary – Administrative Review of K-9 Technician Training Processes

1. This is an **INFORMATION PAPER**.

2. **PURPOSE.**

The purpose of this memorandum is to provide a summary of findings for the administrative review of the K-9 Technician training processes.

3. **BACKGROUND**

On November 6, 2017, I visited the K-9 Training Facility and met with Sergeant Tony Phelps, Canine Training Specialist, C. Kenny Hill, and Technician Timothy Cullen. During our meeting I requested an overview of the training process, asked specific questions from a list that I prepared in advance; reviewed the K-9 Technician training manual, and training binders.

As with many promotional opportunities within USCP, promotion to Canine Technician is a competitive process with rigorous requirements. Applicants must first apply to an open vacancy announcement; meet eligibility requirements; respond to the KSA self-assessment; pass the Canine Physical Abilities Test; and participate in an oral interview. At the conclusion of these initial processes, the applicants are scored and ranked. The list is active for a period of one (1) year from date of issuance (most recent list was dated June 1, 2016).

As vacancies occur, candidates are selected in rank-order and placed into either a USCP Canine Explosive Detection Training Program (12-14 weeks) or a certified Vapor-Wake training Program (8-12 weeks). At the start of training, trainees are provided with a large binder containing a syllabus, schedule, and a variety of training materials. They sign acknowledging receipt of these materials and are notified of changes or updates to dates or lessons.

The average class size is 4-6 trainee handlers who are expected to progress together. Training includes forty (40) hours of lecture and five (5) written examinations on a variety of subjects. Scores cannot fall below 90% by the end of the training. Trainees must also demonstrate a

Nationally Accredited by the Commission on Accreditation for Law Enforcement Agencies, Inc.

Van Meter v. USCP     USCP001856

variety of skills learned during training, including how to use a lead, strength in handling canine, learning signals from canine (behavioral changes), search techniques, canine grooming, etc. Compatibility is assessed and potential issues such as insecurity, etc. are identified. Safety and repetition are large parts of the training and they must learn and demonstrate how to remove the canine from the kennel. Most of the training is done off-site via observation and demonstrated techniques. Often techniques are attempted first by the trainee and then the canine is introduced. Socializing the canines takes a significant amount of time and each trainee has the opportunity to work with each canine. Trainee must be able to read changes in behavior and respond consistently and appropriately while applying changing variables. Demonstrating learned skills is assessed via pass/fail.

Reasons for failure in this program include: lack of adaptability; handler errors; anticipating behavior (impatience); not learning the canine's behavior, ignoring or failing to recognize when a canine is signaling; failing to follow-through and/or to reward canine; leading canine out-of-odor without recognizing; inability to apply what is learned; failure to follow instructions; failure to bond with canine; and inconsistency. Note that a trainee can score well on written tests, but may not be able to demonstrate the appropriate skills and techniques.

4. DISCUSSION.

The Canine Technician position was advertised in May of 2016. There were forty-five (45) candidates who competed. The candidate scores ranged from 99 at the highest, to 53 at the lowest. A total of eighteen (18) candidates were selected for training at different intervals within the lifecycle of the list (scores ranged from 99 to 78). This list included 3 females and 15 males.

There were two (2) candidates who did not successfully complete the program, one male candidate ▮▮▮▮ ranked #3 with 91%) and a female candidate (Buscher/VanMeter – ranked #15 with 79%). Please note that the Office of Human Resources advised against making additional selections below the score of 81, as those candidates would not be deemed to be the best qualified. In addition, there was a natural break, which serves as a cut-off, found between the scores of 81 and 79.

5. FINDINGS.

Mr. ▮▮▮▮ was not successful in the program. He had a pattern of poor performance. He was not able to follow instruction and did not bond well with the canines. He had issues with the mechanics of working with a canine which also resulted in delays in the canine's progress.

Ms. Buscher was not successful in the program. She lacked consistency, adaptability, and had a poor pattern of performance. She was not able to display proper techniques and had issues with the mechanics of working with a canine.

Trainees are made aware of the content of the course instruction from the beginning. They receive constant reinforcement, on-the-spot correction, and remedial training as needed by a variety of instructors. They are provided with a wealth of feedback on a daily basis. This comes in the form of daily reports that they discuss, review, and sign in order to acknowledge receipt, as

171605

well as video tape recordings of the trainees performing exercises that are reviewed with them and critiqued. At the mid-point of the training, they are also evaluated one-on-one to discuss strengths and weaknesses, which is also documented and maintained in their binder. There should be no doubt at any time during this training as to where a trainee stands. This process appears to have been conducted in a fair and consistent manner. Trainees are given ample opportunity for success.

If you have any questions or need clarification, please contact me.

Van Meter v. USCP                           USCP001858