UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICIA VAN METER,

        Plaintiff,

v.

UNITED STATES CAPITOL POLICE,

        Defendant.

Case No. 18-cv-476 (JMC)

**VERDICT FORM**

1. Has Officer Van Meter proven by a preponderance of the evidence that the United States Capitol Police removed her from the K-9 Training Program because of her sex?

Yes __✓__ No _____

IF YOU ANSWERED 'NO' TO QUESTION 1, SIGN AND DATE THIS VERDICT FORM AND DO NOT PROCEED TO THE NEXT QUESTION.

2. If you answered yes to Question 1, what is the amount of compensatory damages that you award to Officer Van Meter?

$ __850,000__

Date: __Nov. 6, 2025__

1